IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DON'S HYDRAULICS, INC.,** | : | |
| | : | C.A. No.:  04-1275 KAJ |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| **COLONY INSURANCE COMPANY,** | : | |
| **TRUCK TECH INDUSTRIES, INC.,** | : | |
| **and TIPCO TECHNOLOGIES, INC.,** | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF DEPOSITION

TO:   Abigail Rodgers, Esquire               Joseph M. Toddy, Esquire
      Tighe, Cottrell & Logan, P.A.          Zarwin, Baum, DeVito, Kaplan,
      First Federal Plaza, Suite 500          Schaer & Toddy, P.C.
      P.O. Box 1031                          1515 Market Street, Suite 1200
      Wilmington, DE  19899-1031             Philadelphia, PA  19102

      Anthony A. Figliola, Jr., Esquire      Gilbert F. Shelsby, Jr., Esquire
      Figliola & Facciolo                    Morgan, Shelsby & Leoni
      1813 Marsh Road, Suite A               131 Continental Drive, Suite 206
      Wilmington, DE  19810                  Newark, DE  19713

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Don Cathall on June 24, 2005, at 2:00 p.m. in the offices of the undersigned.

                            GOLDFEIN & JOSEPH

                            /s/ Gary H. Kaplan
                            _____
                            GARY H. KAPLAN - ID# 2965
                            222 Delaware Avenue, Suite 1110
                            P.O. Box 2206
                            Wilmington, DE  19899
                            (302) 656-3301
                            Attorney for Defendant, Tipco Technologies, Inc.

cc:  Corbett & Associates

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DON'S HYDRAULICS, INC.,** : | |
| : | **C.A. No.:  04-1275 KAJ** |
| **Plaintiff,** : | |
| v. : | |
| : | |
| **COLONY INSURANCE COMPANY,** : | |
| **TRUCK TECH INDUSTRIES, INC.,** : | |
| **and TIPCO TECHNOLOGIES, INC.,** : | |
| : | |
| **Defendants.** : | |

## CERTIFICATE OF SERVICE

I, Gary H. Kaplan, Esquire,   do hereby certify that on this       day of March, 2005, two (2) copies of the Notice of Deposition were served on the following by depositing same in the U.S. Mail, postage pre-paid in an envelope addressed as follows:

Abigail Rodgers, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031

Anthony A. Figiola, Jr., Esquire
Figliola & Facciolo
1813 Marsh Road, Suite A
Wilmington, DE  19810

Joseph M. Toddy, Esquire
Zarwin, Baum, DeVito, Kaplan, Schaer &
   Toddy, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA  19102

Gilbert F. Shelsby, Jr., Esquire
Morgan, Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE  19713

**GOLDFEIN & JOSEPH**

/s/ Gary H. Kaplan

---
GARY H. KAPLAN - ID# 2965
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE  19899