IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DON'S HYDRAULICS, INC.,** | : | |
| | : | C.A. No.: 04-1275 KAJ |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| **COLONY INSURANCE COMPANY,** | : | |
| **TRUCK TECH INDUSTRIES, INC.,** | : | |
| **and TIPCO TECHNOLOGIES, INC.,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE TO VACATE DEPOSITION

TO:  Abigail Rodgers, Esquire           Joseph M. Toddy, Esquire
     Tighe, Cottrell & Logan, P.A.        Zarwin, Baum, DeVito, Kaplan,
     First Federal Plaza, Suite 500         Schaer & Toddy, P.C.
     P.O. Box 1031                       1515 Market Street, Suite 1200
     Wilmington, DE  19899-1031          Philadelphia, PA  19102

     Anthony A. Figliola, Jr., Esquire     Gilbert F. Shelsby, Jr., Esquire
     Figliola & Facciolo                  Morgan, Shelsby & Leoni
     1813 Marsh Road, Suite A             131 Continental Drive, Suite 206
     Wilmington, DE  19810                Newark, DE  19713

     **PLEASE TAKE NOTICE** that the oral deposition of Don Cathall on June 24, 2005, at

2:00 p.m. is hereby vacated.

                                            GOLDFEIN & JOSEPH

                                            /s/ Gary H. Kaplan

                                            _____
                                            GARY H. KAPLAN - ID# 2965
                                            222 Delaware Avenue, Suite 1110
                                            P.O. Box 2206
                                            Wilmington, DE  19899
                                            (302) 656-3301
                                            Attorney for Defendant, Tipco Technologies, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DON'S HYDRAULICS, INC.,** : | |
| : | C.A. No.: 04-1275 KAJ |
| **Plaintiff,** : | |
| v. : | |
| : | |
| **COLONY INSURANCE COMPANY,** : | |
| **TRUCK TECH INDUSTRIES, INC.,** : | |
| **and TIPCO TECHNOLOGIES, INC.,** : | |
| : | |
| **Defendants.** : | |

## CERTIFICATE OF SERVICE

I, Gary H. Kaplan, Esquire, do hereby certify that on this 26th day of April, 2005, two (2) copies of the Notice of Deposition were served on the following by depositing same in the U.S. Mail, postage pre-paid in an envelope addressed as follows:

Abigail Rodgers, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031

Anthony A. Figiola, Jr., Esquire
Figliola & Facciolo
1813 Marsh Road, Suite A
Wilmington, DE  19810

Joseph M. Toddy, Esquire
Zarwin, Baum, DeVito, Kaplan, Schaer &
   Toddy, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA  19102

Gilbert F. Shelsby, Jr., Esquire
Morgan, Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE  19713

**GOLDFEIN & JOSEPH**

/s/ Gary H. Kaplan
_____
GARY H. KAPLAN - ID# 2965
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE  19899