IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Gilbert F. Shelsby, Jr., Esquire and Morgan Shelsby & Leoni and substitute the appearance of Cynthia G. Beam, Esquire and Reger Rizzo Kavulich & Darnall LLP as counsel for Defendant Truck Tech Industries, Inc., in this action.

**MORGAN SHELSBY & LEONI**       **REGER RIZZO KAVULICH & DARNALL LLP**


 */s/ Gilbert F. Shelsby, Jr., Esquire*       */s/ Cynthia G. Beam, Esquire*
Gilbert F. Shelsby, Jr., Esquire      Cynthia G. Beam, Esquire
Delaware State Bar I.D. No. 2833      Delaware State Bar I.D. No. 2565
gshelsby@mslde.com      CBeam@rrkdlaw.com
131 Continental Drive, Suite 26      1001 Jefferson Plaza, Suite 202
Newark, DE 19713      Wilmington, DE 19801
(302) 454-7430      (302) 652-3611

Dated: May 5, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify on this 5th day of May, 2005 that two true and correct copies of the Substitution of Counsel have been served electronically upon the following:

Michael K. Tighe, Esquire
Tighe, Cottrell & Logan
First Federal Plaza
P.O. Box 1031
Wilmington, DE 19899

Anthony Figliola, Jr., Esquire
Figliola & Facciolo
1813 Marsh Road, Suite A
Wilmington, DE 19810

Joseph M. Toddy, Esquire
Zarwin, Baum, DeVito, Kaplan,
    Schaer, Toddy, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1981

Gary H. Kaplan, Esquire
Goldfein & Hosmer
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899

Gilbert F. Shelsby, Jr., Esquire
Morgan Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE 19713

**REGER RIZZO KAVULICH & DARNALL LLP**

   */s/ Cynthia G. Beam, Esquire*
**Cynthia G. Beam, Esquire**
**Delaware State Bar I.D. No. 2565**
**CBeam@rrkdlaw.com**
**1001 Jefferson Plaza, Suite 202**
**Wilmington, DE  19801**
**(302) 652-3611**
**Attorney for Defendant**
**Truck Tech Industries, Inc.**

Dated:  May 5, 2005