IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, the undersigned, do hereby certify on this 24th day of May, 2005 that a true and correct copy of Defendant Truck Tech Industries, Inc.'s Responses to Plaintiff's Request for Production have been served electronically and/or by first class mail, upon the following:

Michael K. Tighe, Esquire  
Tighe, Cottrell & Logan, P.A.  
First Federal Plaza, Suite 500  
P.O. Box 1031  
Wilmington, DE 19899  

Anthony A. Figliola, Jr., Esquire  
Figliola & Facciolo  
1813 Marsh Road, Suite A  
Wilmington, DE 19810  

Gary H. Kaplan, Esquire  
Goldfein & Joseph  
222 Delaware Avenue, Suite 1110  
P.O. Box 2206  
Wilmington, DE 19899  

Joseph M. Toddy, Esquire  
Zarwin, Baum, DeVito, Kaplan  
  Schaer & Toddy, P.C.  
1515 Market Street, Suite 1200  
Philadelphia, PA 19102  

**REGER RIZZO KAVULICH & DARNALL, LLP**

  */s/ Cynthia G. Beam, Esquire*
**Cynthia G. Beam, Esquire**
**Delaware State Bar I.D. No. 2565**
**1001 Jefferson Plaza, Suite 202**
**Wilmington, DE 19801**
**(302) 652-3611**
**Attorney for Defendant**
**Truck Tech Industries, Inc.**

Dated:  May 24, 2005