## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COLONY INSURANCE COMPANY, )<br>TRUCK TECH INDUSTRIES, INC., )<br>and TIPCO TECHNOLOGIES, INC., )<br>)<br>Defendant. ) | C.A. No.: 04-1275 (KAJ) |

### NOTICE OF SERVICE

I, the undersigned, do hereby certify on this 24th day of May, 2005 that a true and correct copy of Defendant Truck Tech Industries, Inc.'s Answers to Co-Defendant Colony Insurance Company's Interrogatories have been served electronically and/or by first class mail, upon the following:

| | |
|---|---|
| Michael K. Tighe, Esquire<br>Tighe, Cottrell & Logan, P.A.<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899 | Anthony A. Figliola, Jr., Esquire<br>Figliola & Facciolo<br>1813 Marsh Road, Suite A<br>Wilmington, DE 19810 |
| Gary H. Kaplan, Esquire<br>Goldfein & Joseph<br>222 Delaware Avenue, Suite 1110<br>P.O. Box 2206<br>Wilmington, DE 19899 | Joseph M. Toddy, Esquire<br>Zarwin, Baum, DeVito, Kaplan<br>  Schaer & Toddy, P.C.<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102 |

**REGER RIZZO KAVULICH & DARNALL, LLP**


  **/s/ Cynthia G. Beam, Esquire**
**Cynthia G. Beam, Esquire**
**Delaware State Bar I.D. No. 2565**
**1001 Jefferson Plaza, Suite 202**
**Wilmington, DE 19801**
**(302) 652-3611**
**Attorney for Defendant**
**Truck Tech Industries, Inc.**

Dated:  May 24, 2005