## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Don's Hydraulics, Inc.                    :
                  **Plaintiff**          :          **Civil Action No.:  04-1275**
                                    :

              **vs.**          :

Colony Insurance Company and          :
Truck Tech Industries, Inc., and          :
Tipco Technologies, Inc.          :

### ORDER

AND NOW, this _____ day of _____, 2005, upon

consideration of Defendant, Colony Insurance Company's, Motion for Summary Judgment and

responses thereto, it is hereby ORDERED and DECREED that Defendant, Colony Insurance

Company's, Motion for Summary Judgment is GRANTED.

BY THE COURT:

_____
Judge Kent A. Jordan