IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Don's Hydraulics, Inc.<br>      **Plaintiff**<br><br>vs.<br><br>Colony Insurance Company and<br>Truck Tech Industries, Inc., and<br>Tipco Technologies, Inc. | Civil Action No.: 04-1275 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Summary Judgment was served upon:

Michael Tighe, Esquire
Tighe, Cottrell & Logan, PA
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(Counsel for Plaintiff)

Cynthia Beam, Esquire
Reger Rizzo Kavulich & Darnall
1001 N. Jefferson Street, Suite 202
Wilmington, DE 19801
(Counsel for Truck Tech)

Gary H. Kaplan, Esquire
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899 (Counsel for Tipco Tech. Inc.)

by certified mail this _7th_ day of _Jun_____, 2005.

FIGLIOLA & FACCIOLO

BY: _____
    ANTHONY A. FIGLIOLA, JR., ESQUIRE

ZARWIN ◆ BAUM ◆ DEVITO
KAPLAN ◆ SCHAER ◆ TODDY◆ P.C.

BY: _____
    JOSEPH M. TODDY, ESQ.