Truck Tech Inc.
321A South Division St.
Fruitland, Md 21826
And
TIPCO Technologies
11412 Cronhill Drive
Owings Mills, Md 21117

November 03, 2003

Mr. Jim Biggs:

As I've discussed with you and Sean Swain on previous occasions, the hydraulic pumps on the hydraulic power unit manufactured by Don's Hydraulics Inc.failed after start up due to cavitations. The cavitation was a result of the failure of the suction hoses.

My customer in Gainesville, Ga. experienced a large amount of loss production as result of the pumps failing.

Don's Hydraulics Inc. also experienced great expenses in an effort to keep the plant in operation and correcting the problem.

I sent a letter, dated August 25, 2003 stating my concern with the suction hoses. Enclosed with this letter is a copy of that letter also a copy of the reply from your vendor.

As a result of many phone conversations, meetings and examinations by others, my customer Fieldale Farms Inc. and I are in agreement that we have to be reimbursed for the cost we incurred jointly to solve the problems.

Being away from my home base I had no choice but to place a significant amount of charges on Credit Cards. The interest rates are stated in the list of charges beginning on September 22, 2003. The charges are current as of November 3. 2003 but does not include any collections or legal fees.

Settlement of this matter within Thirty (30) days is a must.

Respectfully Yours

Don Cottell