

Michael Tighe
Po Box 1031
Wilmington, De 19899

Re: claim#25945
DoI: 9/15/03
Insured: Don's Hydraulics
Claimants: Fieldale Farms
Your file#6652

Dear Mike,

Thank you for your letter of February 12, 2004 in regards to the above. I have faxed a copy of the reservation of rights letter that was sent to Mr. Cathell on November 12, 2003. Your letter states I have been on notice for 4 months regarding this case. That is mistaken, I was told about this claim on November 7, 2003. Based on Mr. Cathell's coverage with Colony Insurance, which is a CGL policy(commercial general liability), his policy with us would only provide coverage for resulting property damage.

The resulting property damage would be the 4200 gallons of hydraulic oil that was contaminated. I believe the invoice for this clean up is $16569.60. If this amount is incorrect, please let me know. I will be forwarding a check for this amount under separate cover. There is no coverage for the downtime if it was a result of the failure of the pumps and there is no coverage to repair or replace the pumps since this is considered to be part of Don's "work product".

I would also like to inform you that your letter requesting the return of the materials that Don's Hydraulics provided to the engineer for inspection needs to be requested from the engineer. I do not have nor did I ever have any possession of Don's materials. The engineer is Tom Butler with SEA and he can be reached at 800-635-9507. I suggest you contact him.

Sincerely,

Lisa Lackovitch
Claims adjsuter

FC 665

# TIGHE, COTTRELL & LOGAN, P.A.
*Attorneys at Law*
704 NORTH KING STREET, SUITE 500
P.O. BOX 1031
WILMINGTON, DELAWARE 19899
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
Toll Free: (800) 645-6401
WRITER'S EMAIL: m.tighe@lawtcl.com

BRANCH OFFICES:

19 WEST AVENUE
P.O. BOX 303
WOODSTOWN, NJ 08098

1220-C EAST JOPPA ROAD
SUITE 505
TOWSON, MD 21286

2017 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3804

April 5, 2004

Tom Hensley
Fieldale Poultry Farms
P.O. Box 558
Baldwin, GA 30511

    RE:  Re: Don's Hydraulics
           Our File No. 6652

Dear Tom:

    I enclose a check in the amount of $16,569.16. I will do my best to try to recover as much of this loss as I can.

                                   Very truly yours,

                                   MICHAEL K. TIGHE

MKT/lk

cc: Don Cathall w/copy of release

