IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  Gary H. Kaplan, Esquire
     Goldfein & Hosmer
     222 Delaware Avenue
     Suite 1110
     P.O. Box 2206
     Wilmington, DE 19899-2206
     ***Counsel for Defendant Tipco Technologies, Inc.***

     Cindy Beam, Esquire
     Reger & Rizzo, LLP
     1001 Jefferson Plaza, Suite 202
     Wilmington, DE 19801
     ***Counsel for Defendant Truck Tech Industries, Inc.***

     Joseph M. Toddy, Esquire
     Zarwin Baum DeVito Kaplan
     Schaer Toddy P.C.
     1515 Market Street
     Suite 1200
     Philadelphia, PA 19102-1981
     ***Counsel for Defendant Colony Insurance***

\_\_\_\_\_Anthony Figliola, Jr., Esquire
\_\_\_\_\_Figliola & Facciolo
\_\_\_\_\_1813 Marsh Road, Suite A
\_\_\_\_\_Wilmington, DE 19810
\_\_\_\_\_***Local Counsel for Defendant Colony Insurance***

COMES NOW, Plaintiff, Don's Hydraulics, Inc., which hereby moves pursuant to Federal Rule of Civil Procedure 56 for summary judgment against Defendant, Colony Insurance. This Motion will be heard by The Honorable Kent A. Jordan at the convenience of the Court.

                                          TIGHE, COTTRELL & LOGAN, P.A.

                                          /s/ Michael K. Tighe
                                          Michael K. Tighe (DE ID 29)
                                          Abigail E. Rodgers (DE ID 4500)
                                          First Federal Plaza
                                          704 N. King Street, Ste. 500
                                          P.O. Box 1031
                                          Wilmington, DE 19899 - 1031
                                          302-658-6400
                                          Attorneys for the Plaintiff Don's Hydraulic's, Inc.

Dated: June 17, 2005