IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-1275 (KAJ) |
| ) | |
| v. ) | |
| ) | |
| COLONY INSURANCE COMPANY, ) | |
| TRUCK TECH INDUSTRIES, INC., ) | |
| and TIPCO TECHNOLOGIES, INC., ) | |
| ) | |
| Defendants. ) | |

CROSS-MOTION FOR SUMMARY
JUDGMENT OF THE PLAINTIFF DON'S HYDRAULIC'S, INC.

The plaintiff, Don's Hydraulic's, Inc., pursuant to Fed.R.Civ.P. 56, requests summary judgment in its favor and against the defendant, Colony Insurance Company, on the grounds that the damages alleged by the plaintiff, as a matter of law, are covered by the applicable insurance policy. The reasons therefore are more fully set forth in the accompanying Motion.

                          TIGHE, COTTRELL & LOGAN, P.A.

                           /s/ Michael K. Tighe
                          Michael K. Tighe (DE ID 29)
                          Abigail E. Rodgers (DE ID 4500)
                          First Federal Plaza
                          704 N. King Street, Ste. 500
                          P.O. Box 1031
                          Wilmington, DE 19899 - 1031
                          302-658-6400
                          Attorneys for the Plaintiff Don's
                          Hydraulic's, Inc.

Dated: June 17, 2005