IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., | ) |
| | ) |
| Plaintiff, | )   C.A. No. 04-1275 (KAJ) |
| | ) |
| v. | ) |
| | ) |
| COLONY INSURANCE COMPANY, | ) |
| TRUCK TECH INDUSTRIES, INC., | ) |
| and TIPCO TECHNOLOGIES, INC., | ) |
| | ) |
| Defendants. | ) |

OPENING BRIEF OF THE PLAINTIFF
IN SUPPORT ITS MOTION FOR SUMMARY JUDGMENT
<u>AGAINST DEFENDANT COLONY INSURANCE COMPANY</u>

 

TIGHE, COTTRELL & LOGAN, P.A.

 /s/ Michael K. Tighe
Michael K. Tighe (DE ID 29)
Abigail E. Rodgers (DE ID 4500)
First Federal Plaza
704 N. King Street, Ste. 500
P.O. Box 1031
Wilmington, DE 19899 - 1031
302-658-6400
Attorneys for the Plaintiff Don's
Hydraulic's, Inc.

Dated: June 17, 2005