IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiff Don's Hydraulics, Inc.'s Motion for Summary Judgment and any response thereto,

IT IS HEREBY ORDERED that said Motion is granted.

_____
                                            The Honorable Kent A. Jordan