```
              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF DELAWARE

DON'S HYDRAULICS, INC.,      )
                             )
          Plaintiff,         )    C.A. No. 04-1275 (KAJ)
                             )
          v.                 )
                             )
COLONY INSURANCE COMPANY,    )
TRUCK TECH INDUSTRIES, INC., )
and TIPCO TECHNOLOGIES, INC.,)
                             )
          Defendants.        )
```

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this 17th day of June, 2005, a true and correct copy of the attached Reply to Motion for Summary Judgment of Colony Insurance Company and Cross-Motion for Summary Judgment of the Plaintiff Don's Hydraulics, Inc. was served via First Class U.S. Mail, postage prepaid to the following:

    Gary H. Kaplan, Esquire
    Goldfein & Hosmer
    222 Delaware Avenue
    Suite 1110
    P.O. Box 2206
    Wilmington, DE 19899-2206
    ***Counsel for Defendant Tipco Technologies, Inc.***

    Cindy Beam, Esquire
    Reger & Rizzo, LLP
    1001 Jefferson Plaza, Suite 202
    Wilmington, DE 19801
    ***Counsel for Defendant Truck Tech Industries, Inc.***

      Joseph M. Toddy, Esquire
      Zarwin Baum DeVito Kaplan
      Schaer Toddy P.C.
      1515 Market Street
      Suite 1200
      Philadelphia, PA 19102-1981
      ***Counsel for Defendant Colony Insurance***

_____Anthony Figliola, Jr., Esquire
_____Figliola & Facciolo
_____1813 Marsh Road, Suite A
_____Wilmington, DE 19810
_____***Local Counsel for Defendant Colony Insurance***


                          TIGHE, COTTRELL & LOGAN, P.A.

                           /s/ Michael K. Tighe
                          Michael K. Tighe (DE ID 29)
                          Abigail E. Rodgers (DE ID 4500)
                          First Federal Plaza
                          704 N. King Street, Ste. 500
                          P.O. Box 1031
                          Wilmington, DE 19899 - 1031
                          302-658-6400
                          Attorneys for the Plaintiff Don's Hydraulic's, Inc.

_____