IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

APPENDIX TO THE CROSS-MOTION FOR SUMMARY
JUDGMENT OF THE PLAINTIFF DON'S HYDRAULIC'S, INC.

Complaint . . . . . . . . . . . . . . . . . . . . . . . . P1-P5
Truck Tech Industries Invoice . . . . . . . . . . . . . . P6
Insurance Policy . . . . . . . . . . . . . . . . . . . . P7-P42
Deposition Transcript of Plaintiff dated May 26, 2005 . . P43-P46
Proposal . . . . . . . . . . . . . . . . . . . . . . . . P47-48
Plaintiff's Answer to Colony's Interrogatories . . . . . P49-P55
Deposition Transcript of Plaintiff dated May 27, 2005 . . P56-P57
Fieldale Farms Invoice . . . . . . . . . . . . . . . . . P58
Don's Hydraulics, Inc.'s Invoice . . . . . . . . . . . . P59-P60
Hydraulic Pump/Hose Failure Analysis . . . . . . . . . . P61-P71
Check . . . . . . . . . . . . . . . . . . . . . . . . . P72

                                              **TIGHE COTTRELL & LOGAN, P.A.**

                                              /s/ Michael K. Tighe
                                              Michael K. Tighe (DE ID 29)
                                              Abigail E. Rodgers (DE ID 4500)
                                              First Federal Plaza
                                              704 N. King Street, Ste. 500
                                              P.O. Box 1031
                                              Wilmington, DE 19899 - 1031
                                              302-658-6400
                                              Attorneys for the Plaintiff Don's Hydraulic's, Inc.

Dated: June 17, 2005