IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. |
| | ) | |
| v. | ) | Non - Arbitration |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | Trial by Jury of 12 Demanded |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

### The Parties

1. The plaintiff, Don's Hydraulics, Inc. ("Don's"), is a corporation in the state of Delaware.

2. The defendant, Colony Insurance Company ("Colony"), is an insurance company incorporated in the State of Virginia who was conducting business in the State of Delaware. Colony can be served by serving its registered agent at National Registered Agents, Inc., 526 King Street, Suite 423, Alexandria, Virginia, 22314.

3. The defendant, Truck Tech Industries, Inc. ("TTI") is a company incorporated in the state of Maryland who was conducting business in the State of Delaware. TTI can be served at 321 A South Division Street, Fruitland, Maryland, 21826.

4. The defendant, Tipco Technologies, Inc. ("Tipco"), is a company incorporated in the state of Maryland who was conducting business in the State of Delaware. Tipco can be served at 1142 Cronhill Drive, Owings Mills, Maryland, 21117.

### Background

5. The plaintiff incorporates reference paragraphs 1 through 4 as if set forth fully herein.

6. In December, 2002, the plaintiff entered into a contract with Fieldale Farms to install a complete hydraulic

system at Fieldale Farms.

7. The plaintiff contracted with TTI for suction hoses to be used in the hydraulic pump.

8. The suction hoses were manufactured by Tipco, who in turn, sold the hoses to TTI.

9. The plaintiff installed the hoses into the hydraulic pump. The hoses were defective and twenty pumps were destroyed.

10. The plaintiff demanded payment of the resulting damages by TTI and Tipco but to date, neither has remitted payment.

11. The plaintiff also submitted the claim for damages as a result of the defective hoses and the resulting pump failure to its insurer, Colony, under Commercial General Liability Policy No. GL123393.

12. To date, Colony has not paid the losses and/or expenses to full extent of its liability.

13. As a direct and proximate result of the aforesaid actions of the defendants, the plaintiff has incurred substantial losses and/or expenses to date.

<u>Count I - Colony Insurance</u>

14. The plaintiff incorporates herein by reference paragraphs 1 through 13 as if set forth fully herein.

15. At all times relevant, a policy of insurance was executed and issues by Colony to the plaintiff, whereby, in consideration of premiums paid by the plaintiff, Colony agreed to pay those sums that the insured becomes legally obligated to pay as damages because of property damage.

16. The plaintiff has paid all premiums due under the terms of the insurance contract with Colony and the policy has been in full force and effect since the date of original issuance and was in full force and effect at the time the damages alleged in this complaint occurred.

17. The plaintiff has requested payment by Colony of these expenses.

18. To date, Colony has not paid the plaintiff for the expenses and/or losses to the extent of Colony's

liability.

### Count II - Truck Tech Industries

19. The plaintiff incorporates herein by reference paragraphs 1 through 18 as if set forth fully herein.

20. The plaintiff alleges that TTI negligently breached its contract with the plaintiff, that it breached its express warranty to the plaintiff that the hoses would conform to specifications, that it breached its implied warranties of merchantibility and fitness for a particular purposes, and that it violated 6 <u>Del.C.</u> §2532.

21. The defendant TTI contracted with the plaintiff to provide the plaintiff with hoses which TTI knew was to be used in a large hydraulic unit.

22. In so contracting, TTI expressly warranted to the plaintiff that the hoses would conform to the specifications provided.

23. Further, TTI warranted to the plaintiff that the hoses would be merchantable and that they would be fit for the particular purposes for which they were intended.

24. TTI negligently breached it contract with the plaintiff in that it:

    (a) failed to manufacture the hoses in conformity with the specifications provided in order to be used in the hydraulic unit;

    (b) provided hoses so far out of specification that they were not fit for the use which TTI knew they were to be used;

    (c) failed to inspect the hoses as manufactured to make sure they met the specifications;

    (d) knew or should have known of the negligent design and/or manufacturing defect of the hoses;

    (d) was otherwise negligent as will be show through discovery.

