### Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DON'S HYDRAULICS, INC.         : C.A. No. 04-1275 (KAJ)
       Plaintiff               :
                               :
Vs.                            :
                               :
COLONY INSURANCE COMPANY, TRUCK:
TECH INDUSTRIES, INC., and TIPCO:
TECHNOLOGIES, INC.             :
       Defendants              :

Oral deposition of DON CATHELL, taken by and before Joanne H. Gusler, Registered Professional Reporter and Notary Public, at the Law Offices of Reger, Rizzo, Kavulich & Darnall, LLP., 1001 North Jefferson Street, Suite 202, Wilmington, Delaware 19801, on Thursday, May 26, 2005, commencing at 10:55 a.m.

VOLUME I

KARASCH & ASSOCIATES
REGISTERED PROFESSIONAL REPORTERS
PENNSYLVANIA and DELAWARE
(800) 621-5689

COPY

### Page 2

1  APPEARANCES:
2
3    Tighe, Cottrell & Logan, P.A.
     BY: ABIGAIL E. RODGERS, ESQUIRE
4    First Federal Plaza
     P.O. Box 1031
5    Wilmington, De 19899
     (302) 658-6400
6    Attorney for the Plaintiff
7
8    Reger, Rizzo, Kavulich & Darnall, LLP
     BY: CYNTHIA G. BEAM, ESQUIRE
9    1001 North Jefferson Street, Suite 202
     Wilmington, De 19801
10   (302) 652-3611
     Attorney for Defendant, Truck Tech Industries
11
12
     Goldfein and Joseph
13   BY: GARY H. KAPLAN, ESQUIRE
     222 Delaware Avenue, Suite 1110
14   Wilmington, De 19899
     (302) 656-3301
15   Attorney for Defendant, Tipco Technologies, Inc.
16
17   Zarwin, Baum, DeVito, Kaplan, Schaer, Toddy, P.C.
     BY: DEVON F. SNELL, ESQUIRE
18   1515 Market Street, Suite 1200
     Philadelphia, Pa 19102
19   (215) 569-2800
     Attorney for Defendant, Colony Insurance Company
20
21
22
23
24
25

### Page 3

1                    I N D E X
2   WITNESS                    PAGE
3   DON CATHELL
4   BY MS. BEAM           4
5
6              EXHIBITS
7   NUMBER        DESCRIPTION              PAGE
    Cathell-1     Proposal dated 12/4/02    4
8
    Cathell-2     Invoice dated 8/7/03      4
9
    Cathell-3     Timeline dated 9/10/03    4
10
    Cathell-4     Color picture             4
11
    Cathell-5     Color picture             4
12
    Cathell-6     Color picture             4
13
    Cathell-7     Color picture             4
14
    Cathell-8     Color picture             4
15
    Cathell-9     Common policy declarations  124
16
    Cathell-10    Project summary report    127
17
    Cathell-11    Fax dated 2/24/04         130
18
    Cathell-12    Handwritten evidence transfer 130
19            Sheet
20  Cathell-13    Fax dated 2/19/04         130
21  Cathell-14    Letter dated 8/25/03      141
22  Cathell-15    List from Don's Hydraulics  145
23  Cathell-16    Letter dated 3/5/04       152
24  Cathell-17    Letter dated 3/24/04      158
25        (EXHIBITS CATHELL-4 THROUGH CATHELL-8 WERE
          RETAINED BY COUNSEL.)

