IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-1275 |
| ) | |
| v. ) | |
| ) | |
| COLONY INSURANCE COMPANY, ) | |
| TRUCK TECH INDUSTRIES, INC., ) | |
| and TIPCO TECHNOLOGIES, INC., ) | |
| ) | |
| Defendants. ) | |

RESPONSE OF THE PLAINTIFF, DON'S HYDRAULICS, INC., TO
DEFENDANT, COLONY INSURANCE COMPANY'S, INTERROGATORIES

1. Please set forth the name, address, job classification, and full title of the person answering these interrogatories.

ANSWER: Donald Lee Cathall
25027 Dupont Highway
Georgetown, DE 19947
Title: Owner & President of Don's Hydraulics

2. Provide by date, a detailed description of all communications between you and your company and Truck Tech Industries, Inc., and Tipco Technologies, Inc. regarding the suction hoses at issue in this case.

ANSWER: On or about August 7, 2003 I placed an order with Sean Swain of Truck Tech Industries for 20 hoses to be used as pump suction hoses on a hydraulic power unit. Mr. Swain arrived on location with two hose ends and we measured each hose length, numbering each one through ten. At a later date (exact unknown) Mr. Swain arrived with the hoses. We started installing the hoses and discovered that the internal stems would turn inside the hoses using only our hands. I gave the hoses back to Mr. Swain and he left with them in his possession. Mr. Swain returned at a later date with the hoses and they would still turn so once

1

again I refused them. Sean returned with the hoses on August 24, 2003 and I could not turn the stems by hand. The power unit was due to be shipped on August 25, 2003 the hoses appeared suitable.

On August 25, 2003, I drafted a letter and sent it to Truck Tech Industries owners and management expressing my concern about the hoses. At this time I did not know who their supplier was. At a later date (date unknown) I received a copy of a hand written letter from Sean Swain of Truck Tech Industries to Tipco Technologies expressing his concern about the hoses. On Monday September 15, 2003, I called Mr. Swain and told him I was getting a lot of air in the system and feared it may be due to the hoses. As I recall, Mr. Swain advised me to do what I deemed necessary.
On Tuesday September 16, 2003, we found some elastic tape and taped all the suction hose ends as an effort to keep the plant in production. On Friday September 19, 2003, I purchased twenty new suction hoses from J.G.B. through Rob's Hydraulics Inc. with instructions to fly them to me by next day air.

On September 30, 2003, Mr. Swain picked up the twenty defective hoses from my location at Georgetown, DE. Sometime after September 11, 2003, I received a copy of a letter sent to Sean Swain at Truck Tech Industries, signed by Mr. Rob Lyons of Tipco Technologies. Prior to November 6, 2003, I called Mr. Jim Biggs of Truck Tech Industries and requested four hoses to be returned for me to test. I received the hoses and performed the testing. I sent a letter with the results on November 6, 2003. Actual dates may be acquired from Truck Tech Industries.

3. Explain the reason your company chose to purchase the suctions hoses at issue in this case from Truck Tech Industries, Inc., and Tipco Technologies, Inc.

ANSWER: I purchased the hoses from Truck Tech Industries (with no knowledge of Tipco Technologies).

4. Identify the individual(s) responsible for setting the specification and selecting the suction hoses at issue in this case that were purchased from Truck Tech Industries, Inc., and Tipco Technologies, Inc.

ANSWER: See answer to Interrogatory No. 2 above.

5. Describe any change, modification and/or customization made by you or your company to the suction hoses at issue in this case that were purchased from Truck Tech Industries, Inc. and Tipco Technologies, Inc.

ANSWER: No changes, modifications and/or customizations were made by Don's Hydraulics Inc. or any employee.

6. Identify by date each time you or your company returned suctions hoses at issue in this case to the manufacturer.

ANSWER: Specific dates are currently unknown.

