## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DON'S HYDRAULICS, INC. : C.A. No. 04-1275 (KAJ)
    Plaintiff :
    Vs. :
COLONY INSURANCE COMPANY, TRUCK :
TECH INDUSTRIES, INC., and TIPCO :
TECHNOLOGIES, INC.
    Defendants :

    Oral deposition of DON CATHELL, taken by and before Joanne H. Gusler, Registered Professional Reporter and Notary Public, at the Law Offices of Reger, Rizzo, Kavulich & Darnall, LLP., 1001 North Jefferson Street, Suite 202, Wilmington, Delaware 19801, on Friday, May 27, 2005, commencing at 11:04 a.m.

VOLUME II

KARASCH & ASSOCIATES
REGISTERED PROFESSIONAL REPORTERS
PENNSYLVANIA and DELAWARE
(800) 621-5689

## Page 2

APPEARANCES:

Tighe, Cottrell & Logan, P.A.
BY: ABIGAIL E. RODGERS, ESQUIRE
First Federal Plaza
P.O. Box 1031
Wilmington, De 19899
(302) 658-6400
Attorney for the Plaintiff

Reger, Rizzo, Kavulich & Darnall, LLP
BY: CYNTHIA G. BEAM, ESQUIRE
1001 North Jefferson Street, Suite 202
Wilmington, De 19801
(302) 652-3611
Attorney for Defendant, Truck Tech Industries

Goldfein and Joseph
BY: GARY H. KAPLAN, ESQUIRE
222 Delaware Avenue, Suite 1110
Wilmington, De 19899
(302) 656-3301
Attorney for Defendant, Tipco Technologies, Inc.

Zarwin, Baum, DeVito, Kaplan, Schaer, Toddy, P.C.
BY: DEVON F. SNELL, ESQUIRE
1515 Market Street, Suite 1200
Philadelphia, Pa 19102
(215) 569-2800
Attorney for Defendant, Colony Insurance Company

## Page 3

INDEX

| WITNESS | PAGE |
|---|---|
| DON CATHELL | |
| BY MR. KAPLAN | 4, 122 |
| BY MR. SNELL | 92 |
| BY MS. BEAM | 109, 125, 128 |
| BY MS. RODGERS | 128 |

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Cathell-18 | Hydraulic pump/hose failure Analysis | 51 |
| Cathell-19 | Complaint | 87 |
| Cathell-20 | Fieldale Farms' invoice | 94 |
| Cathell-21 | Letter dated 2/4/04 | 101 |
| Cathell-22 | Letter dated 11/6/03 | 125 |

COPY

## Page 4

DON CATHELL, having been duly sworn, was examined and testified as follows:

BY MR. KAPLAN:
    Q. Good morning. How are you?
    A. Fine.
    Q. Good. Sir, we're going to continue where we let off yesterday. There are advantages and disadvantages to going second. The advantage is as your counsel's pointed out, that much of the ground work has already been laid.
    The disadvantage is that the deposition probably won't flow as the first one did, as the first day's did and that's because we're trying to address questions that popped along your deposition of yesterday. Let's first turn to the photographs that were marked during your deposition of yesterday.
    Sir, in looking as what's been marked as Cathell number six. You have placed the descriptions of female ends on, I believe, both ends of pipes. I want to make sure. Is that description, correct, sir? Or can you --
    A. -- both ends of this (indicating) hose have female ends. This hose has a female end only on that end.

Page 117

1  Q. Other picture, okay.
2  A. It travels down the full length. It comes
3  back the full length and travels down the full length
4  which is the front section. These in exhibit number
5  eight, it shows these lids (indicating) right here which
6  are large enough. They are removal. They're bolted on.
7      You can remove those lids and you can go down
8  into this front section.
9  Q. I see.
10  A. They could reach over into this section but
11 that's as far as they can get. (Indicating.)
12  Q. Okay.
13  A. After that, they vacuumed. They dropped the
14 vacuum hose down. You cannot visually see. You just
15 clean the best you can after that.
16  Q. Okay. Yesterday when we were initially
17 talking about how does a pump disintegrate on the inside
18 like had happened down at Fieldale Farms, I believe I
19 remember you saying that one way was for foreign objects
20 to be present; is that correct?
21  A. That is correct.
22  Q. Okay. So if foreign objects were somehow in
23 the oil, could that cause a pump to disintegrate?
24  A. That would positively. Anything in the oil.
25  Q. Okay. So hypothetically speaking, okay, if

