IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

TO: Gary H. Kaplan, Esquire
    Goldfein & Hosmer
    222 Delaware Avenue, Suite 1110
    P.O. Box 2206
    Wilmington, DE 19899-2206

    Joseph M. Toddy, Esquire
    Zarwin Baum DeVito Kaplan
      Schaer Toddy P.C.
    Suite 1200
    1515 Market Street
    Philadelphia, PA 19102-1981

    Anthony Figliola, Jr., Esquire
    Figliola & Facciolo
    1813 Marsh Road, Suite A
    Wilmington, DE 19810

    Cindy Beam, Esquire
    Reger & Rizzo, LLP
    1001 Jefferson Plaza, Suite 202
    Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of Sean Swain of Defendant Truck Tech Industries, Inc. on Wednesday, June 29, 2005, at 10:30 a.m., in the offices of Tighe, Cottrell & Logan, P.A., 704 N. King Street, First Federal Plaza, Suite 500, Wilmington, DE 19801, (302) 658-6400.

                                        **TIGHE, COTTRELL & LOGAN, P.A.**

                                        /s/ Abigail E. Rodgers
                                        Michael K. Tighe (DE ID 29)
                                        Abigail E. Rodgers (DE ID 4500)
                                        First Federal Plaza, Suite 500
                                        P.O. Box 1031
                                        Wilmington, DE 19899-1031
                                        (302) 658-6400
                                        Attorneys for Plaintiff

DATED:  June 23, 2005