IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DON'S HYDRAULICS, INC.,      )
                             )
          Plaintiff,         )    C.A. No. 04-1275 (KAJ)
                             )
          v.                 )
                             )
COLONY INSURANCE COMPANY,    )
TRUCK TECH INDUSTRIES, INC., )
and TIPCO TECHNOLOGIES, INC.,)
                             )
          Defendants.        )

**CERTIFICATE OF SERVICE**

I, Abigail E. Rodgers, do hereby certify that a true and correct copy of the attached Notice of Deposition of Sean Swain for defendant Truck Tech Industries, Inc. was served by first class mail, postage prepaid on this 23rd day of June, 2005, upon the following:

Gary H. Kaplan, Esquire
Goldfein & Hosmer
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899-2206

Joseph M. Toddy, Esquire
Zarwin Baum DeVito Kaplan
Schaer Toddy P.C.
Suite 1200
1515 Market Street
Philadelphia, PA 19102-1981

Anthony Figliola, Jr., Esquire
Figliola & Facciolo
1813 Marsh Road, Suite A
Wilmington, DE 19810

Cindy Beam, Esquire
Reger & Rizzo, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

**TIGHE, COTTRELL & LOGAN, P.A.**

 /s/ Abigail E. Rodgers
Michael K. Tighe (DE ID 29)
Abigail E. Rodgers(DE ID 4500)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 658-6400
Attorneys for Plaintiff


cc: Esquire Deposition Services