IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COLONY INSURANCE COMPANY, )<br>TRUCK TECH INDUSTRIES, INC., )<br>and TIPCO TECHNOLOGIES, INC., )<br>)<br>Defendants. ) | C.A. No. 04-1275 (KAJ) |

**NOTICE OF DEPOSITION PURSUANT
TO DELAWARE RULE OF CIVIL PROCEDURE 30(B)(6)
DIRECTED TO DEFENDANT TRUCK TECH INDUSTRIES, INC.**

TO: Gary H. Kaplan, Esquire  
    Goldfein & Hosmer  
    222 Delaware Avenue  
    Suite 1110  
    P.O. Box 2206  
    Wilmington, DE 19899-2206  

    Joseph M. Toddy, Esquire  
    Zarwin Baum DeVito Kaplan  
      Schaer Toddy P.C.  
    Suite 1200  
    1515 Market Street  
    Philadelphia, PA 19102-1981  

    Cindy Beam, Esquire  
    Reger & Rizzo, LLP  
    1001 Jefferson Plaza  
    Suite 202  
    Wilmington, DE 19801  

    Anthony Figliola, Jr., Esquire  
    Figliola & Facciolo  
    1813 Marsh Road  
    Suite A  
    Wilmington, DE 19810  

    Pursuant to Delaware Rule of Civil Procedure 30 (b) (6), defendant Truck Tech Industries, Inc. is required to produce for deposition one or more officers, directors, managing agents, custodians of record and/or employees or other persons permitted to testify on their behalf, on Wednesday, June 29, 2005 at 2:00 p.m. in the offices of Tighe, Cottrell & Logan, P.A., 704 N. King Street, Suite 500, Wilmington, DE 19801 and continuing thereafter until completed, to testify on their behalf as to matters known or reasonably available to their organization on the following subjects:

1. The facts supporting the defendant's Affirmative Defenses.
2. The matters covered in all the pleadings in this case.
3. The design and manufacture of the hoses at issue in this case.
4. All quality control measures taken in this case.
5. All contracts among the parties involved in the transactions that gave rise to this claim.
6. All facts discussed in the expert opinions of any of the parties' experts to date in this litigation.
7. All other claims, lawsuits or complaints made regarding products manufactured, designed or sold by this defendant.
8. All recalls regarding products manufactured, designed or sold by this defendant.
9. The insurance coverage related to this claim.
10. All conversations with Don Cathell or any other agent, servant, or employee of Don's Hydraulic's.
11. Information related to any investigations made related to this claim.
12. Information related to other claims, lawsuits or complaints made against this defendant products manufactured, designed or sold by this defendant.

The person(s) so designated is to bring with them any and all documents which refer in any way to the above areas in which they are expected to testify.

```
                                        TIGHE, COTTRELL & LOGAN, P.A.

                                         /s/ Abigail E. Rodgers
                                        Michael K. Tighe (DE ID 29)
                                        Abigail E. Rodgers (DE ID 4500)
                                        First Federal Plaza, Suite 500
                                        P.O. Box 1031
                                        Wilmington, DE 19899-1031
                                        (302) 658-6400
                                        Attorneys for Plaintiff

DATED:  June 23, 2005
```