IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-1275 (KAJ) |
| ) | |
| v. ) | |
| ) | |
| COLONY INSURANCE COMPANY, ) | |
| TRUCK TECH INDUSTRIES, INC., ) | |
| and TIPCO TECHNOLOGIES, INC., ) | |
| ) | |
| Defendants. ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Abigail E. Rodgers, Esquire, do hereby certify that a true and correct copy of the attached Notice of Deposition Pursuant to Delaware Rule of Civil Procedure 30 (B)(6) Directed to Defendant Truck Tech Industries, Inc. was served by first class mail, postage prepaid, on this 23rd day of June, 2005 upon the following:

| | |
|---|---|
| Gary H. Kaplan, Esquire | Joseph M. Toddy, Esquire |
| Goldfein & Hosmer | Zarwin Baum DeVito Kaplan |
| 222 Delaware Avenue | Schaer Toddy P.C. |
| Suite 1110 | Suite 1200 |
| P.O. Box 2206 | 1515 Market Street |
| Wilmington, DE 19899-2206 | Philadelphia, PA 19102-1981 |
| | |
| Cindy Beam, Esquire | Anthony Figliola, Jr., Esquire |
| Reger & Rizzo, LLP | Figliola & Facciolo |
| 1001 Jefferson Plaza | 1813 Marsh Road |
| Suite 202 | Suite A |
| Wilmington, DE 19801 | Wilmington, DE 19810 |

**TIGHE, COTTRELL & LOGAN, P.A.**

  /s/ Abigail E. Rodgers
Michael K. Tighe (DE ID 29)
Abigail E. Rodgers(DE ID 4500)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 658-6400
Attorneys for Plaintiff

cc: Esquire Deposition Services