```
             IN THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF DELAWARE

DON'S HYDRAULICS, INC.,        )
                               )
          Plaintiff,           )   C.A. No. 04-1275 (KAJ)
                               )
          v.                   )
                               )
COLONY INSURANCE COMPANY,      )
TRUCK TECH INDUSTRIES, INC.,   )
and TIPCO TECHNOLOGIES, INC.,  )
                               )
          Defendants.          )
```

**NOTICE OF DEPOSITION**

TO: Gary H. Kaplan, Esquire
    Goldfein & Hosmer
    222 Delaware Avenue, Suite 1110
    P.O. Box 2206
    Wilmington, DE 19899-2206

    Joseph M. Toddy, Esquire
    Zarwin Baum DeVito Kaplan
      Schaer Toddy P.C.
    Suite 1200
    1515 Market Street
    Philadelphia, PA 19102-1981

    Anthony Figliola, Jr., Esquire
    Figliola & Facciolo
    1813 Marsh Road, Suite A
    Wilmington, DE 19810

    Cindy Beam, Esquire
    Reger & Rizzo, LLP
    1001 Jefferson Plaza, Suite 202
    Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of Tim Bombick of Defendant Tipco Technologies, Inc. on Thursday, June 30, 2005, at 11:00 a.m., in the offices of Tighe, Cottrell & Logan, P.A., 704 N. King Street, First Federal Plaza, Suite 500, Wilmington, DE 19801, (302) 658-6400.

                                                **TIGHE, COTTRELL & LOGAN, P.A.**

                                                /s/ Abigail E. Rodgers
Michael K. Tighe (DE ID 29)
Abigail E. Rodgers (DE ID 4500)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 658-6400
Attorneys for Plaintiff

DATED:   June 23, 2005