IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION PURSUANT
TO DELAWARE RULE OF CIVIL PROCEDURE 30(B)(6)
DIRECTED TO DEFENDANT TIPCO TECHNOLOGIES, INC.**

TO: Gary H. Kaplan, Esquire           Joseph M. Toddy, Esquire
    Goldfein & Hosmer                 Zarwin Baum DeVito Kaplan
    222 Delaware Avenue                 Schaer Toddy P.C.
    Suite 1110                        Suite 1200
    P.O. Box 2206                     1515 Market Street
    Wilmington, DE 19899-2206         Philadelphia, PA 19102-1981

    Cindy Beam, Esquire               Anthony Figliola, Jr., Esquire
    Reger & Rizzo, LLP                Figliola & Facciolo
    1001 Jefferson Plaza              1813 Marsh Road
    Suite 202                         Suite A
    Wilmington, DE 19801              Wilmington, DE 19810

Pursuant to Delaware Rule of Civil Procedure 30 (b) (6), defendant Tipco Technologies, Inc. is required to produce for deposition one or more officers, directors, managing agents, custodians of record and/or employees or other persons permitted to testify on their behalf, on Thursday, June 30, 2005 at 2:00 p.m. in the offices of Tighe, Cottrell & Logan, P.A., 704 N. King Street, Suite 500, Wilmington, DE 19801 and continuing thereafter until completed, to testify on their behalf as to matters known or reasonably available to their organization on the following subjects:

1. The facts supporting the defendant's Affirmative Defenses.
2. The matters covered in all the pleadings in this case.
3. The design and manufacture of the hoses at issue in this case.
4. All quality control measures taken in this case.
5. All contracts among the parties involved in the transactions that gave rise to this claim.
6. All facts discussed in the expert opinions of any of the parties' experts to date in this litigation.
7. All other claims, lawsuits or complaints made regarding products manufactured, designed or sold by this defendant.
8. All recalls regarding products manufactured, designed or sold by this defendant.
9. The insurance coverage related to this claim.
10. All conversations with Don Cathell or any other agent, servant, or employee of Don's Hydraulic's.
11. Information related to any investigations made related to this claim.
12. Information related to other claims, lawsuits or complaints made against this defendant products manufactured, designed or sold by this defendant.

The person(s) so designated is to bring with them any and all documents which refer in any way to the above areas in which they are expected to testify.

                                        **TIGHE, COTTRELL & LOGAN, P.A.**

                                        <u>/s/ Abigail E. Rodgers</u>
                                        Michael K. Tighe (DE ID 29)
                                        Abigail E. Rodgers (DE ID 4500)
                                        First Federal Plaza, Suite 500
                                        P.O. Box 1031
                                        Wilmington, DE 19899-1031
                                        (302) 658-6400
                                        Attorneys for Plaintiff

DATED:  June 23, 2005