IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-1275 (KAJ) |
| ) | |
| v. ) | |
| ) | |
| COLONY INSURANCE COMPANY, ) | |
| TRUCK TECH INDUSTRIES, INC., ) | |
| and TIPCO TECHNOLOGIES, INC., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Abigail E. Rodgers, Esquire, do hereby certify that a true and correct copy of the attached Notice of Deposition Pursuant to Delaware Rule of Civil Procedure 30 (B)(6) Directed to Defendant Tipco Technologies, Inc. was served by first class mail, postage prepaid, on this 23rd day of June, 2005 upon the following:

Gary H. Kaplan, Esquire  
Goldfein & Hosmer  
222 Delaware Avenue  
Suite 1110  
P.O. Box 2206  
Wilmington, DE 19899-2206  

Joseph M. Toddy, Esquire  
Zarwin Baum DeVito Kaplan  
  Schaer Toddy P.C.  
Suite 1200  
1515 Market Street  
Philadelphia, PA 19102-1981  

Cindy Beam, Esquire  
Reger & Rizzo, LLP  
1001 Jefferson Plaza  
Suite 202  
Wilmington, DE 19801  

Anthony Figliola, Jr., Esquire  
Figliola & Facciolo  
1813 Marsh Road  
Suite A  
Wilmington, DE 19810

                                          **TIGHE, COTTRELL & LOGAN, P.A.**

                                          /s/ Abigail E. Rodgers
Michael K. Tighe (DE ID 29)
Abigail E. Rodgers (DE ID 4500)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 658-6400
Attorneys for Plaintiff

cc: Esquire Deposition Services