IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC. | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:  04-1275 (KAJ) |
| | : | |
| v. | : | |
| | : | |
| COLONY INSURANCE COMPANY, | : | |
| TRUCK TECH INDUSTRIES, INC., | : | |
| and TIPCO TECHNOLOGIES, INC. | : | |
| | : | |
| Defendants | : | |

**DEFENDANT, TIPCO TECHNOLOGIES, INC.'S RESPONSE
TO CROSS-MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF, DON'S
HYDRAULICS, INC. AND IN OPPOSITION TO DEFENDANT, COLONY
INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Tipco Technologies, Inc. ("Tipco"), by and through its undersigned counsel, hereby responds to plaintiff, Don Hydraulics Inc.'s Cross Motion for Summary Judgment and opposes defendant, Colony Insurance Company's Motion for Summary Judgment, in that both summary judgment motions are premature, but, in the alternative, should plaintiff be adjudged entitled to any alleged damages, for which Tipco denies any entitlement or right to recovery against Tipco, that said damages are covered by plaintiff's insurance policy with Colony.  The reasons therefore are more fully set forth in the accompanying Answering Brief.

                       GOLDFEIN & JOSEPH

                         /s/ Gary H. Kaplan
                       Gary H. Kaplan – I.D. # 2965
                       222 Delaware Avenue, Suite 1110
                       P.O. Box 2206
                       Wilmington, DE   19899
                       (302) 656-3301
                       Attorney for Defendant Tipco
Dated: June 24, 2005                 Technologies, Inc.