IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DON'S HYDRAULICS, INC.,** : | |
| : | C.A. No.: 04-1275 KAJ |
| **Plaintiff,** : | |
| v. : | |
| : | |
| **COLONY INSURANCE COMPANY,** : | |
| **TRUCK TECH INDUSTRIES, INC.,** : | |
| **and TIPCO TECHNOLOGIES, INC.,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF MOTION

TO:    Abigail Rodgers, Esquire                  Anthony A. Figiola, Jr., Esquire
Tighe, Cottrell & Logan, P.A.            Figliola & Facciolo
First Federal Plaza, Suite 500          1813 Marsh Road, Suite A
P.O. Box 1031                                    Wilmington, DE  19810
Wilmington, DE  19899-1031

Joseph M. Toddy, Esquire                Cindy Beam, Esquire
Zarwin, Baum, DeVito, Kaplan, Schaer  Reger & Rizzo, LLP
  & Toddy, P.C.                             1001 Jefferson Plaza, Suite 202
1515 Market Street, Suite 1200         Wilmington, DE  19801
Philadelphia, PA  19102

**PLEASE TAKE NOTICE** that the attached Response to Cross-Motion for Summary Judgment of Plaintiff, Don's Hydraulics, Inc. and in Opposition to Defendant, Colony Insurance Company's Motion for Summary Judgment will be presented at the convenience of the Court.

**GOLDFEIN & JOSEPH**

/s/ Gary H. Kaplan
_____
GARY H. KAPLAN - ID# 2965
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE  19899