IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC. | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 04-1275 (KAJ) |
| | : | |
| v. | : | |
| | : | |
| COLONY INSURANCE COMPANY, | : | |
| TRUCK TECH INDUSTRIES, INC., | : | |
| and TIPCO TECHNOLOGIES, INC. | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiff, Don Hydraulics, Inc.'s Cross-Motion for Summary Judgment, Defendant, Colony Insurance Company's Motion for Summary Judgment, any responses thereto, and all other matter of record, it is hereby ORDERED and DECREED that said Motions are DENIED.

BY THE COURT:

_____
The Honorable Kent A. Jordan