IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC. | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:  04-1275 (KAJ) |
| | : | |
| v. | : | |
| | : | |
| COLONY INSURANCE COMPANY, | : | |
| TRUCK TECH INDUSTRIES, INC., | : | |
| and TIPCO TECHNOLOGIES, INC. | : | |
| | : | |
| Defendants | : | |

**<u>ALTERNATIVE ORDER</u>**

AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiff, Don Hydraulics, Inc.'s Cross-Motion for Summary Judgment, Defendant, Colony Insurance Company's Motion for Summary Judgment, any responses thereto, and all other matter of record, it is hereby ORDERED and DECREED that Plaintiff's Cross-Motion for Summary Judgment is GRANTED and Defendant Colony Insurance Company's Motion for Summary Judgment is DENIED.

BY THE COURT:

_____
The Honorable Kent A. Jordan