IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., | : |
|       Plaintiff, | :   C.A. No.: 04-1275 KAJ |
| v. | : |
| COLONY INSURANCE COMPANY, TRUCK TECH INDUSTRIES, INC., and TIPCO TECHNOLOGIES, INC., | : |
|       Defendants. | : |

## CERTIFICATE OF SERVICE

I, Gary H. Kaplan, Esquire, do hereby certify that on this 24th day of June, 2005, two (2) copies Defendant, Tipco Technologies, Inc.'s Response to Cross-Motion for Summary Judgment of Plaintiff, Don's Hydraulics, Inc. and in Opposition to Defendant, Colony Insurance Company's Motion for Summary Judgment were served on the following by depositing same in the U.S. Mail, postage pre-paid in an envelope addressed as follows:

Abigail Rodgers, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031

Anthony A. Figiola, Jr., Esquire
Figliola & Facciolo
1813 Marsh Road, Suite A
Wilmington, DE  19810

Joseph M. Toddy, Esquire
Zarwin, Baum, DeVito, Kaplan, Schaer &
  Toddy, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA  19102

Cindy Beam, Esquire
Reger & Rizzo, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801

**GOLDFEIN & JOSEPH**

/s/ Gary H. Kaplan

GARY H. KAPLAN - ID# 2965
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE  19899