IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | : | CIVIL ACTION NO. 04-1275 KAJ |
| Plaintiff, | : | |
| v. | : | |
| COLONY INSURANCE COMPANY and TRUCK TECH INDUSTRIES, INC., and TIPCO TECHNOLOGIES, INC., | : | |
| Defendants. | : | |

**DEFENDANT, COLONY INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES AND CROSS CLAIMS**

### The Parties

1. Admitted.

2. Admitted.

3. Denied. Answering Defendant lacks sufficient information or belief to admit or deny the allegations contained in this paragraph of the Complaint and on that basis, denied.

4. Denied. Answering Defendant lacks sufficient information or belief to admit or deny the allegations contained in this paragraph of the Complaint and on that basis, denied.

### Background

5. Answering Defendant incorporates by reference paragraphs 1 through 4 of this pleading as if fully set forth.

6. Denied. Answering Defendant lacks sufficient information or belief to admit or deny the allegations contained in this paragraph of the Complaint and on that basis are denied.

7. Denied. Answering Defendant lacks sufficient information or belief to admit or deny the allegations contained in this paragraph of the Complaint and on that basis are denied.

8.  Denied. Answering Defendant lacks sufficient information or belief to admit or deny the allegations contained in this paragraph of the Complaint and on that basis are denied.

9.  Denied. Answering Defendant lacks sufficient information or belief to admit or deny the allegations contained in this paragraph of the Complaint and on that basis are denied.

10. Denied. Answering Defendant lacks sufficient information or belief to admit or deny the allegations contained in this paragraph of the Complaint and on that basis are denied.

11. Admitted.

12. Denied.

13. Denied. This averment is denied as a conclusion of law to which no response is required.

### Count I - Colony Insurance

14. Answering Defendant incorporates by reference paragraphs 1 through 13 of this pleading as if fully set forth herein.

15. Denied as stated. It is admitted only that a policy of insurance was executed and issued by Colony to the Plaintiff, whereby, in consideration of premiums paid by the Plaintiff, Colony agreed to pay those sums that were payable pursuant to the terms and conditions of the policy at issue.

16. Admitted.

17. Admitted.

18. Denied.

WHEREFORE, Defendant, Colony Insurance Company, demands judgment in its favor along with costs, interest and attorneys fees and such other relief as the Court determines equitable and just.

## Count II - Truck Tech Industries

19 through 25.   These allegations are addressed to a Defendant different than the Answering Defendant herein. Therefore, no answer to required pursuant to the Federal Rules of Civil Procedure.

WHEREFORE, Defendant, Colony Insurance Company, demands judgment in its favor along with costs, interest and attorneys fees and such other relief as the Court determines equitable and just.

## Count III - Tipco Technologies, Inc.

26 through 33.   These allegations are addressed to a Defendant different than the Answering Defendant herein. Therefore, no answer to required pursuant to the Federal Rules of Civil Procedure.

WHEREFORE, Defendant, Colony Insurance Company, demands judgment in its favor along with costs, interest and attorneys fees and such other relief as the Court determines equitable and just.

## First Affirmative Defense

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

## Second Affirmative Defense

Property damage coverage for Plaintiff's work product is excluded pursuant to the terms and conditions of the insurance policy at issue.

## Third Affirmative Defense

Answering Defendant has already paid all of the claim that was covered pursuant to the terms and conditions of the policy at issue.

### Fourth Affirmative Defense

The policy at issue does not afford coverage for the repair or replacement of Plaintiff's work.

### Fifth Affirmative Defense

The coverage at issue does not apply to property damage to Plaintiff's hydraulic pumps arising out of the use of the hydraulic pump at issue.

### Sixth Affirmative Defense

The policy in question does not cover property damage to the Plaintiff's work product.

WHEREFORE, Defendant, Colony Insurance Company, demands that this Honorable Court grant its affirmative defenses and dismiss Plaintiff's Complaint with prejudice and award Colony Insurance Company its costs, attorneys fees, interest and such other and further relief as this Honorable Court deems equitable and just.

### Cross Claim Against Defendants, Truck Tech Industries, Inc. and Tipco Technologies, Inc. Pursuant to F.R.C.P. 13(g)

1.      If there is legal responsibility for the damages alleged by the Plaintiff, that liability lies with Defendants, Truck Tech Industries, Inc. and Tipco Technologies, Inc., whose acts and/or admissions make them solely liable, jointly and severally liable and/or liable over to Colony Insurance Company on the cause of action declared by the Plaintiffs.

WHEREFORE, Defendant, Colony Insurance Company, respectfully requests that Defendants, Truck Tech Industries, Inc. and Tipco Technologies, Inc. be found solely liable, jointly and severally liable, and/or liable over Colony Insurance Company and award Colony Insurance Company its costs, attorneys fees, interest and such other and further relief as this Honorable Court deems equitable and just.

FIGLIOLA & FACCIOLO

BY: _____
ANTHONY A. FIGLIOLA, JR., ESQUIRE
1813 Marsh Road, Suite A
Wilmington, DE 19810
(302) 475-0460
Del. I.D. No. 957
Attorney for Defendant, Colony Insurance Co.

Dated:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., : | CIVIL ACTION NO. 04-1275 |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| COLONY INSURANCE COMPANY and : | |
| TRUCK TECH INDUSTRIES, INC., and : | |
| TIPCO TECHNOLOGIES, INC., : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer to Complaint was served upon:

Michael Tighe, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P. O. Box 1031
Wilmington, DE 19899   (Attorney for Plaintiff)

Truck Tech Industries, Inc.
321 A South Division Street
Fruitland, MD 21826

Gary H. Kaplan, Esquire
Goldfein & Joseph
P. O. Box 2206
Wilmington, DE 19899
Attorney for Defendant, Tipco Technologies, Inc.

by U.S. mail this ___22___ day of October, 2004.

```
                          FIGLIOLA & FACCIOLO

                          BY: _____
                              ANTHONY A. FIGLIOLA, JR., ESQUIRE
                              1813 Marsh Road, Suite A
                              Wilmington, DE 19810
                              (302) 475-0460
                              Del. I.D. No. 957
                              Attorney for Defendant, Colony Insurance Co.
```