# TIGHE, COTTRELL & LOGAN, P.A.
### Attorneys at Law
704 NORTH KING STREET, SUITE 500
P.O. BOX 1031
WILMINGTON, DELAWARE 19899
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
Toll Free: (800) 645-6401
WRITER'S EMAIL: m.tighe@lawtcl.com

BRANCH OFFICES:

19 WEST AVENUE
P.O. BOX 303
WOODSTOWN, NJ 08098

1220-C EAST JOPPA ROAD
SUITE 505
TOWSON, MD 21286

2017 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3804

June 28, 2005

**HAND DELIVER**

The Honorable Kent A. Jordan
U.S. District Court
District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

> RE: Don's Hydraulics, Inc. v. Colony Insurance Company, Truck Tech Industries, Inc., and Tipco Technologies, Inc.
> C. A. No.: 04-1275 (KAJ)
> Our File No. 6652

Dear Judge Jordan:

I represent the plaintiff, Don's Hydraulics, Inc., in the above referenced matter. I write to provide you with an interim status report. At this point, the parties have exchanged written discovery and are in the process of taking the depositions of the parties. Mediation is in this matter has been scheduled for September 27, 2005 at 10:00 a.m. Additionally, pending before the Court are Cross Motions for Summary Judgment filed by Don's Hydraulics, Colony Insurance Company and Tipco Technologies.

The Honorable Kent A. Jordan
June 28, 2005
Page 2

The Court has scheduled a status conference for July 5, 2005 at 4:30 p.m. My office has recently spoken with counsel for Colony who had nothing additional to add. Cynthia Beam, attorney for Truck Tech, Inc., is currently on vacation. Gary Kaplan, attorney for Tipco, has been in court and I was unable to speak with him prior to submitting this report.

At this point, there have been no requests for a status conference. All parties will be appearing for a deposition tomorrow morning. If there arises a need for a status conference out of that meeting, I will update you immediately.

Please do not hesitate to contact me should you have any questions.

Respectfully submitted,

TIGHE, COTTRELL & LOGAN, P.A.

MICHAEL K. TIGHE

MKT/aer
cc: Gary H. Kaplan, Esq.
    Joseph M. Toddy, Esq.
    Anthony Figliola, Jr., Esq.
    Cynthia Beam, Esq.