# *TIGHE, COTTRELL & LOGAN, P.A.*

### *Attorneys at Law*
*704 NORTH KING STREET, SUITE 500*
*P.O. BOX 1031*
*WILMINGTON, DELAWARE 19899*
*Telephone Number: (302) 658-6400*
*Telecopier Number: (302) 658-9836*
*Toll Free: (800) 645-6401*
*WRITER'S EMAIL: m.tighe@lawtcl.com*

*BRANCH OFFICES:*

*19 WEST AVENUE*
*P.O. BOX 303*
*WOODSTOWN, NJ 08098*

*1220-C EAST JOPPA ROAD*
*SUITE 505*
*TOWSON, MD 21286*

*2017 SPRING GARDEN STREET*
*PHILADELPHIA, PA 19130-3804*

July 1, 2005

**HAND DELIVERED**
The Honorable Kent A. Jordan
U.S. District Court
District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

>       **RE:  Don's Hydraulics, Inc. v. Colony Insurance Company,**
>       **Truck Tech Industries, Inc., and Tipco Technologies,**
>       **Inc.**
>       **C. A. No.: 04-1275 (KAJ)**
>       **Our File No. 6652**

Dear Judge Jordan:

      This letter is to confirm the cancellation of the teleconference scheduled for the above-referenced case on Tuesday, July 5, 2005 at 4:30 p.m.

      Thank you for your kind attention to this matter.

                    Respectfully submitted,

                    **TIGHE, COTTRELL & LOGAN, P.A.**

                    E-File/s/Michael K. Tighe
                    Michael K. Tighe (DE ID 29)
                    First Federal Plaza, Suite 500
                    P.O. Box 1031
                    Wilmington, DE  19899
                    (302) 658-6400
                    Attorneys for Defendants

The Honorabe Kent A. Jordan
July 1, 2005
Page 1

MKT/jab
cc: Gary H. Kaplan, Esquire (via facsimile 656-0643)
    Joseph M. Toddy, Esquire (via facsimile 215-569-1606)
    Anthony Figliola, Jr., Esquire (via facsimile 475-0463)
    Cynthia Beam, Esquire (via facsimile 652-3620)