IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Don's Hydraulics, Inc.** | : |
|          **Plaintiff** | :   Civil Action No.: 04-1275 KAJ |
| | : |
| **vs.** | : |
| | : |
| **Colony Insurance Company and** | : |
| **Truck Tech Industries, Inc., and** | : |
| **Tipco Technologies, Inc.** | : |
|          **Defendants** | |

## DEFENDANT, COLONY INSURANCE CO'S, RESPONSE TO PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

Defendant, Colony Insurance Company, hereby responds to plaintiff, Don's Hydraulics, Inc.'s Cross Motion for Summary Judgment and avers that the damages sought by plaintiff are, as a matter of law, not covered by the insurance policy at issue in this case.. Defendant, Colony Insurance Company, therefore requests summary judgment in its favor and against plaintiff. The reasons therefore are more fully set forth in the accompanying Motion.

FIGIOLA & FACCIOLO

/s/ Anthony A. Figliola
Anthony A. Figliola, Jr. (I.D. # 957)
1813 Marsh Road, Suite A
Wilmington, DE 19810
(302) 475-0460
Attorney for Defendant Colony Insurance Company

Dated: July 1, 2005