IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Don's Hydraulics, Inc.**<br>　　　　**Plaintiff** | :<br>:  Civil Action No.: 04-1275 KAJ<br>: |
| **vs.** | :<br>: |
| **Colony Insurance Company and**<br>**Truck Tech Industries, Inc., and**<br>**Tipco Technologies, Inc.**<br>　　　　**Defendants** | :<br>:<br>:<br>: |

### NOTICE OF MOTION

TO:　Michael Tighe, Esquire　　　　　Cindy Beam, Esquire
　　　Tighe, Cottrell & Logan, PA　　　　Reger & Rizzo, LLP
　　　First Federal Plaza, Suite 500　　　1001 Jefferson Plaza, Suite 202
　　　P.O. Box 1031　　　　　　　　　　Wilmington, DE 19081
　　　Wilmington, DE 19899-1031

**PLEASE TAKE NOTICE** that the attached Response to Plaintiff, Don's Hydraulics, Inc.'s Cross-Motion for Summary Judgment will be presented at the convenience of the Court.

　　　　　　　　　　　　　　　　　FIGIOLA & FACCIOLO

　　　　　　　　　　　　　　　　　/s/ Anthony A. Figliola
　　　　　　　　　　　　　　　　　Anthony A. Figliola, Jr. (I.D. # 957)
　　　　　　　　　　　　　　　　　1813 Marsh Road, Suite A
　　　　　　　　　　　　　　　　　Wilmington, DE 19810
　　　　　　　　　　　　　　　　　(302) 475-0460
　　　　　　　　　　　　　　　　　Attorney for Defendant Colony Insurance
Dated: July 1, 2005　　　　　　　　Company