IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Don's Hydraulics, Inc.** | : | |
|         **Plaintiff** | : | Civil Action No.: 04-1275 KAJ |
| | : | |
| vs. | : | |
| | : | |
| **Colony Insurance Company and** | : | |
| **Truck Tech Industries, Inc., and** | : | |
| **Tipco Technologies, Inc.** | : | |
|         **Defendants** | | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Defendant Colony Insurance Company's Motion for Summary Judgment and responses thereto, it is hereby **ORDERED** and **DECREED** that Defendant, Colony Insurance Company's, Motion for Summary Judgment is **GRANTED**.

                                                        BY THE COURT

                                                        _____

                                                        The Honorable Kent A. Jordan