IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Don's Hydraulics, Inc.<br>　　　Plaintiff | : <br> : <br> : | Civil Action No.: 04-1275 KAJ |
| vs. | : <br> : | |
| Colony Insurance Company and<br>Truck Tech Industries, Inc., and<br>Tipco Technologies, Inc. | : <br> : <br> : | |

CERTIFICATE OF SERVICE

I, Anthony A. Figiola, do hereby certify that on this 1st day of July, 2005, copies of Defendant, Colony Insurance Company's Response to Plaintiff's Cross Motion for Summary Judgment was served on the following by first class U.S. Mail, postage pre-paid:

Michael Tighe, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031

Cindy Beam, Esquire
Reger & Rizzo, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

FIGIOLA & FACCIOLO

/s/ Anthony A. Figliola
Anthony A. Figliola, Jr. (I.D. # 957)
1813 Marsh Road, Suite A
Wilmington, DE 19810
(302) 475-0460
Attorney for Defendant Colony Insurance Company