IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Don's Hydraulics, Inc.<br>      Plaintiff<br><br>vs.<br><br>Colony Insurance Company and<br>Truck Tech Industries, Inc., and<br>Tipco Technologies, Inc.<br>      Defendants | :    Civil Action No.: 04-1275 KAJ |

### NOTICE OF MOTION

TO:    Michael Tighe, Esquire            Cindy Beam, Esquire
        Tighe, Cottrell & Logan, PA         Reger & Rizzo, LLP
        First Federal Plaza, Suite 500     1001 Jefferson Plaza, Suite 202
        P.O. Box 1031                        Wilmington, DE 19081
        Wilmington, DE 19899-1031

        Gary Kaplan
        222 Delaware Avenue, Suite 1110
        P.O. Box 2206
        Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the attached Response to Defendant, Tipco Technologies, Inc.'s Memorandum in Opposition to Summary Judgment will be presented at the convenience of the Court.

                                                                FIGIOLA & FACCIOLO

                                                                 /s/ Anthony A. Figliola
                                                                 Anthony A. Figliola, Jr. (I.D. # 957)
                                                                 1813 Marsh Road, Suite A
                                                                 Wilmington, DE 19810
                                                                 (302) 475-0460
                                                                 Attorney for Defendant Colony Insurance
Dated: July 8, 2005                                     Company