IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Don's Hydraulics, Inc. | : | |
|     Plaintiff | : | Civil Action No.:  04-1275 KAJ |
| | : | |
| vs. | : | |
| | : | |
| Colony Insurance Company and | : | |
| Truck Tech Industries, Inc., and | : | |
| Tipco Technologies, Inc. | : | |
|     Defendants | : | |

**APPENDIX TO DEFENDANT, COLONY INSURANCE COMPANY'S, RESPONSE TO DEFENDANT, TIPCO TECHNOLOGIES, INC.'S
<u>OPPOSITION TO SUMMARY JUDGMENT</u>**

Don Cathell Deposition Transcript dated May 26, 2005, pp 126-127………………….   C35 – C37

FIGIOLA & FACCIOLO

<u>/s/ Anthony A. Figliola</u>
Anthony A. Figliola, Jr. (I.D. # 957)
1813 Marsh Road, Suite A
Wilmington, DE 19810
(302) 475-0460
Attorney for Defendant Colony Insurance Company

Dated: July 8, 2005

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------

DON'S HYDRAULICS, INC.          : C.A. No. 04-1275 (KAJ)
       Plaintiff                :
                                :
   Vs.                          :
                                :
COLONY INSURANCE COMPANY, TRUCK :
TECH INDUSTRIES, INC., and TIPCO:
TECHNOLOGIES, INC.              :
       Defendants               :

------

Oral deposition of DON CATHELL, taken by and before Joanne H. Gusler, Registered Professional Reporter and Notary Public, at the Law Offices of Reger, Rizzo, Kavulich & Darnall, LLP., 1001 North Jefferson Street, Suite 202, Wilmington, Delaware 19801, on Thursday, May 26, 2005, commencing at 10:55 a.m.

VOLUME I

KARASCH & ASSOCIATES
REGISTERED PROFESSIONAL REPORTERS
PENNSYLVANIA and DELAWARE
(800) 621-5689

## Page 2

1  APPEARANCES:
2
3     Tighe, Cottrell & Logan, P.A.
      BY: ABIGAIL E. RODGERS, ESQUIRE
4     First Federal Plaza
      P.O. Box 1031
5     Wilmington, De 19899
      (302) 658-6400
6     Attorney for the Plaintiff
7
8     Reger, Rizzo, Kavulich & Darnall, LLP
      BY: CYNTHIA G. BEAM, ESQUIRE
9     1001 North Jefferson Street, Suite 202
      Wilmington, De 19801
10    (302) 652-3611
      Attorney for Defendant, Truck Tech Industries
11
12
      Goldfein and Joseph
13    BY: GARY H. KAPLAN, ESQUIRE
      222 Delaware Avenue, Suite 1110
14    Wilmington, De 19899
      (302) 656-3301
15    Attorney for Defendant, Tipco Technologies, Inc.
16
17    Zarwin, Baum, DeVito, Kaplan, Schaer, Toddy, P.C.
      BY: DEVON F. SNELL, ESQUIRE
18    1515 Market Street, Suite 1200
      Philadelphia, Pa 19102
19    (215) 569-2800
      Attorney for Defendant, Colony Insurance Company
20
21
22
23
24
25

## Page 3

1                    I N D E X
2   WITNESS                          PAGE
3   DON CATHELL
4     BY MS. BEAM        4
5
6              E X H I B I T S
7   NUMBER         DESCRIPTION          PAGE
    Cathell-1      Proposal dated 12/4/02    4
8
    Cathell-2      Invoice dated 8/7/03      4
9
    Cathell-3      Timeline dated 9/10/03    4
10
    Cathell-4      Color picture             4
11
    Cathell-5      Color picture             4
12
    Cathell-6      Color picture             4
13
    Cathell-7      Color picture             4
14
    Cathell-8      Color picture             4
15
    Cathell-9      Common policy declarations   124
16
    Cathell-10     Project summary report    127
17
    Cathell-11     Fax dated 2/24/04         130
18
    Cathell-12     Handwritten evidence transfer 130
19                 Sheet
20  Cathell-13     Fax dated 2/19/04         130
21  Cathell-14     Letter dated 8/25/03      141
22  Cathell-15     List from Don's Hydraulics 145
23  Cathell-16     Letter dated 3/5/04       152
24  Cathell-17     Letter dated 3/24/04      158
25    (EXHIBITS CATHELL-4 THROUGH CATHELL-8 WERE
       RETAINED BY COUNSEL.)

