## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, the undersigned, do hereby certify on this 12th day of July, 2005 that a true and correct copy of Defendant Truck Tech Industries, Inc.'s First Request for Production of Documents Directed to Plaintiff Don's Hydraulics, Inc. have been served electronically and/or by first class mail, upon the following:

Michael K. Tighe, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899

Anthony A. Figliola, Jr., Esquire
Figliola & Facciolo
1813 Marsh Road, Suite A
Wilmington, DE 19810

Gary H. Kaplan, Esquire
Goldfein & Joseph
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899

Joseph M. Toddy, Esquire
Zarwin, Baum, DeVito, Kaplan
  Schaer & Toddy, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

**REGER RIZZO KAVULICH & DARNALL, LLP**


*/s/ Cynthia G. Beam, Esquire*
**Cynthia G. Beam, Esquire**
**Delaware State Bar I.D. No. 2565**
**1001 Jefferson Plaza, Suite 202**
**Wilmington, DE 19801**
**(302) 652-3611**
**Attorney for Defendant Truck Tech Industries, Inc.**

Dated: July 12, 2005