## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, the undersigned, do hereby certify on this 12th day of July, 2005 that a true and correct copy of Defendant Truck Tech Industries, Inc.'s First Request for Production of Documents Directed to Defendant Tipco Technologies, Inc. have been served electronically and/or by first class mail, upon the following:

| | |
|---|---|
| Michael K. Tighe, Esquire | Anthony A. Figliola, Jr., Esquire |
| Tighe, Cottrell & Logan, P.A. | Figliola & Facciolo |
| First Federal Plaza, Suite 500 | 1813 Marsh Road, Suite A |
| P.O. Box 1031 | Wilmington, DE 19810 |
| Wilmington, DE 19899 | |
| | |
| Gary H. Kaplan, Esquire | Joseph M. Toddy, Esquire |
| Goldfein & Joseph | Zarwin, Baum, DeVito, Kaplan |
| 222 Delaware Avenue, Suite 1110 | Schaer & Toddy, P.C. |
| P.O. Box 2206 | 1515 Market Street, Suite 1200 |
| Wilmington, DE 19899 | Philadelphia, PA 19102 |

**REGER RIZZO KAVULICH & DARNALL, LLP**


*/s/ Cynthia G. Beam*, *Esquire*
**Cynthia G. Beam, Esquire**
**Delaware State Bar I.D. No. 2565**
**1001 Jefferson Plaza, Suite 202**
**Wilmington, DE 19801**
**(302) 652-3611**
**Attorney for Defendant Truck Tech Industries, Inc.**

Dated: July 12, 2005