```
              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF DELAWARE
```

DON'S HYDRAULICS, INC.,         )
                                )
        Plaintiff,              )   C.A. No. 04-1275 (KAJ)
                                )
        v.                      )
                                )
COLONY INSURANCE COMPANY,       )
TRUCK TECH INDUSTRIES, INC.,    )
and TIPCO TECHNOLOGIES, INC.,   )
                                )
        Defendants.             )

### RE-NOTICE OF DEPOSITION

TO:   Gary H. Kaplan, Esquire
      Goldfein & Hosmer
      222 Delaware Avenue, Suite 1110
      P.O. Box 2206
      Wilmington, DE 19899-2206

      Joseph M. Toddy, Esquire
      Zarwin Baum DeVito Kaplan
        Schaer Toddy P.C.
      Suite 1200
      1515 Market Street
      Philadelphia, PA 19102-1981

      Anthony Figliola, Jr., Esquire
      Figliola & Facciolo
      1813 Marsh Road, Suite A
      Wilmington, DE 19810

      Cindy Beam, Esquire
      Reger & Rizzo, LLP
      1001 Jefferson Plaza, Suite 202
      Wilmington, DE 19801

    PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of Sean Swain of Defendant Truck Tech Industries, Inc. on Wednesday, August 3, 2005, at 10:30 a.m., in the offices of Tighe, Cottrell & Logan, P.A., 704 N. King Street, First Federal Plaza, Suite 500, Wilmington, DE 19801, (302) 658-6400.

          **TIGHE, COTTRELL & LOGAN, P.A.**

          <u>/s/ Michael K. Tighe</u>
Michael K. Tighe (DE ID 29)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 658-6400
Attorneys for Plaintiff

DATED: July 14, 2005

cc:  Esquire Deposition Services