IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Michael K. Tighe, do hereby certify that a true and correct copy of the attached Re-Notice of Deposition of Sean Swain for defendant Truck Tech Industries, Inc. was served by first class mail, postage prepaid on this 14th day of July, 2005, upon the following:

Gary H. Kaplan, Esquire
Goldfein & Hosmer
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899-2206

Joseph M. Toddy, Esquire
Zarwin Baum DeVito Kaplan
Schaer Toddy P.C.
Suite 1200
1515 Market Street
Philadelphia, PA 19102-1981

Anthony Figliola, Jr., Esquire
Figliola & Facciolo
1813 Marsh Road, Suite A
Wilmington, DE 19810

Cindy Beam, Esquire
Reger & Rizzo, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

**TIGHE, COTTRELL & LOGAN, P.A.**

 /s/ Michael K. Tighe
Michael K. Tighe (DE ID 29)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 658-6400
Attorneys for Plaintiff