```
                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF DELAWARE

DON'S HYDRAULICS, INC.,        )
                               )
          Plaintiff,           )    C.A. No. 04-1275 (KAJ)
                               )
     v.                        )
                               )
COLONY INSURANCE COMPANY,      )
TRUCK TECH INDUSTRIES, INC.,   )
and TIPCO TECHNOLOGIES, INC.,  )
                               )
          Defendants.          )
```

## CERTIFICATE OF SERVICE

I, Michael K. Tighe, Esquire, do hereby certify that a true and correct copy of the attached Notice of Deposition Pursuant to Delaware Rule of Civil Procedure 30 (B)(6) Directed to Defendant Truck Tech Industries, Inc. was served by first class mail, postage prepaid, on this 14th day of July, 2005 upon the following:

| | |
|---|---|
| Gary H. Kaplan, Esquire<br>Goldfein & Hosmer<br>222 Delaware Avenue<br>Suite 1110<br>P.O. Box 2206<br>Wilmington, DE 19899-2206 | Joseph M. Toddy, Esquire<br>Zarwin Baum DeVito Kaplan<br>  Schaer Toddy P.C.<br>Suite 1200<br>1515 Market Street<br>Philadelphia, PA 19102-1981 |
| Cindy Beam, Esquire<br>Reger & Rizzo, LLP<br>1001 Jefferson Plaza<br>Suite 202<br>Wilmington, DE 19801 | Anthony Figliola, Jr., Esquire<br>Figliola & Facciolo<br>1813 Marsh Road<br>Suite A<br>Wilmington, DE 19810 |

**TIGHE, COTTRELL & LOGAN, P.A.**

  /s/ Michael K. Tighe
Michael K. Tighe (DE ID 29)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 658-6400
Attorneys for Plaintiff