IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DON'S HYDRAULICS, INC.,** | : | |
| | : | C.A. No.: 04-1275 KAJ |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **COLONY INSURANCE COMPANY,** | : | |
| **TRUCK TECH INDUSTRIES, INC.,** | : | |
| **and TIPCO TECHNOLOGIES, INC.,** | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF DEPOSITION

TO:   Abigail Rodgers, Esquire
      Tighe, Cottrell & Logan, P.A.
      First Federal Plaza, Suite 500
      P.O. Box 1031
      Wilmington, DE  19899-1031

      Joseph M. Toddy, Esquire
      Zarwin, Baum, DeVito, Kaplan,
       Schaer & Toddy, P.C.
      1515 Market Street, Suite 1200
      Philadelphia, PA  19102

      Anthony A. Figliola, Jr., Esquire
      Figliola & Facciolo
      1813 Marsh Road, Suite A
      Wilmington, DE  19810

      Cynthia G. Beam, Esquire
      Reeger & Rizzo, LLP
      1001 Jefferson Plaza, Suite 202
      Wilmington, DE  19801

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Thomas W. Butler, Ph.D., on August 26, 2005, at 9:30 a.m. in the offices the undersigned.

      GOLDFEIN & JOSEPH

      /s/ Gary H. Kaplan

      _____
      GARY H. KAPLAN - ID# 2965
      222 Delaware Avenue, Suite 1110
      P.O. Box 2206
      Wilmington, DE  19899
      (302) 656-3301
      Attorney for Defendant, Tipco Technologies, Inc.