IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DON'S HYDRAULICS, INC.,** : | |
| : | **C.A. No.: 04-1275 KAJ** |
| **Plaintiff,** : | |
| v. : | |
| : | |
| **COLONY INSURANCE COMPANY,** : | |
| **TRUCK TECH INDUSTRIES, INC.,** : | |
| **and TIPCO TECHNOLOGIES, INC.,** : | |
| : | |
| **Defendants.** : | |

## CERTIFICATE OF SERVICE

I, Gary H. Kaplan, Esquire, do hereby certify that on this 20 day of July, 2005, two (2) copies of the Notice of Deposition have been served electronically by Lexis-Nexis File & Serve, upon the following:

Abigail Rodgers, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031

Joseph M. Toddy, Esquire
Zarwin, Baum, DeVito, Kaplan,
 Schaer & Toddy, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA  19102

Anthony A. Figliola, Jr., Esquire
Figliola & Facciolo
1813 Marsh Road, Suite A
Wilmington, DE  19810

Cynthia G. Beam, Esquire
Reeger & Rizzo, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801

**GOLDFEIN & JOSEPH**

/s/ Gary H. Kaplan
_____
GARY H. KAPLAN - ID# 2965
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE  19899