IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION OF ANTHONY CORNETTO

    **PLEASE TAKE NOTICE** that the undersigned will be taking the oral deposition of **Anthony Cornetto** on **Friday, August 26, 2005, immediately after the deposition of Thomas W. Butler, Ph.D. scheduled for 9:30 a.m.**, **in the law offices of Goldfein & Joseph, 222 Delaware Avenue, Suite 1110, Wilmington, Delaware 19801.**

                                                               **REGER RIZZO KAVULICH & DARNALL LLP**

                                                               */s/ Cynthia G. Beam, Esquire*
                                                               **Cynthia G. Beam, Esquire**
                                                                **Delaware State Bar I.D. No. 2565**
                                                                **CBeam@rrkdlaw.com**
                                                                **1001 Jefferson Plaza, Suite 202**
                                                                **Wilmington, DE 19801**
                                                                **(302) 652-3611**

Dated: August 16, 2005
cc:     Corbett & Associates

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify on this 16th day of August, 2005 that a true and correct copy of the Notice of Deposition of Anthony Cornetto has been served electronically and/or by first class mail, postage prepaid, upon the following:

Michael K. Tighe, Esquire
Tighe, Cottrell & Logan
First Federal Plaza
P.O. Box 1031
Wilmington, DE 19899

Anthony Figliola, Jr., Esquire
Figliola & Facciolo
1813 Marsh Road, Suite A
Wilmington, DE 19810

Michael Toddy, Esquire
Devon Snell, Esquire
Zarwin, Baum, DeVito, Kaplan,
    Schaer, Toddy, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1981

Gary H. Kaplan, Esquire
Goldfein & Hosmer
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899

**REGER RIZZO KAVULICH & DARNALL LLP**

   _/s/ Cynthia G. Beam, Esquire_
**Cynthia G. Beam, Esquire**
**Delaware State Bar I.D. No. 2565**
**CBeam@rrkdlaw.com**
**1001 Jefferson Plaza, Suite 202**
**Wilmington, DE  19801**
**(302) 652-3611**
**Attorney for Defendant**
**Truck Tech Industries, Inc.**

Dated:  August 16, 2005