IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COLONY INSURANCE COMPANY, )<br>TRUCK TECH INDUSTRIES, INC., )<br>and TIPCO TECHNOLOGIES, INC., )<br>)<br>Defendants. ) | C.A. No. 04-1275 (KAJ) |

**NOTICE OF SERVICE**

I, Matthew S. Lindauer, do hereby certify that a true and correct copy of Plaintiff's Responses to Defendant Truck Tech Industries, Inc.'s First Request for Production of Documents was served by first class mail, postage prepaid on this 19th day of August, 2005, upon the following:

Gary H. Kaplan, Esquire
Goldfein & Hosmer
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899-2206

Joseph M. Toddy, Esquire
Zarwin Baum DeVito Kaplan
Schaer Toddy P.C.
Suite 1200
1515 Market Street
Philadelphia, PA 19102-1981

Cindy Beam, Esquire
Reger & Rizzo, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

        **TIGHE, COTTRELL & LOGAN, P.A.**

        /s/ Matthew S. Lindauer
        Michael K. Tighe (DE ID 29)
        Matthew S. Lindauer (DE ID 4571)
        First Federal Plaza, Suite 500
        P.O. Box 1031
        Wilmington, DE 19899-1031
        (302) 658-6400
        Attorneys for Plaintiff