**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

```
DON'S HYDRAULICS, INC.,         )
                                )
        Plaintiff,              )   C.A. No. 04-1275
                                )
        v.                      )
                                )
COLONY INSURANCE COMPANY,       )
TRUCK TECH INDUSTRIES, INC.,    )
and TIPCO TECHNOLOGIES, INC.,   )
                                )
        Defendants.             )
```

**NOTICE OF SERVICE**

I, Matthew S. Lindauer, Esquire hereby certify that a true and correct copy of the foregoing *Supplemental Request for Production of Documents to be Answered by Defendants Truck Tech Industries, Inc. And Tipco Technologies, Inc.* were served, via First Class U.S. mail, on this 1st day of September, 2005 upon the following:

Gary H. Kaplan, Esquire
Goldfein & Hosmer
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899-2206

Joseph M. Toddy, Esquire
Zarwin Baum DeVito Kaplan Schaer
 Toddy P.C.
Suite 1200
1515 Market Street
Philadelphia, PA 19102-1981

Gilbert Shelsby, Jr., Esquire
Morgan, Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE 19713

**TIGHE, COTTRELL & LOGAN, P.A.**

   /s/ Matthew S. Lindauer
MICHAEL K. TIGHE (DE 29)
MATTHEW S. LINDAUER (DE 4571)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 658-6400
Attorneys for Plaintiff