## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

```
DON'S HYDRAULICS, INC.,        )
                               )
          Plaintiff,           )    C.A. No. 04-1275
                               )
          v.                   )
                               )
COLONY INSURANCE COMPANY,      )
TRUCK TECH INDUSTRIES, INC.,   )
and TIPCO TECHNOLOGIES, INC.,  )
                               )
          Defendants.          )
```

## RE-NOTICE OF SERVICE

I, Matthew S. Lindauer, Esquire hereby certify that a true and correct copy of the foregoing *Supplemental Request for Production of Documents to be Answered by Defendants Truck Tech Industries, Inc. And Tipco Technologies, Inc.* were served, via First Class U.S. mail, on this 1st day of September, 2005 upon the following:

Gary H. Kaplan, Esquire
Goldfein & Hosmer
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899-2206

Joseph M. Toddy, Esquire
Zarwin Baum DeVito Kaplan Schaer
 Toddy P.C.
Suite 1200
1515 Market Street
Philadelphia, PA 19102-1981

Cindy Beam, Esquire
Reger & Rizzo LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

**TIGHE, COTTRELL & LOGAN, P.A.**


___/s/ Matthew S. Lindauer___
MICHAEL K. TIGHE (DE 29)
MATTHEW S. LINDAUER (DE 4571)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 658-6400
Attorneys for Plaintiff