IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1275 |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**RE-NOTICE OF SERVICE**

I, Matthew S. Lindauer, Esquire hereby certify that a true and correct copy of the foregoing *Supplemental Request for Production of the Hoses Directed to Defendant Truck Tech Industries, Inc.* were served, via First Class U.S. mail, on this 1st day of September, 2005 upon the following:

Gary H. Kaplan, Esquire
Goldfein & Hosmer
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899-2206

Joseph M. Toddy, Esquire
Zarwin Baum DeVito Kaplan Schaer Toddy P.C.
Suite 1200
1515 Market Street
Philadelphia, PA 19102-1981

Cindy Beam, Esquire
Reger & Rizzo LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

**TIGHE, COTTRELL & LOGAN, P.A.**

   /s/ Matthew S. Lindauer
MICHAEL K. TIGHE (DE 29)
MATTHEW S. LINDAUER (DE 4571)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 658-6400
Attorneys for Plaintiff