IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DON'S HYDRAULICS, INC.,           )
                                  )
          Plaintiff,              )     C.A. No. 04-1275 (KAJ)
                                  )
          v.                      )
                                  )
COLONY INSURANCE COMPANY,         )
TRUCK TECH INDUSTRIES, INC.,      )
and TIPCO TECHNOLOGIES, INC.,     )
                                  )
          Defendants.             )

## NOTICE OF SERVICE

I, Matthew S. Lindauer, do hereby certify that a true and correct copy of the *Response of The Plaintiff, Don's Hydraulics, Inc., to Defendant Truck Tech Industries, Inc.'s Interrogatories* was served by first class mail, postage prepaid on this 6th day of September, 2005, upon the following:

Gary H. Kaplan, Esquire
Goldfein & Hosmer
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899-2206

Devon Snell, Esquire
Joseph M. Toddy, Esquire
Zarwin Baum DeVito Kaplan
Schaer Toddy P.C.
Suite 1200
1515 Market Street
Philadelphia, PA 19102-1981

Cindy Beam, Esquire
Reger & Rizzo, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

**TIGHE, COTTRELL & LOGAN, P.A.**

 /s/ Matthew S. Lindauer
Michael K. Tighe (DE ID 29)
Matthew S. Lindauer (DE ID 4571)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 658-6400
Attorneys for Plaintiff