IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT TRUCK TECH INDUSTRIES, INC.'S RESPONSE TO
PLAINTIFF'S SUPPLEMENTAL REQUEST
FOR PRODUCTION OF THE HOSES**

1.  Please produce the sixteen remaining hoses returned by Don's Hydraulics to Truck Tech Industries, Inc., for testing to be completed at Don's Hydraulics.

**RESPONSE:** Plaintiff's Supplemental Request for Production is untimely in that the discovery cut-off date under the Trial Scheduling Order was September 2, 2005. Therefore, Defendant Truck Tech Industries, Inc. does not intend to produce the requested hoses.

**REGER RIZZO KAVULICH & DARNALL LLP**

   */s/ Cynthia G. Beam, Esquire*
**Cynthia G. Beam, Esquire**
**Delaware State Bar I.D. No. 2565**
**1001 Jefferson Plaza, Suite 202**
**Wilmington, DE 19801**
**(302) 652-3611**
**Attorney for Defendant**
**Truck Tech Industries, Inc.**

Dated: September 7, 2005