IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I, Matthew S. Lindauer, do hereby certify that a true and correct copy of Plaintiff's Supplemental Response to Defendant Truck Tech Industries, Inc.'s First Request for Production of Documents was served by first class mail, postage prepaid on this 23rd day of September, 2005, upon the following:

Gary H. Kaplan, Esquire
Goldfein & Hosmer
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899-2206

Cindy Beam, Esquire
Reger & Rizzo, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

Joseph M. Toddy, Esquire
Zarwin Baum DeVito Kaplan Schaer Toddy, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1981

**TIGHE, COTTRELL & LOGAN, P.A.**

 /s/   Matthew S. Lindauer
Michael K. Tighe (DE ID 29)
Matthew S. Lindauer (DE ID 4571)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 658-6400
Attorneys for Plaintiff