IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DON'S HYDRAULICS, INC.,** | : | |
| | : | **C.A. No.:  04-1275 KAJ** |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| **COLONY INSURANCE COMPANY,** | : | |
| **TRUCK TECH INDUSTRIES, INC.,** | : | |
| **and TIPCO TECHNOLOGIES, INC.,** | : | |
| | : | |
| **Defendants.** | : | |

**DEFENDANT TIPCO TECHNOLOGIES, INC.'S
EXPERT'S REPORT AND CURRICULUM VITAE**

Report of Richard L. Fischer

Prepared 9-26-05

BACKGROUND
Don's Hydraulics contracted with Fielddale Farms to design and build a large Hydraulic pumping station.  The station consisted of 10, one hundred horsepower electric motors driving 20 large Rexroth pumps.  These pumps required hose assemblies to connect the pump inlet to the reservoir piping to allow for vibration of the pumps.  The hose assemblies selected by Don's Hydraulics had an internal diameter of 2 ½ inches which was larger than Don's Hydraulics was capable of manufacturing.  Don's Hydraulics contracted with Truck Tech Industries to supply these hose assemblies.  Truck Tech Industries was unable to manufacture hose assemblies this large and hence subcontracted with Tipco Technologies to manufacture the assemblies.  Don's Hydraulics had stipulated that the couplings had to be crimped unto the hoses.

Upon start-up of the pumps at Fielddale Farms several of the pumps failed and needed to be repaired.  The failure of the pumps was allegedly caused by cavitation due to air being drawn into the pumps on the inlet side.  It is further alleged that the source of the air was due to leaking hose assemblies.

HOSE SELECTION
Requirements for hoses used for the suction side of hydraulic pumps are covered by SAE J517 100R4.  This standard requires that the hose be constructed of an inner tube of oil resistant rubber, woven or braided textile fiber reinforcement, a spiral wire and an oil resistant rubber cover.  The hose must have a minimum burst pressure of 250 psi, a proof pressure rating of 125 psi, and have a maximum operating pressure of 62 psi.  The maximum O. D. of the hose is 3.25 inches and the I. D. is 2.500 inches plus or minus .062 inches.  The hose must have a minimum bend radius of 14 inches and be capable of working at a vacuum of 25 inches of Hg.

Tipco selected a hose from the Gates Industrial Hose Catalog called Longhorn Hose, Part Number 307055.  This hose meets the construction and dimensional requirements of SAE 100R4.  It has a minimum bend radius of 8 inches which is better than the SAE requirement, a working pressure of 150 psi, and can be used at vacuums down to 30 inches of Hg.

INSTALLATION
The selection of a 37° JIC end for the hose required that several adapters be used to connect the hose assemblies to the pump. It appears from Exhibit 7 of the Cathell deposition that the inlet of the pump was designed to connect directly to a Code 61 hose fitting.  The outlet side of the pump was identified by Don Cathell as a Code 61, 4 Bolt Flange port.   It appears from the photograph that connected to the Code 61 port on the inlet of the pump is an adapter that converts from Code 61 to 2 ½ inch female pipe threads. Connected to this adapter is a 90° male 2 ½ pipe to female 2 ½ pipe elbow identified as a street ell.  Connected to this pipe elbow is a male 2 ½ pipe to 2 ½

male 37° adapter. Connected to this adapter is the 2 ½ inch female 37° swivel hose fitting. On the other end of the hose the 2 ½ inch male pipe hose fitting is connected to a 2 ½ inch female to 3 inch male pipe reducing bushing.

While the SAE standards do not include 2 ½ size 37° ends, the minimum torque required for installation of 2 size ends is 245 lb. ft. and 158 lb. ft. for 1 ½ size ends. A simple extension of this data indicates that over 330 lb. ft. of torque would be required for the installation of 2 ½ size ends. This would require the availability of very large torque wrenches for proper installation. Mr. Don Cathell has testified that a 36 inch pipe wrench was used and that no torque wrenches were available or used. The Bombick deposition mentions that wrench marks were found on the sleeves of the coupling.

HOSE ASSEMBLY MANUFACTURE
Since no crimping data existed for crimping these couplings on hose, Tipco was required to establish crimp dimensions. The Bombick deposition stated that calculations involving hose and sleeving dimensions were used to establish crimp dimensions. The crimping dimensions were then confirmed by a pressure test at 150 psi. The SAE standard requires a proof pressure test at 125 psi.

CONCLUSIONS
It is my opinion that the selection of the hoses to be used in Dons Hydraulics' hydraulic system was appropriate. It is further my opinion that the hose assemblies as manufactured were not a source of air entering the pumps. The hoses were tested to 150 psi before installation and exhibited no signs of leakage at that time. Thus, if it was the ingress of air that subsequently caused the pumps to fail, one must consider sources of the air independent of the integrity of the hoses. Possible sources would be:

1. It is possible to cause damage to the hose/coupling interface during installation. The deposition testimony of Don Cathell indicates that a pipe wrench was used to install the hoses. If the pipe wrench was applied to the sleeves of the coupling the integrity of the hose/coupling interface would have been compromised.

2. During the installation of the female 37° swivel ends to the hydraulic system it is necessary to tighten the swivel ends to the proper torque. If this is not done properly, there will be a leak between the female seat of the hose coupling and the male seat of the adapter. The deposition of Don Cathell indicates that no torque wrenches were used during the installation of the hose assemblies on the system or during the subsequent testing reported by Dr. Butler of SEA. The bubbles shown in photograph 20 of Butler exhibit 4 are consistent with a leak between the male adapter and female coupling due to improper tightening of the fitting. This conclusion is further supported by the fact that no leaks appeared during testing of the male end of the hose assembly.

3. If pipe threads are not properly sealed with thread sealant, hoses leak. There is no evidence to indicate whether sufficient or proper thread sealant was used during the installation of the hoses.

4. During the initial start-up of a pump, large quantities of hydraulic fluid could have been recirculated to the reservoir. This would have caused air to become entrapped in the oil, which could subsequently be returned to the pump causing the pump failure.

5. No defect existed in the hoses appropriately supplied by Tipco Technologies. Therefore, the failure of the hydraulic unit rests with either Truck Tech, Inc., Don's Hydraulics, the oil supplier or workers at Fielddale Farms, or with some combination of these entities who had responsibility for the design, construction and installation of the power unit.

It is also possible that it wasn't air that caused the damage to the pumps. Other sources of contamination may have caused the pump failure. Inadequate cleaning of the welded reservoir or the rigid piping system or failure to filter the hydraulic fluid before filling the reservoir would cause contamination that could have caused the pumps to fail. In a report prepared by Mr. Tony Blackmon to Fielddale Farms dated October 4, 2003 he reflects that there was particle contaminants as well as paper found in the oil reservoir which could have been the cause of pump failure.

The opinions expressed above are based on the information available to me at this time. Once additional information or evidence becomes available I reserve the right to expand or modify my opinions as expressed above.