# Richard L. Fischer                                               (715) 276-0623

**Education**

    1963  University of Wisconsin    Madison, WI
    **BS Chemical Engineer**

    1964 – 1970  Central Michigan University    Mt. Pleasant, MI
    **30 Credits in Business Administration**

**Professional Experience**

02/02 – Present
  Retired

09/01 – 02/02
  Application engineer – Hose Products Division – Parker Hannifin Corporation

04/96 – 09/01
  Director of Application Engineering for the Fluid Power Business Unit of Dayco Industrial

06/94 – 04/96
  Director of Technical Service and Development for all Imperial Eastman products.  Responsible for Product Development, Product Engineering and Technical Service.

05/92 – 06/94
  Director of Engineering for the Imperial Eastman Division of the Pullman Company.  Responsible for Product Engineering and Development for all Imperial Eastman products including hose, couplings, valves, pneumatic fittings and tools.  This includes products manufactured at plant locations in Canada, Australia, Manitowoc, WI and Niles, IL.

10/89 – 05/92
  Vice President of Engineering of the Eastman Division of the Pullman Company.  Established Simultaneous Engineering and participated in all phases of Division management including Strategic Planning.

09/87 – 10/89
  Managed Product Development, Quality Assurance and Manufacturing Engineering for the Eastman Division of the Pullman Company

# Richard L. Fischer
Page 2

**Professional Experience  (cont.)**

    10/83 – 09/87
       Managed Product Development and Quality Assurance for Eastman Division of Imperial Clevite and Clevite Industries. Directed the development of the first high pressure two braid hydraulic hose in the industry.

    01/83 – 10/83
       Product Development Manager for both Hose and Couplings for Eastman Division of Imperial Clevite.

    03/80 – 01/83
       Product Development Manager at Eastman Division of Gould and Imperial Clevite for Hytron and Hybrid hose products. Directed the development of SAE100R1, SAE100R2, and compact versions of these hoses.

    11/79 – 03/80
       Hose Production Manager at Eastman Division of Gould. Managed the manufacturing and product development of Hytron hose.

    10/71 – 11/79
       Senior Product Development Engineer at Imperial Eastman Division of ITE Imperial and Gould.  Developed Hytron hose products including the first hose product containing Hytrel and the first hose product containing Kevlar.  Active in SAE committees and in Product Liability activities.

    05/70 – 09/71
       Borg Fabrics Division of Bunker Ramo – Senior Development Engineer working on artificial turf including the manufacture of the fabric and design of an underlayment system.

    06/63 – 04/70
       Dow Chemical – Three years in Plastics Research involving Saran and Polypropylene Film, Saran Textiles and Styrofoam. Four years in Styrofoam manufacturing including two years as the Superintendent of the Midland Styrofoam plant.

# Richard L. Fischer
Page 3

**Accreditations**

    Member of the Society of Automotive Engineers ("SAE") and Active on Fluid Conductors and Connectors Technical Committee ("FCCTC") committees. Chairman of the Air Brake Tubing Subcommittee of FCCTC for 13 years. Internationally recognized as a technical authority on air brake products as well as an authority on hydraulic hose and couplings.

    Recognized authority on the design and use of Sewer Cleaning Hose, wrote the Waste Equipment Manufacturer's Institute's ("WEMI") specifications and delivered seminars at trade shows.