IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DON'S HYDRAULICS, INC.,** : | |
| : | C.A. No.: 04-1275 KAJ |
| **Plaintiff,** : | |
| v. : | |
| : | |
| **COLONY INSURANCE COMPANY,** : | |
| **TRUCK TECH INDUSTRIES, INC.,** : | |
| **and TIPCO TECHNOLOGIES, INC.,** : | |
| : | |
| **Defendants.** : | |

### TIPCO TECHNOLOGIES, INC.'S <u>DAUBERT</u> MOTION IN LIMINE TO PRECLUDE PLAINTIFF'S EXPERT THOMAS BUTLER, PH.D. FROM TESTIFYING AS TO UNFOUNDED OPINIONS

Defendant, Tipco Technologies, Inc., by and through its counsel, Goldfein & Joseph, hereby files the within Motion and in support thereof avers as follows:

1. Tipco Technologies, Inc. hereby moves this Honorable Court to preclude plaintiff's expert, Thomas Butler, Ph.D. from testifying as to unfounded opinions. As grounds for this Motion, Tipco Technologies, Inc. relies upon the Memorandum of Law in support of this Motion in Limine which is incorporated herein by reference.

WHEREFORE, for the reasons set forth in the supporting Memorandum of Law being served simultaneously herewith, Tipco Technologies, Inc. respectfully requests this Honorable Court to grant its <u>Daubert</u> Motion in Limine.

**GOLDFEIN & JOSEPH**

/s/ Gary H. Kaplan
_____
GARY H. KAPLAN - ID# 2965
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE  19899
Attorney for Defendant, Tipco
   Technologies, Inc.