IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DON'S HYDRAULICS, INC.,** : | |
| : | **C.A. No.: 04-1275 KAJ** |
| **Plaintiff,** : | |
| v. : | |
| : | |
| **COLONY INSURANCE COMPANY,** : | |
| **TRUCK TECH INDUSTRIES, INC.,** : | |
| **and TIPCO TECHNOLOGIES, INC.,** : | |
| : | |
| **Defendants.** : | |

### NOTICE OF MOTION

TO:    Michael K. Tighe, Esquire                Anthony A. Figiola, Jr., Esquire
       Tighe, Cottrell & Logan, P.A.            Figliola & Facciolo
       First Federal Plaza, Suite 500           1813 Marsh Road, Suite A
       P.O. Box 1031                            Wilmington, DE  19810
       Wilmington, DE  19899-1031

       Joseph M. Toddy, Esquire                 Cynthia G. Beam, Esquire
       Zarwin, Baum, DeVito, Kaplan, Schaer     Reger & Rizzo, LLP
         & Toddy, P.C.                          1001 Jefferson Plaza, Suite 202
       1515 Market Street, Suite 1200           Wilmington, DE  19801
       Philadelphia, PA  19102

**PLEASE TAKE NOTICE** that the attached Daubert Motion In Limine and

Memorandum of Law in Support thereof will be presented at the convenience of the Court.

                                        **GOLDFEIN & JOSEPH**

                                        /s/ Gary H. Kaplan
                                        _____
                                        GARY H. KAPLAN - ID# 2965
                                        222 Delaware Avenue, Suite 1110
                                        P.O. Box 2206
                                        Wilmington, DE  19899