**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **DON'S HYDRAULICS, INC.,** | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | C.A. NO. 04-1275 (KAJ) |
| | : | |
| **COLONY INSURANCE COMPANY,** | : | |
| **TRUCK TECH INDUSTRIES, INC.,** | : | |
| **and TIPCO TECHNOLOGIES, INC.,** | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of the foregoing Tipco Technologies, Inc.'s <u>Daubert</u> Motion In Limine To Preclude Plaintiff's Expert Thomas Butler, Ph.D. From Testifying As To Unfounded Opinions and Memorandum of Law in Support Thereof, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion is Granted.

_____
JUDGE