IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DON'S HYDRAULICS, INC.,** : | |
| : | **C.A. No.:  04-1275 KAJ** |
| **Plaintiff,** : | |
| v. : | |
| : | |
| **COLONY INSURANCE COMPANY,** : | |
| **TRUCK TECH INDUSTRIES, INC.,** : | |
| **and TIPCO TECHNOLOGIES, INC.,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF ELECTRONIC/CONVENTIONAL FILING

TO:  ALL COUNSEL

**PLEASE TAKE NOTICE** that the following pleading has been electronically filed with the United States District Court, District of Delaware, by Gary H. Kaplan, Esquire of Goldfein & Joseph on October 3, 2005 on behalf of Tipco Technologies, Inc.:

**Tipco Technologies, Inc.'s <u>Daubert</u> Motion in Limine To Preclude Plaintiff's Expert Thomas Butler, Ph.D. From Testifying As To Unfounded Opinions**

In addition, pursuant to the Administrative Procedures a conventional filing of Exhibits to the above mentioned has been made.

                                                          **GOLDFEIN & JOSEPH**

                                                          /s/ Gary H. Kaplan

                                                          _____
                                                          GARY H. KAPLAN - ID# 2965
                                                          222 Delaware Avenue, Suite 1110
                                                          P.O. Box 2206
                                                          Wilmington, DE  19899
                                                          Attorney for Defendant, Tipco
                                                            Technologies, Inc.