# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DON'S HYDRAULICS, INC.,** | : | |
| | : | **C.A. No.: 04-1275 KAJ** |
| **Plaintiff,** | : | |
| **v.** | : | |
| | : | |
| **COLONY INSURANCE COMPANY,** | : | |
| **TRUCK TECH INDUSTRIES, INC.,** | : | |
| **and TIPCO TECHNOLOGIES, INC.,** | : | |
| | : | |
| **Defendants.** | : | |

### TIPCO TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant, Tipco Technologies, Inc., by and through its counsel, Goldfein & Joseph, hereby file the within Motion for Summary Judgment and in support thereof avers as follows:

1.     Tipco Technologies, Inc. hereby moves this Honorable Court to grant its Motion for Summary Judgment and enter judgment in favor of Tipco Technologies, Inc.  As grounds for this Motion, Tipco Technologies, Inc. relies upon the Opening Brief in Support of this Motion for Summary Judgment which is incorporated herein by reference.

WHEREFORE, for the reasons set forth in the supporting Opening Brief being served simultaneously herewith, Tipco Technologies, Inc. respectfully requests that this Honorable Court grant its Motion for Summary Judgment.

**GOLDFEIN & JOSEPH**

/s/ Gary H. Kaplan

GARY H. KAPLAN - ID# 2965
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE  19899
Attorney for Defendant, Tipco
  Technologies, Inc.