IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DON'S HYDRAULICS, INC.,** : | |
| : | C.A. No.: 04-1275 KAJ |
| **Plaintiff,** : | |
| v. : | |
| : | |
| **COLONY INSURANCE COMPANY,** : | |
| **TRUCK TECH INDUSTRIES, INC.,** : | |
| **and TIPCO TECHNOLOGIES, INC.,** : | |
| : | |
| **Defendants.** : | |

### NOTICE OF MOTION

TO:  Michael K. Tighe, Esquire         Anthony A. Figiola, Jr., Esquire
     Tighe, Cottrell & Logan, P.A.     Figliola & Facciolo
     First Federal Plaza, Suite 500    1813 Marsh Road, Suite A
     P.O. Box 1031                     Wilmington, DE  19810
     Wilmington, DE  19899-1031

     Joseph M. Toddy, Esquire                    Cynthia G. Beam, Esquire
     Zarwin, Baum, DeVito, Kaplan, Schaer        Reger & Rizzo, LLP
       & Toddy, P.C.                             1001 Jefferson Plaza, Suite 202
     1515 Market Street, Suite 1200              Wilmington, DE  19801
     Philadelphia, PA  19102

**PLEASE TAKE NOTICE** that the attached Motion for Summary Judgment and Opening Brief in Support thereof will be presented at the convenience of the Court.

                                  **GOLDFEIN & JOSEPH**

                                  /s/ Gary H. Kaplan

                                  _____
                                  GARY H. KAPLAN - ID# 2965
                                  222 Delaware Avenue, Suite 1110
                                  P.O. Box 2206
                                  Wilmington, DE  19899