IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DON'S HYDRAULICS, INC.,** : | |
| **Plaintiff** : | |
| : | |
| v. : | C.A. NO. 04-1275 (KAJ) |
| : | |
| **COLONY INSURANCE COMPANY,** : | |
| **TRUCK TECH INDUSTRIES, INC.,** : | |
| **and TIPCO TECHNOLOGIES, INC.,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the foregoing Tipco Technologies, Inc.'s Motion for Summary Judgment and Opening Brief Law in Support Thereof, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion is Granted.

_____
JUDGE