# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DON'S HYDRAULICS, INC.,** | : | |
| | : | **C.A. No.:  04-1275 KAJ** |
| **Plaintiff,** | : | |
| **v.** | : | |
| | : | |
| **COLONY INSURANCE COMPANY,** | : | |
| **TRUCK TECH INDUSTRIES, INC.,** | : | |
| **and TIPCO TECHNOLOGIES, INC.,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF ELECTRONIC/CONVENTIONAL FILING

TO:  ALL COUNSEL

**PLEASE TAKE NOTICE** that the following pleading has been electronically filed with the United States District Court, District of Delaware, by Gary H. Kaplan, Esquire of Goldfein & Joseph on October 3, 2005 on behalf of Tipco Technologies, Inc.:

**Tipco Technologies, Inc.'s Motion for Summary Judgment and Opening Brief in Support Thereof**

In addition, pursuant to the Administrative Procedures a conventional filing of the Appendix to the above mentioned has been made.

**GOLDFEIN & JOSEPH**

/s/ Gary H. Kaplan

GARY H. KAPLAN - ID# 2965
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE  19899
Attorney for Defendant, Tipco
  Technologies, Inc.