IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DON'S HYDRAULICS, INC.,** : | |
| : | C.A. No.: 04-1275 KAJ |
| **Plaintiff,** : | |
| v. : | |
| : | |
| **COLONY INSURANCE COMPANY,** : | |
| **TRUCK TECH INDUSTRIES, INC.,** : | |
| **and TIPCO TECHNOLOGIES, INC.,** : | |
| : | |
| **Defendants.** : | |

## CERTIFICATE OF SERVICE

I, Gary H. Kaplan, Esquire, do hereby certify that on this 3rd day of October, 2005, two (2) copies of Tipco Technologies, Inc.'s Motion for Summary Judgment and Opening Brief in Support Thereof were served on the following by depositing same in the U.S. Mail, postage pre-paid in an envelope addressed as follows:

| | |
|---|---|
| Michael K. Tighe, Esquire | Anthony A. Figiola, Jr., Esquire |
| Tighe, Cottrell & Logan, P.A. | Figliola & Facciolo |
| First Federal Plaza, Suite 500 | 1813 Marsh Road, Suite A |
| P.O. Box 1031 | Wilmington, DE 19810 |
| Wilmington, DE 19899-1031 | |
| | |
| Joseph M. Toddy, Esquire | Cynthia G. Beam, Esquire |
| Zarwin, Baum, DeVito, Kaplan, Schaer & | Reger & Rizzo, LLP |
| Toddy, P.C. | 1001 Jefferson Plaza, Suite 202 |
| 1515 Market Street, Suite 1200 | Wilmington, DE 19801 |
| Philadelphia, PA 19102 | |

**GOLDFEIN & JOSEPH**

/s/ Gary H. Kaplan
_____
GARY H. KAPLAN - ID# 2965
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899