# EXHIBIT "A"

1

1          IN THE UNITED STATES DISTRICT COURT
2             FOR THE DISTRICT OF DELAWARE
                  ------
3

4
DON'S HYDRAULICS, INC.              :C.A. No. 04-1275 (KAJ)
5              Plaintiff            :
                                    :
6              Vs.                  :
                                    :
7                                   :
COLONY INSURANCE COMPANY, TRUCK     :
8   TECH INDUSTRIES, INC., and TIPCO :
TECHNOLOGIES, INC.                  :
9              Defendants           :
                                    :
10

11                  ------

12

13          Oral deposition of DON CATHELL, taken by and

14   before Joanne H. Gusler, Registered Professional Reporter

15   and Notary Public, at the Law Offices of Reger, Rizzo,

16   Kavulich & Darnall, LLP., 1001 North Jefferson Street,

17   Suite 202, Wilmington, Delaware  19801, on Friday, May

18   27, 2005, commencing at 11:04 a.m.

19

20

21                  **VOLUME II**

22              ORIGINAL

23

24              **KARASCH & ASSOCIATES**
         **REGISTERED PROFESSIONAL REPORTERS**
25              **PENNSYLVANIA and DELAWARE**
                  **(800) 621-5689**

1        Q.    Since we have descriptions of Cathell number

2    six, let's turn principally to Cathell number seven.

3    Could you draw a line on the portion of the hose that

4    would reflect what part of that pipe or hose was supplied

5    by Truck Tech?

6        A.    Supplied by?

7        Q.    Yes, sir.  In other words, is it the entire

8    (indicating) hose and pipe that was supplied by Truck

9    Tech?

10       A.    No.

11       Q.    Why don't you take a pen and put a line on

12   both ends and this way we'll know exactly what portion

13   was provided by Truck Tech.

14       A.    (Witness complies.)

15       Q.    For the record, you bracketed off sections of

16   both of those pipes or hoses?

17       A.    Hoses only.

18       Q.    Okay.  Would it be fair to say the portions

19   within the brackets are the portions that you believe

20   were provided by Truck Tech?

21       A.    Yes.

22       Q.    Now, sir, looking at Cathell-7, could you

23   please identify for me this piece of equipment?

24   (Indicating.)  What is this called?

25       A.    Elbow.

KARASCH & ASSOCIATES

1        Q.    Okay.  Why don't you write "elbow" there?

2        A.    (Witness complies.)

3        Q.    And we're going to go right down the line,

4   sir.  Is all of the hose or pipe part of the elbow up to

5   the part where you bracketed it off?

6        A.    No.  There's a bushing right there.

7   (Indicating.)

8        Q.    Why don't you identify that, sir.

9        A.    (Witness complies.)

10        Q.    And what is a bushing?

11        A.    It's a reducer bushing from one size to

12   another.

13        Q.    And again, it's painted gray in the

14   photograph, correct?

15        A.    Yes.

16        Q.    What is the color before it was painted?

17        A.    Black.

18        Q.    And who provided the bushing?

19        A.    R.D. Grier.

20        Q.    And did they provided that directly to you?

21        A.    Yes.

22        Q.    And that was on this piece of equipment before

23   the hose was connected?

24        A.    Yes.

25        Q.    And how is that bushing connected to the hose

                K A R A S C H  &  A S S O C I A T E S

1    or connected to the elbow?

2        A.    Male pipe thread.

3        Q.    By a male pipe thread, what do you mean, sir?

4        A.    I don't know another way to explain it.  Just

5    male pipe threads.

6        Q.    Okay.  Now, let's turn to the other end of the

7    hose.  You've bracketed a portion of the hose that was

8    provided by Truck Tech.  What is the piece of equipment

9    that looks like a big nut located on the end of the hose,

10   sir?

11       A.    This?  (Indicating.)

12       Q.    Yes, sir.  What is that called?

13       A.    That's the female JIC nut.

14       Q.    Why don't you label that, sir.

15       A.    (Witness complies.)

16       Q.    Does that have any other names?

17       A.    Not to my knowledge.

18       Q.    Okay.  Does that come in various sizes?

19       A.    Yes.

20       Q.    How is the appropriate size determined?

21       A.    By whatever size you're trying to fit it to.

22       Q.    Okay.  What is the name, if there is one, of

23   the next piece material which appears outside the bracket

24   on the female end of the (indicating) pipe and hose

25   there, sir?

                    K A R A S C H  &  A S S O C I A T E S

1    A.    Adapter.

2    Q.    Why don't you label that, sir.

3    A.    (Witness complies.)

4    Q.    Now, does that have any other names?

5    A.    Not that I'm aware of.

6    Q.    Okay.  Where did the adapter come from?

7    A.    Thomkins.

8    Q.    And how was that selected?

9    A.    According to whatever size you want.

10    Q.    Did you place an order for a particular size

11 adapter?

12    A.    Yes.

13    Q.    Do you recall the size of the adapter that you

14 ordered?

15    A.    Yes.

16    Q.    What was the size of the adapter?

17    A.    Number 40.

18    Q.    And is that also normally a gray color or is

19 that just painted?

20    A.    It's painted.

21    Q.    What color was it when it was new?

22    A.    It could have been silver color.  It could

23 have been gold.  I don't.

24    Q.    Okay.  Next to the adapter comes what, sir?

25    A.    Street L.

K A R A S C H  &  A S S O C I A T E S

1    Q.    And --

2    A.    -- and there also would have to be a bushing

3    in that.  The end-case is behind the hose but there would

4    be a bushing there also.

5    Q.    Can you see it in the diagram of Cathell-6?

6    A.    No, it's blocked by the hose.

7    Q.    And once again, it's your testimony that Truck

8    Tech supplied only that equipment which is within the

9    brackets?

10    A.    Yes.

11    Q.    Was Truck Tech supposed to supply any other

12    equipment, sir?

13    A.    No.

14    Q.    So Truck Tech supplied then what they were

15    asked to supply?

16    A.    Yes.

17    Q.    Now, would it be fair to say the black hoses

18    that appear in Cathell-6 are the return hoses?

19    A.    No.

20    Q.    What are they, sir?

21    A.    Case drain hoses.

22    Q.    Why don't you label that, sir.

23    A.    (Indicating.)

24    Q.    Okay.  That's what you did yesterday?

25    A.    Yes.

KARASCH & ASSOCIATES

1    Q.    What is the silver part of the black hose in

2  Cathell-6 called?  (Indicating.)

3        A.    A hose end.

4        Q.    Does it have any other name?

5        A.    Not to my knowledge.

6        Q.    Do you know what a ferrule is, sir?

7        A.    Pardon?

8        Q.    Do you know what a ferrule is?

9        A.    Yes.

10        Q.    Where is the ferrule in that photograph or

11  does it show?

12        A.    There is no ferrules.

13        Q.    Can you label what you told me is the hose

14  end?  And if you can do so on number seven, if that would

15  make it easier.

16        A.    (Witness complies.)

17        Q.    Sir, looking at Cathell number seven.  There

18  is a piece of equipment here (indicating.)  I'm pointing

19  to where I see four bolts.

20        A.    Yes.

21        Q.    What is that called, sir; do you know?

22        A.    Flange.

23        Q.    Does it have any other name?

24        A.    Not to my knowledge.

25        Q.    Is that a four-bolt split flange port?

K A R A S C H  &  A S S O C I A T E S

25

1    hose size, and I think you said the manufacturer?

2         A.    It's to the manufacturer's spec.

3    Specifications.

4         Q.    What were the specifications for this

5    particular project in terms of hose size?

6         A.    Two-and-a-half inch on the suction,

7    inch-and-a-quarter on the discharge.

8         Q.    Were those specifications in writing?

9         A.    In the catalog.

10        Q.    Did you give those written specifications to

11   Truck Tech?

12        A.    For the hose size, yes.

13        Q.    They were given in writing to them?

14        A.    Pardon?

15        Q.    They were given in writing to Truck Tech?

16        A.    No.

17        Q.    How did you make your desires known for those

18   particular sizes of hose, sir?

19        A.    Telephone.

20        Q.    Do you recall when that conversation occurred?

21        A.    No.

22        Q.    Do you recall who the conversation occurred

23   with?

24        A.    Sean.

25        Q.    And were you the one placing the phone call to

                K A R A S C H   &   A S S O C I A T E S

1  Sean?

2       A.   Some, I placed; and some, I think my son

3  talked to him possibly on.  We were all three probably

4  involved at different times.

5       Q.   And what son is that, sir?

6       A.   Pardon?

7       Q.   What is the name of that son?

8       A.   Delmar.

9       Q.   That's Delmar, okay.  And you said there were

10  a number of conversations regarding it.  Do you recall

11  when any of those conversations occurred?

12       A.   Not as exact date, no.

13       Q.   Do you recall the week or the month of those

14  conversations or would it just be guessing at this time?

15       A.   I'd be guessing.

16       Q.   Okay.  Let's go on then, sir.  Who selected

17  the ports on the pumps?

18       A.   The manufacturer.

19       Q.   Would they be part of the pump specifications?

20       A.   Yes.

21       Q.   Would those sizes and dimensions be given to

22  Truck Tech also?

23       A.   Only on the suction.

24       Q.   And were they given in writing or orally, sir?

25       A.   Orally.

                    K A R A S C H  &  A S S O C I A T E S

1     Q.    Do you recall who received those directions?

2     A.    Sean.

3     Q.    Do you know when you received them?

4     A.    No.

5     Q.    Did the specifications that you received from

6   the manufacturer for the pumps specify the types of hoses

7   that were to be used?

8     A.    No.

9     Q.    Did it discuss the hoses at all?

10     A.    No.

11     Q.    Did the manufacturer of the pumps leave it up

12   to the designer of the system to choose his or her own

13   hoses?

14     A.    Yes.

15     Q.    As well as his or her own sizes of hoses?

16     A.    Yes.

17     Q.    And did they also leave it up to the designer

18   of the system to choose how the hoses were to be attached

19   to the system?

20     A.    Yes.    Other than the flange ports.

21     Q.    When you say, "other than the flange port,"

22   what are you referring to?  And you can use a photograph

23   to assist you if that will help you.

24     A.    Manufacturer stops right there (indicating)

25   and right there.

K A R A S C H   &   A S S O C I A T E S

1   Q. Why don't you -- you just drew a line, two

2 lines on Cathell-7. Why don't you draw an arrow and say

3 where manufacturer stopped. This way we'll make sure

4 that the photograph is clear, sir.

5   A. (Witness complies.)

6   Q. So looking at Cathell-7 where you drew the

7 line "manufacturer stopped," would the four-bolt flange

8 be above that?

9   A. Yes.

10   Q. So it was your choice to use the four-bolt

11 flange?

12   A. Yes.

13   Q. And why did you choose to use a four-bolt

14 flange as you did as shown on, I guess, two locations in

15 Cathell-7?

16   A. That's the only thing you can put on that.

17   Q. Does a four-bolt flange have any advantages

18 over any other systems of attachment?

19   A. I have no idea.

20   Q. Okay. Are you familiar with the SAE code?

21   A. Yes.

22   Q. What is the SAE code, sir?

23   A. I could not give it to you as the code itself.

24 I don't know.

25   Q. But that is the recognized code that would you

     K A R A S C H  &  A S S O C I A T E S

1      Q.    Sure.   Are there any other codes that would

2   apply, could be used in place or in lieu of the SAE code?

3      A.    Not that I'm aware of.

4      Q.    Okay.   Were the ports which you used in this

5   hydraulic system threaded, sir?

6      A.    The ports on the pump are not threaded, no,

7   sir.

8      Q.    Are any of the pipes or pieces of equipment to

9   which the hoses are attached threaded?

10      A.    Yes.

11      Q.    What pieces of equipment are threaded, sir?

12      A.    Some of the hoses and the pipes.   Some of

13   them.

14      Q.    Which pipes?   Are those pipes that would be --

15   that the hoses would be attached to?

