**EXHIBIT "B"**

1

1    IN THE UNITED STATES DISTRICT COURT
2        FOR THE DISTRICT OF DELAWARE
3              -    -    -
4    DON'S HYDRAULICS, INC., :  C.A. NO.
                              :
5              Plaintiff,   :   04-1275 (KAJ)
                              :
6         v.                 :
                              :
7    COLONY INSURANCE         :
     COMPANY, TRUCK TECH      :
8    INDUSTRIES, INC., and    :
     TIPCO TECHNOLOGIES,      :
9    INC.,                    :
                              :
10              Defendants. :
11             -    -    -
12           August 3, 2005
13             -    -    -
14              Oral deposition of SEAN SWAIN,
     held in the offices of Tighe, Cottrell &
15   Logan, Suite 500, 704 North King Street,
     Wilmington, Delaware 19801, beginning at
16   10:33 a.m., on the above date, before Shenna
     M. Basye-Cara, a Professional Reporter and a
17   Notary Public in the State of Delaware.
18
19
              -    -    -
20
          ESQUIRE DEPOSITION SERVICES
21      Suite 760, One Commerce Center
           12th & Orange Streets
22       Wilmington, Delaware 19801
             (302) 426-9857
23
24

1          Q.       And you bring the two fittings

2    with you?

3          A.       Yes, sir.

4          Q.       And you bring some hose?

5          A.       No, sir.

6          Q.       Just the two fittings?

7          A.       Yes, sir.

8          Q.       What happens at Don's?

9          A.       He takes the fittings.  He

10   says:  You write it down -- you write the

11   measurements down as we go to each pump.

12                  He puts the fittings on the

13   areas that they connect to -- the ports, you

14   would say -- then he gives me a measurement

15   from where the hose would start on each side

16   of the fitting and I write it down:  Pump

17   one, this size hose.  Pump two, this size

18   hose.

19         Q.       About how long did that take?

20         A.       I was probably there a good

21   half an hour, 45 minutes.

22         Q.       Did you have any advice for

23   Don?

24         A.       No, sir.

22

1          Q.        Any questions for him?

2          A.        No, sir.  Not about the

3    project, no.

4          Q.        Did Don have any -- anything

5    to say to you other than just giving you

6    these dimensions as he measured?

7          A.        I believe he told me the time

8    span he had of the project.

9          Q.        Do you remember now what he

10   said?

11         A.        I -- not really, no.

12         Q.        Okay.  What was it you were

13   looking at?  Don was attaching fittings to

14   something.  What was it that he was --

15         A.        His power unit where the hoses

16   -- or the steel tubes come down and connect

17   to the pumps, where they would end on a

18   certain side and then would need to be

19   connected to the pumps.

20         Q.        Do you know what this power

21   unit was intended to be used for?

22         A.        He told me it was in a chicken

23   plant, for a chicken plant power unit.

24         Q.        Had you seen anything like

46

1    the hoses, would you disagree with that or

2    don't you remember?

3         A.     I would not disagree.  It

4    could have been.  I can't remember.

5         Q.     Was there -- did some of these

6    hoses have to get taken back a second time

7    to Tipco and done again?

8         A.     I believe so on maybe one or

9    two in the first batch and then in the

10   second batch.

11        Q.     Was there again this problem

12   of turning -- the stems turning inside the

13   hose or the hose turning around the stems?

14        A.     Which part?  Any of the

15   batches?

16        Q.     The later batches, not the --

17   we already talked about the first time.

18        A.     Uh-huh.

19        Q.     So I'm talking about a second

20   or subsequent time.

21        A.     Yes.  There was more problems.

22        Q.     With this turning problem?

23        A.     Yeah, it could be.  Yes.

24        Q.     Okay.  Was there also a

47

1    problem with one of the ferrules being

2    cracked?

3            A.      Yes, sir.

4            Q.      When did that occur?

5            A.      That would be late afternoon

6    on I think a Saturday after I picked up the

7    batch.  I got a call as soon as I got home

8    from delivering them.  Don was telling me we

9    had a problem, we got a cracked ferrule, and

10   I went back that -- right away.

11           Q.      Did Don indicate this was how

12   it was delivered to him with this cracked

13   ferrule?

14           A.      Basically, they had put it on

15   and found the cracked ferrule.

