# EXHIBIT "C"

# TIPCO TECHNOLOGIES, INC.

**MAIN OFFICE/REMIT TO**
11412 CRONHILL DRIVE
OWINGS MILLS, MD 21117
410-356-0003 • FAX 410-363-2864

**BRANCH OFFICES**
14140-Q PARKE LONG COURT
CHANTILLY, VA 20151
703-222-0354 • FAX 703-222-3626

7311-N GROVE ROAD
FREDERICK, MD 21704
301-831-4193 • FAX 301-6[...]

TTIDOV

SHIP/TR/INVOICE NUMBER

SHIP/TR/INVOICE NUMBER: 1180071-01

BILL TO: TTI DOVER
1066 SOUTH DUPONT HIGHWAY
DOVER        DE   19901

SHIP TO: TTI DOVER
1066 SOUTH DUPONT HIGHWAY
DOVER        DE   19901

CUSTOMER P.O. NO. 2626

| SHIP/TR/INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1180071-01 | 105 | 08/19/03 | 160 | 2626 | 08/22/03 |

INSTRUCTIONS: TERRI TO CHARGE C/C**********   FRT: P   PAGE NO. 1

| QUANTITY ORDERED | B.O./RET | SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | ***WE ARE NOW YOUR AEROQUIP*** | | | |
| | | | | ******PREMIER DISTRIBUTOR***** | | | |
| 10 | | 10 | | 2.5"X30"OSD/FJXFJ | EA | 259.5800 | 2595. |
| 1 | | 1 | | 2.5"X28.25"OSD/FJXMP PUMP 2 | EA | 145.5200 | 145. |
| 1 | | 1 | | 2.5"X28.5"OSD/FJXMP PUMP 4 | EA | 145.6500 | 145. |
| 1 | | 1 | | 2.5"X28.5"OSD/FJXMP PUMP 6 | EA | 145.6500 | 145. |
| 1 | | 1 | | 2.5"X27.5"OSD/FJXMP PUMP 8 | EA | 145.1100 | 145. |
| 1 | | 1 | | 2.5"X29"OSD/FJXMP PUMP 10 | EA | 145.9200 | 145.9 |

**EXHIBIT**
SWAIN-2
SBC 8/3/05

*** YOUR INVOICE ***
FREIGHT OUT  0.00
TOTAL  [...]  DUE: 09/21/03
*** COMPLETED ***

SUBTOTAL  3,323.76
MISC CHARGE
TELE. CHARGE
FREIGHT TOTAL
FED./OTHER TAX  0.0
STATE TAX
PAYMENT REC'D

# TIPCO TECHNOLOGIES, INC.

**MAIN OFFICE/REMIT TO**
11412 CRONHILL DRIVE
OWINGS MILLS, MD 21117
410-356-0003 • FAX 410-363-2864

**BRANCH OFFICES**
14140-Q PARKE LONG COURT
CHANTILLY, VA 20151
703-222-0354 • FAX 703-222-3626

7311-N GROVE ROAD
FREDERICK, MD 21704
301-831-4193 • FAX 301-620-4158

TTIDOV

SHIP TO/INVOICE NUMBER

SHIP TO/INVOICE NUMBER: 1180071-02

BILL TO: TTI DOVER
1066 SOUTH DUPONT HIGHWAY
DOVER            DE  19901

CUSTOMER P.O. NO.

SHIP TO: TTI DOVER
1066 SOUTH DUPONT HIGHWAY
DOVER            DE  19901

CUSTOMER P.O. NO.  2626

| SHIP TO/INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER PO NUMBER | DATE | CERT | PAGE NO. |
|---|---|---|---|---|---|---|---|
| 1180071-02 | 105 | 08/19/03 | 160 | 2626 | 08/27/03 | B | 1 |

INSTRUCTIONS: TERRI TO CHARGE C/C**********

| QUANTITY ORDERED | B/O RET | SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 |  | 1 |  | ***WE ARE NOW YOUR AEROQUIP***<br>******PREMIER DISTRIBUTOR*****<br>*INCOMING UPS RED CHARGES<br>AGAINST INV#1180071-01 FOR<br>THE ADDITIONAL 10<br>HOSES ADDED ONTO ORDER. | EA | 0.0001 | 0.00 |

