**EXHIBIT "D"**

**TTI HYDRAULIC POWER TRANSMISSION INDUSTRIAL RUBBER TTI**

FRUITLAND, MD
410-543-4323
410-543-4330 FAX

DOVER, DE
302-730-8230
FAX 302-730-8232

8/21/03

TO: Tipco Technologies
ATTN: Tim Barbick, Steve King
TO #2626

EXHIBIT
SWAIN-4
SBC 8/3/05

Gentleman, thanks for the help in getting my hose order complete. Please keep in mind that these hoses are for suction lines on a New/Large Hyd. Power Unit. The manufacturer is concerned that the stems would twist in the hose after your crimping. Please ensure that these hoses DO NOT SUCK AIR as this would Destroy 15,000 worth of Hyd. pumps w/ Multiple units on Power Unit.

Again thank for your help in this matter.

Sincerely,

Sean Swain
Operations Manager - Dover