# EXHIBIT "E"

TTI 2.5"OSD hose order.

I received a call from Shawn Swain at TTI-Dover requesting a quote on 2-1/2"ID tank truck hose assemblies with 2-1/2" male pipe thread on one end, and −40 female JIC on the other, in a variety of lengths (to be determined). It was specifically requested that the ends be crimped, rather than banded or swaged. I had mentioned that this type of hose assembly was usually banded with Bandit Ultra-Lok clamps or swaged at the factory, but TTI's customer was insistent on a crimped fitting. I then quoted a bulk per-foot price on the hose (Gates Longhorn), and price-per-end-attached with a PT Coupling crimp sleeve. The male pipe thread ends were Campbell HAS-10 combination nipples, and the female JIC ends were custom fabricated, provided by Max Coupling. The order did not come through for several months. When it did, Shawn mentioned that the hoses could not leak, as they were being installed on expensive machinery. I reiterated that swaging or clamping would be a more appropriate method to install the fittings, but Shawn indicated that his customer required a crimp-style attachment. I agreed to test the finished assemblies to 1-1/2 times maximum working pressure, 225PSI, which is the industry standard.

Tim Bombick
04.12.04



EXHIBIT
SWAIN − 5
SBC 8 13 05