# EXHIBIT "F"



**TIPCO**
TECHNOLOGIES, INC.

11412 Cronhill Drive • Owings Mills, Maryland 21117
410-356-0003 • Fax 410-363-2654

9/11/03

Mr. Sean Swain
TTI Dover
1066 South Dupont Hwy
Dover, DE 19901

Dear Sean,

We received a fax September 8th, 2003 that was dated August 25th, 2003 from Don Cathell of Don's Hydraulics, which outlined some concerns regarding hose assemblies that were shipped against your purchase order #2626. We would like to comment as follows:

1) TIPCO provided exactly what was stated on your purchase order. We suggested banding or swaging the hose assemblies would be a better alternate and provide better coupling retention. It was our understanding that Don's Hydraulics specified a crimped assembly, which we provided.

2) All hoses shipped from our facility were tested to 150 PSI for 10 minutes to verify there was no leakage around the fitting.

3) I am sure that you will agree that damage to the hoses during installation is not the responsibility of TIPCO.

4) Sean indicated in a hand written letter that the manufacturer of the power units was concerned that crimped fittings would twist in the hose. We again state our recommendation is that these assemblies either be banded or swaged to achieve maximum fitting retention.

We would welcome your comments.

Personal Regards,

Rob Lyons
President

Branch Locations –

14140-D Parke Long Court
Chantilly, Virginia 20151
703-222-0154
Fax 703-222-3525

www.tipcotech.com

7211-N Grove Road
Frederick, Maryland 21704
301-831-4193
Fax 301-620-4135