**EXHIBIT "G"**









