# EXHIBIT "J"

# In The Matter Of:

*Don's Hydraulics, Inc.   v.*
*Colony Insurance Company*

---

*Thomas W. Butler, Ph.D*
*August 26, 2005*

---

*Corbett & Associates*
*1400 N. French Street*
*P.O. Box 25085*
*Wilmington, DE  USA  19899*
*(302) 571-0510    FAX: (302) 571-1321*

*Original File 050826G3.ASC, 98 Pages*
*Min-U-Script® File ID: 3476920574*

# Word Index included with this Min-U-Script®

1          A.    They are his notes.  He wrote them on February

2    24th, at Don's Hydraulics when the testing was done.

3                    Then we have copies of his photographs.

4    I included something I got off the Internet in terms of

5    couplings and terminology, hose, ferrule and stem, so we

6    would all be on the same page about that.

7                    Then installation and start up

8    instructions for the types of pumps.  Identification of

9    the types of pumps.

10                    Deposition pages from Mr. Cathell's

11    deposition.  Evidence transfer sheets.  I think that is

12    it.

13          Q.    Do you have any other documents that you used

14    in preparation of your report?

15          A.    No.

16          Q.    You alluded to pages from depositions of

17    Mr. Cathell?

18          A.    Right.

19          Q.    Were you given the entire transcript of

20    Mr. Cathell's two depositions?

21          A.    No.

22          Q.    So, you were given selected pages of them?

23          A.    That's right.  They were faxed to Mr. Cornetto

24    and me, and I reviewed those pages.  And I highlighted a

1    look at that as we go through it.

2        Q.    Now, prior to preparing or writing this

3    report, did you actually, personally, test any hoses?

4        A.    Personally, me.  No.

5        Q.    Did you do any kind of run or testing of the

6    hydraulic system that the hoses were a part of?

7        A.    If you read the report, which you probably

8    did, I indicated we did not have that available to us.

9        Q.    Well, could you have gone down to Fieldale

10   Farms?

11       A.    I could have gone to Fieldale Farms if the

12   pumps had still been in the system when we were asked to

13   look at the system.  Yes.  I could have.

14       Q.    Did you ever ask to look at the pumps?

15       A.    I saw the pumps at Don's Hydraulics.  I saw

16   them quickly.  I saw some slight scoring and was assured

17   that the pumps no longer functioned properly.

18       Q.    You were assured that the pumps --

19       A.    Assured by Mr. Cathell that the pumps did not

20   function properly.  They had to be replaced.

21       Q.    What did you do to verify that they were not

22   functioning properly?

23       A.    Nothing, except to look at the scoring.  And I

24   said to myself -- I don't think I told him anything -- I

CORBETT & ASSOCIATES

1    said to myself, That's consistent with wear due to

2    contamination of the hydraulic system.

3         Q.    Where was the scoring?

4         A.    On the plates that are on some of the

5    pictures.

6         Q.    Is there a verbal description of that scoring

7    in your report?

8         A.    No.

9         Q.    Looking at the photographs that you have

10   attached to your report, or any of the photographs that

11   you have in your possession, can you point out to me

12   where this scoring appeared?

13        A.    Sure.   There are better photographs, as well.

14             MR. KAPLAN:    Let the record reflect,

15   Dr. Butler has photographs in his file.

16   BY MR. KAPLAN:

17        Q.    Did you take those photographs, or were these

18   taken by Mr. Cornetto?

19        A.    I took those.

20        Q.    And these were not part of your report.

21             Correct?

22        A.    Some of them were in the report.

23        Q.    And others are not?

24        A.    That's right.

1         A.    Well, there would be oil in the pumps, if they

2    weren't plugged up.  In fact, there are some plugs shown.

3    But I'm not sure if it was oil from the pumps or not.

4         Q.    Were the pumps cleaned prior to your

5    inspection?

6         A.    I don't know.

7         Q.    I didn't mean inspection.  Prior to your

8    review of them on that day?

9         A.    I don't know.

10        Q.    Was the warehouse enclosed?

11        A.    Yes.  It was enclosed.

12        Q.    Was it heated?

13        A.    I don't know.

14        Q.    Was there a lid on the box?  Strike that.

15              Was this box open for your view, or was

16    it laying out there open?

