# EXHIBIT "K"

# In The Matter Of:

*Don's Hydraulics, Inc. v.*
*Colony Insurance Company*

---

*Anthony D. Cornetto, III*
*August 26, 2005*

---

*Corbett & Associates*
1400 N. French Street
P.O. Box 25085
Wilmington, DE  USA  19899
(302) 571-0510    FAX: (302) 571-1321

*Original File 050826G1.ASC, 68 Pages*
*Min-U-Script® File ID: 2185434956*

**Word Index included with this Min-U-Script®**

Page 4

[1] me, ask me to speak up. If you need a break at any time,
[2] let me know.
[3]     Okay?
[4] **A:** Yes.
[5]     **Q:** I was provided by counsel with a copy of your
[6] Curriculum Vitae, which has been marked as No. 1.
[7] Can I ask you to take a quick look at
[8] that, and let me know if that is an up-to-date Curriculum
[9] Vitae for you?
[10] **A:** Yes. And this also has a copy of Dr. Butler's
[11] stapled to it.
[12]     **Q:** You can rip that off there for me, if you
[13] would?
[14] **A:** Sure.
[15]     **Q:** Just briefly, can you tell me what your
[16] educational background is?
[17] **A:** I have a Bachelor's degree from Virginia Tech
[18] in Engineering Science and Mechanics. And a Master's
[19] degree from Virginia Tech in the Engineering Mechanics
[20] Program.
[21]     **Q:** And you graduated from that program in 1999?
[22] **A:** 1997.
[23]     **Q:** And what did you do after receiving your
[24] Master's degree?

Page 5

[1] **A:** I went to work at Johns Hopkins Hospital in a
[2] lab called the Microsurgery Advanced Design Lab, which
[3] was part of Wilmer Eye Institute.
[4]     **Q:** And what were your duties in that position?
[5] **A:** We worked for a retinal surgeon who had ideas
[6] for different instruments that he would need for
[7] surgeries that he was involved in at the Eye Institute.
[8] And we were, actually, housed within the hospital, and he
[9] would send down ideas. We would design instruments. We
[10] had a machine shop which could build the instruments, and
[11] then we could send them back up to the surgeons to use
[12] during surgery.
[13]     **Q:** And then, when did you leave that position?
[14] **A:** I believe it was around May of 1999.
[15]     **Q:** And you went with SEA?
[16] **A:** Yes. At that time, it was FTI/SEA.
[17]     **Q:** And what was your position with that company
[18] when you first started there?
[19] **A:** Staff engineer.
[20]     **Q:** And does that continue to be your position
[21] there?
[22] **A:** Yes.
[23]     **Q:** What did you do as a staff engineer for SEA?
[24] **A:** I do investigations related to mechanical

Page 6

[1] failures and accident reconstructions.
[2] Involved in that, I do investigations,
[3] or I write reports, based on the investigation. Review
[4] reports. And I conduct testing and research. Things of
[5] that nature.
[6]     **Q:** Why did you leave Hopkins?
[7] **A:** It was a semi-academic kind of field. I did
[8] not like the pace. It was kind of a slower pace. And I
[9] was looking for something with a little bit of a faster
[10] pace.
[11]     **Q:** On Page 3 of your CV are two publications
[12] where you were a co-author.
[13] Correct?
[14] **A:** Correct.
[15]     **Q:** It is correct that neither of these
[16] publications deal with hydraulic pumps or hydraulic
[17] systems.
[18] Correct?
[19] **A:** That's correct.
[20]     **Q:** Prior to this case, have you ever had occasion
[21] to investigate or study hydraulic pumps or hydraulic
[22] systems since leaving school?
[23] **A:** Hydraulic pumps or hydraulic systems. Not of
[24] this type, no. I did have an occasion to investigate an

Page 7

[1] hydraulic system on a vehicle as it related to brakes,
[2] but not related to this type of case.
[3]     **Q:** I'm going to ask you to take a look at Butler
[4] Exhibit No. 2.
[5] Have you seen this document before?
[6] **A:** Yes.
[7]     **Q:** And can you tell me what, if any, part you
[8] played in producing this document? I don't mean the
[9] actual typing, but what input did you have into the
[10] contents of that.
[11] **A:** I had input into the section regarding the
[12] testing performed on the hydraulic hoses.
[13]     **Q:** So, that would be Page 4 and Page 5?
[14] **A:** Page 4 and Page 5. And the conclusion
[15] regarding the fact that the hose coupling assemblies
[16] leaked. And I, also, reviewed the report for our quality
[17] — checked on the technical aspect of the report.
[18]     **Q:** Let's start with that and work backwards.
[19] What do you mean you checked it for
[20] quality and technical process?
[21] **A:** Part of the process at SEA for any report that
[22] goes out is that after the report has been authored by
[23] the engineer on the case, the report is reviewed by
[24] another engineer to ensure quality of the work that is

Page 8

[1] being performed.
[2] **Q:** So, am I to understand, then, once Dr. Butler
[3] had this report, that is marked as Butler No. 2 in what
[4] he considered final form, he gave it to you to review?
[5] **A:** Correct.
[6] **Q:** And you reviewed it for accuracy?
[7] **A:** That's correct. To make sure it was
[8] technically sound.
[9] **Q:** Can you explain what you mean by technically
[10] sound?
[11] **A:** That there was nothing in the conclusions that
[12] I would have considered not based on engineering
[13] judgment, or not technically sound based on the
[14] investigation performed.
[15] **Q:** And you said part of your contribution to the
[16] report was as to the conclusion regarding the coupling
[17] failure.
[18] Is that right?
[19] **A:** The hose coupling assemblies leaked.
[20] **Q:** Is that the language on Page 7 that you are
[21] referring to?
[22] **A:** Correct.
[23] **Q:** Could you point me specifically to the
[24] language on Page 7 that you authored?

