# EXHIBIT "B"

## Don's Hydraulics, Inc.
RR 7 Box 223C Georgetown DE 19947
Phone # (302)856-4545   Fax # (302)856-1874

11-14-02

Thank you for the opportunity to visit with you and evaluate your three Hydraulic systems.

I found many things which need attention and correcting in all three hydraulic systems. Many of the thirteen pumps have excessive case drain flow which indicates the pump is beginning to fail and will need replacing soon. One pump is rattling which should be replaced immediately. All flow meters have failed and should be removed to reduce back pressure. If they are replaced they should be installed on a by-pass loop so the G.P.M. could be checked then shut off. All units should be pumped out, cleaned inside to remove sludge, suction screens cleaned and or replaced as necessary. All sight/ temperature gauges have been damaged by excessive oil Temperature and need to be replaced. All pumps are required to operate the five present lines, leaving no spare pumps. In case of a pump or motor failure it would be necessary to operate at a much slower speed until the pump or motor is replaced. With a properly designed unit, downtime would be reduced to the time required to turn on a switch.

Oil coolers are improperly sized for the present operation. The coolers in the system are plugged with dirt and debris to the point that there is very, very little air flow resulting in almost no cooling. One cooler is improperly installed as another cooler discharges hot air into the intake of another cooler. Temperature switches which control the coolers are defective and/or improperly installed.

All fill caps are either damaged, or missing.

The resevoirs are undersized either by design and/or additional pumps that have been installed. This reduces the dwell time which causes heat and doesn't allow the air to escape before being pumped again which causes internal damage to the pump and premature pump failure. Seven of the present pumps have sixty horsepower motors where fifty horsepower is adequate. One pump, which was added, has the suction greatly reduced. The fill cap was removed and the suction line dropped thru the fill cap hole unsealed. The discharge line is reduced and connected to another case drain line and a check valve installed which must be removed.

All units have inadequate filtration.

The individual units downstairs and the individual units upstairs have the return lines improperly installed.

The main pressure and return pipes from the hydraulic power units to the various pieces of equipment through out the plat are too small to carry the volume of oil necessary to operate the equipment properly. In order to reduce the oil velocity in the piping you would need to add an additional 3 inch pressure pipe and a 3 inch return line for each of the three systems. The drops to the equipment should then be divided equally from the headers by <u>volume</u> not by pieces of equipment.

The present resevoirs do not have adequate capacity for the volume of oil needed nor are they designed to accommodate the required retention time to allow the air to escape from the oil before being pumped again as I noted in a previous paragraph. This must be designed in the resevoir to prolong the life of the pumps, motors, hoses, and valves.

The high pressure filters on the various pieces of equipment have been reduced with bushings and hoses restricting the volume. These should be increased to full size to allow full volumetric flow.

These problems did not arrive overnight. They have multiplied over the years by adding to the systems with little or no help from the suppliers.

Following this report I'll send a quote to correct these problems I've mentioned in this report. Please feel free to call me any questions you have reguarding this report or any other areas.

Thank You

*Don Cathell*
Don Cathell - President