EXHIBIT "C"



# PROJECT SUMMARY REPORT
# FIELDALE FARMS
## GAINESVILLE, GA

### MAIN HYDRAULIC SYSTEM
### OIL SYSTEM PREVENTIVE MAINTENANCE

**Prepared on October 4, 2003 by Tony Blackmon for:
Fieldale Farms and Don's Hydraulics**



EXHIBIT

CATHELL-10
5/26/05

## INTRODUCTION

This report documents the Oil System Preventive Maintenance Service performed at Fieldale's Gainesville, GA facility.

## PROJECT BENEFITS

- Single Source for all lubricant purification & reservoir cleaning needs
- Advanced oil purification technology
- Assures compliance with OEM Specifications
- Minimize costs by eliminating the need to purchase new oil, prevent further down-time, prevent loss of new pumps and eliminate need to dispose of used oil
- Reservoir refilled with oil at OEM cleanliness specification

## PRIMARY OBJECTIVES

- To provide safe, efficient and professional results
- To provide timely service results not to affect production timing
- To provide documentation of results to satisfy customer requirements

## OVERALL SCOPE

- To handle the hydraulic oil before service, during service, insure cleanliness of reservoir, and insure OEM oil cleanliness specification were met prior to re-start.
- To provide temporary oil storage
- To provide the equipment, labor and expertise necessary to perform the Oil System Preventive Maintenance service
- To meet the cleanliness criteria of both Fieldale Farms, Don's hydraulics and OEM recommendation
- To provide safe and efficient Confined Space Entry (CSE) reservoir cleaning service.
- Inspect system for mechanical defects and problems

## CONCEPT!

- Provide side stream filtration to prevent further damage to the system while equipment and crew was mobilized
- Conduct pump-out and storage of oil in service
- Clean reservoir
- Clean oil in service
- Provide dialysis of oil in service after re-fill and start-up
- Meet tight re-start time lines

## PERFORMANCE DOCUMENTATION

The following pages detail the objectives met per specification.

2

## CONFINED SPACE ENTRY (CSE) – RESERVOIR CLEANING

COT-Puritech technician's set-up for the Confined Space Entry by following the guidelines set forth by OSHA. These procedures were followed and documented. Particulate and metal debris were removed from the reservoir and stored in containment. Filters were left with customer for further examination. (See picture below)

### RESERVOIR CLEANING RESULTS – BEFORE



**PAPER FOUND WEDGED BETWEEN BAFFLE AND WALL ON RETURN END**

3

*Fieldale Farms*
*Oil System Preventive Maintenance Service*
*Project Summary Report*



METAL PARTICLES COLLECTED IN BOTTOM OF RESERVOIR AND ON PUMP SUCTION STRAINERS



4

*Fieldale Farms*
*Oil System Preventive Maintenance Service*
*Project Summary Report*

### BAG FILTERS FROM MOBILE RECLAMATION UNIT



### METAL PARTICLES COLLECTED IN BAG FILTERS

**Reservoir Cleaning- After**

### PUMP SUCTION STRAINERS CLEANED



5

### SYSTEM INSPECTION DOCUMENTATION

No significant system issues were seen. Breathers, piping, and internal components were in place and seemed to be in working order.

### HYDRAULIC OIL PURIFICATION

To meet the cleanliness and moisture removal requirement for the main hydraulic system multiple separation methods were employed. Initial (before) oil analysis showed the hydraulic oil at an ISO 22/19. The oil was processed until on site testing confirmed that moisture was less than 0.03% and an ISO cleanliness code of 14/11 was achieved. Moderate amounts of metal and some paper were removed from the systems oil supply and reservoir.

### OPTICAL PARTICLE COUNTER

An optical particle counter on the Mobile Reclamation Unit was used to achieve "real time" cleanliness results. Samples of the cleaned oil were also sent to the Predict lab for analysis (results are attached).



## FINAL RESULTS

**Fieldale Farms
Gainesville, GA**

| System Name | Gallons | Particle Count Before | Particle Count on site | Lab Certified Particle Count | Moisture Content |
|---|---|---|---|---|---|
| Main Hydraulic System | 3200 Gallons | ISO CODE 22/19 | ISO CODE 14/11 | ISO CODE 13/11 | <0.1% |

## RECOMMENDATIONS

- Periodic oil analysis of oil in service (quarterly / semi-annual)
- Maintain OEM recommended cleanliness levels (ISO 14/11)
- Utilize COT-PURITECH periodically to help maintain system cleanliness
- Filtration on air breathers should be monitored

7