# EXHIBIT "E"

# In The Matter Of:

*Don's Hydraulics, Inc.   v.*
*Colony Insurance Company*

---

*Thomas W. Butler, Ph.D*
*August 26, 2005*

---

*Corbett & Associates*
*1400 N. French Street*
*P.O. Box 25085*
*Wilmington, DE  USA  19899*
*(302) 571-0510    FAX: (302) 571-1321*

Original File 050826G3.ASC, 98 Pages
Min-U-Script® File ID: 3476920574

**Word Index included with this Min-U-Script®**



Page 1

[1] IN THE UNITED STATES DISTRICT COURT
[2] FOR THE DISTRICT OF DELAWARE
[3]
    DON'S HYDRAULICS, INC.,         :
[4] Plaintiff,                      :
[5] v.                              : C.A. No. 04-1275 (KAJ)
[6] COLONY INSURANCE COMPANY,:
    TRUCK TECH INDUSTRIES,          :
[7] INC., and TIPCO
    TECHNOLOGIES, INC.,             :
[8] Defendants.                     :
[9]      Deposition of THOMAS W. BUTLER, Ph.D.,
[10] taken pursuant to notice before Gloria M. D'Amore,
[11] Registered Professional Reporter, in the law offices of
[12] Goldfein & Joseph, 222 Delaware Avenue, Suite 1110,
[13] Wilmington, Delaware, on Friday, August 26, 2005,
[14] beginning at approximately 9:45 a.m., there being
[15] present:
[16] APPEARANCES:
         TIGHE, COTTRELL & LOGAN
[17]     BY: MICHAEL K. TIGHE, ESQUIRE
              and
[18]     MATTHEW LINDAUER, ESQUIRE
         First Federal Plaza
[19]     P.O. Box 1031
         Wilmington, Delaware 19899
[20]     Attorneys for Plaintiff
[21]
[22]
         CORBETT & ASSOCIATES
[23]     Registered Professional Reporters
         1400 French Street   Wilmington, DE 19801
[24]        (302) 571-0510

Page 2

[1] APPEARANCES CONTINUED:
[2]
         ZARWIN, BAUM, DeVITO, KAPLAN,
[3]     SCHAER, TODDY, P.C.
         BY: JOSEPH MICHAEL TODDY, ESQUIRE
[4]     1515 Market Street, Suite 1200
         Philadelphia, Pennsylvania 19102-1981
[5]     Attorney for Defendant,
         Colony Insurance Company
[6]
         REGER, RIZZO, KAVULICH & DARNALL LLP
[7]     BY: CYNTHIA G. BEAM, ESQUIRE
         1001 Jefferson Plaza, Suite 202
[8]     Wilmington, Delaware 19801
         Attorney for Defendant,
[9]     Truck Tech Industries, Inc.
[10]    GOLDFEIN & JOSEPH
         BY: GARY H. KAPLAN, ESQUIRE
[11]    222 Delaware Avenue, Suite 1110
         P.O. Box 2206
[12]    Wilmington, Delaware 19899
         Attorney for Defendant,
[13]    TIPCO Technologies, Inc.
[14] Also present:
[15]    Don Cathell
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]

Page 3

[1] (Professional Resume of Thomas W.
[2] Butler, Ph.D., was premarked as Butler Exhibit No. 1 for
[3] identification.)
[4]     (Document entitled Hydraulic Pump/Hose
[5] Failure Analysis dated March 29, 2004 was premarked as
[6] Butler Exhibit No. 2 for identification.)
[7]     THOMAS W. BUTLER, Ph.D., having first
[8] been duly sworn according to law, was examined and
[9] testified as follows:
[10]            BY MR. KAPLAN:
[11] Q: Good morning, Dr. Butler.
[12]    How are you?
[13] A: Fine. Thank you.
[14] Q: Dr. Butler, I introduced myself to you
[15] earlier. But, once again, my name is Gary Kaplan. I
[16] represent TIPCO in this matter.
[17]    We have noticed your deposition for
[18] today. You have given many depositions in the past, but
[19] I do want to go over the rules here in Delaware so that
[20] you are familiar with them.
[21]    Okay?
[22] A: Yes.
[23] Q: If, at any time, you do not understand the
[24] question, say so, and I will rephrase the question.

Page 4

[1] Otherwise, we are all going to assume that you understood
[2] the question and answered accordingly.
[3]    Okay?
[4]    A: Sure.
[5]    Q: If, at any time, you wish to take a break,
[6] please say so. The deposition will take as long as it
[7] takes, and no one is worried about the time element.
[8]    All of your answers must be verbal, and
[9] that is because the court reporter is going to take down
[10] all of your answers here today.
[11]    Okay?
[12]    A: Sure.
[13]    Q: Are you on any kind of medication this
[14] morning?
[15]    A: Nothing that would affect my ability to answer
[16] the questions.
[17]    Q: Let me show you what has been marked as
[18] Exhibit 1 and Exhibit 2.
[19]    Exhibit 1, is that a copy of your
[20] Curriculum Vitae, sir?
[21]    A: Yes, it is.
[22]    Q: Is that a current copy?
[23]    A: Yes. I don't think there has been any change
[24] since February of 2004.

