Don's Hydraulics, Inc. v.
Colony Insurance Company
Case 1:04-cv-00875-KAJ   Document 82-7   Filed 10/03/2005   Page 1 of 15
Thomas W. Butler, Ph.D
August 26, 2005

Page 40

[1] And Photograph 4 and 3, you will have to
[2] ask him again what those measurements are. I think I
[3] know, but I rather have him answer that.
[4] And Photograph 2 shows some use of pipe
[5] wrench on that male end. And I don't know what Photo 1
[6] shows.
[7] **Q:** Do you know which hose is depicted in
[8] Photograph No. 1? I will ask you the same questions
[9] about Photographs No. 3 and 4.
[10] **A:** You will have to ask him. I don't know. I
[11] don't see a mark that I can see on there, anyway.
[12] **Q:** Let's turn to Page 2 of your report, where it
[13] says Procedures and Discussions.
[14] **A:** Okay.
[15] **Q:** Now, No. 1 under Section II Procedures, when
[16] you say SEA reviewed, who was SEA in that connection?
[17] **A:** Me.
[18] **Q:** Whenever SEA appears in this report, in terms
[19] of SEA inspected or SEA reviewed, is it always you?
[20] **A:** No. It could be Tony, Mr. Cornetto, in terms
[21] of the testing. It is one of the two of us.
[22] **Q:** Let's go through Items 1 through 5 of the
[23] Procedures, sir.
[24] When you say SEA reviewed several

Page 41

[1] letters, you are saying that was you?
[2] **A:** That's right.
[3] **Q:** Number 2. SEA reviewed a letter from TIPCO.
[4] Is that you?
[5] **A:** That's me.
[6] **Q:** Number 3. Are you the SEA there?
[7] **A:** I sure am.
[8] **Q:** Number 4?
[9] **A:** That's me.
[10] **Q:** What about No. 5?
[11] **A:** That is Tony, Mr. Cornetto.
[12] **Q:** Is there anything in this report that would
[13] distinguish when SEA stands for you versus Mr. Cornetto?
[14] **A:** No. I guess you would have to ask me or him.
[15] **Q:** Did you instruct Mr. Cornetto to pressure test
[16] three hydraulic hoses?
[17] **A:** Yes.
[18] **Q:** Why did you pick three hoses?
[19] **A:** I wanted to test all four. We have performed
[20] many pressure test at our facility, but we did not have
[21] fittings that were large enough. The choice would be to
[22] either fabricate some ourselves, or have the shop
[23] fabricate them for us or go to Don's Hydraulics. They
[24] had them. So, we decided to save the client some money

Page 42

[1] and go to Don's and do it there.
[2] **Q:** Why did you want to do three hoses?
[3] **A:** We wanted to do all of them. But it turns out
[4] the fourth one had female connections at both ends and
[5] Don's didn't have, like us, did not have two pieces in
[6] order to use.
[7] **Q:** Well, were there additional hoses there or
[8] just the four?
[9] **A:** Just the four. That's all I knew about.
[10] **Q:** Let's turn to your Discussion section of your
[11] report, sir.
[12] The first line says, On November 24,
[13] 2003, SEA inspected.
[14] Again, that is you, correct?
[15] **A:** That's me.
[16] **Q:** On the second line you indicate some of the
[17] pumps had been partially disassembled.
[18] Do you know why they were disassembled?
[19] **A:** No.
[20] **Q:** Do you know if the parts had been cleaned?
[21] **A:** No.
[22] **Q:** All of the parts were kept in the boxes that
[23] you previously told us about?
[24] **A:** I did not see any parts anyplace else except

Page 43

[1] in those boxes.
[2] **Q:** Did anyone advise you that they were kept
[3] elsewhere?
[4] **A:** No.
[5] **Q:** Did anyone advise you at any time they were
[6] stored elsewhere, other than the warehouse you saw them
[7] in?
[8] **A:** No. Since you asked the question that way, it
[9] strikes me that the wooden box may not have been in the
[10] same room. It may have been in a different room. But
[11] that's all I remember about it. I just wanted to tell
[12] you as much as I recall.
[13] **Q:** When you say it wasn't in the same room, did
[14] you look at them in the same room?
[15] **A:** I don't recall ever moving the boxes with a
[16] forklift or anything. My recollection is, I looked at
[17] the boxes where they were, but I had to go to a second
[18] room to look at the wooden box.
[19] **Q:** Is that room similar to the first room?
[20] **A:** I can't say. I just don't know.
[21] **Q:** You refer to the markings of red paint on five
[22] of the pumps as you went through the photographs, as well
[23] as in the body of your report there?
[24] **A:** That's right.

Page 44

[1] **Q:** Did you put the markings on the pumps?
[2] **A:** They were there.
[3] **Q:** Did you put any markings on the pumps?
[4] **A:** No.
[5] **Q:** Did you put any markings on any of the
[6] equipment that you looked at that day?
[7] **A:** No. I don't think so. I can't recall
[8] anything. The numbers one, two and three were already on
[9] the hoses. The fourth one, as I recall, had no markings
[10] on it.
[11] **Q:** Would there have been any reason to put any
[12] markings on them, other than to label the pieces?
[13] **A:** No.
[14] **Q:** Did you ask why the pumps had been partially
[15] disassembled?
[16] **A:** No.
[17] **Q:** Do you have any idea why the pumps were
[18] partially disassembled?
[19] **A:** An idea. I had an idea.
[20] **Q:** Why don't you tell me?
[21] **A:** The idea is, if a pump is not functioning
[22] properly, somebody probably took it apart to see if there
[23] is a reason why it is not functioning properly. That is
[24] my idea.

Page 45

[1] **Q:** Do you know if they were disassembled since
[2] the time of the pump failure?
[3] **A:** I don't know.
[4] **Q:** Do you know how many times they had been
[5] disassembled and reassembled?
[6] **A:** No.
[7] **Q:** You wouldn't know what tools were used to
[8] disassemble and reassemble?
[9] **A:** That's right.
[10] **Q:** Let's turn two pages in where you have the
[11] heading under the word Hoses, Page 4 of your report?
[12] **A:** Okay.
[13] **Q:** You said, According to Mr. Cathell, on the
[14] very first line, do you see that?
[15] **A:** Yes.
[16] **Q:** Did you rely upon anything that Mr. Cathell
[17] advised you, as opposed to looking for facts on your own?
[18] **A:** Sure.
[19] **Q:** Well, tell me the areas, or tell me how you
[20] relied upon Mr. Cathell?
[21] **A:** He told me the hoses had been tested before.
[22] I think one of the documents that we have indicated, I
[23] think somebody in Salisbury, Maryland, may have tested
[24] them, both in pressure and vacuum and said they were

Page 46

[1] leaking. And we were doing the testing sort of as an
[2] independent person. I think that person may have been
[3] hired by him. I don't know. Those details are fuzzy in
[4] my memory now.
[5] **Q:** Do you recall who he said had tested them?
[6] **A:** I can look.
[7] **Q:** If you have it in front of you, sure?
[8] **A:** Well, the only letter that I see that refers
[9] to testing was one written by Mr. Cathell himself. I
[10] don't know who else. I don't think they had a vacuum
[11] facility there at Don's Hydraulics. I don't know who did
[12] that.
[13] **Q:** What letter are you referring to? What is the
[14] date of it, sir?
[15] **A:** November 6, 2003.
[16] **Q:** And signed by Mr. Cathell and addressed to
[17] who?
[18] **A:** Jim Biggs of Truck Tech, Incorporated.
[19] **Q:** Have you ever spoken to Mr. Biggs?
[20] **A:** No.
[21] **Q:** Turning back to your report, sir. Page 4,
[22] your Line 3 indicates Hose No. 4 had two female ends.
[23] Did you question Mr. Cathell as to why
[24] it had two female ends?

