**EXHIBIT "F"**

# In The Matter Of:

*Don's Hydraulics, Inc.   v.*
*Colony Insurance Company*

---

*Anthony D. Cornetto, III*
*August 26, 2005*

---

*Corbett & Associates*
*1400 N. French Street*
*P.O. Box 25085*
*Wilmington, DE  USA  19899*
*(302) 571-0510     FAX: (302) 571-1321*

*Original File 050826G1.ASC, 68 Pages*
*Min-U-Script® File ID: 2185434956*

**Word Index included with this Min-U-Script®**


Don's Hydraulics, Inc. v.                               Anthony D. Cornetto, III
Colony Insurance Company

Page 1

[1]       IN THE UNITED STATES DISTRICT COURT
[2]           FOR THE DISTRICT OF DELAWARE
[3]
    DON'S HYDRAULICS, INC.,                :
[4]     Plaintiff,                               :
[5]     v.                                   : C.A. No. 04-1275 (KAJ)
[6]     COLONY INSURANCE COMPANY,: 
    TRUCK TECH INDUSTRIES,         :
[7]     INC., and TIPCO
    TECHNOLOGIES, INC.,              :
[8]     Defendants.                       :
[9]        Deposition of ANTHONY D. CORNETTO, III,
[10] taken pursuant to notice before Gloria M. D'Amore,
[11] Registered Professional Reporter, in the law offices of
[12] Goldfein & Joseph, 222 Delaware Avenue, Suite 1110,
[13] Wilmington, Delaware, on Friday, August 26, 2005,
[14] beginning at approximately 1:00 p.m., there being
[15] present:
[16] APPEARANCES:
          TIGHE, COTTRELL & LOGAN
[17]      BY: MICHAEL K. TIGHE, ESQUIRE
            and
[18]       MATTHEW LINDAUER, ESQUIRE
         First Federal Plaza
[19]        P.O. Box 1031
         Wilmington, Delaware 19899
[20]     Attorneys for Plaintiff
[21]
[22]
         CORBETT & ASSOCIATES
[23]    Registered Professional Reporters
    1400 French Street     Wilmington, DE 19801
[24]         (302) 571-0510

Page 2

[1] APPEARANCES CONTINUED:
[2]
        ZARWIN, BAUM, DeVITO, KAPLAN,
[3]      SCHAER, TODDY, P.C.
      BY: JOSEPH MICHAEL TODDY, ESQUIRE
[4]        1515 Market Street, Suite 1200
      Philadelphia, Pennsylvania 19102-1981
[5]     Attorney for Defendant,
    Colony Insurance Company
[6]
    REGER, RIZZO, KAVULICH & DARNALL LLP
[7]    BY: CYNTHIA G. BEAM, ESQUIRE
      1001 Jefferson Plaza, Suite 202
[8]      Wilmington, Delaware 19801
    Attorney for Defendant,
[9]     Truck Tech Industries, Inc.
[10]    GOLDFEIN & JOSEPH
     BY: GARY H. KAPLAN, ESQUIRE
[11]     222 Delaware Avenue, Suite 1110
     P.O. Box 2206
[12]     Wilmington, Delaware 19899
    Attorney for Defendant,
[13]    TIPCO Technologies, Inc.
[14] Also present:
[15]    Don Cathell

Page 3

[1] ANTHONY D. CORNETTO, III, having first
[2] been duly sworn according to law, was examined and
[3] testified as follows:
[4]       (Curriculum Vitae of Anthony D.
[5] Cornetto, III, was premarked as Cornetto Exhibit No. 1
[6] for identification.)
[7]                BY MS. BEAM:
[8]    **Q:** Mr. Cornetto, my name is Cynthia Beam. I'm
[9] here to take your deposition in a matter that, I believe,
[10] you were involved in investigating, Don's Hydraulics
[11] versus TIPCO, et cetera.
[12]       Have you ever had your deposition taken
[13] before?
[14]    **A:** No.
[15]    **Q:** I'm sure your counsel has explained the
[16] process to you. I'm going to ask you some questions
[17] about what you know regarding the investigation done in
[18] this case.
[19]       I need you to respond verbally because
[20] nods of the head and mum-hum does not come out well on
[21] the transcript later?
[22]    **A:** Okay.
[23]    **Q:** If you don't understand a question, let me
[24] know, and I will try and rephrase it. If you can't hear

