Don's Hydraulics, Inc. v.
Colony Insurance Company
Case 1:04-cv-01275-KAJ   Document 82-9   Filed 10/03/2005   Page 1 of 10
Anthony D. Cornetto, III
August 26, 2005

Page 32

[1] an exhibit.
[2]     But just for purposes of my edification
[3] here, what you have marked as the female end, that's a
[4] separate piece from either what's above it or below it
[5] that you have marked as the hose and ferrule and whatever
[6] this connector is.
[7]     Is that correct?
[8]     **A:** Yes.
[9]     **Q:** So, is the female end also part of what
[10] everyone has been referring to as the stem?
[11]    **A:** Yes.
[12]    (Photograph 20 was marked as Cornetto
[13] Exhibit No. 2 for identification.)
[14]                    BY MS. BEAM:
[15]    **Q:** Going onto No. 19. You said that was the male
[16] end of Hose No. 3 put into the bucket.
[17]    Correct?
[18]    **A:** Correct.
[19]    **Q:** We see bubbles there, but that is not a
[20] positive result indicating a leak.
[21]    Is that correct?
[22]    **A:** Correct.
[23]    **Q:** Can you explain to me how that happens?
[24]    **A:** The fitting that is used on the male end,

Page 33

[1] which has the pressure gauge and the shutoff valve, may
[2] have had a small leak at the connection of the pressure
[3] gauge or the shutoff valve or one of those pieces and
[4] that resulted in air bubbles.
[5]     **Q:** What makes you draw the conclusion it may have
[6] had a small leak?
[7]     **A:** I saw the air bubbles forming from somewhere
[8] along those locations. I don't recall specifically what
[9] connection site it was. I recall it was not anywhere
[10] near the interface, or anywhere along the hydraulic hose.
[11]    **Q:** Number 19, towards the bottom, it looks to be
[12] some kind of metal object.
[13]    What is that?
[14]    **A:** That is the pressure gauge.
[15]    **Q:** All right. I admit. I'm completely confused.
[16]    What is the pressure gauge doing in the
[17] bucket of water?
[18]    **A:** That's the only way to perform this type of
[19] test on the male end because the pressure gauge is
[20] attached to the fittings that connects to the male end of
[21] the hose.
[22]    **Q:** So, are you saying the apparatus with the
[23] pressure gauge on it, that I am looking at here in No.
[24] 21, is put into the bucket of water any time you are

Page 34

[1] testing a male end?
[2]     **A:** During this testing, correct.
[3]     **Q:** Moving onto No. 18. Can you tell me what that
[4] image depicts, please?
[5]     **A:** This is the Hydraulic Hose No. 2 with the cap
[6] or ferrule being placed on the female end, or it may be
[7] already placed on the female end.
[8]     **Q:** And then No. 17 depicts what?
[9]     **A:** The same hose with the fittings attached to
[10] the male end.
[11]    **Q:** Photo 16, let me start with 16.
[12]    What does that show?
[13]    **A:** This is the female end of Hose No. 2 submerged
[14] under water, and there are air bubbles forming in the
[15] water. And, again, from observing the testing, those air
[16] bubbles were forming at the location where the hose meets
[17] the female end of what we're calling the stem.
[18]    **Q:** Were there, also, bubbles from the cap end?
[19]    **MR. TODDY:** I'm sorry.
[20]    **MS. BEAM:** From the cap that was placed
[21] on the end.
[22]    **THE WITNESS:** Were there bubbles forming
[23] anywhere around that? No. I did not see any bubbles
[24] forming around that cap.

Page 35

[1]                    BY MS. BEAM:
[2]     **Q:** Now, No. 14, what does that image depict?
[3]     **A:** Number 14 shows a crimping machine that was
[4] located at Don's Hydraulics.
[5]     **Q:** Why did you take that picture?
[6]     **A:** Just to have a picture of an exemplar crimping
[7] machine.
[8]     **Q:** For what purpose?
[9]     **A:** I wanted to have a picture, and I had them
[10] show me the system that they used for creating hoses at
[11] Don's Hydraulics.
[12]    **Q:** What does No. 13 depict?
[13]    **A:** Number 13 shows the type of fitting that they
[14] used at their facility. On the left is a system. It is
[15] a female connector that has a stem and ferrule all in
[16] one. The middle is a ferrule. And on the right is
[17] another female connector used in hoses, and it has a
[18] stem. It is not an all in one system that has a stem and
[19] a ferrule.
[20]    **Q:** Now, are these components of the industrial
[21] hoses that you were testing?
[22]    **A:** No. These are just examples of components
[23] used to make hydraulic hoses. The components used in the
[24] hydraulic hoses that we were testing are much larger.

