IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 04-1275 (KAJ) |
| ) | |
| v. ) | |
| ) | |
| COLONY INSURANCE COMPANY, ) | |
| TRUCK TECH INDUSTRIES, INC., ) | |
| and TIPCO TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Defendant Truck Tech Industries, Inc. ("TTI") and moves this Honorable Court to grant it Summary Judgment against all claims of Plaintiff Don's Hydraulics, Inc. The Opening Brief in Support of this Motion for Summary Judgment has been filed as Docket Entry No. 81 on October 3, 2005.

REGER RIZZO KAVULICH & DARNALL LLP


  /s/ Cynthia G. Beam, Esquire
Cynthia G. Beam, Esquire
Delaware State Bar I.D. No. 2565
CBeam@rrkdlaw.com
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19899
(302) 652-3611
Attorney for Defendant
Truck Tech Industries, Inc.

Dated:   October 4, 20005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify on this 4th day of October, 2005 that a true and correct copy of the Notice of Motion for Summary Judgment has been served electronically and/or by first class mail, postage prepaid, upon the following:

Michael K. Tighe, Esquire
Tighe, Cottrell & Logan
First Federal Plaza
P.O. Box 1031
Wilmington, DE 19899

Anthony Figliola, Jr., Esquire
Figliola & Facciolo
1813 Marsh Road, Suite A
Wilmington, DE 19810

Michael Toddy, Esquire
Devon Snell, Esquire
Zarwin, Baum, DeVito, Kaplan,
    Schaer, Toddy, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1981

Gary H. Kaplan, Esquire
Goldfein & Hosmer
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Cynthia G. Beam, Esquire*
Cynthia G. Beam, Esquire
Delaware State Bar I.D. No. 2565
CBeam@rrkdlaw.com
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant
Truck Tech Industries, Inc.

Dated: October 4, 2005