# EXHIBIT B

1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF DELAWARE
 3                      -    -    -
 4   DON'S HYDRAULICS, INC.,  :  C.A. NO.
                              :
 5              Plaintiff,    :  04-1275 (KAJ)
                              :
 6        v.                  :
                              :
 7   COLONY INSURANCE         :
     COMPANY, TRUCK TECH      :
 8   INDUSTRIES, INC., and    :
     TIPCO TECHNOLOGIES,      :
 9   INC.,                    :
                              :
10              Defendants.   :
11                      -    -    -
12                   August 3, 2005
13                      -    -    -
14              Oral deposition of SEAN SWAIN,
     held in the offices of Tighe, Cottrell &
15   Logan, Suite 500, 704 North King Street,
     Wilmington, Delaware 19801, beginning at
16   10:33 a.m., on the above date, before Shenna
     M. Basye-Cara, a Professional Reporter and a
17   Notary Public in the State of Delaware.
18
19
                        -    -    -
20
              ESQUIRE DEPOSITION SERVICES
21          Suite 760, One Commerce Center
                 12th & Orange Streets
22          Wilmington, Delaware 19801
                   (302) 426-9857
23
24
```

**2**

```
 1   APPEARANCES:
 2
 3        TIGHE, COTTRELL & LOGAN,
          P.A.
 4        BY: MICHAEL K. TIGHE, ESQUIRE
          Suite 500, First Federal Plaza
 5        P.O. Box 1031
          Wilmington, Delaware 19899
 6        (302) 658-6400
          Representing the Plaintiff
 7
 8        ZARWIN, BAUM, DEVITO, KAPLAN,
          SCHAER, TODDY, P.C.
 9        BY: DEVON F. SNELL, ESQUIRE
          Suite 1200
10        1515 Market Street
          Philadelphia, Pennsylvania 19102
11        (215) 569-2800
          Representing Defendant Colony
12        Insurance Company
13
          REGER & RIZZO, LLP
14        BY: CYNTHIA BEAM, ESQUIRE
          Suite 202
15        1001 Jefferson Plaza
          Wilmington, Delaware 19801
16        (302) 652-3611
          Representing Defendant Truck Tech
17        Industries, Inc.
18
          GOLDFEIN & HOSMER
19        BY: GARY H. KAPLAN, ESQUIRE
          Suite 1110
20        222 Delaware Avenue
          Wilmington, Delaware 19801
21        (302) 656-3301
          Representing Defendant Tipco
22        Technologies, Inc.
23
          ALSO PRESENT: JAMES BIGGS
24
               - - -
```

**4**

```
 1   Swain-7   8/15/03 Packing Slip to TTI
          From Tipco and 8/18/03 Invoice to
 2        TTI from Tipco and 8/19/03 Tipco
          Sales Draft Slip          84
 3
     Swain-8   8/15/03 Packing Slip to TTI
 4        From Tipco (duplicate of Exhibit-7) 84
 5   Swain-9   9/30/03 Delivery Return
          Confirmation Note to TTI from
 6        Don's Hydraulics        84
 7   Swain-10  Defendant Truck Tech
          Industries, Inc.'s Answers to
 8        Co-Defendant Colony Insurance
          Company's Interrogatories    84
 9
     Swain-11  Defendant Truck Tech
10        Industries, Inc.'s Answers to
          Plaintiff's Interrogatories   84
11
     Swain-12  Timeline Written by J.
12        Biggs as Dictated by S. Swain from
          Diary Notes (Exhibit-3)    84
13
     Swain-13  Duplicate Copy of Diary
14        Notes of S. Swain (Exhibit-3)  99
15
16
17
18
19
20
21
22
23
24
```

**3**

```
 1               - - -
 2            I N D E X
 3               - - -
 4   EXAMINATION OF: Sean Swain
 5   BY MR. TIGHE...................5, 163
 6   BY MR. KAPLAN................83, 166
 7   BY MR. SNELL.....................151
 8   BY MS. BEAM......................160
 9
10
11
12               - - -
13           E X H I B I T S
14               - - -
15
     NO.    DESCRIPTION      PAGE
16
     Swain-1  Notes of J. Biggs        5
17
     Swain-2  8/22/03 & 8/27/03 Invoices
18        To TTI from Tipco         5
19   Swain-3  Diary Notes of S. Swain   5
20   Swain-4  8/21/03 Letter to Tipco
          From S. Swain           73
21
     Swain-5  4/12/04 letter of T.
22        Bombick               76
23   Swain-6  7/30/03 Purchase Order to
          Tipco from TTI           84
24
```

**5**

```
 1               - - -
 2        (Exhibits Swain-1, Swain-2,
 3   and Swain-3 were marked for
 4   identification.)
 5
 6        SEAN SWAIN, after having been
 7   duly sworn, was examined and
 8   testified as follows:
 9               - - -
10         EXAMINATION
11               - - -
12   BY MR. TIGHE:
13        Q.   My name is Michael Tighe.
14   I'll be taking your deposition this morning.
15   If at any time I ask you a question which
16   you don't understand, would you please let
17   me know so that I can rephrase the question?
18        A.   Uh-huh.  Yes.
19        Q.   You have to say yes or no.
20        A.   Yes.
21        Q.   All right.  And is there
22   anything that would interfere with your
23   giving a deposition today?
24        A.   No.
```

6

1    Q.    Medical problems or any --
2    A.    No.
3    Q.    -- situation -- all right.
4    What is your full name?
5    A.    Sean Douglas Swain.
6    Q.    What is your address?
7    A.    7079 Cannon, C-A-N-N-O-N,
8    Road, Bridgeville, Delaware.
9    Q.    How old are you?
10   A.    I'll be 38 August the 8th.
11   Q.    What's your educational
12   background?
13   A.    I have an associate's degree
14   out of -- for general business.
15   Q.    From what school?
16   A.    Delaware Technical Community
17   College in Georgetown.
18   Q.    Were you born and raised in
19   Delaware?
20   A.    Sussex County, yeah,
21   Bridgeville.
22   Q.    Tell us about your employment
23   history from the time you left school. Just
24   generally, what have you done?

7

1    A.    I've worked construction --
2    you need specific company names?
3    Q.    No. I just want a general
4    idea.
5    A.    Construction, UPS, then I got
6    involved in the power transmission industry
7    and hydraulic industry and worked for three
8    companies.
9    Q.    What were those companies?
10   A.    Power Trans in Bridgeville and
11   then I worked for Applied Industrial
12   Technologies in Salisbury, and then with
13   Truck Tech Industries.
14   Q.    Now, you said you were
15   involved in hydraulics? Did I understand
16   that correctly?
17   A.    Yes. Power Trans is where I
18   first started doing that where you start
19   making hoses.
20   Q.    And did you continue it with
21   your second employer that you mentioned?
22   A.    Yes.
23   Q.    Have you continued it with
24   Truck Tech?

8

1    A.    Yes, at a greater rate of
2    making hoses. Yes.
3    Q.    What are your duties with
4    Truck Tech?
5    A.    Basically, I'm the general
6    manager of my specific area in the
7    companies. There's two companies in the
8    office and I'm the controller, basically, of
9    my area for hydraulics and power
10   transmission.
11   Q.    Mr. Biggs is present here
12   today; is that correct?
13   A.    That's correct.
14   Q.    Who is Mr. Biggs?
15   A.    He's the president of the
16   company and owner of the company.
17   Q.    And is there another company
18   besides Truck Tech? Because I understood
19   you to mention two different companies or
20   two -- two --
21   A.    There's another company not
22   even involved with the hydraulic business
23   that he owns.
24   Q.    I see. Which is also at your

9

1    location?
2    A.    Yes.
3    Q.    But Truck Tech is the one
4    that's involved with hydraulics?
5    A.    Uh-huh.
6    Q.    Your answer is yes?
7    A.    Yes. I'm sorry.
8    Q.    That's okay. Now,
9    specifically, what does Truck Tech do?
10   What's the scope of its operation?
11   A.    To supply customers with
12   hydraulic hoses and also power transmission
13   products for the industrial field.
14   Q.    Truck Tech is a distributor?
15   A.    Uh-huh. Yes, sir.
16   Q.    Does it manufacture anything?
17   A.    No, sir.
18   Q.    It -- it determines what its
19   customers need and then gets that from
20   various sources?
21   A.    Yes, sir.
22   Q.    Does it assemble anything?
23   A.    We do assemble products.
24   Q.    Give me an example of

10

1   assembling a product.
2       A.    Take a hydraulic hose, for
3   instance. I have a coupling, a fitting, and
4   the hose; put them together. We have a
5   crimper and I crimp them together.
6       Q.    You do that at your location?
7       A.    Yes, sir.
8       Q.    How long has Truck Tech been
9   in business?
10      A.    I believe it's over 15, if not
11  18 years.
12      Q.    Well, answer as best you can
13  from your own memory.
14      A.    I would say probably 18 years
15  or more.
16      Q.    How long have you been with
17  Truck Tech?
18      A.    Five and a half years.
19      Q.    Did you get any training when
20  you got to Truck Tech?
21      A.    Yes, sir.
22      Q.    Describe that.
23      A.    Basically, you come in and you
24  learn the equipment and the product that

11

1   they sell and -- you learn every day, but I
2   had two weeks of hard training on the
3   machine and the different style hoses and
4   fittings.
5       Q.    When you say "the machine,"
6   what machine are you referring to?
7       A.    The Omni -- the Gates Omni 21,
8   machine which does the crimping of the
9   hydraulic hoses.
10      Q.    Who did the training with you?
11  Who trained you?
12      A.    My coworker, John Derry, and
13  Jim Biggs has also helped.
14      Q.    Now, I asked you what the
15  scope of your work was and you, as I
16  understood it, said you were in charge of
17  your area, or words to that effect. But
18  what day to day do you do? What sort of
19  work do you do?
20      A.    I do -- take orders, I do
21  quotes, I sell products, I order products, I
22  receive in products, I ship products, I bill
23  out products.
24      Q.    Has there been any formal

12

1   training -- I know you get on-the-job
2   training every day, but has there been any
3   formal training outside of the workplace?
4       A.    On...
5       Q.    Any aspect of your job.
6       A.    Yes, sir.
7       Q.    Tell me about that.
8       A.    I've had training with my
9   other companies going to specific schools
10  for different vendors such as Martin
11  Sprocket & Gear. They have training on
12  sprockets and gears and screw conveyor
13  systems. Schools like that.
14      Q.    We're involved here today in a
15  matter that involves Don's Hydraulics and
16  events that occurred in the summer and fall
17  of 2003. Do you understand that to be the
18  case?
19      A.    Yes, sir.
20      Q.    Were your duties the same at
21  that period of time as they are now?
22      A.    Yes, sir.
23      Q.    Any changes at all?
24      A.    No, sir.

13

1       Q.    To your knowledge, has Truck
2   Tech been sued by anyone other than Don's
3   Hydraulics?
4       A.    Not to my knowledge, no.
5       Q.    Are you familiar with Don's
6   Hydraulics?
7       A.    Yes, sir.
8       Q.    How do you know Don's?
9       A.    I've known him for about
10  10 years, doing -- selling them products.
11      Q.    So going back even before you
12  worked for Truck Tech?
13      A.    Yes, sir.
14      Q.    What do you understand to be
15  the nature of Don's business?
16      A.    He's a fabricator, repairer of
17  hydraulic items. To my knowledge, they have
18  two divisions, one where Don is the
19  fabricator, one where Delmar, his son, does
20  the hydraulic rebuilding of items. And they
21  sell hydraulic items across the counter, as
22  we do too.
23      Q.    So would Don be a customer of
24  yours?

14

1    A.    Yes, sir.
2    Q.    While you've been at Truck
3  Tech?
4    A.    Yes, sir.  Everywhere I've
5  been, he's been my customer.
6    Q.    So he kind of followed you?
7    A.    Yeah.  Wherever I go, I
8  usually call my customers and let them know
9  where I'm at.
10    Q.    Had he been a customer of
11  Truck Tech before you moved to Truck Tech?
12    A.    I'm not sure about that.  I
13  don't believe so.
14    Q.    Okay.  What sort of products
15  would Don's Hydraulics buy from Truck Tech?
16    A.    Hydraulic equipment such as
17  adapters and hydraulic hose and fittings.
18    Q.    Anything else?
19    A.    He's bought seals and jaw
20  couplings, hydraulic oils.
21    Q.    Have you been to Don's
22  Hydraulics' place of business?
23    A.    Yes, sir.
24    Q.    Many times?

15

1    A.    Yes, sir.
2    Q.    What has brought you there?
3    A.    Just building business for my
4  company and to help -- help my customer.
5    Q.    Would you make sales calls on
6  him or respond to his calls to you or how
7  would it work?
8    A.    Sales calls, and if he needs
9  help on finding something, yes, I would help
10  him any way possible.  That's my job.
11    Q.    Where is Truck Tech located?
12    A.    Fruitland, Maryland.
13    Q.    How far is it from Don's place
14  of business?
15    A.    I'd say 40 minutes.
16    Q.    Has Truck Tech had any
17  problems in the past with Don's Hydraulics
18  that you know of?
19    A.    No.
20    Q.    So this is the first problem
21  that you know about?
22    A.    Yes.
23    Q.    Did Don place an order with
24  Truck Tech for hoses and fittings back in

16

1  August of 2003?
2    A.    No.  His son Delmar did.
3    Q.    Do you recall the order, what
4  transpired?
5    A.    Yes.
6    Q.    Tell us about it.
7    A.    Originally I got a call a few
8  months before that to get a quote for the
9  same exact thing he ordered.  He called in
10  around August, placing the order for the
11  2 1/2 inch hose and 2 1/2 inch male pipe and
12  2 1/2 inch female JIC couplings that go on
13  the hoses.  I had to go over and get
14  dimensions of the hoses that he needed, so I
15  brought in a fitting of each style and
16  proceeded to -- when I got them in, to go to
17  Don's, and Don's put them on the machine and
18  we measured up the hoses and then I placed
19  the first order.
20    Q.    So Don's son places a
21  telephone order with you; is that correct?
22    A.    Yes, sir.
23    Q.    And then some time later you
24  go to Don's; is that correct?

17

1    A.    Yes, sir.
2    Q.    And it would be a matter of
3  months, you think?
4    A.    No.  It would be probably --
5  be probably weeks.  Two weeks, something
6  like that.
7    Q.    And --
8    A.    One to two weeks.
9    Q.    Why did you go one or
10  two weeks later?
11    A.    Waiting for the fittings.
12    Q.    So the order was for hoses
13  that were 2 1/2 inches in diameter?
14    A.    Yes, sir.
15    Q.    A particular type of hose?
16    A.    Yes, sir.
17    Q.    What type of hose?
18    A.    Suction/discharge.
19    Q.    Was this used to -- in
20  hydraulics as a suction hose?  Is that
21  correct?
22    A.    Yes.  By what the books are
23  saying, it's used for suction/discharge.
24  And what I was told, it was used for

18

1    suction/discharge.
2        Q.    So there are different types
3    of hoses for different purposes?
4        A.    Yes, sir. Multitudes of
5    hoses. Yes, sir.
6        Q.    And then there were fittings
7    that were called for as well; is that
8    correct?
9        A.    Yes, sir.
10        Q.    Explain to us in layman's
11    terms, if you can, what these fittings were.
12        A.    One is a male pipe, which is a
13    standard kind of a thread, 2 1/2 inch. The
14    other one is what's called a JIC 37-degree
15    female swivel, and that basically has a
16    taper in it like this (indicating), about
17    37 degrees, and the outside nut is called a
18    female swivel. And the male counterpart
19    also has a taper up like this, which
20    counter-synchs together with the female and
21    gives you your seal.
22        Q.    When you were saying that
23    things tapered like this, you were gesturing
24    with your hands.

19

1        A.    A 37 degree.
2        Q.    So kind of a conical shape,
3    37 degrees? Is that -- would that be how
4    you'd describe it?
5        A.    Like a tapered form.
6        Q.    Had you dealt with those
7    fittings before?
8        A.    Not that size.
9        Q.    But that style?
10        A.    That style, yes, sir. Every
11    day.
12        Q.    All right. You waited for
13    these to come in, correct?
14        A.    Actually, I had to find them.
15        Q.    Okay. How did you go about
16    doing that?
17        A.    I called all my standard
18    suppliers. No one could help me because of
19    the female swivel 37 degree. And then my
20    partner at the time suggested Tipco. I
21    said, yes, I forgot about Tipco. Because
22    they're a well-known company for doing --
23    using industrial hoses. So I called them up
24    and was able to get the product through

20

1    them.
2        Q.    Was it because of the size
3    that there was a problem?
4        A.    The size -- the 2 1/2 inch
5    size is not a standard style size for
6    someone to keep in stock.
7        Q.    Had you dealt with Tipco
8    before?
9        A.    In the past I had at Power
10    Trans.
11        Q.    But not at Truck Tech?
12        A.    No.
13        Q.    Where is Tipco located?
14        A.    It's a town in Maryland. I
15    can't remember the name of the town.
16        Q.    Then something is delivered to
17    you from Tipco; is that correct?
18        A.    Yes.
19        Q.    And that is these two fittings
20    and a hose?
21        A.    No. Just the two fittings.
22        Q.    Two fittings. And then you go
23    to Don's?
24        A.    Uh-huh. Yes, sir.

21

1        Q.    And you bring the two fittings
2    with you?
3        A.    Yes, sir.
4        Q.    And you bring some hose?
5        A.    No, sir.
6        Q.    Just the two fittings?
7        A.    Yes, sir.
8        Q.    What happens at Don's?
9        A.    He takes the fittings. He
10    says: You write it down -- you write the
11    measurements down as we go to each pump.
12        He puts the fittings on the
13    areas that they connect to -- the ports, you
14    would say -- then he gives me a measurement
15    from where the hose would start on each side
16    of the fitting and I write it down: Pump
17    one, this size hose. Pump two, this size
18    hose.
19        Q.    About how long did that take?
20        A.    I was probably there a good
21    half an hour, 45 minutes.
22        Q.    Did you have any advice for
23    Don?
24        A.    No, sir.

22

1    Q.    Any questions for him?
2    A.    No, sir.  Not about the
3  project, no.
4    Q.    Did Don have any -- anything
5  to say to you other than just giving you
6  these dimensions as he measured?
7    A.    I believe he told me the time
8  span he had of the project.
9    Q.    Do you remember now what he
10  said?
11    A.    I -- not really, no.
12    Q.    Okay.  What was it you were
13  looking at?  Don was attaching fittings to
14  something.  What was it that he was --
15    A.    His power unit where the hoses
16  -- or the steel tubes come down and connect
17  to the pumps, where they would end on a
18  certain side and then would need to be
19  connected to the pumps.
20    Q.    Do you know what this power
21  unit was intended to be used for?
22    A.    He told me it was in a chicken
23  plant, for a chicken plant power unit.
24    Q.    Had you seen anything like

23

1  this before?
2    A.    No, not really.  This was --
3  it was a large unit.
4    Q.    Had you seen something
5  comparable in a smaller size?
6    A.    Yes.
7    Q.    So it was not unfamiliar to
8  you --
9    A.    No.
10    Q.    -- in general, just --
11    A.    It was just larger.  Very
12  large size.
13    Q.    All right.  What did you do
14  after you left Don's?
15    A.    I believe I went outside and I
16  called my supplier and I told him the sizes
17  I would need, and I believe I called him the
18  next day to verify to get the order going.
19    Q.    Was there any question about
20  the -- about Don's measurements?  That is,
21  did you have any advice for him about using
22  longer lengths of hose?  I think I read
23  something about that in the records, or is
24  that something that comes later?

24

1    A.    I brought up -- he had these
2  short -- a short section of hose and I -- my
3  boss, Jim, had been in there talking with
4  him and suggested an item, a way to make a
5  hose longer.  Because of the hose being so
6  short, it would not fit into the area
7  because of the stems being so long inside
8  the hose that you don't have room for
9  flexibility, and my boss suggested to him to
10  make the hoses longer on a nice even loop
11  up.  He did not do that.
12    Q.    Okay.  Did he at some point
13  end up taking Mr. Biggs' advice?
14    A.    Yes, sir.
15    Q.    That was later on?
16    A.    That was later on.  Yes, sir.
17    Q.    So when was Mr. Biggs there?
18    A.    I'm not sure, sir.
19    Q.    Was it before you had been
20  there or after this first visit you've been
21  telling us about?
22    A.    Before, I believe.
23    Q.    So Jim Biggs had been in to
24  talk to Don?

25

1    A.    He periodically stops by all
2  the customers to make sure they're okay.
3    Q.    So he talked to him about this
4  particular project?
5    A.    I believe so.
6    Q.    Now, you said you went outside
7  and contacted your supplier.  That would be
8  Tipco?
9    A.    Yes, sir.
10    Q.    And you talked to them about
11  what the hose order would be; is that
12  correct?
13    A.    Yeah.  I believe I talked to
14  Tim Bombick that day.
15    Q.    And also you would have to
16  order all the fittings at this time?
17    A.    Yes.  I got back with him and
18  he was my supplier for all the hose and the
19  fittings.
20    Q.    So far you had only had two
21  fittings delivered; is that correct?
22    A.    Sample pieces.  Yes, sir.
23    Q.    Sample pieces.  And now you
24  would have to have -- how many would it be?

7 (Pages 22 to 25)

26

1    Twenty of each?
2        A.    I think it was 20 total.
3        Q.    Twenty total. Ten of each?
4        A.    Yeah. What would happen, it
5    would be 10 and 10, is what he could
6    initially give me.
7        Q.    Did that mean you were going
8    to use the two you already had and order --
9        A.    I believe I sent them back.
10        Q.    Why did you send them back?
11        A.    So he could use them for the
12    hoses.
13        Q.    I see. And you sent -- you
14    gave him the dimensions that Don gave you
15    for the hoses, correct?
16        A.    Yes, sir.
17        Q.    And placed the order?
18        A.    Yes, sir.
19        Q.    What happens next?
20        A.    I wait for the hoses to come
21    in, Steve King brings me the hoses, then I
22    bring them to Don's and he puts them on.
23        Q.    Who is Steve King?
24        A.    He's the Tipco rep in the

27

1    area.
2        Q.    Where did he deliver the
3    hoses? Was it to you?
4        A.    To my company in -- TTI in
5    Dover at the time.
6        Q.    In Dover. You spend part of
7    your time working out of the Dover office?
8        A.    Yes. That's been shut down.
9        Q.    I'm sorry?
10        A.    That has been shut down. Yes.
11        Q.    But it was open at the time --
12        A.    That's where I was the manager
13    of the facility. Yes.
14        Q.    When did it shut down?
15        A.    February '03, I believe.
16        Q.    February of '03 or '04?
17        A.    '04? I think it's '04.
18        Q.    Because we're talking here
19    about the summer of 2003.
20        A.    Yeah. It would be '04.
21        Q.    All right. And so Mr. King
22    delivers the hoses and fittings to the Dover
23    office?
24        A.    Uh-huh.

28

1        Q.    Your answer is yes?
2        A.    Yes. I'm sorry. Yes.
3        Q.    And then what happens?
4        A.    I take them to Don's and they
5    start putting them on right away.
6        Q.    Did you advise Tipco of the
7    purpose for these fittings and hoses, what
8    they were to be used for?
9        A.    Yes, sir.
10        Q.    I know it's obvious to you,
11    but for the record, tell us what you said.
12        A.    The initial quote that we had
13    done prior to the order, Delmar called me
14    and wanted 2 1/2 inch hose, 2 1/2 inch male
15    pipe, 2 1/2 inch female JIC swivels crimped
16    on hoses. That was the first quote. And
17    then September, or whenever -- in August he
18    placed the order and I went over it again
19    with Tim.
20        Q.    Was it -- did you make it
21    clear that these were to be suction hoses
22    and tell them what the application was?
23        A.    Yes, sir.
24        Q.    Now, let's talk about

29

1    inspection. Do you know whether Tipco
2    inspected these hoses and fittings before
3    delivering to you?
4        A.    I do not know.
5        Q.    You don't know for firsthand
6    knowledge?
7        A.    Firsthand knowledge if they
8    did or not, no.
9        Q.    You did not see them do any
10    testing?
11        A.    No, sir.
12        Q.    Did they tell you they did
13    testing?
14        A.    No, sir.
15        Q.    Did you have an expectation
16    with regard to testing by Tipco?
17        A.    Say that again now?
18        Q.    Did you have an expectation
19    with regard to testing by Tipco? Did you
20    think that Tipco was doing some testing
21    before delivering the product to you?
22        A.    I presume they would.
23        Q.    Why do you say that?
24        A.    Being they're a -- they're a

30

1   really well-known company, and knowing what
2   the application was, that maybe they would
3   do that. Some people do, some people don't.
4   I just thought they might.
5       Q.    Did you have any discussion
6   with Tipco about testing?
7       A.    Not at that time.
8       Q.    What's your experience in the
9   industry? You've been in this industry for
10  a number of years. You're dealing here with
11  suction hoses. They're delivered by the
12  manufacturer to a distributor. What's the
13  expectation of the distributor of the
14  manufacturer with regard to inspection? I
15  don't know if you followed all that.
16      A.    Say that again to me.
17      Q.    Well, I preface it by saying,
18  you've been in this particular industry for
19  a number of years. That much is correct?
20      A.    Yes, sir.
21      Q.    All right. Do you have a
22  general expectation as a distributor with
23  regard to the manufacturer inspecting
24  suction hoses and fittings before delivering

31

1   them to you, you, the distributor?
2       A.    Usually I'd take it that
3   they're ready to go as soon as I get it,
4   because I take my vendor to have a proper
5   product for the proper application. So I
6   presume it's ready to go and to be used.
7       Q.    What do you mean by ready to
8   go?
9       A.    Ready to be able to handle the
10  application.
11      Q.    Does that mean it's been
12  inspected, in your mind?
13      A.    It could be.
14      Q.    Did Truck Tech do any
15  inspection of its own of these hoses and
16  fittings before delivering them to Don's?
17      A.    I looked them over and then
18  took them to Don's.
19      Q.    Other than a visual
20  inspection, was there any other inspection
21  done?
22      A.    No, sir.
23      Q.    Did you test to see whether
24  the fittings were firmly attached to the

32

1   hoses?
2       A.    I looked at the ferrules and
3   the ferrules looked like they were crimped.
4       Q.    You didn't test them manually,
5   though, did you?
6       A.    No.
7       Q.    Did you check to make sure the
8   order was correct in number and in dimension
9   and so on?
10      A.    Yes, sir.
11      Q.    And it appeared to be?
12      A.    Yes, sir.
13      Q.    All right. What happens next?
14  You take them to Don's.
15      A.    Take them to Don's, get there,
16  he signs off on getting the product, and
17  then he gets his guy to get the hose and
18  starts putting them on.
19      Q.    You say "his guy." Do you
20  know who it was?
21      A.    I believe it was Chris at the
22  time, which -- I don't think he's no longer
23  there.
24      Q.    Were you there while Chris was

33

1   doing the installation?
2       A.    Yes, on part of them. Yes.
3       Q.    All right. Did a problem
4   surface?
5       A.    Yes. The small -- he made
6   smaller hoses, where Mr. Biggs suggested to
7   make the longer hoses, and he did end up
8   scrapping those and was going to get back to
9   me with the dimensions he needed for the
10  longer hoses.
11      Q.    Okay.
12      A.    And also, the -- when Chris
13  was putting them on, they were turning in
14  the -- some of the hoses were turning.
15      Q.    So it was during this initial
16  installation that Don Cathell decided that
17  he should have taken Mr. Biggs' original
18  advice and so he ordered longer -- some
19  longer hoses. Is that correct?
20      A.    Yes.
21      Q.    And that meant that Don would
22  have to absorb the cost of those original
23  hoses that he was --
24      A.    Yes, sir. He said he would

34

1    eat that section of the order.
2        Q.    By "eat that," you mean he's
3    going to --
4        A.    Eat the price.
5        Q.    He's going to absorb the cost.
6        A.    Yes, sir.
7        Q.    How many of those were there?
8    Do you recall?
9        A.    I believe there was five.
10       Q.    So the first thing that
11   happened, I guess, was that you then had an
12   order for five more hoses?
13       A.    After he had to make
14   measurements and calculations, then called
15   me.
16       Q.    So the second thing that
17   happened is that while installing the hoses,
18   it was discovered that something was
19   turning.
20       A.    Yes, sir.
21       Q.    Tell us again in layman's
22   terms, if you can, what was turning.
23       A.    The hose was actually
24   turning -- take this to be the stem of the

35

1    fitting (indicating).
2        Q.    That's your right index finger
3    that you're holding out.
4        A.    Yeah.
5        Q.    I have to describe it for --
6        A.    The male pipe is here and the
7    female JIC (indicating), but you have a stem
8    that sticks out and the hose slides over and
9    gets crimped down. The actual hose can be
10   turned on the stems.
11       MS. BEAM: Go ahead and try
12   and describe that, Mike.
13       MR. TIGHE: Best of luck to
14   me.
15   BY MR. TIGHE:
16       Q.    Well, what you're describing
17   is a fitting that goes inside the hose which
18   is supposed to be crimped so that the hose
19   doesn't turn around that fitting. But,
20   apparently, the hose was turning around the
21   fitting --
22       A.    Yes.
23       Q.    -- is that correct?
24       A.    Not all of them, but there was

36

1    a few that did.
2        Q.    And that's a bad thing, isn't
3    it?
4        A.    Could be. Yes, sir.
5        Q.    Tell me why that's a bad
6    thing.
7        A.    Because you could have leaks.
8        Q.    And leaks are a bad thing?
9        A.    Yes, sir.
10       Q.    Again, I don't mean to sound
11   like Sesame Street here, but I want to make
12   sure everybody who reads this record
13   understands it, and it gets a little
14   technical. Why is it a bad thing for leaks
15   with suction hoses in a hydraulic
16   application?
17       A.    Well, you could have damage to
18   your environment, damage to the product.
19       Q.    The pumps?
20       A.    The pumps.
21       Q.    How could the pumps be
22   damaged?
23       A.    By not getting oil, I guess,
24   or getting oil -- or you could get

37

1    contaminates through the -- through the
2    lines.
3        Q.    The pumps are dependent upon a
4    vacuum system; is that correct?
5        A.    I believe they are. I'm not
6    too familiar with pumps.
7        Q.    All right. This turning that
8    you described, could this be done just by
9    people applying their hands and doing the
10   turning?
11       A.    At the time, no. I think I
12   tried it and no.
13       Q.    If Don says that the
14   fitting -- the hose could be turned around
15   the fitting just by hand, would you disagree
16   with that?
17       A.    It probably could if you were
18   strong enough.
19       Q.    Did you personally try each
20   one of these hoses to see if the stem turned
21   inside the hose?
22       A.    No.
23       Q.    Do you know if Don or Chris
24   did?

38

