Page 93

1    A.   It's impossible.
2    Q.   Why?
3    A.   Because you never know.  You got a 50/50
4  chance of which way it runs when the electrician wires up
5  the motors.
6    Q.   So whose electrician would have wired up the
7  motors?
8    A.   Outside contractor.
9    Q.   This would be the same outfit that's doing the
10  piping and cooling system?
11    A.   No.  It'd be an electrical contractor.
12    Q.   Is it a normal course of events when you
13  deliver a hydraulic power unit that an outside contractor
14  electrician has to come in and wire up your electric
15  motors?
16    A.   Either outside or in-plant.
17    Q.   Okay.  The next entry for September 14th
18  states, "Proceeded to start each unit one by one and set
19  the pressure at 900 PSI."  Explain to me what you mean by
20  that.
21    A.   To start one electric motor and then you set
22  the pressure compensator to your desired pressure that
23  you want which at this time was 900.
24    Q.   Okay.  So each unit is each --
25    A.   Pump.

Page 94

1    Q.   -- pump and each motor and two pumps; is that
2  how it goes?
3    A.   Correct.
4    Q.   So how many units all together were on this
5  hydraulic power unit?
6    A.   There's ten electric motors with tandem pumps.
7    Q.   Okay.  So when you're talking about proceeded
8  to start each unit, there's ten units; is that correct?
9    A.   Correct.
10    Q.   All right.  How do you determine that the
11  pressure that you need is 900 PSI?
12    A.   It's not determined at that time that 900 is
13  what you need, but I knew it was lower than what I
14  needed.  So it's a safe starting point and then you
15  increase once you start the plant up according to what
16  you need.
17    Q.   Okay.  And how do you know how much pressure
18  you need when the plant gets up and running?
19    A.   When everything is operating satisfactorily,
20  capable of starting and stopping under the load they want
21  and at the speed that they want.
22    Q.   So when you go down there and you're setting
23  this up to get ready to run on September 14th, have the
24  plant engineers already told you what the full PSI
25  they're going to need when the plant is up and running?

Page 95

1    A.   Nobody knew.
2    Q.   So how are you going to figure it out between
3  Sunday and Monday when the thing is supposed to go
4  online?
5    A.   We start up on Sunday night and operate the
6  equipment.
7    Q.   So it's just hit and miss is how you figure
8  out what your total pressure is you're going to need when
9  your system is up and running?
10    A.   (No response.)
11    Q.   Are my questions making sense or if you want
12  to explain to me in a way that maybe us lawyers can
13  understand, that would be good.
14    A.   Normally, the equipment that was in this
15  plant, 1,000 PSI will operate all of it satisfactorily.
16    Q.   The old equipment?
17    A.   All.
18    Q.   All of it?
19    A.   (Nods head.)
20    Q.   All right.  So is that the number you were
21  assuming was going to be needed when you got this
22  hydraulic unit online?
23    A.   Yes.
24    Q.   Okay.  Did that turn out to be the pressure
25  that was needed?

Page 96

1    A.   No.
2    Q.   What turned out to be the pressure that was
3  needed?
4    A.   Six hundred.
5    Q.   Six hundred?
6    A.   (Nods head.)
7    Q.   Okay.
8      MR. KAPLAN:  Six hundred PSI, correct?
9      THE WITNESS:  Six hundred PSI, yes.
10  BY MS. BEAM:
11    Q.   So you were expecting -- let me see if I
12  understand this.  You were expecting that the pressure
13  that you were going to need for your unit was somewhere
14  around 1,000 because that's what had been used in the
15  past to run all of the machinery in the plant?
16    A.   Not that particular plant.  I don't know what
17  pressure they were operating at.  At this time, I don't
18  recall.
19    Q.   Okay.  So you were going by your experience at
20  other poultry processing plants --
21    A.   Yes.
22    Q.   -- to come up with a number of 1,000?
23    A.   Yes.
24    Q.   All right.  Had you ever installed power units
25  in a poultry processing plant that was as large as the

24 (Pages 93 to 96)

DON CAFIELD
May 26, 2005

| Page 97 |
| --- |

1 one at Fieldale Farms?
2      A.   Yes.
3      Q.   And on how many occasions, sir?
4      A.   Numerous.
5      Q.   Okay.
6      A.   I don't know.
7      Q.   So this is an average-size production at
8 Fieldale Farms?
9      A.   Yes.
10      Q.   Were the plant engineers available to you for
11 consultation over the weekend of September 13th and 14th
12 for installation of these units?
13      A.   Yes.
14      Q.   Did you take advantage of their availability
15 and consult with them in regards to the needed pressures
16 for running this system?
17      A.   No.
18      Q.   Okay.  Is there a reason you did not, sir?
19      A.   They wouldn't know.
20      Q.   They wouldn't know?
21      A.   No.
22      Q.   Well, would they know the pressures that were
23 needed to run the existing equipment?
24      A.   They knew what pressure they were operating at
25 prior with the old units.

| Page 98 |
| --- |

1      Q.   So I guess that takes me back to my question
2 before.  Is it sort of like an educated guess that you
3 use when you're trying to determine what pressure you
4 think you're going to have to run this new unit at?
5      A.   I have records or knowledge I guess of prior
6 experiences with all of this type of equipment in the
7 poultry plants that repeats and that's what I base all my
8 design on is the past experience.
9      Q.   Okay.  So when you set out to design a
10 hydraulic power unit, are you going to design it one way
11 if you're looking for say 1,000 PSI as opposed to if
12 you're looking for 600 PSI?
13      A.   No.  Be no difference.
14      Q.   Okay.  And you would anticipate using the same
15 equipment regardless of what PSI you're expecting to have
16 to run the unit at?
17      A.   The only change would be the electric motor
18 horsepower.
19      Q.   And why would you change the electric motor
20 horsepower?
21      A.   A higher pressure requires higher horsepower.
22      Q.   And is there a problem if you use a higher
23 horsepower motor for a lower pressure need?
24      A.   No problem.
25      Q.   Okay.  Going down to the next entry under

| Page 99 |
| --- |

1 September 14th, sir.  It says, "Maintenance personnel
2 opened all valves to the equipment in the processing
3 rooms."
4      I assume I know what that means but can you explain
5 to us for the record what that entry means?
6      A.   There are hand valves on the majority of the
7 equipment in the plant for maintenance purposes so they
8 can work on it and not shut the unit down which would
9 shut the entire plant down.
10      Those were all closed, so they went through
11 and opened all of them and made sure everything was
12 opened.
13      Q.   Okay.  And that process connects the plant to
14 your hydraulic unit?
15      A.   It was already connected in the piping.  They
16 just had to open the valves.
17      Q.   Okay.  The next entry states, "The pumps were
18 started one by one until we had six pump sets running."
19 So you had six out of the ten motors with the two pumps
20 operating at that point, correct?
21      A.   Correct.
22      Q.   At that point, did you notice any problem at
23 all with the hoses or the unit at all?
24      A.   At that point, no.
25      Q.   The next entry states, "The equipment operated

| Page 100 |
| --- |

1 for one hour and then we turned off three pump sets,
2 leaving three pump sets running for the clean-up
3 operation."  What's the clean-up operation?
4      A.   The plant has a specified clean-up crew that
5 comes in which has to clean all the plant and make sure
6 it's sanitary for USDA inspection before start-up.
7      Q.   So the three pumps were so there's electricity
8 in the plant so they can get their job done?
9      A.   Not electricity because everything operates
10 hydraulically, so they had to have the system running so
11 they can run the equipment to clean it.
12      Q.   Okay.  And for how long did those three pumps
13 that you left running for the clean-up operation continue
14 running?
15      A.   All night.
16      Q.   Okay.  So you left and you and your people
17 left and the clean-up crew came in, correct?
18      A.   Yes.
19      Q.   All right.  You came back on September 15th
20 which is that Monday morning, correct?
21      A.   Yes.
22      Q.   Were the three pumps that you had left running
23 for the clean-up operation still operating when you went
24 back on Monday morning?
25      A.   Yes.

25 (Pages 97 to 100)

DON CATHELL
May 26, 2005

**Page 101**

1    Q.  At that point, did you notice any problems
2  with the three pumps that had been running all night?
3    A.  No.
4    Q.  Can you tell us at this point which three
5  pumps on the unit had been running all night?
6    A.  No, I cannot.
7    Q.  Okay.  Is there a usual way which is to do the
8  first three?
9    A.  It may have been but I couldn't say for
10  certain so.
11    Q.  Would the plant have any kind of records that
12  would indicate something like that?
13    A.  I doubt it very much.
14    Q.  Okay.  Monday, September the 15th, your entry
15  on exhibit number three states, "Started four pump sets
16  to begin shift operation."  Now, is that four additional
17  pump sets in the addition to the three that were still
18  running?
19    A.  No.
20    Q.  So did you shut the other three down and start
21  four more or how did that happen?
22    A.  We just started one additional.
23    Q.  Gotcha, all right.  Next line states, "We
24  started operation pumps as needed to operate the plant
25  until we had eight sets of pump running."  So you just

**Page 102**

1  started four more pumps at that point?
2    A.  One at a time.
3    Q.  And as you're -- tell me why it is that you'd
4  go one at a time; is there a specific reason?
5    A.  That whole design of this unit is to reduce
6  cost of mainly electric.  The more pumps you have
7  running, the larger the electric bill.
8         Less pumps, the lower the electric bill.  So
9  you don't want to run five pumps if two will do it.  You
10  generate excess heat and oil and lots of other problems
11  with it.
12    Q.  Okay.  So are the plant engineers in on this
13  process at this point with you?
14    A.  Yes.
15    Q.  Okay.  So you and your guys are starting the
16  pumps one by one and someone's in the plant reading
17  valves and telling you if it's enough power to do what
18  they need; is that's what's going on?
19    A.  The maintenance supervisor worked with us
20  closely and as they started up -- they start up one line
21  at a time.  I think there's six, five or six lines in
22  that plant, but they don't start them all at once.
23         So as they started additional equipment and
24  they didn't operate, we started additional pumps to give
25  it more hydraulic flow.

