# EXHIBIT D

| SEA, Ltd.   PROJECT NO. 603453 | ISSUE DATE: March 29, 2004 |
|---|---|

# COLONY INSURANCE COMPANY
## Claim No. 25945
### Attention: Lisa Lackovitch
P.O. Box 85122
Richmond, Virginia 23285

# HYDRAULIC PUMP/HOSE FAILURE ANALYSIS

Insured: Don's Hydraulics, Inc.
Georgetown, Delaware



1110 Benfield Boulevard
Suites A-D
Millersville, Maryland 21108
410.987.1077 • 800.635.9507
Fax 410.987.1129
www.SEAlimited.com

SEA, Ltd.   PROJECT NO. 603453          ISSUE DATE: March 29, 2004

ATLANTA • BALTIMORE/WASHINGTON • CHICAGO • CLEVELAND • COLUMBUS • FORT LAUDERDALE • HOUSTON • JACKSONVILLE • ST. LOUIS • TAMPA

**S·E·A**

# TABLE OF CONTENTS

SECTION                                                                                           PAGE

I.     PROJECT SUMMARY ................................................................................ 1
         PROJECT ASSIGNMENT ............................................................... 1
         SCOPE OF PROJECT ..................................................................... 1
         CONCLUSIONS ............................................................................. 1

II.    PROCEDURES ........................................................................................... 2

III.   DISCUSSION ............................................................................................. 2
         INSPECTION ................................................................................. 2
         TESTING ....................................................................................... 4
         ANALYSIS .................................................................................... 7

IV.   SIGNATURES ............................................................................................ 8

**S·E·A**

# I. PROJECT SUMMARY

## PROJECT ASSIGNMENT

On November 10, 2003, SEA, Ltd. (SEA) was asked to investigate hydraulic pump failures that occurred on September 15, 2003 in Gainesville, Georgia. Allegedly, the failure was the result of a defective hose. This investigation was assigned to the direction of SEA Senior Technical Consultant Thomas W. Butler, Ph. D. as SEA Project No. 603453.

## SCOPE OF PROJECT

Specifically, SEA was asked to determine the cause of the pump failures.

## CONCLUSIONS

- The pump failures were the result of leaks in the hydraulic hoses.
- When tested, the hydraulic hose assemblies leaked at the interface of the female end, the hose, and the ferrule.

**S·E·A**

## II.    PROCEDURES

1. SEA reviewed several letters from Don's Hydraulics, Inc. to Truck Tech, Inc., dated August 25, 2003, November 3, 2003, and November 6, 2003.

2. SEA reviewed a letter from TIPCO Technologies, Inc. to TTI Dover (Truck Tech, Inc.), dated September 11, 2003.

3. On November 24, 2003, SEA inspected the hydraulic hoses and pumps at Don's Hydraulics, Inc. in Georgetown, Delaware.

4. On November 24, 2003, SEA interviewed Mr. Don Cathell, Owner/President of Don's Hydraulics.

5. On February 24, 2004, SEA participated in a pressure test of 3 hydraulic hoses at Don's Hydraulics, Inc. in Georgetown, Delaware.

## III.    DISCUSSION

### INSPECTIONS

Pumps

On November 24, 2003, SEA inspected the hydraulic hoses and pumps at Don's Hydraulics, Inc. in Georgetown, Delaware. The pumps were stored, some partially disassembled, in two large open shipping crates in the facility. One of the shipping crates indicated that Fieldale Farms Corporation, 1540 Monroe Drive, Gainesville, GA 30507, had shipped the pumps to Don's. The cardboard box containing six pumps is shown in **Figure 1**. Numbers one through five were marked in red paint on five of the pumps. The sixth pump had the number "42" in a fainter black marker on the housing. The wooden box contained partially disassembled portions of at least four pumps, three of which were marked four, five and six in red paint. Markings were not found on the other pump housings. **Figure 2** shows the disassembled pumps. A label on one of the pumps reads:

Brueninghaus Hydromatik GmbH
The Rexroth Corporation, Bethlehem-PA
Type AA10VSO140DR/31R-PKD62K21
Year 10/02
No. R902500056 Serial No. USA 4229477
Drive Speed 1800 rpm
Vg 140 cm³ DP 280 bar
Made in Germany

These are precision, high pressure, variable displacement swashplate pumps with a maximum displacement of 140 cm³/revolution (8.54 inches³/revolution). The specified maximum pressure of 280 bars is approximately 4000 psi.

