IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Don's Hydraulics, Inc. | : | |
|     Plaintiff | : | Civil Action No.: 04-1275 KAJ |
| | : | |
| vs. | : | |
| | : | |
| Colony Insurance Company and | : | |
| Truck Tech Industries, Inc., and | : | |
| Tipco Technologies, Inc. | : | |
|     Defendants | : | |

**DEFENDANT, COLONY INSURANCE COMPANY'S RESPONSE TO CO-DEFENDANT TRUCK TECH INDUSTIRES, INC. AND CO-DEFENDANT TIPCO TECHNOLOGIES, INC. MOTIONS TO PRECLUDE TESTIMONY OF THOMAS BUTLER, Ph.D.**

Defendant, Colony Insurance Company, hereby responds to Co-Defendant, Truck Tech Industries, Inc. and Co-Defendant Tipco Technologies, Inc. Motions to Preclude the Testimony of Thomas Butler, Ph.D., and avers that Co-Defendants' Motions are baseless and must be denied. The reasons therefore are more fully set forth in the accompanying Answering Brief.

FIGIOLA & FACCIOLO

/s/ Anthony A. Figliola
Anthony A. Figliola, Jr. (I.D. #957)
1813 Marsh Road, Suite A
Wilmington, DE 19810
(302) 475-0460
Attorney for Defendant Colony Insurance Company

Dated: 10/18/05

ZARWIN BAUM DEVITO KAPLAN SCHAER TODDY

/s/ Joseph M. Toddy
Joseph M. Toddy
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 569-2800