IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Don's Hydraulics, Inc.** | : | |
|      **Plaintiff** | : | Civil Action No.: 04-1275 KAJ |
| | : | |
| **vs.** | : | |
| | : | |
| **Colony Insurance Company and** | : | |
| **Truck Tech Industries, Inc., and** | : | |
| **Tipco Technologies, Inc.** | : | |
|      **Defendants** | : | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Co-Defendant Truck Tech Industries, Inc. and Co-Defendant Tipco Technologies, Inc. Motions to Preclude Testimony of Thomas Butler, Ph.D. and responses thereto, it is hereby **ORDERED** and **DECREED** that said Motions are **DENIED**.

BY THE COURT

_____
The Honorable Kent A. Jordan