IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Don's Hydraulics, Inc.** | : | |
| Plaintiff | : | Civil Action No.: 04-1275 KAJ |
| | : | |
| vs. | : | |
| | : | |
| **Colony Insurance Company and** | : | |
| **Truck Tech Industries, Inc., and** | : | |
| **Tipco Technologies, Inc.** | : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

I, Anthony A. Figiola, do hereby certify that on this 18th day of October, 2005, copies of Defendant, Colony Insurance Company's Response to Co-Defendant Truck Tech Industries, Inc. and Co-Defendant Tipco Technologies Inc. Motions to Preclude Testimony of Thomas Bulter, Ph.D. was served on the following by first class U.S. Mail, postage pre-paid:

Michael Tighe, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031

Cindy Beam, Esquire
Reger & Rizzo, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

Gary Kaplan, Esquire
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899

FIGIOLA & FACCIOLO
/s/ Anthony A. Figiola
Anthony A. Figiola, Jr. (I.D # 957)
1813 Marsh Road, Suite A
Wilmington, DE 19810
(302) 475-0460
Attorney for Defendant Colony Insurance Company