IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Don's Hydraulics, Inc. | : | |
|     Plaintiff | : | Civil Action No.: 04-1275 KAJ |
| | : | |
| vs. | : | |
| | : | |
| Colony Insurance Company and | : | |
| Truck Tech Industries, Inc., and | : | |
| Tipco Technologies, Inc. | : | |
|     Defendants | : | |

**DEFENDANT COLONY INSURANCE COMPANY'S APPENDIX TO BRIEF IN RESPONSE TO DEFENDANT TIPCO TECHNOLOGIES, INC'S MOTION FOR SUMMARY JUDGMENT**

TABLE OF CONTENTS

Deposition Transcript of Don Cathell ………………………………………………….. A1–A41

Deposition Transcript of Sean Swain …………………………………………………... B1–B45

Expert Report of Thomas Butler, Ph.D. ………………………………………………... C1-C10