25. TTI breached its express and implied warranties to the plaintiff as enumerated in paragraph 24.

### Count III - Tipco Industries

26. The plaintiff incorporates by reference paragraphs 1 through 25 as if set forth fully herein.

27. The plaintiff alleges that Tipco negligently manufactured and designed the hoses it sold to TTI, that it breached its express warranty that the hoses would conform to specification, and that it breached its implied warranties of merchantibility and fitness for a particular purposes, that it violated 6 <u>Del.C.</u> §2532.

28. Tipco failed to exercise reasonable care in designing the hoses so that the hoses contained a design defect when they were placed into the stream of commerce.

29. Tipco failed to exercise reasonable care in manufacturing the hoses so that the hoses contained a manufacturing defect when they were placed into the stream of commerce

30. Tipco expressly warranted that the hoses would conform to the specifications provided.

31. Further, Tipco warranted that the hoses would be merchantable and that they would be fit for the particular purposes for which they were intended.

32. Tipco was negligent in that it:

    (a) negligently designed a defective product;

    (b) negligently manufactured a defective product;

    (c) failed to warn of the defective nature of the hoses when Tipco knew or should have know that the product involved a risk of harm when used for the purpose supplied;

    (d) failed to manufacture the hoses in conformity with the specifications provided in order to be used in the hydraulic unit;

    (e) failed to inspect the hoses as manufactured to make sure they met the specifications; and

    (F) was otherwise negligent as will be show through discovery.

33. TTI breached its express and implied warranties to the plaintiff as enumerated in paragraph 32.

WHEREFORE, the plaintiff, Don's Hydraulics, Inc., demands judgment against the defendants Colony Insurance Company, Tetra Tech Industries, Inc. and Tipco Technologies, Inc. for compensatory damages, together with costs, interest and attorney's fees and such other damages as the Court determines equitable and just.

                                TIGHE, COTTRELL & LOGAN, P.A.

                                /s/ Michael K. Tighe
                              Michael K. Tighe (#29)
                              First Federal Plaza, Suite 500
                              P.O. Box 1031
                              Wilmington, DE  19899
                              (302) 658-6400
                              Attorneys for Plaintiff Don's Hydraulics

Dated: June 9, 2004

```
TTI - DOVER                                   Invoice #:    4095 Pg. 1
1066 SOUTH DUPONT HIGHWAY
DOVER, DE 19901                               Customer ID: 10-DONS

   Phone #: (302) 730-8230      ******************************
                                *                            *
                                *        I N V O I C E       *
                                *                            *
                                ******************************
   Bill to:                        Ship to:
     DON'S HYDRAULICS                DON'S HYDRAULICS
     RR 7                            RR 7
     PO BOX 223-C                    PO BOX 223-C
     GEORGETOWN, DE 19947            GEORGETOWN, DE 19947
```

```
-Date-------Ship Via------------F.O.B.-----------Terms----------------------
 08/29/03 | TTI/UPS           | Origin         | C.O.D.
-Order------P.O. Number--------Salesperson---------------------Our Order-----
 08/07/03 | DON               | Scott McClymont                | 2305
```

| Req | Shp | B.O. | Item No. | Description | Price | Amount |
|-----|-----|------|----------|-------------|-------|--------|
| 35 | 35 | | | 2 1/2 " FEMALE JIC SWIVEL CRIMPED ON ENDS | 173.80 | 6083.00 |
| 15 | 15 | | | 2 1/2" MALE NPT FITTINGS CRIMPED ON | 12.20 | 183.00 |
| 40 | 40 | | | 2 1/2" ID LONGHORN HOSE HOSE INFO ATTACHED | 9.30 | 372.00 |
| | | | | Invoice subtotal | | 6638.00 |
| | | | | Freight charges | | 215.46 |
| | | | | Invoice total | | 6853.46 |

MAIL CUSTOMER COPY

EXHIBIT
CAYHELL-2
5/26/05  JTH