### Page 4

1
              Documents marked for identification as
2    Cathell-1 through 3 and pictures Cathell-4 through
     8.)
3                 - - -
4         DON CATHELL, having been duly sworn, was examined
5    and testified as follows:
6                 - - -
7  BY MS. BEAM:
8    Q.  Mr. Cathell, my name is Cynthia Beam. I
9  introduced myself earlier. I represent Truck Tech in
10 litigation that has been filed on behalf of Don's
11 Hydraulics, Inc. We're here to take your deposition
12 today.
13    I'm sure your counsel has explained to you what a
14 deposition is. We're going to ask you a series of
15 questions. I need you to respond to those verbally
16 because nods of the head and uh-huh and unh-unh isn't
17 going to come out on the transcript later, okay?
18    A.  Yes.
19    Q.  If you don't hear me, let me know because I
20 tend to trail off after a while. If you don't understand
21 a question, please let me know and I'll rephrase it,
22 okay?
23    A.  Okay.
24    Q.  All right. If you need a break at any time,
25 please let me know. This isn't an endurance test. This

Page 5

1 is just to find out what you know about the litigation,
2 okay?
3    A. Okay.
4    Q. All right. Can you tell me a little bit about
5 yourself, sir. How old are you?
6    A. Sixty. Yeah, 60.
7    Q. And what's your occupation?
8    A. I'm a self-employed owner of Don's Hydraulics.
9    Q. How long have you been the self-employed owner
10 of Don's Hydraulics?
11    A. Twenty-five years.
12    Q. What did you do before you owned Don's
13 Hydraulics?
14    A. I worked for a poultry processing plant as
15 plant engineer.
16    Q. And as the owner of Don's Hydraulics, can you
17 give me an idea of what your responsibilities are? What
18 do you do?
19    A. Manage the business. Procure necessary items
20 for the business. Design hydraulic power units. Over-
21 see as far as the office.
22    Q. Okay. How many employees does Don's
23 Hydraulics have?
24    A. Six.
25    Q. That's including yourself?

Page 6

1    A. Yes.
2    Q. All right. And your son Delmar also works
3 there?
4    A. Yes.
5    Q. Can you give me a breakdown of what the other
6 five employees do at Don's Hydraulics?
7    A. There's three women in the office. My son
8 works in the shop and also helping with procure items
9 that's necessary for the work. And one employee in the
10 shop.
11    Q. Delmar's last name is also Cathell?
12    A. Yes.
13    Q. And what's your other shop employee's name?
14    A. First name is Chris, can't even think of his
15 last name now.
16    Q. Okay. How long has Delmar worked for Don's
17 Hydraulics?
18    A. I don't know exactly.
19    Q. Okay. Has it been more than five years?
20    A. It's over 20 but I don't know.
21    Q. Okay. That's fine. And how about your other
22 employee, Chris, how long has he been employed with Don's
23 Hydraulics?
24    A. About two years I think.
25    Q. Okay. Was Chris employed with Don's

Page 7

1 Hydraulics at the time that you were filling the Fieldale
2 Farms project order?
3    A. Yes.
4    Q. Now, do you have any formal education or
5 training in designing hydraulic power units?
6    A. No.
7    Q. How did you learn how to do it then?
8    A. Working with it in poultry plants mainly. And
9 I had an older gentleman, I took his business over.
10 That's how I learned a lot of it from him.
11    Q. Okay. Now, the hydraulic units that you build
12 at Don's Hydraulics, who is your typical customer if you
13 have a typical customer?
14    A. Poultry processors and logging industry.
15    Q. And the hydraulic power unit that you were
16 putting together for the Fieldale Farms project, is that
17 the typical kind of hydraulic unit that Don's Hydraulics
18 builds?
19    A. Yes.
20    Q. Okay. So I take it, Fieldale Farms is a
21 poultry processing plant?
22    A. Yes.
23    Q. All right. Now, when you say you design the
24 hydraulic power unit as part of your job at Don's
25 Hydraulics, does that mean you were actually involved in