7. For each occasion you or your company returned suction hoses at issue in this case to the manufacturer, provide;
    a. The identity of the individual and entity to whom the hoses were returned to;
    b. The reason the hoses were returned;
    c. The individual who initially noticed the problem or raised a concern that warranted the return of the hoses;
    d. Whether you or your company was provided with new replacement suction hoses;
    e. Whether the new replacement suction hoses were of the same type and specifications as the hoses returned.

ANSWER:
    a. Sean Swain.
    b. Please refer to answer to Interrogatory No. 2 above;
    c. Keith Johnson, Self-employed farmer.
    d. I did not receive any new replacement hoses from Truck Tech Industries or Tipco Technologies either time the hoses were returned.

3

   e. Same specifications with the hose ends manufactured by a different manufacturer.

8. For the hoses used to complete the Fieldale Farms job, provide:
   a. The identity of the company or companies the suction hoses were purchased from;
   b. The specification of the suction hoses used;
   c. The identity of the individual(s) who provided the specification of the suction hoses used;
   d. Any changes in the specification in the suction hoses purchased from the company identified in (a) from the suction hoses purchased from Truck Tech Industries, Inc., and Tipco Technologies, Inc.;
   e. Description of any previous experience with the company identified in (a).

ANSWER:
   a. J.G.B.
      Box 209
      Liverpool, NY 13088-0209
      Sales Rep: Gene Rivers
   b. Two and one half inch Inside Diameter
      One wire spiral
      Crimped on ends of male pipe and female jic
   c. Donald Cathell
   d. None.
   e. None.

9. Identify the manufacturer, seller, distributor of the pumps used in the Fieldale Farms job.

ANSWER:   Pump Manufacturer: Rextroth Corp.
   Distributor:   L&H Technologies Inc.
                  P.O. Box 890218
                  Charlotte, NC 28289-0218
   Sold to:       Rob's Hydraulics Inc.
                  P.O. Box 636
                  Grimesland, NC 27837
   Delivered to:  Don's Hydraulics Inc.
                  25029 Dupont Highway
                  Georgetown, DE 19947

10. Were the pumps referred to in 9 above, modified,

4

changed, customized in any way? If you answered in the affirmative; then:

    a.   Describe how the pumps were modified, changed, customized;
    b.   Describe the purpose of the modification, change or customization;
    c.   Identify the individual or entity who was responsible for the modification, change or customization.

ANSWER: No.

11. Identify all companies you have in the past or are currently purchasing suction hoses from.

ANSWER: The plaintiff objects to the extent this interrogatory is overly broad, unduly burdensome and unlimited in time and scope. Notwithstanding and without waving, the plaintiff states ; in addition to the entities listed elsewhere in these interrogatories;   Metro Hose
                       318 Horsepen Road
                       Farmville, VA 23901

12. Identify any problems encountered with suction hoses purchased from companies identified in 11 above.

ANSWER: No problems have been encountered with Metro Hose.

13. Describe in detail the nature and extent of the damage to the pumps that resulted from the use of the suction hoses purchased from Truck Tech Industries, Inc. and Tipco Technologies, Inc.

ANSWER: Valve plates scarred
         Pistons scarred and/or broken
         Barrels scarred
         Bearings damaged and/or broken
         Shoes damaged
         Compensators damaged
         End result: Twenty pumps beyond repair.

                                        TIGHE, COTTRELL & LOGAN, P.A.

```
                          BY: /s/ Michael K. Tighe
                              Michael K. Tighe (DE 29)
                              Abigail E. Rodgers (DE 4500)
                              First Federal Plaza
                              P.O. Box 1031
                              Wilmington, DE  19801
                              Attorneys for Plaintiff
```

DATED: December 3, 2004.

## VERIFICATION

I, Donald Lee Cathall, being duly sworn according to law, hereby depose and say that the answers in the foregoing Response of the Plaintiff, Don's Hydraulics, Inc., to Defendant, Colony Insurance Company's, Interrogatories are true and correct to the best of my knowledge, information and belief.

_____
Donald Lee Cathall

SWORN TO AND SUBSCRIBED before me this _6th_ day of _December_, 2004.

_____
NOTARY PUBLIC