Page 118

1 there was debris either in the oil that was delivered by
2 Castrol or in the oil that was given to you by Fieldale
3 Farms to pump, to prime each of the pumps, or even debris
4 inside the reservoir, any of those things -- any of those
5 circumstances could cause a pump to disintegrate inside;
6 is that correct?
7  A. Correct.
8  Q. If a pump in the entire system is destroyed,
9 then the whole system starts to lose power; is that
10 correct?
11  A. Correct.
12  Q. If there's contaminated oil and the system was
13 going to loop around and eventually reach all of your and
14 disintegrate them; is that correct?
15  A. Correct.
16  Q. Okay. Shifting gears on you again. Talking
17 about hoses that you thought were failing and leaking at
18 the second day after the system was up and running. You
19 and a couple of the other gentlemen there decided to tape
20 the ends; is that correct?
21  A. Correct.
22  Q. Would you expect that taping the ends were in
23 fact what was leaking, wouldn't that process of taping
24 the ends have stopped that cavitation?
25  A. It did stop it and it gave us enough time to

Page 119

1 get through the weekend to get the pumps in. They had to
2 shut down some lines; I don't know how many were shut
3 down.
4      But they were able to keep going due to the
5 fact that we were not sucking in any additional air. And
6 the pumps just -- they were partially gone but they just
7 maintained enough by running them all, that we could keep
8 the plant in production until I could get the pumps and
9 the hoses there.
10  Q. Okay. So then is it your testimony or your
11 theory that if air is already in a system like this, that
12 it just keeps doing more damage once it's in or does it
13 dissipate somehow?
14  A. That air has to come in the suction of the
15 pump to destroy the pump. Air in the oil does it but
16 that's the whole process of the baffles is to get the air
17 out of the oil before it comes back to the suction.
18  Q. I see. So if, for example, two of the hoses
19 on those initial pumps that you had sent back to
20 Livingston Haven had sucked air, that didn't necessarily
21 recirculate and destroy the rest of the pumps?
22  A. What destroyed the rest of the pumps was the
23 particles from those pumps where they were tearing up
24 internally, that gets into the oil and travels around
25 also. So now you got metal in the oil.

Page 120

1  Q. From the two first pumps that you sent off --
2  A. Correct.
3  Q. -- to Livingston?
4  A. Correct.
5  Q. So it was those -- the destruction or
6 disintegration as you've described it of those first two
7 pumps that you believe released metal into the oil which
8 then the metal circulated back, sort of looped through
9 and got into the other pumps?
10  A. That was the beginning of it and as the others
11 kept tearing up, you're putting more and more metal --
12  Q. Okay.
13  A. -- into the system.
14  Q. Changing gears on you again. When Mr. Kaplan
15 was asking you questions about the ordering process
16 through Truck Tech, you had indicated that someone at
17 Truck Tech had led you to believe somehow that Truck Tech
18 was, in fact, manufacturing or assembling the hoses.
19      My question to you is how specifically was it
20 represented to you by anyone at Truck Tech in the
21 beginning of this quote process for the hoses that Truck
22 Tech was, in fact, manufacturing or assembling the hoses?
23  A. I don't remember exactly if I talked to Sean
24 or if Delmar talked to Sean originally on making the
25 hoses originally on the -- when we did the first bid. As

## Fieldale Farms Invoice

**Billing Info:**
Invoice To:
Customer #:
Bill Date: 10/1/03

**Billing Details:**

| | | G/L # | Cost |
|---|---|---|---|
| Labor and Overhead Cost for: | | | |
| New Hydraulic System | | | |
| Labor over Standard (Prev. 8 weeks) | $9,395.00 | | |
| Labor over Standard (Wk End Sept 30) | $19,424.00 | | |
| Additional Labor Expense: | | | $ 40,036.00 |
| Production Pounds (Prev. 8 weeks) | 930,094 | | |
| Production Pounds (Wk End Sept 30) | 825,712 | | |
| Additional Overhead Expense: (Lbs x .25) | 163,982 | | $ 40,995.50 |
| Freight Expense: | | | |
| (Eagle Global Logistics) | | | $ 1,950.00 |
| Oil Filtering Expense: | | | $ 16,560.60 |
| (Cat-Puritech) | | | |
| Filter Expense: | | | $ 1,820.40 |
| (Dan's Hydraulic) | | | |
| Grand Total Invoice: | | | $ 100,774.50 |