## Page 4

1
            Documents marked for identification as
2   Cathell-1 through 3 and pictures Cathell-4 through
    8.)
3                        - - -
4       DON CATHELL, having been duly sworn, was examined
5   and testified as follows:
6                        - - -
7   BY MS. BEAM:
8       Q. Mr. Cathell, my name is Cynthia Beam. I
9   introduced myself earlier. I represent Truck Tech in
10  litigation that has been filed on behalf of Don's
11  Hydraulics, Inc. We're here to take your deposition
12  today.
13      I'm sure your counsel has explained to you what a
14  deposition is. We're going to ask you a series of
15  questions. I need you to respond to those verbally
16  because nods of the head and uh-huh and unh-unh isn't
17  going to come out on the transcript later, okay?
18      A. Yes.
19      Q. If you don't hear me, let me know because I
20  tend to trail off after a while. If you don't understand
21  a question, please let me know and I'll rephrase it,
22  okay?
23      A. Okay.
24      Q. All right. If you need a break at any time,
25  please let me know. This isn't an endurance test. This

DON CATHELL
May 26, 2005

### Page 125

1  seen that document before?
2     A.  Yes.
3     Q.  Okay. As you know, Colony Insurance Company
4  is also a defendant in this case, correct?
5     A.  Yes.
6     Q.  All right. And did Don's Hydraulics, Inc.,
7  hold an insurance policy with Colony Insurance at the
8  time of this loss in August 2003?
9     A.  Yes.
10    Q.  Was it your understanding that this policy of
11 insurance through Colony was a commercial general
12 liability policy? That's what's indicated on the dec
13 sheet anyway.
14    A.  Yes.
15    Q.  All right. Have you ever had to make a claim
16 through any general commercial liability coverage in
17 respect to failure of a hydraulic unit prior to this?
18    A.  No.
19    Q.  Okay. Do you know what the policy limits were
20 of your Colony commercial general liability policy?
21    A.  Not right off, no.
22    Q.  Okay. Did you or someone on your behalf of
23 Don's Hydraulics, Inc, pay the premiums for that policy
24 with Colony on time during the year of 2003?
25    A.  As far as I know, yes.

### Page 126

1     Q.  Has anyone from Colony or anyone else
2  suggested to you that your company hadn't paid its policy
3  in the year 2003? Hadn't paid its premiums? I'm sorry.
4     A.  Not that I know of.
5     Q.  Did you or someone else on behalf of Don's
6  Hydraulics, Inc., submit a claim for this loss to Colony
7  Insurance?
8     A.  Yes.
9     Q.  And what response, if any, did Don's
10 Hydraulics receive after you submitted a claim for this
11 loss?
12    A.  As I recall, the agent told me that we were
13 not covered.
14    Q.  Did you ask why?
15    A.  Yes.
16    Q.  And what were you told?
17    A.  If I understood it right, it falls back on
18 each components manufacturer.
19       MR. KAPLAN: I'm sorry. Can you repeat his
20    answer please.
21       (Whereupon, the court reporter read
22       back the requested portion of
23       testimony.)
24 BY MS. BEAM:
25    Q.  Okay. Did you ever have any conversation with

### Page 127

1  your agent or anyone else regarding what, if anything,
2  would be covered under your general commercial liability
3  coverage with Colonial? (Sic.)
4     A.  Yes, but I don't remember exactly what she
5  told me this time.
6     Q.  Who did you have that conversation with; your
7  agent?
8     A.  Pam Busby.
9     Q.  Who's Pam Busby?
10    A.  Agent.
11    Q.  She's your insurance agent?
12    A.  Yes.
13       (Document marked for identification as
14    Cathell-10.)
15 BY MS. BEAM:
16    Q.  Sir, I've handed you what I've marked as
17 exhibit number ten which is entitled, "Project summary
18 report Fieldale Farms, Gainesville, Georgia. Prepared on
19 October 4, 2003 by Tony Blackman for Fieldale Farms and
20 Don's Hydraulics."
21       And have you ever seen this document before?
22    A.  Yes.
23    Q.  All right. My first question is at the very
24 end in my packet, there was an invoice from Fieldale
25 Farms attached to the report. Does this belong with this

### Page 128

1  report? This invoice, would that have been prepared
2  by --
3     A.  -- one portion of it does.
4     Q.  Okay. And what portion of the invoice is the
5  last page of exhibit number ten would belong to the
6  report?
7     A.  $16,569.50 I think it is.
8     Q.  The oil filtering --
9     A.  Expense.
10    Q.  -- expense? Is Tony Blackman with
11 COT-Puritech?
12    A.  Yes.
13    Q.  I see. And how is it that this report or
14 project summary report came to be prepared by Tony
15 Blackman for Don's Hydraulics and Fieldale Farms?
16    A.  He was their representative that came to the
17 plant. Spoke with us or me and the plant personnel on
18 filtering the oil. He was the one in charge of the crew
19 that came in.
20    Q.  Okay. And the service that his crew provided
21 was the filtering of the oil in the system, cleaning out
22 the reservoir?
23    A.  Yes.
24    Q.  And was there anything else?
25    A.  That was it.

32 (Pages 125 to 128)