16      A.    Yes.

17      Q.    Which pipes would they be?   And you can use

18   either of the two diagrams to label that, sir.

19      A.    (Witness complies.)

20      Q.    Sir, although, we're looking at a particular

21   pump and hoses that are shown in Cathell-7 and Cathell-6,

22   would it be fair to say that all of the pumps and hoses

23   that are part of this hydraulic system are identical to

24   what's shown in these photographs?

25      In other words, the other pump and hoses aren't

K A R A S C H   &   A S S O C I A T E S

1    different than these hoses, are they?

2         A.   No.

3         Q.   So these are just an example of the pumps and

4    hoses that you used?

5         A.   Correct.

6         Q.   Do you know the location of these particular

7    hoses and pumps in terms of in relation to the other

8    pumps and hoses on this hydraulic system?

9         A.   The location?

10        Q.   Yes.  Do you know which pump it is?  Is it one

11   in the middle or the end?

12        A.   I do not know.

13        Q.   Okay.  Did you select threaded ports?

14        A.   Yes.

15        Q.   So that was your decision?

16        A.   Yes.

17        Q.   Why did you decide to use threaded ports?

18        A.   No choice.

19        Q.   That is, it's your contention that that piece

20   of equipment or that port only came threaded?

21        A.   I don't understand what you mean.

22        Q.   It was your choice to use a threaded port,

23   correct?

24        A.   Threaded fittings, not ports.

25        Q.   Okay.  It was your selection or choice to use

                    K A R A S C H   &   A S S O C I A T E S

1   a threaded fitting?

2        A.    Yes.

3        Q.    And in fact, that's what you've marked off

4   here on the diagram, Cathell-7?

5        A.    Yes.

6        Q.    Why did you use a threaded fitting?

7        A.    I don't know what else you would use.

8        Q.    So it's your belief that a threaded fitting is

9   the only type of fitting available to be used, correct?

10       A.    There may be something else but I don't know.

11  I don't know what anybody else would use in place of a

12  threaded fitting.

13       Q.    Are you familiar with the term "37-degree

14  adapter"?

15       A.    Yes.

16       Q.    What is a 37-degree adapter?

17       A.    It has a seat, male seat and it has a

18  37-degree taper on to it.

19       Q.    Are there 37-degree adapters shown in

20  Cathell-6 or Cathell-7?

21       A.    Yes.

22       Q.    Where would the 37-degree adapters be, sir?

23       A.    (Indicating.)  The adapters, is marked

24  adapters.  You got one, two, three.

25       Q.    So is it your testimony that all the adapters

KARASCH & ASSOCIATES

1    marked Cathell-7 are 37-degree adapters?

2        A.    Yes.

3        Q.    Why did you -- was the choice to use 37-degree

4    adapters your choice?

5        A.    Yes.

6        Q.    And you used a 37-degree female swivel hose

7    end, correct?

8        A.    Yes.

9        Q.    Why did you use a 37-degree female swivel hose

10   end?

11       A.    To match the 37-degree adapter.

12       Q.    And a 37-degree adapter was your choice?

13       A.    Yes.

14       Q.    And you used a 37-degree adapter because you

15   knew of no other alternative?

16       A.    Well, there is one:  A 45-degree but it won't

17   match.

18       Q.    Sir, is leaking or are leaking problems

19   associates with 37-degree connections?

20       A.    Very, very rarely.

21       Q.    Is that to say that you've never experienced

22   leakage problems with 37-degree connections, sir?

23       A.    I have not, no.

24       Q.    Do you receive any journals or periodicals

25   regarding equipment?

                    K A R A S C H  &  A S S O C I A T E S

34

1          A.    Occasionally.

2          Q.    What journals or periodicals do you receive,

3    sir?

4          A.    I don't even know.  I don't subscribe to any

5    certain one.

6          Q.    And that would includes magazine and

7    periodicals as well?

8          A.    Yes.

9          Q.    When you say you don't subscribe to any, do

10   you have any in your office currently?

11         A.    No.

12         Q.    Any older copies of any periodical or

13   magazine, journal or publication?

14         A.    No.

15         Q.    Are there any journals or publications that

16   you would recognize as being authoritative in the field?

17         A.    That are what?

18         Q.    Authoritative.  That you would recognize as a

19   trustworthy source.

20         A.    There probably is.  I don't know of any right

21   off.

22         Q.    Okay.  In answering questions yesterday, you

23   advised us that you had no formal education in designing

24   units but learned from working in the poultry industry?

25         A.    Yes, sir.

                  K A R A S C H  &  A S S O C I A T E S

1          Q.    And then from that point, you designed your

2    own and went forward, correct?

3          A.    Correct.

4          Q.    When was the year that you left to open up

5    your own shop, sir?

6          A.    1980.

7          Q.    Have you taken any courses in the design of

8    hydraulic systems since 1980?

9          A.    Yes.

10          Q.    Have you attended any classes in the design of

11    hydraulic systems since 1980?

12          A.    No.

13          Q.    Have you received any periodicals or bulletins

14    or publications regarding the design of hydraulic systems

15    since 1980?

16          A.    Probably have.

17          Q.    Do you recall any of them?

18          A.    No.

19          Q.    Would you have any of them in your office?

20          A.    No.

21          Q.    So basically your experience comes from hands-

22    on experience?

23          A.    Yes.

24          Q.    Did you personally assemble the hoses to the

25    hydraulic system when they came in?

K A R A S C H  &  A S S O C I A T E S

1    wisdom to tighten these hoses, sir?

2         A.    Yes.

3         Q.    So there was no rule of thumb that they used

4    as a standard, they just tightened as long as there was

5    space left to tighten?

6         A.    You can only tighten so far.

7         Q.    And once they reach that point, they stopped?

8         A.    It's -- you will stop.

9         Q.    Did you observe everybody as they tightened

10   these?

11        A.    No.

12        Q.    Did they use the wrenches to tighten them,

13   sir?

14        A.    Not everybody, no.

15        Q.    So people were just tightening them as they

16   assembled the hoses?

17        A.    Yes.

18        Q.    And they all used the same type of wrenches?

19        A.    Yes.

20        Q.    Were the hose ends the same on all the new

21   hoses?

22        A.    You mean the same ends on each end?

23        Q.    Yes, sir.

24        A.    These (indicating) hoses had male pipe by

25   female JIC and these had female JIC by female JIC.  They

                 K A R A S C H  &  A S S O C I A T E S

1    Q.    So other people also cleaned where the excess?

2    A.    Yes.

3    Q.    So you didn't personally check to see the pipe

4    sealant was used on all of the pipes -- pipe connections,

5    correct?

6    A.    I did check all of them, yes.

7    Q.    How did you check them, sir?

8    A.    Visually.

9    Q.    So you walk up and down the row?

10   A.    Yes.

11   Q.    And what were you looking for?

12   A.    To make sure they were all tightened properly

13   and that they were clean before we painted it.

14   Q.    How could you ascertain visually that they

15   were tightened properly?

16   A.    As I said before, two to three threads

17   showing.

18   Q.    Would they be showing after it was tightened

19   or before it was tightened, sir?

20   A.    After.

21   Q.    Do you recall seeing any scratch marks left by

22   the wrenches after these hoses were attached?

23   A.    Got to have.

24   Q.    Got to have them?

25   A.    There's no way around it.

                    K A R A S C H   &   A S S O C I A T E S

1      Q.    And where would these scratch marks be, sir?

2      A.    (Indicating.)  In this area.

3      Q.    Why don't you bracket off and draw an arrow so

4  we're clear.

5      A.    (Witness complies.)

6      Q.    Now, you've just labeled on Cathell-7 the area

7  that there would be pipe wrench marks?

8      A.    Yes.

9      Q.    Would those pipe wrench marks be where all the

10  hoses were assembled or just that one particular area?

11     A.    Just be this end (indicting) of these.  The

12  hose is identical to that one.

13     Q.    And which end is that?  That's the female end?

14     A.    This is the male pipe thread end.

15  (Indicating.)

16     Q.    I'm sorry.  Okay.  So would there be wrench

17  marks on the female ends as well or just the male end?

18     A.    There could be some on the nut because the

19  size of them, you've got to use a pipe wrench to tighten

20  them.

21     Q.    The nut that's already -- well, it's not

22  bracketed on Cathell-7.  Why don't you put an arrow where

23  that would be, sir.

24     A.    Right there.  (Indicating.)

25     Q.    And that's where you had female JIC nut?

KARASCH & ASSOCIATES

1          A.    Yes.

2          Q.    Now, why would there be any scratch marks at

3    all, sir?

4          A.    Because there are teeth on the pipe wrench.

5          Q.    And you're saying the scratches are caused in

6    the process of tightening?

7          A.    Yes.

8          Q.    And those scratches would appear on all of the

9    connections for all of the hoses?

10         A.    Yes.

11         Q.    You told us that the reservoir was used for

12   oil.  Was the oil filtered before it was put into the

13   system?

14         A.    There was no filter between the tanker and the

15   reservoir, no.

16         Q.    How more expensive is it to use filtered or

17   cleaned oil as opposed to non-filtered or clean oil, sir?

18         A.    I have no idea.

19         Q.    So it's your recollection though that the oil

20   came directly from the tanker into the reservoir without

21   being filtered or cleaned?

22         A.    Yes.

23         Q.    Could one have filtered or cleaned the oil

24   before it went into the reservoir?

25         A.    Could be, yes.

                    K A R A S C H  &  A S S O C I A T E S

1       Q.    And that's standard, isn't it?

2       A.    Very, very rarely I've ever seen it done.

3       Q.    The purpose of filtering the oil is to make

4    sure that you're catching any containments that would be

5    in the oil?

6       A.    Yes.

7       Q.    Contaminants such as what, sir?

8       A.    I don't know what would be in new oil.

9       Q.    But you have seen new oil filtered and

10   cleaned, correct?

11      A.    I've not seen it.  I've heard of it being done

12   but I've never seen it.

13      Q.    But you've heard of it being done?

14      A.    I have heard of it.

15      Q.    Do you know anything about the ISO code in

16   terms of cleanliness or purity of the oil?

17      A.    Very little.

18      Q.    The reservoir was designed by you, correct?

19      A.    Yes.

20      Q.    And constructed by you?

21      A.    Pardon?

22      Q.    Constructed by you?

23      A.    I was involved, yes.

24      Q.    You say you were involved.  Who else did the

25   actual construction of the reservoir?

                K A R A S C H   &   A S S O C I A T E S

1    A.    Al Collins.

2    Q.    How is the reservoir put together?

3    A.    Welded.

4    Q.    And how many parts was the -- I'm looking at

5    Cathell-8 that shows the, I guess, half of your hydraulic

6    system on a flatbed.  That also shows the half of the

7    reservoir, correct?

8    A.    Yes.

9    Q.    How many pieces was that reservoir before it

10   was welded together?

11   A.    Hundreds.

12   Q.    Hundreds.  Is there a process by which the

13   reservoir is welded; in other words, you start with the

14   bottom, sides or you tell me, sir?

15   A.    Yes, sir.

16   Q.    What is that process?

17   A.    You order the steel to whatever dimensions you

18   want, you put it together and you weld it.

19   Q.    How thick is that steel?

20   A.    Three-sixteenths.

21   Q.    And you say you put it together, so there's

22   actually hundreds of welds there, correct?

23   A.    Yes.

24   Q.    And then after the -- what are the last pieces

25   to be welded onto the reservoir?

KARASCH & ASSOCIATES

45

1          A.    The end plate on this end.   (Indicating.)

2          Q.    End plate on, what particular end is that,

3    sir?

4          A.    That would be the left end as you're facing

5    the pumps.

6          Q.    Why is that the last piece?  Is it like

7    painting a room where you don't want to paint yourself

8    in?  You paint towards the doorway so to speak?

9          A.    You have to put the sides and the bottom and

10   the top together before you could put an end on.  You

11   can't start with an end because you got nothing to attach

12   it to.