16           Q.      What is a ferrule, by the way?

17           A.      That is a collar that goes

18   around the stem of the fitting.  It goes

19   over the hose, then you put the stem in the

20   hose, and supposedly the -- the ferrule is

21   to be pressed down or crimped down over top

22   of the hose, which, in turn, crimps over top

23   of the stem, which gives you the crimped

24   effect.

48

1          Q.      Do you know whether Tipco

2     provided new hoses to you or simply

3     recrimped the old ones?

4          A.      I do not know.

5          Q.      Did you ever find out?

6          A.      No.

7          Q.      There was some discussion in

8     the record about different ways of attaching

9     these fittings.  One was crimping and then

10    there are a couple of other methods.  Are

11    you familiar with that?

12         A.      Yes, sir.

13         Q.      One is called banding?

14         A.      Yes, sir.

15         Q.      What is banding?

16         A.      It's where you put your --

17    there's round rings and they have a stem

18    coming off of them and they're real thin and

19    you have a tool and you put it over top of

20    the hose you put your stem in and you start

21    pulling it down and it -- what it does, it

22    draws into the rubber which, in turn, pulls

23    the rubber down over top of the stem, which

24    gives you a banding effect.

49

```
 1          Q.      Was there some suggestion to
 2    Don to manufacture the hoses in that manner
 3    instead of crimping?
 4          A.      To Delmar there was.  Yes,
 5    sir.
 6          Q.      And that was rejected?
 7          A.      Yes, sir.
 8          Q.      Why did -- why did Don's
 9    Hydraulics reject that suggestion?
10          A.      I don't -- I don't know.  The
11    son and the father told me they wanted
12    crimped-on only.  I suggested the banding,
13    because Tipco suggested banding, and they
14    said, no, we want crimped -- Delmar's exact
15    words is, "Dad wants crimped-on only."
16                  And also, Delmar -- Don also
17    with the hoses said he wanted crimped-on
18    only because he had no luck with banding.
19          Q.      Had he had bad luck with the
20    banding?
21          A.      In the past, I guess he has.
22          Q.      He had leaks, did he say?
23          A.      (Witness indicates.)  He just
24    did not like the banding.
```

50

```
 1          Q.      There's another method,
 2   swaging or swaging?
 3          A.      I think it's called swaging.
 4          Q.      Swaging.  Do you know what
 5   that is?
 6          A.      It's where you have the hose
 7   and also some sort of a collar and a stem,
 8   and the outside ferrule basically is pressed
 9   down over top of the hose and fitting.
10          Q.      Was that suggested by Tipco or
11   did Tipco just suggest banding?
12          A.      No.  They suggested the
13   banding.
14          Q.      When you told Tipco that the
15   customer wanted crimping, did Tipco then
16   indicate it would -- it could do the job
17   with crimping?
18          A.      Yes.  Tim told me -- he said:
19   We can definitely do crimping.
20          Q.      Now you've gotten to the point
21   where you've picked up the order from near
22   the Bay Bridge and you've taken it to Don's
23   and then, apparently, you get a phone call
24   about this ferrule being cracked?
```

52

1    ferrule.

2            Q.      This ferrule is made of, what,

3    brass?

4            A.      I believe it's steel, sir.

5            Q.      Steel.  And it's been split in

6    some fashion?

7            A.      After the crimping.  I presume

8    it was split from the crimping.

9            Q.      From -- from what Tipco did?

10           A.      I believe so, sir.  Yes.

11           Q.      All right.  What happens next?

12           A.      I told them what I thought it

13   was.  I took that hose with me.  That was

14   the only hose I took.  I tried to get ahold

15   of Tipco and I believe they were at a party

16   and I called Steve King, which is the rep.

17   He was at a school, I believe.  I got -- he

18   finally called me back.  We set a plan up

19   for the next day, Sunday, for me to meet him

20   at his facility in Maryland, which I did

21   that Sunday morning, and he had a -- one of

22   his top guys come in that makes hoses for

23   him -- I'm not sure of his name -- and they

24   redid that end.

53

```
 1          Q.      So it was, to the best of your
 2   knowledge, same hose, new fitting?
 3          A.      To my knowledge, it is the
 4   same hose, new ferrule, same fitting.
 5          Q.      Any testing?
 6          A.      No, sir.
 7          Q.      You were there?
 8          A.      Yes, sir.
 9          Q.      They didn't test?
10          A.      No, sir.
11          Q.      You came away with that new
12   hose, correct?
13          A.      Yes, sir.
14          Q.      And where did you go with it?
15          A.      Well, I went right to Don's.
16          Q.      What happened?
17          A.      I gave it to Don and I left.
18          Q.      Now, as I understand where we
19   are right now, we've got 10 hoses delivered
20   to Don's, but there's 10 more to go.  Is
21   that correct?
22          A.      No.  You're already in the
23   second batch.  We got 20.
24          Q.      Oh, this cracked ferrule is in
```

54

1    the second batch?