SALES DRAFT
TIPCO TECHNOLOGIES
11412 CRONHILL DR
410-356-0003 MD 21117
TERMINAL 047558

410
3:02:17PM
8119603631013        EXP 1003
1180071-02
QDE 124122
123
AL         $215.46

6036310 13   10/03

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 215.46 |

FED. ID NO. 52-0735340

NET TERMS: INV  30   DUE: 09/26/03
*** ORDER COMPLETED ***

SUBTOTAL        0.00
MISC. CHARGE
TELE. CHARGE
FREIGHT TOTAL   215.46
FED/OTHER TAX
STATE TAX
PAYMENT REC'D   0.00

TTI - DOVER  
1066 SOUTH DUPONT HIGHWAY  
DOVER, DE 19901  
Phone #: (302) 730-8230

*CASH*

Purchase Order: 2626

Vendor ID: TIPCO

*H9607*

```
**********************************
*                                *
*     P U R C H A S E   O R D E R *
*                                *
**********************************
```

To:

TIPCO TECHNOLOGIES  
11412 CRONHILL DRIVE  
OWINGS MILLS, MD 21117  
FAX : (410) 363-2864

Ship to:

TTI - DOVER  
1066 SOUTH DUPONT HIGHWAY  
DOVER, DE 19901

ATTN: Tim Bombick   All per your quote

```
---Date-------Ship Via-----------F.O.B.-------------Terms-----------------
07/30/03| SEE NOTS         |Origin              |  AMER EXP
---Buyer------Freight--------Req.----Confirming To--------Remarks-----------Tx
 SEAN   | Prepaid    | ASAP  | STEVE
                                       | QUESTIONS PLEASE CALL| N
```

| Required | Item Number | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 20 | Non-stock | ATTN:TIM BOMBICK<br>2 1/2  FEMALE JIC SWIVEL FITTING CRIMPED TO GATES LONGHORN HOSE 2 1/2"ID | 121.6500 | 2433.00 |
| 20 | Non-stock | 2 1/2"MALE NPT FITTING CRIMPED TO GATES LONGHORN HOSE 2 1/2" ID | 8.5400 | 170.80 |
| 40 | Non-stock | 2 1/2" GATES LONG HORN HOSE FOOTAGE APPROX. DEPENDS ON HOSE LENGTHS | 6.5100 | 260.40 |

HOSE LENGTHS TO BE GIVEN  
EACH HOSE TO HAVE JIC & NPT  
   *female*  *male*  
   *Swvl*

*H9607*

- PLEASE SHIP ONE OF EACH FITTINGS 2ND DAY AIR TO ME IN DOVER SO I CAN START TO MEASURE HOSE LENGTHS OTHERS TO SHIP STD FRT TO YOU / BEST WAY
- CREDIT CARD TO BE USED AMERICAN EXPRESS #3781-196036-31013 EXP 10/03 CARD HOLDER NAME:

EXHIBIT  
SWAIN-6  
SGC 8/3/05

*Thanks*

Authorized Signature

```
TTI - DOVER                                        Purchase Order:    2626 (Cont'd
1066 SOUTH DUPONT HIGHWAY
DOVER, DE 19901
Phone #: (302) 730-8230                            Vendor ID: TIPCO

                              ********************************
                              *                              *
                              *  P U R C H A S E   O R D E R *
                              *                              *
                              ********************************
To:                                    Ship to:

TIPCO TECHNOLOGIES                     TTI - DOVER
11412 CRONHILL DRIVE                   1066 SOUTH DUPONT HIGHWAY
OWINGS MILLS, MD 21117                 DOVER, DE 19901
FAX : (410) 363-2864


---Date------Ship Via-----------F.O.B.------------Terms-----------------------
 07/30/03| SEE NOTS            |Origin          | AMER EXP
--Buyer------Freight--------Req.----Confirming To--------Remarks--------------Tx
 SEAN     | Prepaid        | ASAP | STEVE
                                                 | QUESTIONS PLEASE CALL| N

Required  Item Number          Description            Unit Cost    Amount
========  ============  ================================ ==========  ==============
                        DEBORAH BIGGS

                                       Purchase Order Total:         2864.20
```