17        A.    It was like a cardboard box folded over, but

18    not sealed or anything.  That is my recollection.

19        Q.    Do you know if the box had been taken out for

20    your inspection and review, or did you look at them where

21    they were stored?

22        A.    I don't know if they had been moved from some

23    other location.  I just don't know.

24        Q.    Let's go forward on the other photographs,

CORBETT & ASSOCIATES

1    Q.    Could the pumps or hoses have been damaged

2    during the installation of them?

3        A.    Sure.

4        Q.    And could that damage have caused a pump

5    failure?

6        A.    It could have.

7        Q.    What are the ways that you believe that the

8    hoses or pumps could have been damaged?

9        A.    Well, I mean, I would like to refer to what

10    the manufacturer says.  It's very simple.

11        Q.    If that's your opinion, yes, sir.

12        A.    Sure.

13        Q.    If you could identify the page that you're

14    referring to, and we will copy those pages during a

15    break?

16        A.    Right.  There are three main problems.  One is

17    dirty fluid, dirty liquid.  The second is water in

18    hydraulic fluid.  And the third is air bubbles.  And the

19    document that I'm referring to is the installation and

20    start up for axial piston equipment, and the number for

21    our variable displacement pump is one of the pumps that

22    we have here.  This is the instruction that matches that.

23    I got this off the Internet.

24                It looks like I have Page 1, Page 2, and

```
1          Q.    If someone applied too much pressure to the
2     hoses?
3          A.    You mean tightening torque?
4          Q.    Correct.  That could damage the internal
5     structure of the hose, thereby causing leakages?
6          A.    No.  Not if you are applying pressure to the
7     stem and not to the ferrule.
8          Q.    But if pressure was applied to the ferrule,
9     could it have caused damage?
10         A.    Sure.
11         Q.    Would that have caused a hydraulic pump
12    failure?
13         A.    It could, could, and could.  Yes.
14         Q.    How did you investigate whether improper
15    torque was applied?
16         A.    Didn't.  I was only asked to check whether
17    these hoses leaked.
18         Q.    So, you don't know the actual cause of the
19    leakage.  You just know in your opinion -- strike that.
20               Is it fair to say you don't know the
21    actual cause of the leakage, other than the fact that it
22    involved the hoses?
23         A.    I know that we had hoses that leaked.  And if
24    you have hoses that leak, you can have problems because
```

1  air bubbles?

2       A.   Yes.   Those are the three I mentioned before.

3       Q.   The basis of that sentence are the guides you

4  obtained from the Internet?

5       A.   From the manufacturer, yes.   Installation and

6  Start Up for the Mannesmann Rexroth Pumps.

7       Q.   It was Mr. Cathell who determined that the air

8  was getting into the system because of leaking hydraulic

9  suction hoses?

10      A.   That's correct.   He indicated to me that was

11 the cause.

12      Q.   So, that was the premise that you were working

13 off of?

14      A.   That's the reason why we did the testing.   I

15 mean, that's why we did the testing.

16      Q.   You did not do the testing to ascertain why

17 there was leakage, just that the leakage was coming from

18 a hose?

19      A.   That's true.

20      Q.   Turning to your conclusion in your report, the

21 second conclusion.   Once again, you did not participate

22 in the testing of the hoses.

23                  Correct?

24      A.   Right.

1    Q.    Are there any other causes, excuse me,

2    possible causes of leakages in an hydraulic hose

3    assembly, other than what we have discussed here today?

4         A.    None that I can think of.

5              MR. KAPLAN:  I am going to pass the ball

6    to anyone else who has questions right now, as I review

7    my thoughts.

8    BY MS. BEAM:

9         Q.    Dr. Butler, when you accepted this assignment,

10   was it your intention to investigate why the hydraulic

11   pump failed?

12        A.    That was the original assignment to determine

13   the cause of the pump failure.

14        Q.    And other than the five-minute visual

15   examination of the pumps that you found at Don's

16   Hydraulics and the pressure testing that was performed on

17   these four hoses, what other steps did you take to

18   investigate why the hydraulic pumps failed?