Page 9

[1] **A:** I don't know if I specifically authored the
[2] language the way it is stated. But the conclusion that
[3] all three of the hose coupling assemblies leaked at the
[4] interface of the female end, the hose and the ferrule, is
[5] a result of testing that I was involved in at Don's
[6] Hydraulics.
[7] **Q:** Other than that one sentence, is there any
[8] other language on Page 7 authored by you?
[9] **A:** I don't recall specifically, again, if I
[10] authored the second paragraph. But I may have been
[11] involved in what is stated in that second paragraph in
[12] describing the hydraulic hose couplings.
[13] **Q:** So, if I understand you, tell me if I am
[14] putting words in your mouth, you don't recall actually
[15] writing that paragraph out, but you believe that you
[16] conveyed that information somehow to Dr. Butler?
[17] **A:** It may have been a combination.
[18] **Q:** Combination?
[19] **A:** Yes.
[20] **Q:** Do you have any recollection or any notes that
[21] would indicate when you first became involved in this
[22] case?
[23] **A:** The only recollection that I would have is
[24] that it was prior to the testing that I performed on

Page 10

[1] February 24, 2004.
[2] **Q:** So, explain to me how it works at SEA? Does
[3] the project come to you, or is it going to come to a
[4] senior engineer, like Dr. Butler to begin with?
[5] **A:** It would depend on the case coming in.
[6] **Q:** Did this one come directly to you?
[7] **A:** No.
[8] **Q:** So, then, you got involved in the testing how?
[9] **A:** Dr. Butler asked if I would, I believe, talk
[10] to Mr. Cathell at Don's Hydraulics and set up testing,
[11] and, also, bring the hoses, and observe the testing being
[12] performed.
[13] So, this was performed at Dr. Butler's
[14] request.
[15] **Q:** And you are currently referring to a notebook
[16] that was produced by Dr. Butler during his deposition,
[17] marked as Butler No. 5.
[18] Are yours separated by number or letter
[19] tabs?
[20] **A:** No.
[21] **Q:** I'm looking at some handwritten notes, and at
[22] the top it says 2/24/04.
[23] Is that your handwriting?
[24] **A:** Yes.

Page 11

[1] **Q:** And there are also some photographs that have
[2] already been marked as Butler No. 4, which, I think,
[3] copies are behind that page.
[4] Do you have those in front of you, also?
[5] **A:** Correct.
[6] **Q:** Is there anything else in that notebook in
[7] front of you that was produced by you, either written by
[8] you, or photographs taken by you, or anything else?
[9] **MR. TODDY:** That's with the caveat that
[10] he already produced those parts of the report that are
[11] included?
[12] **MS. BEAM:** Absolutely.
[13] **THE WITNESS:** There is an evidence
[14] change of custody record dated February 24, 2004.
[15]  BY MS. BEAM:
[16] **Q:** Was that filled out by you?
[17] **A:** Yes.
[18] **Q:** And the purpose of that sheet was to do what?
[19] **A:** To document the transfer of the four hydraulic
[20] hoses from myself as a representative of SEA to Don
[21] Cathell as a representative of Don's Hydraulics.
[22] **Q:** So, after Dr. Butler asked you to test the
[23] hoses and talk to Don Cathell, give me an idea, what did
[24] you do next?

Page 12

[1]  A: I believe I contacted him on the phone.
[2]  Q: "Him" being Mr. Cathell?
[3]  A: Yes, Mr. Cathell. I described to him what
[4] type of testing we wanted to perform. We identified if
[5] he had the equipment necessary to perform that test. And
[6] then set up a time to go to Don's Hydraulics to observe
[7] the testing.
[8]  Q: At that point, did you have, or did SEA have
[9] in their possession any of the hoses that were to be
[10] tested?
[11]  A: Yes.
[12]  Q: How did you come into possession of those
[13] hoses?
[14]  A: I believe Dr. Butler took possession of the
[15] hoses upon an earlier inspection that he performed.
[16]  Q: And what type of testing did you tell
[17] Mr. Cathell that you wanted to perform upon the hoses?
[18]  A: We wanted to perform a pressure test to
[19] determine if there were any leaks in the hoses.
[20]  Q: Who was it that decided to perform a pressure
[21] test as opposed to a vacuum test on the hoses?
[22]  A: I don't know if at that time it was determined
[23] that we were going to be performing a positive pressure
[24] or a vacuum test. I believe we were performing just a

Page 13

[1] pressure test to determine if there were leaks. The
[2] decision to go with positive pressure was a result of the
[3] equipment available to perform the testing.
[4]  Q: Does SEC have a testing laboratory facility?
[5]  A: Yes.
[6]  Q: And where is that located?
[7]  A: I was going to note, it is SEA.
[8]  Q: I'm sorry. Is the SEA facility located at the
[9] 1110 Benfield Boulevard address?
[10]  A: Yes.
[11]  Q: And does that facility not have equipment that
[12] you could perform those test on those hoses?
[13]  A: We have equipment to perform pressure tests,
[14] but not specifically on this size hose.
[15]  Q: What size hoses can your facility accommodate?
[16]  A: Well, it's not that we could not accommodate.
[17] The fittings required to connect to a pressure, or an air
[18] compressor, or some other means of creating pressure were
[19] a larger size fitting.
[20]  And, I believe, the reason why it was
[21] performed at Don's Hydraulics is that Dr. Butler
[22] suggested that those fittings may be available, rather
[23] than having to order fittings or have fittings made for
[24] these hoses. And that would be why it was not performed

Page 14

[1] at SEA.
[2]  Q: Had you ever performed this type of testing
[3] before on hoses?
[4]  A: Not specifically this hose, but, yes, I
[5] performed pressure tests in the past.
[6]  Q: On industrial hoses?
[7]  A: On various systems. Not specifically
[8] industrial hoses.
[9]  Q: When you say "various systems," give me an
[10] idea?
[11]  A: Water systems in houses. Water heaters.
[12] Tires. Braided supply lines for sinks and toilets. I
[13] think that's all I can recall at this time.
[14]  Q: And these other pressure tests that you have
[15] done on various systems, that is while you were employed
[16] with SEA?
[17]  A: Yes.
[18]  Q: And when you are doing pressure tests in these
[19] other systems, do you have to have fittings to do those
[20] tests?
[21]  A: Yes.
[22]  Q: And when you do pressure testing on these
[23] other systems, do you generally have to order the
[24] fittings to fit whatever the application is that you are

Page 15

[1] testing?
[2]  A: In most cases, we have the fittings either at
[3] our facility, or they can be purchased at a local
[4] hardware store.
[5]  Q: So, in the past, you have had to go and
[6] purchase the fittings in order to perform the pressure
[7] testing on these other systems?
[8]  A: Correct.
[9]  Q: Did you or anyone at SEA investigate whether
[10] or not you could purchase the fittings in order to
[11] perform these pressure test on the industrial hoses at
[12] the SEA facility?
[13]  A: I did not.
[14]  Q: Do you know if anyone else did?
[15]  A: I'm not aware.
[16]  Q: Is there a reason why?
[17]  A: That, I don't know.
[18]  Q: Or is there a reason why SEA did not buy the
[19] fittings to do the testing at their own facility?
[20]  A: I do not know. I'm not aware of why we went
[21] with one or the other. I believe it is because we knew
[22] that the fittings were available at Don's Hydraulics.
[23]  Q: And how is it that you came by the knowledge
[24] that the fittings were available at Don's Hydraulics?