Page 5

[1]    Q: Sir, looking at your Curriculum Vitae,
[2] briefly, are there any publications that deal with the
[3] fabrication of hoses?
[4]    A: No.
[5]    Q: Any publications dealing with the testing of
[6] hoses?
[7]    A: None dealing with the testing of hoses.
[8]    Q: Have you ever been part of any project which
[9] has tested hoses in the past?
[10]    A: Sure.
[11]    Q: Have you ever testified in any cases
[12] pertaining to the testing of hoses?
[13]    A: I don't remember.
[14]    Q: Have you ever been a part of any project
[15] involved with the testing of a hydraulic system?
[16]    A: Yes.
[17]    Q: Have you prepared any reports regarding
[18] hydraulic systems?
[19]    A: I'm sure I have. Almost 90 percent of the
[20] time, I prepare a report if I do some work on a system.
[21] But I can't think of any right now.
[22]    Q: Have you testified in any courts regarding the
[23] testing of hydraulic systems on hoses?
[24]    A: Yes.

Page 6

[1]    Q: Do you recall the names of the plaintiffs in
[2] any of those cases?
[3]    A: I can remember it was in Richmond, Virginia.
[4] And it had to do with failure of hoses, or a hose on
[5] something like a backhoe. It was a fairly high pressure
[6] hose. I've forgotten. It has been about five- or
[7] ten-years-ago.
[8]    Q: Do you recall the names of any attorneys
[9] involved in that matter?
[10]    A: No.
[11]    Q: Did you prepare a report in that matter?
[12]    A: I don't know. I just don't have any idea.
[13] Usually, the answer is yes. I think I was deposed, and,
[14] also, testified in court on that one.
[15]    Q: Does SEA keep copies of all of the reports
[16] that are prepared by employees of SEA?
[17]    A: Let me answer that a different way.
[18]    I did not work for SEA then. The
[19] company I worked for then was FTI Consulting. And FTI
[20] Consulting bought a different company called SEA, and FTI
[21] joined all of the engineering from both FTI and SEA into
[22] one group.
[23]    And then, about two- or three-years-ago,
[24] FTI Consulting decided to get rid of all engineering.

Page 7

[1] And so, I used to work for FTI, and that case, I'm sure,
[2] was during the time I worked for FTI.
[3]    So, when you asked, does SEA keep copies
[4] of reports done by employees, I had to clear that up a
[5] little bit.
[6]    But the answer is, yes, we probably have
[7] a copy of that report someplace.
[8]    Q: Would you have copies of any of your reports
[9] in your office?
[10]    A: No.
[11]    Q: Do you know if you gave any depositions
[12] regarding any matters when you worked on hydraulic
[13] systems on hoses?
[14]    A: Other than that one?
[15]    Q: Yes.
[16]    A: I have old lists of testimony experience. I
[17] could probably go through those. But I can't recall
[18] right now.
[19]    Q: If you had done so, if you prepared a report
[20] and testified regarding the same within the past five
[21] years, would that have come to mind then?
[22]    A: Sure. But I don't think there is any within
[23] the last four or five years.
[24]    Q: What is SEA?

Page 8

[1] A: It is a consulting company. It is
[2] headquartered in Columbus, Ohio. They have half a dozen
[3] other offices that are listed at the bottom of the first
[4] page.
[5] Q: In fact, at the beginning of this deposition,
[6] you advised us that you were involved in another case
[7] here in Delaware?
[8] A: Yes.
[9] Q: Have you given a deposition in that matter?
[10] A: Yes. I mean, I'm confusing a couple of
[11] different cases. But I gave a deposition in a case that
[12] I called Shatzberger.
[13] Q: What did that case involve?
[14] A: A water leak in a brass tube and brass fitting
[15] that were under the sink of a high end house near
[16] Bethany, I guess, or whereever, down in that area,
[17] Rehoboth.
[18] Q: Have you appeared here in Delaware in any
[19] other cases in the past 10 years?
[20] A: Yes. I testified in Dover. I think that may
[21] have been on a failure of a step on a railcar.
[22] Q: Do you recall the name of the attorneys
[23] involved in that case?
[24] A: No. I don't remember the attorneys' names.

Page 9

[1] I'm sorry.
[2] Q: Sir, let me turn to what has been marked as
[3] Butler No. 2.
[4] Do you recognize that document?
[5] A: Yes.
[6] Q: Is that your report, sir?
[7] A: That's right.
[8] Q: Involving the Hydraulic Pump/Hose Failure
[9] Analysis?
[10] A: That's right.
[11] Q: Can you turn to the last page of it, sir?
[12] A: Okay.
[13] Q: Is that your signature?
[14] A: Yes, it is.
[15] Q: It says that you prepared the report?
[16] A: That's right.
[17] Q: Do you have any other written materials
[18] containing opinions by you in aspects of this case?
[19] MR. TODDY: You said containing
[20] opinions?
[21] MR. KAPLAN: Yes.
[22] THE WITNESS: No.
[23] BY MR. KAPLAN:
[24] Q: I know you brought your notebook up here today

Page 10

[1] with you.
[2] What does that contain, sir?
[3] A: It contains what I would call factual stuff.
[4] There's a better copy of the report, one that has colored
[5] pictures.
[6] Let me go through it real quickly so you
[7] know what is there.
[8] Case profile sheet. It sort of gives us
[9] the assignment of the case. The copy of the report. The
[10] documents, I think I got, from Mr. Cathell, or other
[11] people, I'm not sure exactly. Truck Tech. TIPCO
[12] documents.
[13] Then there are notes that I made, on
[14] November 24, 2003, when I went to Don's Hydraulics.
[15] There are copies of the photographs that I took.
[16] Next, there are some notes that don't
[17] have opinions, just factual stuff, from Tony Cornetto,
[18] which I am sure you will ask him about later, about the
[19] testing.
[20] Q: For the record, Mr. Cornetto is of your
[21] office?
[22] A: Yes.
[23] Q: He prepared those notes, or are they your
[24] notes?