Page 47

[1] **A:** No. There was no reason to question him about
[2] that.
[3] **Q:** It says there, after inspection, at your
[4] Baltimore/Washington facility, they were taken to
[5] Georgetown.
[6] How were the pumps and hoses shipped
[7] down to your facility in Baltimore/Washington?
[8] **A:** I took them in the trunk of my car.
[9] **Q:** You took them from Don's?
[10] **A:** Only the hoses. Not the pumps. Just the
[11] hoses. I missed that part of your question.
[12] **Q:** So, at what point did you take the hoses, or
[13] how did you come into possession of the hoses, sir?
[14] **A:** I got them from Mr. Cathell.
[15] **Q:** So, he shipped them to you at some point?
[16] **A:** He gave them physically to me.
[17] **Q:** On that day?
[18] **A:** Yes. On that day.
[19] **Q:** And you took them down to your facility in
[20] Baltimore/Washington?
[21] **A:** That's right.
[22] **Q:** And then, they were later taken back to
[23] Georgetown, Delaware?
[24] **A:** We were going to test them. But then, when I

Don's Hydraulics, Inc. v.
Colony Insurance Company
Case 1:04-cv-01275-KAJ   Document 82-7   Filed 10/03/2005   Page 3 of 15
Thomas W. Butler, Ph.D
August 26, 2005

Page 48

[1] realized we did not have fittings that were large enough,
[2] that is when we went through the drill of trying to
[3] decide whether to fabricate some parts or take them back
[4] to his facility.
[5]  Q: Is that all in one day? I'm confused with the
[6] timing of this, sir.
[7]  A: You're confused.
[8]  Q: Hard to believe.
[9]     You examined the hoses at the
[10] Baltimore/Washington facility, and at that point
[11] determined you did not have the proper connection, so you
[12] had to take them back up to Don's in Delaware for
[13] testing?
[14]  A: Sure. At some much later point.
[15]  Q: I'm trying to get the sequence of time there.
[16]  A: Let me run through it. I drove to Georgetown,
[17] Delaware. I went to Don's. I looked at the hoses. Took
[18] these pictures that we have been talking about. And then
[19] said, May I take the hoses. He said sure. So, I made up
[20] an evidence transfer sheet. I gave him the transfer
[21] sheet copy. I took the hoses, probably, in the black
[22] plastic bag. I put them in the trunk of my car. I drove
[23] to the Baltimore/Washington office. I had them enter it
[24] as evidence in our storage facility for evidence. And

Page 49

[1] then, probably, at some point, within a week or two,
[2] started to decide how to do the testing. And then, I
[3] realized we did not have the facility to do it. And
[4] then, I talked to the client and decided to do it at
[5] Don's. And he was willing to help us in that regard.
[6]  Q: How long were those hoses left in your
[7] facility, then?
[8]  A: We can check the dates. I got them on
[9] November 24, 2003. Mr. Cornetto took them back to
[10] Mr. Cathell on February 24th. So, let's see. December,
[11] January. Almost three months.
[12]  Q: Was anything else in the bags, other than the
[13] hoses?
[14]  A: No.
[15]  Q: How many hoses were in the bag?
[16]  A: Four.
[17]  Q: Did Mr. Cathell select the hoses to give you
[18] for testing?
[19]  A: There were only four hoses that I saw. He
[20] mentions 20 hoses in his report. But I only saw four.
[21]  Q: Did you ask for the others?
[22]  A: No.
[23]  Q: Was any offer made to you regarding the
[24] others?

Page 50

[1]  A: No.
[2]  Q: So, as far as you know, Mr. Cathell sent you
[3] the four hoses?
[4]  A: Gave me the four hoses.
[5]  Q: That he selected to give you?
[6]  A: That's right.
[7]  Q: At the bottom of your page under the heading
[8] Testing, it says, SEA participated.
[9]  A: That's Mr. Cornetto. You will have to ask him
[10] about this paragraph. I'm glad to tell you what it says.
[11]  Q: Did you write the paragraph?
[12]  A: I think Mr. Cornetto wrote this paragraph.
[13]  Q: Are there any other paragraphs or sentences in
[14] your report that were written by Mr. Cornetto and not by
[15] you?
[16]  A: Yes. The top page. Top of Page 4.
[17]  Q: Under the heading Hoses?
[18]  A: Yes. Under the heading Hoses. I don't know
[19] exactly who wrote which one. I know Mr. Cornetto wrote
[20] the Labels 1, 2, 3 and 4. I never saw a Label 4 on the
[21] fourth hose. So, I'm going to blame him for that. Since
[22] I'm talking first, obviously, I have the right to do
[23] that.
[24]  Q: How long has Mr. Cornetto been with your

Page 51

[1] office?
[2]  A: You'll have to ask him. Probably, about five
[3] or six years. Something like that.
[4]  Q: So, do you have any independent knowledge of
[5] the paragraph under the heading Testing that appears on
[6] Page 4?
[7]  A: Independent, no.
[8]  Q: Sir, the first line, though, under the heading
[9] Testing says, SEA participated in a pressure test.
[10]    Is the pressure test different than a
[11] vacuum test?
[12]  A: Sure.
[13]  Q: Why did you use a pressure test?
[14]  A: My recollection is, Don's did not have the
[15] ability. But you would have to ask Mr. Cornetto about it
[16] for sure, whether they had a vacuum facility or not.
[17]  Q: Well, do you know if these hoses were being
[18] used in a vacuum?
[19]  A: They were a suction, but that's not a vacuum.
[20]  Q: Is that similar to a vacuum or pressure?
[21]  A: It is more similar to a vacuum than to a
[22] pressure.
[23]  Q: How would a pressure test differ than a vacuum
[24] test?

Page 52

[1] A: Pressure test you apply positive pressure. In
[2] the case of suction test or vacuum test, you suck air
[3] out. The pump goes the other way.
[4]  Q: Would all hoses that would leak under pressure
[5] also leak under vacuum test?
[6] A: Not totally always. But it's a high
[7] likelihood that they would leak both ways.
[8]  Q: Why is it not always, sir?
[9] A: Well, you can think of ways, at least,
[10] Mr. Cornetto and I talked about this yesterday, about
[11] ways that you can have sort of like a flap in the hose,
[12] but the flap would have to extend the whole direction.
[13] So, it would almost act like a check valve. If you would
[14] apply pressure in one direction, a flap might close. If
[15] you try to suck it, it may come out the other way.
[16]   That's very unlikely in this type of
[17] application because of the large area of the mating
[18] between the two.
[19]  Q: What do you mean by "the large area?"
[20] A: Well, the way these work, and I'm sure you
[21] know — in fact, the picture in one of my tabs that I
[22] have here shows the stem, the hose, and the ferrule.
[23] There is a large length, and that is probably why
[24] Mr. Cornetto was making those measurements, about how

Page 53

[1] much overlap there was. When you properly squeeze the
[2] ferrule onto the hose, which then is stuffed by the stem,
[3] there is a very large area. If it were a small area, it
[4] is more possible that you could have a leak and vacuum
[5] and not a leak in pressure.
[6]  Q: Now, the pressure test air as opposed to the
[7] oil?
[8] A: Sure.
[9]  Q: Would that make a difference, sir?
[10] A: It should be easier to leak with air than with
[11] oil. It would make a difference. It's easy to leak with
[12] air than oil.
[13]  Q: Why is that?
[14] A: Because of the size of the molecules.
[15]  Q: Did you ever examine the oil that was used in
[16] this system?
[17] A: No.
[18]  Q: Are you aware of whether the oil was ever
[19] filtered or cleaned by Don's Hydraulics prior to being
[20] put into the system?
[21] A: No. In light of the first question, I
[22] answered the first question, have I ever looked at it. I
[23] wouldn't know anything about it.
[24]  Q: You have not reviewed any documents to the

Page 54

[1] effect whether the oil was filtered or cleaned.
[2]  Correct?
[3] A: Correct. I did not review any documents about
[4] that.
[5]  Q: Turning to Page 5 of your report, sir.
[6]   Is that also a paragraph that was
[7] prepared by your associate or by you?
[8] A: By him.
[9]  Q: So, you have no independent knowledge as to
[10] which end leaked and which end did not leak, is that
[11] correct, other than what he told you?
[12] A: That's right. I mean, he indicated that hose,
[13] number one, male end, was not tested. He said that he
[14] wrote that, or he put this table in here. It says, no
[15] leak for the first one. It should say not tested. That
[16] is a mistake in the report.
[17]  Q: Are there any other mistakes in the report?
[18] A: Not that I know of.
[19]  Q: Why wasn't Hose No. 1 tested?
[20] A: Because they were using the smaller bucket
[21] when they tested No. 1, and they could not get the
[22] pressure gauge in the smaller bucket deep enough or
[23] something. So, when they went to the larger bucket, they
[24] were able to test two and three that way.