Page 4

[1] me, ask me to speak up. If you need a break at any time,
[2] let me know.
[3]     Okay?
[4]   A: Yes.
[5]   Q: I was provided by counsel with a copy of your
[6] Curriculum Vitae, which has been marked as No. 1.
[7]     Can I ask you to take a quick look at
[8] that, and let me know if that is an up-to-date Curriculum
[9] Vitae for you?
[10]  A: Yes. And this also has a copy of Dr. Butler's
[11] stapled to it.
[12]  Q: You can rip that off there for me, if you
[13] would?
[14]  A: Sure.
[15]  Q: Just briefly, can you tell me what your
[16] educational background is?
[17]  A: I have a Bachelor's degree from Virginia Tech
[18] in Engineering Science and Mechanics. And a Master's
[19] degree from Virginia Tech in the Engineering Mechanics
[20] Program.
[21]  Q: And you graduated from that program in 1999?
[22]  A: 1997.
[23]  Q: And what did you do after receiving your
[24] Master's degree?

Page 5

[1]  A: I went to work at Johns Hopkins Hospital in a
[2] lab called the Microsurgery Advanced Design Lab, which
[3] was part of Wilmer Eye Institute.
[4]  Q: And what were your duties in that position?
[5]  A: We worked for a retinal surgeon who had ideas
[6] for different instruments that he would need for
[7] surgeries that he was involved in at the Eye Institute.
[8] And we were, actually, housed within the hospital, and he
[9] would send down ideas. We would design instruments. We
[10] had a machine shop which could build the instruments, and
[11] then we could send them back up to the surgeons to use
[12] during surgery.
[13]  Q: And then, when did you leave that position?
[14]  A: I believe it was around May of 1999.
[15]  Q: And you went with SEA?
[16]  A: Yes. At that time, it was FTI/SEA.
[17]  Q: And what was your position with that company
[18] when you first started there?
[19]  A: Staff engineer.
[20]  Q: And does that continue to be your position
[21] there?
[22]  A: Yes.
[23]  Q: What did you do as a staff engineer for SEA?
[24]  A: I do investigations related to mechanical

Page 6

[1] failures and accident reconstructions.
[2]     Involved in that, I do investigations,
[3] or I write reports, based on the investigation. Review
[4] reports. And I conduct testing and research. Things of
[5] that nature.
[6]  Q: Why did you leave Hopkins?
[7]  A: It was a semi-academic kind of field. I did
[8] not like the pace. It was kind of a slower pace. And I
[9] was looking for something with a little bit of a faster
[10] pace.
[11]  Q: On Page 3 of your CV are two publications
[12] where you were a co-author.
[13]     Correct?
[14]  A: Correct.
[15]  Q: It is correct that neither of these
[16] publications deal with hydraulic pumps or hydraulic
[17] systems.
[18]     Correct?
[19]  A: That's correct.
[20]  Q: Prior to this case, have you ever had occasion
[21] to investigate or study hydraulic pumps or hydraulic
[22] systems since leaving school?
[23]  A: Hydraulic pumps or hydraulic systems. Not of
[24] this type, no. I did have an occasion to investigate an

Page 7

[1] hydraulic system on a vehicle as it related to brakes,
[2] but not related to this type of case.
[3]  Q: I'm going to ask you to take a look at Butler
[4] Exhibit No. 2.
[5]     Have you seen this document before?
[6]  A: Yes.
[7]  Q: And can you tell me what, if any, part you
[8] played in producing this document? I don't mean the
[9] actual typing, but what input did you have into the
[10] contents of that.
[11]  A: I had input into the section regarding the
[12] testing performed on the hydraulic hoses.
[13]  Q: So, that would be Page 4 and Page 5?
[14]  A: Page 4 and Page 5. And the conclusion
[15] regarding the fact that the hose coupling assemblies
[16] leaked. And I, also, reviewed the report for our quality
[17] — checked on the technical aspect of the report.
[18]  Q: Let's start with that and work backwards.
[19]     What do you mean you checked it for
[20] quality and technical process?
[21]  A: Part of the process at SEA for any report that
[22] goes out is that after the report has been authored by
[23] the engineer on the case, the report is reviewed by
[24] another engineer to ensure quality of the work that is