August 26, 2005
Case 1:04-cv-01275-KAJ   Document 82-9   Filed 10/03/2005   Page 2 of 10
Don's Hydraulics, Inc. v. Colony Insurance Company

Page 36

[1]  Q: How about No. 12? What does that depict?
[2]  A: It is the same as 13, just a different view.
[3]  Q: How about No. 11?
[4]  A: Number 11, I believe, is an all in one, just a
[5]  male connector for the hydraulic hose, and it has the
[6]  ferrule also built into the system.
[7]  Q: Number 10?
[8]  A: Number 10 shows the female end of Hose No. 1.
[9]  And the tape measure is placed on the inside. I was
[10] measuring the depth to the end of the system, which is
[11] inserted inside of the hydraulic hose.
[12] Q: What significance does the depth to which the
[13] stem goes into the hydraulic hose have?
[14] A: I was documenting the hoses. So, I wanted to
[15] take a measurement in case it was an issue at any time.
[16] Q: Number 9. What does that depict?
[17] A: Picture showing the distance from the end of
[18] the hose to the end of the ferrule on the outside of the
[19] hydraulic hose.
[20] Q: Is it the same hose as in No. 10?
[21] A: Yes.
[22] Q: Is it of any significance that the
[23] measurements are different?
[24] A: I think it is just documenting that the system

Page 37

[1]  is, approximately, an inch longer inside of the hose than
[2]  the ferrule is on the outside. I'm trying to describe
[3]  it.
[4]     If you were looking at Picture No. 9,
[5]  and you were imagining where the end of the stem is, on
[6]  Picture 9, it would be an inch further than where the end
[7]  of the ferrule is.
[8]  Q: In your experience, is that something unusual
[9]  about that?
[10] A: No. I was just documenting them.
[11] Q: Image No. 8. Can you tell me what that is?
[12] A: That is just a close-up picture of what is
[13] described, in our report, as an interface between the
[14] female end, the hose and the ferrule. It is just a
[15] closer imagine of that area.
[16] Q: Image No. 8. There appears to be some white
[17] substance on the hose.
[18]    Do you see that?
[19] A: White or light?
[20] Q: White.
[21] A: White. Yes.
[22] Q: Do you have any idea what that was?
[23] A: No.
[24] Q: Was it like that when you received the hose?

Page 38

[1]  A: I do not recall. I could possibly go back and
[2]  look at photographs to check. But I didn't specifically
[3]  note that.
[4]  Q: Did you have to remove any tape or putty or
[5]  anything like that from the ends of the hoses before
[6]  testing could be done on February 24th?
[7]  A: No.
[8]  Q: Do you have something that you could refer to,
[9]  to see if the hose looked like this when you first took
[10] possession?
[11] A: I could check and see if any of Dr. Butler's
[12] photographs showed the hose at the time that he received
[13] them.
[14]    Picture No. 24, in Dr. Butler's
[15] photographs, there appears to be a similar white
[16] substance in a single area on Hose No. 1.
[17] Q: And just for the record, for record purposes,
[18] you are referring to Image No. 24, contained in Butler
[19] No. 3. All right. Just to finish up the photographs
[20] that you took.
[21]    Can you tell me what No. 6 depicts?
[22] A: Photo 6 is a view of the female end of Hose
[23] No. 1, just showing part of the internal threads on that
[24] end.

Page 39

[1]  Q: And No. 5?
[2]  A: Same sort of view, just looking a little bit
[3]  more inside of the hose.
[4]  Q: How do you know that this is Hose No. 1?
[5]  A: I just recall from taking the photographs that
[6]  I was doing the examination on Hose No. 1 and took a
[7]  series of photographs on Hose No. 1.
[8]  Q: And Image 4, what does that depict?
[9]  A: Photo 4 is showing the male end of Hose No. 1.
[10] And the tape measure is inserted inside of the hose to
[11] show where the stem was located.
[12] Q: And No. 3 depicts what?
[13] A: No. 3 is the same hose with the tape on the
[14] outside. And the end of the tape that would be to the
[15] right of the photograph is at the end of the ferrule.
[16] Q: And again, that is a measuring tape, just for
[17] the record?
[18] A: Correct.
[19] Q: And what is depicted in No. 2?
[20] A: Number 2 is a close-up view of the male end of
[21] Hose No. 1 showing the interface between the stem, the
[22] hose and the ferrule.
[23] Q: And in No. 2, on the threads there, it is a
[24] white substance.

Don's Hydraulics, Inc. v.
Colony Insurance Company
Case 1:04-cv-01275-KAJ   Document 82-9   Filed 10/03/2005   Page 3 of 10
Anthony D. Cornetto, III
August 26, 2005

Page 40

[1] Do you see that?
[2] A: Yes.
[3] Q: Do you have any idea what that is?
[4] A: It looks like some type of plumber's putty.
[5] Q: And Image No. 1, what is that?
[6] A: A view looking inside the hydraulic hose from
[7] the male end of the hose.
[8] Q: You observed the testing of three pipes on
[9] February 24, 2004 at Don's Hydraulics.
[10] Is that correct?
[11] A: That's correct.
[12] Q: Did you take all four pipes with you that day?
[13] A: Yes.
[14] Q: Is there a reason why the fourth pipe was not
[15] tested?
[16] A: Hose No. 4, or the fourth hose had two female
[17] ends. And the fittings that were available for this
[18] testing were for a hose that had one male end and one
[19] female end.
[20] Q: Now, when you had spoken with Mr. Cathell,
[21] what was your understanding of how the testing procedure
[22] was going to go when you appeared at his facility with
[23] the hoses?
[24] A: How do you mean? My understanding is that