```
 1      A.   I don't know if they did it
 2  with their hands, but I saw Chris do it with
 3  the tools he was using.
 4      Q.   Was Don there as well?
 5      A.   Yes.
 6      Q.   And what did -- what did Don
 7  say to you about this?
 8      A.   He says, "We got a problem and
 9  we need to fix it," and that was basically
10  what he said.
11      Q.   Okay.  And did you disagree?
12      A.   Nope.  I took all -- no, I did
13  not.  Uh-uh.
14      Q.   You didn't disagree because --
15  it is correct that you didn't disagree
16  because, in your understanding, hose stems
17  should not have been able to turn inside the
18  hoses?
19      A.   That's correct, sir.
20      Q.   And it was a potential
21  problem.
22      A.   Yes, sir.
23      Q.   So Don rejected the hoses for
24  that reason.
```

39

```
 1      A.   Oh, he looked at me and I
 2  said -- yeah.  He basically rejected them.
 3  I -- but he looked at me and I told him what
 4  we would do with them.  So...
 5      Q.   Did there need to be much
 6  discussion about this or was it pretty --
 7      A.   No.
 8      Q.   It was pretty much automatic
 9  between vendor and customer?
10      A.   Yes, sir.
11      Q.   So what did you say you would
12  do?
13      A.   Took all the hoses with me and
14  contacted Tipco to meet of giving them the
15  hoses and then the new dimensions needed for
16  the smaller ones to the larger.
17      Q.   Do you remember who you talked
18  to?
19      A.   Steve King, I believe, which
20  was the rep for Tipco.
21      Q.   What did Steve say about --
22  not about the different dimension hoses, but
23  the problem with the stem turning inside the
24  hose?  What did he say about that?
```

40

```
 1      A.   To my knowledge, I can't
 2  remember.
 3      Q.   Did he agree to take the hoses
 4  back and --
 5      A.   Yes.  We set up a time to meet
 6  at the McDonald's across the Bay Bridge.
 7      Q.   Why did you do that?  Is it
 8  because it was a hurry-up to get the job
 9  done?
10      A.   To get him the hoses because
11  Don needed to get the first unit done as
12  soon as possible.
13      Q.   Okay.  So you met Steve King
14  at the Bay Bridge or near the Bay Bridge?
15      A.   Uh-huh.  Yes, sir.
16      Q.   And gave him the hoses?
17      A.   Yes, sir.
18      Q.   Did you talk at that time to
19  him about inspection?
20      A.   Yes.  I believe I did.
21      Q.   What did you say?
22      A.   I talked to him about the
23  dimensions of the hose -- the new hoses and
24  making sure that the hoses are checked or
```

41

```
 1  tested.  I think that's basically what it
 2  was about.
 3      Q.   Tested how?
 4      A.   However.  Pressure test or
 5  vacuum-tested, I guess.  However they do it.
 6      Q.   Why did you say this?
 7      A.   Because of the problem with
 8  the hoses turning on the stems and...
 9      Q.   Did Mr. King respond in any
10  way to that?
11      A.   He said, yes, we'll take care
12  of getting you five new hoses and taking the
13  ones back and looking over the other five,
14  meaning -- I don't -- you know, I don't know
15  where it goes after that.
16      Q.   You say the other five.  How
17  many hoses are there altogether?
18      A.   The first batch is 10.
19      Q.   And then is there a second
20  batch?
21      A.   Yeah.  There was a whole
22  'nother section of the unit not ready for
23  the hoses yet.
24      Q.   So the first batch is 10
```

11 (Pages 38 to 41)

42

```
 1   hoses, 20 fittings?
 2       A.   Yes, sir.
 3       Q.   And then the second batch
 4   would be the same amount?
 5       A.   Yes, sir.
 6       Q.   But we haven't even gotten to
 7   the second batch yet.
 8       A.   No, sir.
 9       Q.   What's the next thing that
10   happens?
11       A.   He takes them, I leave, and I
12   go to the office, I believe, the next day.
13   I write -- I contact Jim, let him know the
14   situation of the hydraulic hoses spinning in
15   the stems, we write Tipco a letter with
16   concerns and wanting to make sure that they
17   do test the hoses, concerned with the
18   problems with, you know, the pumps being
19   there and the concerns of our customer, make
20   sure that he's taken care of. Then I get
21   the hoses. I meet -- I meet their driver
22   back about two days later or three days
23   later -- I can't remember the exact time --
24   and get the other hoses, the 10.
```

43

```
 1       Q.   The first 10?
 2       A.   The first 10. Well, the first
 3   five, plus the new five.
 4       Q.   Okay. And are you told
 5   anything about inspection?
 6       A.   In the meantime I had
 7   contacted one of their inside -- I don't
 8   know if you call them an engineer or a hose
 9   maker. I can't remember his name. He said
10   that testing would be done. I did get a
11   report of 10 hoses, I believe, from an
12   inspection at the time, and I think that was
13   it. Because when the driver delivered them,
14   we just signed off on them and split. We
15   didn't talk.
16       Q.   Did that lead you to believe
17   that they hadn't been tested the first time?
18       MS. BEAM: Objection to the
19   form.
20       You can answer, if you can.
21       THE WITNESS: Say it to me
22   again, sir.
23   BY MR. TIGHE:
24       Q.   Did what you heard from Tipco
```

44