**Page 103**

1    Q.  Okay.  The next line reads, "With eight pump
2  sets operating, we could not achieve full speed on
3  several pieces of equipment.  By noon, we had lost two
4  pumps."  Okay.  So I guess my first question is when you
5  couldn't achieve full speed on two pieces of equipment,
6  did you then start the other two pumps?
7    A.  Correct.
8    Q.  All right.  And then by noon, you had lost two
9  pumps.  What do you mean you had lost two pumps?
10    A.  Two pumps had failed.
11    Q.  Probably an obvious answer, but when you said
12  they had failed, does the what; the motor just stops
13  working or?
14    A.  Pressure drops off.
15    Q.  Okay.
16    A.  Indicating no output.
17    Q.  I see.  And then just for completion, the next
18  line reads, "During the second shift, two more pumps
19  failed."  Which would mean you're down to six pumps at
20  that point, correct?
21    A.  Could you repeat that please?
22    Q.  I'm just reading the last line in your
23  September 15th entry.  "During the second shift, two more
24  pumps failed."  We're under September 15th.
25    A.  Oh, okay.

**Page 104**

1    Q.  Okay?
2    A.  Um-hmm.
3    Q.  So by the end of Monday, September 15th, you
4  have four pumps out of ten that aren't working on this
5  unit; is that correct?
6    A.  Four out of 20.
7    Q.  Four out of 20.
8    A.  (Nods head.)
9    Q.  Which translates into two units out of ten
10  units that aren't working, correct?
11    A.  Yes.
12    Q.  All right.  At this point at the day,
13  September 15th, 2003, what if anything had you and your
14  employees determined was the problem in why these pumps
15  were failing?
16    A.  At first I thought it was the compensators and
17  I talked with the supplier, the pump supplier and he
18  suggested that we change them.  So he sent me two new
19  ones.
20         MR. KAPLAN:  By pump supplier, who do you
21  mean?
22         THE WITNESS:  Livingston Haven.  They
23  arrived the next day.
24  BY MS. BEAM:
25    Q.  Okay.  The compensator, is that a separate

26 (Pages 101 to 104)

DON CATHELL
May 26, 2005

Page 105

1  part of the pump or is that part integrated into the
2  pump?
3      A.  Integrated in the pump.
4      Q.  So if the compensator was bad, you had to
5  replace the whole pump; is that correct?
6      A.  No.  You can replace just the compensator.
7      Q.  So when you said the new ones arrived the next
8  day, it was two new compensators?
9      A.  Yes.
10     Q.  All right.  Why did you think it was the
11 compensator at first?
12     A.  Because I couldn't get any response out of
13 them.
14     Q.  So is the compensator part of the tandem
15 Rexroth variable volume pumps?
16     A.  Yes.
17     Q.  All right.  And you had obtained those ten
18 pumps from Livingston Haven, is it?
19     A.  Yes.
20     Q.  So what happens when you replaced the
21 compensators in two of the pumps?
22     A.  No change.
23     Q.  And then what did you do to determine what the
24 problem was?
25     A.  Remove the pumps and sent them to Livingston

Page 106

1  Haven.
2      Q.  So you removed the four out of the 20 pumps --
3      A.  Two of them.
4      Q.  -- that had failed?
5      A.  We took two.
6      Q.  Okay.  So you took two of the pumps and you
7  sent the whole pump assembly to Livingston Haven?
8      A.  Yes.
9      Q.  When was that done?
10     A.  (No response.)
11     Q.  Would that have been on the 6th -- well, let's
12 see.
13     A.  I think it was on Tuesday; I'm not sure.
14     Q.  Okay.  And what was the purpose or what were
15 you hoping to achieve by sending two of the pumps back to
16 Livingston Haven?
17     A.  Find out what the problem was.
18     Q.  Okay.  And when did you next communicate with
19 Livingston Haven about the pumps?
20     A.  The same day.
21     Q.  And what did they tell you?
22     A.  The pumps were disintegrated internally.
23     Q.  What does that mean?
24     A.  Ground up.  Fine pieces of metal is the only
25 thing that was left.

Page 107

1      Q.  Okay.
2      A.  Non-repairable.
3      Q.  All right.  In your years of experience
4  building hydraulic power units, had you ever encountered
5  a pump that was destroyed internally like that?
6      A.  Yes.
7      Q.  And in your experience, what have you found to
8  be the cause of that?
9      A.  Majority of the time, it's sucking air into
10 the pump.
11     Q.  Okay.  How about the minority of times?  What
12 could be the other causes?
13     A.  Foreign material.
14     Q.  Foreign material?
15     A.  (Nods head.)  Starting up dry instead of
16 filling the case would do the same thing.
17     Q.  Okay.  So after you communicated with
18 Livingston Haven and they told you that the two pumps
19 were disintegrated internally, what did you do next?
20     A.  Authorized them to rebuild them.
21     Q.  Okay.
22     A.  Using new parts out of other pumps they had in
23 stock.
24     Q.  All right.  And I'm assuming they did that?
25     A.  Yes.

Page 108

1      Q.  And sent them back to you?
2      A.  Yes.
3      Q.  All right.  So after you get these two new
4  pumps back, what do you do?
5      A.  Reinstalled them on the unit.
6      Q.  All right.  Now, were you still trying to run
7  the unit while these two pumps had been shipped off to
8  Livingston Haven?
9      A.  Had to.
10     Q.  All right.  And there's an entry under
11 September 16th which would be Tuesday, when you had sent
12 the pumps back to Livingston and Haven, and the first
13 sentence states, "We decided to use elastic tape and tape
14 both ends of all 20 hoses."
15         First of all, whose we in the "we decided"?
16     A.  Myself and the plant maintenance supervisor
17 and the general manager.
18     Q.  What was the plant maintenance supervisor's
19 name?
20     A.  Oh.
21     Q.  Would it be either --
22     A.  -- Egbert.
23     Q.  Egbert, okay.  Is that his first name or last
24 name?
25     A.  First.

27 (Pages 105 to 108)

Page 109

1    Q.   Okay.
2    A.   I don't remember his last name right now.
3    Q.   How about the general manager, do you remember
4  his name?
5    A.   Claude Sullens.
6    Q.   Claude S --
7    A.   -- S-U-L-L-E-N-S.  Martin.  That's that kid's
8  last name.  I'm sorry.
9    Q.   Okay.  Thank you.  In your next sentence under
10  September 16th, "This step decreased the rate of pump
11  loss enough that we were able to maintain partial
12  production by shutting down some lines and sending the
13  employees home."
14    At this point, were the other eight units still
15  running?
16    A.   Yes.
17    Q.   All right.  Maybe I'm confused, but when the
18  two units out of the ten had failed, the other eight
19  units were still running, correct?
20    A.   Yes.
21    Q.   All right.  So you sent the two units, pumps
22  back off to Livingston Haven for them to check it out,
23  right?
24    A.   Yes.
25    Q.   The other eight units were still running?

Page 110

1    A.   Yes.
2    Q.   Okay.  Was it because you needed all ten units
3  to provide enough power that you weren't getting the job
4  done?
5    A.   As the pump's starting to fail, the pressure
6  starts dropping, and if the pressure dropped, I had to
7  increase more pumps while I'm running until I had
8  everything running that was left to run.  And it kept
9  dropping.
10    Q.   So the eight units that were left running, the
11  eight pumps that were left --
12    A.   Yes.
13    Q.   -- were the 16 pumps that were left, were
14  losing pressure --
15    A.   Yes.
16    Q.   -- as this process is going on?
17    A.   Yes.
18    Q.   All right.  And how is it that you can tell
19  that they're losing pressure as the process goes on?
20    A.   Reading the gauge.
21    Q.   Okay.  So what happened after you taped up the
22  ends of the hoses with the elastic tape?
23    A.   It increased.  Gave us enough time to get
24  through the weekend so we could change the pumps out
25  without having to shut the plant down entirely.