**S·E·A**



**FIGURE 1:** Cardboard box containing six pumps.



**FIGURE 2:** The disassembled pumps.

**S·E·A**

### Hoses

According to Mr. Cathell, the subject 2 ½ inch hydraulic hoses are suction hoses. SEA took possession of four hoses, labeled I, II, III, and IV. Hoses I, II, and III have both a male and a female end; Hose IV has two female ends (**Figure 3**). After examination at SEA's Baltimore/Washington facility, they were taken to Georgetown, Delaware for testing.



**FIGURE 3:** Hoses I, II, III, and IV showing crimped end couplings.

## TESTING

On February 24, 2004, SEA participated in a pressure test of 3 hydraulic hoses at Don's Hydraulics, Inc. The testing setup consisted of a cap (**Figure 4**), which was screwed into the female end of the hose, and a pressure gauge, valve, and air supply (**Figure 5**), which was screwed onto the male end of the hose. In order to properly seal the female end of the hose, the cap used a standard 37° JIC male end. Hose I was pressurized to 105 psi. The capped end of the hose was placed into a container of water to check for leaks. A leak was present at the interface of the female end, the hose, and the ferrule. SEA could not determine if the leak was between the female end and the hose or the ferrule and the hose. Hose II was pressurized to 95 psi and Hose III was pressurized to 100 psi. In both tests there was a leak at the interface of the female end, the hose, and the ferrule. In these tests the male ends of the hoses were also placed into the water to check for leaks. The only leak was at the connection of the pressure gauge. **Figure 6** shows the air bubbles at

**S·E·A**

the interface of the female end, the hose, and the ferrule, indicating a leak in Hose III. These results are summarized below:

| Hose Identification | Male End | Female End |
|---|---|---|
| I | ~~No leak~~ NOT Tested | Leak at 105 psi |
| II | No leak | Leak at 95 psi |
| III | No leak | Leak at 95 psi |



**FIGURE 4:**   Cap for female end on the hydraulic hose.

- 5 -

**S·E·A**



**FIGURE 5:** Pressure gauge, valve, and air supply for male end on the hydraulic hose.



**FIGURE 6:** Air bubbles indicating a leak at the interface between the female end, the hose, and the ferrule in Hose III.

- 6 -



## ANALYSIS

SEA was not able to verify that the subject pumps were not functioning properly when they were installed in Georgia because they had been shipped back to Don's. However, it is well known that pumps of this type are sensitive to the quality of the hydraulic fluid being pumped. Some concerns regarding hydraulic fluids include the presence of solid contamination particles, water, and air bubbles. Mr. Cathell indicated to SEA that the subject pumps failed and that their troubleshooting steps determined that air was getting into the system because of leaking hydraulic suction hoses.

The hydraulic hose couplings are attached to the hoses using a crimping method. A ferrule is placed over the end of the hose. A stem, with either a 2 ½ inch 37° JIC straight female end or a 2 ½ inch NPTF male pipe thread end, is inserted into the end of the hose. A machine is used to reduce the diameter of the ferrule simultaneously along its length, squeezing the hose between the ferrule and the stem, resulting in a crimped end coupling.

**All three of the hose-coupling assemblies leaked at the interface of the female end, the hose, and the ferrule.** SEA was not able to apply a negative pressure to the hose assemblies, but the leaks with positive pressure indicate that they would likely leak with negative pressures applied as well.

Information obtained from the pump manufacturer includes the following statements in their Installation and Start-up of Axial Piston Units Guide:

> **Causes of Air Bubbles in the Fluid**
> Air bubbles contained in the fluid can cause irritating noise (cavitation), malfunctions and damage to the system. The following are the main causes for the formation and retention of air bubbles in the fluid:
> ...
> -Negative pressure areas not airtight (e.g. suction lines, pumps, throttle valves).

Since suction hose assemblies were found to be leaking, these leaks are the likely source of the air in the system. **The reported pump failures are consistent with leaks in the hydraulic suction hoses.**



## IV. SIGNATURES

SEA hereby certifies the expressed opinions and conclusions have been formulated within a reasonable degree of professional certainty. They are based upon all of the information known by SEA as of the time this report was issued, as well as knowledge, skill, experience, training, and/or education.

Report Prepared By:                               Report Reviewed By:

_____                   _____
Thomas W. Butler, Ph. D.                          Anthony D. Cornetto, III
Senior Mechanical/Materials Consultant            Technical Consultant

SEA, Ltd. PROJECT NO. 603453          ISSUE DATE: March 29, 2004

- 8 -