Page 8

1 putting the hydraulic unit together in your shop at Don's
2 Hydraulics?
3    A. Yes.
4    Q. All right. And is Delmar and Chris also
5 involved in that process?
6    A. Very, very little.
7    Q. Very little?
8    A. Very little.
9    Q. So you do the majority of the building of
10 these units yourself?
11    A. I have one other person which is now a
12 separate contractor. At that time, he was an employee
13 but he is now on his own.
14    Q. So in August of 2003, you had another employee
15 that helped you build --
16    A. Yes.
17    Q. -- this particular unit?
18    A. Yes.
19    Q. What was his name, sir?
20    A. Alfred Collins, the Second.
21    Q. Alfred Collins, the Second?
22    A. Yes.
23    Q. And so is it true on this particular hydraulic
24 power unit that was to be installed at Fieldale Farms,
25 that you and Alfred Collins, the Second were the two

Page 9

1 employees of Don's Hydraulics that actually built the
2 unit at your shop?
3    A.  Yes.
4    Q.  All right.  As part of your business at Don's
5 Hydraulics, do you or any of your other employees
6 assemble industrial hoses?
7    A.  Yes.
8    Q.  Do you yourself assemble or know how to
9 assemble industrial hoses?
10   A.  Yes.
11   Q.  And do you, in fact, on some of your other
12 projects assemble industrial hoses to use on those
13 projects?
14   A.  Yes.
15   Q.  All right.  So is there anyone else in your
16 company who knows how to assemble industrial hoses?
17   A.  Yes.
18   Q.  And who would that be?
19   A.  Chris, Delmar, Alfred.
20   Q.  And for how many years have you been
21 knowledgeable about assembling industrial hoses?  As long
22 as you've been in business?
23   A.  Yes.
24   Q.  What was your purpose then of ordering the
25 hoses for this particular project from the outside source

Page 10

1 rather than assembling them yourself?
2    A.  I can only make up to a two-inch hose with our
3 crimper.
4    Q.  So from that answer, I'm assuming that for
5 this particular hydraulic unit that you were designing
6 and building for Fieldale Farms, you needed a hose that
7 had more than a two-inch diameter?
8    A.  Yes.
9    Q.  All right.  On this particular project for
10 Fieldale Farms, why did you order from Truck Tech?
11   A.  Because we buy all our hose and fittings from
12 them.
13   Q.  Now, I believe I know what you mean by using
14 the term "hoses and fittings," but for the record, can
15 you explain to us the difference between hoses and
16 fittings?
17   A.  To make a hose, you cut the length of hose you
18 want and you have a fitting that slides on to the ends.
19 And you put it in a crimp machine and then it crimps it
20 to the setting that you set it at.
21   Q.  Now, would a fitting be composed of a stem and
22 a ferrule?
23   A.  Yes.  You can have a two-piece or one-piece
24 but.
25   Q.  For those of us who haven't been doing this

Page 11

1 for 20-some odd years, a fitting would be the part that
2 you put on the end of the rubber or whatever hose?
3    A.  Yes.
4    Q.  Correct?
5    A.  Yes.
6    Q.  And the fitting can either be a one piece that
7 would consist of a stem and a ferrule?
8    A.  Yes.
9    Q.  And is the ferrule the same term as a collar?
10   A.  It could be, yes.
11   Q.  Is that your experience that the two terms are
12 interchangeable?
13   A.  Instead of collar, I've always heard it called
14 a sleeve.
15   Q.  A sleeve, okay.  And so a stem and a sleeve
16 can either come manufactured as one piece unit or
17 separately as two pieces; is that correct?
18   A.  Yes.
19   Q.  All right.  So what part fits into which part
20 on a fitting?  Does the stem go inside the sleeve?
21   A.  Yes.  You put the sleeve on the hose first and
22 then you push the stem in.  Inside.
23   Q.  And then what gets crimped?
24   A.  The sleeve.
25   Q.  So when you said that you buy all your hoses