## Don's Hydraulics, Inc.
RR 7 Box 223C Georgetown DE 19947
Phone # (302)856-4545   Fax # (302)856-1874

| | | |
|---|---|---|
| Sept. 17, 2003 | | |
| 3-Men (D.H.I.) | $1,000.00 Per Man/Per Day | $3,000.00 |
| 60 Miles Travel (D.H.I.) | $ .85 | $ 51.00 |
| 2 Motel-Greg Knowles | $ 59.93+70.16 | $ 130.09 |
| 1 Motel- Al Collins | $ 59.93 | $ 59.93 |
| 1-Motel- Don Cathell | $ 59.93 | $ 59.93 |
| Meals, phone, etc. | | $ 190.00 |
| 300 –Miles Travel-Charlotte, N.C. | $ .85 | $ 255.00 |
| Sept. 18, 2003 | | |
| 3-Men (D.H.I.) | $1,000.00 Per Man/Per Day | $3,000.00 |
| 60 Miles Travel (D.H.I.) | $ .85 | $ 51.00 |
| 1-Laundry (3 men) | | $ 110.00 |
| 1-Motel- Greg Knowles | $ 59.93 | $ 59.93 |
| 1-Motel- Al Collins | $ 59.93 | $ 59.93 |
| 1-Motel- Don Cathell | $ 59.93 | $ 59.93 |
| Meals, phone, etc. | | $ 190.00 |
| 300-Miles Charlotte, NC | $ .85 | $ 255.00 |
| Sept. 19, 2003 | | |
| 3-Men (D.H.I.) | $1,000.00 Per Man/Per Day | $3,000.00 |
| 60 Miles Travel (D.H.I.) | $ .85 | $ 51.00 |
| 1-Motel- Al Collins | $ 59.93 | $ 59.93 |
| 1-Motel- Don Cathell | $ 59.93 | $ 59.93 |
| Meals, phone, etc. | | $ 196.30 |
| Parts & Tools | | $ 44.70 |
| Sept 20, 2003 | | |
| 6-Men (D.H.I./R.H.I.) | $1,000.00 Per Man/Per Day | $6,000.00 |
| 60 Miles Travel (D.H.I.) | $ .85 | $ 51.00 |
| 1-Motel-Al Collins | $ 59.93 | $ 59.93 |
| 1-Motel-Don Cathell | $ 59.93 | $ 59.93 |
| Meals, phone, etc. | | $ 380.00 |
| Sept 21, 2003 | | |
| 6-Men (D.H.I./R.H.I.) | $1,000.00 Per Man/Per Day | $6,000.00 |
| 60 Miles Travel (D.H.I.) | $ .85 | $ 51.00 |
| 1-Motel-Al Collins | $ 59.93 | $ 59.93 |
| 1-Motel-Don Cathell | $ 59.93 | $ 59.93 |
| Meals, phone, etc. | | $ 360.00 |
| Sept 22, 2003 | | |
| 1,150 Miles Travel (R.H.I.) | $ 1.10 | $1,265.00 |
| 6-Men (D.H.I./R.H.I.) | $1,000.00 Per Man/Pr Day | $6,000.00 |
| 60 Miles Travel (D.H.I.) | $ .85 | $ 51.00 |
| 1-Motel- Don Cathell | $ 59.93 | $ 59.93 |
| 1-Motel-Al Collins | $ 59.93 | $ 59.93 |


EXHIBIT
CATHELL-15
5/26/05 JH

| | | |
|---|---|---|
| 1-Motel Rob, Buddy, Terry | | $ 266.36 |
| Meals, phone & etc. | | $ 380.00 |

Sept 23, 2003
| | | |
|---|---|---|
| 3-Men (D.H.I.) | $1,000.00 per Man/Per Day | $3,000.00 |
| 25-Miles Travel (D.H.I.) | .85 | $     21.25 |
| 1-Motel-Greg Knowles | 20th & 23rd | $   138.16 |
| Meals, Phone, etc. | | $   370.00 |
| 1-Motel (Don & Al) | | $   145.86 |

20-Hydraulic Pumps                                                   $51,429.02

(Pd. on Master Card @APR 15.97%   $21,071.28 /$9.22 interest per day
(Pd. on Master Card @APR 13.99%   $15,000.00/$5.75 interest per day
(Interest Beginning 09/20/03 )

Pump inspection meeting 10/31/03 in Georgia
| | |
|---|---|
| 5-Days @ $1,000.00 | $5,000.00 |
| 1650 Miles @ .85 | $1,402.50 |
| Motel, Meals and phone | $  614.72 |