13         Q.    After you welded the pieces together, how do

14   you go about cleaning the insides of the reservoir?

15         A.    There is several times it is cleaned using

16   scrapers, chipping hammer as far as trying to get any

17   slag off.  It was vacuumed several times.

18               It is wiped down with cloth, towels and the

19   final time is just the hand alone.

20         Q.    Now, did you personally clean out the

21   reservoir, sir?

22         A.    Yes, sir.

23         Q.    And how many times do you believe you cleaned

24   out the reservoir?

25         A.    Numerous times.  As you're building, you have

                  K A R A S C H   &   A S S O C I A T E S

1    to keep cleaning.

2        Q.    And that's because there's always additional

3    residue or slag that appears, correct?

4        A.    Correct.

5        Q.    Slag is part of the metal?

6        A.    Yes.

7        Q.    And were you the only one who cleaned out

8    these reservoirs?

9        A.    No.

10        Q.    Who else cleaned out the reservoirs?

11        A.    Al Collins.

12        Q.    And so what kind of test is there to determine

13    if the reservoir is clean, sir; that is, void of any slag

14    or metal debris?

15        A.    Your hand.

16        Q.    And what do you mean "your hand"?

17        A.    You wipe it with your hand as the last thing

18    you do.

19        Q.    But when you say there's hundreds of pieces,

20    so there's also hundreds of welds?

21        A.    Yes.

22        Q.    You also said some of the pieces of the slag,

23    they fall off of the metal at various times inside the

24    reservoir?

25        A.    As you build it, you will have slag that pops

K A R A S C H  &  A S S O C I A T E S

1   and you have very little because we use MIG welders.

2       Q.   Because you what; I'm sorry?

3       A.   Use MIG welders.

4       Q.   What's a MIG welder?

5       A.   M-I-G.  Wire feed.

6       Q.   What does that mean?  I'm not, you know, I'm a

7   city boy.  Got to help me here.

8       A.   You have a 35-pound spool of wire inside the

9   welder and it feeds through a tube.

10      Q.   And what's fed through the tube?

11      A.   The wire.

12      Q.   And what is that wire used for?

13      A.   Welding.

14      Q.   So it's like a long arm you're using to help

15  weld?  I don't understand the process here.

16      A.   The method you're probably used to is putting

17  a rod into an electrode holder.  That's not for this

18  application.

19      Q.   So what once again --

20      A.   -- you get too much splatter, too much clean

21  up.  MIG welder, you have much less clean up, much less

22  splatter.

23      Q.   But there's still some splatter and some clean

24  up?

25      A.   Yes.  All welds will.

                K A R A S C H  &  A S S O C I A T E S

48

1       Q.    Other than wiping your hand down inside in the
2    reservoir afterwards, is there any other type of testing
3    to ascertain or learn if there's any debris, slag, dirt,
4    grime, paper or anything in that reservoir?
5       A.    Visually.
6       Q.    Okay.  Other than visually and by wiping your
7    hand, are there any other type of test, sir?
8       A.    No.
9       Q.    If you had debris located inside the
10   reservoir, could that destroy the pumps?
11      A.    Yes.
12      Q.    That debris would not have had to be slag or
13   metal, would it?
14      A.    No.
15      Q.    That's because it could even be paper,
16   correct?
17      A.    Possibly.
18      Q.    During the initial setup of your system, was
19   there any oil being re-circulated to the reservoir?
20      A.    I don't understand what you.
21      Q.    During your initial setup of this hydraulic
22   system, was there any oil being re-circulated?  When was
23   the first time you put oil into this system, sir?
24      A.    On the Saturday before start-up.
25      Q.    That was the Saturday when you were down --

             K A R A S C H  &  A S S O C I A T E S

1      A.   Correct.

2      Q.   Mr. Butler allegedly tested the hoses, he

3  found leakages only at the male end; is that correct?

4      A.   As far as I know, Mr. Butler never tested any

5  hoses.

6      Q.   Oh, I'll -- okay.  When the hoses were tested

7  by Mr. Cornetta in your presence, he's written that there

8  were no leakages at the male ends, correct?

9      A.   I don't know.  I don't have any copies of his

10  testimony.

11      Q.   When you tested the hose, where do you believe

12  they were leaking?

13      A.   They were leaking at each end.

14      Q.   Male and female?

15      A.   Yes.

16      Q.   Is that the same thing that Mr. Cornetta or

17  Mr. Butler found?

18      A.   It's the same thing he saw the day I tested

19  them.

20      Q.   Have you ever seen a report prepared by

21  Mr. Cornetta and Mr. Butler regarding your system?

22      A.   I don't recall one, no.

23      Q.   If Mr. Cornetta and Mr. Butler said there was

24  leaking only on the female ends, would that be incorrect?

25      A.   That is incorrect.

1          Q.    Sir, during the break I handed you what has

2     been marked Cathell-18 which is a copy of the report

3     prepared by S-E-A on behalf of Colony Insurance Company.

4     You had the opportunity to read it during the break?

5          A.    Yes.

6          Q.    I'd like to direct your attention to pages

7     four and five which pertain to the hoses and testing.

8          A.    (Witness complies.)

9          Q.    You previously told us that you were present

10    during all occasions when S-E-A and its employees were at

11    your premises, correct?

12         A.    Yes.

13         Q.    And that you were present at all times the

14    testing was done?

15         A.    Yes.

16         Q.    Are there any statements made on pages four or

17    five regarding the hoses and testing that you think are

18    incorrect?

19         A.    They are correct but I believe you

20    misunderstood him.

21         Q.    Okay.  What do you mean, sir?

22         A.    Let's see if I can.  On page six, there is a

23    picture of the female end with a JIC nut onto it in the

24    container of water and the air bubbles escaping.  They

25    were not leaking through the JIC seat as it states in

                    K A R A S C H   &   A S S O C I A T E S

53

1    here also.  (Indicating.)

2              They were leaking at the interface of the stem

3    in the hose and they're calling it a ferrule which I

4    called a sleeve over the outside.  That is what he is

5    stating in his report where they were leaking.  Not

6    through the JIC seat.

7         Q.   Okay.  I think you told me earlier though that

8    there was leaking through the male end as well?

9         A.   Yes, it did.

10        Q.   Okay.  Does that report reflect leaking

11   through the male end?

12        A.   No, sir.

13        Q.   In fact, on page five it reflects that all

14   leaks occurred at the female end, not the male end,

15   correct?

16        A.   That is what that states.

17        Q.   Is that correct?

18        A.   This report is not on that, no.

19        Q.   Okay.  Sir, do you find any other factual

20   statements in this report with which you take exception?

21        A.   No.  That be the only one.

22        Q.   Any reason that you can think of why other

23   than a simple mistake that the S-E-A report would

24   improperly state that only the female end leaked and not

25   the male end?

                 K A R A S C H   &   A S S O C I A T E S

1     A.   I have no idea.

2     Q.   But you're sure as we sit here today that it

3 was both ends were leaking?

4     A.   Yes, sir.

5     Q.   Did you do any independent testing of these

6 hoses; that is, testing when S-E-A was not present?

7     A.   Yes.

8     Q.   Well, might you be confusing that occasion

9 with the occasion that was written up in the S-E-A

10 report?

11     A.   No, sir.

12     Q.   Did you take any photograph or films regarding

13 testing that was done when S-E-A was present?

14     A.   No, sir.

15     Q.   Did S-E-A take any film of testing?

16     A.   Yes.

17     Q.   In addition to the photographs?

18     A.   I don't know any additional ones.  I know of

19 these (indicating) that's in this.

20     Q.   In the report itself?

21     A.   Yes.

22     Q.   Okay.  Sir, let's turn to your testimony of

23 yesterday.  In the beginning of the deposition, I believe

24 you stated that you designed between five and 100

25 systems, hydraulic systems in a year?

K A R A S C H  &  A S S O C I A T E S

1    A.    Yes, sir.

2    Q.    What kind of systems are we talking about

3 size-wise in relation to this system, sir?  Any of them

4 bigger than this system?

5    A.    No, sir.

6    Q.    This is the largest system you've ever

7 designed, correct?

8    A.    Yes.

9    Q.    So when you say you do five to 100 systems in

10 the year, what is your bread and butter?  What is the

11 normal size of the system that you design?

12    A.    They're all different sizes.  Very seldom

13 you'll have two the same.

14    Q.    Well, how would you describe the size of the

15 system which is the subject of this litigation?

16    A.    The size of it?

17    Q.    Yes, sir.

18    A.    It's 1,000 horsepower power unit.

19    Q.    Are most of the systems that you design less

20 than 500 horsepower?

21    A.    Oh, yes.

22    Q.    That wasn't just a yes, but an oh, yes?

23    A.    Yes.

24    Q.    Are most of the systems you design less than

25 200 horsepower?

1       A.    Yes.

2       Q.    What are the applications of the systems that

3   you routinely design?

4       A.    Poultry business, logging business.  Mobile

5   applications.

6       Q.    You said that to us yesterday but what do you

7   mean by poultry business or logging business?  What's the

8   real purpose of your design, sir?

9       A.    Whatever the customer calls and has an

10  application for, then I design a system to do what he or

11  she asks.

12      Q.    So it's no particular application?

13      A.    No, sir.

14      Q.    What percentage of the work that you do is

15  done in Delaware?

16      A.    Very little.

17      Q.    Is there a state in which you do the most

18  work?

19      A.    Probably at this time I would say probably

20  Georgia and Arkansas and Puerto Rico have the majority as

21  far as one state comparing to another state.

22      Q.    And that's all poultry and logging situations?

23      A.    Yes.

24      Q.    Have you ever done any system that had 750

25  horsepower?

K A R A S C H   &   A S S O C I A T E S

| | | |
|---|---|---|
| 1 | A. | How much? |
| 2 | Q. | Seven hundred and fifty. |
| 3 | A. | No. |
| 4 | Q. | Have you ever done a system that had 600 |
| 5 | horsepower? | |
| 6 | A. | No. |
| 7 | Q. | How about 500 horsepower, sir? |
| 8 | A. | No. |
| 9 | Q. | We're going to go down, sir.  Have you ever |
| 10 | designed a system that had 400 horsepower? | |
| 11 | A. | No. |
| 12 | Q. | Have you ever designed a system that had 300 |
| 13 | horsepower? | |
| 14 | A. | No. |
| 15 | Q. | Have you -- |
| 16 | A. | -- well -- no. |
| 17 | Q. | Have you ever designed a system that had |
| 18 | 200 horsepower? | |
| 19 | A. | Yes, sir. |
| 20 | Q. | Is that on one occasion? |
| 21 | A. | Several. |
| 22 | Q. | How recently were those, sir? |
| 23 | A. | Less than three years. |
| 24 | Q. | Had you ever designed one prior to the design |
| 25 | of the subject hydraulic system? | |

K A R A S C H  &  A S S O C I A T E S

58

A.    Prior to this one?

Q.    Yes, sir.

A.    Yes.

Q.    One or two?

A.    I can think of two right now.

Q.    So, okay.  I guess would it be fair to say,
sir, that the system that you designed which is the
subject of this lawsuit was by far then your biggest
system you've ever designed?

A.    Yes.

Q.    When the system was sent down to Fieldale
Farms, I think you told us that you did not install the
system, correct?

A.    Correct.

Q.    And nor did any of your employees install the
system?

A.    Correct.

Q.    That the system was installed by employees of
Fieldale Farms?

A.    Outside contractor.

Q.    Okay.  Do you know what contractor it was?

A.    I don't remember the name right now.

Q.    So they weren't Fieldale Farms' employees?

A.    No.

Q.    But it was a local concern?

KARASCH & ASSOCIATES

1          A.    Yes.

2          Q.    Did they take the equipment off the truck --

3    off the flatbeds before you got there?

4          A.    Yes.

5          Q.    So at what stage of the installation did you

6    arrive at, sir?

7          A.    The hydraulic power unit was in place when I

8    arrived.

9          Q.    So what would they have done at Fieldale Farms

10   before you arrived?