2            A.      Yes, sir.

3            Q.      All right.  Now, we discussed

4    the possibility of there being a second

5    incident of hoses -- of stems twisting --

6    turning -- the hoses turning around the

7    stems.  Was that in the first batch or the

8    second batch?

9            A.      First batch.

10           Q.      So there were two separate

11   incidents of this turning situation?

12           A.      To my knowledge -- well, it

13   could be considered that, yes.

14           Q.      Now, Don's got all the hoses

15   and do you see him doing the attachment or

16   do you just leave?

17           A.      I believe they started putting

18   it on and I just left.

19           Q.      What's the next thing you

20   heard, if you can recall?

21           A.      I'm not sure how long it was.

22   He was going to, I think in the next day or

23   two, leave to go to take it -- I got a --

24   can I talk to my counsel real quick?

1                  "He said the vendor wanted to

2     make sure fitting -- fittings were correct

3     with sample sent down earlier before

4     shipping, so at least one week plus went by

5     before fittings even shipped to Tipco.

6                  "At this point I get Steve

7     King involved" -- which is in parentheses

8     "rep" -- "told situation.  He said they" --

9     okay.  "Told situation.  He said they should

10    have gone about differently" -- and I

11    believe it says out to the side, without

12    going back -- "have used clamping."

13                  Let's see if it's -- it cuts

14    it off there, too.

15                  "Approximately August 15th

16    Steve King delivered to TTI first hoses of

17    10 for Don's from Tipco at approximately

18    1:30.  Went to Don's around 3:30 p.m. that

19    same day to deliver.  Arrived around 4:30.

20    Forgot my fitting to measure section two

21    hose lengths.  Told Don I would be back on

22    Saturday the 16th with fitting.  Coffee and

23    donuts for the boys the next day.

24                  "Came back the 15th, night,

1    fittings" -- to the store, to get the

2    fitting.  "Arrived Don's 8:30 to 9 a.m. on

3    the 16th.  Got them measured up, hoses.  At

4    this point Don said the first section odd

5    pump hoses wouldn't work.  He said he would

6    eat these five hoses.  His mistake" --

7    underlined -- "and order 10 more adapters

8    and made all the odd hoses all FJX on both

9    ends, swivels by 30 inch long.

10                   "Returned home.  Got a call

11   from Don same day" -- and that says "8/16"

12   and I believe the time -- it's cut off

13   there.  I think it was around 10:30, 10:45

14   -- "stating the hoses were turning on the

15   stems.  These would be -- these would be" --

16   oh, I'm missing something here.  "These

17   would be the section one even hoses.  Went

18   back over and picked up -- went back over

19   and picked up hoses, even the odd -- even

20   the odd short ones he wanted to trash."

21                   Okay.  At the top of the page

22   -- you want me to go ahead and read this

23   off, sir?

24           Q.     Yes.  Is that your writing?

1      A.      Yes.  I put it up here.

2              "At this same day Tipco

3      employees were in class and no one could

4      meet me to fix hoses.  Terry, the

5      vice-president, was getting ready for party

6      for Tipco and Ken was in PA and all else

7      were in" -- everybody else was in class that

8      day.

9              Okay.

10     Q.      And that entry was put in

11     right after you completed the rest of --

12     A.      As I'm writing this.

13             He wanted to trash the hoses.

14     Okay.

15             "I called Steve King" -- then

16     that's when I went up here to this section

17     and wrote that -- "and told him about hoses

18     turning on stems and that I saw this

19     firsthand and they were not using the hose

20     to tighten down on fittings.  They were

21     using the fitting heads properly to tighten.