Authorized Signature

# TIPCO TECHNOLOGIES, INC.

**MAIN OFFICE/REMIT TO**
11412 CRONHILL DRIVE
OWINGS MILLS, MD 21117
410-356-0003 • FAX 410-363-2864

**BRANCH OFFICES**
14140-Q PARKE LONG COURT
CHANTILLY, VA 20151
703-222-0354 • FAX 703-222-3626

7311-N GROVE ROAD
FREDERICK, MD 21704
301-831-4193 • FAX 301-620-4158

CASH

SHIP/TR/INVOICE NUMBER: 1179604-0002-01

BILL TO: CASH CUSTOMER
OWINGS MILLS  MD  21117

CUSTOMER P.O. NO. TTI - 2626

SHIP/TR/INVOICE NUMBER: 1179604-0002-01

SHIP TO: TTI DOVER
1066 SOUTH DUPONT HWY
DOVER  DE  19901

CUSTOMER P.O. NO. TTI - 2626

| SHIP/TR/INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1179604-0002-01 | 105 | 08/06/03 | 160 | TTI - 2626 | 08/15/03 |

INSTRUCTIONS: ***SEE TIM BEFORE ASSEMBLING***

FRT: P  PAGE NO: 1

| QUANTITY ORDERED | B.O./RET. | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 20 | 10 | ✓10 | P | ***WE ARE NOW YOUR AEROQUIP*** *****PREMIER DISTRIBUTOR***** 1)=2.5"FJIC CRIMPED TO HOSE | EA | 121.6500 | 1216.50 |
| 0 | 10 | ✓10 | P | 2)=2.5"MNPT CRIMPED TO HOSE | EA | 8.5400 | 85.40 |
| 14 |  | 14 FT |  | GATES LONGHORN 2½" |  |  | ADD ON |

EXHIBIT
Swain-7
SBC 8/3/05

**CODE EXPLANATION**
E TAX APPLICABLE   C - CONSIDER COMPLETE
OTHER TAX APPLICABLE   D - DIRECT SHIPMENT
& FEDERAL TAX APPL.   F - FACTORY MINIMUM
NCE BACK ORDERED   R - RETURNED CYL

***SHIP ORDER******SHIP ORDER****

FREIGHT IN | FREIGHT OUT

ED. ID NO. 52-0735340

0815030956   13

RETURNS WILL NOT BE

SUBTOTAL: 1,301.90
MISC. CHARGE:
TELE. CHARGE:
FREIGHT TOTAL:
FED./OTHER TAX:
STATE TAX: 0.00
PAYMENT REC'D: 0.00
0.00

```
TTI - DOVER                                    Invoice #:   4095 Pg. 1
1066 SOUTH DUPONT HIGHWAY
DOVER, DE 19901                                   Customer ID: 10-DONS

  Phone #: (302) 730-8230         *******************************
                                  *                             *
                                  *       I N V O I C E         *
                                  *                             *
                                  *******************************

Bill to:                          Ship to:
  DON'S HYDRAULICS                  DON'S HYDRAULICS
  RR 7                              RR 7
  PO BOX 223-C                      PO BOX 223-C
  GEORGETOWN, DE 19947              GEORGETOWN, DE 19947


-Date-------Ship Via------------F.O.B.-------------Terms--------------------
08/29/03 | TTI/UPS             | Origin           | C.O.D.
-Order------P.O. Number--------Salesperson---------------------Our Order-----
08/07/03 | DON                 | Scott McClymont                 | 2305
-----------------------------------------------------------------------------

  Req    Shp   B.O.   Item No.      Description            Price      Amount
 =====  =====  =====  ===========   =====================  ========  ==========
   35     35                        2 1/2 " FEMALE JIC SWIVEL  173.80    6083.00
                                    CRIMPED ON ENDS
   15     15                        2 1/2" MALE NPT FITTINGS   12.20     183.00
                                    CRIMPED ON
   40     40                        2 1/2" ID LONGHORN HOSE     9.30     372.00
                                    HOSE INFO ATTACHED

                                           Invoice subtotal           6638.00
                                           Freight charges             215.46
                                                                     ---------
                                           Invoice total              6853.46
```

MAIL CUSTOMER COPY



```
======  =====  =====  ===========   =====================  ========  ==========
```