19        A.    Only checking the manufacturer's instructions.

20   And my general background in machinery over the years.

21        Q.    Other than a suction hose leak, are there

22   other common causes of hydraulic pump failures?

23        A.    Sure.  Contamination.  All of the other things

24   we talked about, that I talked about before on Page 27 of

1    that instruction.

2         Q.    So, contamination by some source?

3         A.    Some other source.

4         Q.    Incorrect installation would be a cause of

5    pump failure?

6         A.    Could be.  Yes.

7         Q.    In your mind, is aeration or cavitation the

8    same thing as contamination of the system?

9         A.    No.  I mean --

10        Q.    Explain the difference between those two

11   concepts for us?

12        A.    Well, cavitation occurs when you have a

13   negative pressure in a system because of the dynamics of

14   the fluid flow.  It doesn't mean there is an external

15   leak.

16              What was the second term you used?

17   Cavitation?  And what is next?

18        Q.    Aeration.

19        A.    Aeration.  That would occur normally due to

20   air from an external source, like a leak in this case.

21              The third was, did you say foaming or

22   not?

23        Q.    No.  I said contamination.

24              Do you agree that a possible cause of

CORBETT & ASSOCIATES

1   hydraulic pump failure would be lack of oil for whatever

2   reason?

3          A.   Yes.

4          Q.   Is another possible cause of hydraulic pump

5   failure excessive heat?

6          A.   Yes.

7          Q.   Is another possible cause of hydraulic pump

8   failure overpressure?

9          A.   Yes.  They were on the next page.  That was on

10  Page 28.

11         Q.   And can you tell us what, if anything, you did

12  to rule out these other possible causes of hydraulic pump

13  failure?

14         A.   First of all, I saw no signs of overheating on

15  the swatch plates themselves.  Sometimes you would see

16  them, if that was a cause of overheating, or some of the

17  component.  You get bluing, or you get marks due to

18  overheating.  I didn't see that.  That's about it.

19  Overheating is the only one I would rule out from a

20  visual inspection -- of the ones that were open,

21  obviously.

22         Q.   Just so the record is clear, at no time did

23  SEA perform any testing on the alleged failed pumps

24  themselves.

1                          Correct?

2          A.    That's right.

3          Q.    Did you or anyone else at SEA have occasion to

4    review the diagrams or notes created by Don's Hydraulics

5    regarding the design of the hydraulic system?

6          A.    My recollection is, Mr. Cathell showed me some

7    drawings, and I decided that, based upon the focus of my

8    investigation, I did not need copies of them.  I am not

9    positive about that, but I think that is the case.

10         Q.    Were you aware that the hydraulic system that

11   Don's Hydraulics was installing at Fieldale Farms was

12   being hooked up to an existing running plant system?

13         A.    Yes.

14         Q.    Are you aware of what, if any, steps were

15   taken to filter the existing oil that was being attached

16   to the hydraulic unit system being installed by Don's

17   Hydraulics?

18         A.    No.

19         Q.    When you stated earlier that the scoring that

20   you had observed on the pumps, that you observed at Don's

21   Hydraulics during your visit was consistent with wear

22   from contamination, can you explain, specifically, what

23   you mean by that?  Describe, first of all, the scoring

24   and the names of the parts of the pumps that you saw it

                     CORBETT & ASSOCIATES

1    on?

2                    MR. TODDY:  Did you say scarring or

3    scoring?

4                    MS. BEAM:  Scoring.

5                    THE WITNESS:  I said scoring.

6    S-C-O-R-I-N-G.

7                    THE WITNESS:  I'm looking for a sketch.

8    I thought I had a sketch.

9    BY MS. BEAM:

10        Q.   Well, I believe you were referring to the

11   photographs.

12        A.   When you said identify the parts, I was going

13   to try and give you names, but I don't have the names.  I

14   guess Photograph No. 13 is about as good as any.