Page 16

[1] **A:** I was asked by Dr. Butler to contact them.
[2] And, I believe, Dr. Butler was aware they were available.
[3] **Q:** The notes that are contained in Butler 5 that
[4] you had made that are dated 2/24/04, do you have those in
[5] front of you?
[6] **A:** Yes.
[7] **Q:** When did you make these notes?
[8] **A:** February 24, 2004.
[9] **Q:** Where were you when you wrote those notes out?
[10] **A:** At Don's Hydraulics facility.
[11] **Q:** And were those notes made all at the same
[12] time, or was it over the course of several hours?
[13] **A:** It was over the course of an hour and a half.
[14] **Q:** These are very neat handwritten notes. So,
[15] I'm wondering if you have some other papers that you
[16] jotted down the results on, and you went back and put
[17] this in prettier form?
[18] **A:** No.
[19] **Q:** This is how you wrote it out as you went
[20] along?
[21] **A:** Yes.
[22] **Q:** The photographs that are behind that, and they
[23] have been marked as Butler No. 4, and they are numbered 1
[24] through 30, did you take these photographs?

Page 17

[1] **A:** Yes.
[2] **Q:** When did you take these photographs?
[3] **A:** February 24th.
[4] **Q:** And Dr. Butler had mentioned something along
[5] the lines that these photographs really, in time, start
[6] with No. 30 and work their way up to No. 1.
[7] Is that correct?
[8] **A:** That's correct.
[9] **Q:** The first photograph you would have taken on
[10] February 24, 2004 would be the image depicted in No. 30?
[11] **A:** Correct.
[12] **Q:** Describe for the record what is depicted in
[13] Image No. 30?
[14] **A:** Image No. 30 shows Hydraulic Hose No. 1, the
[15] male side being attached to a female connector with a
[16] pressure gauge and a shutoff valve attached to that.
[17] **Q:** And first of all, how do you know it is Hose
[18] No. 1 by looking at this image?
[19] **A:** I recall from the testing that the first hose
[20] we connected was Hose No. 1.
[21] **Q:** When you say "we connected," there are two
[22] individuals in this picture. One of them is not you. So
[23] identify for me who these men are?
[24] **A:** They connected. The gentleman on the right is

Page 18

[1] Mr. Cathell, I believe. The gentleman on the left, I do
[2] not have his name. But he was at Don's Hydraulics at the
[3] time. I believe he is an employee.
[4] **Q:** Now, did you or SEA provide any of the
[5] equipment that was used, other than bringing the hoses
[6] back with you, that was used in the testing that was done
[7] at Don's Hydraulics that day?
[8] **A:** No.
[9] **Q:** The pressure gauge belonged to Don's, also?
[10] **A:** That would be my assumption. It was at their
[11] facility. It did not belong to SEA.
[12] **Q:** You did not bring it?
[13] **A:** No.
[14] **Q:** Prior to the testing beginning, did you
[15] undertake any investigation into any of the equipment
[16] that was used that day by Don's to assure accuracy,
[17] calibration, operation, anything like that?
[18] **A:** No.
[19] **Q:** Going up to No. 29, can you just describe for
[20] the record what that image depicts?
[21] **A:** This is the same hose, same view, just from
[22] the opposite side. Same view as in Picture No. 30.
[23] **Q:** Going back to Image No. 30, just explain to
[24] me, you are saying the hose end is being fitted into the

Page 19

[1] female end.
[2] Is that what you had said earlier?
[3] **A:** Correct. Female fitting.
[4] **Q:** That female fitting was not already attached
[5] to the hose before the testing began?
[6] **A:** No.
[7] **Q:** Where did that female end come from?
[8] **A:** That's one of the fittings that Don's
[9] Hydraulics had available.
[10] **Q:** Mr. Cornetto, I know you know what you are
[11] talking about, but you have to take me one step back.
[12] You had four hoses that Dr. Butler had
[13] retrieved from Don's at some time previous to February
[14] 24th?
[15] **A:** Correct.
[16] **Q:** You put them in your car, or whatever, and you
[17] drive to Don's.
[18] Correct?
[19] **A:** Correct.
[20] **Q:** Do those four hoses that you have, when you
[21] enter Don's Hydraulics, do they have fitting ends on them
[22] already?
[23] **A:** Three of the hoses have a male end and a
[24] female end. And one of the hoses has two female ends.

Page 20

[1] **Q:** I don't understand, why, then, in Picture No.
[2] 30, they are inserting an industrial hose into a female
[3] end, if it had the female end on it when it came in?
[4] **A:** The male end is being inserted into the female
[5] fitting, in order to connect to a pressure supply,
[6] because you have to go from the size of the hose that we
[7] have down to a connection that can be connected to an air
[8] supply.
[9] **Q:** I'm with you now.
[10] So, where does the female end that male
[11] end is being screwed into, where does that come from?
[12] **A:** Don's Hydraulics.
[13] **Q:** So, to kind of jump ahead a little bit.
[14] When this test was done, with the hose
[15] that is depicted in No. 30, what was the result?
[16] **A:** The test was pressurized. I'm sorry. The
[17] hose was g21
[18] pressurized to, approximately, 105 PSI. One thing that
[19] we did not get to yet is that the other end of the hose,
[20] which is the female end, has a cap on it, which is a male
[21] fitting that is inserted into the female end.
[22] **Q:** So, the other end is, actually, the one that
[23] is being tested in this photograph.
[24] Is that correct?