Page 11

[1] A: They are his notes. He wrote them on February
[2] 24th, at Don's Hydraulics when the testing was done.
[3] Then we have copies of his photographs.
[4] I included something I got off the Internet in terms of
[5] couplings and terminology, hose, ferrule and stem, so we
[6] would all be on the same page about that.
[7] Then installation and start up
[8] instructions for the types of pumps. Identification of
[9] the types of pumps.
[10] Deposition pages from Mr. Cathell's
[11] deposition. Evidence transfer sheets. I think that is
[12] it.
[13] Q: Do you have any other documents that you used
[14] in preparation of your report?
[15] A: No.
[16] Q: You alluded to pages from depositions of
[17] Mr. Cathell?
[18] A: Right.
[19] Q: Were you given the entire transcript of
[20] Mr. Cathell's two depositions?
[21] A: No.
[22] Q: So, you were given selected pages of them?
[23] A: That's right. They were faxed to Mr. Cornetto
[24] and me, and I reviewed those pages. And I highlighted a

Page 12

[1] few things.
[2] **Q:** You did that after your report had been
[3] prepared.
[4] Correct?
[5] **A:** Sure. Well, the report was written in 2004.
[6] And his deposition was 2005, the 26st and 27th of May.
[7] **Q:** Other than the deposition pages that appear in
[8] your black binder, are there any other documents in your
[9] black binder that you had not received, prior to
[10] preparing the report that has been marked as Butler 2?
[11] **A:** I don't think so, no.
[12] **Q:** Why did you have to go to the Internet to look
[13] up definitions of ferrule and stem?
[14] **MR. TODDY:** Object to the form.
[15] **THE WITNESS:** Well, I didn't have to.
[16] But I wanted to use terminology that was accepted in the
[17] industry.
[18] **BY MR. KAPLAN:**
[19] **Q:** Well, have you ever used that terminology
[20] before?
[21] **A:** Sure.
[22] **Q:** Had you used that terminology in preparing
[23] reports before?
[24] **A:** Boy, I can't say for sure. But I would

Page 13

[1] imagine so.
[2] **Q:** But you still felt the need to go to the
[3] Internet to come up with the definition of those terms?
[4] **MR. TODDY:** Objection to the form.
[5] **THE WITNESS:** Actually, I felt — what
[6] is the right term — justified in doing it.
[7] Mr. Cathell used some different terms,
[8] which I have forgotten now.
[9] **BY MR. KAPLAN:**
[10] **Q:** The date of that document is March 3, 2004?
[11] **A:** Sure.
[12] **Q:** So, you looked at those terms before you
[13] issued your report?
[14] **A:** Sure.
[15] **Q:** Now, sir, did you actually write the report
[16] that is marked as Butler 2?
[17] **A:** I typed it. Yes.
[18] **Q:** You typed it.
[19] Did you actually draft it?
[20] **A:** Yes, I must tell you. We have a template
[21] that has things like Project Summary. And I fill in some
[22] of the other stuff. But everything else, I wrote myself.
[23] Except for the report, Mr. Cornetto may have written some
[24] portion of this. I'm not sure exactly. We would have to

Page 14

[1] look at that as we go through it.
[2] **Q:** Now, prior to preparing or writing this
[3] report, did you actually, personally, test any hoses?
[4] **A:** Personally, me. No.
[5] **Q:** Did you do any kind of run or testing of the
[6] hydraulic system that the hoses were a part of?
[7] **A:** If you read the report, which you probably
[8] did, I indicated we did not have that available to us.
[9] **Q:** Well, could you have gone down to Fieldale
[10] Farms?
[11] **A:** I could have gone to Fieldale Farms if the
[12] pumps had still been in the system when we were asked to
[13] look at the system. Yes, I could have.
[14] **Q:** Did you ever ask to look at the pumps?
[15] **A:** I saw the pumps at Don's Hydraulics. I saw
[16] them quickly. I saw some slight scoring and was assured
[17] that the pumps no longer functioned properly.
[18] **Q:** You were assured that the pumps —
[19] **A:** Assured by Mr. Cathell that the pumps did not
[20] function properly. They had to be replaced.
[21] **Q:** What did you do to verify that they were not
[22] functioning properly?
[23] **A:** Nothing, except to look at the scoring. And I
[24] said to myself — I don't think I told him anything — I

Page 15

[1] said to myself. That's consistent with wear due to
[2] contamination of the hydraulic system.
[3] **Q:** Where was the scoring?
[4] **A:** On the plates that are on some of the
[5] pictures.
[6] **Q:** Is there a verbal description of that scoring
[7] in your report?
[8] **A:** No.
[9] **Q:** Looking at the photographs that you have
[10] attached to your report, or any of the photographs that
[11] you have in your possession, can you point out to me
[12] where this scoring appeared?
[13] **A:** Sure. There are better photographs, as well.
[14] **MR. KAPLAN:** Let the record reflect,
[15] Dr. Butler has photographs in his file.
[16] **BY MR. KAPLAN:**
[17] **Q:** Did you take those photographs, or were these
[18] taken by Mr. Cornetto?
[19] **A:** I took those.
[20] **Q:** And these were not part of your report.
[21] Correct?
[22] **A:** Some of them were in the report.
[23] **Q:** And others are not?
[24] **A:** That's right.