Page 55

[1]  Q: As a practical matter, only two of those hoses
[2] were tested.
[3]   Is that correct?
[4] A: No. All three were tested, the female ends
[5] were tested, and leaked. Two and three were tested on
[6] the male end and did not leak.
[7]  Q: Is there any significance to you as to why two
[8] of the hoses did not leak on the male end, but three
[9] hoses leaked on the female end?
[10] A: Any significance. Sure.
[11]  Q: What would be the significance, sir?
[12] A: Well, there are several things. One would be
[13] that the adjustment of the dyes, when you crimp, may have
[14] been different when they were doing the male ends versus
[15] the female ends.
[16]  Q: Did you ascertain if they were different?
[17] A: That was done by some other entity. I don't
[18] know which of these companies did that. Of course not.
[19]  Q: I didn't mean to interrupt you. I'm sorry.
[20]   You were about to say the various
[21] significances of the fact that the male end did not
[22] indicate a leak, but the female end did?
[23] A: Right. The other is, there may be some
[24] manufacturing difference between the ferrules and the

Don's Hydraulics, Inc. v.
Colony Insurance Company    Case 1:04-cv-00875-KAJ    Document 82-7    Filed 10/03/2005    Page 5 of 15
Thomas W. Butler, Ph.D
August 26, 2005

Page 56

[1] stems on the male end and the female ends. I did not
[2] check that either.
[3] In other words, if you have the same
[4] size ferrule, but a smaller stem on one end, when you
[5] compress the ferrule onto the hose, there would not be as
[6] much compression of the hose itself if the inside stem
[7] was smaller. So, manufacturing variations could make a
[8] difference, too.
[9]     Q: Could there be any other reasons?
[10]    A: Mishandling.
[11]    Q: And what do you mean by "mishandling?"
[12]    A: Deliberately applying a very large torsion
[13] between the ferrule and the stem to break seals and,
[14] essentially, cause wear. So, to give you a path for
[15] leakage, that's a possibility.
[16]    Q: Do you know which of the ends of the hoses
[17] were assembled first?
[18]    A: No.
[19]    Q: That is, male or female end?
[20]    A: No.
[21]    Q: Is that significant at all?
[22]    A: No.
[23]    Q: Well, do you know how the hoses were assembled
[24] into the hydraulic system?

Page 57

[1]    A: For sure. No.
[2]    Q: You never discussed with Mr. Cathell or
[3] anybody else the types of wrenches that were used to
[4] install the hoses?
[5]    A: That's right.
[6]    Q: As well as to disassemble the hoses, et
[7] cetera?
[8]    A: That's right. I mean, as a practical matter,
[9] I know when people are disassembling things. They are
[10] not as careful as when they are assembling things, just
[11] as a practical matter. But I don't know. I didn't ask
[12] him.
[13]       Could we take a break for a second?
[14]    Q: Absolutely.
[15]    MR. KAPLAN: Off the record.
[16]       (Off the record at, approximately, 11:00
[17] a.m.)
[18]       (Back on the record at, approximately,
[19] 11:10 a.m.)
[20]    MR. KAPLAN: Back on the record.
[21]            BY MR. KAPLAN:
[22]    Q: Let's turn to Page 7 of your report, sir.
[23]       Did you write the paragraphs under the
[24] heading Analysis.

Page 58

[1]    A: I wrote the first two paragraphs, at least.
[2] Let's see. The third paragraph would be Mr. Cornetto.
[3] And the rest would be me.
[4]    Q: The first sentence under the first paragraph
[5] you state, SEA was not able to verify the subject pumps
[6] were not functioning properly when they were installed in
[7] Georgia.
[8]       The reason for that is, you were not
[9] called to investigate this matter until some time in the
[10] fall or winter of 2003?
[11]    A: When they were shipped back to Don's. Yes.
[12] They were at Don's when they were tested looking at the
[13] matter.
[14]    Q: You have no idea or knowledge of the condition
[15] of the pumps or the hoses before they were actually
[16] installed by Don's.
[17]       Correct?
[18]    A: Or while they were installed in Georgia.
[19] That's right.
[20]    Q: And we have already established at no time did
[21] you ask or know of the status of the oil, whether it had
[22] been filtered or cleaned prior to being put into the
[23] hydraulic system?
[24]    A: That's right.

Page 59

[1]    Q: Could the pumps or hoses have been damaged
[2] during the installation of them?
[3]    A: Sure.
[4]    Q: And could that damage have caused a pump
[5] failure?
[6]    A: It could have.
[7]    Q: What are the ways that you believe that the
[8] hoses or pumps could have been damaged?
[9]    A: Well, I mean, I would like to refer to what
[10] the manufacturer says. It's very simple.
[11]    Q: If that's your opinion, yes, sir.
[12]    A: Sure.
[13]    Q: If you could identify the page that you're
[14] referring to, and we will copy those pages during a
[15] break?
[16]    A: Right. There are three main problems. One is
[17] dirty fluid, dirty liquid. The second is water in
[18] hydraulic fluid. And the third is air bubbles. And the
[19] document that I'm referring to is the installation and
[20] start up for axial piston equipment, and the number for
[21] our variable displacement pump is one of the pumps that
[22] we have here. This is the instruction that matches that.
[23] I got this off the Internet.
[24]       It looks like I have Page 1, Page 2, and

Page 60

[1] then I picked up at Page 18 through the end, Page 28. I
[2] don't know why I don't have the rest of it. I guess I
[3] did not print out that part.
[4]     Dirty fluid. There is a whole list. It
[5] is on Page 27. Inadequate cleaning and flushing. Dirty
[6] transport conditions. Absence of or two cores clogged or
[7] defective filter inserts. Rust particles. There are
[8] about half a dozen or more.
[9]     In terms of water, which can also cause
[10] wear and contamination, I did not see any corrosion, so
[11] it is probably not relevant. But they talk about watery
[12] cutting fluid when you do cutting and making threads.
[13] Penetration of rain or cleaning water condensation.
[14] Leaking heat exchanger. When you're cooling off the oil
[15] there's water. Interface.
[16]     But then, air bubbles. Wrong fluid.
[17] Negative pressure areas not air tight. For example,
[18] suction line pumps. Throttle valves. Pressure drops.
[19] And that's about it. So, there is a whole series.
[20]  **Q:** Would you also agree that if someone had
[21] improperly installed the hoses into a system, that could
[22] cause problems with the hydraulic system?
[23]  **A:** Well, there are ways you can do it. But the
[24] general answer to your question is, yes.