Don's Hydraulics, Inc. v.
Colony Insurance Company
Case 1:04-cv-01075-KAJ   Document 82-8   Filed 10/03/2005   Page 6 of 11
Anthony D. Cornetto, III
August 26, 2005

Page 8

[1] being performed.
[2] Q: So, am I to understand, then, once Dr. Butler
[3] had this report, that is marked as Butler No. 2 in what
[4] he considered final form, he gave it to you to review?
[5] A: Correct.
[6] Q: And you reviewed it for accuracy?
[7] A: That's correct. To make sure it was
[8] technically sound.
[9] Q: Can you explain what you mean by technically
[10] sound?
[11] A: That there was nothing in the conclusions that
[12] I would have considered not based on engineering
[13] judgment, or not technically sound based on the
[14] investigation performed.
[15] Q: And you said part of your contribution to the
[16] report was as to the conclusion regarding the coupling
[17] failure.
[18] Is that right?
[19] A: The hose coupling assemblies leaked.
[20] Q: Is that the language on Page 7 that you are
[21] referring to?
[22] A: Correct.
[23] Q: Could you point me specifically to the
[24] language on Page 7 that you authored?

Page 9

[1] A: I don't know if I specifically authored the
[2] language the way it is stated. But the conclusion that
[3] all three of the hose coupling assemblies leaked at the
[4] interface of the female end, the hose and the ferrule, is
[5] a result of testing that I was involved in at Don's
[6] Hydraulics.
[7] Q: Other than that one sentence, is there any
[8] other language on Page 7 authored by you?
[9] A: I don't recall specifically, again, if I
[10] authored the second paragraph. But I may have been
[11] involved in what is stated in that second paragraph in
[12] describing the hydraulic hose couplings.
[13] Q: So, if I understand you, tell me if I am
[14] putting words in your mouth, you don't recall actually
[15] writing that paragraph out, but you believe that you
[16] conveyed that information somehow to Dr. Butler?
[17] A: It may have been a combination.
[18] Q: Combination?
[19] A: Yes.
[20] Q: Do you have any recollection or any notes that
[21] would indicate when you first became involved in this
[22] case?
[23] A: The only recollection that I would have is
[24] that it was prior to the testing that I performed on

Page 10

[1] February 24, 2004.
[2] Q: So, explain to me how it works at SEA? Does
[3] the project come to you, or is it going to come to a
[4] senior engineer, like Dr. Butler to begin with?
[5] A: It would depend on the case coming in.
[6] Q: Did this one come directly to you?
[7] A: No.
[8] Q: So, then, you got involved in the testing how?
[9] A: Dr. Butler asked if I would, I believe, talk
[10] to Mr. Cathell at Don's Hydraulics and set up testing,
[11] and, also, bring the hoses, and observe the testing being
[12] performed.
[13] So, this was performed at Dr. Butler's
[14] request.
[15] Q: And you are currently referring to a notebook
[16] that was produced by Dr. Butler during his deposition,
[17] marked as Butler No. 5.
[18] Are yours separated by number or letter
[19] tabs?
[20] A: No.
[21] Q: I'm looking at some handwritten notes, and at
[22] the top it says 2/24/04.
[23] Is that your handwriting?
[24] A: Yes.

Page 11

[1] Q: And there are also some photographs that have
[2] already been marked as Butler No. 4, which, I think,
[3] copies are behind that page.
[4] Do you have those in front of you, also?
[5] A: Correct.
[6] Q: Is there anything else in that notebook in
[7] front of you that was produced by you, either written by
[8] you, or photographs taken by you, or anything else?
[9] MR. TODDY: That's with the caveat that
[10] he already produced those parts of the report that are
[11] included?
[12] MS. BEAM: Absolutely.
[13] THE WITNESS: There is an evidence
[14] change of custody record dated February 24, 2004.
[15] BY MS. BEAM:
[16] Q: Was that filled out by you?
[17] A: Yes.
[18] Q: And the purpose of that sheet was to do what?
[19] A: To document the transfer of the four hydraulic
[20] hoses from myself as a representative of SEA to Don
[21] Cathell as a representative of Don's Hydraulics.
[22] Q: So, after Dr. Butler asked you to test the
[23] hoses and talk to Don Cathell, give me an idea, what did
[24] you do next?