Page 41

[1] they had fittings available at Don's Hydraulics to
[2] perform this testing. And that I would be bringing the
[3] hoses to Don's Hydraulics and this type of test would be
[4] performed. I don't recall if we discussed in great
[5] detail anything beyond that.
[6] Q: Did you discuss with Mr. Cathell whether he
[7] was going to do the testing, or if you were going to do
[8] the testing, or what was your understanding?
[9] A: I don't recall at this time if we did decide
[10] who was actually going to be performing the testing.
[11] Q: The fact is, though, you did not perform the
[12] testing.
[13] Is that correct?
[14] A: That's correct.
[15] Q: The fact is, the plaintiff, Don Cathell,
[16] actually, did the testing on those industrial hoses.
[17] Is that correct?
[18] A: He connected the hoses and performed the
[19] testing by placing the hoses in the water.
[20] Q: So, he did perform the testing.
[21] Correct?
[22] A: Correct.
[23] Q: He was assisted by an unidentified person who
[24] you photographed in this exhibit.

Page 42

[1] Correct?
[2] A: Correct.
[3] Q: Would you just describe, briefly, for the
[4] record, what your notes of 2/24/04 indicate? Actually,
[5] if I can stop you.
[6] A: Sure.
[7] Q: At the top you have a sentence that says, New
[8] hoses work fine on some connections. Made same way.
[9] What does that mean? Why is that there?
[10] A: I believe it says, same connection, new hoses
[11] work fine on same connections. And made same way. I was
[12] jotting down notes, I believe. Mr. Cathell may have said
[13] that to me. I was just jotting down the note.
[14] Q: If I could get you to start at Roman Numeral
[15] 1, and tell us, first of all, what you have written under
[16] each heading and what it means?
[17] A: It says, Roman Numeral 1, 105 PSI. Female end
[18] capped. Pressure applied to male end. Female end placed
[19] in water. Bubbles around collar. And that was the
[20] testing performed on Hose No. 1. The pressure on the
[21] gauge at the time of the testing was 105 PSI. I was just
[22] describing that we had capped off the female end of the
[23] hose. And that we were applying pressure through the
[24] male end of the hose. And that when we placed the female

Page 43

[1] end under water, there were bubbles formed around what I
[2] would call at the time the collar, which we are referring
[3] to as the interface of the stem at the female end and the
[4] hose.
[5] Roman Numeral No. 3 —
[6] Q: Let me stop you for one second.
[7] Does that mean that you did not test the
[8] male end of Pipe No. 1?
[9] A: Correct.
[10] Q: Go ahead.
[11] A: Roman Numeral No. 3, 100 PSI. Female end
[12] capped. Pressure applied to male end. Female end placed
[13] in water. Bubbles around collar. Male end placed in
[14] water. Bubbles from pressure gauge. Nothing from hose.
[15] This is a description of Hydraulic Hose No. 3. Pressure
[16] at the time was 100 PSI. Again, just describing that we
[17] capped off the female end and we applied pressure through
[18] the male end.
[19] When the female end was placed under
[20] water, there were bubbles around the interface of the
[21] hose and the stem on the female end.
[22] When the male end was placed under
[23] water, there were bubbles that formed from the pressure
[24] gauge and that there was nothing notable from the actual

Page 44

[1] hose itself.
[2] **Q:** Can I stop you there for a second?
[3] **A:** Sure.
[4] **Q:** Why is it that both ends of Hose No. 3 were
[5] tested?
[6] **A:** During the test of Hose No. 3, I asked if we
[7] could get a larger canister of water so we would be able
[8] to test the male end of that hose. And a larger
[9] container was located within their facility. And so, we
[10] continued on with the test and at that time tested the
[11] male end.
[12] **Q:** So, the male end of Pipe No. 1 was not tested
[13] because the bucket was too little?
[14] **A:** At the time we performed the test on Hose No.
[15] 1, we had a smaller bucket of water.
[16] **Q:** Go ahead, please.
[17] **A:** Number 2. 95 PSI. Female end capped.
[18] Pressure applied to male end. Female end placed in
[19] water. Bubbles around collar. Male end placed in water.
[20] Bubbles from pressure gauge. Nothing from hose. This is
[21] a description of the test performed on Hydraulic Hose No.
[22] 2. The pressure at the time was 95 PSI. Again, the
[23] female end was capped and the pressure was applied
[24] through the male end. The female end was placed in water

Page 45

[1] and bubbles were formed at the interface — at the stem
[2] of the female end and the hydraulic hose. The male end
[3] was placed under water. And again, there were bubbles
[4] from the pressure gauge, but nothing from the hose.
[5] **Q:** You have some notation down at the bottom and
[6] some diagrams.
[7] Why is that there?
[8] **A:** I was recording the female JIC and 37 degree
[9] tapper. Metal, metal seal. I believe the N is just a
[10] mistake when I was jotting down notes. I was writing
[11] down the connection that was on the female end of the
[12] hydraulic hose. And this was information that was most
[13] likely given to me by Mr. Cathell.
[14] Then, male pipe thread was the
[15] connection on the male end of the hydraulic hoses.
[16] Again, information was supplied by Mr. Cathell.
[17] The diagrams on the bottom of this page,
[18] on the left is the female end, and this is showing the
[19] dimensions that we discussed earlier in the photographs
[20] of where the end of the stem was relative to the end of
[21] the connection and where the end of the ferrule was
[22] relative to the end of the connection.
[23] The diagram on the right side is for the
[24] male end and same sort of dimensions.