```
 1   lead you to believe that the -- that this
 2   testing was the first testing that had taken
 3   place and that they hadn't been tested
 4   before?
 5       A.   My conversations led me to
 6   believe that they test all their hoses.
 7       Q.   So this testing that you're
 8   talking about, was this the second testing
 9   of these hoses, or don't you know?
10       A.   I don't know.
11       Q.   So you don't know whether they
12   tested them before or not?
13       A.   First time, no. I don't know.
14       Q.   You don't know. And you
15   didn't see them do this second testing?
16       A.   No, sir.
17       Q.   You just got a report that it
18   was done.
19       A.   Yes, sir.
20       Q.   What was the testing that was
21   done?
22       A.   I believe it was pressure and
23   vacuum at 150 PSI for 10 minutes.
24       Q.   With what result?
```

45

```
 1       A.   That they're ready to go.
 2   That they did not leak in that time span.
 3       Q.   Was there testing of the
 4   crimping to see if the hoses -- if the stems
 5   still moved inside the hoses?
 6       A.   I do not know.
 7       Q.   Did you inspect in any way
 8   when you had the hoses delivered to you?
 9       A.   Looked them over again and
10   took them to Don's.
11       Q.   Did you do any testing of your
12   own?
13       A.   No, sir.
14       Q.   You took them to Don's. What
15   happened?
16       A.   Basically, I went right from
17   the Bay Bridge, because in a hurry for
18   Don's. Went right to Don's. He put them
19   on. Now, the new sections where they used
20   to be smaller, built to the new one, worked
21   great. I don't believe there was any more
22   turning of the hoses at the time.
23       Q.   If I told you that Don's
24   recollection is there was turning again of
```

46

1  the hoses, would you disagree with that or
2  don't you remember?
3     A.   I would not disagree. It
4  could have been. I can't remember.
5     Q.   Was there -- did some of these
6  hoses have to get taken back a second time
7  to Tipco and done again?
8     A.   I believe so on maybe one or
9  two in the first batch and then in the
10  second batch.
11     Q.   Was there again this problem
12  of turning -- the stems turning inside the
13  hose or the hose turning around the stems?
14     A.   Which part? Any of the
15  batches?
16     Q.   The later batches, not the --
17  we already talked about the first time.
18     A.   Uh-huh.
19     Q.   So I'm talking about a second
20  or subsequent time.
21     A.   Yes. There was more problems.
22     Q.   With this turning problem?
23     A.   Yeah, it could be. Yes.
24     Q.   Okay. Was there also a

47

1  problem with one of the ferrules being
2  cracked?
3     A.   Yes, sir.
4     Q.   When did that occur?
5     A.   That would be late afternoon
6  on I think a Saturday after I picked up the
7  batch. I got a call as soon as I got home
8  from delivering them. Don was telling me we
9  had a problem, we got a cracked ferrule, and
10  I went back that -- right away.
11     Q.   Did Don indicate this was how
12  it was delivered to him with this cracked
13  ferrule?
14     A.   Basically, they had put it on
15  and found the cracked ferrule.
16     Q.   What is a ferrule, by the way?
17     A.   That is a collar that goes
18  around the stem of the fitting. It goes
19  over the hose, then you put the stem in the
20  hose, and supposedly the -- the ferrule is
21  to be pressed down or crimped down over top
22  of the hose, which, in turn, crimps over top
23  of the stem, which gives you the crimped
24  effect.

48

1     Q.   Do you know whether Tipco
2  provided new hoses to you or simply
3  recrimped the old ones?
4     A.   I do not know.
5     Q.   Did you ever find out?
6     A.   No.
7     Q.   There was some discussion in
8  the record about different ways of attaching
9  these fittings. One was crimping and then
10  there are a couple of other methods. Are
11  you familiar with that?
12     A.   Yes, sir.
13     Q.   One is called banding?
14     A.   Yes, sir.
15     Q.   What is banding?
16     A.   It's where you put your --
17  there's round rings and they have a stem
18  coming off of them and they're real thin and
19  you have a tool and you put it over top of
20  the hose you put your stem in and you start
21  pulling it down and it -- what it does, it
22  draws into the rubber which, in turn, pulls
23  the rubber down over top of the stem, which
24  gives you a banding effect.

49

1     Q.   Was there some suggestion to
2  Don to manufacture the hoses in that manner
3  instead of crimping?
4     A.   To Delmar there was. Yes,
5  sir.
6     Q.   And that was rejected?
7     A.   Yes, sir.
8     Q.   Why did -- why did Don's
9  Hydraulics reject that suggestion?
10     A.   I don't -- I don't know. The
11  son and the father told me they wanted
12  crimped-on only. I suggested the banding,
13  because Tipco suggested banding, and they
14  said, no, we want crimped -- Delmar's exact
15  words is, "Dad wants crimped-on only."
16     And also, Delmar -- Don also
17  with the hoses said he wanted crimped-on
18  only because he had no luck with banding.
19     Q.   Had he had bad luck with the
20  banding?
21     A.   In the past, I guess he has.
22     Q.   He had leaks, did he say?
23     A.   (Witness indicates.) He just
24  did not like the banding.

50

1    Q.    There's another method,
2    swaging or swaging?
3    A.    I think it's called swaging.
4    Q.    Swaging.  Do you know what
5    that is?
6    A.    It's where you have the hose
7    and also some sort of a collar and a stem,
8    and the outside ferrule basically is pressed
9    down over top of the hose and fitting.
10    Q.    Was that suggested by Tipco or
11    did Tipco just suggest banding?
12    A.    No.  They suggested the
13    banding.
14    Q.    When you told Tipco that the
15    customer wanted crimping, did Tipco then
16    indicate it would -- it could do the job
17    with crimping?
18    A.    Yes.  Tim told me -- he said:
19    We can definitely do crimping.
20    Q.    Now you've gotten to the point
21    where you've picked up the order from near
22    the Bay Bridge and you've taken it to Don's
23    and then, apparently, you get a phone call
24    about this ferrule being cracked?

51

1    A.    Yes, sir.
2    Q.    And maybe still more turning
3    of the stems inside the hoses.  Do I have
4    this correct so far?
5    A.    As far as my knowledge is, it
6    was just the stem being cracked, which you
7    could turn the hose around that because it's
8    cracked.
9    Q.    So what happens next?
10    A.    I rushed right over.  I go in
11    and look at it.  I said, "You got an
12    overcrimped fitting."
13    Of the way it was split, you
14    could just tell it was overcrimped, because
15    if you press too far it will crack.
16    Q.    Well, I know that means
17    something to you, but for us, tell us what
18    "overcrimped fitting" means.
19    A.    It means you're putting too
20    much pressure on crimping the ferrule.  It
21    can only go so far, because you have rubber
22    meeting metal to metal and it can only be
23    compressed so far where you would get
24    out-pressure, and that would split the

52

1    ferrule.
2    Q.    This ferrule is made of, what,
3    brass?
4    A.    I believe it's steel, sir.
5    Q.    Steel.  And it's been split in
6    some fashion?
7    A.    After the crimping.  I presume
8    it was split from the crimping.
9    Q.    From -- from what Tipco did?
10    A.    I believe so, sir.  Yes.
11    Q.    All right.  What happens next?
12    A.    I told them what I thought it
13    was.  I took that hose with me.  That was
14    the only hose I took.  I tried to get ahold
15    of Tipco and I believe they were at a party
16    and I called Steve King, which is the rep.
17    He was at a school, I believe.  I got -- he
18    finally called me back.  We set a plan up
19    for the next day, Sunday, for me to meet him
20    at his facility in Maryland, which I did
21    that Sunday morning, and he had a -- one of
22    his top guys come in that makes hoses for
23    him -- I'm not sure of his name -- and they
24    redid that end.

53

1    Q.    So it was, to the best of your
2    knowledge, same hose, new fitting?
3    A.    To my knowledge, it is the
4    same hose, new ferrule, same fitting.
5    Q.    Any testing?
6    A.    No, sir.
7    Q.    You were there?
8    A.    Yes, sir.
9    Q.    They didn't test?
10    A.    No, sir.
11    Q.    You came away with that new
12    hose, correct?
13    A.    Yes, sir.
14    Q.    And where did you go with it?
15    A.    Well, I went right to Don's.
16    Q.    What happened?
17    A.    I gave it to Don and I left.
18    Q.    Now, as I understand where we
19    are right now, we've got 10 hoses delivered
20    to Don's, but there's 10 more to go.  Is
21    that correct?
22    A.    No.  You're already in the
23    second batch.  We got 20.
24    Q.    Oh, this cracked ferrule is in

14 (Pages 50 to 53)

54

1  the second batch?
2      A.    Yes, sir.
3      Q.    All right. Now, we discussed
4  the possibility of there being a second
5  incident of hoses -- of stems twisting --
6  turning -- the hoses turning around the
7  stems. Was that in the first batch or the
8  second batch?
9      A.    First batch.
10     Q.    So there were two separate
11 incidents of this turning situation?
12     A.    To my knowledge -- well, it
13 could be considered that, yes.
14     Q.    Now, Don's got all the hoses
15 and do you see him doing the attachment or
16 do you just leave?
17     A.    I believe they started putting
18 it on and I just left.
19     Q.    What's the next thing you
20 heard, if you can recall?
21     A.    I'm not sure how long it was.
22 He was going to, I think in the next day or
23 two, leave to go to take it -- I got a --
24 can I talk to my counsel real quick?

55

1          MS. BEAM: No. Once you start
2  your testimony, you really can't.
3  You can only testify as to what you
4  recall. If you don't recall, just
5  tell him you don't recall.
6          THE WITNESS: Okay. I'm not
7  sure how long it was after I got --
8  I was at my boss' house for a
9  birthday party. I got a call in the
10 afternoon around -- I think it was
11 around 12, 12:30, possibly, from
12 Don. It was wherever he was at, the
13 place they were putting in the power
14 unit: "Sean, we got a problem.
15 I've got oil in the tank. The pumps
16 aren't running and I've got leaks."
17         In turn, I went to Jim, told
18 Jim what the situation was. He told
19 me to get ahold -- try to get ahold
20 of Tipco, which I tried to get ahold
21 of Tipco. In the meantime, me and
22 Don were talking. We both said:
23 I'll try to work it on my side, you
24 try and get it fixed on your side.

56

1          You try to find somebody that does
2          hoses in the area.
3          I couldn't get ahold of Tipco.
4          Later that day, I believe I called
5          Don. He didn't answer the phone. I
6          got ahold of him a little later. He
7          said he got the situation taken care
8          of. That's all I know.
9  BY MR. TIGHE:
10     Q.    You told him to get new hoses?
11     A.    No, I did not.
12     Q.    Well, I heard something about,
13 try to find a -- someone in the area who
14 supplied hoses. Did I misunderstand?
15     A.    He wanted to try to find -- he
16 wanted to try -- he told me to find out from
17 Tipco what they could do for me -- for him,
18 and then, in turn, he would look in his area
19 for somebody that can fix or recrimp the
20 same hoses and/or make him new hoses. So on
21 his side, he was trying his way; on my side,
22 I was trying to work it for him also.
23     Q.    And what you were trying to do
24 is get in touch with Tipco --

57

1      A.    Yes, sir.
2      Q.    -- and see if something could
3  be done.
4      A.    Yes, sir.
5      Q.    And you were unable to get in
6  touch with Tipco?
7      A.    That's correct.
8      Q.    How many times did you try to
9  contact Tipco?
10     A.    I think I tried the office,
11 which was late on -- I think it was a
12 Saturday. Nobody would answer. I tried
13 them once and I think I tried Steve King,
14 which is the rep, his cell phone number. I
15 think I tried him two or three times.
16     Q.    Did you give Don any advice
17 about what to do, other than what you've
18 told us so far?
19     A.    No, sir.
20     Q.    There was some -- something in
21 the record about Don taping the area around
22 the fittings. Are you familiar with that?
23     A.    I heard he did that. Yes.
24     Q.    Did he tell you he was going

15 (Pages 54 to 57)

58

1    to do that?
2        A.    No, sir.
3        Q.    You didn't know he was going
4    to do that?
5        A.    No, sir.
6        Q.    And you didn't suggest it to
7    him?
8        A.    No, sir.
9        Q.    Now, I understood you to say,
10   when Don called you, that he said he had oil
11   in the tank.
12       A.    "Sean, we have oil in the
13   tank."
14       Q.    What did that mean to you?
15       A.    That means he had started
16   filling his tank up with oil.
17       Q.    What does that mean?
18       A.    That means the big tank that
19   holds the oil for the production of the
20   company to run all systems has started to be
21   filled.
22       Q.    So that's the reservoir of --
23       A.    Reservoir. Yes, sir.
24       Q.    -- of hydraulic oil --

59

1        A.    Yes, sir.
2        Q.    -- that is needed for this --
3    to operate this system. Is that correct?
4        A.    As far as my knowledge is,
5    yes, sir.
6        Q.    And filling it would mean part
7    of the process of starting this system?
8        A.    I'm not sure about that, but
9    filling it is putting oil in it.
10       Q.    Would you understand that at
11   some point that would have to be done?
12       A.    Starting the system?
13       Q.    Well, to fill up that
14   reservoir and start the system.
15       A.    Yes, you would have to.
16   Uh-huh.
17       Q.    And you said something about
18   the pumps. Pumps aren't running or
19   something like that.
20       A.    No. He said, when he called
21   me: "Sean we got a problem. I got a little
22   bit of oil in the tanks. The pumps are not
23   running and we have leaks. All hoses are
24   leaking."

60

1        Q.    That's what he said to you?
2        A.    That's what he -- yep. That's
3    what he said to me.
4        Q.    The pumps were not running?
5        A.    The pumps were not running.
6        Q.    Did you have any discussion
7    with him about this?
8        A.    No, sir. I just told him I'd
9    try to get ahold of Tipco.
10       Q.    Did you say: Why aren't the
11   pumps running?
12       A.    I said -- when he told me, I
13   said, "You do not have the pumps running?"
14             "No, we do not have the pumps
15   running."
16             That was the only thing I said
17   about the pumps.
18       Q.    How did he know if there were
19   leaks if he wasn't running the pumps?
20             MS. BEAM: Objection to form.
21             You can answer.
22             THE WITNESS: Say it to me
23   again, sir?
24   BY MR. TIGHE:

61

1        Q.    How would anyone know if there
2    were leaks if the pumps weren't running?
3        A.    He said the down gravity --
4    the down-pull of the oil coming down the
5    pipes going into the hoses, it was just
6    gravity-fed leaks through the hoses.
7        Q.    I see. So the oil is leaking.
8        A.    Through the hoses.
9        Q.    All right. I had the idea
10   that maybe air was being allowed in through
11   the fitting. Were you told about that?
12       A.    No, sir. He said: Oil is
13   leaking out the hoses, all the hoses.
14       Q.    How many discussions did you
15   have with Don? Do you recall?
16       A.    On what day? That day?
17       Q.    Yes.
18       A.    I believe two.
19       Q.    What was the second
20   discussion? What was that?
21       A.    The second discussion was me
22   calling him, making sure he was up and
23   going, and he said: I found what I needed.
24   I'm good.

62

1    Q.   Okay.  Did you have any later
2  discussions with him on later dates?
3    A.   I believe I got -- I called
4  the next Monday and I talked to Delmar and
5  Delmar said:  Dad will call you in a couple
6  weeks.
7         And in a couple weeks, I'm not
8  familiar after that.
9    Q.   We've been talking about
10  Delmar.  Delmar Cathell --
11    A.   Yes, sir.
12    Q.   -- Don's son; is that correct?
13    A.   Yes, sir.
14    Q.   Did you have any idea what had
15  happened or --
16    A.   Just what he told me on the
17  phone, that he had leaks in the hoses.
18    Q.   There wasn't any further
19  discussion?
20    A.   I have no more knowledge about
21  the situation, sir.
22    Q.   Did Don call you in a couple
23  of weeks?
24    A.   I believe we had talked and he

63

1  had told me he had pump failures.  That's as
2  far as I remember.  I don't know how long
3  ago or how long after it was.
4    Q.   Did you go back to him to take
5  a look at the hoses?
6    A.   He had gotten everything back
7  and had all the hoses in boxes and we took
8  all the hoses back at the time.
9    Q.   So you went back to Don's
10  place of business?
11    A.   Just to pick up the hoses.
12    Q.   And you picked up 20 hoses?
13    A.   Yes, sir.
14    Q.   With the fittings on them?
15    A.   Everything is already
16  together.  Yes.
17    Q.   And what did you do with them?
18    A.   I took them back to the shop
19  and called my boss, Jim Biggs, and we looked
20  at them and they were -- stayed in the shop.
21    Q.   Did you or Mr. Biggs or anyone
22  at Truck Tech do anything with the hoses
23  other than look at them?
24    A.   No, sir.

64

1    Q.   Do any testing?
2    A.   No, sir.
3    Q.   Did you have any -- anybody
4  come in and do any testing?
5    A.   No, sir.
6    Q.   So they just sat there?
7    A.   Yes, sir.
8    Q.   Did you allow any of the hoses
9  to go anywhere else, such as to Tipco?
10    A.   No, sir.
11    Q.   Did you have discussions with
12  Tipco about this fact that you now had these
13  20 hoses in your place of business?
14    A.   I believe -- I don't think I
15  talked to them any more.  I believe Don
16  wrote them a letter and wrote us a letter.
17    Q.   Did Mr. Biggs take over
18  handling of this matter after this time or
19  did you continue to be involved?
20    A.   I believe Mr. Biggs pretty
21  much after that took over.
22    Q.   Did you have any further
23  involvement in this matter that we haven't
24  discussed so far, other than talking to your

65

1  counsel, generally, here about anything
2  else?
3    A.   Don's took back about three or
4  four, maybe five hoses to get tested.  I
5  believe that's pretty much it.
6    Q.   Did Don call you up and say:
7  I need some of the hoses back?
8    A.   Him or Delmar did.
9    Q.   And you think they took about
10  four or five?
11    A.   There was two occasions I
12  believe they took three or four, maybe
13  another occasion where they took maybe two.
14    Q.   So you think it was a total of
15  five?
16    A.   I think I -- we counted out --
17  I think we have 12 left, I believe, and I
18  think -- it could have been eight.  But
19  whatever -- whatever the difference of what
20  I don't have at the shop is what he took.
21    Q.   Whatever you don't have is
22  what Don took?
23    A.   Yes, sir.
24    Q.   What Don took back, had it

66

1 been changed in any way from how it was when
2 you picked it up from Don?
3    A.   Oh, yes, sir.
4    Q.   How was that?
5    A.   It was painted gray and had
6 tape all over it.
7    Q.   I didn't ask a clear question.
8 I meant after you go back to Don and take
9 back all 20 hoses after this failure down in
10 Georgia, you have all 20 and then Don takes
11 back some number, you think as many as
12 eight. Were there any changes made to those
13 eight hoses from the time you got them until
14 you gave them back to Don?
15    A.   No, sir.
16    Q.   So you gave them back to Don
17 just the way he gave them to you?
18    A.   Yes, sir.
19    Q.   The other 12 hoses are where?
20    A.   We have them in our store.
21    Q.   And are they sitting in boxes
22 or something?
23    A.   I believe they're in a box
24 upstairs. Yes, sir.

67

1    Q.   Have any changes been made to
2 those?
3    A.   No, sir.
4    Q.   Has anybody taken any of them
5 and tested them?
6    A.   No, sir.
7    Q.   Are there any plans to do so
8 that you know about?
9    A.   I'm not sure, sir.
10    Q.   Anything else that happened in
11 this matter that I haven't asked you about
12 that you can recall at this time?
13    A.   When I went to get the hose
14 made at Tipco on -- the ferrier (phonetic)
15 hose, they -- when the ferrule was cracked,
16 when they remade the hose I asked them to
17 check to make sure it wasn't turning in --
18 over the stem. So they checked it, it did
19 turn, so they recrimped it. Then I left.
20    Q.   After it was recrimped did
21 they check it again?
22    A.   Yes. It did not turn, then I
23 left.
24    Q.   When it turned, did it turn

68

1 just by using hands?
2    A.   No. He used tools.
3    Q.   You didn't check it yourself?
4    A.   No. I saw them.
5    Q.   I want to go over some
6 documents with you, but I just want to check
7 my list of questions first to see if there's
8 anything further I want to ask, so if you'll
9 just bear with me.
10    A.   Sure.
11    Q.   Do you remember how many trips
12 you took to Tipco in this total transaction?
13    A.   Tipco itself, the building,
14 was one.
15    Q.   Just the one time?
16    A.   To the building.
17    Q.   And meeting them at the Bay
18 Bridge?
19    A.   I believe it was twice.
20    Q.   Two times. Okay. Do you know
21 the total number of hoses you took back
22 overall?
23    A.   Overall, it would be --
24 overall, it would be 25.

69

1    Q.   But I meant take back to
2 Tipco.
3    A.   It would be 11, to my
4 knowledge.
5    Q.   Other than the time that you
6 described seeing the stem turn inside the
7 hose at Tipco, did you ever see any other
8 time when a stem turned inside a hose? Did
9 you see it personally?
10    A.   Yes, sir. I told you earlier
11 that I seen it when Chris was putting it on
12 the machine.
13    Q.   And how many hoses do you
14 think you saw?
15    A.   I believe it was two.
16    Q.   Any other times?
17    A.   No. Other than the split
18 ferrule, no.
19    Q.   When you took these hoses back
20 to Tipco, what was their reaction? What was
21 their response? Did they say anything to
22 you about this?
23    A.   Not to my knowledge, no.
24 Just, we'll get you fixed up and get you

70

1  running, as far as I remember. Just small
2  chatter.
3      Q.    Let's go over a few documents.
4  Here's one that's been marked as Cathell
5  Exhibit-14. That was marked at Don's
6  deposition. Just take a look at this and
7  see if you can identify it.
8      A.    Yes, sir. I remember that.
9      Q.    Is there anything in this
10  letter, which is Cathell-14, with which you
11  disagree?
12        MS. BEAM: Are you asking in
13        terms of the facts that he's
14        testified to? Because I'm not going
15        to have him agree or disagree with
16        Mr. Cathell's liability statement in
17        this letter.
18        MR. TIGHE: Your objection is
19        noted. Thank you.
20        THE WITNESS: And what was the
21        question again, sir?
22  BY MR. TIGHE:
23      Q.    Do you disagree with any of
24  the facts that are found in Cathell No. 14

71

1  which you have in front of you, which you
2  just read?
3      A.    I don't believe so, sir.
4      Q.    It says a date of August 25,
5  2003. Does that seem to be at least
6  approximately the right -- the correct date
7  when this --
8      A.    Approximately, I would think
9  so.
10      Q.    Here's Cathell Exhibit-2.
11  Take a look at that and see if you can
12  identify it.
13      A.    Yes, sir. That's my invoice
14  to Don's.
15      Q.    That's from Truck Tech?
16  That's the invoice to Don's for the hoses
17  and fittings that we've been talking about
18  here this morning?
19      A.    Yes, sir.
20      Q.    And is that an accurate copy
21  of the original which might be in your
22  company's possession?
23      A.    Yes, sir. It looks pretty
24  good.

72

1      Q.    Now here's one that's been
2  marked as Swain No. 1. Take a look at that.
3        Have you had a chance to read
4  it?
5      A.    Yes, sir.
6      Q.    Do you recognize Swain No. 1?