Page 111

1    Q.   Okay.  Your next line reads, "By Friday
2  evening, had finalized all arrangements to have 20 new
3  suction hoses and 20 new pumps flown in"; is that
4  correct?
5    A.   Yes.
6    Q.   All right.  So Wednesday and Thursday the
7  plant was running on the eight units that you had
8  provided?
9    A.   Yes.
10    Q.   Okay.  The 20 new pumps came from where, sir?
11    A.   Bensalem, Pennsylvania.  I mean, I'm sorry.
12  Bethlehem, Pennsylvania.
13    Q.   Is that where Livingston Haven is?
14    A.   No.
15    Q.   Who did you get --
16    A.   -- Rexroth.  They went through Livingston
17  Haven but they're Rexroth's warehouse is in Pennsylvania.
18    Q.   Okay.  So you got new Rexroth pumps but they
19  came through Livingston Haven?
20    A.   They are the distributor.
21    Q.   I see, okay.  At that point, what made you
22  think you needed all new pumps?
23    A.   Majority of them had failed.
24    Q.   When had that happened?
25    A.   Continuously from Monday.

Page 112

1    Q.   And Livingston Haven had rebuilt the two pumps
2  that you had sent them initially?
3    A.   (Nods head.)
4    Q.   Did they ever send those rebuilt pumps back to
5  you?
6    A.   Yes.
7    Q.   All right.  So then you only needed eight more
8  new pumps; is that correct?
9    A.   (Shakes head.)
10    Q.   No?  How come?
11    A.   We destroyed them too.
12    Q.   Okay.  Where did you get the new suction hoses
13  from?
14    A.   They were manufactured in Texas and shipped to
15  me next-day air.
16    Q.   How did you find the company to order the
17  hoses through?
18    A.   From Rob's Hydraulics.
19    Q.   And had you had a prior relationship with
20  Rob's Hydraulics?
21    A.   My son-in-law.
22    Q.   Rob's your son-in-law?
23    A.   (Nods head.)
24    Q.   Is that yes?
25    A.   He bought the business from me.

28 (Pages 109 to 112)

DON CATHELL
May 26, 2005

Page 113

1    Q.  Okay.  Now, you lost me.  Where is Rob's
2  Hydraulics located?
3    A.  Grimsland, North Carolina.
4    Q.  At one point you had owned Rob's Hydraulics?
5    A.  Well, it was Don's at the time I owned it.
6    Q.  Okay.  How long ago did Don's Hydraulics in
7  North Carolina become Rob's Hydraulics?
8    A.  1990.
9    Q.  So did you have more than one location where
10  Don's Hydraulics operated in 1990?  In other words, did
11  you have a shop in North Carolina and a shop up here?
12    A.  Yes.
13    Q.  Did you have more than those two shops of
14  Don's Hydraulics at any time during your career?
15    A.  No.
16    Q.  All right.  So what's your son-in-law's name?
17    A.  Rob.
18    Q.  I got that part.
19    A.  Lynch.
20    Q.  Lynch, okay.  So when you were looking for a
21  hose distributor when you ran into this problem in
22  Georgia, you called your son-in-law?
23    A.  Yes.
24    Q.  And he gave you the name of somebody that he
25  uses?

Page 114

1    A.  He took care of it for me.
2    Q.  He ordered them for you?
3    A.  He ordered it for me.
4    Q.  Are these hoses that he produced or assembled
5  himself?
6    A.  No.  He can't do it either.
7    Q.  All right.  So his shop doesn't have the
8  ability to assemble hoses that are greater in two inches
9  in diameter either?
10    A.  Correct.
11    Q.  Okay.  The invoices for these new pumps, these
12  new Rexroth pumps that you had to order, do you have that
13  documentation in your --
14    A.  -- no.
15    Q.  Do you have that documentation, the invoices
16  for the new pumps somewhere in your company?
17    A.  Yes.
18    Q.  Okay.  And do you have the invoices for the
19  new hoses that your son-in-law procured through Rob's
20  Hydraulics?
21    A.  Yes.
22    Q.  All right.  Again, I'm going to ask that you
23  have somebody look for them and provide them to your
24  counsel please.  Okay.
25    A.  I thought the one for the pumps was in there.

Page 115

1    Q.  I'll look again.  It may be.  I don't recall
2  seeing it.  The next entry indicates, again, "I had also
3  contacted COT-Puritech to clean the oil in the system and
4  the reservoir."  All right.  What is COT-Puritech?
5    A.  A company that's specializes in pumping the
6  oil out, filtering it to factory specs or beyond, and
7  pump it back in as clean oil.  And they go in and they
8  clean the reservoir out.  All the fine metal and all from
9  these pumps had to be cleaned out.
10    Q.  Okay.  So this company COT-Puritech would come
11  in and you said clean the reservoir, and when I'd asked
12  you before, you said this whole thing is the reservoir
13  but it's actually this top -- (indicating)
14    A.  Yes.
15    Q.  -- steel colored unit?
16    A.  Tank part of it.
17    Q.  Tank?  All right.  So it's the tank that this
18  Puritech would have cleaned out, correct?
19    A.  Yes.
20    Q.  All right.  And you said they pump the fuel
21  out and filtered it or cleaned it or whatever; is that
22  correct?
23    A.  Yes.
24    Q.  All right.  And that's to save from having to
25  replace the fuel?

Page 116

1    A.  So you didn't have to buy new hydraulic oil
2  and pay for getting rid of the contaminated oil.
3    Q.  Okay.  And I'm correct that COT-Puritech had
4  billed you for their services, correct?
5    A.  They billed Fieldale.
6    Q.  They billed Fieldale, okay.  So at this point,
7  you're past your deadline for having this unit up and
8  running, correct, by what would that be?  Wednesday,
9  Thursday, Friday, three days, September 19th?
10    A.  We should have been operating full capacity
11  from Monday.
12    Q.  Okay.
13    A.  But we could not.
14    Q.  Under entry "H," you indicate that you had
15  three additional people from Rob's Hydraulics come in to
16  give you a total of six men.  What did you need the
17  additional people from Rob's Hydraulics to do?
18    A.  We had from Sunday night until Monday morning
19  to change out 20 pumps, 20 hoses, put the oil back in the
20  system, start it up, and set it.
21    Q.  Okay.  And the invoice for the time for these
22  three men from Rob's Hydraulics, was that billed to
23  Fieldale?
24    A.  No, it was billed to me.
25    Q.  All right.  Did one of those three men include

29 (Pages 113 to 116)

May 26, 2005

| Page 117 | Page 119 |
|---|---|

**Page 117**

1 your son-in-law, Rob?
2    A.  Yes.
3    Q.  The pumps that you and these other five other
4 men took out of the unit and replaced, the old pumps,
5 where are they now?
6    A.  In my shop.
7    Q.  Have you personally or have you directed
8 anyone to inspect those old pumps?
9    A.  Yes.
10    Q.  Okay.  Have you personally inspected them?
11    A.  Yes.
12    Q.  All right.  And tell me what it is that you do
13 when you inspect a pump?  Do you take it apart?
14    A.  Disassemble it.
15    Q.  And have you disassembled all of them or just
16 some of them?
17    A.  Twenty.
18    Q.  All of them?
19    A.  Yes.
20    Q.  And what did you find when you disassembled
21 the pumps?
22    A.  Every one of them is destroyed internally.
23    Q.  And are the pumps in the same condition now as
24 when you inspected them?
25    A.  Yes.

**Page 118**

1    Q.  When did you do this inspection?  Was it
2 shortly after returning to Delaware on September 24,
3 2003?
4    A.  On the sheet that has the invoice or the time
5 and the motel bills, there's a date on the last entry of
6 that that indicates the time I went back down and
7 inspected the pumps with Livingston Haven personnel and
8 Rexroth and the plant.
9    Q.  So that's when you inspected the pumps?
10    A.  Yes.  Not all of them but we did four or five,
11 six, something like that.  I don't remember the quantity
12 but the rest were done at my shop.
13    Q.  Did you bring the pumps back with you when you
14 left in September?
15    A.  No.
16    Q.  Okay.  What happened to them?
17    A.  I crated them up, we sealed them until we
18 determined what this outcome was.  In that time, I gave
19 them permission to put them on a freight truck and ship
20 them back to me.
21    Q.  "Them" being who?
22    A.  Fieldale.
23        (Brief recess.)
24 BY MS. BEAM:
25    Q.  You still have in front of you, sir, a copy of

**Page 119**

1 Plaintiff's responses to Defendant Colony Insurance
2 Company's interrogatories.  I'm going to ask you to turn
3 to number seven please.  It's on page three.
4    A.  (Witness complies.)
5    Q.  Okay.  And the question reads, "For each
6 occasion you or your company returned suction hoses at
7 issue in this case to the manufacturer, provide," and
8 then under C, "the individual who initially noticed the
9 problem or raised a concern that warranted the return of
10 the hoses."
11        And the answer provided is:  "Keith Johnson, a
12 self-employed farmer."  Who is Keith Johnson and what has
13 he got to do with any of this?
14    A.  He is a friend of mine that stops by and talks
15 with us and he knew we was in a jam trying to get this
16 done, so he was helping us.
17    Q.  Okay.  Was this while you were still in your
18 shop up here?
19    A.  Yes.
20    Q.  All right.  And he initially noticed the
21 problem with the hoses?
22    A.  He was working with Al at the same time
23 putting them on.
24    Q.  Okay.  I think you mentioned Al Collins
25 doesn't work for you anymore?