Page 12

1 and fittings from Truck Tech, would that be any hoses
2 greater than two inches in diameter that you could not
3 assemble yourself?
4    A.  It happened one time which was this time.
5 That was the first and the only time so far.  I've not
6 needed any since.
7    Q.  Okay.  Let me see if I can back up and
8 understand that answer.  Prior to this Fieldale Farms
9 project, had you or Don's Hydraulics ever needed to use a
10 hose that was greater than two inches in diameter?
11   A.  Yes.
12   Q.  All right.  And on those other occasions, from
13 whom did you purchase the hose assemblies?
14   A.  I don't recall the name of the company right
15 now, but I did purchase some, yes.  That was prior to my
16 association with TTI though.
17   Q.  Okay.  Prior to the Fieldale Farms project,
18 had you ever purchased any hoses from Truck Tech?
19   A.  What size?
20   Q.  Let's start with any size.
21   A.  Yes.
22   Q.  All right.  Had you purchased any hoses prior
23 to the Fieldale Farms project from Truck Tech that were
24 greater than two inches in diameter?
25   A.  No.

3 (Pages 9 to 12)

### Page 157

1  Farms assisting you for those entire 16-hour shifts?
2  A. Oh, yes.
3  Q. For how many days or weeks were you working
4  the 16-hour shifts accompanied or assisted by Fieldale
5  Farms maintenance employees?
6  A. Eight to ten days at least.
7  Q. What were these maintenance employees that
8  were employees of Fieldale Farms doing to assist you
9  during all those hours?
10  A. Carrying pumps. Hooking up hoses. Whatever
11  we had to do as far as changing the pumps out and getting
12  oil back in.
13  Q. Okay. I thought that's what you brought the
14  three guys down from Rob's Hydraulics to help you do:
15  Change the pumps out, right?
16  A. They were also.
17  Q. Okay. Is that a specialized kind of job:
18  Changing out these pumps on these hydraulic units?
19  A. Not specialized really, no.
20  Q. So how many men did you have working with you
21  at one time to switch out these pumps for the new pumps?
22  A. Six plus.
23  Q. Okay. And it took -- is it your testimony
24  that it took six-plus men eight to ten days working
25  16-hour shifts to switch out eight pumps?

### Page 158

1  A. No, not the actual change-out, no.
2  Q. Okay. What in addition to the actual change-
3  out did the maintenance personnel that worked at Fieldale
4  Farms have to help you do?
5  A. Carrying the pumps by hand. Put the pumps on
6  by hand.
7  Q. Isn't that all part of the actual change-out
8  of the pumps?
9  A. Yes. They were helping.
10  Q. Okay.
11  A. Putting down Sta-Dry to clean up the oil on
12  the floor. Changing out hoses. Putting on hoses.
13  Q. I'm just trying to get a handle on what could
14  have been $50,000 worth of labor that was provided by
15  Fieldale Farms maintenance personnel in helping you to
16  switch out these eight pumps.
17  A. That was for the entire two weeks we were down
18  there. They assisted us for everything we did.
19  Q. Okay. Mark this.
20      (Document marked for identification as
21  Cathell-17.)
22  BY MS. BEAM:
23  Q. Sir, exhibit number 17 is a three-page
24  document. It is a two-page typewritten letter from your
25  counsel, Mr. Tighe dated March 24, 2004 to Rob Lyons of

### Page 159

1  Tipco and James Biggs of Truck Tech. And the third page
2  is a handwritten computation it looks like of expenses
3  that was attached to this letter when I received it as a
4  production by your counsel.
5      Have you seen any of those three pages of that
6  document before?
7  A. Yes.
8  Q. Okay. You're looking at the third page of
9  Exhibit-17 right now. Is that your handwriting?
10  A. No.
11  Q. Do you know whose handwriting that is?
12  A. No.
13  Q. Okay. Do you know where those computations
14  came from?
15  A. Hmm.
16  Q. Not really?
17  A. Yes.
18  Q. Okay. Where did those computations come from?
19  A. From the two invoices Don's Hydraulics and
20  Fieldale.
21  Q. Okay. On page two of the letter dated March
22  24, 2004, your counsel has indicated that the total
23  damages suffered by Don's Hydraulics is in the amount of
24  $191,704.16 exclusive of interest. Did I read that
25  correctly?