11         A.    Unload the unit and move it into place.

12         Q.    And would they have had to weld or assemble

13   any parts at that point?

14         A.    No, sir.

15         Q.    You testified that when you signed the

16   contract, the order required you to deliver the system

17   within 16 weeks?

18         A.    Yes.

19         Q.    And I think you told us that you finished

20   assembling the project on a Sunday and the system was

21   shipped out on Monday?

22         A.    Yes.

23         Q.    So would it be fair to say you didn't give

24   yourself much extra time then, correct?

25         A.    It was 16 weeks.

                K A R A S C H  &  A S S O C I A T E S

1       Q.    Were you able to complete the whole system in
2  ten weeks?

3       A.    You would not be able to get all the
4  components in time.

5       Q.    Because this was a large project requiring
6  many parts?

7       A.    Yes.

8       Q.    And therefore, it required the entire 16-week
9  period to complete --

10      A.    Yes.

11      Q.    -- your project?  So you literally finished
12  the project the day before you shipped it out?

13      A.    Due to the problem with the hoses, yes.

14      Q.    Do you think it was due to any other reason,
15  sir?

16      A.    No, sir.

17      Q.    Let me show you what has been marked as
18  Cathell-14.  You were shown this exhibit yesterday,
19  correct?

20      A.    Yes.

21      Q.    And that is your signature at the bottom of
22  that letter, correct?

23      A.    Yes, sir.

24      Q.    This is a letter that you sent to Truck Tech
25  on August 25 of 2003?

61

1        A.    Yes, sir.

2        Q.    Did you send it to anyone else other than

3    Truck Tech?

4        A.    No, sir.

5        Q.    Now, at that time, did you have any knowledge

6    that Tipco was in any manner involved in this project?

7        A.    Not by name, I did not know.

8        Q.    Okay.  Would it be fair to say that as of

9    August 25, 2003, you had never contracted with Tipco

10   before, correct?

11       A.    Correct.

12       Q.    Why didn't you fabricate the hoses yourself?

13       A.    I don't have the equipment to manufacture the

14   hoses of that size.

15       Q.    So you have equipment to manufacture hoses but

16   not that size?

17       A.    Correct.

18       Q.    So you normally do manufacture hoses?

19       A.    Yes.

20       Q.    I think yesterday you indicated you crimp

21   two-and-a-half inches?

22       A.    No, sir.

23       Q.    Why don't you correct me, sir.

24       A.    Two-inch.

25       Q.    So the reason that you didn't fabricate these

                  K A R A S C H  &  A S S O C I A T E S

1    hoses is that you didn't have equipment to fabricate

2    two-inch hoses?

3              A.    I can do two-inch.

4              Q.    Okay.  You help me out here.  We'll make it

5    easier.  You didn't have the equipment to do

6    two-and-a-half inches?

7              A.    Correct.

8              Q.    But you had equipment to do two inches?

9              A.    Yes.

10             Q.    You routinely do two-inch hoses?

11             A.    Yes.

12             Q.    Why don't you have equipment for

13   two-and-a-half inch hoses, sir?

14             A.    Too expensive and very little call for it.

15             Q.    Does it involve more of an expertise or more

16   involved with making a hose at two-and-a-half inches than

17   a two-inch hose?

18             A.    Just muscle.

19             Q.    Have you ever used hoses greater than two

20   inches before?

21             A.    Yes.

22             Q.    Where did you get the equipment on those

23   occasions?

24             A.    I did not get the equipment.

25             Q.    What did you do?

                    K A R A S C H  &  A S S O C I A T E S

1        A.    I bought the hoses.

2        Q.    Where did you buy the hoses?

3        A.    I don't recall the name of the company.

4        Q.    In the exhibit C-14, you state in the second

5    paragraph that you expressed your concern about the hoses

6    many times?

7        A.    Yes.

8        Q.    Did you ever seek to express concern directly

9    to the manufacturer of the hoses?

10       A.    I did not know who it was.

11       Q.    Did you ever ask Truck Tech where they got

12   them?

13       A.    I asked but I was not told.

14       Q.    Do you know why you weren't told?

15       A.    Common business, you don't tell where you get

16   your items from because somebody go around you the next

17   time, and they just bypass you.

18       Q.    Was your assumption that Truck Tech was a

19   competitor of whoever was manufacturing these hoses?

20       A.    Yes.

21       Q.    And therefore, you understood their lack of

22   desire to give you that name?

23       A.    Could you restate that?

24       Q.    And therefore, you understood Truck Tech's

25   lack of desire to give you the name of the manufacturer?

                    K A R A S C H   &   A S S O C I A T E S

64

1        A.    Yes.  I understood why.

2        Q.    For fear that you'd go around them the next

3    time?

4        A.    Yes, yes.

5        Q.    And contract directly with whoever the

6    manufacturer was?

7        A.    Yes.  It's common practice.

8        Q.    I'm sorry?

9        A.    That's common practice in business.

10        Q.    Okay.  How many times did you request the name

11    of the manufacturer?

12        A.    I don't know that I ever did.

13        Q.    Did you ever desire to speak to the

14    manufacturer so that you could go over your

15    specifications with them?

16        A.    I never asked for them, no.

17        Q.    You never asked for the name of the

18    manufacturer?

19        A.    Not that I know of.

20        Q.    You never asked to talk to the people at the

21    manufacturer to discuss their proposed product with them?

22        A.    No.

23        Q.    Did you ever ask Truck Tech for the name of

24    the manufacturer of the hoses at any time?

25        A.    Not until the problem in Georgia.

K A R A S C H   &   A S S O C I A T E S

1      Q.   Did you ever seek out the expertise of the

2  manufacturer to see if they have any suggestions as to a

3  different or better system than the one you designed?

4      A.   What manufacturer?

5      Q.   Of the hoses.

6      A.   To design the power unit?

7      Q.   Or design how their hoses were being used in

8  the power unit.

9      A.   No.

10      Q.   Did you really care who the manufacturer of

11  the hoses was?

12      A.   Not in the beginning, no.

13      Q.   You relied upon Truck Tech?

14      A.   Oh, yes.

15      Q.   Did you ever send anything in writing to Tipco

16  at any time even as of this date?

17      A.   Have I put anything in writing to them?

18      Q.   Yes.

19      A.   Yes.

20      Q.   What would that be, sir?

21      A.   I think there is a letter -- maybe I'm wrong.

22  Let me see.

23      Q.   No.  There's -- I take it back.  There's one

24  dated November 3, 2003.

25      A.   Okay.

K A R A S C H  &  A S S O C I A T E S

1      Q.    Truck Tech and Tipco?

2      A.    Okay.  I thought there was one.

3      Q.    Would that be the letter that you're referring

4   to?

5      A.    Yes, yes.

6      Q.    Prior to the problems in Georgia, did you ever

7   contact Tipco regarding the hoses in this matter?

8      A.    No.

9      Q.    Okay.  Sir, let me show you what has been

10   marked as C-3, Cathell-3.  That is the chronology that

11   you wrote up?

12      A.    Yes.

13      Q.    And we referred to that yesterday?

14      A.    Yes.

15      Q.    Second line of the chronology reads,

16   "September 12, checked the installation."  How was the

17   installation checked?

18      A.    Visually.

19      Q.    By you?

20      A.    Yes.

21      Q.    And the next line says, "Welded external seam

22   on reservoir."  Where is that external seam?

23      A.    It was marked yesterday on --

24      Q.    -- is that a question of putting both of the

25   large reservoirs together?

K A R A S C H  &  A S S O C I A T E S

```
 1        A.    Correct.  (Indicating.)

 2        Q.    And pulling out the wooden piece first?

 3        A.    Oh, yes.  Yes.

 4        Q.    And this way it's one large reservoir?

 5        A.    Yes.

 6        Q.    Did you do the welding?

 7        A.    No, sir.

 8        Q.    Who did the welding?

 9        A.    Al Collins.

10        Q.    Did you check whether the inside of the

11   reservoir was clean at that point?

12        A.    I did clean it.

13        Q.    Why did it need cleaning?

14        A.    Pardon?

15        Q.    Why did it need cleaning?

16        A.    Why didn't he clean it?

17        Q.    No.  Why did it need cleaning?

18        A.    When you take the wood off, you're going to

19   have some splinters plus from shipping.

20        Q.    What do you mean "plus from shipping"?

21        A.    Bouncing down the road.

22        Q.    What happens when it bounces down the road?

23        A.    You're going to have sliver from the wood, I'm

24   sure, even though it's bolted to it and sealed externally

25   but.
```

KARASCH & ASSOCIATES

1    Q.    Does that bouncing down the road cause any of

2    the other portions or parts of the reservoir to shift?

3         A.    Not to shift, no.

4         Q.    Cause any debris to fall on it?

5         A.    No.

6         Q.    Did you check the whole length of the

7    reservoir or just the part where the wood was previously,

8    sir?

9         A.    You check the full length.

10        Q.    He didn't crawl in it and crawl all the way

11   down, did he?

12        A.    I did not crawl in it, no.

13        Q.    And no one else crawled in --

14        A.    No.

15        Q.    -- to see, did they?  We're looking at the

16   reservoir that appears in exhibit Cathell-4.  Did the

17   other half of the reservoir also have that piece of wood?

18        A.    Yes.

19        Q.    Did you clean that portion also?

20        A.    Yes.

21        Q.    Did you climb into that reservoir?

22        A.    You cannot climb into it because of the

23   baffles.

24        Q.    So that visually, you took a look?

25        A.    And cleaned just as far as you can reach and

KARASCH & ASSOCIATES

1    that's all you can do.

2         Q.    All right.   Now, on your chronology of

3    September 14th, do you recall what time of day you

4    started up the pumps?

5         A.    No, sir.

6         Q.    Do you know if it was morning, afternoon or

7    evening?

8         A.    No, I don't.

9         Q.    It says, "Towards the end, the equipment

10   operated for one hour and then we turned off three pump

11   sets, Leaving three pumps sets running."  Do you know how

12   long those three pump sets were left running?

13        A.    All night.

14        Q.    Does that bring back or refresh your

15   recollection of when the other pumps were turned on?

16        A.    No, sir.

17        Q.    Was there any oil in the system on September

18   14 when you turned those pumps on?

19        A.    Yes, sir.

20        Q.    The reservoir was already connected and

21   filled, correct?

22        A.    Yes.

23        Q.    Was there any problem with the pumps on

24   September 14th?

25        A.    No, sir.

                    K A R A S C H   &   A S S O C I A T E S

1      A.    Yes.

2      Q.    -- on the male end?  How did you do that, sir?

3      A.    Visual.  Hand.

4      Q.    So you were holding the hose up or supporting

5  the hose while at the same time you were installing it at

6  the male end?

7      A.    Yes.

8      Q.    And how were you installing it in the male

9  end?  Were you using any tools at that time?

10     A.    Not for installation, no.

11     Q.    What were you doing?  How were you actually

12  installing it in the male end?

13     A.    Using my two hands.

14     Q.    So you were turning the entire hose at that

15  time?

16     A.    Correct.

17     Q.    And then did you tighten it as hard as you

18  could tighten it at the male end?

19     A.    With a pipe wrench, yes.

20     Q.    Now, how large a pipe wrench were you using?

21     A.    Thirty-six inch.

22     Q.    So that's a steel pipe wrench?

23     A.    Aluminum.

24     Q.    Aluminum.  So you're somehow using a 36-inch

25  pipe wrench with one hand while supporting the rest of

K A R A S C H  &  A S S O C I A T E S

1  the hose --

2      A.    No, sir.

3      Q.    -- with the other hand?

4      A.    No, sir.

5      Q.    Explain to me, sir.

6      A.    You start the hose into the fitting by hand.

7  You can't put a wrench on it.

8      Q.    Why can't you put a wrench on?

9      A.    Well, you can but I don't know what you're

10 going to do with it.