22             "Set up time to meet him at

23     McDonald's Bay Bridge, Monday the 18th" -- I

24     believe.  "Gave hoses back to Steve.  Went

1    over whole order again with Steve and told
2    him about Don saying to trash the five small
3    hoses and he would eat these.  Don's
4    Hydraulics, his mistake" -- in parentheses.
5    "And went over the 10 new hoses at 30 inches
6    with FJX each end and to recrimp the five
7    old hoses from section one that were turning
8    on the stems.  Steve went back over order.
9    I stated to Steve at that time we needed
10   test done on hoses to make sure of no leaks.
11   Said I needed report on that and letter
12   stating hoses are okay.
13                "August 20th called Tipco to
14   check on hoses.  Ken in shop stated they
15   were working on them and should be done
16   Thursday or Friday.  Ask Ken to make sure we
17   get report on hose test and letter okaying
18   hoses.  Received call on Friday from Ken.
19   Hoses were done the 22nd of August.  Again
20   set up time to meet Tipco driver with all 20
21   hoses, 15 new and 5 were the recrimped ones.
22   Picked up around 2:30 p.m. at McDonald's Bay
23   Bridge.  In route Delmar/Don called
24   verifying I was picking up hoses.  Notified

1    I'd be to his place around 4:30 p.m. and I

2    would help put on hoses.  Okay Don.

3    Delivered and signed.

4                    "Called Jim B" -- which is Jim

5    Biggs -- "notified hoses delivered."  Let's

6    see.  "Called Steve.  Left message, hoses

7    were delivered.

8                    "8/23/03, Saturday,

9    approximately 8 to 8:30 a.m. call came from

10   Don.  One of the new hoses had a split

11   ferrule" -- in parentheses -- "looked like

12   an overcrimp.  Called Steve" -- then I got

13   here "see other page," with a star.

14   "Couldn't do 23rd. Met Steve approximately

15   on Sunday the 24th in Maryland" -- in

16   parentheses -- "Tipco building.  Left 6:30,

17   arrived 8:45 a.m. Left 10:30, arrived Don's

18   approximately 1:15 to 1:30.  Helped put on

19   hoses.  Left approximately 2 p.m. Called and

20   left message with JNB" -- which is Jim

21   Biggs -- "it was done.

22                    "September 13th, Don called,

23   stated all hoses leaking without running

24   pumps.  Just gravity.  Notified him to try

1    to find someone down there to recrimp end.

2    He called 6:30.  Found someone to do that.

3    Still didn't work.  No one called me back

4    from Tipco until 15th of September, which

5    was Steve.  Notified of problems."

6                    And that's it.

7            Q.        Any reason you stopped your

8    diary at that point in time?

9            A.        No.  No reason at all.

10   Just -- no.  No reason at all.

11           Q.        Okay.  I want to go back and

12   ask you some questions about what you just

13   read.  You earlier testified that Delmar was

14   in charge of a certain area of Don's

15   Hydraulics?

16           A.        I don't think I said -- he's

17   in an area -- he, I guess -- I don't know

18   how exactly -- actually it works, but I do

19   know he's in charge of the hydraulic area.

20           Q.        Do you know if Delmar actually

21   designed the pump system in question?

22           A.        No.

23           Q.        Have you worked with Delmar in

24   the past?

108

1          A.      Yes.

2          Q.      Delmar is the son of Don?

3          A.      Yes.

4          Q.      When Delmar first contacted

5   you he was seeking some specific size of

6   hoses?

7          A.      Yes.

8          Q.      Did you at any time tell him

9   that you didn't think the size of the hose

10  that he was requesting was appropriate?

11         A.      No.

12         Q.      That wasn't your

13  responsibility?

14         A.      No.

15         Q.      It was your responsibility

16  simply to provide what he's asking for, if

17  you could.

18         A.      That's correct.

19         Q.      And you testified that

20  wherever you worked in the past, Don's hoses

21  seemed to follow you?  It was your client?

22         A.      Orders for Don's.  Not Don's

23  hoses.

24         Q.      I stand corrected.  That is

109

```
 1    orders for Don's?
 2            A.      Uh-huh.
 3            Q.      When you say they had been
 4    your client in the past, have you -- what
 5    kind of orders have you prepared for them in
 6    the past?
 7            A.      Seals and couplings, jaw
 8    couplings.
 9            Q.      Have you ever prepared hose
10    for them in the past?
11            A.      No.
12            Q.      Has TTI prepared or fabricated
13    hoses for clients in the past?
14            A.      Yes.
15            Q.      Does TTI currently provide
16    hoses for clients?
17            A.      Yes.
18            Q.      It's part of your -- part of
19    what your company does?
20            A.      Yes, sir.
21            Q.      Not just what they do, but
22    that's a part of the whole process of what
23    TTI does?
24            A.      Part of the process.  Yes,
```

110

1    sir.