15                   The way these pumps work, there is an

16   incline portion that rotates and turns around at the same

17   time.  And when it rotates and turns around, it takes

18   amounts of oil that are in the plunger and compresses it

19   and pushes it out to give you about -- I think this one

20   had a pressure of about 250 bars, which is about 3,000

21   PSI.  So, it's a sizeable amount of pressure.  And the

22   scoring that you see on the interface -- these brass, I

23   believe, they are brass cups that rotate around.  And as

24   they rotate around, they have to have a good seal for the

1    pressure of 3,000 PSI to build up.  And if they leak out

2    because of contamination causing scoring, then you don't

3    have the pressure build up.  And that's what I see on the

4    brass cups that are there.  That's a seal.  This is the

5    seal.

6         Q.   So, this apparatus with the brass cups on it

7    is called a seal?

8         A.   Well, the individual seals are made by the

9    brass cups when they go against the plate.

10        Q.   And the part that you noticed the scoring on,

11   the name of that is what, brass cups?

12        A.   I don't know what they were called.  I really

13   don't know.

14        Q.   Is there scoring that you saw on any other

15   part of the pump that you were referring to in giving

16   your opinion regarding scoring consistent with wear from

17   contamination?

18        A.   Yes.  On this circular plate.  I'm not sure.

19   This picture that I have here is not the same as the one

20   I have here.  In other words, it doesn't help me

21   tremendously.  I believe it's the mating part.

22              The way this works is, this large object

23   is the object to the right and that adjust the angle of

24   the plate.  And then, on the inside, this mounts inside

1    here.

2                    I know the court reporter can't get

3    this, but I'm trying to help us.  And then these brass

4    plates ride on that surface on the inside.  And the oil

5    opens and closes by passing over various holes.  I don't

6    know the names of the terms.  I wish I could help you,

7    but I don't know.

8        Q.   So, my question is, did you see this scoring

9    anyplace other than what you just described as the brass

10   cups?

11       A.   Yes.  Also on this circular surface, the

12   annular surface.

13       Q.   And you don't know the name of that part?

14       A.   That's right.

15       Q.   Did you have occasion to examine the pump

16   housing?

17       A.   No.

18       Q.   Did you have occasion to examine the pressure

19   plates?

20       A.   Those might be called pressure plates.  I'm

21   not sure.

22       Q.   By what you are calling scoring, would you

23   also, in your opinion, say that it was or had an eroded

24   appearance?

CORBETT & ASSOCIATES

1       A.      No.

2       Q.      Now, in your opinion, Doctor, how long would

3   the pump have to be exposed to a contaminate before it

4   starts to show this kind of scoring that you say that you

5   saw?

6       A.      There can't be an answer to that question.    I

7   don't know the answer to that.    In other words, if you

8   had very severe contamination, short time.    If you had

9   less contamination, longer time.    I can't say.

10      Q.      Define what you mean by severe contamination?

11      A.      Worse than mild.    You can't define it.    You

12  can't scientifically say, objects of a certain number of

13  microns in diameter, because nobody tested the oil that

14  I'm aware of in this case.

15      Q.      Well, there is a difference between nobody

16  being able to because there is documentation on the

17  Internet regarding micron size of debris and what kind of

18  damage it's going to cause.

19              Do you agree with that?

20      A.      I haven't seen it, but I'm sure there is.

21      Q.      So, the fact is, you can't say that in this

22  case because no one tested the oil?

23      A.      That's what I said.

24      Q.      Well, earlier you said it couldn't be done.

CORBETT & ASSOCIATES

1    But it could be done.  It just wasn't done in this case.

2                        Correct?

3         A.    I couldn't answer the question that you asked

4    me because I don't have that information.

5         Q.    But that kind of test could have been

6    performed if they had asked you to do it?

7         A.    That's right.

8         Q.    But you were never asked to do that kind of

9    test?

10        A.    That's right.

11        Q.    So, then, Doctor, is it fair to say, for

12   purposes of what you were asked to do, you started with

13   the assumption that the pumps failed because of a leak,

14   and they said, Here, show me if this leaks or not?

15        A.    That's exactly it.

16        Q.    Were you or anyone else at SEA ever provided

17   with the report that was prepared by the oil reclamation

18   company hired by Fieldale Farms at the time that the

19   pumps installed by Don's Hydraulics were installed?