Page 21

[1] **A:** At this point, nothing is being tested.
[2] **Q:** Eventually?
[3] **A:** Yes. Eventually. The results of the test
[4] were that the female end is capped, pressure was applied
[5] to the male end, through the fitting, the fittings that
[6] we see in Picture No. 30. And the female end was placed
[7] in a bucket of water to observe if there were any leaks
[8] around the fitting on the female end of the hose. And
[9] this is Hose No. 1. And the results of that were that
[10] bubbles formed around the collar in what we describe as
[11] the area where the ferrule, the hose, and the female end
[12] come together.
[13] **Q:** You said it was tested to how much PSI? I'm
[14] sorry.
[15] **A:** Approximately, 105 PSI.
[16] **Q:** Now, do you stop at 105 because that is when
[17] you observed bubbles?
[18] **A:** No.
[19] **Q:** Why do you stop at 105?
[20] **A:** The system used is an air supply at Don's
[21] Hydraulics, which I did not verify how they were creating
[22] their air pressure, but, most likely, they have an air
[23] compressor and a compressed air tank and a hose from the
[24] tank. And that supplies your air pressure. And it is

Page 22

[1] not something that we were adjusting air pressure to
[2] create a certain number. That is the number that
[3] resulted from the pressure supplied by their system.
[4] **Q:** So, you did not crank it to 150 PSI and then
[5] wait for bubbles?
[6] **A:** No.
[7] **Q:** Who was controlling the air pressure?
[8] **A:** It is a system at Don's Hydraulics. And most
[9] likely, it is set as they would have it set at any time
[10] during their operation.
[11] **Q:** Do you know what it was set at?
[12] **A:** I know that the air pressure, according to the
[13] gauge, was, approximately, 105 PSI during this test. As
[14] far as settings on the equipment, I don't know what the
[15] settings were.
[16] **Q:** Going back and trying to educate me on how
[17] this test is done. We are back on No. 29 now.
[18] **A:** Okay.
[19] **Q:** It looks like the pipe has already been put
[20] into the female end and the vise grip. Right? And what
[21] are they doing now?
[22] **A:** He is using a pipe wrench to tighten — at
[23] that time, the pipe wrench is setting against it, but
[24] that's what was being completed at the time.

Page 23

[1] **Q:** The male end of the pipe is being tightened
[2] into the female fitting.
[3] Correct?
[4] **A:** Correct.
[5] **Q:** Now, in No. 29, this other gentleman that is
[6] not holding the wrench is holding the end of the hose.
[7] Is that right?
[8] **A:** Yes.
[9] **Q:** What this gentleman's left hand is on in No.
[10] 29, is that what gets put into the bucket of water?
[11] **A:** His hand is on a cap. It is allowing the
[12] female end of the hose to be capped off. So, it has a
[13] male fitting on the end that can be tightened into the
[14] female end of the hose. In the test of Hose No. 1, this
[15] end of the hose was placed into the bucket of water.
[16] **Q:** Logistically or practically speaking, where is
[17] the bucket of water put?
[18] **A:** On the ground.
[19] **Q:** How long were those hoses?
[20] **A:** Three of them were, approximately, 28 inches
[21] long. And one was, approximately, 30 inches long.
[22] **Q:** Moving forward in time and backward in number,
[23] we are on No. 28, can you describe what that image
[24] depicts, please?

Page 24

[1] A: Same as 29. It is just a little bit further
[2] from the actual hose.
[3] Q: Are those hoses flexible?
[4] A: I would describe them as pretty rigid.
[5] Q: Image No. 27, can you describe what that is?
[6] A: That's the pressure gauge, shutoff valve, and
[7] fitting that's used to connect to the air supplier.
[8] Q: Is that the air supplier that is being held
[9] by, I think, it is Mr. Cathell?
[10] A: Yes.
[11] Q: And that gets put on the end of the nipple
[12] there.
[13]    Is that right?
[14] A: Yes.
[15] Q: And then, what, the shutoff lever just gets
[16] turned on?
[17] A: The shutoff valve is open to allow air
[18] pressure into the system. Correct.
[19] Q: And what does No. 26 depict?
[20] A: Photo No. 26 shows the same set up with the
[21] shutoff valve in an open position. And the pressure at
[22] the time of the picture, on the pressure gauge, was
[23] slightly above 100 PSI from this picture. I can't make
[24] out exactly what number it was at.

Page 25

[1] Q: Now, when you take your PSI readings, at what
[2] point in time do you take the reading that you have
[3] recorded here in Exhibit No. 5?
[4] MR. TODDY: You mean during the test?
[5] MS. BEAM: Yes.
[6] THE WITNESS: After the shutoff valve is
[7] opened, then at some time after that when we are ready to
[8] perform the test. I don't know exactly if it was ten
[9] seconds after we opened the shutoff valve or a minute. I
[10] don't recall at this time.
[11]            BY MS. BEAM:
[12] Q: So, there was no set length of time that you
[13] let the air pressure go; correct? Is this something that
[14] happens instantaneously? Do the bubbles start right
[15] away, or do you have to wait awhile?
[16] A: No. It happens instantaneous.
[17] Q: Is that what we are seeing in Exhibit No. 25?
[18] A: Yes.
[19] Q: And that is Hose No. 1?
[20] A: Yes.
[21] Q: Were the hoses already marked with the numbers
[22] when you took them from SEA, or from Dr. Butler?
[23] A: Yes.
[24] Q: So, you did not mark these hoses?

Page 26

[1] A: No.
[2] Q: Moving along to No. 24, can you tell me what
[3] that depicts?
[4] A: That is a picture of the cap with the male
[5] fittings that is used to cap off the female end of the
[6] hydraulic hoses.
[7] Q: So, these are the end caps that were provided
[8] by Don's Hydraulics to cap the ends.
[9]    Correct?
[10] A: Correct.
[11] Q: These were not the fittings that you were
[12] testing?
[13] A: Correct.
[14] Q: There is some kind of white substance on the
[15] cap on No. 24.
[16]    Do you see that?
[17] A: Yes.
[18] Q: What is that?
[19] A: From this picture, I can't tell you exactly
[20] what the white substance is. I would suggest that it may
[21] be used for the fitting to create a better — it may be
[22] Teflon tape, or something of that sort.
[23] Q: What was the purpose of you taking Photograph
[24] No. 24?