Page 16

[1] MR. KAPLAN: Let's mark the entire set.
[2] We will mark it as Butler 3. There are 26 pictures in
[3] the set, each of them marked with a number.
[4] (Photocopies of 26 pictures were marked
[5] as Butler Exhibit No. 3 for identification.)
[6]           BY MR. KAPLAN:
[7] Q: Dr. Butler, you were going to tell me the
[8] photograph number and location on the photograph that you
[9] saw the marks that you have just described?
[10] MR. TODDY: The scoring?
[11] MR. KAPLAN: Right. The scoring.
[12] THE WITNESS: Photographs 13, 14 — I'm
[13] sorry — 12 and 18.
[14]           BY MR. KAPLAN:
[15] Q: In any order that you prefer, sir, if you
[16] could tell me where in the photographs that scoring
[17] appears?
[18] A: Let's look at No. 12, first. On the little
[19] plunger, the brass colored plunger, there's scoring. And
[20] also, on the circular rim to the lower right of that.
[21] On No. 13, the same deal.
[22] And No. 14, it is on the plate at the
[23] bottom, the semi-circular plate that's there.
[24] MS. BEAM: Point to the plate again.

Page 17

[1] THE WITNESS: It is down here in the
[2] corner. (Indicating.)
[3] And No. 18, it is in the upper left-hand
[4] corner. Upper corner. (Indicating.)
[5]           BY MR. KAPLAN:
[6] Q: And by scoring, sir, how do you define the
[7] term?
[8] A: Marks due to abrasion between two moving
[9] parts. In this case, there are circular marks on this
[10] one — on the ring on No. 18. (Indicating.)
[11] Q: Is there any reason why these additional
[12] photographs were not attached to your expert report?
[13] A: Yes.
[14] Q: Why is that, sir?
[15] A: We don't put every photograph in that we take.
[16] I don't think I've ever done that. I didn't take a
[17] picture of Don's Hydraulic sign on the front of the
[18] building. I just take more pictures than I need to, and
[19] then select them to show certain features.
[20] Q: I'm assuming you did not take a picture of
[21] Don's Hydraulic sign in front of the building either; did
[22] you?
[23] A: That one in front, the first one.
[24] Q: That one? (Indicating.)

Page 18

[1] A: I did. That's what I said.
[2] Q: Does that help to identify the pictures?
[3] A: Yes. It shows where I am. So, the next time
[4] I am on Route 13, or whereever it is, I can say I've been
[5] there.
[6] Q: Now, as of the time that you issued the
[7] report, or wrote the report — well, in fact, sir, do you
[8] have any drafts of this report?
[9] A: No.
[10] Q: Do any drafts exist?
[11] A: No.
[12] Q: The back page says the report had been
[13] reviewed by Anthony Cornetto?
[14] A: Right.
[15] Q: Did Mr. Cornetto make any changes to the
[16] report?
[17] A: I don't remember at this point.
[18] Q: Would they be preserved in E-mail or
[19] documentation if there were any changes to the report?
[20] A: No. The way it works — I will say no to
[21] shortcut all of this — but it would be in this form,
[22] something that looks like this, without the photographs.
[23] The photographs would be separate, like these
[24] photographs. He would review it and make some marks on

Page 19

[1] it. And he and I would talk about the marks and about
[2] what corrections he suggest. And I would either make
[3] them or not and throw the whole draft away and just
[4] overtype in the word document the corrections. And then,
[5] my assistant, probably, at this point, Jeannie Ziertt,
[6] would make a final copy and print it on good paper and
[7] out it would go.
[8] Q: Now, sir, you told me you went to Don's
[9] Hydraulics on one occasion?
[10] A: Yes.
[11] Q: Do you have the date of that?
[12] A: Sure. I told you before.
[13] Q: What is the date of the report?
[14] A: It's in the report, too. November 24, 2003.
[15] Q: Did you go to Don's Hydraulics with
[16] Mr. Cornetto on that occasion?
[17] A: No. Just me.
[18] Q: And who did you speak to on November 24, 2003,
[19] sir?
[20] A: To Don.
[21] Q: Did you speak to anyone else?
[22] A: I hesitate to say no. There were probably
[23] other people walking around. I said, Hello, or that type
[24] of thing. But I did not talk about the case.

Page 20

[1] **Q:** That was the question.
[2] Did you talk about the substance of the
[3] case to anybody, sir?
[4] **A:** No. That wasn't the question. And I didn't
[5] talk to anybody else about it.
[6] **Q:** Have you looked at any additional photographs,
[7] other than what you presented here today?
[8] **A:** Yes. Photographs taken by Mr. Cornetto.
[9] **Q:** Are those photographs different than the
[10] photographs that we have here?
[11] **A:** Of course.
[12] **Q:** You say "of course."
[13] Do you have those photographs with you,
[14] sir?
[15] **A:** Sure.
[16] **Q:** When were those photographs taken?
[17] **A:** You'll have to ask him to be sure. But I
[18] think it was February 24, 2004.
[19] **Q:** Have you reviewed those photographs with
[20] Mr. Cornetto?
[21] **A:** Yes.
[22] **MR. KAPLAN:** Why don't we have those
[23] exhibits marked as Butler No. 4.
[24] (Photocopies of 30 pictures were marked