Page 61

[1]  **Q:** If someone applied too much pressure to the
[2] hoses?
[3]  **A:** You mean tightening torque?
[4]  **Q:** Correct. That could damage the internal
[5] structure of the hose, thereby causing leakages?
[6]  **A:** No. Not if you are applying pressure to the
[7] stem and not to the ferrule.
[8]  **Q:** But if pressure was applied to the ferrule,
[9] could it have caused damage?
[10]  **A:** Sure.
[11]  **Q:** Would that have caused a hydraulic pump
[12] failure?
[13]  **A:** It could, could, and could. Yes.
[14]  **Q:** How did you investigate whether improper
[15] torque was applied?
[16]  **A:** Didn't. I was only asked to check whether
[17] these hoses leaked.
[18]  **Q:** So, you don't know the actual cause of the
[19] leakage. You just know in your opinion — strike that.
[20]     Is it fair to say you don't know the
[21] actual cause of the leakage, other than the fact that it
[22] involved the hoses?
[23]  **A:** I know that we had hoses that leaked. And if
[24] you have hoses that leak, you can have problems because

Page 62

[1] it is not the other way.
[2]  **Q:** You don't know what caused the leakages in the
[3] hoses.
[4]     Correct?
[5]  **A:** That's correct.
[6]  **Q:** You were not asked to investigate the causes
[7] of the leakages in the hoses?
[8]  **A:** That's correct.
[9]     Should I put this away, or should I
[10] leave it out?
[11]  **Q:** We will mark portions of your booklet and copy
[12] the whole thing.
[13]     Going to Line 2, the section under
[14] Analysis. It reads, However, it is well known that pumps
[15] of this type are sensitive to the quality of the
[16] hydraulic fluid being pumped.
[17]     When you say they are sensitive, what
[18] are you referring to, sir?
[19]  **A:** Well, the type of pump in general, the wash
[20] plate pump, which works with fairly close tolerance as
[21] opposed to centrical pumps that are relatively
[22] insensitive.
[23]  **Q:** When you talk about the quality of the
[24] hydraulic fluid, what are you referring to?

Page 63

[1]  **A:** Whether it contains, air, or dirt, or water.
[2]  **Q:** Do you know whether the hydraulic fluid in
[3] this particular system contained debris?
[4]  **A:** No.
[5]  **Q:** If it contained, or if it was found to have
[6] contained debris, would that have been a likely cause of
[7] failure of the system?
[8]  **MR. TODDY:** Objection to the form.
[9]  **THE WITNESS:** That is, essentially, a
[10] second cause. They leaked. The hoses leaked when I
[11] tested them. If they leaked when they were in the
[12] system, that will be one cause. A second cause would
[13] also be dirty oil.
[14]              **BY MR. KAPLAN:**
[15]  **Q:** Could the debris or contamination in the oil
[16] have caused leakages in the hoses?
[17]  **A:** No.
[18]  **Q:** Why not?
[19]  **A:** Because there is a seal between the stem, the
[20] hose, and the ferrule. In fact, if anything, dirt would
[21] help close up any leaks. It would not go that way.
[22]  **Q:** You're saying it is dirt.
[23]     What if it was not dirt?
[24]  **A:** What kind of contamination are you talking

Don's Hydraulics, Inc. v.
Colony Insurance Company
Case 1:04-cv-00275-KAJ   Document 82-7   Filed 10/03/2005   Page 7 of 15
Thomas W. Butler, Ph.D
August 26, 2005

Page 64

[1] about?
[2]  Q: I'm asking you, sir.
[3]     Could contamination have caused leakage
[4] in the hoses?
[5]  A: No.
[6]  Q: All types of contamination could not have?
[7]  A: I did not see any impropriety due to any kind
[8] of foreign substance.
[9]  Q: And you looked at only four of the hoses?
[10] A: That's right.
[11] Q: And you looked at the hoses for less than five
[12] minutes?
[13] A: No. That was the pumps.
[14] Q: How long did you look at the hoses, sir?
[15] A: Probably on the order of an hour.
[16] Q: That is all of the hoses?
[17] A: Four hoses. Yes.
[18] Q: And were the hoses cleaned when you looked at
[19] them?
[20] A: Yes.
[21] Q: Had they been cleaned since the time they had
[22] oil going through them?
[23] A: Yes. There was no sign of oil that I saw.
[24] Q: Did you see a sign of any kind of substance

Page 65

[1] inside the hoses?
[2]  A: No.
[3]  Q: Do you know who cleaned the hoses?
[4]  A: No.
[5]  Q: Do you know when they were cleaned?
[6]  A: No.
[7]  Q: Did you ask when they were cleaned?
[8]  A: No.
[9]  Q: Did you ever inquire as to why they were
[10] cleaned?
[11] A: No.
[12] Q: It wasn't part of your focus at the time.
[13]    Is that fair to say?
[14] A: Still isn't.
[15] Q: What was your focus, sir?
[16] A: To find out if the hoses leaked.
[17] Q: And not the actual cause of the leakage?
[18] A: That's right. But if you have hoses that leak
[19] and allow air in, then you have a situation where you can
[20] have pump failures. So, therefore, we have a cause and
[21] you have an effect.
[22] Q: In fact, your next line of your report says,
[23] quote, Some concerns regarding hydraulic fluids include
[24] the presence of solid contamination particles, water, and

Page 66

[1] air bubbles?
[2]  A: Yes. Those are the three I mentioned before.
[3]  Q: The basis of that sentence are the guides you
[4] obtained from the Internet?
[5]  A: From the manufacturer, yes. Installation and
[6] Start Up for the Mannesmann Rexroth Pumps.
[7]  Q: It was Mr. Cathell who determined that the air
[8] was getting into the system because of leaking hydraulic
[9] suction hoses?
[10] A: That's correct. He indicated to me that was
[11] the cause.
[12] Q: So, that was the premise that you were working
[13] off of?
[14] A: That's the reason why we did the testing. I
[15] mean, that's why we did the testing.
[16] Q: You did not do the testing to ascertain why
[17] there was leakage, just that the leakage was coming from
[18] a hose?
[19] A: That's true.
[20] Q: Turning to your conclusion in your report, the
[21] second conclusion. Once again, you did not participate
[22] in the testing of the hoses.
[23]    Correct?
[24] A: Right.

Page 67

[1]  Q: Are there any other causes, excuse me,
[2] possible causes of leakages in an hydraulic hose
[3] assembly, other than what we have discussed here today?
[4]  A: None that I can think of.
[5]  MR. KAPLAN: I am going to pass the ball
[6] to anyone else who has questions right now, as I review
[7] my thoughts.
[8]           BY MS. BEAM:
[9]  Q: Dr. Butler, when you accepted this assignment,
[10] was it your intention to investigate why the hydraulic
[11] pump failed?
[12] A: That was the original assignment to determine
[13] the cause of the pump failure.
[14] Q: And other than the five-minute visual
[15] examination of the pumps that you found at Don's
[16] Hydraulics and the pressure testing that was performed on
[17] these four hoses, what other steps did you take to
[18] investigate why the hydraulic pumps failed?
[19] A: Only checking the manufacturer's instructions.
[20] And my general background in machinery over the years.
[21] Q: Other than a suction hose leak, are there
[22] other common causes of hydraulic pump failures?
[23] A: Sure. Contamination. All of the other things
[24] we talked about, that I talked about before on Page 27 of

Page 68

[1] that instruction.
[2] **Q:** So, contamination by some source?
[3] **A:** Some other source.
[4] **Q:** Incorrect installation would be a cause of
[5] pump failure?
[6] **A:** Could be. Yes.
[7] **Q:** In your mind, is aeration or cavitation the
[8] same thing as contamination of the system?
[9] **A:** No. I mean —
[10] **Q:** Explain the difference between those two
[11] concepts for us?
[12] **A:** Well, cavitation occurs when you have a
[13] negative pressure in a system because of the dynamics of
[14] the fluid flow. It doesn't mean there is an external
[15] leak.
[16]    What was the second term you used?
[17] Cavitation? And what is next?
[18] **Q:** Aeration.
[19] **A:** Aeration. That would occur normally due to
[20] air from an external source, like a leak in this case.
[21]    The third was, did you say foaming or
[22] not?
[23] **Q:** No. I said contamination.
[24]    Do you agree that a possible cause of

Page 69

[1] hydraulic pump failure would be lack of oil for whatever
[2] reason?
[3] **A:** Yes.
[4] **Q:** Is another possible cause of hydraulic pump
[5] failure excessive heat?
[6] **A:** Yes.
[7] **Q:** Is another possible cause of hydraulic pump
[8] failure overpressure?
[9] **A:** Yes. They were on the next page. That was on
[10] Page 28.
[11] **Q:** And can you tell us what, if anything, you did
[12] to rule out these other possible causes of hydraulic pump
[13] failure?
[14] **A:** First of all, I saw no signs of overheating on
[15] the swatch plates themselves. Sometimes you would see
[16] them, if that was a cause of overheating, or some of the
[17] component. You get bluing, or you get marks due to
[18] overheating. I didn't see that. That's about it.
[19] Overheating is the only one I would rule out from a
[20] visual inspection — of the ones that were open,
[21] obviously.
[22] **Q:** Just so the record is clear, at no time did
[23] SEA perform any testing on the alleged failed pumps
[24] themselves.