Page 12

[1] **A:** I believe I contacted him on the phone.
[2] **Q:** "Him" being Mr. Cathell?
[3] **A:** Yes. Mr. Cathell. I described to him what
[4] type of testing we wanted to perform. We identified if
[5] he had the equipment necessary to perform that test. And
[6] then set up a time to go to Don's Hydraulics to observe
[7] the testing.
[8] **Q:** At that point, did you have, or did SEA have
[9] in their possession any of the hoses that were to be
[10] tested?
[11] **A:** Yes.
[12] **Q:** How did you come into possession of those
[13] hoses?
[14] **A:** I believe Dr. Butler took possession of the
[15] hoses upon an earlier inspection that he performed.
[16] **Q:** And what type of testing did you tell
[17] Mr. Cathell that you wanted to perform upon the hoses?
[18] **A:** We wanted to perform a pressure test to
[19] determine if there were any leaks in the hoses.
[20] **Q:** Who was it that decided to perform a pressure
[21] test as opposed to a vacuum test on the hoses?
[22] **A:** I don't know if at that time it was determined
[23] that we were going to be performing a positive pressure
[24] or a vacuum test. I believe we were performing just a

Page 13

[1] pressure test to determine if there were leaks. The
[2] decision to go with positive pressure was a result of the
[3] equipment available to perform the testing.
[4] **Q:** Does SEC have a testing laboratory facility?
[5] **A:** Yes.
[6] **Q:** And where is that located?
[7] **A:** I was going to note, it is SEA.
[8] **Q:** I'm sorry. Is the SEA facility located at the
[9] 1110 Benfield Boulevard address?
[10] **A:** Yes.
[11] **Q:** And does that facility not have equipment that
[12] you could perform those test on those hoses?
[13] **A:** We have equipment to perform pressure tests,
[14] but not specifically on this size hose.
[15] **Q:** What size hoses can your facility accommodate?
[16] **A:** Well, it's not that we could not accommodate.
[17] The fittings required to connect to a pressure, or an air
[18] compressor, or some other means of creating pressure were
[19] a larger size fitting.
[20] And, I believe, the reason why it was
[21] performed at Don's Hydraulics is that Dr. Butler
[22] suggested that those fittings may be available, rather
[23] than having to order fittings or have fittings made for
[24] these hoses. And that would be why it was not performed

Page 14

[1] at SEA.
[2] **Q:** Had you ever performed this type of testing
[3] before on hoses?
[4] **A:** Not specifically this hose, but, yes, I
[5] performed pressure tests in the past.
[6] **Q:** On industrial hoses?
[7] **A:** On various systems. Not specifically
[8] industrial hoses.
[9] **Q:** When you say "various systems," give me an
[10] idea?
[11] **A:** Water systems in houses. Water heaters.
[12] Tires. Braided supply lines for sinks and toilets. I
[13] think that's all I can recall at this time.
[14] **Q:** And these other pressure tests that you have
[15] done on various systems, that is while you were employed
[16] with SEA?
[17] **A:** Yes.
[18] **Q:** And when you are doing pressure tests in these
[19] other systems, do you have to have fittings to do those
[20] tests?
[21] **A:** Yes.
[22] **Q:** And when you do pressure testing on these
[23] other systems, do you generally have to order the
[24] fittings to fit whatever the application is that you are

Page 15

[1] testing?
[2] **A:** In most cases, we have the fittings either at
[3] our facility, or they can be purchased at a local
[4] hardware store.
[5] **Q:** So, in the past, you have had to go and
[6] purchase the fittings in order to perform the pressure
[7] testing on these other systems?
[8] **A:** Correct.
[9] **Q:** Did you or anyone at SEA investigate whether
[10] or not you could purchase the fittings in order to
[11] perform these pressure test on the industrial hoses at
[12] the SEA facility?
[13] **A:** I did not.
[14] **Q:** Do you know if anyone else did?
[15] **A:** I'm not aware.
[16] **Q:** Is there a reason why?
[17] **A:** That, I don't know.
[18] **Q:** Or is there a reason why SEA did not buy the
[19] fittings to do the testing at their own facility?
[20] **A:** I do not know. I'm not aware of why we went
[21] with one or the other. I believe it is because we knew
[22] that the fittings were available at Don's Hydraulics.
[23] **Q:** And how is it that you came by the knowledge
[24] that the fittings were available at Don's Hydraulics?