Page 46

[1] **Q:** So, what, if any, conclusions did you draw as
[2] an engineer as a result of the testing there?
[3] **A:** That there was a leak in the hydraulic hoses
[4] at the time of our testing between the stem on the female
[5] end and the hose — what we are describing as the
[6] interface of the female end — the hose and ferrule on
[7] Hoses 1, 2 and 3.
[8] **Q:** And from your testing, could you come to any
[9] engineering conclusions regarding why they were leaking?
[10] **A:** No. I do not know specifically why they were
[11] leaking.
[12] **Q:** From your observations, could you tell that
[13] the male ends and the female end fittings on these hoses
[14] were designed differently?
[15] **A:** In that one is a female end and one is a male
[16] end.
[17] **Q:** Could you see any other difference than that?
[18] **A:** The dimensions that we described on how far
[19] the stem is inserted inside of a hydraulic hose.
[20] **Q:** Any other differences that you have observed
[21] or concluded?
[22] **A:** No.
[23] **Q:** Did you take any other photographs other than
[24] ones that we have gone through today?

Page 47

[1] **A:** No.
[2] **Q:** Have you taken or caused to be taken any other
[3] kinds of notation regarding this matter, other than what
[4] we have discussed today, from your notes in front of you,
[5] and portions that you had input into the final report?
[6] **A:** No.
[7] **Q:** Other than the initial phone call that you had
[8] with Mr. Cathell and the one visit to his facility to
[9] observe this testing in February of 2004, have you had
[10] any other discussions with anyone from Don's Hydraulics
[11] in regards to this case?
[12] **A:** I'm not sure if I only spoke to him one time
[13] before the testing. But other than the calls or call to
[14] set up the testing, and at the testing, no.
[15] **Q:** Other than asking for a bigger bucket so that
[16] the male ends could be tested, did you have any other
[17] direct input into how this testing was performed?
[18] **A:** I don't recall, like, specifically,
[19] instructing Mr. Cathell to do anything. I'm trying to
[20] recall if it was more of a group type of testing. We
[21] suggested — you know — let's test Hose No. 1.
[22] **Q:** Did you discuss your conclusions and your
[23] findings with Mr. Cathell?
[24] **A:** I don't believe I ever discussed any

Don's Hydraulics, Inc. v.
Colony Insurance Company
Case 1:04-cv-01275-KAJ    Document 82-9    Filed 10/03/2005    Page 5 of 10
Anthony D. Cornetto, III
August 26, 2005

Page 48

[1] conclusions or findings with Mr. Cathell. As far as what
[2] we wrote in the report, I don't recall ever.
[3]     Now, during the testing, we may have
[4] discussed what we were doing and the fact that there were
[5] air bubbles being formed, or something like that. But I
[6] don't recall specifically.
[7]     MS. BEAM: I think that is all the
[8] questions I have. Mr. Kaplan may have some questions.
[9]         BY MR. KAPLAN:
[10]    Q: I do, sir.
[11]    When you were asked by Ms. Beam why you
[12] chose to do a pressure test, rather than a vacuum test,
[13] you responded to her that it was, quote, Function of the
[14] equipment available, unquote.
[15]    Is that correct?
[16]    A: Correct.
[17]    Q: And that is your opinion?
[18]    A: Yes.
[19]    Q: Had there been vacuum test equipment
[20] available, would you have preferred to do a vacuum test?
[21]    A: I don't know if I would have at the time
[22] decided to do a vacuum test versus a pressure test, or I
[23] would have decided to do both. I am trying to recall.
[24]    Q: Do you know if these hoses were used in a

Page 49

[1] pressure system or vacuum system, sir?
[2]    A: Yes.
[3]    Q: And were they used in a pressure or vacuum
[4] system?
[5]    A: It was in a vacuum system.
[6]    Q: So, would it be fair to say that if you go to
[7] test these hoses, the best way to test them would be to
[8] put them in the same type of system that they were
[9] designed to be used in?
[10]    A: Yes.
[11]    Q: And, therefore, is it fair to say, had you had
[12] equipment available to conduct a vacuum test, you would
[13] have preferred to have a vacuum test done?
[14]    A: Yes.
[15]    Q: What is the difference between a vacuum test
[16] and a pressure test?
[17]    A: One is positive pressure, and one is negative
[18] pressure. So, vacuum would be, I guess, described as a
[19] suction versus...
[20]    Q: Now, you have already testified you did not
[21] have equipment at your office to do a vacuum test?
[22]    A: Correct.
[23]    Q: Do you know if Don's Hydraulics had the
[24] equipment available to do a vacuum test?