7      A.    I believe so, sir.
8      Q.    What is it?
9      A.    I believe that was a letter
10  given me by Jim so I could properly write my
11  letter to Tipco.
12      Q.    It says: "These hoses are for
13  suction lines on a new/large HYD" -- I
14  assume that's hydraulic?
15      A.    Hydraulic.
16      Q.    -- "power unit. The
17  manufacturer is concerned that the stems
18  would twist in the hose after your crimping.
19  Please insure that these hoses do not suck
20  air, as this would destroy $15,000 worth of
21  hydraulic pumps."
22        Did I read that correctly?
23      A.    Yes, sir.
24      Q.    Is that Jim Biggs'

73

1  handwriting?
2      A.    I believe it is, sir.
3      Q.    How did this come about that
4  you received this document which has been
5  identified as Swain-1? How did that happen?
6      A.    I -- as soon as we found out
7  that the stems were turning -- I immediately
8  contact Jim with any problems that I have.
9  I contacted him with this and he suggested I
10  write a letter to Tipco and gave me some
11  familiarity on how to write my letter to
12  Tipco.
13      Q.    So these were kind of notes
14  that he prepared so you could write your
15  letter?
16      A.    Yes, sir.
17        MR. TIGHE: Now, let's see. I
18        want to -- let's go off the record
19        for a minute.
20            - - -
21        (Discussion held off the record.)
22            - - -
23        (Exhibit Swain-4 was marked
24        for identification.)

74

1         - - -
2  BY MR. TIGHE:
3         Q.    Now, here is a -- this is a
4  document marked Swain No. 4. Take a look at
5  that and see if you can identify that.
6         A.    Yes, sir. This is the letter
7  I wrote to Tipco.
8         Q.    Okay. Maybe you can just read
9  it into the record so we can talk about it
10  briefly.
11         A.    Sure. I wrote it to Tipco
12  Technologies, attention: Tim Bombick and
13  Steve King, with my PO representing 2626.
14         "Gentleman, thanks for the
15  help in getting my hose order complete.
16  Please keep in mind that these hoses are for
17  suction lines on a new/large hydraulic power
18  unit. The manufacturer is concerned that
19  the stems would twist in the hose after your
20  crimping. Please insure that these
21  hoses" -- and I have this underlined -- "do
22  not suck air as this would destroy $15,000
23  worth of hydraulic pumps with multiple units
24  on Power Unit.

75

1         "Again, thanks for your help
2  in this matter.
3         "Sincerely, Sean Swain,
4  operations manager in Dover."
5         Q.    That's written on TTI
6  letterhead?
7         A.    Well, it's a letter and I
8  stamped it with my stamp.
9         Q.    Okay. You stamped it?
10         A.    Yes, sir.
11         Q.    Did you mail this to Tipco?
12         A.    Yes, sir.
13         Q.    First-class mail?
14         A.    I'm not sure, sir.
15         Q.    You had a secretary do it?
16         A.    I probably would have done it
17  myself, sir.
18         Q.    Did you ever get a response
19  from Tipco about this letter?
20         A.    Yes. I believe Steve -- or
21  the owner, Rob Lyons, I believe, I think
22  sent back a response to that.
23         Q.    What did he say in response?
24  Do you recall?

76

1         A.    I believe -- when I read it, I
2  believe it said all -- I'm not exactly sure,
3  sir, but...
4         Q.    Give us your best recollection
5  of what --
6         A.    To my knowledge, he says: All
7  items supplied are tested to the abilities
8  of the hose, and the products we send should
9  do the job.
10         Q.    Okay.
11         A.    To the best of my knowledge.
12         MR. TIGHE: Let's mark this
13  one.
14         - - -
15         (Exhibit Swain-5 was marked
16  for identification.)
17         - - -
18  BY MR. TIGHE:
19         Q.    Here is Swain No. 5. Take a
20  moment to look at that. I'll find copies
21  for everybody.
22         Have you had a chance to read
23  that Swain No. 5?
24         A.    Yes, I read it, sir.

77

1         Q.    Have you ever seen that
2  before?
3         A.    No, sir.
4         Q.    What do you understand it to
5  be?
6         A.    That looks to be where we had
7  initially did a quote before the order was
8  placed.
9         Q.    This is some -- something that
10  Tim Bombick reportedly wrote?
11         A.    Yes. His name is --
12         MS. BEAM: Objection. I think
13  that calls for speculation.
14  BY MR. TIGHE:
15         Q.    Well, Tim Bombick's name is at
16  the bottom of it?
17         A.    Tim Bombick's name is at the
18  bottom.
19         Q.    In reviewing it, there any
20  fact with which you disagree?
21         A.    Yes, sir.
22         Q.    Tell me.
23         A.    Where it says: "Tank truck
24  hose assemblies."

78

1    Q.    Why do you disagree with that?
2    A.    Because it's not on a tank
3  truck.
4    Q.    Anything else?
5    A.    I don't remember him talking
6  about Ultra-Lok clamps, which would be the
7  bands, but name-wise, I don't remember him
8  saying that name. And I didn't know where
9  he was getting his product from, so the
10 names "Campbell" and "Max" is new to me,
11 sir.
12   Q.    How about this agreement to
13 test to 225 PSI, which is the industry
14 standard. Do you see where he says that at
15 the bottom?
16   A.    I see that at the bottom, sir.
17   Q.    Was there an agreement to test
18 to -- by Tipco to test at 225 PSI?
19   A.    To my knowledge, no.
20   Q.    You don't recall Mr. Bombick
21 saying that?
22   A.    No, sir.
23   Q.    Do you know whether Tipco ever
24 did test to 225 PSI?

79

1    A.    No. I was told 150 for
2  10 minutes.
3    Q.    Do you know what the industry
4  standard is?
5    A.    No, sir.
6    Q.    Here's Swain Exhibit-2. Just
7  identify that, if you would, please.
8    A.    That looks like one of the
9  invoices for the fittings and -- okay.
10 That's one of the invoices from Tipco to us
11 on the hoses.
12   Q.    This is a two-page document.
13   A.    Oh, two pages? The second
14 page looks like an invoice for freight.
15   Q.    Here's Swain No. 3. Take a
16 look at that, please.
17   A.    Yes, sir.
18   Q.    What is Swain No. 3?
19   A.    That is basically a diary of
20 what happened.
21   Q.    Is it a diary -- that is, did
22 you record this as things were happening or
23 did you write it up later on?
24   A.    Later on, sir.

80

1    Q.    This is all written after the
2  fact?
3    A.    Yes, sir.
4    Q.    Do you know when you wrote it?
5    A.    I believe I wrote it after we
6  found out Don was having trouble down in
7  wherever he was at. Georgia, I guess it
8  was.
9    Q.    Was this something Mr. Biggs
10 told you to do?
11   A.    He suggested that I would do
12 it. Yes.
13   Q.    Your attorney did not suggest
14 you do it?
15   A.    No.
16   Q.    You didn't have an attorney at
17 that time?
18   A.    No.
19   Q.    Have you seen this recently,
20 this document?
21   A.    I guess about maybe a month
22 ago.
23   Q.    When you looked at it a month
24 ago, was there anything which seemed

81

1  inaccurate to you that you can recall today?
2    A.    No. Everything seemed -- when
3  I looked at it, seemed to be pretty
4  accurate.
5    Q.    Was there ever an earlier
6  version of this document?
7    A.    No, sir.
8    Q.    This was the only one?
9    A.    Yes, sir.
10   Q.    Was it ever typed up?
11   A.    No, sir.
12   Q.    Bear with me. I'm just going
13 to go through a couple things to make sure I
14 understand it.
15   A.    Sure.
16   Q.    Did you write this all at one
17 time?
18   A.    Yes, sir.
19   Q.    Did you consult anything while
20 writing this document, which is -- what was
21 the number of it?
22   A.    Number 3.
23   Q.    Number 3. Did you consult
24 anything, any documents?

82

1    A.   I don't believe so.  I think I
2  was going off of memory.
3    Q.   Any people?  Did you talk to
4  anybody to --
5    A.   No, sir.
6    Q.   Should Tipco have tested these
7  hoses to make sure the stems did not turn
8  inside the hoses before delivering them to
9  Truck Tech?
10        MR. KAPLAN:  Objection to the
11   form.
12        You can answer.
13        THE WITNESS:  I'm not sure,
14   sir.
15  BY MR. TIGHE:
16    Q.   If they were delivered to you
17  in that condition, that is, where the stems
18  would turn inside the hoses, would you
19  describe -- would you regard that product as
20  defective?
21        MS. BEAM:  Objection to the
22   form.
23        You can answer.
24        THE WITNESS:  I would say it

83

1  would be a defective product.
2        MR. TIGHE:  That is all the
3  questions I have.  Thank you, sir.
4        THE WITNESS:  You're welcome,
5  sir.
6        MR. TIGHE:  You may not be off
7  the hook.  There may be more
8  questions.
9        THE WITNESS:  I see a lot of
10  people sitting over here, so I'm
11  ready.
12        MR. TIGHE:  If you need to
13  take a break, you can take a break
14  at any time.
15        MR. KAPLAN:  You're welcome to
16  take a break, because we do have
17  quite a few questions to go over.
18        THE WITNESS:  I'm ready.
19        - - -
20        EXAMINATION
21        - - -
22  BY MR. KAPLAN:
23    Q.   Sir, my name is Gary Kaplan.
24  I represent Tipco.

84

1    A.   Yes, sir.
2    Q.   I have a number of questions
3  for you.
4        MS. BEAM:  Actually, Gary,
5   let's take a five-minute break.
6        MR. KAPLAN:  Sure.
7
8        (A short break was taken.)
9        - - -
10        (Exhibits Swain-6 through
11   Swain-12 were marked for
12   identification.)
13        - - -
14  BY MR. KAPLAN:
15    Q.   Good afternoon, Mr. Swain.
16    A.   How are you doing?
17    Q.   Fine.  I'm Gary Kaplan.  I'm
18  here on behalf of Tipco.  I have a number of
19  questions for you.
20        First, sir, I'm going to show
21  you a number of documents and ask you
22  questions regarding each of the documents.
23  Let me show you what's been marked as Swain
24  No. 6.  Is that your signature that appears

85

1  at the bottom right-hand portion of that
2  page, sir?
3    A.   Yes, sir.
4    Q.   Could you please tell me -- do
5  you know when you signed that document?
6    A.   It probably would have been on
7  the day of the purchase order.
8    Q.   Do you know for a fact or are
9  you guessing?
10    A.   No.  Usually, it would be that
11  day.
12    Q.   And what is the significance
13  of you signing that document, sir?
14    A.   So the vendor knows that one
15  of the people from TTI is sending them the
16  order.
17    Q.   I'm sorry?
18    A.   So the vendor knows that one
19  of us from TTI is the person signing off and
20  saying it's okay to order the product.
21    Q.   Okay.  Let me show you what's
22  been marked as Exhibit Swain No. 7.  Do you
23  recognize that document, sir?
24    A.   Yes, sir.

86

1    Q.    Does that document bear your
2  signature in the middle of the -- towards
3  the bottom of the page?
4    A.    Yes, sir.
5    Q.    And what is the significance
6  of you signing that document?  Well, first,
7  do you know when you signed that document,
8  sir?
9    A.    I'm not sure of the exact day.
10  No.
11    Q.    What is the significance of
12  you signing that document, sir?
13    A.    That is a -- basically, a
14  packing slip from the vendor to me, saying I
15  am taking this many items from him and
16  taking them into my possession, and he has
17  the signature of me taking them.
18    Q.    Again, there's no date next to
19  your name there, correct?
20    A.    No.
21    Q.    Exhibit Swain-8 is the same
22  thing as Swain No. 7, so we're going to pass
23  over that one right now, but let me show you
24  what's been marked as Exhibit Swain No. 9.

87

1  These are all documents that have been
2  produced by TTI in discovery, but this is
3  for identification.
4         Sir, let me show you what's
5  been marked as Swain No. 9.  Do you
6  recognize that document?
7    A.    Yes.  That would be the one
8  that Don gave me.
9    Q.    And does that document bear
10  your signature?
11    A.    Yes, sir.
12    Q.    Do you know when you -- that's
13  your signature towards the bottom of the
14  page in the middle of the page?
15    A.    Yes, sir.
16    Q.    Do you know when you signed
17  that document?
18    A.    I believe it was on that day.
19    Q.    What do you mean by "that
20  day"?
21    A.    The date -- it was this date
22  because Don -- on 9/30/03, because Don wrote
23  it out at the time I took the hoses.
24    Q.    Again, that's to indicate that

88

1  you took possession of the hoses or you
2  gave --
3    A.    That's indicating that I took
4  the hoses back that were defective.
5    Q.    Now, sir, let me show you what
6  has been marked as Exhibit Swain-10 and
7  Swain-11.  If you'll turn to the back of
8  both of these sets -- not the actual back
9  page, but I think three pages in.  They are
10  affidavits.  These are Truck Tech's Answers
11  to Plaintiff's Interrogatories and Colony
12  Insurance Company's Interrogatories.  They
13  each bear your affidavit from you, sir?
14    A.    Signature-wise, yes.
15    Q.    Do you know why you were asked
16  to sign verifications regarding the answers
17  to interrogatories in this case?
18    A.    Because I was part of the
19  procedure.
20    Q.    Were you the person most
21  knowledgeable or --
22    A.    In this -- for the part that I
23  was involved in for getting them these
24  hoses, yes.

89

1    Q.    And those are your signatures
2  that appear in the verifications that are
3  attached to both of those exhibits, correct?
4    A.    Yes, sir.
5    Q.    And at the time you signed
6  these verifications, you were attesting that
7  the information given in response to those
8  questions was accurate, as best you can
9  recall?
10    A.    Best I can recall, yes.
11    Q.    Let me show you what's been
12  marked as Swain No. 12.  Is that your
13  handwriting, sir?
14    A.    No, sir.
15    Q.    Mr. Biggs' handwriting?
16    A.    I believe it is, sir.
17    Q.    Have you seen that document
18  before, sir?
19    A.    Yes, sir.
20    Q.    When is the last time you
21  believe you saw that document?
22    A.    The day we did it.
23    Q.    When you say the -- okay.
24  When you say "the day we did it," what did

90

1    you do? Who's the "we" and what did you do?
2        I feel like this is what do
3    you know and when did you know it.
4        A.    Yeah.
5            Mr. Biggs and myself.
6        Q.    Was anybody with you when you
7    did that document, sir?
8        A.    No, sir. Just me and Jim.
9        Q.    Do you recall when you --
10   well, who -- is that Mr. Biggs' handwriting?
11       A.    Yes, sir.
12       Q.    Does your writing appear
13   anywhere on that document?
14       A.    No, sir.
15       Q.    When did you collaborate with
16   Mr. Biggs to help prepare that document?
17       A.    I'm not sure of the date, sir.
18       Q.    Do you know why that document
19   was created?
20       A.    Yes, sir.
21       Q.    Why was it created?
22       A.    So you could read the document
23   of -- what I wrote.
24       Q.    I'm sorry?

91

1        A.    More legible reading of my
2    diary.
3        Q.    Your diary, you mean what's
4    been marked as Swain No. 3 earlier today?
5        A.    Yes. I think that's the
6    number.
7        Q.    When was Swain Exhibit-12
8    prepared in relation to Exhibit Swain No. 3?
9        A.    When we knew we were going to
10   get counsel and -- I'm not sure of the exact
11   date, sir.
12       Q.    Let me rephrase it. Was your
13   diary -- you've already testified that your
14   diary was prepared on one day when you sat
15   down and wrote it up, correct?
16       A.    Yes, sir.
17       Q.    Did anyone assist you in
18   preparing your diary?
19       A.    No, sir.
20       Q.    Was your diary prepared before
21   Swain No. 12 was prepared?
22       A.    Yes, sir.
23       Q.    Do you recall how far in
24   advance your diary was prepared prior to the

92

1    work on Swain No. 12?
2        A.    Probably over a year. I'm not
3    really sure, sir. I'm not sure of the
4    exact...
5        Q.    Well, let's go back a bit.
6    When you say probably over a year, but
7    you're not sure, do you have any
8    recollection as to when Mr. Diggs -- Mr.
9    Biggs', sorry, written diary was prepared?
10           MS. BEAM: Objection. Asked
11       and answered.
12           You can answer again.
13           THE WITNESS: After the fact
14       of us knowing that we had to be
15       prepared for talking to attorneys.
16   BY MR. KAPLAN:
17       Q.    So it was after the lawsuit
18   was filed?
19       A.    Probably so. Yes, sir.
20       Q.    Was your diary prepared before
21   the lawsuit was filed?
22       A.    Oh, yes, sir.
23       Q.    Was your diary -- do you
24   believe your diary was prepared sometime in

93

1    the year 2003?
2        A.    Yes, sir.
3        Q.    Do you recall -- well, the
4    last entry on your diary is August of 2003.
5    Does that help refresh your recollection as
6    to when in 2003 you may have prepared your
7    diary?
8        A.    Maybe September '03.
9        Q.    Now, I know it's hard to
10   believe, but there are portions of your
11   diary which are difficult to read.
12       A.    Yes, sir. Sorry.
13       Q.    And as you've told Mr. -- told
14   Mike, Mr. Tighe, before, your diary has not
15   been typed up at all, has it?
16       A.    No.
17       Q.    Sir, I'm going to ask you to
18   read your diary into the record so that we
19   have a complete translation of it.
20       A.    Okay.
21       Q.    It may be quicker this way to
22   make sure everyone has it.
23       A.    Ready?
24       Q.    As long as the court reporter

24 (Pages 90 to 93)

94

1   is ready.
2       A.   "Delmar called around November
3   '02. Quote 2 1/2 hose suction discharge
4   with 2 1/2 inch female JIC, 2 1/2 inch male"
5   -- some of the stuff is missing out the
6   side. Should be 2 1/2 male pipe.
7       Q.   Looks like an "M" there. Is
8   that --
9       A.   MP. It would have been a "P."
10  It's probably been cut off. Male pipe.
11      "Start of quote approximate
12  between November-December '02 to find and
13  quote 2 1/2 suction/discharge hose with
14  2 1/2 FJX to 2 1/2 MP.
15      "Found Tipco Technologies,
16  Incorporated. First contact was with Tim
17  Bombick, who found the 2 1/2 FJX fitting, so
18  I went with them for the quote. Quote No.
19  QT1006050, dated 12/04/02, using Gates
20  Longhorn 2 1/2 inch hose and fittings found
21  by Tim. Manufacturers unknown to me" -- and
22  I put up top "from Texaco.(sic)"
23      I believe that's where he was
24  getting it from.

95

1       Q.   Let me just ask you there --
2   after you're done reading I'll ask about the
3   substance of it.
4       It appears that the words
5   "from Texaco" were inserted.
6       A.   Texas.
7       Q.   Oh, it's "from Texas." Okay.
8   It appears that's different handwriting. Is
9   that your handwriting?
10      A.   That's my handwriting. Yes,
11  sir.
12      Q.   Do you recall when you edited
13  this statement?
14      A.   I think it was the same time.
15  Everything was done at the same time.
16      Q.   So you just reread it at that
17  time and inserted words to clarify that --
18      A.   I put it at the top. So
19  that's what I heard from Tim at the time.
20      Q.   Go ahead.
21      A.   "When doing quote, called
22  Delmar a couple of times, stating I couldn't
23  find FJX ends and could he use MJ ends, MP
24  ends on both, using adapters. He said no,

96

1   because the last few times" --
2       Q.   Let me stop you. Is the "no"
3   underlined by you?
4       A.   Yes, sir.
5       Q.   Okay. When you underline
6   words here -- well, we'll go back. Go
7   ahead.
8       A.   Okay. -- "because the first
9   few times we did that" -- this is Delmar
10  talking -- "the adapter to fitting
11  connection leaked too much."
12      That's what I was told.
13      "Asked if banding was an
14  option. Delmar said no. Dad doesn't want
15  banded hoses."
16      And I put in parentheses,
17  "Note: Tim from Tipco asked me the question
18  and stated this as another option on above
19  Quote QT1006050.
20      "Quote states, band clamp on
21  fitting. Called Tim back. He said this was
22  a misprint and it should have said
23  crimped-on fittings. And the price was
24  correct at 173.75 each" -- that's $173.75 --

97

1   "for a 7 foot by 2 1/2 inch hose with 2 1/2
2   FJX and 2 1/2 inch male pipe. On 12/18/02,
3   Quote No. 595 sent to Delmar and Don for 20
4   hoses, 2.5 inches by 7 foot OSD hose,
5   coupled, female JIX swivel, XMP external
6   crimp, 248.25 each.
7       "Time passes. Don waiting on
8   reply from" -- and I think we're missing a
9   line here, sir, where it didn't get copied
10  right.
11      Q.   Okay. Why don't we check.
12      A.   See how it is right here?
13      Q.   Is there a better copy here?
14  We can check the --
15      A.   It looks like there's writing
16  down there.
17      Q.   Does that help you read it?
18  (Handing.)
19      A.   Here we go.
20      "Time passes. Don waiting on
21  reply from his customer on whether he got
22  job or not."
23      Thank you, sir.
24      MS. BEAM: Maybe keep that

98

1　　　handy, because it's cut off on the
2　　　bottom on several pages.
3　BY MR. KAPLAN:
4　　Q.　Go ahead.
5　　A.　"On 5/16/03 requoted Don Quote
6　No. 595 for adapters (20), 2 1/2 male pipe,
7　dash, 2 1/2 MJ, quoted $77 each. Faxed
8　over" -- in parentheses -- "July 17th, '03
9　Don ordered 20 of the adaptors, Invoice No.
10　3764. Called on motors. We couldn't quote.
11　He bought direct from manufacturer.
12　　　"Approximate date Don called
13　around June, July. Needed prices per each
14　on fittings."
15　　Q.　I see the word "June"
16　underlined above that line.
17　　　MS. BEAM: He said June/July.
18　　　THE WITNESS: June/July,
19　meaning it was just a split -- one
20　of those months he called.
21　BY MR. KAPLAN:
22　　Q.　Okay.
23　　A.　"Needed prices per each on
24　fittings and hose per foot for Quote 595

99

1　because hoses wouldn't be 7 foot pieces.
2　Done one or two days later. Gave him
3　breakdown -- gave Don breakdown on prices.
4　　　"Order was placed with TTI on
5　or near end of July 30th. Order placed with
6　Tipco, Tim Bombick, per quote, two-week lead
7　time. Now for the order Don needed 20 total
8　hoses. I went to Don's on July to measure
9　hoses for first set of 10. Two tanks being
10　built/set one. Couldn't get good
11　measurements, so I ordered in one of each of
12　the fitting from Tim Bombick from Tipco.
13　FJX to come UPS blue and MP to ship standard
14　out of PA" -- meaning Pennsylvania.
15　　　"Took four or five days to get
16　my FJX blue fitting. Went back to Don's
17　approximately beginning August. Don had
18　one month" -- and I can't read the...
19　　　MR. KAPLAN: Why don't we have
20　this marked as next exhibit.
21　This is another copy.
22　　　- - -
23　　　(Exhibit Swain-13 was marked
24　for identification.)

100

1　　　- - -
2　　　MR. KAPLAN: Let the record
3　reflect we've marked as Exhibit-13
4　another copy of your diary, as you
5　call it. That is going to help
6　you --
7　　　MS. BEAM: On this particular
8　entry I don't think it's going to
9　help.
10　　　THE WITNESS: I believe it's
11　one month plus five more days. I
12　believe it says, "Don had one month
13　plus five more days" -- I believe
14　that's what it says. It's kind of
15　cut off there -- "to get job done.
16　No problem. Two-week lead on items
17　ordered. All fitting and hoses into
18　Tipco to have ready to make. Went
19　back and Don and Sean measured
20　hoses. He measured. I wrote down
21　pump number and length end to end of
22　fittings per Don's measurement.
23　Called Tim Bombick upon first set
24　sizes from Don's" -- in

101

1　parentheses -- "needed me to fax
2　over lengths next day. Okay. No
3　problem" -- per Tim.
4　　　"On pump odd numbers 1, 3, 5,
5　7, and 9, these were short lengths.
6　Don wanted the FJ ends (sic) to be
7　cut back on the stem approximately 3
8　inches."
9　BY MR. KAPLAN:
10　　Q.　FJ ends or FJX ends?
11　　A.　"FJX ends to be cut back on
12　stem approximately 3 inches to have hose
13　movement between piping. Jim Biggs earlier
14　had recommended to Don he should cut back
15　piping because hoses are too short and make
16　hose longer for better workability. Don
17　decided to go short and cut stems back.
18　　　"At the same time I called Tim
19　Bombick at Tipco with hose lengths. I asked
20　him to check on my order to see if it came
21　in yet. This was approximately three to
22　four days after I ordered all items. They