**Page 120**

1    A.  No.
2    Q.  Whom does he work for?
3    A.  Self-employed.
4    Q.  Self-employed.  Do you know the name of his
5 company?
6    A.  Collins Welding.
7    Q.  All right.  And where is Collins Welding?
8    A.  In my shop.
9    Q.  It's in your shop?
10    A.  Yes.  I lease to him.
11    Q.  When did Al Collins start his own shop?
12    A.  I don't really know.
13    Q.  Was it long after this Fieldale Farms project?
14    A.  Prior to that.  And then he would work on me
15 on my payroll at times if I had a large project or
16 something.  If he had nothing to do.
17    Q.  So at the time of this Fieldale Farms project,
18 he worked for you part time?
19    A.  Yes.
20    Q.  And he leased space from Don's Hydraulics for
21 his own shop, Collins Welding?
22    A.  Yes.
23    Q.  All right.  What, Greg Knowles is the other
24 individual that traveled down to Georgia with you; is
25 that correct?

30 (Pages 117 to 120)

DON CATHELL
May 26, 2005

Page 121

1   A.  Yes.
2   Q.  What is Greg's profession or occupation?
3   A.  Self-employed serviceman for poultry industry.
4   Q.  Do you know what the name of his business is?
5   A.  Other than Greg Knowles, I don't know.
6   Q.  Where is Greg Knowles located?
7   A.  Wallace, North Carolina.
8   Q.  How do you get a hold of him if you need him?
9   A.  Cell phone.
10  Q.  And what was it that Greg was going to provide
11  for you that you or Alfred couldn't do on the Fieldale
12  Farms job?
13  A.  Just another body assistance.
14  Q.  Under interrogatory number seven, sub "D," the
15  question is "Whether you or your company was provided
16  with new replacement suction hoses?"  And the response
17  given is: "I did not receive any new replacement hoses
18  from Truck Tech Industries or Tipco Technologies either
19  time the hoses were returned."
20      From that, my question is:  Is it your belief that
21  at no time were the hoses actually replaced with new
22  hoses but rather the ends were just recrimped?
23  A.  That is my assumption, yes.
24  Q.  What about the one, the cracked sleeve, how
25  would you go about fixing that particular problem?  Would

Page 122

1   you have to have a new hose?
2   A.  No.
3   Q.  What would you do; just take off the sleeve
4   and put another one on?
5   A.  Yes.
6   Q.  So you don't have any real first-hand
7   knowledge regarding whether or not there were new
8   replacement hoses; this is an assumption that you were
9   making?
10  A.  By looking at the hoses when they came back,
11  it looked like they'd just been recrimped is all.
12  Q.  And you're going to have to explain for the
13  record how it is that you could ascertain that just by
14  looking at the hoses.
15  A.  The crimp marks were closer together; meaning,
16  they did not line up exactly as it was the first time
17  when they put it in the machine.
18  Q.  Okay.  Sir, can you tell me what if any
19  expressed warrantee that you allege that Truck Tech
20  provided to Don's Hydraulics in regards to the purchase
21  of these hose assemblies?
22  A.  Nothing in writing.
23  Q.  Okay.  How about not in writing, was there any
24  expressed warrantee given to you by Truck Tech in regards
25  to the purchase of these hose assemblies?

Page 123

1   A.  No.
2   Q.  And since the problems on the project at
3   Fieldale back in August 2003, are you now aware that
4   Truck Tech Industries in fact did not manufacture or
5   assemble these hoses that were provided to you?
6   A.  Yes, I'm aware of it.
7   Q.  And can you tell us for the record how it is
8   that you became aware of that?
9   A.  As I remember, when we had the first problem
10  with them turning.
11  Q.  Okay.
12  A.  The stems turning in the hose.
13  Q.  Okay.  When the stems turned in the hose, how
14  did you become aware that Truck Tech was not the one that
15  was assembling or manufacturing the hose assembly?
16  A.  Sean said he had to take them back to
17  Baltimore or wherever it was.
18  Q.  I see, okay.  When you look at the fittings on
19  the ends of any hose apparatus, can you tell if there's a
20  Trademark or emblem or anything like that on the ends of
21  these stems --
22  A.  Yes.
23  Q.  -- generally?  Okay.  Did you have occasion to
24  examine the fittings on these particular hoses that you
25  were attempting to use in the Fieldale Farms project to

Page 124

1   see whether or not there were any Trademarks or
2   indications of who manufactured the fittings?
3   A.  I don't recall doing it, no.
4   Q.  How about after the Fieldale Farms project and
5   the problems that you had, did you have occasion to
6   examine the fittings on the ends of the hoses that you
7   allege failed to see if there were any Trademark
8   indications or any manufacturer's demarcations on those
9   fittings?
10  A.  I may have.  I don't recall doing it.
11  Q.  Who is in possession of the hoses at this
12  point if you know?
13  A.  I'm in possession of three I think, and Truck
14  Tech is in possession of the rest.
15  Q.  Could I have this marked the next exhibit.
16      (Document marked for identification as
17  Cathell-9.)
18  BY MS. BEAM:
19  Q.  Sir, I'm going to hand you a two-page document
20  that's been marked as exhibit number nine to your
21  deposition, and again, I'm going to represent to you that
22  this was produced by your counsel in response to request
23  for productions.
24      And at the top, it says, "Common policy
25  declaration."  And the first question is have you ever

31 (Pages 121 to 124)

Page 125

1  seen that document before?
2      A.  Yes.
3      Q.  Okay.  As you know, Colony Insurance Company
4  is also a defendant in this case, correct?
5      A.  Yes.
6      Q.  All right.  And did Don's Hydraulics, Inc.,
7  hold an insurance policy with Colony Insurance at the
8  time of this loss in August 2003?
9      A.  Yes.
10      Q.  Was it your understanding that this policy of
11  insurance through Colony was a commercial general
12  liability policy?  That's what's indicated on the dec
13  sheet anyway.
14      A.  Yes.
15      Q.  All right.  Have you ever had to make a claim
16  through any general commercial liability coverage in
17  respect to failure of a hydraulic unit prior to this?
18      A.  No.
19      Q.  Okay.  Do you know what the policy limits were
20  of your Colony commercial general liability policy?
21      A.  Not right off, no.
22      Q.  Okay.  Did you or someone on your behalf of
23  Don's Hydraulics, Inc, pay the premiums for that policy
24  with Colony on time during the year of 2003?
25      A.  As far as I know, yes.

Page 126

1      Q.  Has anyone from Colony or anyone else
2  suggested to you that your company hadn't paid its policy
3  in the year 2003?  Hadn't paid its premiums?  I'm sorry.
4      A.  Not that I know of.
5      Q.  Did you or someone else on behalf of Don's
6  Hydraulics, Inc., submit a claim for this loss to Colony
7  Insurance?
8      A.  Yes.
9      Q.  And what response, if any, did Don's
10  Hydraulics receive after you submitted a claim for this
11  loss?
12      A.  As I recall, the agent told me that we were
13  not covered.
14      Q.  Did you ask why?
15      A.  Yes.
16      Q.  And what were you told?
17      A.  If I understood it right, it falls back on
18  each components manufacturer.
19          MR. KAPLAN:  I'm sorry.  Can you repeat his
20      answer please.
21          (Whereupon, the court reporter read
22          back the requested portion of
23          testimony.)
24  BY MS. BEAM:
25      Q.  Okay.  Did you ever have any conversation with

Page 127

1  your agent or anyone else regarding what, if anything,
2  would be covered under your general commercial liability
3  coverage with Colonial? (Sic.)
4      A.  Yes, but I don't remember exactly what she
5  told me this time.
6      Q.  Who did you have that conversation with; your
7  agent?
8      A.  Pam Busby.
9      Q.  Who's Pam Busby?
10      A.  Agent.
11      Q.  She's your insurance agent?
12      A.  Yes.
13          (Document marked for identification as
14          Cathell-10.)
15  BY MS. BEAM:
16      Q.  Sir, I've handed you what I've marked as
17  exhibit number ten which is entitled, "Project summary
18  report Fieldale Farms, Gainesville, Georgia.  Prepared on
19  October 4, 2003 by Tony Blackman for Fieldale Farms and
20  Don's Hydraulics."
21          And have you ever seen this document before?
22      A.  Yes.
23      Q.  All right.  My first question is at the very
24  end in my packet, there was an invoice from Fieldale
25  Farms attached to the report.  Does this belong with this

Page 128

1  report?  This invoice, would that have been prepared
2  by --
3      A.  -- one portion of it does.
4      Q.  Okay.  And what portion of the invoice is the
5  last page of exhibit number ten would belong to the
6  report?
7      A.  $16,569.50 I think it is.
8      Q.  The oil filtering --
9      A.  Expense.
10      Q.  -- expense?  Is Tony Blackman with
11  COT-Puritech?
12      A.  Yes.
13      Q.  I see.  And how is it that this report or
14  project summary report came to be prepared by Tony
15  Blackman for Don's Hydraulics and Fieldale Farms?
16      A.  He was their representative that came to the
17  plant.  Spoke with us or me and the plant personnel on
18  filtering the oil.  He was the one in charge of the crew
19  that came in.
20      Q.  Okay.  And the service that his crew provided
21  was the filtering of the oil in the system, cleaning out
22  the reservoir?
23      A.  Yes.
24      Q.  And was there anything else?
25      A.  That was it.