### Page 160

1  A. Yes.
2  Q. All right. Is that your understanding of the
3  total damages that are being claimed by Don's Hydraulics
4  in this matter?
5  A. Yes.
6  Q. Okay. Of that total amount, $84,177.90 is the
7  balance remaining on this Fieldale Farms invoice that we
8  were just discussing, correct?
9  A. I would assume, yes. Without figuring it out.
10  Q. Okay. And assuming that your counsel or
11  someone in his office did the arithmetic correctly, the
12  $92,168.52 is the amount of damages that you had totaled
13  up on exhibit number 15 which had your manpower,
14  additional expenses and the pump and your subsequent trip
15  for the pump inspection?
16  A. Yes.
17  Q. Okay. Were you provided any additional
18  documentation regarding the expenses that Fieldale Farms
19  alleges that it incurred and that had been supplied on
20  this invoice?
21  A. No.
22  Q. So your knowledge regarding the amounts on
23  this invoice come from this invoice and the discussion
24  that you had with Mr. Sullens?
25  A. Yes.

# Proposal

No.   0900

Don's Hydraulics Inc.
RR 7  Box 223C
Georgetown DE 19947
Phone #(302) 856-4545
Fax    #(302) 856-1874

Page 1 of Page 2

*PO# 347921*
*5/5/03*

Proposal Submitted To: Fieldale Farms

Gainsville GA
Reference: Queen City Plant
Attn: Mr. Russ Williams / Mr. Walter Burrell

*Cap. Ref. # 3435*
*Attn: James Edward*

Date: December 4th, 2002 /April, 25, 2003
Job Name: Hydraulic system

We Propose hereby to furnish material and labor-complete in accordance with specifications below, for the sum of:  Dollars ($                    )
Terms Listed below
( Unless other arrangements have been made with Don's Hydraulics Inc.)

All material is guaranteed to be specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from specifications below involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by workman's compensation insurance.

Authorized Signature: _Don Cathell_ /s/ Don Cathell
This Proposal may be withdrawn by us if not accepted within 30 days

We hereby submit specifications and estimates for:

Thank you for the opportunity to quote you on your hydraulic needs for the Queen City, Plant. This quote includes a central hydraulic system designed to operate the five production lines that are presently operating. This hydraulic power unit will not solve your problems alone. The piping changes that I stated in my report must be done also to complete the task satisfactorily. As I stated in my report I'll gladly work with your personnel and/or contractors to install the necessary piping, as I've done in many of your previous systems. This system includes many special features that must be incorporated in any system of this size pumping this volume of oil. Without these, the life of the hydraulic components would be greatly reduced. This unit is rather large and very heavy meaning it can not be installed inside your present facility. Please feel free to contact me with any questions you may have regarding this system.
    Following is a list of components to be supplied by Don's Hydraulics, Inc. in the manufacturing of this unit. (See next page)



EXHIBIT
CATHELL-1
5/26/05

| Quantity | Description |
|---|---|
| 1 | Custom J.I.C. Resevoir with acc. |
| 10 | 100 Hp., 3 ph., 460-V, Electric motors |
| 10 | Tandem Rexroth Variable Volume pumps |
| 10 | Pump/ motor flanges |
| 20 | Check valves |
| 20 | Magnetic suction screens |
| 20 | Suction kits |
| 1 | Return diffuser |
| 2 | High pressure manifolds |
| 1 | Lot of hoses, valves, and fittings |
| 2 | Cooling loops (15 Hp.) |
| 2 | Men to assist assembling of power unit in place and welding or resevoir Tank, and manifold and start-up supervision |

$206,780.00

Terms: $59,966.20 Due with order ✓ O
$43,423.80 Due 6 weeks after order ✓ O
$72,373.00 Due 12 weeks after order ✓ O
$31,017.00 Due 30 days after receipt of materials ✓

Delivery: Approximately 16 weeks
Freight : NONE

✓ = Inv.
O = Paid