11     Q.    Okay.

12     A.    And you screw it in by hand to start it.  The

13 wrench cannot do it because the wrench will just lay

14 there.

15     Q.    Okay.  Keep going then, sir.  How tight --

16     A.    -- and as I stated before, once you got it

17 screwed in, then you tighten it with the wrench.

18     Q.    As tight as you can?

19     A.    Yes.

20     Q.    Were you concerned over how tight it was or

21 the amount of ridges you saw?

22     A.    Counting the number of threads.

23     Q.    And what was the magic number that you're

24 looking for?

25     A.    Two to three as I stated before.

                KARASCH & ASSOCIATES

1      Q.   So you tighten it with the wrench leaving two

2    to three threads open?

3           A.   Yes.

4           Q.   And then what did you do, sir?

5           A.   Connect this end.  (Indicating.)

6           Q.   And how did you go about connecting the

7    opposite end?

8           A.   Insert the male face of the adapter into the

9    female face of the hose end and screw the nut on.

10          Q.   Well, how did you screw them on, sir?

11          A.   By hand.

12          Q.   Did the hose move at the time that you're

13   screwing the adapter on?

14          A.   The adapter is already screwed in before you

15   put the hoses on.

16          Q.   The adapter's screwed onto what, sir?

17          A.   On to the street L.

18          Q.   Okay.  Is the hose moving at the time you were

19   screwing the adapter onto the hose?  Into the hose?

20          A.   You don't screw the adapter into the hose.

21          Q.   You're screwing the -- what are you screwing

22   in, sir?

23          A.   You turn this female nut.  (Indicating.)

24          Q.   As you turn the female nut, is the hose

25   moving?

                  K A R A S C H   &   A S S O C I A T E S

1    you'd be needing?

2        A.    Less than what the system was designed for.

3        Q.    Okay.  Does it cost more money to build a

4    system with greater PSI than less PSI?

5        A.    Pardon?

6        Q.    Does it cost more to build a system that is

7    capable of producing more PSI than less PSI?

8        A.    In some case, yes; in others, no.

9        Q.    What about in this particular case, would it

10   have been less expensive to design a system that required

11   less PSI?

12       A.    No, sir.

13       Q.    Why is that, sir?

14       A.    Because the range would have been too close

15   and the volume is too large.

16       Q.    Range is too close and the volume too large.

17   Can you expound upon that a little bit?

18       A.    Six hundred to 1,000 is only 400 pounds is all

19   you're talking about.  Very, very minimal.

20       Q.    Now, sir, didn't you testify that Mr. Sean

21   Swain of Truck Tech recommended that the hoses be banded

22   or swaged as opposed to crimped, correct?

23       A.    I believe that reads that Sean told me but it

24   came from Tipco to him.

25       Q.    Well, did Sean Swain ever tell you that the

                    K A R A S C H  &  A S S O C I A T E S

1  hoses should be swaged or banded as opposed to being

2  crimped?

3      A.    He said it was a suggestion from Tipco --

4  well, I don't know that he said Tipco.  Whoever was

5  making the hoses because he never told me at that time it

6  was Tipco.

7      Q.    So you understood it to be a recommendation of

8  the manufacturer of the hose that the hoses be swaged or

9  banded as opposed to crimped?

10     A.    I understood it that it was a suggestion.

11     Q.    Did you ask Mr. Swain why that was a

12  suggestion of the manufacturer?

13     A.    I didn't ask him why it was, no.

14     Q.    Did you discuss the advantages or

15  disadvantages of swaging and banding as opposed to

16  crimping --

17     A.    Yes, sir.

18     Q.    -- with Mr. Swain?

19     A.    Yes, sir.

20     Q.    And what did Mr. Swain tell you?

21     A.    Nothing.

22     Q.    Did you ask Mr. Swain if you could talk to the

23  manufacturer to discuss that recommendation of

24  Mr. Swain's?

1      Q.    Did you even consider their manufacturer's
2   suggestion that the hoses be swaged or banded as opposed
3   to crimped?
4      A.    No, sir.
5      Q.    You were simply a nonconsideration in terms of
6   your mind?
7      A.    Positively.
8      Q.    And it still is to this day?
9      A.    Yes, sir.
10      Q.    That's because you don't like hoses that are
11   swaged?
12      A.    Because they will positively leak.
13      Q.    Did you do any research to determine whether
14   hoses of this size should have been crimped versus swaged
15   or bandaged?
16      A.    Yes, sir.
17      Q.    What kind of research did you do, sir?
18      A.    I built power units.
19      Q.    I'm sorry?
20      A.    I built hydraulic power units.
21      Q.    When did you build hydraulic power units?
22      A.    I don't know the exact dates.
23      Q.    What kind of hydraulic power units did you
24   build?
25      A.    I don't.

K A R A S C H   &   A S S O C I A T E S

86

1        Q.    Well, what kind of method --

2        A.    -- you are not to use it on suction hose.

3        Q.    What kind of method did Tipco use?

4        A.    I have no idea.  Banding is banding.

5        Q.    Other than on one occasion, had you ever

6   fabricated hoses which leaked?

7        A.    What do you mean by leaked?

8        Q.    That had cavitations.

9        A.    I had two units that we tried banding on two

10  separate units.  That's why I will not use banding.

11       Q.    When was that, sir?

12       A.    I don't know the exact date.

13       Q.    Is that the same incident you're just telling

14  me about?

15       A.    One of them was, yes.

16       Q.    Do you recall who the manufacturer of the --

17  well, you manufactured the hose; I'm sorry.  Do you

18  recall who the client was?

19       A.    No.  Not right now, no.

20       Q.    Do you recall any of the specifics of that

21  incident?

22       A.    Yes.  I remember they leaked.

23       Q.    Who else worked on the hoses besides yourself?

24       A.    Which ones?

25       Q.    The ones that had cavitations.

                 K A R A S C H   &   A S S O C I A T E S

1       A.    At that time, I don't know who was working for

2    me at that time.

3       Q.    But you don't recall what time that was?

4       A.    I don't remember exact dates on this unit, no,

5    sir.

6       Q.    Okay.  Let's mark this as the next exhibit.

7                (Document marked for identification as

8             Cathell-19.)

9    BY MR. KAPLAN:

10      Q.    Sir, let me show you what has been marked as

11   Exhibit-19.  Now, that's a copy of the complaint which is

12   filed in this matter; is that correct?

13      A.    Yes.

14      Q.    Have you seen this complaint before?

15      A.    Yes.

16      Q.    In paragraph 27, you mention an express

17   warrantee.  Did you ever receive any kind of warrantee

18   from Tipco, sir?

19      A.    No, sir.

20      Q.    Did you ever talk to anybody from Tipco?

21      A.    No, sir.

22      Q.    And you've never as far as you know, ordered

23   anything directly from Tipco?

24      A.    No, sir.

25      Q.    Paragraph 27, you also mention specifications

                K A R A S C H  &  A S S O C I A T E S

1  as you do in paragraph 30.  You never provided any

2  specifications to Tipco, did you?

3       A.    No, sir.

4       Q.    And it be fair to say, I meant that in terms

5  of written specifications but we'll clarify it.  You

6  never provided any written or oral specifications to any

7  representative of Tipco, did you?

8       A.    No, sir.

9       Q.    For paragraph 28, you state that Tipco didn't

10  use reasonable care in designing the hoses.  Sir, you

11  actually designed the type of hoses that would be

12  required here, didn't you?

13       A.    The size and the length.

14       Q.    So you required a hose of a particular size

15  and of a particular length of Tipco, correct?

16       A.    Yes.  Of TTI.

17       Q.    Of Truck Tech, I'm sorry.  Correct?

18       A.    Yes.

19       Q.    So there's a difference -- you agree there's a

20  difference between designing versus fabricating or

21  manufacturing, correct?

22       A.    Design versus manufacturing?

23       Q.    Well, strike the question, sir.  You were the

24  one who designed the size and length of hose that was

25  necessary for this hydraulic system, correct?

           K A R A S C H  &  A S S O C I A T E S

1      A.    Correct.

2      Q.    And then you sought a hose of a particular

3  size and length from Truck Tech, correct?

4      A.    Yes.

5      Q.    And then it was Truck Tech who sought that

6  particular size and length of hose from another entity,

7  correct?

8      A.    Correct.

9      Q.    So you were the one who actually designed the

10  size and length of hose that was necessary for this

11  hydraulic system, correct?

12      A.    Yes.

13      Q.    Just to clarify your earlier testimony.

14  You've never tested any of the hoses when you first

15  received them from Truck Tech, correct?

16      A.    No.

17      Q.    Could have but chose not to?

18      A.    I've never tested a hose prior to using it.

19  In 25 years.

20      Q.    But it's an easy -- it's easy to perform a

21  test to make sure the hose is proper, correct?

22      A.    Time-consuming but can be done.

23      Q.    I think you told me four, for the 20 hoses you

24  had, it would have taken collectively four to six hours?

25      A.    Possibly, yes.

              K A R A S C H   &   A S S O C I A T E S

1    Q.   Do you know whether Tipco knew that Don's
2    Hydraulics was the company which ordered these hoses?
3    A.   I don't know.  I do not know, no.
4    Q.   You have no reason to believe that Tipco knew
5    that you were the entity which ordered the hoses from
6    Truck Tech, correct?
7    A.   That's correct.
8    Q.   When you initially ordered the hose from Truck
9    Tech, did they tell you that they had the ability to
10   fabricate or manufacture the hose that you desired?
11   A.   In the beginning, it was my understanding they
12   could.
13   Q.   Did they advise you that they could?
14   A.   In the beginning, yes.
15   Q.   Do you recall when you first learned that they
16   would not be manufacturing the hose that you desired?
17   A.   When we had a problem.
18   Q.   Is that the first time it came up?
19   A.   Pardon?
20   Q.   Is that the first time it came up?
21   A.   No.  Sean had been at the shop many times.
22   He's there almost every week.
23   Q.   But was that the first time that Sean told you
24   that they didn't manufacture or fabricate the hoses?
25   A.   Yes.  As far as I can recall, yes.

K A R A S C H  &  A S S O C I A T E S

1    Q.    So up until there was a problem with any of

2    the hoses, you were always under the impression that it

3    was Truck Tech that was fabricating the hoses for you?

4        A.    Yes.

5            MS. BEAM:    Objection to form.

6    BY MR. KAPLAN:

7        Q.    Did you ever ask Sean Swain or any other

8    employee of Truck Tech whether in their professional

9    opinion you were using the correct size hose for the

10   intended application?

11       A.    No.

12       Q.    But you did testify that Sean Swain advised

13   you that it was the recommendation of the manufacturer

14   that the hoses be swaged or branded (sic) as opposed to

15   crimped?

16       A.    As other options, yes.

17       Q.    You think it was just as an option as opposed

18   to a flat out this is an incorrect usage of it?

19       A.    Correct.

20            MR. KAPLAN:    I have no further questions.

21            Look at my notes but I'm assuming other people have

22            questions.

23            MR. SNELL:    Does anyone need a break?    I

24            shouldn't be very long.

25            MS. RODGERS:    I vote we run through it.

                 K A R A S C H  &  A S S O C I A T E S

1    BY MR. SNELL:

2        Q.   Good afternoon, Mr. Cathell.  My name is Devon

3    Snell.  I just have a few questions for you.  I shouldn't

4    take up much more of your time.

5        A.   Okay.

6        Q.   Before I get started, I just want to tell you

7    if my questions do not make any sense, please just let me

8    know.  I'll be happy to rephrase it or restate it for

9    you, okay?

10        A.   Okay.

11        Q.   Mr. Cathell, if you could look at what was

12    marked as Exhibit-1 from yesterday that is your proposal

13    to Fieldale Farms.  That's it, a two-page document.