2            Q.      Why don't you expand a little

3    bit on what that process is.  You mentioned

4    briefly earlier, but expand for me, please.

5            A.      Sure.  We provide customers

6    with hydraulic hoses, meeting their

7    capabilities.  They bring a hose in and we

8    give them back what they bring in.

9            Q.      What do you mean, we give them

10   back what they --

11           A.      Like if they bring a 4,000 PSI

12   line in with, let's say, FJX's on each end,

13   I give them back a 4,000 or better line with

14   FJX ends.

15           Q.      Do you use hose from any

16   particular manufacturer?

17           A.      Gates.

18           Q.      Is it always Gates that you

19   use?

20           A.      No.

21           Q.      What are the other

22   manufacturers of hoses that you use?

23           A.      I've used Ryco, R-Y-C-O.

24           Q.      Do you also produce -- provide

111

```
 1   couplings?
 2          A.      Yes.
 3          Q.      And whose couplings do you
 4   normally use, sir?
 5          A.      Gates and Dixon.
 6          Q.      Are there any other couplings
 7   that you normally use?
 8          A.      Ryco has their couplings for
 9   their hose.
10          Q.      What about adapters?
11          A.      Adapters, yes.
12          Q.      Whose adapters do you order
13   from to meet the needs of your clients?
14          A.      Tompkins, Brennan, Adaptall,
15   and Gates.
16          Q.      Now, when was the first time
17   that you advised Don's Hydraulics that you
18   were providing hose that came from a
19   different fabricator; that is, from Tipco?
20          A.      Initially in the first quote
21   we did.
22          Q.      In the actual written quote
23   you indicate that you're providing hose from
24   Tipco?
```

112

1           A.      No.  Stated -- I didn't say

2    any names.  It was just stated that, I'm not

3    making your hose, someone else is making the

4    hose.

5           Q.      Why didn't TTI make the hoses

6    at Don's request for this project?

7           A.      I wasn't able to make those

8    hoses.

9           Q.      Why weren't you?

10          A.      Because of the size and the

11   fitting.  You can't use somebody else's

12   fitting in that -- I don't know about into

13   other manufacturer's hoses.

14          Q.      Let's go back, sir.  You

15   weren't able to -- it's fair to say that TTI

16   was not able to fabricate the size hose that

17   Don's had requested?

18          A.      With the items we have in

19   store for our machines, no.

20          Q.      Would they require particular

21   machines that you did not have?

22          A.      I would believe so.  Yes, sir.

23          Q.      Is that an unusual machine?

24          A.      To me, it would be.

113

1           Q.      Have you seen those machines
2    in your past work experience?
3           A.      No.  Just when I went back to
4    Tipco to get that one fixed.
5           Q.      Other than the machines you
6    saw at Tipco, you've never seen machines
7    that size before, capable of creating the
8    hose you requested on this occasion?
9           A.      I've seen other machines that
10   probably could do it.
11          Q.      Do you know of any other
12   fabricators that have machinery the size --
13   that are capable of producing hose the size
14   that Don's requested in this case?
15          A.      Yes.
16          Q.      Who would they be?
17          A.      GSM Industries.
18          Q.      Are there any others, sir?
19          A.      To my knowledge, no.
20          Q.      Why didn't you seek GMS (sic)
21   Industries to fabricate the hoses?
22          A.      I did.
23          Q.      And did you receive a bid from
24   them?

114

```
 1          A.      No.

 2          Q.      What was their response to

 3    you?

 4          A.      They could not find the FJX

 5    end.

 6          Q.      And how did they go about

 7    looking for the FJX end?

 8          A.      I have no clue, sir.

 9          Q.      Did you provide any

10    information regarding how to locate the FJX

11    end?

12          A.      No, sir.

13          Q.      Now, you spoke about fittings

14    before.  Are you talking about the FJX ends?

15          A.      The female JIC swivel end.

16    Yes, sir.

17          Q.      Now, when was the first time

18    that you believe you advised any

19    representative of Don's that Tipco was

20    fabricating the hoses?

21          A.      Actually saying the name, you

22    mean?

23          Q.      Yes, sir.

24          A.      I believe it was the first
```

115

```
 1    batch of 10 hoses I had to take back.

 2            Q.      Do you have any written

 3    documentation reflecting that that is when

 4    you advised Don's that Tipco had fabricated

 5    the hoses?

 6            A.      No, sir.

 7            Q.      Did you ever advise Don's that

 8    if they had any questions regarding the

 9    hoses, that they should contact Tipco?

10            A.      At any time?

11            Q.      Yes, sir.

12            A.      Or -- no.

13            Q.      Did you ever advise any

14    representative of Don's who your contact was

15    at Tipco?

16            A.      No.

17            Q.      Is there any reason why you

18    didn't do so, sir?

19            A.      Yes.

20            Q.      What was your reason?

21            A.      So -- in my industry, the

22    reason is, you don't want them to know who

23    you're placing purchases, because then

24    they'll go around you and not order from you
```

116

1    any more.