20        A.    No.  I didn't know that existed.

21        Q.    Would it be significant for your

22   consideration?  And I'm going to represent to you that

23   part of this report that was done by this oil reclamation

24   company showed a piece of paper, a good size piece of

1          Q.   It would not be important to you that there

2     was a large piece of paper floating around this system?

3                     MR. TODDY:  Objection to the form.

4                     THE WITNESS:  That's a different

5     question.  I mean, if the piece of paper was in a

6     reservoir, and there was a filter, and the filter kept

7     the paper from going into the pumps, it would not make

8     any difference.  That's why the filter is there.  There

9     are a lot of details I don't know.  So, I can't answer

10    your question that way.

11    BY MS. BEAM:

12         Q.   So, you don't know if there were filters in

13    place; do you?

14         A.   That's right.

15         Q.   You don't know?

16         A.   That's right.  That's correct.

17         Q.   So, these are all kinds of details that you

18    would need to be provided to make a determination if

19    there was another cause for this hydraulic pump failure.

20                     Is that correct?

21         A.   An additional cause.  That's correct.  In

22    addition to the leaking hoses.

23         Q.   Let's look at that.

24                     If you have not looked at all of the

1   other details of this particular hydraulic system, such

2   as what filters were installed, or if the oil was clean,

3   tell me what the basis is of your opinion that these

4   allegedly leaking hoses was the cause of the hydraulic

5   pump failure?

6                   MR. TIGHE:   Could the court reporter

7   read back that question?

8                   (The court reporter was requested to

9   read back from the record.)

10                  MR. TIGHE:   Objection to the form of the

11  question.

12                  THE WITNESS:   If you have air leaks, you

13  get air into the system, that is clearly a cause of pump

14  failure, possible cause of pump failure, you don't have

15  to look for every other cause that exist, as well.   There

16  may be other contributing factors.

17                  But getting air in is bad enough.   That

18  is the reason for the conclusion.

19  BY MS. BEAM:

20       Q.   And for how long of a period of time would

21  this system need to be getting air in as you define it,

22  before the pumps failed?

23       A.   I don't know.

24       Q.   Is there any way of telling?

                    CORBETT & ASSOCIATES

1       A.   Can I tell you, as I am sitting here today, or

2    at any point in my investigation, no.  I can't tell you.

3       Q.   Is there a scientific way that could determine

4    that?

5       A.   No.  I can't think of any right now.

6       Q.   And just so I understand, Doctor, it is your

7    opinion that it is the air getting in through these hoses

8    somehow that caused the pump failure, but you don't have

9    an opinion as to why the hoses leaked in the first place?

10                  MR. TODDY:  Let me object to the form.

11                  THE WITNESS:  I know they leak now.  You

12   said allegedly leak.  I know they leak now.  There is no

13   question about that.

14                  What was the rest of that question?  I'm

15   sorry.

16                  MS. BEAM:  Could you read back the

17   question?

18                  (The court reporter was requested to

19   read back from the record.)

20                  THE WITNESS:  I think I answered that.

21   I said I think I answered that.

22   BY MS. BEAM:

23       Q.   And, Doctor, what was your answer?

24       A.   Can she read it back?

                    CORBETT & ASSOCIATES

1          MR. TIGHE:  Thank you.  I wanted to

2   clarify that for the record.

3          THE WITNESS:  No.

4   BY MR. KAPLAN:

5      Q.  And you already testified that metal debris,

6   depending upon its nature, could cause leakages from

7   hoses, as well as disrupt an entire hydraulic pump

8   system?

9      A.  And it could also be a result of air,

10  probably.

11     Q.  And you had no idea there was any metal debris

12  or other debris found in the oil?

13     A.  It's not surprising, but I did not know it.

14     Q.  So, you have no opinion whether the debris, or

15  whatever was found in this system, was the cause of any

16  pump failure because it was not part of what you were

17  contracted to do?

18     A.  That's right.

19     Q.  One last area, which I did not ask you

20  earlier, sir.

21          What has been the cost, or what was the

22  cost of preparing your report in this matter?

23     A.  Cost of our investigation that resulted in the

24  report.  I have no idea.