Page 27

[1] A: Just to show what the fitting and the cap that
[2] was being used looked like.
[3] Q: And what is No. 23?
[4] A: The same fitting. And it is just more a top
[5] view.
[6] Q: Did, at any point, in this testing procedure,
[7] did you actually handle the end fitting, the capped
[8] fittings?
[9] A: I don't recall handling them. No. I don't
[10] recall handling them.
[11] Q: Moving forward to Image No. 22.
[12]    Can you explain for the record what that
[13] depicts?
[14] A: This shows the end cap being tightened onto
[15] Hose No. 3.
[16] Q: And again, neither of those hands in that
[17] photograph belong to you.
[18]    Correct?
[19] A: Correct.
[20] Q: So, No. 3 was the second hose that was tested?
[21] A: Correct.
[22] Q: And what does Imagine No. 21 depict?
[23] A: This shows the fitting that is placed onto the
[24] male hose, or the male end of Hose No. 3, which includes

Page 28

[1] the pressure gauge and the air supply.
[2]    Q: How does the gauge get affixed or attached to
[3] the end cap?
[4]    A: The fittings, the female, or the fittings that
[5] attach to the male end of the hose already had the
[6] pressure gauge and the shutoff valve as part of a unit
[7] that was put together at some point prior time.
[8]    Q: I see. It is depicted in Photograph No. 23
[9] and 24.
[10]    Correct?
[11]    A: Correct.
[12]    Q: Now, that apparatus containing the pressure
[13] gauge, that was affixed to a fitting end, is that
[14] correct, or was that all one manufactured piece?
[15]    A: This piece that we are looking at in Picture
[16] No. 23?
[17]    Q: Correct.
[18]    A: With the pressure gauge?
[19]    Q: Yes.
[20]    A: It is several pieces put together.
[21]    Q: Do you have any idea who assembled that
[22] apparatus?
[23]    A: No.
[24]    Q: Do you have any idea how old that apparatus

Page 29

[1] is?
[2]    A: No.
[3]    Q: Do you have any idea when the last time the
[4] accuracy of that apparatus was checked?
[5]    A: Accuracy of what?
[6]    Q: The gauge.
[7]    A: The gauge?
[8]    Q: Yes.
[9]    A: No.
[10]    Q: That is what that apparatus is, correct, it is
[11] a gauge?
[12]    A: It is a way of connecting air supply to a
[13] hose, hydraulic hose of this size or any system that has
[14] a connection, such as the male connection that we find on
[15] these hydraulic hoses.
[16]    Q: The gauge is being used for pressure?
[17]    A: The gauge is a method of determining the
[18] pressure that is being applied to that system.
[19]    Q: Number 20, what does that image depict?
[20]    A: This shows the female end of Hose No. 3 placed
[21] in a bucket of water to show that under pressure there
[22] were leaks, which is evidenced by the air bubbles forming
[23] around the interface between the hose and the collar, the
[24] female end.

Page 30

[1]    Q: Can I get you to say it one more time? You
[2] are seeing bubbles that are being produced between the
[3] female end and the what?
[4]    A: The hose.
[5]    Q: Which one of those photographs depicts that
[6] more clearly? I'm looking at 19 and 20 now.
[7]    A: Photograph No. 20 and Photograph No. 19 is a
[8] different end of the hose.
[9]    Q: Well, let's go to No. 19 first.
[10]    What is Photograph No. 19?
[11]    A: Photograph No. 19 is the male end of Hose No.
[12] 3 submerged under water.
[13]    Q: And what does this photograph tell you?
[14]    A: There are air bubbles which are somewhat
[15] visible in the photograph. And I know from testing that
[16] those bubbles were actually from the connection of the
[17] pressure gauge and not from anything around the fittings
[18] on the hose, or the actual hydraulic hose itself. Or I
[19] should say, from witnessing the testing.
[20]    Q: This is a big table. I don't want to stand
[21] over your shoulder, but I will come around and ask you to
[22] point it out on No. 20, if you will.
[23]    Are we talking about right here?
[24] (Indicating.)

Page 31

[1]    A: Yes.
[2]    Q: So, for the record, we are looking at
[3] Photograph No. 20. There is a bigger bubble down at the
[4] left-hand side here. (Indicating.)
[5]    Is that of concern to you?
[6]    A: I mean, this is a snapshot of the testing
[7] being performed. So, it would be a bubble that was as a
[8] result — you know — just the leaks in the hose.
[9]    Q: It looks like three little bubbles near what
[10] I'm going to describe as a crack here is what indicates
[11] to you it was a positive test result.
[12]    Is that correct?
[13]    A: Yes. These three bubbles are at the interface
[14] of the female — what's called a stem — and the actual
[15] hose. There are also bubbles on what would be almost
[16] directly centered in the photograph, which are, again, an
[17] indication that there is leaking. The nice thing about
[18] this photograph is it captured the bubbles right at the
[19] site of their initiation at that interface.
[20]    Q: I'm going to ask you, if you would, just for
[21] the record, label the different parts here, so that we
[22] are all using the same terminology.
[23]    A: (Witness complied.)
[24]    Q: Thank you. I'm going to have this marked as

Don's Hydraulics, Inc. v.
Colony Insurance Company
Case 1:04-cv-01275-KAJ    Document 81-12    Filed 10/03/2005    Page 10 of 14
Anthony D. Cornetto, III
August 26, 2005

Page 32

[1] an exhibit.
[2]    But just for purposes of my edification
[3] here, what you have marked as the female end, that's a
[4] separate piece from either what's above it or below it
[5] that you have marked as the hose and ferrule and whatever
[6] this connector is.
[7]    Is that correct?
[8]    **A:** Yes.
[9]    **Q:** So, is the female end also part of what
[10] everyone has been referring to as the stem?
[11]    **A:** Yes.
[12]    (Photograph 20 was marked as Cornetto
[13] Exhibit No. 2 for identification.)
[14]            BY MS. BEAM:
[15]    **Q:** Going onto No. 19. You said that was the male
[16] end of Hose No. 3 put into the bucket.
[17]    Correct?
[18]    **A:** Correct.
[19]    **Q:** We see bubbles there, but that is not a
[20] positive result indicating a leak.
[21]    Is that correct?
[22]    **A:** Correct.
[23]    **Q:** Can you explain to me how that happens?
[24]    **A:** The fitting that is used on the male end,

Page 33

[1] which has the pressure gauge and the shutoff valve, may
[2] have had a small leak at the connection of the pressure
[3] gauge or the shutoff valve or one of those pieces and
[4] that resulted in air bubbles.
[5]    **Q:** What makes you draw the conclusion it may have
[6] had a small leak?
[7]    **A:** I saw the air bubbles forming from somewhere
[8] along those locations. I don't recall specifically what
[9] connection site it was. I recall it was not anywhere
[10] near the interface, or anywhere along the hydraulic hose.
[11]    **Q:** Number 19, towards the bottom, it looks to be
[12] some kind of metal object.
[13]    What is that?
[14]    **A:** That is the pressure gauge.
[15]    **Q:** All right. I admit. I'm completely confused.
[16]    What is the pressure gauge doing in the
[17] bucket of water?
[18]    **A:** That's the only way to perform this type of
[19] test on the male end because the pressure gauge is
[20] attached to the fittings that connects to the male end of
[21] the hose.
[22]    **Q:** So, are you saying the apparatus with the
[23] pressure gauge on it, that I am looking at here in No.
[24] 21, is put into the bucket of water any time you are