Page 21

[1] as Butler Exhibit No. 4 for identification.)
[2] **BY MR. KAPLAN:**
[3] **Q:** There are 30 photographs?
[4] **A:** Yes.
[5] **Q:** In that set, sir?
[6] **A:** Yes. Let me explain something off the bat.
[7] Mr. Cornetto's camera, apparently, works
[8] backwards. The first photographs he took were 30, 29,
[9] and they go backwards. The last one he took is number
[10] one because of the way the film works in his camera.
[11] **Q:** Do you know if any of these photographs have
[12] been provided in discovery?
[13] **A:** Yes. There are some in the report.
[14] **Q:** Other than those in the report, meaning Butler
[15] 2?
[16] **A:** I don't know.
[17] **Q:** The report that's in front of you?
[18] **A:** Other than the report, I don't know if they
[19] have been provided or not.
[20] **Q:** You misinterpreted the question. It is easy
[21] enough —
[22] **MR. TODDY:** No. He understood the
[23] question. You asked him if they have been provided in
[24] discovery. He said he didn't know.

Page 22

[1] **BY MR. KAPLAN:**
[2] **Q:** Other than those that were contained in the
[3] report that was marked as Butler 2, you don't know?
[4] **A:** No.
[5] **Q:** Did you provide these to counsel on a timely
[6] basis, sir?
[7] **MR. TODDY:** Objection to the form.
[8] What do you mean by "timely basis?"
[9] **BY MR. KAPLAN:**
[10] **Q:** Did you provide these to counsel during the
[11] year 2004?
[12] **A:** I don't think so.
[13] **Q:** Do you know when you provided all of these
[14] photographs to counsel?
[15] **A:** My best guess is in the last couple of weeks.
[16] I think he may have asked for them, and we supplied them.
[17] I am not sure about that. I think that is the case.
[18] **MS. BEAM:** Is that an additional set of
[19] copies? May I see them.
[20] **THE WITNESS:** Yes. It's a big table.
[21] **BY MR. KAPLAN:**
[22] **Q:** Sir, is it safe to assume that you were not
[23] present when any of the photographs that have been marked
[24] as Butler 4 were taken?

Page 23

[1] **A:** That's right.
[2] **Q:** Did you ever prepare a supplement to your
[3] report, which has been marked as Butler 2?
[4] **A:** No.
[5] **Q:** Are there any additional photographs that you
[6] have either taken or have been given to you that have not
[7] been marked this morning, sir?
[8] **A:** I can't remember any. I don't think so.
[9] **Q:** Have you ever spoken to a representative of
[10] TruckTech regarding this case?
[11] **A:** The only person I have spoken to other than
[12] counsel is Don's Hydraulics.
[13] **Q:** That would be Don who is seated across from
[14] you this morning?
[15] **A:** Yes.
[16] **Q:** You spoke to him when you went to his office
[17] on November 24, 2003?
[18] **A:** That's right.
[19] **Q:** Have you spoken to him at any time before that
[20] date?
[21] **A:** I'm sure I called him to set up the
[22] appointment, that sort of thing.
[23] **Q:** Did you talk to him after November 24, 2003?
[24] **A:** I didn't. I am sure Mr. Cornetto did.

Don's Hydraulics, Inc. v.
Colony Insurance Company
Case 1:04-cv-01375-KAJ   Document 82-6   Filed 10/03/2005   Page 9 of 12
Thomas W. Butler, Ph.D
August 26, 2005

Page 24

[1] **Q:** Does your report contain all of the opinions
[2] that you are expected to testify to at the trial in this
[3] matter?
[4] **A:** Yes.
[5] **Q:** Sir, do you have a set of photographs?
[6] **A:** Exhibit 3. I got them in here.
[7] **MR. TODDY:** Exhibit 3 or 4?
[8] **MR. KAPLAN:** Let's do Exhibit 3 first.
[9] **THE WITNESS:** Sure.
[10]           **BY MR. KAPLAN:**
[11] **Q:** I'm going to ask you, briefly, with the
[12] exception of the first photograph, to tell me what each
[13] of the photographs depict, sir.
[14]     And once again, you took all of those
[15] photographs.
[16]     Correct?
[17] **A:** For the second or third time, yes, I took them
[18] all.
[19] **Q:** Tell me what each photograph depicts, sir?
[20] **A:** Photograph 2 shows a cardboard box with pumps
[21] in it.
[22]     Photograph 3 is a close up. It is a top
[23] view of one of those boxes.
[24] **Q:** Go through them slowly.