Page 70

[1] Correct?
[2] **A:** That's right.
[3] **Q:** Did you or anyone else at SEA have occasion to
[4] review the diagrams or notes created by Don's Hydraulics
[5] regarding the design of the hydraulic system?
[6] **A:** My recollection is, Mr. Cathell showed me some
[7] drawings, and I decided that, based upon the focus of my
[8] investigation, I did not need copies of them. I am not
[9] positive about that, but I think that is the case.
[10] **Q:** Were you aware that the hydraulic system that
[11] Don's Hydraulics was installing at Fieldale Farms was
[12] being hooked up to an existing running plant system?
[13] **A:** Yes.
[14] **Q:** Are you aware of what, if any, steps were
[15] taken to filter the existing oil that was being attached
[16] to the hydraulic unit system being installed by Don's
[17] Hydraulics?
[18] **A:** No.
[19] **Q:** When you stated earlier that the scoring that
[20] you had observed on the pumps, that you observed at Don's
[21] Hydraulics during your visit was consistent with wear
[22] from contamination, can you explain, specifically, what
[23] you mean by that? Describe, first of all, the scoring
[24] and the names of the parts of the pumps that you saw it

Page 71

[1] on?
[2] **MR. TODDY:** Did you say scarring or
[3] scoring?
[4] **MS. BEAM:** Scoring.
[5] **THE WITNESS:** I said scoring.
[6] S-C-O-R-I-N-G.
[7] **THE WITNESS:** I'm looking for a sketch.
[8] I thought I had a sketch.
[9]      **BY MS. BEAM:**
[10] **Q:** Well, I believe you were referring to the
[11] photographs.
[12] **A:** When you said identify the parts, I was going
[13] to try and give you names, but I don't have the names. I
[14] guess Photograph No. 13 is about as good as any.
[15]    The way these pumps work, there is an
[16] incline portion that rotates and turns around at the same
[17] time. And when it rotates and turns around, it takes
[18] amounts of oil that are in the plunger and compresses it
[19] and pushes it out to give you about — I think this one
[20] had a pressure of about 250 bars, which is about 3,000
[21] PSI. So, it's a sizeable amount of pressure. And the
[22] scoring that you see on the interface — these brass, I
[23] believe, they are brass cups that rotate around. And as
[24] they rotate around, they have to have a good seal for the

Don's Hydraulics, Inc. v.
Colony Insurance Company
Case 1:04-cv-01275-KAJ   Document 82-7   Filed 10/03/2005   Page 9 of 15
Thomas W. Butler, Ph.D
August 26, 2005

Page 72

[1] pressure of 3,000 PSI to build up. And if they leak out
[2] because of contamination causing scoring, then you don't
[3] have the pressure build up. And that's what I see on the
[4] brass cups that are there. That's a seal. This is the
[5] seal.
[6]  **Q:** So, this apparatus with the brass cups on it
[7] is called a seal?
[8]  **A:** Well, the individual seals are made by the
[9] brass cups when they go against the plate.
[10]  **Q:** And the part that you noticed the scoring on,
[11] the name of that is what, brass cups?
[12]  **A:** I don't know what they were called. I really
[13] don't know.
[14]  **Q:** Is there scoring that you saw on any other
[15] part of the pump that you were referring to in giving
[16] your opinion regarding scoring consistent with wear from
[17] contamination?
[18]  **A:** Yes. On this circular plate. I'm not sure.
[19] This picture that I have here is not the same as the one
[20] I have here. In other words, it doesn't help me
[21] tremendously. I believe it's the mating part.
[22]    The way this works is, this large object
[23] is the object to the right and that adjust the angle of
[24] the plate. And then, on the inside, this mounts inside

Page 73

[1] here.
[2]    I know the court reporter can't get
[3] this, but I'm trying to help us. And then these brass
[4] plates ride on that surface on the inside. And the oil
[5] opens and closes by passing over various holes. I don't
[6] know the names of the terms. I wish I could help you,
[7] but I don't know.
[8]  **Q:** So, my question is, did you see this scoring
[9] anyplace other than what you just described as the brass
[10] cups?
[11]  **A:** Yes. Also on this circular surface, the
[12] annular surface.
[13]  **Q:** And you don't know the name of that part?
[14]  **A:** That's right.
[15]  **Q:** Did you have occasion to examine the pump
[16] housing?
[17]  **A:** No.
[18]  **Q:** Did you have occasion to examine the pressure
[19] plates?
[20]  **A:** Those might be called pressure plates. I'm
[21] not sure.
[22]  **Q:** By what you are calling scoring, would you
[23] also, in your opinion, say that it was or had an eroded
[24] appearance?

Page 74

[1]  **A:** No.
[2]  **Q:** Now, in your opinion, Doctor, how long would
[3] the pump have to be exposed to a contaminate before it
[4] starts to show this kind of scoring that you say that you
[5] saw?
[6]  **A:** There can't be an answer to that question. I
[7] don't know the answer to that. In other words, if you
[8] had very severe contamination, short time. If you had
[9] less contamination, longer time. I can't say.
[10]  **Q:** Define what you mean by severe contamination?
[11]  **A:** Worse than mild. You can't define it. You
[12] can't scientifically say, objects of a certain number of
[13] microns in diameter, because nobody tested the oil that
[14] I'm aware of in this case.
[15]  **Q:** Well, there is a difference between nobody
[16] being able to because there is documentation on the
[17] Internet regarding micron size of debris and what kind of
[18] damage it's going to cause.
[19]    Do you agree with that?
[20]  **A:** I haven't seen it, but I'm sure there is.
[21]  **Q:** So, the fact is, you can't say that in this
[22] case because no one tested the oil?
[23]  **A:** That's what I said.
[24]  **Q:** Well, earlier you said it couldn't be done.

Page 75

[1] But it could be done. It just wasn't done in this case.
[2]    Correct?
[3]  **A:** I couldn't answer the question that you asked
[4] me because I don't have that information.
[5]  **Q:** But that kind of test could have been
[6] performed if they had asked you to do it?
[7]  **A:** That's right.
[8]  **Q:** But you were never asked to do that kind of
[9] test?
[10]  **A:** That's right.
[11]  **Q:** So, then, Doctor, is it fair to say, for
[12] purposes of what you were asked to do, you started with
[13] the assumption that the pumps failed because of a leak,
[14] and they said, Here, show me if this leaks or not?
[15]  **A:** That's exactly it.
[16]  **Q:** Were you or anyone else at SEA ever provided
[17] with the report that was prepared by the oil reclamation
[18] company hired by Fieldale Farms at the time that the
[19] pumps installed by Don's Hydraulics were installed?
[20]  **A:** No. I didn't know that existed.
[21]  **Q:** Would it be significant for your
[22] consideration? And I'm going to represent to you that
[23] part of this report that was done by this oil reclamation
[24] company showed a piece of paper, a good size piece of

Page 76

[1] paper that was found in the oil that was reclaimed from
[2] the hydraulic system.
[3]    Would you consider that important in
[4] your consideration of the pump failure in this case?
[5]    MR. TODDY: Objection to the form. I
[6] think Dr. Butler should be given the report you're
[7] talking about and be allowed to view it.
[8]              BY MS. BEAM:
[9]    Q: Can you answer the question without looking at
[10] the report?
[11]   A: Maybe if you repeat the question, so I
[12] remember what the question was.
[13]   Q: There is a report prepared by an oil
[14] reclamation company right after the pump failure at
[15] Fieldale Farms. And in the report, there was found a
[16] piece of paper that had been in the oil system that they
[17] reclaimed.
[18]    Is that an important fact for you to
[19] know when you're trying to determine why these pumps
[20] failed?
[21]   MR. TODDY: Objection.
[22]   THE WITNESS: Without knowing more of
[23] the answers, no.
[24]              BY MS. BEAM:

Page 77

[1]   Q: It would not be important to you that there
[2] was a large piece of paper floating around this system?
[3]   MR. TODDY: Objection to the form.
[4]   THE WITNESS: That's a different
[5] question. I mean, if the piece of paper was in a
[6] reservoir, and there was a filter, and the filter kept
[7] the paper from going into the pumps, it would not make
[8] any difference. That's why the filter is there. There
[9] are a lot of details I don't know. So, I can't answer
[10] your question that way.
[11]              BY MS. BEAM:
[12]   Q: So, you don't know if there were filters in
[13] place; do you?
[14]   A: That's right.
[15]   Q: You don't know?
[16]   A: That's right. That's correct.
[17]   Q: So, these are all kinds of details that you
[18] would need to be provided to make a determination if
[19] there was another cause for this hydraulic pump failure.
[20]    Is that correct?
[21]   A: An additional cause. That's correct. In
[22] addition to the leaking hoses.
[23]   Q: Let's look at that.
[24]    If you have not looked at all of the

Page 78

[1] other details of this particular hydraulic system, such
[2] as what filters were installed, or if the oil was clean,
[3] tell me what the basis is of your opinion that these
[4] allegedly leaking hoses was the cause of the hydraulic
[5] pump failure?
[6]   MR. TIGHE: Could the court reporter
[7] read back that question?
[8]    (The court reporter was requested to
[9] read back from the record.)
[10]   MR. TIGHE: Objection to the form of the
[11] question.
[12]   THE WITNESS: If you have air leaks, you
[13] get air into the system, that is clearly a cause of pump
[14] failure, possible cause of pump failure, you don't have
[15] to look for every other cause that exist, as well. There
[16] may be other contributing factors.
[17]    But getting air in is bad enough. That
[18] is the reason for the conclusion.
[19]              BY MS. BEAM:
[20]   Q: And for how long of a period of time would
[21] this system need to be getting air in as you define it,
[22] before the pumps failed?
[23]   A: I don't know.
[24]   Q: Is there any way of telling?

Page 79

[1]   A: Can I tell you, as I am sitting here today, or
[2] at any point in my investigation, no. I can't tell you.
[3]   Q: Is there a scientific way that could determine
[4] that?
[5]   A: No. I can't think of any right now.
[6]   Q: And just so I understand, Doctor, it is your
[7] opinion that it is the air getting in through these hoses
[8] somehow that caused the pump failure, but you don't have
[9] an opinion as to why the hoses leaked in the first place?
[10]   MR. TODDY: Let me object to the form.
[11]   THE WITNESS: I know they leak now. You
[12] said allegedly leak. I know they leak now. There is no
[13] question about that.
[14]    What was the rest of that question? I'm
[15] sorry.
[16]   MS. BEAM: Could you read back the
[17] question?
[18]    (The court reporter was requested to
[19] read back from the record.)
[20]   THE WITNESS: I think I answered that.
[21] I said I think I answered that.
[22]              BY MS. BEAM:
[23]   Q: And, Doctor, what was your answer?
[24]   A: Can she read it back?

Don's Hydraulics, Inc. v.
Colony Insurance Company
Case 1:04-cv-01275-KAJ   Document 82-7   Filed 10/03/2005   Page 11 of 15
Thomas W. Butler, Ph.D
August 26, 2005

Page 80

[1] MS. BEAM: Can you read it back again?
[2] (The court reporter was requested to
[3] read back from the record.)
[4] THE WITNESS: Can we start over on the
[5] answer? I'm sorry. You can have it read back again, but
[6] I still didn't like the question.
[7]             BY MS. BEAM:
[8] Q: Well, I'm sorry you didn't like the question.
[9] MS. BEAM: But can you read it back
[10] again, please?
[11] MR. TODDY: If you don't understand the
[12] question, maybe you can rephrase it.
[13] THE WITNESS: I don't understand it.
[14] That's the problem.
[15]             BY MS. BEAM:
[16] Q: You don't understand the question?
[17] A: Right.
[18] Q: Do you have an opinion as to why the hoses
[19] leaked in the first place?
[20] A: The hoses leaked in the first place, probably,
[21] because they were assembled improperly.
[22] Q: And what do you base that conclusion on?
[23] A: I saw no degradation of the hose that was
[24] significant. I believe that the hoses leaked because

Page 81

[1] they were improperly assembled.
[2] I mean, I said to this other gentleman,
[3] the possibilities. It could have been a manufacturing
[4] defect. You haven't disassembled all of the components,
[5] so the stem could be undersized. The inside of the
[6] ferrule could have some problem with it. Again, most
[7] likely, the most likely problem that you have would be a
[8] misadjustment of the dyes that crimp the ferrule onto the
[9] hose and onto the stem.
[10] Q: And other than having an assumption of what
[11] happened, what, if any, steps did you or anyone else at
[12] SEA take to determine whether there was a misadjustment
[13] of the dye?
[14] A: Nothing else, except I've had experience with
[15] this type of problem before. And the hose problems that
[16] I've had before have been to a misadjustment of a dye. I
[17] went to a facility where they fabricated these objects,
[18] and they were having problems. And I said, your dye is
[19] misadjusted. And it's the easiest thing to go wrong,
[20] that I'm aware of.
[21] Q: Did you have occasion to examine the dye where
[22] these particular ends were fabricated to ascertain if it
[23] was misadjusted?
[24] A: No. And there would be no sense in doing it

Page 82

[1] as far as the situation because they could have been
[2] readjusted.
[3] Q: So, Doctor, is it fair to say, you have no
[4] factual reason to believe that the dye was misadjusted,
[5] as you sit here today?
[6] MR. TODDY: Objection to the form.
[7] MR. TIGHE: Objection to the form.
[8]             BY MS. BEAM:
[9] Q: You did not examine the dye?
[10] A: I did not examine the dye.
[11] Q: You're assuming the dye was misadjusted?
[12] A: Because it's the most likely thing to go
[13] wrong.
[14] Q: Did you or anyone else at SEA disassemble the
[15] fitting component to examine whether there was a problem
[16] with the manufacturer on that end?
[17] A: I just told you, I didn't. Of course.
[18] Q: Why not?
[19] A: Because one normally doesn't disassemble
[20] things allowing someone else to repeat the test, unless
[21] there is an agreement among a bunch of parties. What we
[22] did was not destructive.
[23] Q: Did you ever suggest that such testing would
[24] be useful to whoever hired you to do this testing?

Page 83

[1] A: No.
[2] Q: Who hired you to do this testing?
[3] A: Colony Insurance. Lisa Lackovitch.
[4] Q: And if I understood your prior testimony, when
[5] you were explaining why the female ends would leak, and
[6] the male ends wouldn't, did I understand you to say that
[7] the dye adjustments would be different on the male ends
[8] than the female ends?
[9] A: No. There was a whole series of questions
[10] about that. And my answer was, I don't know that they
[11] didn't change the adjustment. I don't know when they
[12] were all done. I don't know. That could mean that the
[13] stems were different. That's all it could mean.
[14] Q: So, when you were fabricating these kinds of
[15] pipe ends, it's not a normal course to change the
[16] adjustment for the male or female ends; is it?
[17] A: If they are the same size ferrules, you would
[18] not change the adjustment. That's right.
[19] Q: Were these the same size ferrules on the male
[20] and female ends?
[21] A: Yes.
[22] Q: Is there any other reason that you can think
[23] of that the male ends would not leak and the female ends
[24] did?