Don's Hydraulics, Inc.  v.
Colony Insurance Company
Case 1:04-cv-01275-KAJ   Document 82-8   Filed 10/03/2005   Page 8 of 11
Anthony D. Cornetto, III
August 26, 2005

Page 16

[1] A: I was asked by Dr. Butler to contact them.
[2] And, I believe, Dr. Butler was aware they were available.
[3] Q: The notes that are contained in Butler 5 that
[4] you had made that are dated 2/24/04, do you have those in
[5] front of you?
[6] A: Yes.
[7] Q: When did you make these notes?
[8] A: February 24, 2004.
[9] Q: Where were you when you wrote those notes out?
[10] A: At Don's Hydraulics facility.
[11] Q: And were those notes made all at the same
[12] time, or was it over the course of several hours?
[13] A: It was over the course of an hour and a half.
[14] Q: These are very neat handwritten notes. So,
[15] I'm wondering if you have some other papers that you
[16] jotted down the results on, and you went back and put
[17] this in prettier form?
[18] A: No.
[19] Q: This is how you wrote it out as you went
[20] along?
[21] A: Yes.
[22] Q: The photographs that are behind that, and they
[23] have been marked as Butler No. 4, and they are numbered 1
[24] through 30, did you take these photographs?

Page 17

[1] A: Yes.
[2] Q: When did you take these photographs?
[3] A: February 24th.
[4] Q: And Dr. Butler had mentioned something along
[5] the lines that these photographs really, in time, start
[6] with No. 30 and work their way up to No. 1.
[7] Is that correct?
[8] A: That's correct.
[9] Q: The first photograph you would have taken on
[10] February 24, 2004 would be the image depicted in No. 30?
[11] A: Correct.
[12] Q: Describe for the record what is depicted in
[13] Image No. 30?
[14] A: Image No. 30 shows Hydraulic Hose No. 1, the
[15] male side being attached to a female connector with a
[16] pressure gauge and a shutoff valve attached to that.
[17] Q: And first of all, how do you know it is Hose
[18] No. 1 by looking at this image?
[19] A: I recall from the testing that the first hose
[20] we connected was Hose No. 1.
[21] Q: When you say "we connected," there are two
[22] individuals in this picture. One of them is not you. So
[23] identify for me who these men are?
[24] A: They connected. The gentleman on the right is

Page 18

[1] Mr. Cathell, I believe. The gentleman on the left, I do
[2] not have his name. But he was at Don's Hydraulics at the
[3] time. I believe he is an employee.
[4] Q: Now, did you or SEA provide any of the
[5] equipment that was used, other than bringing the hoses
[6] back with you, that was used in the testing that was done
[7] at Don's Hydraulics that day?
[8] A: No.
[9] Q: The pressure gauge belonged to Don's, also?
[10] A: That would be my assumption. It was at their
[11] facility. It did not belong to SEA.
[12] Q: You did not bring it?
[13] A: No.
[14] Q: Prior to the testing beginning, did you
[15] undertake any investigation into any of the equipment
[16] that was used that day by Don's to assure accuracy,
[17] calibration, operation, anything like that?
[18] A: No.
[19] Q: Going up to No. 29, can you just describe for
[20] the record what that image depicts?
[21] A: This is the same hose, same view, just from
[22] the opposite side. Same view as in Picture No. 30.
[23] Q: Going back to Image No. 30, just explain to
[24] me, you are saying the hose end is being fitted into the