Page 50

[1]    A: I do not. I do not know at this time.
[2]    Q: So, would it be fair to say that if the tests
[3] are going to be conducted at Don's Hydraulics, it was
[4] always intended that they be pressure tested and not
[5] vacuum tested because there would not have been equipment
[6] available to do a vacuum test?
[7]    A: Correct. I don't know at the time that it was
[8] decided to do the testing there, I don't recall if SEA
[9] or Dr. Butler, who requested this testing be performed,
[10] if he was aware if they had the ability to do vacuum or
[11] not. But, yes, if he was, yes.
[12]    Q: Well, these hoses were never tested in a
[13] vacuum setting, correct, as far as you know?
[14]    A: I believe I have seen documents that say they
[15] were tested in a vacuum.
[16]    Q: I meant after the fact.
[17]    Do you know if Mr. Cathell has ever
[18] tested these hoses after the failure, using a hydraulic
[19] vacuum test?
[20]    A: I'm not sure when the testing was performed.
[21] But I do recall seeing a document, I believe, that says
[22] they were performed, or they were tested in vacuum and
[23] under pressure.
[24]    Q: Do you know whether Mr. Cathell has ever

Page 51

[1] vacuum tested the hoses?
[2]    A: According to the letter from Mr. Cathell to
[3] Mr. Biggs on November 6, 2003, he indicated that 22 hoses
[4] were tested by vacuum and pressure. But I don't know if
[5] these are the same hoses that were tested during our
[6] testing, specifically.
[7]    Q: Let me make sure I understand your answer.
[8]    It is your testimony you don't know
[9] whether the hoses tested by Mr. Cathell, when you were
[10] present, were the same ones that he is referring to in
[11] his letter of November 6, 2003.
[12]    Correct?
[13]    A: Correct. I don't have that information.
[14]    Q: And, sir, would it also be fair to say, if he
[15] had equipment to vacuum test 20 hoses, in November of
[16] 2003, did you ask him where the equipment was when you
[17] went to observe the testing at his office?
[18]    A: I did not.
[19]    Q: Did you read this letter by Mr. Cathell, prior
[20] to attending the test being conducted at his office?
[21]    A: I don't recall if I did or not.
[22]    Q: Do you know if you or Dr. Butler ever raised
[23] the issue with Mr. Cathell as to where is the equipment
[24] that was used to vacuum test the 20 hoses?

Page 52

[1] **A:** I do not know.
[2] **Q:** Did it ever occur to you as to why these hoses
[3] were not vacuum tested?
[4] **MR. TIGHE:** Objection to the form of the
[5] question.
[6] **MR. TODDY:** Go ahead. You can answer.
[7] **THE WITNESS:** No.
[8] **BY MR. KAPLAN:**
[9] **Q:** When you observed Mr. Cathell's testing of
[10] some of these hoses, when was that again, date wise?
[11] **A:** February 24, 2004.
[12] **Q:** 2003 or 2004?
[13] **A:** 2004. Yes. 2004.
[14] **Q:** When you observed Mr. Cathell conducting test
[15] of some of the hoses, were the fittings also provided by
[16] Mr. Cathell?
[17] **A:** Yes.
[18] **Q:** Were the fittings the same fittings that have
[19] been used in the hydraulic system when the system failed?
[20] **A:** No. My assumption would be no.
[21] **Q:** When you say your assumption, you don't know
[22] for sure whether they were the same fittings; would you?
[23] **A:** I know that the entire group that we used, for
[24] example, of a fitting which has the pressure gauge, the

Page 53

[1] shutoff valve, the connection for the air supply, that
[2] would not have been used in the hydraulic pumps.
[3]     The actual fitting at the end, that is
[4] connected to the hose, I'm not sure where or what exactly
[5] the connection on the hydraulic pumps looked like. So, I
[6] don't know if that is the same fitting or not.
[7] **Q:** Did you ask Mr. Cathell whether the fittings
[8] were the same ones that were part of the hydraulic system
[9] when the hydraulic system failed?
[10] **A:** No.
[11] **Q:** Could a failure in part of any of the fittings
[12] also be a cause of the failure of a hydraulic pump
[13] system?
[14] **MR. TIGHE:** Objection to the form of the
[15] question.
[16] **MR. TODDY:** You can answer.
[17] **THE WITNESS:** I did not specifically get
[18] into causes of the failure of the hydraulic pump system,
[19] in that, looking at what other causes there may have been
[20] to cause this type of failure.
[21] **BY MR. KAPLAN:**
[22] **Q:** That's because you were directed solely to
[23] look at a couple of hoses?
[24] **A:** I was instructed —