23　had hose there. The FJX never got shipped."
24　　　Put in question marks.

102

1        "He said the vendor wanted to
2  make sure fitting -- fittings were correct
3  with sample sent down earlier before
4  shipping, so at least one week plus went by
5  before fittings even shipped to Tipco.
6        "At this point I get Steve
7  King involved" -- which is in parentheses
8  "rep" -- "told situation. He said they" --
9  okay. "Told situation. He said they should
10  have gone about differently" -- and I
11  believe it says out to the side, without
12  going back -- "have used clamping."
13        Let's see if it's -- it cuts
14  it off there, too.
15        "Approximately August 15th
16  Steve King delivered to TTI first hoses of
17  10 for Don's from Tipco at approximately
18  1:30. Went to Don's around 3:30 p.m. that
19  same day to deliver. Arrived around 4:30.
20  Forgot my fitting to measure section two
21  hose lengths. Told Don I would be back on
22  Saturday the 16th with fitting. Coffee and
23  donuts for the boys the next day.
24        "Came back the 15th, night,

103

1  fittings" -- to the store, to get the
2  fitting. "Arrived Don's 8:30 to 9 a.m. on
3  the 16th. Got them measured up, hoses. At
4  this point Don said the first section odd
5  pump hoses wouldn't work. He said he would
6  eat these five hoses. His mistake" --
7  underlined -- "and order 10 more adapters
8  and made all the odd hoses all FJX on both
9  ends, swivels by 30 inch long.
10        "Returned home. Got a call
11  from Don same day" -- and that says "8/16"
12  and I believe the time -- it's cut off
13  there. I think it was around 10:30, 10:45
14  -- "stating the hoses were turning on the
15  stems. These would be -- these would be" --
16  oh, I'm missing something here. "These
17  would be the section one even hoses. Went
18  back over and picked up -- went back over
19  and picked up hoses, even the odd -- even
20  the odd short ones he wanted to trash."
21        Okay. At the top of the page
22  -- you want me to go ahead and read this
23  off, sir?
24     Q.   Yes. Is that your writing?

104

1     A.   Yes. I put it up here.
2        "At this same day Tipco
3  employees were in class and no one could
4  meet me to fix hoses. Terry, the
5  vice-president, was getting ready for party
6  for Tipco and Ken was in PA and else
7  were in" -- everybody else was in class that
8  day.
9        Okay.
10     Q.   And that entry was put in
11  right after you completed the rest of --
12     A.   As I'm writing this.
13        He wanted to trash the hoses.
14  Okay.
15        "I called Steve King" -- then
16  that's when I went up here to this section
17  and wrote that -- "and told him about hoses
18  turning on stems and that I saw this
19  firsthand and they were not using the hose
20  to tighten down on fittings. They were
21  using the fitting heads properly to tighten.
22        "Set up time to meet him at
23  McDonald's Bay Bridge, Monday the 18th" -- I
24  believe. "Gave hoses back to Steve. Went

105

1  over whole order again with Steve and told
2  him about Don saying to trash the five small
3  hoses and he would eat these. Don's
4  Hydraulics, his mistake" -- in parentheses.
5  "And went over the 10 new hoses at 30 inches
6  with FJX each end and to recrimp the five
7  old hoses from section one that were turning
8  on the stems. Steve went back over order.
9  I stated to Steve at that time we needed
10  test done on hoses to make sure of no leaks.
11  Said I needed report on that and letter
12  stating hoses are okay.
13        "August 20th called Tipco to
14  check on hoses. Ken in shop stated they
15  were working on them and should be done
16  Thursday or Friday. Ask Ken to make sure we
17  get report on hose test and letter okaying
18  hoses. Received call on Friday from Ken.
19  Hoses were done the 22nd of August. Again
20  set up time to meet Tipco driver with all 20
21  hoses, 15 new and 5 were the recrimped ones.
22  Picked up around 2:30 p.m. at McDonald's Bay
23  Bridge. In route Delmar/Don called
24  verifying I was picking up hoses. Notified

106

1    I'd be to his place around 4:30 p.m. and I
2    would help put on hoses. Okay Don.
3    Delivered and signed.
4        "Called Jim B" -- which is Jim
5    Biggs -- "notified hoses delivered." Let's
6    see. "Called Steve. Left message, hoses
7    were delivered.
8        "8/23/03, Saturday,
9    approximately 8 to 8:30 a.m. call came from
10   Don. One of the new hoses had a split
11   ferrule" -- in parentheses -- "looked like
12   an overcrimp. Called Steve" -- then I got
13   here "see other page," with a star.
14   "Couldn't do 23rd. Met Steve approximately
15   on Sunday the 24th in Maryland" -- in
16   parentheses -- "Tipco building. Left 6:30,
17   arrived 8:45 a.m. Left 10:30, arrived Don's
18   approximately 1:15 to 1:30. Helped put on
19   hoses. Left approximately 2 p.m. Called and
20   left message with JNB" -- which is Jim
21   Biggs -- "it was done.
22       "September 13th, Don called,
23   stated all hoses leaking without running
24   pumps. Just gravity. Notified him to try

107

1    to find someone down there to recrimp end.
2    He called 6:30. Found someone to do that.
3    Still didn't work. No one called me back
4    from Tipco until 15th of September, which
5    was Steve. Notified of problems."
6        And that's it.
7        Q.    Any reason you stopped your
8    diary at that point in time?
9        A.    No. No reason at all.
10   Just -- no. No reason at all.
11       Q.    Okay. I want to go back and
12   ask you some questions about what you just
13   read. You earlier testified that Delmar was
14   in charge of a certain area of Don's
15   Hydraulics?
16       A.    I don't think I said -- he's
17   in an area -- he, I guess -- I don't know
18   how exactly -- actually it works, but I do
19   know he's in charge of the hydraulic area.
20       Q.    Do you know if Delmar actually
21   designed the pump system in question?
22       A.    No.
23       Q.    Have you worked with Delmar in
24   the past?

108

1        A.    Yes.
2        Q.    Delmar is the son of Don?
3        A.    Yes.
4        Q.    When Delmar first contacted
5    you he was seeking some specific size of
6    hoses?
7        A.    Yes.
8        Q.    Did you at any time tell him
9    that you didn't think the size of the hose
10   that he was requesting was appropriate?
11       A.    No.
12       Q.    That wasn't your
13   responsibility?
14       A.    No.
15       Q.    It was your responsibility
16   simply to provide what he's asking for, if
17   you could.
18       A.    That's correct.
19       Q.    And you testified that
20   wherever you worked in the past, Don's hoses
21   seemed to follow you? It was your client?
22       A.    Orders for Don's. Not Don's
23   hoses.
24       Q.    I stand corrected. That is

109

1    orders for Don's?
2        A.    Uh-huh.
3        Q.    When you say they had been
4    your client in the past, have you -- what
5    kind of orders have you prepared for them in
6    the past?
7        A.    Seals and couplings, jaw
8    couplings.
9        Q.    Have you ever prepared hose
10   for them in the past?
11       A.    No.
12       Q.    Has TTI prepared or fabricated
13   hoses for clients in the past?
14       A.    Yes.
15       Q.    Does TTI currently provide
16   hoses for clients?
17       A.    Yes.
18       Q.    It's part of your -- part of
19   what your company does?
20       A.    Yes, sir.
21       Q.    Not just what they do, but
22   that's a part of the whole process of what
23   TTI does?
24       A.    Part of the process. Yes,

110

1  sir.
2      Q.    Why don't you expand a little
3  bit on what that process is.  You mentioned
4  briefly earlier, but expand for me, please.
5      A.    Sure.  We provide customers
6  with hydraulic hoses, meeting their
7  capabilities.  They bring a hose in and we
8  give them back what they bring in.
9      Q.    What do you mean, we give them
10 back what they --
11     A.    Like if they bring a 4,000 PSI
12 line in with, let's say, FJX's on each end,
13 I give them back a 4,000 or better line with
14 FJX ends.
15     Q.    Do you use hose from any
16 particular manufacturer?
17     A.    Gates.
18     Q.    Is it always Gates that you
19 use?
20     A.    No.
21     Q.    What are the other
22 manufacturers of hoses that you use?
23     A.    I've used Ryco, R-Y-C-O.
24     Q.    Do you also produce -- provide

111

1  couplings?
2      A.    Yes.
3      Q.    And whose couplings do you
4  normally use, sir?
5      A.    Gates and Dixon.
6      Q.    Are there any other couplings
7  that you normally use?
8      A.    Ryco has their couplings for
9  their hose.
10     Q.    What about adapters?
11     A.    Adapters, yes.
12     Q.    Whose adapters do you order
13 from to meet the needs of your clients?
14     A.    Tompkins, Brennan, Adaptall,
15 and Gates.
16     Q.    Now, when was the first time
17 that you advised Don's Hydraulics that you
18 were providing hose that came from a
19 different fabricator; that is, from Tipco?
20     A.    Initially in the first quote
21 we did.
22     Q.    In the actual written quote
23 you indicate that you're providing hose from
24 Tipco?

112

1      A.    No.  Stated -- I didn't say
2  any names.  It was just stated that, I'm not
3  making your hose, someone else is making the
4  hose.
5      Q.    Why didn't TTI make the hoses
6  at Don's request for this project?
7      A.    I wasn't able to make those
8  hoses.
9      Q.    Why weren't you?
10     A.    Because of the size and the
11 fitting.  You can't use somebody else's
12 fitting in that -- I don't know about into
13 other manufacturer's hoses.
14     Q.    Let's go back, sir.  You
15 weren't able to -- it's fair to say that TTI
16 was not able to fabricate the size hose that
17 Don's had requested?
18     A.    With the items we have in
19 store for our machines, no.
20     Q.    Would they require particular
21 machines that you did not have?
22     A.    I would believe so.  Yes, sir.
23     Q.    Is that an unusual machine?
24     A.    To me, it would be.

113

1      Q.    Have you seen those machines
2  in your past work experience?
3      A.    No.  Just when I went back to
4  Tipco to get that one fixed.
5      Q.    Other than the machines you
6  saw at Tipco, you've never seen machines
7  that size before, capable of creating the
8  hose you requested on this occasion?
9      A.    I've seen other machines that
10 probably could do it.
11     Q.    Do you know of any other
12 fabricators that have machinery the size --
13 that are capable of producing hose the size
14 that Don's requested in this case?
15     A.    Yes.
16     Q.    Who would they be?
17     A.    GSM Industries.
18     Q.    Are there any others, sir?
19     A.    To my knowledge, no.
20     Q.    Why didn't you seek GMS (sic)
21 Industries to fabricate the hoses?
22     A.    I did.
23     Q.    And did you receive a bid from
24 them?

114

1    A.    No.
2    Q.    What was their response to
3  you?
4    A.    They could not find the FJX
5  end.
6    Q.    And how did they go about
7  looking for the FJX end?
8    A.    I have no clue, sir.
9    Q.    Did you provide any
10  information regarding how to locate the FJX
11  end?
12    A.    No, sir.
13    Q.    Now, you spoke about fittings
14  before. Are you talking about the FJX ends?
15    A.    The female JIC swivel end.
16  Yes, sir.
17    Q.    Now, when was the first time
18  that you believe you advised any
19  representative of Don's that Tipco was
20  fabricating the hoses?
21    A.    Actually saying the name, you
22  mean?
23    Q.    Yes, sir.
24    A.    I believe it was the first

115

1  batch of 10 hoses I had to take back.
2    Q.    Do you have any written
3  documentation reflecting that that is when
4  you advised Don's that Tipco had fabricated
5  the hoses?
6    A.    No, sir.
7    Q.    Did you ever advise Don's that
8  if they had any questions regarding the
9  hoses, that they should contact Tipco?
10    A.    At any time?
11    Q.    Yes, sir.
12    A.    Or -- no.
13    Q.    Did you ever advise any
14  representative of Don's who your contact was
15  at Tipco?
16    A.    No.
17    Q.    Is there any reason why you
18  didn't do so, sir?
19    A.    Yes.
20    Q.    What was your reason?
21    A.    So -- in my industry, the
22  reason is, you don't want them to know who
23  you're placing purchases, because then
24  they'll go around you and not order from you

116

1  any more.
2    Q.    Okay. So would it be fair to
3  say you purposely did not advise Don's as to
4  who was fabricating the hoses in question?
5    A.    Not purposely, but
6  professionally.
7    Q.    How do you distinguish the
8  two?
9    A.    I didn't intentionally not let
10  Don know. It's just a place that I go to
11  get, in a professional manner, my items to
12  supply to my customers.
13    Q.    You just intentionally didn't
14  tell them who the fabricator was?
15    A.    Yes.
16       MS. BEAM: Objection, form.
17       THE WITNESS: Yes.
18  BY MR. KAPLAN:
19    Q.    In your written diary you say
20  you found Tipco Technologies, Inc. Do you
21  recall how you found them?
22    A.    Yes. My partner in Dover at
23  the time suggested -- because I was telling
24  him I couldn't find the FJX, he said, "Try

117

1  Tipco." And I said, "Oh, yeah I forgot
2  about Tipco."
3    Q.    How many other companies had
4  you checked with first, sir?
5    A.    I believe two or three.
6  Definitely three.
7    Q.    Do you recall who they were?
8    A.    I believe it was Gates, Dixon,
9  and GSM.
10    Q.    Now, your diary states that
11  you used Gates Longhorn 2 1/2 hose.
12    A.    Tipco did.
13    Q.    Tipco did. And Gates is the
14  hose that you normally use as well; is that
15  correct?
16    A.    I use Gates hydraulic hose in
17  some industrials, yes.
18    Q.    So you were familiar with
19  Gates hydraulic hose, correct?
20    A.    I'm familiar with Gates
21  hydraulic hose. Yes.
22    Q.    And you were familiar with
23  Gates at the time that this whole contract
24  transpired.

118

1    A.    I'm familiar with Gates. Yes,
2  sir.
3    Q.    You state in your diary that
4  Delmar called you a couple of times seeking
5  FJX ends, and you can refer to your diary if
6  that helps, sir.
7    A.    What page?
8    Q.    The first page. Midway down.
9    A.    No. It states here: When
10 doing quote, called Delmar a couple of
11 times, stating I couldn't find the FJX ends.
12   Q.    And you then asked if he could
13 use MJ ends, correct?
14   A.    Yeah. Could he use the MJ
15 ends, because in the past we've used
16 adapters.
17   Q.    And was your sole suggestion
18 because in the past you had used adapters?
19   A.    Adapters are used in past
20 experiences with hydraulics. Yes.
21   Q.    That's pretty standard, isn't
22 it?
23   A.    Can be, yes.
24   Q.    But it wasn't the process used

119

1  on this occasion, was it?
2    A.    Not for these hoses, no.
3    Q.    And your next line states
4  that, quote, he said no, unquote, and goes
5  on, and you underlined the word "no." Why
6  did you underline the word "no," sir?
7    A.    Because it was a -- more of a
8  louder verbal no.
9    Q.    From Delmar?
10   A.    Yes.
11   Q.    Now, you're chuckling as you
12 say that. Do you recall him making his
13 intentions clear to you?
14   A.    "No. Dad wants crimped-on
15 only."
16       That's basically it.
17   Q.    And that's -- is that the
18 normal way that Delmar would approach a
19 problem?
20   A.    Pretty much.
21   Q.    Whatever dad wanted, dad got?
22   A.    In this situation, I would say
23 yes.
24   Q.    And your diary goes on to

120

1  state that Delmar advised you that the few
2  times that he did use the adapter, there was
3  leakage.
4    A.    That him and his dad, when
5  they used the adapters, they had leakage,
6  and they didn't want to go through that
7  again.
8    Q.    Now, you also state in your
9  diary that you asked if banding was an
10 option. Why did you ask that? Is that
11 because you had been advised by Tipco?
12   A.    Banded in the past myself and
13 Tipco also advised.
14   Q.    You say banded in the past
15 yourself. Is banding part of your normal
16 work responsibilities?
17   A.    Some of it is. Yes, sir.
18   Q.    How frequently do you
19 personally band hoses?
20   A.    Normally -- I got one client
21 that uses a lot of banding. It could be --
22 it could run every week, it could run every
23 other month.
24   Q.    I'm going to take the Mike

121

1  Tighe approach and see if you can
2  demonstrate for us what the banding process
3  is, sir.
4    A.    Okay. You got a band, which
5  is a round -- my hands are shaking.
6  Sorry -- which is round, about half inch
7  wide. Comes off of the stem, slides over
8  the hose. Put the stem into the hose. The
9  bands are brought up behind the coupling
10 head approximately a half inch back from the
11 end of the rubber, first initially marking
12 where the stem would go into the hose, how
13 far back it goes in. Making a mark.
14 Wanting to put as many bands on there as you
15 can. Usually it's two. Like I said, stated
16 a band a half inch back, then take the other
17 band and go -- there's like a little square
18 mark here. When you get it tight, take it
19 and hit it with a hammer with a point and it
20 locks it in place.
21   Q.    How does that differ from
22 crimping?
23   A.    Crimping is a sleeve over top
24 of the hose and the stem goes into the hose.

122

1   So there's three basic parts: You got your
2   ferrule, your hose, and then your stem. And
3   it gets crimped with a machine, pressed
4   together.
5       Q.    Now, you're here as a fact
6   witness, but do you have a belief as to
7   which system is better --
8           MR. TIGHE: Objection.
9           MR. KAPLAN: -- banding or
10  crimping?
11          MR. TIGHE: Objection to form.
12  BY MR. KAPLAN:
13      Q.    You can answer, sir.
14      A.    To me, from my knowledge,
15  crimping would be the best.
16      Q.    Why is that?
17      A.    Because, in my knowledge, it
18  just seems if you're crimping something
19  together, it would not leak and hold better.
20      Q.    Did you tell that to the
21  people from Tipco?
22      A.    No.
23      Q.    Did anybody from Tipco tell
24  you that or suggest to you that there should

123

1   be a different process?
2       A.    They gave some options.
3       Q.    When you say they gave
4   options, was it a question of just listing
5   choices for possibilities or did they tell
6   you which they thought would be the
7   suggested way to go?
8       A.    They stated --
9       Q.    Who is "they"?
10      A.    Okay. Tim Bombick, when I
11  gave him the whole application, said: You
12  can go with banding, which is more of a
13  normal procedure for this kind of
14  application, but we can do crimping.
15      Q.    And when he said he preferred
16  banding, did he say why he preferred banding
17  for this particular application?
18      A.    To my knowledge, no.
19      Q.    It might be, but you just
20  forgot at this time?
21      A.    Excuse me?
22      Q.    Might he have told you at the
23  time, but you just forgot?
24      A.    Possibly.

124

1       Q.    You didn't take any written
2   notes regarding conversations you had with
3   Mr. Bombick during that time period?
4       A.    No.
5       Q.    In fact, there is a diary that
6   we have in front of us, the only journal
7   notes or statement that you prepared
8   regarding this matter.
9       A.    Yes.
10      Q.    And you're not aware of any
11  simultaneous letters that -- you're not
12  aware of any letters that you wrote
13  simultaneously during the events that led up
14  to this -- the problem that Don's had?
15      A.    Leading up to that, no.
16      Q.    So when Mr. Bombick suggested
17  or advised you that he preferred banding,
18  was swaying also discussed? Swaging. I'm
19  sorry.
20      A.    I can't recall that.
21      Q.    So once again, it may have
22  been, but you have no recollection?
23      A.    It may have been.
24      Q.    And when you discussed the

125

1   options with Delmar, Delmar was adamant:
2   Dad wants crimping.
3       A.    Dad wants crimped-on --
4       Q.    Crimping is what they're going
5   to get.
6       A.    -- only.
7       Q.    Was there any additional cost
8   of banding versus swaging versus crimping?
9       A.    There might have been.
10      Q.    You're not aware of any?
11      A.    We didn't get any prices
12  because they want crimped-on only.
13      Q.    Is it fair to say that Delmar
14  was adamant that it had to be crimped?
15      A.    Yes.
16      Q.    In fact, you go on to state in
17  your journal that you had to call Tim
18  Bombick back because there was a misprint on
19  a written quote?
20      A.    He misprinted his quote to me.
21      Q.    And the misprint dealt with
22  crimping; is that correct?
23      A.    He wrote -- he had typed in
24  "banding" instead of "crimping." He

126

1  misstated that.
2      Q.    And you had to go back and
3  ver -- and make sure that he realized that
4  this had to be crimped, not banded?
5      A.    That he made -- yes.
6      Q.    Did you catch that or was that
7  caught by Delmar?
8      A.    I caught it.
9      Q.    These invoices wouldn't have
10  been submitted on to Delmar anyway, would
11  they?
12      A.    Not Tipco's, no.
13      Q.    Do you take their invoice and
14  add whatever you normally would and send
15  that over to Delmar?
16      A.    I would make my invoice the
17  way I make my invoices to Delmar.
18      Q.    So would that reflect what the
19  cost was to TTI to obtain these hoses?
20      A.    No, sir.
21      Q.    You've stated that you've
22  contracted with Delmar in the past -- or
23  strike that -- with Don's Hydraulics in the
24  past?

127

1      A.    Yes, sir.
2      Q.    Did you contract with Delmar
3  in the past as well?
4      A.    Both people.
5      Q.    Well, might we say, Don's
6  Hydraulics, you're talking about Don, too.
7      A.    Delmar and Don.
8      Q.    As far as Don's Hydraulics is
9  concerned, there are no others?
10      A.    Just his employees.
11      Q.    What Don Cathell wants, Don
12  Cathell gets.  Correct?
13      A.    I would say so.
14          MR. TIGHE:  Objection to the
15  form of the question.
16  BY MR. KAPLAN:
17      Q.    Did you have an expectation
18  that Delmar would go back to Don Cathell and
19  say: Hey, it was Sean Swain that suggested
20  we get these pipes branded (sic) or swaged
21  as opposed to crimped?
22          MR. TIGHE:  Objection to the
23  form of the question.
24          THE WITNESS:  I don't know

128

1      what he would do.
2  BY MR. KAPLAN:
3      Q.    Did you have an expectation
4  that he would discuss banding versus swaging
5  versus crimping with Don Cathell?
6      A.    I had an expectation before
7  they even placed the order or did the quote
8  that they probably do talk about that.
9      Q.    I'm sorry.  That they would?
10      A.    That they would talk about
11  their options.
12      Q.    Do you know if they actually
13  ever did talk about those options?
14      A.    No, sir.
15      Q.    That is because, as far as you
16  know, ever since your first conversation
17  with Delmar, it was clearly one directional
18  in terms of:  It had to be crimped.
19      A.    Yes, sir.
20      Q.    On the second page of your
21  journal, three lines down in parentheses it
22  says: July the 17th, '03, Don's ordered 20
23  of the adapters, Invoice 3764, called on
24  motors.

129

1      A.    We couldn't quote.
2      Q.    What does that mean, sir?
3      A.    Those were 20 adapters for, I
4  guess, a different section of the unit and
5  he also asked me if I could quote the
6  hundred horsepower motors that were on the
7  -- the machine, or this pump thing,
8  reservoir.  Power unit.  Sorry.  And I could
9  not come up with the prices he needed for me
10  to get that part of the order.
11      Q.    That is, your prices were too
12  high or you couldn't come up with prices at
13  all?
14      A.    Prices were too high.
15      Q.    Going back to the discussion
16  with Delmar regarding banding, did he go
17  into depth -- can you tell me what depth he
18  went into when advising you that prior
19  attempts resulted in leaking?
20      A.    That's basically all that was
21  said:  We've had problems with the leaking
22  and we want to stick with the crimping.
23      Q.    Okay.  At what point in time
24  did Mr. Biggs suggest a different routing

130