32 (Pages 125 to 128)

Page 129

1    Q.  Okay.  Have you ever in your career in the
2  hydraulic business had occasion to use the services of
3  COT-Puritech or another company like them prior to the
4  Fieldale Farms project?
5    A.  No.
6    Q.  Was this project summary report something, if
7  you know, that would ordinarily be produced by Puritech
8  or were they specifically asked by one of you to produce
9  this report?
10    A.  Tony told us when he talked with us, this
11  would be provided at the end.
12    Q.  Okay.  And who was it that chose COT-Puritech
13  for this project?
14    A.  They were recommended by Livingston Haven and
15  the decision was made by the plant and myself to bring
16  them in.
17    Q.  Now, did you know Tony Blackman before this
18  Fieldale Farms project?
19    A.  No.
20    Q.  Did you know anyone at COT-Puritech prior to
21  this Fieldale Farms project?
22    A.  No.
23    Q.  While Mr. Blackman's crew was doing their work
24  on the reservoir, the pumps had all been taken off of the
25  unit at that point?

Page 130

1    A.  We did it at the same time.
2    Q.  This 11, 12, and 13.
3         (Documents marked for identification as
4    Cathell-11 and Cathell-12 and Cathell-13.)
5  BY MS. BEAM:
6    Q.  You had indicated that you have maybe three
7  hoses in your custody at this point; is that correct?
8  Three hoses you had said?
9    A.  I believe that's correct.
10    Q.  Okay.  You have a few hoses --
11    A.  Yes.
12    Q.  -- in your custody at this point?  I'm not
13  going to hold you to the number.  What if any part did
14  you play in having those hoses tested?
15    A.  I was the one that tested them.
16    Q.  Okay.  And when did you decide to do that?
17    A.  When the insurance company contacted me that
18  they were sending an engineer in to test the hoses.
19    Q.  The insurance company being who; Colony?
20    A.  Yes.
21    Q.  And give me an idea of when that was.
22    A.  I don't.  I sent a fax to my attorney at the
23  time.
24    Q.  Okay.  I'm going to -- yeah, I don't want --
25    A.  Making him aware of the fact --

Page 131

1    Q.  -- guess.  Let me hand you that which is
2  exhibit number 11 which looks to be a fax sheet from you
3  to your attorneys; is that correct?
4    A.  Yes.
5    Q.  All right.  The date on that is what, sir?
6    A.  February 24, 2004.
7    Q.  Okay.  And is that the fax sheet that you were
8  referring to a moment ago saying that that's when you --
9    A.  Yes.
10    Q.  -- decided to have the hoses tested?  Okay.
11    A.  This was after they were tested.
12    Q.  Okay.  Who did you have do the testing?
13    A.  I did.
14    Q.  You did them yourself?
15    A.  He had no way to test them and didn't know
16  what to do with them.
17    Q.  Who didn't know how to test them?
18    A.  Anthony Cornetta.
19    Q.  Okay.  So you got the hoses from Anthony
20  Cornetta?
21    A.  I had the hoses -- oh.  Now, there was another
22  engineer prior to him and he took the hoses and --
23    Q.  Okay.
24    A.  -- this Anthony Cornetta brought them back and
25  that's when I did the testing for them because they had

Page 132

1  no way to test them.
2    Q.  May I look at that for one moment?  I think I
3  may have these out of order.
4    A.  (Witness complies.)
5    Q.  I did, okay.  Here we go.  I had them marked
6  incorrectly.  I'm going to hand you over exhibits 12, 13
7  and 11 and have you take a look at this for a minute.
8  And I'm going to represent to you that these are
9  documents that were produced by your counsel in response
10  to request for production, and see if that refreshes your
11  recollection as to the sequence of events --
12    A.  Yes.
13    Q.  -- with who had the hoses when and what was
14  done, okay?
15    A.  Okay.  (Witness complies.)
16    Q.  Have you had a chance to look at those?
17    A.  Yes.
18    Q.  All right.  And like I said, I think I had
19  these marked out of order but you have --
20    A.  Yes.
21    Q.  -- on top of your pile exhibit number 12,
22  correct?
23    A.  Yes.
24    Q.  And at the top of that document it states,
25  "Evidence transfer sheet S-E-A file number 603453, dated

33 (Pages 129 to 132)

DON CATHELL
May 26, 2005

Page 133

1  November 24, 2003"; is that correct?
2      A.   Yes.
3      Q.   All right.  Explain to me what this document
4  is or what it represents.
5      A.   Thomas Butler, the engineer sent by Colony
6  Insurance to examine the hoses and the pumps, requested
7  to take these four hoses with him for testing.  And this
8  was my record that he took the four hoses.
9      Q.   All right.  Now, it has hose marked one, two
10 and three, and an unmarked hose.  Are these numerals
11 something that you had put on the hoses that you could
12 tell them apart?
13     A.   No.
14     Q.   Who put the numbers on the hoses; do you know?
15     A.   I have no idea.
16     Q.   All right.  So did Mr. -- Dr. Butler examine
17 any of the pumps while he was at your shop?
18     A.   Very briefly.
19     Q.   Okay.  Tell me what you recall Dr. Butler
20 doing with pumps.
21     A.   I opened the crating and he looked into it,
22 looked over some of the parts and that was it.
23     Q.   Okay.  And did Dr. Butler do anything to or
24 with the hoses while he was in your shop?
25     A.   No.

Page 134

1      Q.   So all he did was he took the hoses with him?
2      A.   Correct.
3      Q.   All right.  Were you ever made aware of what
4  Dr. Butler's conclusions were in regards to either the
5  pumps or the four hoses that he took on November 24,
6  2003?
7      A.   No.
8      Q.   And it was your understanding that Thomas
9  Butler was sent to your shop by Colony Insurance?
10     A.   Yes.
11     Q.   And how did you come by that understanding?
12     A.   That's what he told me.
13     Q.   Okay.  Exhibit number 13 is a fax sheet from
14 Don's Hydraulics to Michael Tighe dated 2/19/04; is that
15 correct?
16     A.   Yes.
17     Q.   Have you seen this document before?
18     A.   Yes.
19     Q.   Was this originated from your office?
20     A.   Yes.
21     Q.   Okay.  What's the purpose of this fax that's
22 been marked as Exhibit-13?
23     A.   I received a phone call from Tony Cornetta
24 that he was hired to test the hoses but he had no way of
25 testing them and wanted to know if they could use my

Page 135

1  equipment to test them with.
2      Q.   Okay.  Now, did Tony Cornetta or anyone else
3  suggest to you that Mr. Cornetta was associated with
4  S-E-A or with Thomas Butler?
5      A.   Tony told me it was requested of him to do the
6  testing by Thomas Butler.
7      Q.   So was Tony Cornetta going to bring the four
8  hoses back that Dr. Butler had taken from you to test?
9      A.   Yes, he did.
10     Q.   And did he, in fact, bring those same four
11 hoses back?
12     A.   Yes, he did.
13     Q.   Were you in the shop when Mr. Cornetta came
14 back with the hoses to test them?
15     A.   Yes, I was.
16     Q.   Did you observe his attempts to test the
17 hoses?
18     A.   He made no attempt to test them.
19     Q.   Okay.  Tell me what happened when Mr. Cornetta
20 came back to your shop with the four hoses.
21     A.   He brought the hoses in and I took my
22 equipment and hooked up to it and showed him how they
23 were leaking, and he took several pictures showing the
24 leakage.
25     Q.   When did that occur that Mr. Cornetta came

Page 136

1  back to your shop and you tested the hoses?  Could it
2  have been --
3      A.   -- I assume the February the 24th.  That's, I
4  couldn't.
5      Q.   And you're referring to exhibit number?
6      A.   Eleven.
7      Q.   Eleven.  Which is a fax sheet from Don's
8  Hydraulics to Michael Tighe?
9      A.   Yes.
10     Q.   Dated February 24, 2004?
11     A.   Yes.
12     Q.   Explain to us what this document represents.
13     A.   I notified attorney Michael Tighe that Tony
14 had been.  We had tested the hoses.  He was there for
15 approximately an hour and a half, and the three hoses we
16 tested all failed.  And he took several photos.
17     Q.   Okay.  While I'm thinking of it, let me just
18 ask you this.  On page two of exhibit number -- what
19 number do you have in your hand, sir?
20     A.   Eleven.
21     Q.   Eleven.  It indicates it's an evidence change
22 of custody record and it's dated February 24, 2004.
23 S-E-A project number 603453.  And evidence was
24 transferred from Anthony Cornetta representing S-E-A,
25 Limited to Don Cathell representing Don's Hydraulics.