14        A.   (Witness complies.)

15        Q.   On the second page it says a list of items

16    separated by quantity and description.  Is it correct to

17    say that these are the items that you used in

18    manufacturing the hydraulic power unit for Fieldale

19    Farms?

20        A.   Yes, sir.

21        Q.   And is it correct to say that some of these

22    units, some of these items you purchased --

23        A.   Yes.

24        Q.   -- from outside vendors?

25        A.   Correct.

KARASCH & ASSOCIATES

1        Q.    Is it also correct to say that you took these

2    items and you manufactured or assembled these items to

3    create the hydraulic power unit?

4        A.    Correct.

5        Q.    And if you will look at Exhibit-8, the

6    photograph.  Is that the final product that you assembled

7    for Fieldale Farms?

8        A.    (Witness complies.)  Correct.  Half of it.

9        Q.    That's half of it?

10        A.    Correct.

11        Q.    Is there any difference in the design for the

12    second half that does not appear in that photograph?

13        A.    Yes.

14        Q.    And how is there a difference in the design?

15        A.    This half (indicating) incorporated the

16    filters and the two cooling loop systems.

17        Q.    Okay.  But for an untrained eye like myself,

18    would the unit pretty much look the same?

19        A.    Yes.

20        Q.    Okay.  And is it correct to say that when you

21    took the two units that you were speaking of and you

22    welded those two units together, you had the final

23    product that was requested by Fieldale Farms?

24        A.    Correct.

25        Q.    Mr. Cathell, if you could tell me on the

KARASCH & ASSOCIATES

1    second page of Exhibit-1, which item represents the hoses

2    that are at issue at this case?

3        A.    Third from the last where it says, "One lot of

4    hoses, valves and fittings."

5        Q.    And how about the pumps that were destroyed?

6        A.    The third item down, ten tandem Rexroth

7    variable volume pumps.

8        Q.    Okay.  And the ten tandem Rexroth variable

9    pumps, from whom did you purchase those items from?

10       A.    My son-in-law, Rob's Hydraulics.

11              (Document marked for identification as

12              Cathell-20.)

13   BY MR. SNELL:

14       Q.    Mr. Cathell, I'm handing you what's been

15   marked as Exhibit-20.  This is a document, a one-page

16   document which states, "Fieldale Farms invoice."  Will

17   you look over that for a second please?

18       A.    (Witness complies.)  Okay.

19       Q.    Do you recognize this document?

20       A.    Yes.

21       Q.    And what is this document?

22       A.    It was an invoice from Fieldale Farms for the

23   loss of time and the amount of labor and the expenses

24   they paid due to the failure of the pumps.

25       Q.    Did you receive this invoice from Fieldale?

                K A R A S C H  &  A S S O C I A T E S

1      A.    Yes, I did.

2      Q.    And who did you receive this invoice from?

3      A.    Fieldale Farms is all I know.

4      Q.    Did you receive it through the mail?

5      A.    Yes.

6      Q.    Okay.  You don't know the individual who

7  actually sent this document to you?

8      A.    I have no idea.

9      Q.    Do you recall when you received this document?

10      A.    Not exact date, no.

11      Q.    Once you received this document, did you

12  contact anyone at Fieldale Farms concerning this

13  document?

14      A.    No, I did not.

15      Q.    Have you had any discussions with anyone at

16  Fieldale Farms concerning the cost which appear in this

17  document?

18      A.    Yes.

19      Q.    And who did you have the conversations with?

20      A.    Tom Hinsley, vice president.

21      Q.    Do you recall the conversation?

22      A.    Not exactly, no.

23      Q.    Did you contact Tom or did Tom contact you?

24      A.    I don't know exactly but most likely I called

25  him.

KARASCH & ASSOCIATES

1       Q.   Okay.  If you called Tom, what was the purpose

2  of placing that phone call?

3       A.   We talked many times concerning this failure

4  of this project due to the extreme cost involved on their

5  part and on my part both, and we agreed to work together

6  to try to recover it rather than them sue me and me

7  trying to sue everybody.

8       Q.   Okay.  Did you discuss with Tom the figures

9  which appear on this document?

10      A.   No.  I don't recall doing it, no.

11      Q.   Have you paid any of this invoice as of today?

12      A.   Indirectly, yes.

13      Q.   Okay.  And what do you mean by indirectly?

14      A.   Colony Insurance made a check directly to

15  Fieldale for the 16,569.50 I believe it is; I'm not

16  clear.  Which I requested my attorney to tell Colony to

17  make the check directly to them and not to me due to the

18  fact they paid that particular invoice; I did not.

19      Q.   Due to the fact that Fieldale paid that

20  invoice?

21      A.   They paid that invoice.

22      Q.   Okay.  And is that the $16,569.50 which

23  appears on this document for the oil filtering expense?

24      A.   Yes.

25      Q.   And that's the service provided by

K·A·R·A·S·C·H & A·S·S·O·C·I·A·T·E·S

1   Cot-Puritech?

2        A.   Yes.

3        Q.   What was that service for; do you recall?

4        A.   They came in and pumped the oil out filtering

5   it until it met specifications of the manufacturer of the

6   oil.  Cleaned internally in the tank part of the

7   reservoir.

8             Closed it back up.  Cleaned all the suction

9   screens before they closed it; got ahead of myself.  And

10  pumped the oil back into the unit and turned it over to

11  us.

12       Q.   Do you know what the $40,000 under the

13  additional labor expense represents?

14       A.   I assume it was the labor that assisted us

15  during the time that we had the problems.  I do not know

16  that to be exact fact.

17       Q.   Now, I believe you stated yesterday that there

18  were employees from Fieldale Farms which assisted you for

19  the full two-week period; am I correct?

20       A.   Yes.

21       Q.   So their employees were assisting you prior to

22  the problems you had with the pumps; is that correct?

23       A.   Yes.

24       Q.   And they continued to assist you after the

25  problem with the pumps?

                KARASCH & ASSOCIATES

1    A.    Yes.

2    Q.    How about the section titled, "Additional

3 overhead expenses" and that total is $40,995; do you know

4 what that figure represents?

5    A.    That is loss of production, production pounds

6 in chicken they could not produce due to the failure of

7 the pumps.

8    Q.    Now, how do you know that?

9    A.    I was associated with the poultry business for

10 the last 30 some years.

11    Q.    So just based on your past experience --

12    A.    Yes.

13    Q.    -- in the business?  Have you had any

14 conversations with any individuals from Fieldale Farms

15 that would lead you to believe that this amount

16 represents what you just stated?

17    A.    I'm not clear on what you're asking.

18    Q.    Okay.  You just stated that this $40,995

19 represents the loss of production to Fieldale Farms?

20    A.    Yes.

21    Q.    As a result of the plant being shut down for

22 the repairs?

23    A.    Unh-unh.

24    Q.    Is that correct?

25    A.    Not shut down for repairs, no.  We did not

KARASCH & ASSOCIATES

1   shut it down entirely.

2        Q.   Okay.

3        A.   We had lost production because I think there

4   is six lines in that plant and we could only run maybe

5   four.

6        Q.   Okay.

7        A.   I don't remember exactly.  So they had sent

8   people home.  So then they had to run all night where

9   they were possible to run two shifts, they ran three

10  shifts to try to keep up.

11       Q.   So it's your belief that this $40,995

12  represents the loss to Fieldale Farms as a result of the

13  cutback in the production?

14       A.   Yes, yes.  That's correct

15       Q.   Have you had any conversations with any

16  individual from Fieldale Farms to support your theory?

17       A.   Yes.

18       Q.   And who was that conversation with?

19       A.   That would be Tom Hinsley, Egbert Martin,

20  Claude Sullens, and I think that's it.

21       Q.   I'm sorry.  What was Claude's last name?

22       A.   Claude Sullens, S-U-L-L-E-N-S.

23       Q.   Okay.  And these individuals specifically told

24  you that they incurred a loss of $40,995 as a result of

25  the cutback in production?

             K A R A S C H  &  A S S O C I A T E S

1        A.    Not to that exact word, no.

2        Q.    Okay.

3        A.    There was no figure mentioned when I was

4    there.

5        Q.    Okay.  And I believe you stated yesterday the

6    freight expense which shows, it looks like $16,050?  I'm

7    sorry.  $1,650?

8        A.    Yes.

9        Q.    I believe you stated yesterday that was for

10   shipping the pumps to Livingston and Haven; is that

11   correct?

12       A.    No.  For shipping the pumps from Bethlehem,

13   Pennsylvania to Gainesville, Georgia.

14       Q.    And is that the repair pumps?

15       A.    New pumps.

16       Q.    The replacement pumps I mean?

17       A.    Yes, the replacement pumps.

18       Q.    How many pumps were shipped?

19       A.    Twenty.

20       Q.    Twenty.  So is it your testimony here today

21   that aside from this $16,569 that has been paid already

22   by Colony, the remaining balance of this invoice is still

23   due to Fieldale Farms?

24       A.    Correct.

25       Q.    And you have not made any payments on this

                K A R A S C H  &  A S S O C I A T E S

101

1   invoice as of today?

2        A.    No, sir.

3        Q.    Has Fieldale Farms made any attempt to collect

4   this outstanding payment?

5        A.    No, sir.

6        Q.    Had Fieldale Farms initiated suit against you

7   to collect this payment?

8        A.    No, sir.

9        Q.    Have you performed any work for Fieldale Farms

10  since this incident?

11       A.    No, sir.

12             (Document marked for identification as

13       Cathell-21.)

14  BY MR. SNELL:

15       Q.    Okay.  Mr. Cathell, I've given you what's been

16  marked as Exhibit-21.  This is a letter from David

17  Drummond of Livingston and Haven to yourself dated

18  February 4, 2004.  Do you recognize this document?

19       A.    Yes, sir.

20       Q.    And can you explain briefly what this document

21  is?

22       A.    An attempt to collect the 15,000-some-odd

23  dollars.

24       Q.    If you look at the second page, the second

25  paragraph, there's a figure.

                    K A R A S C H   &   A S S O C I A T E S

1    A.    (Witness complies. ) Yes, $15,357.74.

2    Q.    Okay.  And what does that amount represent?

3    A.    The balance of it on the 20 replacement pumps.

4    Q.    Okay.  Is that the 20 pumps that was shipped

5    from Bethlehem, Pennsylvania?

6    A.    Correct.

7    Q.    And you stated that's the balance that is

8    owed?

9    A.    Was owed.

10    Q.    Was owed.

11    A.    At the time this was sent.

12    Q.    Has that been paid?

13    A.    I borrowed the money and paid it, yes.

14    Q.    When was that paid?

15    A.    I think it was in January of this year.  I

16    think, 2005.  I'd have to check to be sure.

17    Q.    Do you recall the total amount you were billed

18    for the replacement pumps?

19    A.    Fifty-one thousand --

20    Q.    -- if you look at Exhibit-15?

21    A.    (Witness complies.)  Here it is.

22    Q.    The second page of Exhibit-15.

23    A.    Fifty-one thousand, four hundred twenty-nine

24    dollars and two cents.

25    Q.    Okay.  And the total amount was payable to

K A R A S C H  &  A S S O C I A T E S

1    Livingston and Haven?

2         A.    Correct.

3         Q.    And can you state why that you had to replace

4    the 20 pumps?

5         A.    Due to cavitation which is sucking air into

6    the pumps.  The 20 pumps failed which is beyond

7    repairing.  It is not feasible to repair them in that

8    state, so you replace them.

9         Q.    Do you have an invoice from Livingston and

10   Haven for the full 51,000?

11        A.    Yes, I'm sure I do.

12        Q.    Can you get your hands on that and file that

13   to us?

14        A.    Yes.

15             MR. SNELL:  And counsel will --

16             MS. RODGERS:  Yes.

17             MR. SNELL:  -- forward that as well.

18   BY MR. SNELL:

19        Q.    And were you billed directly for that amount,

20   the 51,000?

21        A.    Indirectly.

22        Q.    Indirectly.  Can you explain what you mean by

23   indirectly?