2          Q.      Okay.  So would it be fair to

3    say you purposely did not advise Don's as to

4    who was fabricating the hoses in question?

5          A.      Not purposely, but

6    professionally.

7          Q.      How do you distinguish the

8    two?

9          A.      I didn't intentionally not let

10   Don know.  It's just a place that I go to

11   get, in a professional manner, my items to

12   supply to my customers.

13         Q.      You just intentionally didn't

14   tell them who the fabricator was?

15         A.      Yes.

16               MS. BEAM:  Objection, form.

17               THE WITNESS:  Yes.

18   BY MR. KAPLAN:

19         Q.      In your written diary you say

20   you found Tipco Technologies, Inc.  Do you

21   recall how you found them?

22         A.      Yes.  My partner in Dover at

23   the time suggested -- because I was telling

24   him I couldn't find the FJX, he said, "Try

 1    Tipco."  And I said, "Oh, yeah I forgot

 2    about Tipco."

 3          Q.      How many other companies had

 4    you checked with first, sir?

 5          A.      I believe two or three.

 6    Definitely three.

 7          Q.      Do you recall who they were?

 8          A.      I believe it was Gates, Dixon,

 9    and GSM.

10          Q.      Now, your diary states that

11    you used Gates Longhorn 2 1/2 hose.

12          A.      Tipco did.

13          Q.      Tipco did.  And Gates is the

14    hose that you normally use as well; is that

15    correct?

16          A.      I use Gates hydraulic hose in

17    some industrials, yes.

18          Q.      So you were familiar with

19    Gates hydraulic hose, correct?

20          A.      I'm familiar with Gates

21    hydraulic hose.  Yes.

22          Q.      And you were familiar with

23    Gates at the time that this whole contract

24    transpired.

118

1           A.      I'm familiar with Gates.  Yes,

2      sir.

3           Q.      You state in your diary that

4      Delmar called you a couple of times seeking

5      FJX ends, and you can refer to your diary if

6      that helps, sir.

7           A.      What page?

8           Q.      The first page.  Midway down.

9           A.      No.  It states here:  When

10     doing quote, called Delmar a couple of

11     times, stating I couldn't find the FJX ends.

12          Q.      And you then asked if he could

13     use MJ ends, correct?

14          A.      Yeah.  Could he use the MJ

15     ends, because in the past we've used

16     adapters.

17          Q.      And was your sole suggestion

18     because in the past you had used adapters?

19          A.      Adapters are used in past

20     experiences with hydraulics.  Yes.

21          Q.      That's pretty standard, isn't

22     it?

23          A.      Can be, yes.

24          Q.      But it wasn't the process used

119

1    on this occasion, was it?

2          A.      Not for these hoses, no.

3          Q.      And your next line states

4    that, quote, he said no, unquote, and goes

5    on, and you underlined the word "no." Why

6    did you underline the word "no," sir?

7          A.      Because it was a -- more of a

8    louder verbal no.

9          Q.      From Delmar?

10         A.      Yes.

11         Q.      Now, you're chuckling as you

12    say that. Do you recall him making his

13    intentions clear to you?

14         A.      "No. Dad wants crimped-on

15    only."

16                 That's basically it.

17         Q.      And that's -- is that the

18    normal way that Delmar would approach a

19    problem?

20         A.      Pretty much.

21         Q.      Whatever dad wanted, dad got?

22         A.      In this situation; I would say

23    yes.

24         Q.      And your diary goes on to

120

1   state that Delmar advised you that the few

2   times that he did use the adapter, there was

3   leakage.

4        A.     That him and his dad, when

5   they used the adapters, they had leakage,

6   and they didn't want to go through that

7   again.

8        Q.     Now, you also state in your

9   diary that you asked if banding was an

10  option.  Why did you ask that?  Is that

11  because you had been advised by Tipco?

12       A.     Banded in the past myself and

13  Tipco also advised.

14       Q.     You say banded in the past

15  yourself.  Is banding part of your normal

16  work responsibilities?