CORBETT & ASSOCIATES

1          Q.    What is the hourly rate that you charge?

2          A.    Back then this was -- I don't know.  I think

3     it was about $275 an hour, I guess.

4          Q.    And is Mr. Cornetto's rate in addition to that

5     rate?

6          A.    He has a different rate.

7          Q.    That doesn't include everyone that worked on

8     this project?

9          A.    That's just me.  His is probably $175, or

10    something like that.

11         Q.    And do you know how many hours you and/or

12    Mr. Cornetto had put into this matter?

13         A.    No.

14         Q.    Do you know what the overall cost has been to

15    date?

16         A.    No, I don't.

17         Q.    How much time would it have taken you or

18    Mr. Cornetto to actually test the pumps that are part of

19    the hydraulic system?

20         A.    This is the first time I have addressed that

21    issue or thought about that issue.  But you have to have

22    a reservoir.  You have to have some kind of load.  You

23    have to have the liquid.  The best thing to do would be

24    to test them in a similar system, but it would be fairly

CORBETT & ASSOCIATES

1    expensive.  Ball park number.  $15,000.

2        Q.    Now, when you say, in your conclusion that the

3    pump failures were the result of leaks in hoses, again we

4    are not going to discuss what the causes of the leaks

5    were in the hoses, but could the failure also have been

6    caused by another cause?  In other words, could there be

7    two contributing causes?

8        A.    Air in the system is bad enough.  I mean, that

9    will do it.  Could there be?  There is no evidence of a

10    second cause.

11        Q.    But you weren't asked to focus upon whether

12    there was a second cause?

13                    MR. TODDY:  Objection to the form.

14                    MR. TIGHE:  I object to the form, too.

15                    THE WITNESS:  I was asked to test the

16    hoses.  And the fact that we found metal fragments

17    afterwards is consistent with scoring that could have

18    happened as a result of the air in the system.

19    BY MR. KAPLAN:

20        Q.    But you were never asked to test the pumps.

21                    Correct?

22        A.    That's correct.

23        Q.    And, therefore, you did not test the pumps.

24                    Correct?

CORBETT & ASSOCIATES

1          A.    That's correct.

2          Q.    And, therefore, you have no conclusions

3    whether the pumps were or were not the cause of any

4    failure of this hydraulic system?

5          A.    That the pumps were the failure?

6          Q.    Yes, sir.

7                MR. TODDY:    Object to the form.

8                THE WITNESS:    I'm afraid I don't

9    understand the question.

10   BY MR. KAPLAN:

11         Q.    You have no basis to conclude one way or the

12   other, that the pumps were either acting properly or

13   improperly, whether the cause of this failure or not the

14   cause of this failure, because you did no test in that

15   regard?

16         A.    I did no test of the pumps.    That's right.

17         Q.    You would have no opinion regarding whether

18   the pumps were or were not the cause of the failure in

19   the hydraulic system?

20               MR. TODDY:    Objection to the form.    It

21   has been asked and answered, but go ahead.

22               THE WITNESS:    That's right.

23               MR. KAPLAN:    I have no further

24   questions.    Thank you.

CORBETT & ASSOCIATES

1  BY MS. BEAM:

2      Q.   Doctor, I have a couple of questions.

3           When you examined the pipes, the four

4  pipes that were available to you?

5      A.   The hoses?

6      Q.   Yes.   The hoses.

7           Can you tell me just by visually

8  inspecting these hoses, could you see any obvious defect

9  in the hoses?

10     A.   No.

11     Q.   And even by picking up the hoses and handling

12 them, did that cause you to believe that there were any

13 obvious or apparent defects in the hoses?

14     A.   No.

15     Q.   Now, Mr. Tighe was asking you, was there any

16 indication that the pumps failed because of lack of oil,

17 and your answer was, no.

18          Isn't it true that that is not a cause

19 that you ruled out because that was not the focus of your

20 investigation?

21     A.   I didn't rule it out at the time.  But looking

22 at my photographs and seeing there was no overheating, I

23 did not find any indications of lack of oil.  But that is

24 the third of the three purposes for hydraulic fluid.

CORBETT & ASSOCIATES