Page 34

[1] testing a male end?
[2]    **A:** During this testing, correct.
[3]    **Q:** Moving onto No. 18. Can you tell me what that
[4] image depicts, please?
[5]    **A:** This is the Hydraulic Hose No. 2 with the cap
[6] or ferrule being placed on the female end, or it may be
[7] already placed on the female end.
[8]    **Q:** And then No. 17 depicts what?
[9]    **A:** The same hose with the fittings attached to
[10] the male end.
[11]    **Q:** Photo 16, let me start with 16.
[12]    What does that show?
[13]    **A:** This is the female end of Hose No. 2 submerged
[14] under water, and there are air bubbles forming in the
[15] water. And, again, from observing the testing, those air
[16] bubbles were forming at the location where the hose meets
[17] the female end of what we're calling the stem.
[18]    **Q:** Were there, also, bubbles from the cap end?
[19]    **MR. TODDY:** I'm sorry.
[20]    **MS. BEAM:** From the cap that was placed
[21] on the end.
[22]    **THE WITNESS:** Were there bubbles forming
[23] anywhere around that? No. I did not see any bubbles
[24] forming around that cap.

Page 35

[1]            BY MS. BEAM:
[2]    **Q:** Now, No. 14, what does that image depict?
[3]    **A:** Number 14 shows a crimping machine that was
[4] located at Don's Hydraulics.
[5]    **Q:** Why did you take that picture?
[6]    **A:** Just to have a picture of an exemplar crimping
[7] machine.
[8]    **Q:** For what purpose?
[9]    **A:** I wanted to have a picture, and I had them
[10] show me the system that they used for creating hoses at
[11] Don's Hydraulics.
[12]    **Q:** What does No. 13 depict?
[13]    **A:** Number 13 shows the type of fitting that they
[14] used at their facility. On the left is a system. It is
[15] a female connector that has a stem and ferrule all in
[16] one. The middle is a ferrule. And on the right is
[17] another female connector used in hoses, and it has a
[18] stem. It is not an all in one system that has a stem and
[19] a ferrule.
[20]    **Q:** Now, are these components of the industrial
[21] hoses that you were testing?
[22]    **A:** No. These are just examples of components
[23] used to make hydraulic hoses. The components used in the
[24] hydraulic hoses that we were testing are much larger.

Page 36

[1] **Q:** How about No. 12? What does that depict?
[2] **A:** It is the same as 13, just a different view.
[3] **Q:** How about No. 11?
[4] **A:** Number 11, I believe, is an all in one, just a
[5] male connector for the hydraulic hose, and it has the
[6] ferrule also built into the system.
[7] **Q:** Number 10?
[8] **A:** Number 10 shows the female end of Hose No. 1.
[9] And the tape measure is placed on the inside. I was
[10] measuring the depth to the end of the system, which is
[11] inserted inside of the hydraulic hose.
[12] **Q:** What significance does the depth to which the
[13] stem goes into the hydraulic hose have?
[14] **A:** I was documenting the hoses. So, I wanted to
[15] take a measurement in case it was an issue at any time.
[16] **Q:** Number 9. What does that depict?
[17] **A:** Picture showing the distance from the end of
[18] the hose to the end of the ferrule on the outside of the
[19] hydraulic hose.
[20] **Q:** Is it the same hose as in No. 10?
[21] **A:** Yes.
[22] **Q:** Is it of any significance that the
[23] measurements are different?
[24] **A:** I think it is just documenting that the system

Page 37

[1] is, approximately, an inch longer inside of the hose than
[2] the ferrule is on the outside. I'm trying to describe
[3] it.
[4] If you were looking at Picture No. 9,
[5] and you were imagining where the end of the stem is, on
[6] Picture 9, it would be an inch further than where the end
[7] of the ferrule is.
[8] **Q:** In your experience, is that something unusual
[9] about that?
[10] **A:** No. I was just documenting them.
[11] **Q:** Image No. 8. Can you tell me what that is?
[12] **A:** That is just a close-up picture of what is
[13] described, in our report, as an interface between the
[14] female end, the hose and the ferrule. It is just a
[15] closer imagine of that area.
[16] **Q:** Image No. 8. There appears to be some white
[17] substance on the hose.
[18] Do you see that?
[19] **A:** White or light?
[20] **Q:** White.
[21] **A:** White. Yes.
[22] **Q:** Do you have any idea what that was?
[23] **A:** No.
[24] **Q:** Was it like that when you received the hose?

Page 38

[1] **A:** I do not recall. I could possibly go back and
[2] look at photographs to check. But I didn't specifically
[3] note that.
[4] **Q:** Did you have to remove any tape or putty or
[5] anything like that from the ends of the hoses before
[6] testing could be done on February 24th?
[7] **A:** No.
[8] **Q:** Do you have something that you could refer to,
[9] to see if the hose looked like this when you first took
[10] possession?
[11] **A:** I could check and see if any of Dr. Butler's
[12] photographs showed the hose at the time that he received
[13] them.
[14] Picture No. 24, in Dr. Butler's
[15] photographs, there appears to be a similar white
[16] substance in a single area on Hose No. 1.
[17] **Q:** And just for the record, for record purposes,
[18] you are referring to Image No. 24, contained in Butler
[19] No. 3. All right. Just to finish up the photographs
[20] that you took.
[21] Can you tell me what No. 6 depicts?
[22] **A:** Photo 6 is a view of the female end of Hose
[23] No. 1, just showing part of the internal threads on that
[24] end.

Page 39

[1] **Q:** And No. 5?
[2] **A:** Same sort of view, just looking a little bit
[3] more inside of the hose.
[4] **Q:** How do you know that this is Hose No. 1?
[5] **A:** I just recall from taking the photographs that
[6] I was doing the examination on Hose No. 1 and took a
[7] series of photographs on Hose No. 1.
[8] **Q:** And Image 4, what does that depict?
[9] **A:** Photo 4 is showing the male end of Hose No. 1.
[10] And the tape measure is inserted inside of the hose to
[11] show where the stem was located.
[12] **Q:** And No. 3 depicts what?
[13] **A:** No. 3 is the same hose with the tape on the
[14] outside. And the end of the tape that would be to the
[15] right of the photograph is at the end of the ferrule.
[16] **Q:** And again, that is a measuring tape, just for
[17] the record?
[18] **A:** Correct.
[19] **Q:** And what is depicted in No. 2?
[20] **A:** Number 2 is a close-up view of the male end of
[21] Hose No. 1 showing the interface between the stem, the
[22] hose and the ferrule.
[23] **Q:** And in No. 2, on the threads there, it is a
[24] white substance.