Page 25

[1]     Photograph 2 with the pumps in it, are
[2] those the pumps that you examined at Don's office?
[3] **A:** That I looked at. I wouldn't call it an
[4] examination.
[5] **Q:** Tell me in terms of how much time was spent
[6] looking at the pumps?
[7] **A:** Each box may be five minutes or less.
[8] **Q:** How many boxes were there?
[9] **A:** I would have to see as we go through. I think
[10] it was three boxes, but I'm not sure.
[11] **Q:** Did you lift up the pumps, all of the pumps in
[12] the boxes?
[13] **A:** I did not lift up all of the pumps. I lifted
[14] up one or two or rearranged parts. I'm not sure I lifted
[15] any whole pumps.
[16] **Q:** The box seems to be in a warehouse type
[17] setting, looking at Photograph No. 2?
[18] **A:** Let me look at my report so I can help you
[19] with that.
[20]     When you said quickly, I was going to go
[21] through quickly.
[22] **Q:** It will save time this way, sir.
[23] **MR. TODDY:** What is your question?
[24] **MR. KAPLAN:** I'm asking him, in what

Page 26

[1] setting was the box that is depicted in Photograph No. 2.
[2] **THE WITNESS:** I believe there was a
[3] wooden box and a cardboard box. And my report says the
[4] pumps were stored, some partially disassembled in two,
[5] large, open shipping crates in the facility. And one has
[6] the Fieldale Farms label on it.
[7]     And the cardboard box has six pumps in
[8] it, shown in Figure 1 of my report. Figure 1 of the
[9] report looks like Photograph No. 3.
[10]     As I write the report, I usually put
[11] little stickies on them. I have the report number, and I
[12] can look back and see which one. It is something that
[13] works.
[14]     So, those were on, like, the warehouse
[15] floor. That looks like a backhoe behind it.
[16]           **BY MR. KAPLAN:**
[17] **Q:** Was this a heated warehouse?
[18] **A:** I don't know.
[19] **Q:** The box depicted in Photograph 2 seems to
[20] looked stained.
[21]     Do you have any idea what kind of stain
[22] it is, sir?
[23] **A:** For sure, no.
[24] **Q:** Were there oils kept in that box?

Page 27

[1] **A:** Well, there would be oil in the pumps, if they
[2] weren't plugged up. In fact, there are some plugs shown.
[3] But I'm not sure if it was oil from the pumps or not.
[4] **Q:** Were the pumps cleaned prior to your
[5] inspection?
[6] **A:** I don't know.
[7] **Q:** I didn't mean inspection. Prior to your
[8] review of them on that day?
[9] **A:** I don't know.
[10] **Q:** Was the warehouse enclosed?
[11] **A:** Yes. It was enclosed.
[12] **Q:** Was it heated?
[13] **A:** I don't know.
[14] **Q:** Was there a lid on the box? Strike that.
[15]     Was this box open for your view, or was
[16] it laying out there open?
[17] **A:** It was like a cardboard box folded over, but
[18] not sealed or anything. That is my recollection.
[19] **Q:** Do you know if the box had been taken out for
[20] your inspection and review, or did you look at them where
[21] they were stored?
[22] **A:** I don't know if they had been moved from some
[23] other location. I just don't know.
[24] **Q:** Let's go forward on the other photographs,

Page 28

[1] sir?
[2]   A: Do you want me to go to No. 3?
[3]   Q: Yes.
[4]   A: Photograph 3 is a top view looking down into
[5] that cardboard box, and there seems to be six pumps
[6] there.
[7]       Then, the next figure, Photo 4, is just
[8] a closeup of one of the pump's labels, which I reproduced
[9] in my report.
[10]      Photo 5 and 6 are other labels.
[11] Photo 7 is another view. Still the
[12] cardboard box.
[13]      Then Photograph No. 8 is a wooden box,
[14] wooden crate. You can see the chip board cover to the
[15] back right. My recollection there was that it was
[16] covered, but not screwed down or nailed down. We lifted
[17] it off. That is my recollection.
[18]  Q: Did you examine or look at any of the pumps in
[19] the wooden box?
[20]  A: The wooden box is the one I took more pictures
[21] of. The series that I was talking about, 12, 13 and all
[22] of that, came from the wooden box, I believe. These are
[23] the one that were partially disassembled.
[24]      The earlier ones, Photograph 3 and

Page 29

[1] Photograph No. 7 and the others in between shows pumps
[2] that are intact. I don't know the condition of those,
[3] obviously.
[4]  Q: And Mr. Cathell told you those were the pumps
[5] that were part of the hydraulic system, which is the
[6] subject of this case?
[7]  A: Yes. Photograph No. 8, as I said, shows the
[8] other pumps, the ones in the wooden crates.
[9]      Photograph No. 9 is another view to sort
[10] of show what the background was like.
[11]      Photograph 10 is a top view. And I
[12] tried to identify which pump numbers were used.
[13]  Q: There are red numbers on the pumps in
[14] Photograph No. 10?
[15]  A: That's right. I mentioned those in the
[16] report. Numbers 1 through 5 are marked in red paint on
[17] five of the pumps. And the sixth pump had a number 42 in
[18] a black marker. Not red.
[19]      And Photograph 11 shows the label, one
[20] of the labels from this box, one of the pumps in this
[21] box.
[22]      Photograph 12, we talked about as some
[23] of the components that were in that box.
[24]      I think we talked about 13 and 14, as

Page 30

[1] well, again, from the wooden box.
[2]      Photo 15, again, is from the wooden box.
[3]      Photo 16 shows the shipping label from
[4] Fieldale Farm Corporation to Don's Hydraulics, Inc.
[5]  Q: Let me stop you there.
[6]      Do you know how this box was shipped to
[7] Don's Hydraulics?
[8]  A: No, I mean, I can't imagine it was U.S.
[9] Postal Service.
[10]  Q: Do you know if it was shipped in the same box
[11] that you saw it in?
[12]  A: I don't remember seeing any shipping label.
[13] So, I don't know.
[14]  Q: What about the cardboard box, which is the
[15] earlier box? Do you know how the pumps in that box were
[16] shipped?
[17]  A: No, I don't.
[18]      Photograph 18 is another view of the
[19] partially disassembled pumps, as is 19.
[20]      Then, Photograph Nos. 20, 21, 22, shows
[21] overall views — well, 20 shows three hoses in a black
[22] plastic bag. The black plastic bag had Hose No. 4 in it.
[23]      Photograph No. 21 shows all four hoses.
[24] Photograph No. 22 shows all four hoses