Page 84

[1] A: They may have done all of the males first.
[2] And with vibration, the adjustment may have changed over
[3] time.
[4] Q: That was probably an inartful question.
[5] Did your examination and evaluation of
[6] the pipes reveal any reason that the male ends did not
[7] leak and the female ends did?
[8] A: No.
[9] Q: When Mr. Kaplan was asking you about why the
[10] testing was done at Don's Hydraulics instead of your
[11] facility, you mentioned you did not have fittings large
[12] enough to do the pressure testing.
[13] Is that correct?
[14] A: Correct.
[15] Q: Is this two-and-a-half inch diameter opening
[16] larger than what you routinely see?
[17] A: Yes.
[18] MS. BEAM: I think that's all the
[19] questions I have, Doctor. Thank you.
[20]       BY MR. TIGHE:
[21] Q: Dr. Butler, I'm Mike Tighe. I represent
[22] Don's.
[23] Have you had a chance to read the
[24] deposition of Sean Swain?

Page 85

[1] A: No.
[2] Q: Or Jim Biggs?
[3] A: No.
[4] Q: How about Don Cathell?
[5] A: Only the few pages that I have here. Part of
[6] volume one and part of volume two.
[7] Q: Any other depositions taken in this case which
[8] you've had a chance to read?
[9] A: No.
[10] Q: I want to refer to the time when you picked up
[11] hoses from Don's and took them back to your facility, and
[12] then you returned them to Don's.
[13] A: Tony Cornetto did. Yes.
[14] Q: I'm sorry. It was Tony.
[15] To your knowledge, was there any change
[16] of any sort from the time you picked them up until they
[17] were picked up by SEA until they were returned to Don's
[18] for testing?
[19] A: No. No change at all.
[20] Q: Do you have any independent knowledge of any
[21] contaminant in the hydraulic fluid of this system at
[22] Fieldale Farms prior to Don beginning the operation of
[23] the system?
[24] A: No.

Page 86

[1] Q: Do you have any evidence, or did you observe
[2] any evidence of excessive or improper pressure being
[3] applied to any part of the hoses?
[4] A: No.
[5] Q: In the installation?
[6] A: No.
[7] Q: Was there any indication that there had been
[8] pressure applied to the ferrules?
[9] A: Let me look at my pictures again just to be
[10] sure about something. I don't recall any marks on the
[11] ferrules indicating they were tightened or loosened using
[12] a wrench on the ferrule.
[13] Q: Any indication there was water in the
[14] hydraulic fluid prior to the operation starting?
[15] A: No.
[16] Q: Any indication of a lack of oil prior to the
[17] operation starting?
[18] A: I have no way to say. So, the answer is no.
[19] Q: Excessive pressure. Any indication of
[20] excessive pressure?
[21] A: No.
[22] Q: Let me ask you this.
[23] What happens when there is a suction
[24] leak and air enters the system, what happens when this

Page 87

[1] air enters the pump?
[2] A: You get incomplete seal on those cups that I
[3] was talking about before. There are several types of
[4] lubrication. And you rely upon lubrication for several
[5] factors in a pump. One is, the material itself is what
[6] you're trying to increase the pressure of. It's a
[7] pressure transmitting device.
[8] The second thing is, you also have a
[9] thin film between the two surfaces or any mating
[10] surfaces. So, that's a second function, lubrication.
[11] The third thing is, the oil carries away
[12] heat in a pump. So, it keeps it cool. It's the second
[13] one we worry about in the case of introducing air,
[14] because then you will have break down in that
[15] hydrodynamic lubrication that should exist, and so you
[16] can get scoring, which we can see here.
[17] Q: The air itself gets compressed.
[18] Is that correct?
[19] A: The air gets compressed and also breaks that
[20] seal — breaks what should be a nice uniform seal.
[21] Q: The air is not supposed to be in the pump?
[22] A: That's correct.
[23] Q: When the scoring takes place, does that
[24] produce particles of metal that become freed?

Don's Hydraulics, Inc. v.
Colony Insurance Company
Case 1:04-cv-01275-KAJ   Document 82-7   Filed 10/03/2005   Page 13 of 15
Thomas W. Butler, Ph.D
August 26, 2005

Page 88

[1] A: They will come out. That's right.
[2] Q: Do those particles then get swept into the
[3] reservoir or hydraulic fluid?
[4] A: Yes. I don't know, but there should be a
[5] filter to trap them afterwards.
[6] Q: Can the pump failure itself cause
[7] contamination of the hydraulic fluid?
[8] A: It can. That's right.
[9] Q: And the contamination would be metal
[10] particles?
[11] A: That's one thing that can happen when you get
[12] the scoring. If you have a scoring, you can have metal
[13] fragments come off.
[14] Q: And contaminate the hydraulic fluid?
[15] A: That's correct.
[16] Q: Could I have one minute, please.
[17] MR. TIGHE: That's all the questions I
[18] have, Dr. Butler. Thank you.
[19]         BY MR. KAPLAN:
[20] Q: I do have a few more questions. Just a few.
[21] Dr. Butler, when you met with
[22] Mr. Cathell in November of 2003, he knew that you were
[23] investigating the cause of the hydraulic pump failure?
[24] A: Yes.

Page 89

[1] Q: Did he ever advise you that he had received a
[2] report reflecting that the oil had been in the system and
[3] had been examined?
[4] A: No.
[5] Q: Were you ever advised by Mr. Cathell, even as
[6] you sit here today, that it was determined that there was
[7] particle metal debris removed from the reservoir itself?
[8] A: No.
[9] MR. TIGHE: Can you clarify what point
[10] you are talking about? Before operations started?
[11]         BY MR. KAPLAN:
[12] Q: Even as you sit here today, have you ever been
[13] advised by Mr. Cathell that the oil was found to contain
[14] particulate in the metal debris?
[15] MR. TIGHE: Objection to the form. I
[16] would ask you to clarify at what point in time is this
[17] finding of contaminate you are referring to?
[18] THE WITNESS: Not referring to me.
[19] Referring to the testing.
[20] MR. KAPLAN: It was done immediately
[21] after the failure.
[22] MR. TIGHE: All right.
[23] MR. KAPLAN: By a report that
[24] Mr. Cathell had.

Page 90

[1] MR. TIGHE: Thank you. I wanted to
[2] clarify that for the record.
[3] THE WITNESS: No.
[4]         BY MR. KAPLAN:
[5] Q: And you already testified that metal debris,
[6] depending upon its nature, could cause leakages from
[7] hoses, as well as disrupt an entire hydraulic pump
[8] system?
[9] A: And it could also be a result of air,
[10] probably.
[11] Q: And you had no idea there was any metal debris
[12] or other debris found in the oil?
[13] A: It's not surprising, but I did not know it.
[14] Q: So, you have no opinion whether the debris, or
[15] whatever was found in this system, was the cause of any
[16] pump failure because it was not part of what you were
[17] contracted to do?
[18] A: That's right.
[19] Q: One last area, which I did not ask you
[20] earlier, sir.
[21] What has been the cost, or what was the
[22] cost of preparing your report in this matter?
[23] A: Cost of our investigation that resulted in the
[24] report, I have no idea.