Page 19

[1] female end.
[2] Is that what you had said earlier?
[3] A: Correct. Female fitting.
[4] Q: That female fitting was not already attached
[5] to the hose before the testing began?
[6] A: No.
[7] Q: Where did that female end come from?
[8] A: That's one of the fittings that Don's
[9] Hydraulics had available.
[10] Q: Mr. Cornetto, I know you know what you are
[11] talking about, but you have to take me one step back.
[12] You had four hoses that Dr. Butler had
[13] retrieved from Don's at some time previous to February
[14] 24th?
[15] A: Correct.
[16] Q: You put them in your car, or whatever, and you
[17] drive to Don's.
[18] Correct?
[19] A: Correct.
[20] Q: Do those four hoses that you have, when you
[21] enter Don's Hydraulics, do they have fitting ends on them
[22] already?
[23] A: Three of the hoses have a male end and a
[24] female end. And one of the hoses has two female ends.

Page 20

**Q:** I don't understand, why, then, in Picture No. 30, they are inserting an industrial hose into a female end, if it had the female end on it when it came in?

**A:** The male end is being inserted into the female fitting, in order to connect to a pressure supply, because you have to go from the size of the hose that we have down to a connection that can be connected to an air supply.

**Q:** I'm with you now.
So, where does the female end that male end is being screwed into, where does that come from?

**A:** Don's Hydraulics.

**Q:** So, to kind of jump ahead a little bit.
When this test was done, with the hose that is depicted in No. 30, what was the result?

**A:** The test was pressurized. I'm sorry. The hose was g21 pressurized to, approximately, 105 PSI. One thing that we did not get to yet is that the other end of the hose, which is the female end, has a cap on it, which is a male fitting that is inserted into the female end.

**Q:** So, the other end is, actually, the one that is being tested in this photograph.
Is that correct?

Page 21

**A:** At this point, nothing is being tested.

**Q:** Eventually?

**A:** Yes. Eventually. The results of the test were that the female end is capped, pressure was applied to the male end, through the fitting, the fittings that we see in Picture No. 30. And the female end was placed in a bucket of water to observe if there were any leaks around the fitting on the female end of the hose. And this is Hose No. 1. And the results of that were that bubbles formed around the collar in what we describe as the area where the ferrule, the hose, and the female end come together.

**Q:** You said it was tested to how much PSI? I'm sorry.

**A:** Approximately, 105 PSI.

**Q:** Now, do you stop at 105 because that is when you observed bubbles?

**A:** No.

**Q:** Why do you stop at 105?

**A:** The system used is an air supply at Don's Hydraulics, which I did not verify how they were creating their air pressure, but, most likely, they have an air compressor and a compressed air tank and a hose from the tank. And that supplies your air pressure. And it is

Page 22

not something that we were adjusting air pressure to create a certain number. That is the number that resulted from the pressure supplied by their system.

**Q:** So, you did not crank it to 150 PSI and then wait for bubbles?

**A:** No.

**Q:** Who was controlling the air pressure?

**A:** It is a system at Don's Hydraulics. And most likely, it is set as they would have it set at any time during their operation.

**Q:** Do you know what it was set at?

**A:** I know that the air pressure, according to the gauge, was, approximately, 105 PSI during this test. As far as settings on the equipment, I don't know what the settings were.

**Q:** Going back and trying to educate me on how this test is done. We are back on No. 29 now.

**A:** Okay.

**Q:** It looks like the pipe has already been put into the female end and the vise grip. Right? And what are they doing now?

**A:** He is using a pipe wrench to tighten — at that time, the pipe wrench is setting against it, but that's what was being completed at the time.

Page 23

**Q:** The male end of the pipe is being tightened into the female fitting.
Correct?

**A:** Correct.

**Q:** Now, in No. 29, this other gentleman that is not holding the wrench is holding the end of the hose.
Is that right?

**A:** Yes.

**Q:** What this gentleman's left hand is on in No. 29, is that what gets put into the bucket of water?

**A:** His hand is on a cap. It is allowing the female end of the hose to be capped off. So, it has a male fitting on the end that can be tightened into the female end of the hose. In the test of Hose No. 1, this end of the hose was placed into the bucket of water.

**Q:** Logistically or practically speaking, where is the bucket of water put?

**A:** On the ground.

**Q:** How long were those hoses?

**A:** Three of them were, approximately, 28 inches long. And one was, approximately, 30 inches long.

**Q:** Moving forward in time and backward in number, we are on No. 28, can you describe what that image depicts, please?