Page 54

[1] **MR. TIGHE:** Objection to the form of the
[2] question.
[3] **BY MR. KAPLAN:**
[4] **Q:** Why was that, sir?
[5] **A:** I was instructed to perform the testing on the
[6] three hoses, and I was not asked to, I guess, research
[7] other possible failures in hydraulic pump systems.
[8] **Q:** Let's turn to the photographs.
[9]     Sir, when you were present at
[10] Mr. Cathell's building, in February 24, 2004, were there
[11] any other representatives of SEA present with you?
[12] **A:** No.
[13] **Q:** And do I take it, based upon your prior
[14] testimony, that you took all of these photographs?
[15] **A:** Yes, I did.
[16] **Q:** So, you observed what was being done as
[17] opposed to participating in what was being done?
[18] **MR. TODDY:** Objection as to the form.
[19] **THE WITNESS:** I participated in the fact
[20] that I was observing what was being done, and I observed
[21] the results, and also, for example, suggested that we
[22] perform a similar test on the male end for Hoses No. 2
[23] and 3.
[24] **BY MR. KAPLAN:**

Page 55

[1] **Q:** But not Hose No. 1?
[2] **A:** We did not do that test on Hose No. 1.
[3] Correct.
[4] **Q:** Did you recommend that you do a test on Hose
[5] No. 1?
[6] **A:** I think during the process of testing, when we
[7] got to Hose No. 3, which was the second test, is when I
[8] decided that it would be a good suggestion to test the
[9] male end on that hose.
[10] **Q:** Let me go back a step, sir.
[11] **A:** Sure.
[12] **Q:** Did you take the hoses with you on February
[13] 24, 2004, when you left your offices and went to Don
[14] Cathell's office?
[15] **A:** Yes, I did.
[16] **Q:** And those were the hoses that Mr. Cathell had
[17] previously given to Dr. Butler?
[18] **A:** Correct.
[19] **Q:** And how many of the 20 hoses that are
[20] referenced in the letter that are attached to your notes
[21] did Mr. Cathell give Dr. Butler?
[22] **A:** Dr. Butler took possession of four hoses.
[23] **Q:** So, would it be fair to say, then, you have
[24] never seen 16 of 20 hoses that are alleged to have been

Don's Hydraulics, Inc. v.
Colony Insurance Company
Case 1:04-cv-01275-KAJ   Document 82-9   Filed 10/03/2005   Page 7 of 10
Anthony D. Cornetto, III
August 26, 2005

Page 56

[1] part of this failure?
[2] A: Correct.
[3] Q: And, therefore, those 16 hoses have never been
[4] tested, as far as you know?
[5] A: Based on the letter from Mr. Cathell to
[6] Mr. Biggs, I would say that, at some point, the 20 hoses
[7] were tested.
[8] Q: That is because Mr. Cathell said so in that
[9] letter?
[10] A: Correct.
[11] Q: Have you ever seen any test results of those
[12] other 16 hoses?
[13] A: No.
[14] Q: Have you ever seen the apparatus that
[15] Mr. Cathell mentions in that letter of November 6, 2003;
[16] that is, the equipment that would enable one to do a
[17] vacuum test?
[18] MR. TIGHE: I object. Asked and
[19] answered.
[20] THE WITNESS: No.
[21]         BY MR. KAPLAN:
[22] Q: So, other than the words of Mr. Cathell in
[23] that one letter, you have no knowledge whether any of the
[24] hoses had been tested, by any means, by Mr. Cathell,

Page 57

[1] prior to your testing of them?
[2] A: Correct.
[3] Q: Photograph Nos. 30 and 29, which is right
[4] above it, I also don't understand that aspect that
[5] Ms. Beam mentioned. I want you to go over it with me,
[6] briefly.
[7]   How high off the floor is that table,
[8] the table that the vise is on in Photograph 30 and
[9] Photograph 29?
[10] A: I did not measure. Roughly, a couple of feet.
[11] Q: And the hoses that were being tested on
[12] February 24th were how long, sir, 28 inches?
[13] A: Twenty-eight. I believe one of them was 30
[14] inches.
[15] Q: And that hose ended up being attached to the
[16] top of the vise that is located on top of a table?
[17] A: Say that again. I'm sorry.
[18] Q: The hoses that you were testing were being
[19] held by a vise that is located on the top of the table?
[20] A: In these pictures, the fitting is being held
[21] by the vise on top of the table.
[22] Q: And the hose is attached to it?
[23] A: Correct.
[24] Q: And the hose that you described as being

Page 58

[1] fairly rigid, then somehow makes it to the ground, where
[2] there is a bucket of water?
[3] A: It's taken out of the vise and then lifted.
[4] Q: So, the hose is not tested on the vise?
[5] A: No.
[6] Q: Were both male and female ends of the hoses
[7] put into the vise during the course of your time at
[8] Mr. Cathell's property?
[9] A: I believe just the fittings — I can see in
[10] one of the photographs — I don't recall in all cases.
[11] But either the fitting or the end was placed in the vise.
[12] Q: And after the hoses were put into the vise, as
[13] shown in Photographs 29 and 30, what was the next step
[14] that you observed Mr. Cathell take? I see a wrench in
[15] Mr. Cathell's hands on Photograph No. 29.
[16] A: I was going to say at what point?
[17] Q: What was the wrench used for?
[18] A: To tighten the hose into the fitting.
[19] Q: That particular picture shows the male end in
[20] the vise?
[21] A: Correct.
[22] Q: To make sure I understand, Mr. Cathell takes
[23] the wrench and uses it to turn the hose?
[24] A: Yes. Turn the hose into the fitting.