```
1    for the hoses?
2         A.    I'm not sure of that, but I do
3    know it was before the hoses were even
4    ordered.
5         Q.    I'm sorry.  So were the hoses
6    even ordered?
7         A.    I believe he had stopped in
8    before the order process was even in effect.
9         Q.    Do you know why he suggested a
10   different route for the hoses?
11        A.    Yeah.  Because Jim has a lot
12   of knowledge with hydraulics and he saw what
13   Don was doing and stated it might work
14   better.
15        Q.    In fact, you stated in page 2
16   of Mr. Biggs' statement, bottom of the
17   second paragraph, that the routing hose was,
18   quote, very hard.
19            MS. BEAM:  I'm just going to
20        clarify for the record.  You
21        referred to that as Mr. Biggs'
22        statement.
23            MR. KAPLAN:  I did, and this
24        is.
```

131

```
1             MS. BEAM:  Actually, that's
2         not what it's been represented to
3         be.  But with that understanding...
4    BY MR. KAPLAN:
5         Q.    Let's -- I want you to turn
6    to --
7             MR. TIGHE:  Swain-12.
8    BY MR. KAPLAN:
9         Q.    -- Swain-12, sir.  That's a
10   statement, I believe, that Mr. Biggs
11   prepared with your assistance?
12        A.    Yes.
13        Q.    Okay.  You were with him as he
14   prepared this written document, correct?
15        A.    Yes.
16        Q.    Page 2 of that document,
17   bottom of the second paragraph, it states
18   that part of the -- it states that the
19   routing of the hose was very hard, unquote.
20   Do you see that?
21        A.    The bottom or...
22            MS. BEAM:  Right here.
23            THE WITNESS:  Thank you.
24   Okay.
```

132