34 (Pages 133 to 136)

Page 137

1  And under description of evidence noting all
2  markings, it says, "Four hydraulic hoses labeled one, two
3  three and four." Did I read that correctly?
4  A. Yes.
5  Q. All right. Now, the evidence transfer sheet
6  that you had marked up indicating that Thomas Butler was
7  taking four hoses from you have hoses marked one, two and
8  three but the fourth hose was not marked.
9  Can you explain the difference in the fourth hose
10  marking? What happened there?
11  A. I don't know. That's unless he marked them up
12  himself; I don't know. I don't know how.
13  Q. "He" being Anthony Cornetta?
14  A. Thomas Butler.
15  Q. Thomas Butler, okay. And now, on the front
16  page of exhibit number 11, this fax that you had written
17  to your counsel, did you actually write out the comment
18  section; is that your handwriting?
19  A. Yes.
20  Q. Okay. Second sentence reads, "Tony was here
21  doing the testing approximately one and a half hours."
22  Did Tony actually do any of the testing?
23  A. No.
24  Q. Okay. So what you really meant was Tony was
25  there for an hour and a half watching you do the testing?

Page 138

1  A. Yes.
2  Q. All right. And at any time prior to
3  February 24, 2004, had you performed testing on any of
4  the hoses that are the basis of this claim?
5  A. Yes.
6  Q. When was that?
7  A. I don't recall the date.
8  Q. Okay. Was it after you came back from
9  Georgia?
10  A. Oh, yes. Yes.
11  Q. Did you make any notations or any
12  documentation about that testing of the hoses that you
13  performed after leaving Georgia and before February 24,
14  2004?
15  A. Yes.
16  Q. And where would those notes be now?
17  A. Should be in this stuff. (Indicating.)
18  Q. You believe that you gave those to your
19  counsel?
20  A. Yes.
21  Q. On how many occasions after leaving Georgia
22  and prior to February 24, 2004, had you performed any
23  testing on the hoses that are the subject of this claim?
24  A. One time.
25  Q. Okay. And on that one time in between those

Page 139

1  two dates, you recollect writing down notes when you did
2  this testing?
3  A. Yes.
4  Q. What types of things would you have recorded
5  when you did this prior testing of the hoses?
6  A. Sent a letter to Jim Biggs from TTI.
7  Q. When you say you sent a letter to Jim Biggs,
8  what would have been in that letter in regards to the
9  testing that you did?
10  A. That they failed on vacuum test and they
11  failed on pressure test.
12  Q. On the occasion prior to February 24, 2004,
13  and after leaving Georgia when you performed these tests,
14  was there anyone else present in the shop that observed
15  these tests being performed?
16  A. Yes.
17  Q. Who was that?
18  A. Al Collins, Harold Williams, myself.
19  Q. Anyone else?
20  A. That's all I recall now.
21  Q. Okay. Who is Harold Williams?
22  A. He's a contractor I use at times for small
23  jobs. He was just there visiting.
24  Q. What kind of contracting does Harold Williams
25  do?

Page 140

1  A. Painting.
2  Q. What's the name of his shop?
3  A. Nothing.
4  Q. Okay.
5  A. He doesn't have a name for it.
6  Q. Whereabouts does Harold Williams live?
7  A. Georgetown, Delaware.
8  Q. When you were doing the testing on the hoses
9  this time when Al Collins and Harold Williams were
10  present, did you make any notes or anything while you
11  were doing the testing?
12  A. No.
13  Q. Okay. How long after you tested the hoses
14  that time when Al Collins and Harold Williams were
15  present, did you write this letter to Jim Biggs about the
16  testing?
17  A. May have been the same day or the next day;
18  I'm not sure.
19  Q. Was there anything in the letter other than
20  telling Jim Biggs that you tested the hoses and they
21  failed?
22  A. As I recall, I think I had it broke down for
23  each hose, I think. I think I tested three of them and.
24  Q. The three hoses that you tested on this
25  particular occasion, not on February 24, 2004, were they

35 (Pages 137 to 140)

DON CATHELL
May 26, 2005

## Page 141

1 any of the same four hoses that were tested when Tony
2 Cornetta was at your shop?
3    A. Same hoses.
4    Q. Exact same hoses?
5    A. (Nods head.)
6    Q. Okay. Did you discuss with Mr. Cornetta -- am
7 I saying his name right -- why he or someone else at
8 S-E-A hadn't performed their own testing of the hoses?
9    A. He told me he did not have the equipment to do
10 it with and no way of -- no knowledge how to do it.
11    Q. So during the process on February 24, 2004,
12 you did the actual testing of the hoses?
13    A. Correct.
14    Q. Mr. Cornetta stood there and watched you?
15    A. Correct.
16    Q. Did you explain to Mr. Cornetta what kind of
17 testing you were doing?
18    A. He knew what it was. It was pressure testing.
19    Q. Okay. Mark this.
20    (Document marked for identification as
21 Cathell-14.)
22 BY MS. BEAM:
23    Q. Sir, I'm going to hand you a document that has
24 been produced by your counsel in response to request for
25 production. I've marked it as exhibit number 14.

## Page 142

1    And it's a letter to Truck Tech, Inc., from Don's
2 Hydraulics dated August 25, 2003. And have you seen that
3 document before, sir?
4    A. Yes.
5    Q. Okay. And did you draft that document?
6    A. Yes, I did.
7    Q. And is that your signature at the bottom?
8    A. Yes.
9    Q. Okay. Now, this is a letter dated August 25,
10 2003. That's the same day that the hydraulic units were
11 being loaded onto the truck and shipped to Florida or
12 Georgia, correct?
13    A. Yes.
14    Q. And what was the purpose of you sending this
15 letter on August 25, 2003 to Truck Tech?
16    A. Because of my concern with the problems we had
17 with the hoses at this point, and I wanted something
18 documented in case there was a problem.
19    Q. Okay. Now, you had indicated that when you
20 tested the hoses while Mr. Cornetta was in your shop on
21 February 24, 2004, it took you about an hour and a half
22 to do that testing; is that correct?
23    A. Yes, according to the -- what I had wrote
24 here.
25    Q. I'm sorry?

## Page 143

1    A. According to what I had wrote in Exhibit-11.
2    Q. Okay. Does that sound about right as you sit
3 here today?
4    A. Yes.
5    Q. Okay. Now, this letter dated August 25, 2003
6 indicates that you still had some concerns about the
7 suction hoses on the day that the units were being
8 shipped down to Gainesville, Georgia, correct?
9    A. Yes.
10    Q. What, if any, reason was there for you not to
11 take an hour and a half to test a couple of those hoses
12 before you shipped that unit down to Gainesville if you
13 had the ability and the knowledge --
14    A. -- I didn't. At that time, I had knowledge
15 but I didn't have the equipment to do it with them.
16    Q. What equipment did you not have in August of
17 2003 that you needed to test these hoses?
18    A. A two-and-a-half inch coupling and two-and-a
19 half inch plug, and a number 40 SAE plug.
20    Q. Okay. I dropped the second one there. You
21 said two-and-a-half coupling, two-and-a-half inch?
22    A. Plug.
23    Q. Plug. And an S-A-E plug?
24    A. No. A number 40 S-A-E.
25    Q. A number 40 S-A-E plug?

## Page 144

1    A. Uh-huh.
2    Q. This is like when we were talking about
3 before: You may know what this stuff is, I have no clue.
4 So where did you obtain these three items that you needed
5 to be able to test these hoses?
6    A. R.D. Grier Company and Thomkins, Incorporated.
7    Q. And when did you acquire these three items
8 that you say you needed in order to test these hoses?
9    A. I don't recall the exact dates.
10    Q. Why did you acquire these three items that you
11 needed for your shop in order to do this test?
12    A. To prove that the hoses did leak.
13    Q. How much did these items cost?
14    A. Between -- almost $200.
15    Q. It's getting late in the day and I may have
16 asked you before we broke for lunch and I apologize if I
17 did, but do you recall any conversations with Sean Swain
18 regarding testing that Tipco purportedly did upon the
19 hoses before you had shipped your final project down to
20 Gainesville?
21    A. As I stated before, I don't recall asking him
22 to have them tested but I may have. I don't recall.
23    Q. Okay. So then my question is just a little
24 different. Do you remember Mr. Swain or anyone from TTI
25 telling you that the hoses had been tested?

36 (Pages 141 to 144)

DON CATHELL
May 26, 2005

Page 145

1    A. He did. I don't recall exactly when, but I
2 know he did tell me.
3    Q. Okay. He did tell you that they had been
4 tested?
5    A. Yes.
6    Q. I'm trying to think of what's the best way to
7 do this. I guess let's mark this as the next one please.
8    (Document marked for identification as
9    Cathell-15.)
10 BY MS. BEAM:
11    Q. Sir, I'm going to hand you a two-page document
12 that's been marked as exhibit number 15. And on its top,
13 it says, "Don's Hydraulics, Inc." And it has dates and
14 expenses listed. I'm going to ask you to take a look at
15 that please.
16    A. (Witness complies.)
17    Q. Have you ever seen that document before?
18    A. Yes.
19    Q. All right. And who caused that document to be
20 compiled or produced?
21    A. I did.
22    Q. All right. And when did you cause that
23 document to be compiled or produced?
24    A. After I returned to from Georgia.
25    Q. Okay. What is represented on this two-page

Page 146

1 document?
2    A. Cost involved. Motel, meals, phone, travel,
3 labor. Changing out the pumps, and getting the unit
4 going again.
5    Q. Okay. The first page and it looks like half
6 of the second page have to do with labor and travel
7 expenses; is that correct?
8    A. Yes.
9    Q. All right. And is it your contention that
10 these expenses are over and above what was included in
11 the original proposal which included manpower to
12 supervise the start-up?
13    A. Yes.
14    Q. And is it your testimony that it cost Don's
15 Hydraulics $1,000 per man per day to have your employees
16 down on-site longer than was anticipated?
17    A. Yes.
18    Q. And do you -- does Don's Hydraulics have
19 documentation to that effect?
20    A. Just this one. (Indicating.)
21    Q. For example, who does the payroll for Don's
22 Hydraulics?
23    A. Anna Lee Cathell or Thompson.
24    Q. Is that your daughter?
25    A. Ex-wife.