24        A.    I am not in Livingston Haven's distributor

25   territory.  I cannot buy directly.  I have to buy from

                K A R A S C H   &   A S S O C I A T E S

1   Airline Hydraulics in Bensalem, Pennsylvania.

2           Both companies bid on these pumps and several

3   other components.  Me dealing directly with Airline, my

4   son-in-law, Rob's Hydraulics dealing with Livingston

5   Haven.  Livingston Haven got the bid because they were

6   the lower price.

7           So they could only sell directly to him, so he

8   could sell to me.

9       Q.   "To him" being Rob?

10      A.   Rob's Hydraulics.

11      Q.   In North Carolina?

12      A.   Right.

13      Q.   Okay.  So you placed the order through Rob's

14  Hydraulics?

15      A.   Yes.

16      Q.   He placed the order to Livingston and Haven?

17      A.   Correct.

18      Q.   Who in turn shipped it --

19      A.   Directly to me.

20      Q.   -- directly to you?  Who was invoiced for that

21  amount?

22      A.   He was.

23      Q.   Rob was?

24      A.   Yes.

25      Q.   Who paid the invoice?

            K A R A S C H  &  A S S O C I A T E S

1        A.    On the replacements?

2        Q.    Yes.

3        A.    I put fourty -- I don't have that figure.

4    Thirty-six thousand-and-something on two credit cards.

5    The balance of the $15,357.74 was outstanding until they

6    served him with a warrant for payment.

7        Q.    They served Rob --

8        A.    Yes.

9        Q.    -- with a warrant?

10       A.    Yes.

11       Q.    When you make payment on your credit card, did

12   you make payment to Rob's Hydraulics?

13       A.    No.

14       Q.    Made it directly to Livingston and Haven?

15       A.    When I made payments?

16       Q.    The credit card payments you made, were those

17   payments made to Rob's Hydraulics?

18       A.    No.  To the credit card companies.

19       Q.    Okay.  But when you ran your credit card

20   through, who did you give your credit card information

21   to; was it to Rob or to Livingston and Haven?

22       A.    I'm not certain which one at this time.  It

23   went to Livingston Haven.  Whether I did it directly or

24   through him, but it went to them.

25       Q.    Do you have documentation of that?

                K A R A S C H  &  A S S O C I A T E S

1          A.    No, sir.

2          Q.    Credit card receipts?

3          A.    No.  It was done verbally over the phone.

4          Q.    You don't have a copy of your monthly

5     statement showing that transaction?

6          A.    I may have.  I'm not sure.

7          Q.    Okay.  Could you check through your records

8     and if you do, provide that to us?

9          A.    (Nods head)

10         Q.    So Mr Cathell, one final question and then I

11    will be finished.  Is it correct to say that of the

12    remaining balance that's outstanding as a result of this

13    incident, all that is remaining is the balance for the

14    Fieldale Farms invoice which is $100,774.50 less the

15    16,000 that Colony has currently paid?

16         A.    Is that pertaining to just Fieldale?

17         Q.    For now, just Fieldale, correct.

18         A.    Yes.  Just that amount less the

19    16,000-and-something, yes.

20         Q.    Okay.  Now, for expenses you incurred

21    personally.  You have not -- is it correct to say that

22    you have not been reimbursed by anybody for those

23    expenses; is that correct?

24         A.    Correct.

25         Q.    Are those expenses what appear on Exhibit-15?

             K A R A S C H   &   A S S O C I A T E S

Don Cathell

107

1      A.    Yes.

2      Q.    And can you explain to me what those expenses

3  on Exhibit-15 represent?

4      A.    Represent the labor of myself, Al Collins,

5  Greg Knowles, Rob Lynch, Terry and Buddy; I don't know

6  their last names.  The motel expense, the meals, travel

7  from the motel to the plant each day and back.

8            The cost of the 20 pumps.  And the meeting in

9  Georgia, and additional trip to tear down and inspect the

10 pumps.

11     Q.    Is there a cost for the replacement hoses?

12     A.    Pardon?

13     Q.    Did you incur a cost to replace the hoses?

14     A.    Yes.

15     Q.    Where is that cost represented on this

16 document?

17     A.    You got a freebie.  Six thousand-some-dollars.

18 How do you like that one?

19     Q.    So it does not appear on Exhibit-15?

20     A.    Let me double check.  No, sir.

21           MR. SNELL:  That's all the questions I

22     have.

23           THE WITNESS:  I know why it was.

24 BY MR. SNELL:

25     Q.    You know why it wasn't?

           K A R A S C H  &  A S S O C I A T E S

1      A.   Because that is included in the cost of the

2  power unit originally.

3      Q.   I'm sorry.  Can you explain that?

4      A.   The hoses were included in the cost of the

5  power unit originally to 206,780, and my figure should

6  have been included in this case also but it's not.

7      Q.   It was included in the original proposal?

8      A.   Yes.

9      Q.   Which is Exhibit-1?

10     A.   Yes.  Those hoses were included in the cost of

11  the unit.

12     Q.   Were the original pumps also included in the

13  cost of the unit?

14     A.   Yeah.

15     Q.   And that's represented on Exhibit-1 as the ten

16  tandem Rexroth variable volume pumps?

17     A.   Yes.

18         MR. SNELL:  Okay.  That's all the questions

19     I have.  Thank you.

20  BY MS. BEAM:

21     Q.   Unfortunately, I do have a couple more

22  questions.

23     A.   You ruined my day.

24     Q.   And --

25         MR. KAPLAN:  -- I've got two also.

           K A R A S C H  &  A S S O C I A T E S

1          MS. BEAM:  But I need a break to get

2     another drink.  Just take about five minutes.

3          (Brief recess.)

4  BY MS. BEAM:

5     Q.   Mr. Cathell, I have a few more questions for

6  you, sir.  On exhibit number one which is the proposal

7  that you had testified about previously.

8          Now, as a businessman, when you bid out a job and

9  send a proposal, you build some kind of a profit into

10  that proposal for Don's Hydraulics, correct?

11     A.   Yes.

12     Q.   Because you're in business to make a living,

13  correct?

14     A.   Yes.

15     Q.   All right.  How much of a profit was built

16  into the proposal here that you sent to Fieldale Farms

17  that is exhibit number one?

18     A.   Exactly, I don't know.  Probably in the range

19  of 20 percent.

20     Q.   Okay.  When you say it's probably in the range

21  of 20 percent, is that because that's what you usually

22  build into a bid is a profit margin of 20 percent?

23     A.   Try for it.

24     Q.   Okay.  Now, did Don's Hydraulics ever get paid

25  anything for the Fieldale Farms job?

          K A R A S C H   &   A S S O C I A T E S

1        A.    Partial.

2        Q.    Okay.  On the second page of exhibit number

3   one, under the terms, you have one, two, three, four

4   different amounts listed under terms, and down at the

5   bottom there looks to be a little index, it has check

6   equals INV which I'm assuming means invoiced?

7        A.    Correct.

8        Q.    And a zero which equals paid; is that correct?

9        A.    Correct.

10       Q.    And if I'm using that index correctly and

11  applying it to the terms up here, does that mean that

12  Don's Hydraulics got paid a little over $175,000 for this

13  Fieldale Farms job?

14       A.    The total of those top three.

15       Q.    Okay.  So if we totaled up the terms 59,966,

16  43,423 and 72,373, that's the total that Don's Hydraulics

17  would have received from Fieldale Farms for this project?

18       A.    Did receive.

19       Q.    Did receive?  Okay.

20       A.    The first three, yes.

21       Q.    Okay.  So you had invoiced the final amount

22  there, the $31,017 to Fieldale Farms but you did not

23  receive that amount?

24       A.    Correct.

25       Q.    Okay.  I'm changing gears on you now.  When

                 K A R A S C H  &  A S S O C I A T E S .

1    Mr. Kaplan was asking you questions about how long it

2    took you to complete this particular project and you said

3    it was a 16-week project, correct?

4         A.   Correct.

5         Q.   When you're building smaller hydraulic units,

6    like 200 horsepower or smaller which is what I believe

7    you had testified you generally build, does it usually

8    take you up to the last day before you ship that unit to

9    build it?

10        A.   No, ma'am.

11        Q.   Okay.  How much lead time do you usually have

12   on these smaller units that you get done before a

13   deadline?

14        A.   It's very seldom you have an actual deadline

15   for them.  The ones that we have had had, probably two,

16   three, four days.  Possibly more.

17        Q.   So from your answer, I take it that you

18   usually don't have to work on a deadline like you did on

19   this Fieldale Farms project?

20        A.   Normally you don't, no.

21        Q.   On this particular project, how long before

22   you shipped out on August 25, 2005, did you have the unit

23   completed but for the suction hoses?

24        A.   I could not complete the unit in entirety

25   because it had to be painted after these were put on.

                KARASCH & ASSOCIATES

1        Q.    Okay.  So other than the suction hoses and the
2    painting afterwards, how long before you shipped the unit
3    was the rest of it assembled?

4        A.    I'm guessing probably two or three days.  I
5    don't know exact.

6        Q.    Okay.  It occurs to me when I was listening to
7    you answer Mr. Kaplan's questions that I don't know if
8    we've ever discussed:  What is the difference, if any,
9    between banding and swaging the end of a hose?

10        A.    Banding is the external, meaning outside.

11        Q.    Okay.

12        A.    Swaging is internal, meaning inside.

13        Q.    Okay.  So then could you explain to me what
14    swaging means?  How do you swage an end of a hose?

15        A.    Swaging, I don't have the capability of doing.
16    I've never done.  I have seen it done.

17        Q.    Okay.

18        A.    You have a tool that goes internal, inside the
19    fitting and it expands causing that fitting to expand out
20    against the hose internally to seal.

21        Q.    Okay.

22        A.    Banding, you have no outside sleeve.  The
23    steel sleeve is not there.  You use a band of various
24    widths, probably anywhere from three-eighths of an inch
25    wide to half inch or so, which most of them are is half

                    K A R A S C H  &  A S S O C I A T E S

1    inch, and you put a band that is made up and it has a
2    buckle on it.

3              You slide that over the outside the hose.  You
4    have a tool that starts pulling it which draws it tight
5    around the hose, and you have to use two to three
6    depending on the size of the hose.  The length of the
7    internal stem, you use two, three bands, whatever's
8    required.  Whatever's recommended that tightens the
9    outside of the hose against the stem inside the hose.

10            Q.   Okay.  So banding and swaging are not done in
11   conjunction, they are two separate applications, correct?

12            A.   Correct.  Correct.

13            Q.   Now, I understood you to say that when you had
14   used two-and-a-half inch diameter hoses on a prior
15   occasion had tried banding it, it had failed or leaked
16   for you; is that correct?

17            A.   Yes.

18            Q.   All right.  Had you on any prior occasion when
19   you were using two-and-a-half inch diameter hose, had the
20   ends swaged and had that failed on you also?

21            A.   No.

22            Q.   Okay.  In response to one of Mr. Kaplan's
23   questions earlier, he asked you when you were ordering
24   the hoses, did you rely upon Truck Tech personnel and
25   your answer was yes.

                    K A R A S C H  &  A S S O C I A T E S

114

1          Now, my question to you is what were you relying

2     upon the personnel of Truck Tech for in this ordering

3     process?

4          A.    To deliver the hoses on time.

5          Q.    Okay.  So you were not really looking to Sean

6     Swain as someone who had a superior knowledge or

7     technical ability above you in assembling hoses, were

8     you?

9          A.    No.

10         Q.    Okay.  Changing gears on you again.  When

11    Mr. Kaplan was asking questions about welding the

12    reservoir that's depicted in I guess exhibit number four.

13    Here let's use this one.  (Indicating.)  And he's talking

14    about well, how come you couldn't get in and clean it and

15    you said well, there's something inside of there that's

16    blocking entry.  You can't crawl into it once it's put

17    together; is that correct?

18         A.    There are baffles internally, yes.

19         Q.    Okay.  And the other hydraulic units that you

20    routinely build that are 200 horsepower or less, how do

21    they compare in size, the reservoirs, to the reservoir

22    that is depicted in exhibit number four?