17       A.     Some of it is.  Yes, sir.

18       Q.     How frequently do you

19  personally band hoses?

20       A.     Normally -- I got one client

21  that uses a lot of banding.  It could be --

22  it could run every week, it could run every

23  other month.

24       Q.     I'm going to take the Mike

121

1    Tighe approach and see if you can

2    demonstrate for us what the banding process

3    is, sir.

4         A.    Okay.  You got a band, which

5    is a round -- my hands are shaking.

6    Sorry -- which is round, about half inch

7    wide.  Comes off of the stem, slides over

8    the hose.  Put the stem into the hose.  The

9    bands are brought up behind the coupling

10   head approximately a half inch back from the

11   end of the rubber, first initially marking

12   where the stem would go into the hose, how

13   far back it goes in.  Making a mark.

14   Wanting to put as many bands on there as you

15   can.  Usually it's two.  Like I said, stated

16   a band a half inch back, then take the other

17   band and go -- there's like a little square

18   mark here.  When you get it tight, take it

19   and hit it with a hammer with a point and it

20   locks it in place.

21        Q.    How does that differ from

22   crimping?

23        A.    Crimping is a sleeve over top

24   of the hose and the stem goes into the hose.

1    So there's three basic parts:  You got your

2    ferrule, your hose, and then your stem.  And

3    it gets crimped with a machine, pressed

4    together.

5            Q.    Now, you're here as a fact

6    witness, but do you have a belief as to

7    which system is better --

8                    MR. TIGHE:  Objection.

9                    MR. KAPLAN:  -- banding or

10        crimping?

11                    MR. TIGHE:  Objection to form.

12   BY MR. KAPLAN:

13            Q.    You can answer, sir.

14            A.    To me, from my knowledge,

15   crimping would be the best.

16            Q.    Why is that?

17            A.    Because, in my knowledge, it

18   just seems if you're crimping something

19   together, it would not leak and hold better.

20            Q.    Did you tell that to the

21   people from Tipco?

22            A.    No.

23            Q.    Did anybody from Tipco tell

24   you that or suggest to you that there should

123

1    be a different process?

2          A.      They gave some options.

3          Q.      When you say they gave

4    options, was it a question of just listing

5    choices for possibilities or did they tell

6    you which they thought would be the

7    suggested way to go?

8          A.      They stated --

9          Q.      Who is "they"?

10          A.      Okay.  Tim Bombick, when I

11    gave him the whole application, said:  You

12    can go with banding, which is more of a

13    normal procedure for this kind of

14    application, but we can do crimping.

15          Q.      And when he said he preferred

16    banding, did he say why he preferred banding

17    for this particular application?

18          A.      To my knowledge, no.

19          Q.      It might be, but you just

20    forgot at this time?

21          A.      Excuse me?

22          Q.      Might he have told you at the

23    time, but you just forgot?

24          A.      Possibly.

124

1          Q.      You didn't take any written

2     notes regarding conversations you had with

3     Mr. Bombick during that time period?

4          A.      No.

5          Q.      In fact, there is a diary that

6     we have in front of us, the only journal

7     notes or statement that you prepared

8     regarding this matter.

9          A.      Yes.

10         Q.      And you're not aware of any

11    simultaneous letters that -- you're not

12    aware of any letters that you wrote

13    simultaneously during the events that led up

14    to this -- the problem that Don's had?

15         A.      Leading up to that, no.

16         Q.      So when Mr. Bombick suggested

17    or advised you that he preferred banding,

18    was swaying also discussed?  Swaging.  I'm

19    sorry.

20         A.      I can't recall that.

21         Q.      So once again, it may have

22    been, but you have no recollection?

23         A.      It may have been.

24         Q.      And when you discussed the

125

```
 1    options with Delmar, Delmar was adamant:
 2    Dad wants crimping.
 3             A.      Dad wants crimped-on --
 4             Q.      Crimping is what they're going
 5    to get.
 6             A.      -- only.
 7             Q.      Was there any additional cost
 8    of banding versus swaging versus crimping?
 9             A.      There might have been.
10             Q.      You're not aware of any?
11             A.      We didn't get any prices
12    because they want crimped-on only.
13             Q.      Is it fair to say that Delmar
14    was adamant that it had to be crimped?
15             A.      Yes.
16             Q.      In fact, you go on to state in
17    your journal that you had to call Tim
18    Bombick back because there was a misprint on
19    a written quote?
20             A.      He misprinted his quote to me.
21             Q.      And the misprint dealt with
22    crimping; is that correct?
23             A.      He wrote -- he had typed in
24    "banding" instead of "crimping."  He
```

126

1    misstated that.