Page 40

[1] Q: Do you see that?
[2] A: Yes.
[3] Q: Do you have any idea what that is?
[4] A: It looks like some type of plumber's putty.
[5] Q: And Image No. 1, what is that?
[6] A: A view looking inside the hydraulic hose from
[7] the male end of the hose.
[8] Q: You observed the testing of three pipes on
[9] February 24, 2004 at Don's Hydraulics.
[10] Is that correct?
[11] A: That's correct.
[12] Q: Did you take all four pipes with you that day?
[13] A: Yes.
[14] Q: Is there a reason why the fourth pipe was not
[15] tested?
[16] A: Hose No. 4, or the fourth hose had two female
[17] ends. And the fittings that were available for this
[18] testing were for a hose that had one male end and one
[19] female end.
[20] Q: Now, when you had spoken with Mr. Cathell,
[21] what was your understanding of how the testing procedure
[22] was going to go when you appeared at his facility with
[23] the hoses?
[24] A: How do you mean? My understanding is that

Page 41

[1] they had fittings available at Don's Hydraulics to
[2] perform this testing. And that I would be bringing the
[3] hoses to Don's Hydraulics and this type of test would be
[4] performed. I don't recall if we discussed in great
[5] detail anything beyond that.
[6] Q: Did you discuss with Mr. Cathell whether he
[7] was going to do the testing, or if you were going to do
[8] the testing, or what was your understanding?
[9] A: I don't recall at this time if we did decide
[10] who was actually going to be performing the testing.
[11] Q: The fact is, though, you did not perform the
[12] testing.
[13] Is that correct?
[14] A: That's correct.
[15] Q: The fact is, the plaintiff, Don Cathell,
[16] actually, did the testing on those industrial hoses.
[17] Is that correct?
[18] A: He connected the hoses and performed the
[19] testing by placing the hoses in the water.
[20] Q: So, he did perform the testing.
[21] Correct?
[22] A: Correct.
[23] Q: He was assisted by an unidentified person who
[24] you photographed in this exhibit.

Page 42

[1] Correct?
[2] A: Correct.
[3] Q: Would you just describe, briefly, for the
[4] record, what your notes of 2/24/04 indicate? Actually,
[5] if I can stop you.
[6] A: Sure.
[7] Q: At the top you have a sentence that says, New
[8] hoses work fine on some connections. Made same way.
[9] What does that mean? Why is that there?
[10] A: I believe it says, same connection, new hoses
[11] work fine on same connections. And made same way. I was
[12] jotting down notes, I believe. Mr. Cathell may have said
[13] that to me. I was just jotting down the note.
[14] Q: If I could get you to start at Roman Numeral
[15] 1, and tell us, first of all, what you have written under
[16] each heading and what it means?
[17] A: It says, Roman Numeral 1, 105 PSI. Female end
[18] capped. Pressure applied to male end. Female end placed
[19] in water. Bubbles around collar. And that was the
[20] testing performed on Hose No. 1. The pressure on the
[21] gauge at the time of the testing was 105 PSI. I was just
[22] describing that we had capped off the female end of the
[23] hose. And that we were applying pressure through the
[24] male end of the hose. And that when we placed the female

Page 43

[1] end under water, there were bubbles formed around what I
[2] would call at the time the collar, which we are referring
[3] to as the interface of the stem at the female end and the
[4] hose.
[5] Roman Numeral No. 3 —
[6] Q: Let me stop you for one second.
[7] Does that mean that you did not test the
[8] male end of Pipe No. 1?
[9] A: Correct.
[10] Q: Go ahead.
[11] A: Roman Numeral No. 3, 100 PSI. Female end
[12] capped. Pressure applied to male end. Female end placed
[13] in water. Bubbles around collar. Male end placed in
[14] water. Bubbles from pressure gauge. Nothing from hose.
[15] This is a description of Hydraulic Hose No. 3. Pressure
[16] at the time was 100 PSI. Again, just describing that we
[17] capped off the female end and we applied pressure through
[18] the male end.
[19] When the female end was placed under
[20] water, there were bubbles around the interface of the
[21] hose and the stem on the female end.
[22] When the male end was placed under
[23] water, there were bubbles that formed from the pressure
[24] gauge and that there was nothing notable from the actual

Page 52

[1]  A: I do not know.
[2]  Q: Did it ever occur to you as to why these hoses
[3]  were not vacuum tested?
[4]      MR. TIGHE: Objection to the form of the
[5]  question.
[6]      MR. TODDY: Go ahead. You can answer.
[7]      THE WITNESS: No.
[8]             BY MR. KAPLAN:
[9]  Q: When you observed Mr. Cathell's testing of
[10] some of these hoses, when was that again, date wise?
[11] A: February 24, 2004.
[12] Q: 2003 or 2004?
[13] A: 2004. Yes. 2004.
[14] Q: When you observed Mr. Cathell conducting test
[15] of some of the hoses, were the fittings also provided by
[16] Mr. Cathell?
[17] A: Yes.
[18] Q: Were the fittings the same fittings that have
[19] been used in the hydraulic system when the system failed?
[20] A: No. My assumption would be no.
[21] Q: When you say your assumption, you don't know
[22] for sure whether they were the same fittings; would you?
[23] A: I know that the entire group that we used, for
[24] example, of a fitting which has the pressure gauge, the

Page 53

[1]  shutoff valve, the connection for the air supply, that
[2]  would not have been used in the hydraulic pumps.
[3]      The actual fitting at the end, that is
[4]  connected to the hose, I'm not sure where or what exactly
[5]  the connection on the hydraulic pumps looked like. So, I
[6]  don't know if that is the same fitting or not.
[7]  Q: Did you ask Mr. Cathell whether the fittings
[8]  were the same ones that were part of the hydraulic system
[9]  when the hydraulic system failed?
[10] A: No.
[11] Q: Could a failure in part of any of the fittings
[12] also be a cause of the failure of a hydraulic pump
[13] system?
[14]     MR. TIGHE: Objection to the form of the
[15] question.
[16]     MR. TODDY: You can answer.
[17]     THE WITNESS: I did not specifically get
[18] into causes of the failure of the hydraulic pump system,
[19] in that, looking at what other causes there may have been
[20] to cause this type of failure.
[21]            BY MR. KAPLAN:
[22] Q: That's because you were directed solely to
[23] look at a couple of hoses?
[24] A: I was instructed —