Page 31

[1] with a measuring tape next to it.
[2]      Photograph 23 also shows a closer view
[3] of the ends, one end of the hose, three female ends and
[4] one male end.
[5]      Photograph No. 24 is the same as Photo
[6] 22, but I rotated the hoses for Photograph No. 24, so you
[7] can see the marking one, three, and two.
[8]      Photograph No. 25 is a closer view of
[9] some of the markings. And also, I put that tape there
[10] for the dimensions, just to make sure of the size of the
[11] hose. If I did not do anything else, I wanted to
[12] document that.
[13]      Photograph No. 26 is in Don's writing.
[14] But I never called this fellow, whoever Rob Lyons was.
[15] He gave me his 800 number and extension. I don't recall
[16] ever calling this person.
[17]  Q: When you say "he gave me," you mean?
[18]  A: Don.
[19]  Q: Turning back to Photo No. 20?
[20]  A: Sure.
[21]  Q: That shows three of the hoses.
[22]      What is the white substance that appears
[23] on the left end of the hose, it looks like number one,
[24] and the right ends of the male ends of the two hoses?

Page 32

[1] A: I don't know if it's Teflon tape, or if it is
[2] plumber's sealant. It looks like plumber's sealant. I
[3] was cheating. I went to Tony Cornetto's pictures, which
[4] I saw a little closer. I think that's what it is.
[5] Q: Well, was it the tape, or can you tell what it
[6] is?
[7] A: No. I believe it is the plumber's pipe dope
[8] they call it. You would have to ask him. He may know
[9] better than I.
[10] Q: Looking at Photograph No. 20, some of the
[11] hoses appear blacker than others in the middle portion of
[12] the hoses.
[13] What is the reason for that?
[14] A: I don't know.
[15] Q: Is there any in Photograph No. 21? It seems
[16] that the underside of the hose at the bottom, which has,
[17] it looks like, two female ends is black on one side, but
[18] gray on the other?
[19] A: Right.
[20] Q: Do you know why that is?
[21] A: It may have been paint overspray, or something
[22] like that. I don't know.
[23] Q: Sir, these hoses that appear in Photographs 20
[24] through 25, were they also located in the wooden box that

Page 33

[1] appears in your earlier photographs?
[2] A: No.
[3] Q: Where did you first see those hoses, sir?
[4] A: My recollection is that there was sort of a
[5] mezzanine built inside this building. And there were
[6] wooden steps going up to this mezzanine area. And these
[7] were like on a landing of the mezzanine, sort of in a
[8] storage area above the main part of the shop.
[9] Q: There is a black bag that appears, I guess, in
[10] Photograph Nos. 21 and 22.
[11] Were these hoses kept in a black bag?
[12] A: I know the one that is unmarked with the two
[13] white ends was in a black bag. That's the difference
[14] between 20 and 21. I think they all may have been in
[15] there. I'm not sure.
[16] Q: Do you know where the black bag was kept?
[17] A: Yes. As I said, on this mezzanine area.
[18] Q: Was it brought out for you, or had it been
[19] there the whole time?
[20] A: I don't know. When I got there, it was there.
[21] Q: Was there anything else in the black bag?
[22] A: No.
[23] Q: Was the black bag sealed?
[24] A: I don't think so.

Page 34

[1] Q: Now, sir, turning to what is marked as Butler
[2] No. 4. These are the photographs that were taken by
[3] Mr. Cornetto?
[4] A: That's right.
[5] Q: Have you discussed these photographs with
[6] Mr. Cornetto?
[7] A: Not every one, but some of them.
[8] Q: If you could, briefly, go through the
[9] photographs and tell me what you think that they show?
[10] A: What I think they show. Okay. Starting from
[11] No. 30. We're going backwards from No. 30.
[12] Photographs 30 and 29 show Don and some
[13] other person assembling the hoses using a vise and what I
[14] call a monkey wrench. And Photograph No. 30 shows a
[15] pressure gauge, a T, and some pipe nipples and a ball
[16] valve for turning the pressure off and on. On the
[17] right-hand side of Photograph No. 30 is probably a hose
[18] connector for attaching an air pressure hose.
[19] Q: Before you turn the page, on Photograph No.
[20] 29, the wrench that is in the individual's hand, is that
[21] the same wrench that was used to assemble these hoses and
[22] put them into an hydraulic system?
[23] A: I don't know.
[24] Q: Do you know if it was the same wrench that was