Page 91

[1] Q: What is the hourly rate that you charge?
[2] A: Back then this was — I don't know. I think
[3] it was about $275 an hour, I guess.
[4] Q: And is Mr. Cornetto's rate in addition to that
[5] rate?
[6] A: He has a different rate.
[7] Q: That doesn't include everyone that worked on
[8] this project?
[9] A: That's just me. His is probably $175, or
[10] something like that.
[11] Q: And do you know how many hours you and/or
[12] Mr. Cornetto had put into this matter?
[13] A: No.
[14] Q: Do you know what the overall cost has been to
[15] date?
[16] A: No, I don't.
[17] Q: How much time would it have taken you or
[18] Mr. Cornetto to actually test the pumps that are part of
[19] the hydraulic system?
[20] A: This is the first time I have addressed that
[21] issue or thought about that issue. But you have to have
[22] a reservoir. You have to have some kind of load. You
[23] have to have the liquid. The best thing to do would be
[24] to test them in a similar system, but it would be fairly

### Page 92

[1] expensive. Ball park number, $15,000.
[2] **Q:** Now, when you say, in your conclusion that the
[3] pump failures were the result of leaks in hoses, again we
[4] are not going to discuss what the causes of the leaks
[5] were in the hoses, but could the failure also have been
[6] caused by another cause? In other words, could there be
[7] two contributing causes?
[8] **A:** Air in the system is bad enough. I mean, that
[9] will do it. Could there be? There is no evidence of a
[10] second cause.
[11] **Q:** But you weren't asked to focus upon whether
[12] there was a second cause?
[13] **MR. TODDY:** Objection to the form.
[14] **MR. TIGHE:** I object to the form, too.
[15] **THE WITNESS:** I was asked to test the
[16] hoses. And the fact that we found metal fragments
[17] afterwards is consistent with scoring that could have
[18] happened as a result of the air in the system.
[19] **BY MR. KAPLAN:**
[20] **Q:** But you were never asked to test the pumps.
[21] Correct?
[22] **A:** That's correct.
[23] **Q:** And, therefore, you did not test the pumps.
[24] Correct?

### Page 93

[1] **A:** That's correct.
[2] **Q:** And, therefore, you have no conclusions
[3] whether the pumps were or were not the cause of any
[4] failure of this hydraulic system?
[5] **A:** That the pumps were the failure?
[6] **Q:** Yes, sir.
[7] **MR. TODDY:** Object to the form.
[8] **THE WITNESS:** I'm afraid I don't
[9] understand the question.
[10] **BY MR. KAPLAN:**
[11] **Q:** You have no basis to conclude one way or the
[12] other, that the pumps were either acting properly or
[13] improperly, whether the cause of this failure or not the
[14] cause of this failure, because you did no test in that
[15] regard?
[16] **A:** I did no test of the pumps. That's right.
[17] **Q:** You would have no opinion regarding whether
[18] the pumps were or were not the cause of the failure in
[19] the hydraulic system?
[20] **MR. TODDY:** Objection to the form. It
[21] has been asked and answered, but go ahead.
[22] **THE WITNESS:** That's right.
[23] **MR. KAPLAN:** I have no further
[24] questions. Thank you.

### Page 94

[1] **BY MS. BEAM:**
[2] **Q:** Doctor, I have a couple of questions.
[3] When you examined the pipes, the four
[4] pipes that were available to you?
[5] **A:** The hoses?
[6] **Q:** Yes. The hoses.
[7] Can you tell me just by visually
[8] inspecting these hoses, could you see any obvious defect
[9] in the hoses?
[10] **A:** No.
[11] **Q:** And even by picking up the hoses and handling
[12] them, did that cause you to believe that there were any
[13] obvious or apparent defects in the hoses?
[14] **A:** No.
[15] **Q:** Now, Mr. Tighe was asking you, was there any
[16] indication that the pumps failed because of lack of oil,
[17] and your answer was, no.
[18] Isn't it true that that is not a cause
[19] that you ruled out because that was not the focus of your
[20] investigation?
[21] **A:** I didn't rule it out at the time. But looking
[22] at my photographs and seeing there was no overheating, I
[23] did not find any indications of lack of oil. But that is
[24] the third of the three purposes for hydraulic fluid.

### Page 95

[1] **Q:** And if the pump had failed because of lack of
[2] oil, do you agree there would have been heavy wear on the
[3] pressure plate?
[4] **A:** Yes. I mean, the pressure plate being the
[5] annular plate.
[6] **Q:** Did you inspect that?
[7] **A:** We saw scoring on it. There was no
[8] overheating.
[9] **Q:** Did you check the end of the gear?
[10] **A:** No.
[11] **Q:** Do you agree that if the cause of the failure
[12] was lack of oil, there would have been heavy wear on the
[13] gear, also?
[14] **A:** I can't say one way or the other.
[15] **Q:** You don't know?
[16] **A:** That's right.
[17] **Q:** Do you agree if cause of the pump failure was
[18] aeration or cavitation, one of the indications would have
[19] been an eroded pump housing?
[20] **A:** I don't know. That's typically erosion. If
[21] you have cavitation, you get the bubbles collapsing and
[22] you get erosion. As a general rule, yes. I don't know
[23] if that's here or not. I didn't look for it.
[24] **Q:** In your experience, how long would it take to

Don's Hydraulics, Inc. v.
Colony Insurance Company
Case 1:04-cv-00275-KAJ    Document 82-7    Filed 10/03/2005    Page 15 of 15
Thomas W. Butler, Ph.D
August 26, 2005

Page 96

[1] cause this kind of scoring that you had already said that
[2] you observed?
[3]   A: You tried to go down that road before. I
[4] don't know the answer. I can't tell you. I haven't had
[5] that much hands-on experience to tell you with this type
[6] of pump to say. I can't tell you.
[7]   Q: Just so the record is clear, then, you can't
[8] say how long the hoses would have had to have been
[9] sucking air in this particular pump application to show
[10] the kind of scoring that you saw on the pumps that you
[11] examined?
[12]   A: That's right.
[13]   MS. BEAM: I think that's all I have.
[14]   MR. TIGHE: No more questions.
[15]   MR. KAPLAN: We are done. Thank you.
[16]   (Notebook of Thomas W. Butler, Ph.D. was
[17] marked as Butler Exhibit No. 5 for identification.)
[18]   (The deposition was concluded at,
[19] approximately, 12:05 p.m.)
[20]   (All exhibits retained by Counsel.)
[21] I HAVE READ THE FOREGOING DEPOSITION,
[22] AND IT IS TRUE AND CORRECT TO THE BEST OF MY
     KNOWLEDGE.
[23]
     THOMAS W. BUTLER, Ph.D.
[24]

Page 97

[1]          INDEX
[2]
[3] DEPOSITION OF: THOMAS W. BUTLER, Ph.D.
[4]
[5] EXAMINATION                    PAGE
[6]
[7]  Examination by Mr. Kaplan     3, 88
[8]  Examination by Ms. Beam       67, 94
[9]  Examination by Mr. Tighe      84
[10]
[11]         EXHIBITS
[12] 1. Professional Resume of Thomas W.   3
[13]    Butler, Ph.D., was premarked as
[14]    Butler Exhibit No. 1.
[15] 2. Document entitled Hydraulic        3
[16]    Pump/Hose Failure Analysis dated
[17]    March 29, 2004 was premarked as
[18]    Butler Exhibit No. 2.
[19] 3. Photocopies of 26 pictures were    16
[20]    marked as Butler Exhibit No. 3.
[21] 4. Photocopies of 30 pictures were    20
[22]    marked as Butler Exhibit No. 4.
[23] 5. Notebook of Thomas W. Butler, Ph.D. 96
[24]    was marked as Butler Exhibit No. 5.

Page 98

[1]          CERTIFICATE
[2] STATE OF DELAWARE:
[3] NEW CASTLE COUNTY:
[4]     I, Gloria M. D'Amore, a Registered
[5] Professional Reporter, within and for the County and
[6] State aforesaid, do hereby certify that the foregoing
[7] deposition of THOMAS W. BUTLER, Ph.D., was taken before
[8] me, pursuant to notice, at the time and place indicated;
[9] that said deponent was by me duly sworn to tell the
[10] truth, the whole truth, and nothing but the truth; that
[11] the testimony of said deponent was correctly recorded in
[12] machine shorthand by me and thereafter transcribed under
[13] my supervision with computer-aided transcription; that
[14] the deposition is a true record of the testimony given by
[15] the witness; and that I am neither of counsel nor kin to
[16] any party in said action, nor interested in the outcome
[17] thereof.
[18]     WITNESS my hand and official seal this
[19] 18th day of September A.D. 2005.
[20]
[21]
[22]    GLORIA M. D'AMORE
        REGISTERED PROFESSIONAL REPORTER
[23]    CERTIFICATION NO. 119-PS
[24]