Page 24

[1] A: Same as 29. It is just a little bit further
[2] from the actual hose.
[3] Q: Are those hoses flexible?
[4] A: I would describe them as pretty rigid.
[5] Q: Image No. 27, can you describe what that is?
[6] A: That's the pressure gauge, shutoff valve, and
[7] fitting that's used to connect to the air supplier.
[8] Q: Is that the air supplier that is being held
[9] by, I think, it is Mr. Cathell?
[10] A: Yes.
[11] Q: And that gets put on the end of the nipple
[12] there.
[13] Is that right?
[14] A: Yes.
[15] Q: And then, what, the shutoff lever just gets
[16] turned on?
[17] A: The shutoff valve is open to allow air
[18] pressure into the system. Correct.
[19] Q: And what does No. 26 depict?
[20] A: Photo No. 26 shows the same set up with the
[21] shutoff valve in an open position. And the pressure at
[22] the time of the picture, on the pressure gauge, was
[23] slightly above 100 PSI from this picture. I can't make
[24] out exactly what number it was at.

Page 25

[1] Q: Now, when you take your PSI readings, at what
[2] point in time do you take the reading that you have
[3] recorded here in Exhibit No. 5?
[4] MR. TODDY: You mean during the test?
[5] MS. BEAM: Yes.
[6] THE WITNESS: After the shutoff valve is
[7] opened, then at some time after that when we are ready to
[8] perform the test. I don't know exactly if it was ten
[9] seconds after we opened the shutoff valve or a minute. I
[10] don't recall at this time.
[11]            BY MS. BEAM:
[12] Q: So, there was no set length of time that you
[13] let the air pressure go; correct? Is this something that
[14] happens instantaneously? Do the bubbles start right
[15] away, or do you have to wait awhile?
[16] A: No. It happens instantaneous.
[17] Q: Is that what we are seeing in Exhibit No. 25?
[18] A: Yes.
[19] Q: And that is Hose No. 1?
[20] A: Yes.
[21] Q: Were the hoses already marked with the numbers
[22] when you took them from SEA, or from Dr. Butler?
[23] A: Yes.
[24] Q: So, you did not mark these hoses?

Page 26

[1] A: No.
[2] Q: Moving along to No. 24, can you tell me what
[3] that depicts?
[4] A: That is a picture of the cap with the male
[5] fittings that is used to cap off the female end of the
[6] hydraulic hoses.
[7] Q: So, these are the end caps that were provided
[8] by Don's Hydraulics to cap the ends.
[9] Correct?
[10] A: Correct.
[11] Q: These were not the fittings that you were
[12] testing?
[13] A: Correct.
[14] Q: There is some kind of white substance on the
[15] cap on No. 24.
[16] Do you see that?
[17] A: Yes.
[18] Q: What is that?
[19] A: From this picture, I can't tell you exactly
[20] what the white substance is. I would suggest that it may
[21] be used for the fitting to create a better — it may be
[22] Teflon tape, or something of that sort.
[23] Q: What was the purpose of you taking Photograph
[24] No. 24?

Page 27

[1] A: Just to show what the fitting and the cap that
[2] was being used looked like.
[3] Q: And what is No. 23?
[4] A: The same fitting. And it is just more a top
[5] view.
[6] Q: Did, at any point, in this testing procedure,
[7] did you actually handle the end fitting, the capped
[8] fittings?
[9] A: I don't recall handling them. No. I don't
[10] recall handling them.
[11] Q: Moving forward to Image No. 22.
[12] Can you explain for the record what that
[13] depicts?
[14] A: This shows the end cap being tightened onto
[15] Hose No. 3.
[16] Q: And again, neither of those hands in that
[17] photograph belong to you.
[18] Correct?
[19] A: Correct.
[20] Q: So, No. 3 was the second hose that was tested?
[21] A: Correct.
[22] Q: And what does Imagine No. 21 depict?
[23] A: This shows the fitting that is placed onto the
[24] male hose, or the male end of Hose No. 3, which includes