Page 59

[1] Q: You observed him use the hose to turn the
[2] fitting?
[3] A: I don't recall specifically at this time
[4] noting that, but I can see in the photograph he used a
[5] wrench.
[6] Q: And what did the other individual do holding
[7] the end of the hose, while Mr. Cathell used the wrench to
[8] tighten that hose?
[9] A: He is adding support to that end of the hose.
[10] Q: Do you know what kind of wrench that was?
[11] A: I know it is a pipe wrench.
[12] Q: You don't know how much pressure was used to
[13] turn the hoses; do you?
[14] A: No.
[15] Q: Turning to Photograph No. 24, or No. 23, first
[16] 24, there appears to be a reddish tint on my copy of this
[17] photograph. It seems to be on top of that hex shape part
[18] of the pipe.
[19]   Do you see that, too?
[20] A: Brownish?
[21] Q: Yes.
[22] A: Yes.
[23] Q: What is that?
[24] A: I do not know.

Page 60

[1] **Q:** Was the equipment that is shown on No. 24, was
[2] that part of the hoses, or was that equipment just at
[3] Don's pipes?
[4] **A:** Equipment at Don's.
[5] **Q:** Could that reddish material be rust?
[6] **MR. TODDY:** Objection.
[7] **THE WITNESS:** I am not sure what the
[8] material is. I don't believe that it is rust. It may be
[9] a discoloration.
[10]                **BY MR. KAPLAN:**
[11] **Q:** If it is a discoloration and not rust, what
[12] would it be?
[13] **A:** Staining.
[14] **Q:** Any reason why one would stain a —
[15] **A:** Not stain, like on a wall, but maybe —
[16] **Q:** Metal? Reddish?
[17] **A:** Maybe discoloration, like when you have a
[18] copper material that may discolor or brass material that
[19] may discolor. Something of that nature. I don't
[20] specifically what the brown color is.
[21] **Q:** You told us before that as part of the quality
[22] control at SEA a report is prepared by one engineer and
[23] proofread by a second engineer?
[24] **A:** Correct.

Page 61

[1] **Q:** After it is proofread by the second engineer,
[2] it is signed off by both the preparer, as well as the
[3] person who did the reviewing?
[4] **A:** Correct.
[5] **Q:** And at that point, it becomes the finished
[6] product?
[7] **A:** Correct.
[8] **Q:** On Page 5 of the report?
[9] **A:** Yes.
[10] **Q:** Under the heading Male end, you list Hose No.
[11] 1, that there was no leak.
[12]    Is that correct?
[13] **A:** That is correct. That's what is listed.
[14] **Q:** And what you told us is, that is a mistake?
[15] **A:** Correct.
[16] **Q:** Because that part was never tested?
[17] **A:** That's correct.
[18] **Q:** So, somehow the accuracy — strike that.
[19]    So, there are mistakes in this finished
[20] product?
[21] **MR. TIGHE:** Objection to the form.
[22] **MR. TODDY:** Joint.
[23] **THE WITNESS:** There is a mistake on the
[24] table.

Page 62

[1]                **BY MR. KAPLAN:**
[2] **Q:** When did you recognize there was a mistake in
[3] that table?
[4] **A:** This week. I don't recall which day.
[5] **Q:** Did Dr. Butler ever advise you that there was
[6] a mistake in the table?
[7] **A:** I believe we probably reached that conclusion
[8] at the same time.
[9] **Q:** Did you notify any counsel in this case of the
[10] mistake in that report prior to your deposition?
[11] **A:** I believe we notified Mr. Toddy.
[12] **Q:** On Page 4 of that report under the heading
[13] Testing, the first line reads, SEA participated in the
[14] pressure test.
[15]    Correct?
[16] **A:** Yes.
[17] **Q:** By "participated," you meant photographed
[18] Mr. Cathell testing the hoses?
[19] **A:** Correct.
[20] **MR. TODDY:** Is that a question?
[21] **MR. KAPLAN:** Yes. He answered it.
[22] **THE WITNESS:** Yes. If I can expand on
[23] that. Did you say photographed?
[24]                **BY MR. KAPLAN:**