```
1    BY MR. KAPLAN:
2         Q.    Do you know -- can you
3    interpret that or expand upon that for us?
4         A.    Yes.  Those were the five
5    small hoses initially made where he had the
6    stems cut back and they couldn't -- there
7    was not enough flexibility there and that's
8    why they were hard to get into place.
9         Q.    So by the term "very hard,"
10   you were referring to the area -- the
11   inability or difficulty of putting the hoses
12   in place as they were?
13        A.    Yes.
14        Q.    And how does lengthening the
15   hose make it easier to place them?
16        A.    They cut -- there is a pipe
17   than ran down and out and this was -- the
18   initial area where the small one was made,
19   they initially cut back and made longer
20   hoses to connect up here.
21        Q.    So it's not as sharp an angle?
22        A.    It has a nice smooth, gradual
23   curve up.
24        Q.    And that suggestion was
```

133

```
1    initially refused by Mr. Cathell, correct?
2         A.    It must have been, yes,
3    because he wanted to stick with the smaller
4    hoses.
5         Q.    Now, you stated that the
6    hoses, after they were -- well, how were the
7    hoses actually acquired by you, sir?  Were
8    they shipped to your address at TTI?
9         A.    By Steve King, which is the
10   representative from Tipco.  He brought them
11   to me to Dover.
12        Q.    So he brought them to you to
13   Dover?
14        A.    The first 10.
15        Q.    And then what transpired next
16   with those 10?  How did they get to Don's
17   Hydraulics?
18        A.    I took them to Don's the same
19   day.
20        Q.    How did you take them there?
21   A truck?
22        A.    I believe I had a car.  I
23   think I put them in my trunk and brought
24   them to Don's.
```

134

1    Q.    How long were those hoses?
2    A.    Variable -- various lengths.
3  They were short ones and five of the longer
4  ones for another section.
5    Q.    How long were the long ones?
6  Do you recall?
7    A.    I couldn't recall.  Probably
8  20-plus inches each.
9    Q.    How short were the short ones?
10    A.    Not really sure.  Probably a
11  foot, maybe.  I'm not really sure.
12    Q.    So you put all of the hoses in
13  your trunk?
14    A.    I believe so, sir.  Yes.
15    Q.    Then drove down to Don's?
16    A.    Yes, sir.
17    Q.    After you arrived at Don's,
18  physically, what happened to the hoses next?
19    A.    Myself and I believe Chris
20  took them out of my car and they started
21  putting them on.
22    Q.    When you say they started
23  putting them on, did you help put them on?
24    A.    No.

135

1    Q.    How were the hoses put on?
2    A.    Brought over by hand, put on
3  by hand -- put on by hand first with, you
4  know, initial turning.
5    Q.    Do you have an actual
6  recollection of this, sir, or are you just
7  surmising how it must have happened?
8    A.    No.  I was there.  They were
9  putting them on.
10    Q.    I don't want you to guess.  I
11  want you to tell me what you recall seeing.
12    A.    Sure.  Took them out of my
13  car, brought them over.  Don told Chris to
14  start putting them on.  He started screwing
15  in the male pipe into the male pipe -- the
16  female pipe section, which is the ridges
17  section, and putting on the female with
18  swivels to allow you to tighten it up
19  completely.  And then another guy came over
20  to help, which is Collins Welding.  I'm not
21  sure of his name, but he's the owner of
22  Collins Welding.  He started helping Chris
23  put on the hoses.
24    Q.    What is Chris' last name?

136

1    A.    I don't know, sir.
2    Q.    He's an employee of Don's?
3    A.    Used to be.
4    Q.    Do you know if he currently
5  is?
6    A.    No, he's not.
7    Q.    He started his own business?
8    A.    I don't know.
9    Q.    So the hoses were twisted by
10  hand?
11    A.    Put on by hand.
12    Q.    And then what happened next?
13    A.    Let's see.  We were standing
14  there talking to Don, and Chris yells to Don
15  "we got a problem," and we go over and the
16  hoses were turning over the stem.
17    Q.    Now, would that have been
18  visible before you put the hoses onto the
19  system?
20    A.    No, sir.
21    Q.    Why not, sir?
22    A.    Because the ferrules are
23  crimped and, to your knowledge, they're
24  crimped and ready to go.

137

1    Q.    Could you have tested the
2  hoses at TTI if you chose to do so?
3    A.    As in what kind of testing do
4  you mean?
5    Q.    Could you have tested to see
6  if there would be any turning in the hoses?
7    A.    We probably could have done
8  that.
9    Q.    How long would that have taken
10  to do for each hose, sir?
11    A.    I'm not sure.  I've never done
12  it.
13    Q.    It's not a difficult process
14  to test it, though, correct?
15    A.    I guess not.
16    Q.    Do you have any idea what the
17  cost would have been to test a single hose?
18      MS. BEAM:  Are you talking
19    about still the turning of the
20    stems?
21      MR. KAPLAN:  Yes.
22      THE WITNESS:  Just my time.
23  BY MR. KAPLAN:
24    Q.    And it's fair to say you

138

1  didn't test any of the hoses, correct?
2      A.   No, because I took it just to
3  be the hoses were made properly and ready to
4  go by the Tipco Company.
5      Q.   When you normally receive
6  shipments of hoses from fabricators, do you
7  test those hoses?
8      A.   No, sir.
9      Q.   Have you ever tested the
10 hoses?
11     A.   No, sir.
12     Q.   Did TTI provide any warranty
13 to Don's Hydraulics regarding the hoses?
14     A.   No, sir.
15     Q.   I note in the answers to
16 interrogatories, it's stated there was no
17 expressed warranty offered to Don's. Are
18 you aware of any warranties offered to Don's
19 regarding any products you produced that
20 were used in the pump system involved here?
21     A.   Hoses, no. There was nothing.
22 That's all supplied. So, no.
23     Q.   They simply asked for hoses,
24 you produced hoses.

139

1      A.   Yes, sir. That's basically
2  it.
3      Q.   Did you ask for any warranty
4  -- did you receive any written warranty from
5  Tipco regarding the hoses?
6      A.   No, sir.
7      Q.   Did you ask Tipco for any
8  written warranty regarding the hoses?
9      A.   No, sir. Just that I wrote
10 that letter, stating we need to make sure
11 that they are checked.
12     Q.   Uh-huh. But by "that letter"
13 -- I'm trying to find it. That's a letter
14 that's been marked as Bombick-6.
15     A.   Actually, it's -- that's me,
16 not Bombick. That's to Tim from me.
17     Q.   I'm looking at the orange tab
18 at the bottom.
19         MS. BEAM: It says Bombick-6.
20         THE WITNESS: I'm sorry.
21 BY MR. KAPLAN:
22     Q.   And what actually prompted
23 this letter, sir?
24     A.   The turning of the stems, the

140

1  hose on the stems.
2      Q.   Now, in your diary at the
3  bottom of the second -- excuse me -- third
4  page, you mention the turning of the section
5  one even hoses. Do you see that there, sir,
6  at the bottom, very bottom?
7      A.   Yes, sir.
8      Q.   What is the significance of it
9  just being -- the significance of the
10 turning applying just to the section one
11 even hoses?
12     A.   Oh, even and odd hoses were
13 certain sections of where they went in that
14 particular section. It went one from
15 twenty, and odd hoses were a certain thing
16 and even hoses were a certain area.
17     Q.   So it's an area of the pump
18 itself?
19     A.   It was either, I think,
20 discharge and pressure lines. Suction
21 lines, I mean.
22     Q.   So there would be section one
23 odd hoses also, correct?
24     A.   It was section one odd and

141

1  even, and then you had section two odd and
2  even.
3      Q.   And how many section one even
4  hoses were there?
5      A.   Well, there would have been
6  probably five.
7      Q.   How many section one odd
8  hoses?
9      A.   Five.
10     Q.   Would they have been all the
11 same size?
12     A.   No, sir.
13     Q.   What size were the even hoses
14 as opposed to the odd hoses?
15     A.   In the beginning it was
16 probably double the size. Then you got the
17 five smaller ones made larger.
18     Q.   And Mr. Cathell wanted to
19 trash all the hoses that were turning --
20     A.   No. He wanted to trash five
21 of the hoses, smaller hoses.
22     Q.   They were operating properly,
23 though, at the time, correct?
24     A.   There was nothing operating.

142

1    Q.    Well, when you say that he
2  wanted to trash --
3    A.    They weren't able to be put in
4  properly. They had nothing operating. He
5  wasn't operating the machine.
6    Q.    Let me go back, sir. When you
7  said there was turning in the stems, is that
8  of all the hoses at that time?
9    A.    I'm not sure, sir. Just a few
10 that I know of.
11   Q.    But you made mention in your
12 journal, which you can look at, that Mr.
13 Cathell wanted to trash not just even hoses,
14 but the odd hoses as well. Correct? Check
15 your journal.
16   A.    What page are you on?
17   Q.    The last line of page 3. Last
18 line of page 3 and the first lines of page
19 4.
20   A.    Okay. I went back over to
21 pick up the even sets of hoses and even the
22 odd short ones he wanted to trash.
23   Q.    So why did he want to trash
24 the short odd ones?

143

1    A.    Because they would not work
2  properly in his application because they
3  were too short and didn't have any
4  flexibility with them.
5    Q.    Is that so stated in your
6  journal anywhere?
7    A.    As being...
8    Q.    That they were not able to be
9  used.
10   A.    Just stated here that -- where
11 it says: Don said the first section odd
12 pump hoses wouldn't work and said he would
13 eat these five hoses. His mistake.
14   Q.    Because they were not the
15 right size?
16   A.    They were the right size at
17 the time that he thought would work.
18   Q.    Okay. But then how did they
19 not become the right size thereafter? I
20 want to make sure we're understanding each
21 other.
22   A.    After the fact of him trying
23 to put them on. I guess there wasn't enough
24 flexibility to get them on like he wanted

144

1  to, which, in turn, he made longer.
2    Q.    Which is just what Mr. Biggs
3  had advised --
4    A.    Pretty much. If he done it
5  the first time, it might have been okay.
6    Q.    Now, sir, at the very bottom
7  of the page, it's page 4 of your journal,
8  you state that you helped put hoses on. Is
9  that correct?
10   A.    I stated that. Yes, sir.
11   Q.    And why did you install the
12 hoses?
13   A.    I went over and only put one
14 on and started the threading and that was
15 it. He said he would handle it.
16   Q.    Why did you, once again,
17 install the hose or a hose?
18   A.    I didn't install any hoses
19 other than starting to, and then Don said:
20 I'll take over.
21   I did it to help him get the
22 job done because he needed to leave the next
23 day.
24   Q.    And what tools did you use,

145

1  sir?
2    A.    Just my hands on the first two
3  threads.
4    Q.    What tools did you see other
5  people use to install the hoses?
6    A.    They were using, what do you
7  call them, pipe wrenches.
8    Q.    What kind of pipe wrenches
9  were they using?
10   A.    Pretty good size pipe
11 wrenches. I don't know what size it would
12 be. 18 or 24 inch.
13   Q.    Was there any particular
14 torque associated with those pipe wrenches
15 that were used?
16   A.    Sir, I don't know that
17 question, the answer to that question.
18   Q.    You didn't see anything out of
19 the ordinary with the pipe wrenches being
20 used?
21   A.    No, sir.
22   Q.    Did you observe how they were
23 using the pipe wrenches to put on the hoses?
24   A.    On some of the hoses I did.

37 (Pages 142 to 145)

146

1    Q.    Why don't you tell me how did
2  they use the pipe wrenches, as best you can
3  recall.
4    A.    They would -- when they put
5  the male pipe ends on, they would put them
6  on the end of the backside of the male
7  thread, which is still metal before you get
8  to the hose, and tighten them down. And
9  then they would return and go to the female
10  side on the nut and tighten that down.
11    Q.    And did you observe any other
12  actions undertaken by the people -- well,
13  who were the individuals attaching the hoses
14  at that time?
15    A.    Chris, Don, and I think his
16  name is Mr. Collins, Jim Collins.
17    Q.    Do you know whether the hoses
18  operated properly when the machine was
19  initially put on?
20    A.    I don't know that answer, sir.
21    Q.    Do you know if Don's actually
22  tested the apparatus after the hoses were
23  initially connected?
24    A.    The only answer I have to that

147

1  is when he called me on Saturday without the
2  machine running.
3    Q.    So you don't know what was
4  done before that?
5    A.    No, sir.
6    Q.    So you don't know if it was
7  running at any period of time properly?
8    A.    I don't know that, sir.
9    Q.    Did you ever call to find out?
10    A.    No, sir.
11         Excuse me. I did call to make
12  sure Don -- after the initial leaking, I
13  talked to Delmar and made sure that
14  everything was okay. He said everything was
15  fine.
16    Q.    What about before the initial
17  leaking, but after the apparatus was turned
18  on?
19    A.    I don't know.
20    Q.    Have you ever installed 2 1/2
21  inch size 37-degree end?
22    A.    No, sir.
23    Q.    You earlier testified
24  regarding a cracked ferrule in the second

148

1  batch of hoses.
2    A.    Yes, sir.
3    Q.    Where was that crack?
4    A.    The length of the ferrule.
5    Q.    The entire length of the
6  ferrule?
7    A.    Is my recollection. Yes, sir.
8    Q.    How long was the ferrule?
9    A.    Approximately 4 to 5 inches,
10  approximately, without...
11    Q.    And that particular hose was
12  delivered to you at McDonald's?
13    A.    I picked that batch up from
14  McDonald's. Yes, sir.
15    Q.    And then did you inspect those
16  hoses before you took them over to Don's?
17    A.    We took them out of the
18  driver's truck, put them in my car, and just
19  had a glance look at them and left.
20    Q.    When you say "we," who is the
21  "we" there?
22    A.    The driver of the car.
23    Q.    The driver of the car?
24    A.    From Tipco.

149

1    Q.    Okay. Did you inspect the
2  hoses at that time?
3    A.    Just a glance.
4    Q.    Did you see anything wrong
5  with the hose at that time, with the
6  ferrules?
7    A.    No, sir.
8    Q.    You said you currently still
9  have possession, or that is, TTI still has
10  possession of some of the hoses.
11    A.    Yes, sir.
12    Q.    Are they under your charge or
13  under someone else's?
14    A.    I would say I'd be under the
15  charge of that.
16    Q.    Where are they located right
17  now?
18    A.    Upstairs in one of our
19  warehouses in a box.
20    Q.    When is the last time you
21  looked at the hoses?
22    A.    Actually, I believe we looked
23  at them yesterday.
24    Q.    When you say "we," who is the

150

1    "we"?
2        A.    Me and Jim Biggs.
3        Q.    Is there anything inside those
4    hoses at all?
5        A.    Could be some oil and maybe
6    some dust from sitting around for all these
7    -- all this time.
8        Q.    Do you recall how long after
9    the apparatus didn't work that Don's
10   requested a couple of the hoses?
11       A.    I would say maybe a month went
12   by. Not exactly knowing, but probably
13   around a month.
14       Q.    And where were the hoses kept
15   during that intervening month period?
16       A.    Okay. That was at the time
17   kept up in Dover in my warehouse upstairs,
18   in the boxes.
19       Q.    So kept in the same boxes they
20   are currently in?
21       A.    Maybe a different box.
22       Q.    Is that a heated warehouse
23   or --
24       A.    Just ambient temperature.

151

1    Normal, everyday temperature.
2        Q.    The condition of the hoses
3    now, is it the same as it was immediately
4    after they were taken off the apparatus?
5        MS. BEAM: Objection to form.
6        You can answer.
7        THE WITNESS: Other than the
8    dust, yes.
9        MR. KAPLAN: I have no further
10   questions right now.
11            - - -
12       EXAMINATION
13            - - -
14   BY MR. SNELL:
15       Q.    Good afternoon, Mr. Swain. My
16   name is Devon Snell. I represent Colony
17   Insurance in this matter. I just have a
18   couple quick questions for you. You may
19   have answered these already. If you have, I
20   apologize.
21       You stated that Truck Tech
22   also assembles hoses?
23       A.    Yes, sir.
24       Q.    Has Truck Tech ever in the

152

1    past assembled hoses for Don's Hydraulics,
2    to your knowledge?
3        A.    Yes, sir.
4        Q.    Do you know approximately when
5    the last time Truck Tech assembled hoses for
6    Don's?
7        A.    We actually assembled one -- I
8    can't recall the date, sir.
9        Q.    Do you recall the size of
10   hoses assembled?
11       A.    There may be some 2-inch ones
12   that we had brought in from GSM for them.
13   Some 3 inches, maybe.
14       Q.    Do you know whether there were
15   any problems with those hoses?
16       A.    To my knowledge, no.
17       Q.    Is it Truck Tech's regular
18   procedure to test hoses that it assembles?
19       A.    No, sir. Other than
20   testing -- I do test for crimp specs per the
21   Gates company on ODs of the actual -- make
22   sure it's crimped properly. I do test that.
23       Q.    How do you go about conducting
24   one of those tests?

153

1        A.    I crimp the fitting on the
2    hose and then I got a pair of calibers that
3    measures the OD of the crimp, and you look
4    in the book for the certain section and it
5    tells you if you're within minus or plus
6    ten.
7        Q.    And you do that in every case
8    in which you crimp a hose?
9        A.    Not every case, sir, no.
10       Q.    How do you determine which
11   cases you conduct the test?
12       A.    If we have a problem with the
13   machine and it possibly goes down for a
14   while, you want to test hoses for a week or
15   two just to make sure everything goes back
16   to where it needs to be. And then,
17   periodically, I would do a testing.
18       Q.    And I believe -- correct me if
19   I'm wrong. I believe you testified that the
20   reason you did not -- or Truck Tech did not
21   assemble these hoses for Don's for this
22   particular case is due to the size of the
23   hose. Am I correct?