Page 147

1    Q. Ex-wife? Your ex-wife does your payroll?
2    A. Keep it all in the family.
3    Q. Okie, dokie.
4    MR. KAPLAN: Is she doing it next month
5 too? For the record, somebody's getting remarried
6 next month.
7 BY MS. BEAM:
8    Q. And is Ms. Thompson an employee of Don's
9 Hydraulics?
10    A. Yes.
11    Q. So she's one of the three women that do the
12 office work for you?
13    A. Yes.
14    Q. All right. Is the payroll documented in some
15 way?
16    A. Yes.
17    Q. All right. And those documents would still be
18 available to you?
19    A. Not for this because this ain't been paid.
20    Q. Okay. Do your employees generally get paid
21 $1,000 per day?
22    A. That is what I charge per day at this time was
23 $1,000 a day away from the shop.
24    Q. I understand that's what you would charge a
25 customer. My question is do your employees get paid

Page 148

1 $1,000 per day for work that they do for Don's
2 Hydraulics?
3    A. No.
4    Q. For example, Al Collins back in August of
5 2003, how much did Mr. Collins receive in salary from
6 Don's Hydraulics for a day's work?
7    A. I don't have that recollection.
8    Q. Is that the type of record that your payroll
9 employee would have access to?
10    A. Yes.
11    Q. Is it safe to say that Mr. Collins would have
12 been paid substantially less than $1,000 a day back in
13 September 2003?
14    A. I think it was 700 or 750; I'm not sure.
15    Q. How about Greg Knowles, do you know how much
16 he was getting paid a day in wages by Don's Hydraulics
17 back in September 2003?
18    A. It would have been the same as Al Collins.
19    Q. Okay. What was 60 miles of travel for you and
20 your employees every day for?
21    A. Motel to the plant and back.
22    Q. And what was in Charlotte, North Carolina that
23 you had to travel to?
24    A. Livingston Haven.
25    Q. So you or one of your men actually took the

37 (Pages 145 to 148)

DON CATHELL
May 26, 2005

Page 149

1  pumps back to North Carolina?
2      A.  Yes.
3      Q.  Okay.  Who was it; do you recall?  That took
4  the pumps back to North Carolina?
5      A.  Greg Knowles.
6      Q.  Okay.  The next entry for 20 hydraulic pumps.
7  Were the pumps replaced twice?
8      A.  No.
9      Q.  Okay.  On the proposal, you have ten pumps.
10  Ten tandem Rexroth variable volume pumps; is that
11  correct?
12      A.  Yes.
13      Q.  So you needed ten pumps for the project; is
14  that correct?
15      A.  Ten tandem.
16      Q.  Ten tandem.  So a tandem pump is actually two
17  pumps?
18      A.  Yes.
19      Q.  All right.  So when it says 20 hydraulic
20  pumps, that's the same thing as saying ten tandem pumps?
21      A.  Yes.
22      Q.  Okay.  And am I reading this correctly that
23  you paid for hydraulic pumps on your what; business
24  MasterCard?
25      A.  Personal.

Page 150

1      O.  Personal MasterCard, all right.  So according
2  to this exhibit, that would bring your MasterCard
3  payments up to the neighborhood of $36,000; does that
4  sound about right according to this exhibit?
5      A.  Yes.
6      Q.  Okay.
7      A.  Plus interest.
8      Q.  I understand that.  What was paid for on your
9  MasterCard specifically?
10      A.  Pardon?
11      Q.  What is it that you paid the $36,000 for?
12      A.  Twenty pumps.
13      Q.  How did the remainder of the $51,429.02 get
14  paid then?
15      A.  I borrowed the money in January to finish
16  paying it.
17      Q.  Okay.  So they gave you the pumps on the
18  $36,000, what down payment; is that the arrangement?
19      A.  They were going to run the card again the next
20  day for the balance but that filled it up.
21      Q.  Oh, I see.  Okay.  And then at the very bottom
22  of the second page, I think you had touched on this
23  before when we were talking about inspection of the
24  pumps --
25      A.  Yes.

Page 151

1      Q.  -- in Georgia.  And the date on there is
2  10/31/03.  Is that the first time, 10/31/03, that you
3  personally would have inspected the pumps after they had
4  failed when you tried to start up this project in
5  September of 2003?
6      A.  Yes.
7      Q.  So this five days at $1,000, that includes
8  your travel time by car, correct?
9      A.  Yes.
10      Q.  How much time did you actually spend at the
11  inspection meeting in Georgia for the pumps?
12      A.  One day.
13      Q.  Okay.  And what was the purpose of that pump
14  inspection meeting?
15      A.  Try to verify the problem.  Why they failed.
16      Q.  Okay.  Who met with you in Georgia for this
17  pump inspection meeting?
18      A.  Livingston Haven and Rexroth.
19      Q.  Okay.  So representatives from those two
20  companies?
21      A.  Yes.
22      Q.  Do you have any recollection of who those
23  representatives were at this time?
24      A.  I don't have their names, no.
25      Q.  Is there any kind of documentation that was

Page 152

1  produced pursuant to that meeting?
2      A.  No.
3      Q.  No letters were exchanged afterwards or
4  anything like that?
5      A.  No.
6      Q.  I think you had indicated in earlier testimony
7  that after this meeting in Georgia for the pump
8  inspection on October 31, 2003, you had given permission
9  to Fieldale Farms to send you the pumps back; is that
10  right?
11      A.  Yes.
12      Q.  Was that done in writing or over the phone?
13      A.  Phone.
14      Q.  When you had this document that's been marked
15  as Exhibit-15 compiled, it was your intention to have
16  this billed to whom as far as the manpower expenses are
17  concerned?
18      A.  The insurance company.
19      Q.  Okay.  The insurance company meaning --
20      A.  Colony.
21      Q.  -- your carrier, Colony; is that correct?
22      A.  Yes.
23      Q.  Okay.
24          (Document marked for identification as
25  Cathell-16.)

38 (Pages 149 to 152)

DON CATHELL
May 26, 2005

## Page 153

1  BY MS. BEAM:
2      Q.  Sir, I've had marked as exhibit number 16 a
3  letter from your counsel, Mr. Tighe to Ms. Lackovitch of
4  Argonaut Group, and it's dated March 5, 2004.  It was
5  produced by your counsel in response to request for
6  production.  I'm going to ask you if you've ever had
7  occasion to see that document before?
8      A.  Yes.
9      Q.  Okay.  I'm just trying to get a handle on your
10  damages claim at this point, okay.  Let me see this for a
11  second.
12      A.  (Witness complies.)
13      Q.  This is March 5, 2004, okay.  I'm really just
14  skipping to the second to the last paragraph regarding
15  outstanding expenses.  He references outstanding expenses
16  in the amount of $92,000 and change for repairs expenses
17  that you had incurred; is that correct?
18      A.  Yes.
19      Q.  All right.  Are those the expenses that you
20  had enumerated on exhibit number 15 that he's referring
21  to as your outstanding expenses --
22      A.  Yes.
23      Q.  -- related to repairs?
24      A.  Yes.
25      Q.  Are there any other expenses that are not

## Page 154

1  listed on exhibit number 15 that would be included in
2  that $92,168 figure?
3      A.  There a Fieldale invoice.
4      Q.  That's attached to this next letter, okay.  So
5  you believe there might be some other items involved in
6  that.  Let me just -- we'll come back to that in one
7  second, okay.
8      A.  Okay.
9      Q.  He's also referencing this invoice from
10  Livingston and Haven for replacement of the defective
11  pumps in the amount of $15,357.74.
12      A.  92,000 I believe is these two (indicating)
13  which includes the 15,000 and 84,000 is the Fieldale
14  invoice.
15      Q.  Let's have this marked.  This Fieldale invoice
16  was already part of the exhibit that was the report of
17  Mr. Blackman, correct?  Exhibit number ten.
18      A.  (No response.)
19      Q.  Here we go.  This is the last page of exhibit
20  number ten and it says, "Fieldale Farms invoice."  Is
21  that the invoice that you're referring to?
22      A.  Yes.
23      Q.  Where does the $84,000 figure come from since
24  the invoice is for over a $100,000?
25      A.  The 16,000-and-odd dollars has been paid by

## Page 155

1  Colony.
2      Q.  Okay.
3      A.  Directly to Fieldale.
4      Q.  I see.  So the outstanding invoice from
5  Fieldale then is --
6      A.  -- the 100 less the 16.
7      Q.  Gotcha.  Did you ever have occasion to discuss
8  with anyone at Fieldale this invoice?
9      A.  Yes.
10      Q.  Okay.  Can you explain to me what the invoice
11  is for then?  I can barely read my copy.
12      A.  The labor the plant furnished which was the
13  maintenance personnel assisting us on changing out the
14  pumps, filtering the oil, and all the work that was done.
15  The first two numbers as far as for their labor.
16      I'm not sure what the additional labor expense
17  is.  The next three numbers is lost production due to the
18  fact we had to shut some lines down and send employees
19  home, so they lost production time and sales.
20      Freight expense was the air freight to ship
21  the pumps in.  The filters was filters or no.  That's the
22  filtering expense, 16.  And the last item, the filter
23  expense was filters they purchased to change out the
24  filters on the equipment after the oil was filtered, so
25  we started up with clean filters on all the equipment.