23         A.    In proportion I guess is the best way to.

24         Q.    Okay.  So --

25         A.    -- depending on the volume you're pumping.

                 K A R A S C H  &  A S S O C I A T E S

1        Q.    Okay.

2        A.    The pump determines the size of the tank

3    itself for lack of a better word.

4        Q.    All right.  So then maybe I'm not comparing

5    this correctly, but would something that is being built

6    for less than 200 horsepower, be half of the size of the

7    reservoir that's depicted in exhibit number four?

8        A.    Less than half of this?  (Indicating.)

9        Q.    Yeah.  I'm just trying to get an idea.

10       A.    That would be close.  It probably be a little

11   large but it'd be close.

12       Q.    And exhibit number four is only half of the

13   reservoir that was the complete unit for Fieldale Farms,

14   correct?

15       A.    Correct.

16       Q.    All right.  And the other hydraulic units that

17   you routinely produce that are 200 horsepower or less, is

18   it pretty much the same kind of design as this unit that

19   we're looking at in Exhibti-4?

20       I mean, are you going to have a reservoir like that

21   on the top and the pumps and motors on the bottom?

22       A.    You would have the same components.  The

23   design could vary depending on the type of pump you use.

24       Q.    Okay.

25       A.    Some applications.  The pump would be mounted

                K A R A S C H  &  A S S O C I A T E S

1       Q.    Other picture, okay.

2       A.    It travels down the full length.  It comes

3    back the full length and travels down the full length

4    which is the front section.  These in exhibit number

5    eight, it shows these lids (indicating) right here which

6    are large enough.  They are removal.  They're bolted on.

7             You can remove those lids and you can go down

8    into this front section.

9       Q.    I see.

10      A.    They could reach over into this section but

11   that's as far as they can get. (Indicating.)

12      Q.    Okay.

13      A.    After that, they vacuumed.  They dropped the

14   vacuum hose down.  You cannot visually see.  You just

15   clean the best you can after that.

16      Q.    Okay.  Yesterday when we were initially

17   talking about how does a pump disintegrate on the inside

18   like had happened down at Fieldale Farms, I believe I

19   remember you saying that one way was for foreign objects

20   to be present; is that correct?

21      A.    That is correct.

22      Q.    Okay.  So if foreign objects were somehow in

23   the oil, could that cause a pump to disintegrate?

24      A.    That would positively.  Anything in the oil.

25      Q.    Okay.  So hypothetically speaking, okay, if

             K A R A S C H   &   A S S O C I A T E S

1    there was debris either in the oil that was delivered by

2    Castrol or in the oil that was given to you by Fieldale

3    Farms to pump, to prime each of the pumps, or even debris

4    inside the reservoir, any of those things -- any of those

5    circumstances could cause a pump to disintegrate inside;

6    is that correct?

7         A.    Correct.

8         Q.    If a pump in the entire system is destroyed,

9    then the whole system starts to lose power; is that

10   correct?

11        A.    Correct.

12        Q.    If there's contaminated oil and the system was

13   going to loop around and eventually reach all of your and

14   disintegrate them; is that correct?

15        A.    Correct.

16        Q.    Okay.  Shifting gears on you again.  Talking

17   about hoses that you thought were failing and leaking at

18   the second day after the system was up and running.  You

19   and a couple of the other gentlemen there decided to tape

20   the ends; is that correct?

21        A.    Correct.

22        Q.    Would you expect that taping the ends were in

23   fact what was leaking, wouldn't that process of taping

24   the ends have stopped that cavitation?

25        A.    It did stop it and it gave us enough time to

                  K A R A S C H   &   A S S O C I A T E S

DON CATHELL
May 26, 2005

## Page 129

1  Q.  Okay.  Have you ever in your career in the
2  hydraulic business had occasion to use the services of
3  COT-Puritech or another company like them prior to the
4  Fieldale Farms project?
5  A.  No.
6  Q.  Was this project summary report something, if
7  you know, that would ordinarily be produced by Puritech
8  or were they specifically asked by one of you to produce
9  this report?
10  A.  Tony told us when he talked with us, this
11  would be provided at the end.
12  Q.  Okay.  And who was it that chose COT-Puritech
13  for this project?
14  A.  They were recommended by Livingston Haven and
15  the decision was made by the plant and myself to bring
16  them in.
17  Q.  Now, did you know Tony Blackman before this
18  Fieldale Farms project?
19  A.  No.
20  Q.  Did you know anyone at COT-Puritech prior to
21  this Fieldale Farms project?
22  A.  No.
23  Q.  While Mr. Blackman's crew was doing their work
24  on the reservoir, the pumps had all been taken off of the
25  unit at that point?

## Page 130

1  A.  We did it at the same time.
2  Q.  This 11, 12, and 13.
3       (Documents marked for identification as
4       Cathell-11 and Cathell-12 and Cathell-13.)
5  BY MS. BEAM:
6  Q.  You had indicated that you have maybe three
7  hoses in your custody at this point; is that correct?
8  Three hoses you had said?
9  A.  I believe that's correct.
10  Q.  Okay.  You have a few hoses --
11  A.  Yes.
12  Q.  -- in your custody at this point?  I'm not
13  going to hold you to the number.  What if any part did
14  you play in having those hoses tested?
15  A.  I was the one that tested them.
16  Q.  Okay.  And when did you decide to do that?
17  A.  When the insurance company contacted me that
18  they were sending an engineer in to test the hoses.
19  Q.  The insurance company being who; Colony?
20  A.  Yes.
21  Q.  And give me an idea of when that was.
22  A.  I don't.  I sent a fax to my attorney at the
23  time.
24  Q.  Okay.  I'm going to -- yeah, I don't want --
25  A.  Making him aware of the fact --

## Page 131

1  Q.  -- guess.  Let me hand you that which is
2  exhibit number 11 which looks to be a fax sheet from you
3  to your attorneys; is that correct?
4  A.  Yes.
5  Q.  All right.  The date on that is what, sir?
6  A.  February 24, 2004.
7  Q.  Okay.  And is that the fax sheet that you were
8  referring to a moment ago saying that that's when you --
9  A.  Yes.
10  Q.  -- decided to have the hoses tested?  Okay.
11  A.  This was after they were tested.
12  Q.  Okay.  Who did you have do the testing?
13  A.  I did.
14  Q.  You did them yourself?
15  A.  He had no way to test them and didn't know
16  what to do with them.
17  Q.  Who didn't know how to test them?
18  A.  Anthony Cornetta.
19  Q.  Okay.  So you got the hoses from Anthony
20  Cornetta?
21  A.  I had the hoses -- oh.  Now, there was another
22  engineer prior to him and he took the hoses and --
23  Q.  Okay.
24  A.  -- this Anthony Cornetta brought them back and
25  that's when I did the testing for them because they had

## Page 132

1  no way to test them.
2  Q.  May I look at that for one moment?  I think I
3  may have these out of order.
4  A.  (Witness complies.)
5  Q.  I did, okay.  Here we go.  I had them marked
6  incorrectly.  I'm going to hand you over exhibits 12, 13
7  and 11 and have you take a look at this for a minute.
8  And I'm going to represent to you that these are
9  documents that were produced by your counsel in response
10  to request for production, and see if that refreshes your
11  recollection as to the sequence of events --
12  A.  Yes.
13  Q.  -- with who had the hoses when and what was
14  done, okay?
15  A.  Okay.  (Witness complies.)
16  Q.  Have you had a chance to look at those?
17  A.  Yes.
18  Q.  All right.  And like I said, I think I had
19  these marked out of order but you have --
20  A.  Yes.
21  Q.  -- on top of your pile exhibit number 12,
22  correct?
23  A.  Yes.
24  Q.  And at the top of that document it states,
25  "Evidence transfer sheet S-E-A file number 603453, dated

33 (Pages 129 to 132)

DON CATHELL
May 26, 2005

## Page 133

1 November 24, 2003"; is that correct?
2    A. Yes.
3    Q. All right. Explain to me what this document
4 is or what it represents.
5    A. Thomas Butler, the engineer sent by Colony
6 Insurance to examine the hoses and the pumps, requested
7 to take these four hoses with him for testing. And this
8 was my record that he took the four hoses.
9    Q. All right. Now, it has hose marked one, two
10 and three, and an unmarked hose. Are these numerals
11 something that you had put on the hoses that you could
12 tell them apart?
13    A. No.
14    Q. Who put the numbers on the hoses; do you know?
15    A. I have no idea.
16    Q. All right. So did Mr. -- Dr. Butler examine
17 any of the pumps while he was at your shop?
18    A. Very briefly.
19    Q. Okay. Tell me what you recall Dr. Butler
20 doing with pumps.
21    A. I opened the crating and he looked into it,
22 looked over some of the parts and that was it.
23    Q. Okay. And did Dr. Butler do anything to or
24 with the hoses while he was in your shop?
25    A. No.

## Page 134

1    Q. So all he did was he took the hoses with him?
2    A. Correct.
3    Q. All right. Were you ever made aware of what
4 Dr. Butler's conclusions were in regards to either the
5 pumps or the four hoses that he took on November 24,
6 2003?
7    A. No.
8    Q. And it was your understanding that Thomas
9 Butler was sent to your shop by Colony Insurance?
10    A. Yes.
11    Q. And how did you come by that understanding?
12    A. That's what he told me.
13    Q. Okay. Exhibit number 13 is a fax sheet from
14 Don's Hydraulics to Michael Tighe dated 2/19/04; is that
15 correct?
16    A. Yes.
17    Q. Have you seen this document before?
18    A. Yes.
19    Q. Was this originated from your office?
20    A. Yes.
21    Q. Okay. What's the purpose of this fax that's
22 been marked as Exhibit-13?
23    A. I received a phone call from Tony Cornetta
24 that he was hired to test the hoses but he had no way of
25 testing them and wanted to know if they could use my

## Page 135

1 equipment to test them with.
2    Q. Okay. Now, did Tony Cornetta or anyone else
3 suggest to you that Mr. Cornetta was associated with
4 S-E-A or with Thomas Butler?
5    A. Tony told me it was requested of him to do the
6 testing by Thomas Butler.
7    Q. So was Tony Cornetta going to bring the four
8 hoses back that Dr. Butler had taken from you to test?
9    A. Yes, he did.
10    Q. And did he, in fact, bring those same four
11 hoses back?
12    A. Yes, he did.
13    Q. Were you in the shop when Mr. Cornetta came
14 back with the hoses to test them?
15    A. Yes, I was.
16    Q. Did you observe his attempts to test the
17 hoses?
18    A. He made no attempt to test them.
19    Q. Okay. Tell me what happened when Mr. Cornetta
20 came back to your shop with the four hoses.
21    A. He brought the hoses in and I took my
22 equipment and hooked up to it and showed him how they
23 were leaking, and he took several pictures showing the
24 leakage.
25    Q. When did that occur that Mr. Cornetta came

## Page 136

1 back to your shop and you tested the hoses? Could it
2 have been --
3    A. -- I assume the February the 24th. That's. I
4 couldn't.
5    Q. And you're referring to exhibit number
6 Eleven?
7    A. Eleven.
8    Q. Eleven. Which is a fax sheet from Don's
9 Hydraulics to Michael Tighe?
10    A. Yes.
11    Q. Dated February 24, 2004?
12    A. Yes.
13    Q. Explain to us what this document represents.
14    A. I notified attorney Michael Tighe that Tony
15 had been. We had tested the hoses. He was there for
16 approximately an hour and a half, and the three hoses w...
17 tested all failed. And he took several photos.
18    Q. Okay. While I'm thinking of it, let me just
19 ask you this. On page two of exhibit number -- what
20 number do you have in your hand, sir?
21    A. Eleven.
22    Q. Eleven. It indicates it's an evidence change
23 of custody record and it's dated February 24, 2004.
24 S-E-A project number 603453. And evidence was
25 transferred from Anthony Cornetta representing S-E-A,
    Limited to Don Cathell representing Don's Hydraulics.

34 (Pages 133 to 136)