2         Q.    And you had to go back and

3    ver -- and make sure that he realized that

4    this had to be crimped, not banded?

5         A.    That he made -- yes.

6         Q.    Did you catch that or was that

7    caught by Delmar?

8         A.    I caught it.

9         Q.    These invoices wouldn't have

10   been submitted on to Delmar anyway, would

11   they?

12        A.    Not Tipco's, no.

13        Q.    Do you take their invoice and

14   add whatever you normally would and send

15   that over to Delmar?

16        A.    I would make my invoice the

17   way I make my invoices to Delmar.

18        Q.    So would that reflect what the

19   cost was to TTI to obtain these hoses?

20        A.    No, sir.

21        Q.    You've stated that you've

22   contracted with Delmar in the past -- or

23   strike that -- with Don's Hydraulics in the

24   past?

127

1          A.      Yes, sir.

2          Q.      Did you contract with Delmar

3     in the past as well?

4          A.      Both people.

5          Q.      Well, might we say, Don's

6     Hydraulics, you're talking about Don, too.

7          A.      Delmar and Don.

8          Q.      As far as Don's Hydraulics is

9     concerned, there are no others?

10         A.      Just his employees.

11         Q.      What Don Cathell wants, Don

12    Cathell gets.  Correct?

13         A.      I would say so.

14              MR. TIGHE:  Objection to the

15         form of the question.

16    BY MR. KAPLAN:

17         Q.      Did you have an expectation

18    that Delmar would go back to Don Cathell and

19    say:  Hey, it was Sean Swain that suggested

20    we get these pipes branded (sic) or swaged

21    as opposed to crimped?

22              MR. TIGHE:  Objection to the

23         form of the question.

24              THE WITNESS:  I don't know

1          what he would do.

2    BY MR. KAPLAN:

3          Q.      Did you have an expectation

4    that he would discuss banding versus swaging

5    versus crimping with Don Cathell?

6          A.      I had an expectation before

7    they even placed the order or did the quote

8    that they probably do talk about that.

9          Q.      I'm sorry.  That they would?

10         A.      That they would talk about

11   their options.

12         Q.      Do you know if they actually

13   ever did talk about those options?

14         A.      No, sir.

15         Q.      That is because, as far as you

16   know, ever since your first conversation

17   with Delmar, it was clearly one directional

18   in terms of:  It had to be crimped.

19         A.      Yes, sir.

20         Q.      On the second page of your

21   journal, three lines down in parentheses it

22   says:  July the 17th, '03, Don's ordered 20

23   of the adapters, Invoice 3764, called on

24   motors.

160

1   that.

2           Q.      The work that Truck Tech has

3   done for Don's since September of '03, has

4   that activity been invoiced to Don's?

5           A.      Yes, sir.

6           Q.      Has Don's paid those invoices?

7           A.      Yes, sir.

8                   MR. SNELL:  That's all the

9           questions I have.  Thank you.

10                  MS. BEAM:  I have some

11          follow-up.

12                  MR. KAPLAN:  I have a couple

13          follow-up also.

14                      -    -    -

15                      EXAMINATION

16                      -    -    -

17  BY MS. BEAM:

18          Q.      Sean, just to clear up the

19  record, does TTI assemble hydraulic hose

20  greater than 2-inch diameter with crimped

21  ends?

22          A.      No.

23          Q.      And why is that?

24          A.      Because our machine only goes

1    to 2 inch.

2          Q.      And is that why you had to go

3    outside of TTI to try and quote Don's

4    project?

5          A.      Yes.

6                  MR. KAPLAN:  Objection to the

7          form.

8    BY MS. BEAM:

9          Q.      Now, did you or anyone else

10   from TTI alter or modify the hoses that were

11   supplied by Tipco before delivering the

12   hoses to Don's?

13         A.      No.

14         Q.      Did you ever have occasion to

15   relay specifically to Don Cathell any

16   recommendations regarding crimping versus

17   banding that had been given to you by Tipco?

18         A.      I talked to Don one time about

19   it.

20         Q.      Can you tell us, first of all,

21   when did that conversation take place?

22         A.      After the first initial ten

23   were delivered, we had talked about that

24   again and he was like:  I really don't like