Page 54

[1]      MR. TIGHE: Objection to the form of the
[2]  question.
[3]             BY MR. KAPLAN:
[4]  Q: Why was that, sir?
[5]  A: I was instructed to perform the testing on the
[6]  three hoses, and I was not asked to, I guess, research
[7]  other possible failures in hydraulic pump systems.
[8]  Q: Let's turn to the photographs.
[9]      Sir, when you were present at
[10] Mr. Cathell's building, in February 24, 2004, were there
[11] any other representatives of SEA present with you?
[12] A: No.
[13] Q: And do I take it, based upon your prior
[14] testimony, that you took all of these photographs?
[15] A: Yes, I did.
[16] Q: So, you observed what was being done as
[17] opposed to participating in what was being done?
[18]     MR. TODDY: Objection as to the form.
[19]     THE WITNESS: I participated in the fact
[20] that I was observing what was being done, and I observed
[21] the results, and also, for example, suggested that we
[22] perform a similar test on the male end for Hoses No. 2
[23] and 3.
[24]            BY MR. KAPLAN:

Page 55

[1]  Q: But not Hose No. 1?
[2]  A: We did not do that test on Hose No. 1.
[3]  Correct.
[4]  Q: Did you recommend that you do a test on Hose
[5]  No. 1?
[6]  A: I think during the process of testing, when we
[7]  got to Hose No. 3, which was the second test, is when I
[8]  decided that it would be a good suggestion to test the
[9]  male end on that hose.
[10] Q: Let me go back a step, sir.
[11] A: Sure.
[12] Q: Did you take the hoses with you on February
[13] 24, 2004, when you left your offices and went to Don
[14] Cathell's office?
[15] A: Yes, I did.
[16] Q: And those were the hoses that Mr. Cathell had
[17] previously given to Dr. Butler?
[18] A: Correct.
[19] Q: And how many of the 20 hoses that are
[20] referenced in the letter that are attached to your notes
[21] did Mr. Cathell give Dr. Butler?
[22] A: Dr. Butler took possession of four hoses.
[23] Q: So, would it be fair to say, then, you have
[24] never seen 16 of 20 hoses that are alleged to have been

Page 60

[1] **Q:** Was the equipment that is shown on No. 24, was
[2] that part of the hoses, or was that equipment just at
[3] Don's pipes?
[4] **A:** Equipment at Don's.
[5] **Q:** Could that reddish material be rust?
[6] **MR. TODDY:** Objection.
[7] **THE WITNESS:** I am not sure what the
[8] material is. I don't believe that it is rust. It may be
[9] a discoloration.
[10]         **BY MR. KAPLAN:**
[11] **Q:** If it is a discoloration and not rust, what
[12] would it be?
[13] **A:** Staining.
[14] **Q:** Any reason why one would stain a —
[15] **A:** Not stain, like on a wall, but maybe —
[16] **Q:** Metal? Reddish?
[17] **A:** Maybe discoloration, like when you have a
[18] copper material that may discolor or brass material that
[19] may discolor. Something of that nature. I don't
[20] specifically what the brown color is.
[21] **Q:** You told us before that as part of the quality
[22] control at SEA a report is prepared by one engineer and
[23] proofread by a second engineer?
[24] **A:** Correct.

Page 61

[1] **Q:** After it is proofread by the second engineer,
[2] it is signed off by both the preparer, as well as the
[3] person who did the reviewing?
[4] **A:** Correct.
[5] **Q:** And at that point, it becomes the finished
[6] product?
[7] **A:** Correct.
[8] **Q:** On Page 5 of the report?
[9] **A:** Yes.
[10] **Q:** Under the heading Male end, you list Hose No.
[11] 1, that there was no leak.
[12] Is that correct?
[13] **A:** That is correct. That's what is listed.
[14] **Q:** And what you told us is, that is a mistake?
[15] **A:** Correct.
[16] **Q:** Because that part was never tested?
[17] **A:** That's correct.
[18] **Q:** So, somehow the accuracy — strike that.
[19] So, there are mistakes in this finished
[20] product?
[21] **MR. TIGHE:** Objection to the form.
[22] **MR. TODDY:** Joint.
[23] **THE WITNESS:** There is a mistake on the
[24] table.

Page 62

[1]            **BY MR. KAPLAN:**
[2] **Q:** When did you recognize there was a mistake in
[3] that table?
[4] **A:** This week. I don't recall which day.
[5] **Q:** Did Dr. Butler ever advise you that there was
[6] a mistake in the table?
[7] **A:** I believe we probably reached that conclusion
[8] at the same time.
[9] **Q:** Did you notify any counsel in this case of the
[10] mistake in that report prior to your deposition?
[11] **A:** I believe we notified Mr. Toddy.
[12] **Q:** On Page 4 of that report under the heading
[13] Testing, the first line reads, SEA participated in the
[14] pressure test.
[15] Correct?
[16] **A:** Yes.
[17] **Q:** By "participated," you meant photographed
[18] Mr. Cathell testing the hoses?
[19] **A:** Correct.
[20] **MR. TODDY:** Is that a question?
[21] **MR. KAPLAN:** Yes. He answered it.
[22] **THE WITNESS:** Yes. If I can expand on
[23] that. Did you say photographed?
[24]            **BY MR. KAPLAN:**

Page 63

[1] **Q:** Yes. You took photographs?
[2] **A:** Yes.
[3] **Q:** And also observed it?
[4] **A:** Yes.
[5] **Q:** Did you attempt to ascertain what caused any
[6] possible leaks in the hoses?
[7] **A:** No.
[8] **Q:** Did you attempt to ascertain if there were
[9] other causes of the pump failure, other than the leak in
[10] the hoses?
[11] **A:** No.
[12] **Q:** Would it be fair to say, then, your task, as
[13] you saw it, was simply to ascertain if there was a leak
[14] in a hose?
[15] **A:** Correct.
[16] **Q:** Were you with Dr. Butler when he originally
[17] took possession of the four hoses?
[18] **A:** No.
[19] **Q:** When you were with Mr. Cathell, on February
[20] 24, 2004, did you and he discuss, in any manner, how
[21] hoses were kept?
[22] **A:** No.
[23] **Q:** Was there any discussion regarding whether the
[24] hoses were ever cleaned from the time they were taken off