Page 35

[1] used to take the hoses off the hydraulic system?
[2] A: I don't know that either.
[3] Q: Did you see various wrenches there at Don's?
[4] A: I didn't see any wrenches when I was there.
[5] This is Tony's. You asked me to try to interpret what's
[6] there.
[7] Q: I don't know if when you went there earlier
[8] you had seen wrenches in the shop either?
[9] A: Boy, it is like one of those things, if you
[10] went to a garage and saw cars, you would not be
[11] surprised. Same thing is true here. I'm sure there were
[12] wrenches, but I didn't notice it.
[13] Photograph No. 28 and Photograph No. 27,
[14] I can't tell exactly what is happening there. On 27, it
[15] looks like they are getting ready to attach the air hose
[16] to the fitting.
[17] Photograph 26 shows the pressure. You
[18] will have to ask Tony what that reads. I can't read the
[19] number without a magnifying glass.
[20] And Photograph 25 shows a bunch of air
[21] bubbles. That's in the smaller bucket. Tony told me
[22] there were two buckets. My recollection is, the
[23] connection in Photograph No. 27, for example, is a male
[24] end of the hose going into a female fitting, which is

August 26, 2005
Thomas W. Butler, PhD
Don's Hydraulics, Inc. v.
Colony Insurance Company
Case 1:04-cv-01275-KAJ    Document 82-6    Filed 10/03/2005    Page 12 of 12

Page 36

[1] attached to the nipple and the pressure gauge, et cetera.
[2] Photograph No. 25 would be Hose No. 1.
[3] And you can see the one in the picture. And that would
[4] be the female end where they stuck the female end of into
[5] the small bucket of water, and there is a lot of bubbling
[6] coming out. That was a leak of the female end of the
[7] hose.
[8] I don't know what Photograph No. 24 and
[9] 23 are. You'll have to ask him. It's clearly a female.
[10] I don't know what it is. I don't know.
[11] **Q:** I don't want you to guess. If you don't know,
[12] let's go forward.
[13] **A:** That's right. Photograph No. 22 is where they
[14] were testing No. 3. I believe Tony said they tested No.
[15] 1 to No. 3 and then No. 2. So, this is the assembly of
[16] No. 3.
[17] Photograph No. 21 shows the pressure. I
[18] think he said it was about 100 PSI in each case. 90, 95,
[19] 100, 105, something like that.
[20] And then on Photograph No. 20 — you'll
[21] have to ask him — but I'm almost certain Hose No. 3, and
[22] in this case, the female end is inserted into the small
[23] red bucket. And there are air bubbles that are coming
[24] out between the stem and the hose and that seam between

Page 37

[1] the stem and the hose and the ferrule is around that.
[2] **Q:** Let me stop you there, looking at that
[3] photograph, sir.
[4] One ferrule there is painted and the
[5] other is not?
[6] **A:** The one that's not painted is the male
[7] connection that goes into the female end of the hose. In
[8] other words, the hose itself is the gray part. And the
[9] fitting that Don had put together was the other part, the
[10] unpainted part.
[11] **Q:** The ferrule, though, that is painted appears
[12] to be —
[13] **A:** The ferrule. Wait a minute.
[14] **Q:** Let's get our terminology right. I'm looking
[15] at the hex there.
[16] **A:** That's not a ferrule. That is part of the
[17] stem that goes inside.
[18] **Q:** That part of the stem looks like the paint has
[19] been scraped off or rubbed off?
[20] **A:** Sure. If you put a wrench on there, you will
[21] scrape off some of the paint.
[22] **Q:** Do you know how many times that part of the
[23] hose had been tightened?
[24] **A:** No.

Page 38

[1] **Q:** Do you know the number of times it was
[2] assembled or disassembled?
[3] **A:** No.
[4] **Q:** Let's go forward, sir.
[5] **A:** No. 19, they got a bigger bucket, and they
[6] inserted the other end into the hose — I'm sorry — into
[7] the bucket — the other end of the hose with the cap into
[8] the bucket. Now, I don't see a hose going into there. I
[9] assume they took the hose off and the pressure would have
[10] stayed inside — turned it off with a valve.
[11] **Q:** I understand. But you were not present? So
[12] you are just speculating?
[13] **A:** Right. Photo 18 shows a disassembly, or I'm
[14] sorry, about to put together No. 2, which was the third
[15] one tested.
[16] Photograph No. 17 shows it being
[17] pressurized to some valve, which I can't quite read.
[18] Number 19 shows leaking. I'm sorry.
[19] **Q:** Photo 16?
[20] **A:** Photo 16. I'm sorry. I don't know. You will
[21] have to ask Tony about that — about 16 and 15. I'm not
[22] sure if that's the male end or the female end.
[23] Photo 14 shows the apparatus that Don
[24] has for crimping ferrules onto hoses and stems. And they

Page 39

[1] have various sizes.
[2] Photograph 13 shows just some of the
[3] parts. In some cases, the ferrule is separate from the
[4] stem, to the right, and sometimes they are together.
[5] Photograph 12 is another view of the
[6] same fixture. It is the same piece, I believe, as shown
[7] in 13.
[8] Photograph 11 appears to be an end view
[9] of the JIC connection.
[10] Photograph 10 and 9 are measurements
[11] Mr. Cornetto took. You will have to ask him for sure
[12] what they mean. I think I know, but I rather have him
[13] answer the question.
[14] And 8 and 7, you will have to ask him
[15] why he took those photographs.
[16] **Q:** Sir, on 8 and 7, both photographs seem to show
[17] the white area that is located on the hose?
[18] **A:** The white area? You will have to help me a
[19] little bit.
[20] **Q:** Yes, sir. (Indicating.)
[21] **A:** Oh, that white material. You will have to ask
[22] him what that is.
[23] Photograph 6 and 5 show the female ends,
[24] probably of No. 1, but I'm not sure.