Page 28

[1] the pressure gauge and the air supply.
[2]    Q: How does the gauge get affixed or attached to
[3] the end cap?
[4]    A: The fittings, the female, or the fittings that
[5] attach to the male end of the hose already had the
[6] pressure gauge and the shutoff valve as part of a unit
[7] that was put together at some point prior time.
[8]    Q: I see. It is depicted in Photograph No. 23
[9] and 24.
[10]    Correct?
[11]   A: Correct.
[12]   Q: Now, that apparatus containing the pressure
[13] gauge, that was affixed to a fitting end, is that
[14] correct, or was that all one manufactured piece?
[15]   A: This piece that we are looking at in Picture
[16] No. 23?
[17]   Q: Correct.
[18]   A: With the pressure gauge?
[19]   Q: Yes.
[20]   A: It is several pieces put together.
[21]   Q: Do you have any idea who assembled that
[22] apparatus?
[23]   A: No.
[24]   Q: Do you have any idea how old that apparatus

Page 29

[1] is?
[2]    A: No.
[3]    Q: Do you have any idea when the last time the
[4] accuracy of that apparatus was checked?
[5]    A: Accuracy of what?
[6]    Q: The gauge.
[7]    A: The gauge?
[8]    Q: Yes.
[9]    A: No.
[10]   Q: That is what that apparatus is, correct, it is
[11] a gauge?
[12]   A: It is a way of connecting air supply to a
[13] hose, hydraulic hose of this size or any system that has
[14] a connection, such as the male connection that we find on
[15] these hydraulic hoses.
[16]   Q: The gauge is being used for pressure?
[17]   A: The gauge is a method of determining the
[18] pressure that is being applied to that system.
[19]   Q: Number 20, what does that image depict?
[20]   A: This shows the female end of Hose No. 3 placed
[21] in a bucket of water to show that under pressure there
[22] were leaks, which is evidenced by the air bubbles forming
[23] around the interface between the hose and the collar, the
[24] female end.

Page 30

[1]    Q: Can I get you to say it one more time? You
[2] are seeing bubbles that are being produced between the
[3] female end and the what?
[4]    A: The hose.
[5]    Q: Which one of those photographs depicts that
[6] more clearly? I'm looking at 19 and 20 now.
[7]    A: Photograph No. 20 and Photograph No. 19 is a
[8] different end of the hose.
[9]    Q: Well, let's go to No. 19 first.
[10]   What is Photograph No. 19?
[11]   A: Photograph No. 19 is the male end of Hose No.
[12] 3 submerged under water.
[13]   Q: And what does this photograph tell you?
[14]   A: There are air bubbles which are somewhat
[15] visible in the photograph. And I know from testing that
[16] those bubbles were actually from the connection of the
[17] pressure gauge and not from anything around the fittings
[18] on the hose, or the actual hydraulic hose itself. Or I
[19] should say, from witnessing the testing.
[20]   Q: This is a big table. I don't want to stand
[21] over your shoulder, but I will come around and ask you to
[22] point it out on No. 20, if you will.
[23]   Are we talking about right here?
[24]   (Indicating.)

Page 31

[1]    A: Yes.
[2]    Q: So, for the record, we are looking at
[3] Photograph No. 20. There is a bigger bubble down at the
[4] left-hand side here. (Indicating.)
[5]    Is that of concern to you?
[6]    A: I mean, this is a snapshot of the testing
[7] being performed. So, it would be a bubble that was as a
[8] result — you know — just the leaks in the hose.
[9]    Q: It looks like three little bubbles near what
[10] I'm going to describe as a crack here is what indicates
[11] to you it was a positive test result.
[12]   Is that correct?
[13]   A: Yes. These three bubbles are at the interface
[14] of the female — what's called a stem — and the actual
[15] hose. There are also bubbles on what would be almost
[16] directly centered in the photograph, which are, again, an
[17] indication that there is leaking. The nice thing about
[18] this photograph is it captured the bubbles right at the
[19] site of their initiation at that interface.
[20]   Q: I'm going to ask you, if you would, just for
[21] the record, label the different parts here, so that we
[22] are all using the same terminology.
[23]   A: (Witness complied.)
[24]   Q: Thank you. I'm going to have this marked as