Page 63

[1] **Q:** Yes. You took photographs?
[2] **A:** Yes.
[3] **Q:** And also observed it?
[4] **A:** Yes.
[5] **Q:** Did you attempt to ascertain what caused any
[6] possible leaks in the hoses?
[7] **A:** No.
[8] **Q:** Did you attempt to ascertain if there were
[9] other causes of the pump failure, other than the leak in
[10] the hoses?
[11] **A:** No.
[12] **Q:** Would it be fair to say, then, your task, as
[13] you saw it, was simply to ascertain if there was a leak
[14] in a hose?
[15] **A:** Correct.
[16] **Q:** Were you with Dr. Butler when he originally
[17] took possession of the four hoses?
[18] **A:** No.
[19] **Q:** When you were with Mr. Cathell, on February
[20] 24, 2004, did you and he discuss, in any manner, how
[21] hoses were kept?
[22] **A:** No.
[23] **Q:** Was there any discussion regarding whether the
[24] hoses were ever cleaned from the time they were taken off

Page 64

[1] of the hydraulic pump?
[2] A: I don't recall specifically any discussions.
[3] Q: When a hose is being discarded, is it normal
[4] that someone takes the time and effort to clean that
[5] hose?
[6] MR. TIGHE: Objection to the form.
[7] MR. TODDY: Objection.
[8] MR. KAPLAN: Strike the question.
[9] I don't have any further questions.
[10] MR. TIGHE: I have no questions.
[11]                   BY MS. BEAM:
[12] Q: I have a couple of more questions.
[13] You agree, don't you, that SEA was asked
[14] to determine whether these hydraulic hoses leaked.
[15] Correct?
[16] MR. TODDY: Objection to the form.
[17] MR. TIGHE: Objection.
[18]                   BY MS. BEAM:
[19] Q: Since Counsel is upset by that one, let's try
[20] it this way.
[21] What is your understanding of what SEA
[22] was supposed to investigate in this matter?
[23] A: I believe SEA was asked to determine the cause
[24] of the pump failure.

Page 65

[1] Q: And that would be pumps that were on hydraulic
[2] units.
[3] Correct?
[4] A: Correct.
[5] Q: What steps, other than determining whether
[6] these hoses leaked, did SEA take to determine the cause
[7] of the pump failures?
[8] A: Specifically, I'm not aware of exactly what
[9] Dr. Butler performed. At this time, I would have to
[10] refer to the report.
[11] Q: Go right ahead.
[12] A: What was the original question?
[13] MS. BEAM: Can you read it back?
[14] (The court reporter was requested to
[15] read back from the record.)
[16]                   BY MS. BEAM:
[17] Q: What steps, other than determining whether
[18] these hoses leak, did SEA take to determine the cause of
[19] the pump failure?
[20] A: I'm not aware of any other steps.
[21] Q: Is there any other report, to your knowledge,
[22] other than this report in this matter that we are all
[23] looking at right now?
[24] A: No.

Page 66

[1] Q: If there were any other steps taken by SEA
[2] into that investigation of the pump failure, do you
[3] believe it would have been contained in the report?
[4] MR. TODDY: Objection to the form. Go
[5] ahead.
[6] THE WITNESS: Yes.
[7] MS. BEAM: That is all I have. Thank
[8] you.
[9] MR. TIGHE: No questions.
[10] MR. KAPLAN: Nothing further.
[11] MR. TODDY: No questions.
[12] (All exhibits retained by counsel.)
[13] (The deposition was concluded at,
[14] approximately, 3:00 p.m.)
[15] I HAVE READ THE FOREGOING DEPOSITION,
[16] AND IT IS TRUE AND CORRECT TO THE BEST OF MY
KNOWLEDGE.
[17]
ANTHONY D. CORNETTO, III

Page 67

[1]            INDEX
[2]
[3] DEPOSITION OF: ANTHONY D. CORNETTO, III
[4]
[5] EXAMINATION                    PAGE
[6]
[7] Examination by Ms. Beam         3, 64
[8] Examination by Mr. Kaplan       48
[9]
[10]
[11]           EXHIBITS
[12]
[13] 1. Curriculum Vitae of Anthony D.    3
[14]    Cornetto, III, was premarked
[15]    as Cornetto Exhibit No. 1.
[16] 2. Photograph 20 was marked as       32
[17]    Cornetto Exhibit No. 2.

Page 68

[1]           CERTIFICATE
[2] STATE OF DELAWARE:
[3] NEW CASTLE COUNTY:
[4]      I, Gloria M. D'Amore, a Registered
[5] Professional Reporter, within and for the County and
[6] State aforesaid, do hereby certify that the foregoing
[7] deposition of ANTHONY D. CORNETTO, III, was taken before
[8] me, pursuant to notice, at the time and place indicated;
[9] that said deponent was by me duly sworn to tell the
[10] truth, the whole truth, and nothing but the truth; that
[11] the testimony of said deponent was correctly recorded in
[12] machine shorthand by me and thereafter transcribed under
[13] my supervision with computer-aided transcription; that
[14] the deposition is a true record of the testimony given by
[15] the witness; and that I am neither of counsel nor kin to
[16] any party in said action, nor interested in the outcome
[17] thereof.
[18]      WITNESS my hand and official seal this
[19] 18th day of September A.D. 2005.
[20]
[21]
[22]   GLORIA M. D'AMORE
       REGISTERED PROFESSIONAL REPORTER
[23]   CERTIFICATION NO. 119-PS
[24]