24       A.    The availability, that I could

39 (Pages 150 to 153)

154

1    not find the female JIC swivel.
2        Q.    And what is your understanding
3    that you could not find the size of the --
4        A.    It's an odd size to have
5    around.
6        Q.    And when you state it's odd,
7    do you mean it's a larger size than what is
8    normally used?
9        A.    Normally it's a standard 1, 2,
10    3, or 4 inch. When it gets into quarters
11    and halves and stuff like that, is kind of
12    odd.
13        Q.    Now, have you interacted or
14    conducted business with Tipco in the past?
15        A.    Yes.
16        Q.    Have you purchased hoses and
17    assembled hoses from Tipco in the past?
18        A.    I can't recall if I did that
19    when I was at Power Trans or not.
20        Q.    Now, you've mentioned a couple
21    of times, and it appears in your diary, I
22    believe, adapters. Can you explain to me
23    what an adapter is?
24        A.    Yes. When you have an

155

1    application -- let's say a pipe that gets
2    threaded on the end and you want to hook a
3    certain style fitting to that, so you have
4    an actual -- let's say this is a 3-inch male
5    pipe coming out and you want to hook a male
6    JIC on the other end. Well, you can't do
7    that right there so you need an adapter to
8    put in between both which would screw onto
9    the male pipe. So you would get a 3-inch
10    female pipe adapter to a female, let's say,
11    JIC swivel, which would then, in turn,
12    connect to the item you wanted to connect it
13    to. So it's a means of connecting pipe to a
14    pipe or hose to a pipe or pipes -- or hose
15    to hose.
16        Q.    And it's not a piece --
17    correct me if I'm wrong. It is not a piece
18    that goes between the hose and the fitting;
19    is that correct?
20        A.    It can do, between a hose and
21    a fitting. Well, it goes between a fitting
22    and a fitting.
23        Q.    Okay.
24        A.    The fitting is hooked to the

156

1    hose, but it goes between fitting and
2    fitting. Yes.
3        Q.    And a fitting is assembled to
4    the hose either through banding or crimping
5    or swaging?
6        A.    Yes, sir.
7        Q.    Since this incident, has Truck
8    Tech conducted any business with Don's
9    Hydraulics?
10        A.    Oh, yes, sir.
11        Q.    And can you explain what type
12    of business?
13        A.    Don's is one of our -- go
14    ahead? Don's is one of our top distributors
15    in the field, meaning he sells Gates hose
16    and fittings through and for our company.
17    He's a subdistributor, basically, you would
18    say, of TTI.
19        Q.    Subdistributor?
20        A.    We supply him with hose and
21    fittings and he has an Omni crimper like we
22    have.
23        Q.    Have you supplied any hose and
24    fittings for projects which he has

157

1    constructed or --
2        A.    Yes, sir.
3        Q.    Do you recall what size of
4    hoses and fittings?
5        A.    2 1/2 inch, all kinds of -- he
6    stocks fittings, so it could be anything
7    during the normal order day because he
8    has...
9        Q.    Now, I'm speaking of the time
10    frame from approximately September of '03 to
11    the present.
12        A.    Oh, any other projects? It
13    can be various sizes, sir.
14        Q.    Okay. Are you familiar with
15    how much revenue you have received from
16    Don's in these projects since September of
17    '03 to the present?
18        A.    No, sir.
19        Q.    Look at Cathell-2, if you
20    will. That is your invoice -- Truck Tech's
21    invoice to Don's dated August 29th, 2003.
22    Is this the only invoice, to your knowledge,
23    that was issued to Don's, this project?
24        A.    I need to see that. Without

158

1  looking at it -- I believe there's a few
2  different ones. That was just one of the
3  invoices supplied.
4     Q.   Do you recall --
5     A.   That was Cathell-2, right?
6     Q.   Yes. Cathell-2. Do you
7  recall how many invoices there were?
8     A.   I'm thinking there was
9  probably a total of three.
10    Q.   To the best of your
11 recollection, do you recall what the other
12 two invoices were for?
13    A.   Possibly for the adapters he
14 had ordered and also more of the hoses,
15 possibly.
16    Q.   I'm sorry?
17    A.   More of the hoses.
18    Q.   More hoses. Has Don paid this
19 invoice?
20    A.   No, sir.
21    Q.   He has not?
22    A.   He has not.
23    Q.   How about the other two
24 invoices which you believe are for the

159

1  adapters and other invoices. Has he paid
2  those invoices?
3     A.   To my knowledge, I don't know
4  about that.
5     Q.   But for Cathell-2, Don has not
6  paid this invoice?
7     A.   To my knowledge, no.
8     Q.   Are you aware if any action
9  has been taken to force Don's to pay this
10 invoice?
11    A.   To my knowledge, no, sir.
12    Q.   I believe it was your
13 testimony earlier, and it's written down in
14 your diary on the last page, it states that
15 one of the hoses had a split ferrule and in
16 parentheses it says: Looks like
17 overcrimped.
18       Was that your conclusion or
19 was that Don's conclusion that it was
20 overcrimped which caused the --
21    A.   He had that initial conclusion
22 and then as soon as I saw it I said, "That
23 looks like an overcrimp."
24       So, basically, both stated

160

1  that.
2     Q.   The work that Truck Tech has
3  done for Don's since September of '03, has
4  that activity been invoiced to Don's?
5     A.   Yes, sir.
6     Q.   Has Don's paid those invoices?
7     A.   Yes, sir.
8        MR. SNELL: That's all the
9  questions I have. Thank you.
10       MS. BEAM: I have some
11 follow-up.
12       MR. KAPLAN: I have a couple
13 follow-up also.
14       - - -
15       EXAMINATION
16       - - -
17 BY MS. BEAM:
18    Q.   Sean, just to clear up the
19 record, does TTI assemble hydraulic hose
20 greater than 2-inch diameter with crimped
21 ends?
22    A.   No.
23    Q.   And why is that?
24    A.   Because our machine only goes

161

1  to 2 inch.
2     Q.   And is that why you had to go
3  outside of TTI to try and quote Don's
4  project?
5     A.   Yes.
6        MR. KAPLAN: Objection to the
7  form.
8  BY MS. BEAM:
9     Q.   Now, did you or anyone else
10 from TTI alter or modify the hoses that were
11 supplied by Tipco before delivering the
12 hoses to Don's?
13    A.   No.
14    Q.   Did you ever have occasion to
15 relay specifically to Don Cathell any
16 recommendations regarding crimping versus
17 banding that had been given to you by Tipco?
18    A.   I talked to Don one time about
19 it.
20    Q.   Can you tell us, first of all,
21 when did that conversation take place?
22    A.   After the first initial ten
23 were delivered, we had talked about that
24 again and he was like: I really don't like

162

1  the banding because of the leakage that I
2  had in the past.
3      Q.    And in your experience in this
4  industry, is it an industry standard for a
5  hose distributor such as TTI in this case to
6  take a hose back to your shop to test them
7  for defects before delivering them?
8      A.    Say that to me again, please?
9      Q.    Is it a normal standard for a
10  hose distributor such as TTI to routinely
11  take hose orders back to their shop and test
12  them for defects before delivering them to
13  the client?
14      A.    No.
15      Q.    On Exhibit No. 5 -- do you
16  have that here?
17          MR. TIGHE: Off the record.
18          - - -
19      (Discussion held off the record.)
20          - - -
21  BY MS. BEAM:
22      Q.    I'm going to have you look at
23  the document that's been marked in Tim
24  Bombick's deposition as Bombick-1. When Mr.

163

1  Tighe was asking you if you agreed with all
2  the facts stated in there, one of the things
3  that you pointed out was that Tim Bombick
4  mentioned a tank truck hose assembly.
5      A.    Yes. It says it right there.
6      Q.    I'm just wondering what, if
7  any, significance that has in relation to
8  this matter?
9      A.    That would be a -- probably a
10  totally different application in itself.
11  It's on a tank truck and this is a power
12  unit.
13      Q.    Okay. And do you have a
14  specific recollection of conveying to Tim
15  Bombick or someone else at Tipco what the
16  application was for Don's order at the
17  beginning of the process?
18      A.    Yes, ma'am. Two or three
19  times.
20          MS. BEAM: I think that's all
21  I have, but I think there's more
22  questions.
23
24          RE-EXAMINATION

164

1          - - -
2  BY MR. TIGHE:
3      Q.    Is there a limit to how many
4  times you can crimp and recrimp a hose
5  before a problem develops?
6      A.    There is, I'm sure. Yes.
7      Q.    What would the problem be?
8      A.    Overcrimping of a hose.
9  Overcrimping of the ferrule on the hose.
10      Q.    These hoses are made of
11  rubber?
12      A.    They're made of rubber and
13  they have a metal wire helix through them
14  that kind of goes, like, around
15  (indicating).
16      Q.    Could crimping and recrimping
17  at some point damage the hose or make it
18  less able to hold a seal?
19      A.    To my knowledge, if they
20  crimped it too much and it could cut the
21  inner tube, that's a possibility.
22      Q.    Okay. Going to your diary, I
23  think it's the -- it's the next-to-last
24  page, I wanted to make sure I understand

165

1  something. A few lines down it says: I saw
2  this firsthand. They were not using the
3  hose to tighten down on -- something.
4      A.    On fittings.
5      Q.    On fittings. They were using
6  the fitting heads --
7      A.    Heads.
8      Q.    -- properly to tighten.
9          What does that mean?
10      A.    That's the time where I went
11  back and Don had -- the hoses were spinning
12  on the stem. I went back and they showed
13  me. And Tipco has asked me -- I think I
14  talked to Steve King, asked me if they were
15  properly tightening the hoses down right.
16  He said: Were they using the pipe wrench on
17  the hose and then tightening the fitting
18  down? And I told him no. They were
19  properly using it on the heads of the male
20  pipe behind the threads, on the metal and on
21  the nut of the female JIC swivel. They were
22  not using the hose. That's what that
23  section means, sir.
24      Q.    Okay. Did Truck Tech pay

166

1  Tipco for these hoses and fittings?
2     A.   Yes, sir.
3     Q.   It seems to me you did a lot
4  of running around here.
5     A.   Yes, sir.
6     Q.   And a lot of it was to take
7  back these fittings because they were
8  turning and a ferrule was cracked on one and
9  -- you did a lot of running around.  Did
10  Tipco compensate you in any way for all
11  that?
12     A.   No, sir.
13        MR. TIGHE:  That's all the
14     questions I have.  Thank you.
15        MR. KAPLAN:  Just a few
16     questions, sir.
17            - - -
18        RE- EXAMINATION
19            - - -
20  BY MR. KAPLAN:
21     Q.   First, what was the margin
22  that you charged, the margin between what
23  you paid Tipco versus what you charged Don's
24  Hydraulics for these hoses?

167

1     A.   I can't remember off the top
2  of my head, sir.
3     Q.   Can you give me a range or a
4  percentage?
5     A.   Maybe 25 to 40, maybe,
6  percent.  Maybe.  I can't really remember.
7     Q.   You testified earlier that you
8  did not recall the amount of revenue that
9  TTI had received from Don's since the time
10  of this incident.  Can you tell us, though,
11  the percentage of that revenue in relation
12  to orders placed through you?  In other
13  words, does Don's represent -- you told us
14  it's a major producer.  How major is it of
15  your clients, sir?
16     A.   I don't know any percentages
17  and how much, because it's -- everything he
18  buys varies in price, sir.  There's nothing
19  structured.  There's no set one amount to
20  charge him.
21     Q.   Can you give us a range of the
22  revenue which Don's has accounted for to TTI
23  or to you since that time?
24     A.   No, sir.

168

1     Q.   Are you on a commission basis?
2     A.   No, sir.
3     Q.   Are you strict salary?
4     A.   Yes, sir.
5     Q.   How many times have you been
6  to Don's property since the fall of 2003?
7     A.   Since it all happened?
8     Q.   Yes, sir.
9     A.   Ten to fifteen times, maybe.
10     Q.   Is that a lot of times?
11     A.   For me, yeah.
12     Q.   Is there any client you've
13  have to -- have you been to any client's
14  property more than that, sir?
15     A.   That's probably about the same
16  per -- if not less.
17     Q.   But you would consider Don's
18  to be a major client?
19     A.   Yes, sir.
20     Q.   And the last area, sir, comes
21  back to swaging and crimping and banding.
22  When you spoke to Delmar initially, did you
23  simply tell him there were three
24  possibilities of how to address the hose or

169

1  did you tell him that the hose should be
2  banded and not crimped?
3     A.   I didn't tell him that.  I
4  told him, you can -- he came with a
5  suggestion of being crimped.  I went back
6  with banding.  We have a swager, but the
7  items couldn't be found.  And the option was
8  banding or crimping and he said:  I want
9  banding only.
10     Q.   When you say he came with the
11  suggestion of being crimped --
12        MR. TIGHE:  Did you misstate
13     what you just said?  I think you
14     said, "I want banding only."  Did
15     you mean crimping only?
16        THE WITNESS:  Oh, yeah.
17     Crimping only.  He wanted crimping
18     only.
19  BY MR. KAPLAN:
20     Q.   You stated also in the same
21  answer that he came -- you said he came with
22  a suggestion of being crimped.
23        MR. KAPLAN:  Well, can you
24     read back his whole answer?

43 (Pages 166 to 169)

170

1           - - -
2     (The requested notes of testimony were read
3           by the court reporter.)
4           - - -
5           THE WITNESS: Okay. He wanted
6     crimped only.
7     BY MR. KAPLAN:
8     Q.     Did you tell him it was a
9     suggestion or did you tell him it was highly
10    recommended that the hose be banded or
11    swaged and not crimped?
12    A.     I believe I told him it was
13    recommended by the vendor that we're getting
14    the hose from that you might want to band
15    these, but they can do the crimping.
16    Q.     Might want to band them or
17    they should have them banded?
18    A.     It was an option to them.
19    They could do either/or.
20    Q.     When you spoke to Don
21    subsequent to that occasion, did you tell
22    him the manufacturer was again strongly
23    advising that the hose should be banded or
24    swaged and not crimped?

171

1     A.     When I --
2           MR. TIGHE: Objection to the
3           form of the question.
4           THE WITNESS: When I talked to
5           Don, it had already happened that
6           they got crimped and we were just
7           talking about why he didn't go with
8           banding.
9     BY MR. KAPLAN:
10    Q.     What do you recall him saying
11    to you on that occasion?
12    A.     That he had trouble in the
13    past with the bands leaking.
14    Q.     Was he adamant?
15    A.     Yeah. He said: I want to
16    stick with banding -- I want to stick with
17    crimping.
18    Q.     Other than those two
19    conversations, did you make any other
20    attempt to convey to a representative of
21    Don's Hydraulics that the appropriate way to
22    use those hoses should have been banded or
23    swaged as opposed to crimping?
24          MR. TIGHE: Objection to the

172

1     form of the question.
2           MS. BEAM: Objection to the
3           form.
4           THE WITNESS: Say it to me
5     again, sir?
6           MR. KAPLAN: Why don't you
7     read it back?
8           - - -
9     (The requested notes of testimony were read
10          by the court reporter.)
11          - - -
12          THE WITNESS: No. That was an
13    option they had to do, either/or.
14    It wasn't the solid one to do it.
15    It was --
16    BY MR. KAPLAN:
17    Q.     Who is "they"?
18    A.     Tim and -- him representing
19    Tipco as "they," crimping was fine to use.
20    Q.     Is it your recollection that
21    Tim Bombick said crimping was fine to use?
22    A.     Well, yes, sir, it was.
23    Q.     Do you have anything written
24    to that effect, sir?

173

1     A.     Actually, I do, if -- it's on
2     my notes where he misprinted the quote of
3     banding and I had to call him back and get
4     him to fix his mistake on the printing of
5     banding where he made a mistake and had to
6     change that.
7     Q.     As your client was insisting
8     that these be crimped, correct?
9     A.     Yes. Because he misquoted me.
10    And I called him back to verify we were on
11    the proper level of the quote where it
12    needed to be crimped, and he said: I will
13    make that change.
14    Q.     Do you recall you were told
15    why this recommendation that the hoses be
16    banded and swaged as opposed to being
17    crimped?
18          MR. TIGHE: Objection to the
19          form of the question.
20          THE WITNESS: Some people have
21    better luck with bands, some have
22    luck with crimps.
23    BY MR. KAPLAN:
24    Q.     Do you recall what you were

174

1　told, though?
2　　A.　Basically, that.  You can use
3　either/or.
4　　　MR. KAPLAN:  Okay.
5　　　MR. TIGHE:  We're finished.
6　　　MS. BEAM:  We will waive.
7　　　- - -
8　　　(Witness excused.)
9　　　- - -
10　　　(Deposition concluded at 1:33
11　p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24

176

1　　　　　LAWYER'S NOTES
2　PAGE  LINE
3　_____ _____ _____
4　_____ _____ _____
5　_____ _____ _____
6　_____ _____ _____
7　_____ _____ _____
8　_____ _____ _____
9　_____ _____ _____
10　_____ _____ _____
11　_____ _____ _____
12　_____ _____ _____
13　_____ _____ _____
14　_____ _____ _____
15　_____ _____ _____
16　_____ _____ _____
17　_____ _____ _____
18　_____ _____ _____
19　_____ _____ _____
20　_____ _____ _____
21　_____ _____ _____
22　_____ _____ _____
23　_____ _____ _____
24

175

1
2　　　CERTIFICATE
3
4
5　　　I HEREBY CERTIFY that the
6　witness was duly sworn by me and that the
7　deposition is a true record of the testimony
8　given by the witness.
9
10
11
12　　Shenna M. Basye-Cara
13　　Delaware Certified Shorthand
　　　Reporter
14　　Certification No. 167-PS
15　　Dated:  August 17, 2005
16
17
18　　　(The foregoing certification
　　of this transcript does not apply to any
19　reproduction of the same by any means,
　　unless under the direct control and/or
20　supervision of the certifying reporter.)
21
22
23
24