## Page 156

1      Q.  Do you recall with whom at Fieldale Farms you
2  discussed their specific charges that are included on
3  this invoice?
4      A.  Yes.
5      Q.  Who did you discuss that with?
6      A.  Claude Owens or Claude Sullens.
7      Q.  Okay.  He was the general manager?
8      A.  Yes.
9      Q.  The week after that initial weekend when you
10  tried to get the hydraulic unit up and running down at
11  Fieldale Farms, there were maintenance personnel that
12  worked for Fieldale Farms assisting you?
13      A.  Yes.
14      Q.  How many maintenance employees of Fieldale
15  Farms were assisting you during that week?
16      A.  I don't recall how many.
17      Q.  Was there more than one?
18      A.  Yes.
19      Q.  Was there more than ten?
20      A.  I don't really know.
21      Q.  Okay.  What hours were you working at Fieldale
22  Farms during that subsequent week to try and get this
23  unit up and running?
24      A.  About 16 hours a day or more.
25      Q.  Were there maintenance personnel at Fieldale

39 (Pages 153 to 156)

KARASCH & ASSOCIATES
800-621-5689

DON CATHELL
May 26, 2005

## Page 157

1  Farms assisting you for those entire 16-hour shifts?
2      A.  Oh, yes.
3      Q.  For how many days or weeks were you working
4  the 16-hour shifts accompanied or assisted by Fieldale
5  Farms maintenance employees?
6      A.  Eight to ten days at least.
7      Q.  What were these maintenance employees that
8  were employees of Fieldale Farms doing to assist you
9  during all those hours?
10     A.  Carrying pumps. Hooking up hoses. Whatever
11 we had to do as far as changing the pumps out and getting
12 oil back in.
13     Q.  Okay. I thought that's what you brought the
14 three guys down from Rob's Hydraulics to help you do:
15 Change the pumps out, right?
16     A.  They were also.
17     Q.  Okay. Is that a specialized kind of job:
18 Changing out these pumps on these hydraulic units?
19     A.  Not specialized really, no.
20     Q.  So how many men did you have working with you
21 at one time to switch out these pumps for the new pumps?
22     A.  Six plus.
23     Q.  Okay. And it took -- is it your testimony
24 that it took six-plus men eight to ten days working
25 16-hour shifts to switch out eight pumps?

## Page 158

1      A.  No, not the actual change out, no.
2      Q.  Okay. What in addition to the actual change-
3  out did the maintenance personnel that worked at Fieldale
4  Farms have to help you do?
5      A.  Carrying the pumps by hand. Put the pumps on
6  by hand.
7      Q.  Isn't that all part of the actual change-out
8  of the pumps?
9      A.  Yes. They were helping.
10     Q.  Okay.
11     A.  Putting down Sta-Dry to clean up the oil on
12 the floor. Changing out hoses. Putting on hoses.
13     Q.  I'm just trying to get a handle on what could
14 have been $50,000 worth of labor that was provided by
15 Fieldale Farms maintenance personnel in helping you to
16 switch out these eight pumps.
17     A.  That was for the entire two weeks we were down
18 there. They assisted us for everything we did.
19     Q.  Okay. Mark this.
20         (Document marked for identification as
21 Cathell-17.)
22 BY MS. BEAM:
23     Q.  Sir, exhibit number 17 is a three-page
24 document. It is a two-page typewritten letter from your
25 counsel, Mr. Tighe dated March 24, 2004 to Rob Lyons of

## Page 159

1  Tipco and James Biggs of Truck Tech. And the third page
2  is a handwritten computation it looks like of expenses
3  that was attached to this letter when I received it as a
4  production by your counsel.
5          Have you seen any of those three pages of that
6  document before?
7      A.  Yes.
8      Q.  Okay. You're looking at the third page of
9  Exhibit-17 right now. Is that your handwriting?
10     A.  No.
11     Q.  Do you know whose handwriting that is?
12     A.  No.
13     Q.  Okay. Do you know where those computations
14 came from?
15     A.  Hmm.
16     Q.  Not really?
17     A.  Yes.
18     Q.  Okay. Where did those computations come from?
19     A.  From the two invoices Don's Hydraulics and
20 Fieldale.
21     Q.  Okay. On page two of the letter dated March
22 24, 2004, your counsel has indicated that the total
23 damages suffered by Don's Hydraulics is in the amount of
24 $191,704.16 exclusive of interest. Did I read that
25 correctly?

## Page 160

1      A.  Yes.
2      Q.  All right. Is that your understanding of the
3  total damages that are being claimed by Don's Hydraulics
4  in this matter?
5      A.  Yes.
6      Q.  Okay. Of that total amount, $84,177.90 is the
7  balance remaining on this Fieldale Farms invoice that we
8  were just discussing, correct?
9      A.  I would assume, yes. Without figuring it out.
10     Q.  Okay. And assuming that your counsel or
11 someone in his office did the arithmetic correctly, the
12 $92,168.52 is the amount of damages that you had totaled
13 up on exhibit number 15 which had your manpower,
14 additional expenses and the pump and your subsequent trip
15 for the pump inspection?
16     A.  Yes.
17     Q.  Okay. Were you provided any additional
18 documentation regarding the expenses that Fieldale Farms
19 alleges that it incurred and that had been supplied on
20 this invoice?
21     A.  No.
22     Q.  So your knowledge regarding the amounts on
23 this invoice come from this invoice and the discussion
24 that you had with Mr. Sullens?
25     A.  Yes.

40 (Pages 157 to 160)

DON CATHELL
May 26, 2005

Page 161

1    Q.  All right. And to your knowledge, the
2  remainder of this invoice other than the 16,000 and some
3  that was paid to Puritech is still pending?
4    A.  Yes.
5    Q.  All right. You or someone at Don's Hydraulics
6  however does have some kind of backup documentation to
7  verify the damages that total $92,000-and-some-odd cents
8  that are contained in exhibit number 15; is that correct?
9    A.  I have documentation for the meals and the
10 motels.
11   Q.  Okay. Do you have documentation of the
12 invoices for the 20 hydraulic pumps that you purchased?
13   A.  I'm sure I do.
14   Q.  Okay.
15   A.  It'd be invoiced to Rob's though, not to me
16 because they had to go through him.
17   Q.  Was that invoice paid by either Don's
18 Hydraulics or Rob's Hydraulics?
19   A.  It was paid from us, from Don's Hydraulics to
20 Rob's Hydraulics to Livingston Haven.
21   Q.  So the invoices or documentation of that would
22 be at Rob's Hydraulics?
23   A.  Yes.
24   Q.  And do you know the address of Rob's
25 Hydraulics or can you?

Page 162

1    A.  No, I'm not --
2    Q.  Can you give that information --
3    A.  -- not by memory.
4    Q.  -- can you give that information to your
5  counsel for us?
6    A.  Yes.
7    Q.  And as far as payroll expenses for your
8  employees in August and September of 2003, is that
9  information that would be available to your payroll
10 person that works at Don's Hydraulics; is that correct?
11   A.  Yes.
12   Q.  Okay. Again, I would ask that you ask your
13 employee to look that information up for you and have
14 that printed out in some form and provide that to your
15 counsel please.
16   A.  (Nods head.)
17   MS. BEAM:  And with that, gentlemen, I
18 believe that's all I have and given that it's 4:25
19 and we need to stop at 4:30, this may be as good a
20 place to stop as any; do you agree?
21   MR. KAPLAN:  That's fine.
22       (Witness excused.)
23   (Deposition adjourned at 4:25 p.m.)
24       - - -
25

Page 163

1        C E R T I F I C A T E
2
3  I, Joanne H. Gusler, a Notary Public and
4  Registered Professional Reporter, do hereby
5  state that prior to the commencement of the
6  examination,
7        DON CATHELL
8  was duly sworn by me to testify to the truth,
9  the whole truth and nothing but the truth.
10 I do further state that the foregoing is a true
11 and accurate transcript of the testimony as
12 taken stenographically by and before me at the
13 time, place and on the date hereinbefore set
14 forth.
15   I do further state that I am neither a
16 relative nor employee nor attorney nor counsel
17 of any of the parties to this action, and that I
18 am neither a relative nor employee of such
19 attorney or counsel and that I am not
20 financially interested in this action.
21
22
      Joanne H. Gusler
23    Notary Public, State of
      Delaware
24    Cert# 190-RPR
      Exp. 1/31/08
25

41 (Pages 161 to 163)