# Exhibit "B"

1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF DELAWARE
 3                  -   -   -
 4    DON'S HYDRAULICS, INC.,  :  C.A. NO.
                               :
 5              Plaintiff,     :   04-1275 (KAJ)
                               :
 6         v.                  :
                               :
 7    COLONY INSURANCE         :
      COMPANY, TRUCK TECH      :
 8    INDUSTRIES, INC., and    :
      TIPCO TECHNOLOGIES,      :
 9    INC.,                    :
                               :
10           Defendants. :
11                  -   -   -
12               August 3, 2005
13                  -   -   -
14              Oral deposition of SEAN SWAIN,
      held in the offices of Tighe, Cottrell &
15    Logan, Suite 500, 704 North King Street,
      Wilmington, Delaware 19801, beginning at
16    10:33 a.m., on the above date, before Shenna
      M. Basye-Cara, a Professional Reporter and a
17    Notary Public in the State of Delaware.
18
19
                    -   -   -
20
            ESQUIRE DEPOSITION SERVICES
21          Suite 760, One Commerce Center
               12th & Orange Streets
22          Wilmington, Delaware 19801
                 (302) 426-9857
23
24
```

EXHIBIT

B-1

2

```
 1  APPEARANCES:
 2
 3     TIGHE, COTTRELL & LOGAN,
       P.A.
 4     BY: MICHAEL K. TIGHE, ESQUIRE
       Suite 500, First Federal Plaza
 5     P.O. Box 1031
       Wilmington, Delaware 19899
 6     (302) 658-6400
       Representing the Plaintiff
 7
 8     ZARWIN, BAUM, DEVITO, KAPLAN,
       SCHAER, TODDY, P.C.
 9     BY: DEVON F. SNELL, ESQUIRE
       Suite 1200
10     1515 Market Street
       Philadelphia, Pennsylvania 19102
11     (215) 569-2800
       Representing Defendant Colony
12     Insurance Company
13
       REGER & RIZZO, LLP
14     BY: CYNTHIA BEAM, ESQUIRE
       Suite 202
15     1001 Jefferson Plaza
       Wilmington, Delaware 19801
16     (302) 652-3611
       Representing Defendant Truck Tech
17     Industries, Inc.
18
       GOLDFEIN & HOSMER
19     BY: GARY H. KAPLAN, ESQUIRE
       Suite 1110
20     222 Delaware Avenue
       Wilmington, Delaware 19801
21     (302) 656-3301
       Representing Defendant Tipco
22     Technologies, Inc.
23
       ALSO PRESENT: JAMES BIGGS
24
          - - -
```

4

```
 1   Swain-7  8/15/03 Packing Slip to TTI
         From Tipco and 8/18/03 Invoice to
 2       TTI from Tipco and 8/19/03 Tipco
         Sales Draft Slip        84
 3
     Swain-8  8/15/03 Packing Slip to TTI
 4       From Tipco (duplicate of Exhibit-7) 84
 5   Swain-9  9/30/03 Delivery Return
         Confirmation Note to TTI from
 6       Don's Hydraulics        84
 7   Swain-10  Defendant Truck Tech
         Industries, Inc.'s Answers to
 8       Co-Defendant Colony Insurance
         Company's Interrogatories      84
 9
     Swain-11  Defendant Truck Tech
10       Industries, Inc.'s Answers to
         Plaintiff's Interrogatories    84
11
     Swain-12  Timeline Written by J.
12       Biggs as Dictated by S. Swain from
         Diary Notes (Exhibit-3)        84
13
     Swain-13  Duplicate Copy of Diary
14       Notes of S. Swain (Exhibit-3)   99
15
16
17
18
19
20
21
22
23
24
```

3

```
 1          - - -
 2        I N D E X
 3          - - -
 4   EXAMINATION OF: Sean Swain
 5   BY MR. TIGHE...................5, 163
 6   BY MR. KAPLAN................83, 166
 7   BY MR. SNELL.....................151
 8   BY MS. BEAM......................160
 9
10
11
12          - - -
13        E X H I B I T S
14          - - -
15
     NO.    DESCRIPTION       PAGE
16
     Swain-1  Notes of J. Biggs       5
17
     Swain-2  8/22/03 & 8/27/03 Invoices
18       To TTI from Tipco       5
19   Swain-3  Diary Notes of S. Swain   5
20   Swain-4  8/21/03 Letter to Tipco
         From S. Swain        73
21
     Swain-5  4/12/04 letter of T.
22       Bombick         76
23   Swain-6  7/30/03 Purchase Order to
         Tipco from TTI       84
24
```

5

```
 1          - - -
 2         (Exhibits Swain-1, Swain-2,
 3      and Swain-3 were marked for
 4      identification.)
 5
 6         SEAN SWAIN, after having been
 7      duly sworn, was examined and
 8      testified as follows:
 9          - - -
10        EXAMINATION
11          - - -
12   BY MR. TIGHE:
13      Q.    My name is Michael Tighe.
14   I'll be taking your deposition this morning.
15   If at any time I ask you a question which
16   you don't understand, would you please let
17   me know so that I can rephrase the question?
18      A.    Uh-huh. Yes.
19      Q.    You have to say yes or no.
20      A.    Yes.
21      Q.    All right. And is there
22   anything that would interfere with your
23   giving a deposition today?
24      A.    No.
```

EXHIBIT

tabbies

B-2

2 (Pages 2 to 5)

**6**

1   Q.   Medical problems or any --
2   A.   No.
3   Q.   -- situation -- all right.
4   What is your full name?
5   A.   Sean Douglas Swain.
6   Q.   What is your address?
7   A.   7079 Cannon, C-A-N-N-O-N,
8   Road, Bridgeville, Delaware.
9   Q.   How old are you?
10   A.   I'll be 38 August the 8th.
11   Q.   What's your educational
12   background?
13   A.   I have an associate's degree
14   out of -- for general business.
15   Q.   From what school?
16   A.   Delaware Technical Community
17   College in Georgetown.
18   Q.   Were you born and raised in
19   Delaware?
20   A.   Sussex County, yeah,
21   Bridgeville.
22   Q.   Tell us about your employment
23   history from the time you left school.  Just
24   generally, what have you done?

**7**

1   A.   I've worked construction --
2   you need specific company names?
3   Q.   No.  I just want a general
4   idea.
5   A.   Construction, UPS, then I got
6   involved in the power transmission industry
7   and hydraulic industry and worked for three
8   companies.
9   Q.   What were those companies?
10   A.   Power Trans in Bridgeville and
11   then I worked for Applied Industrial
12   Technologies in Salisbury, and then with
13   Truck Tech Industries.
14   Q.   Now, you said you were
15   involved in hydraulics?  Did I understand
16   that correctly?
17   A.   Yes.  Power Trans is where I
18   first started doing that where you start
19   making hoses.
20   Q.   And did you continue it with
21   your second employer that you mentioned?
22   A.   Yes.
23   Q.   Have you continued it with
24   Truck Tech?

**8**

1   A.   Yes, at a greater rate of
2   making hoses.  Yes.
3   Q.   What are your duties with
4   Truck Tech?
5   A.   Basically, I'm the general
6   manager of my specific area in the
7   companies.  There's two companies in the
8   office and I'm the controller, basically, of
9   my area for hydraulics and power
10   transmission.
11   Q.   Mr. Biggs is present here
12   today; is that correct?
13   A.   That's correct.
14   Q.   Who is Mr. Biggs?
15   A.   He's the president of the
16   company and owner of the company.
17   Q.   And is there another company
18   besides Truck Tech?  Because I understood
19   you to mention two different companies or
20   two -- two --
21   A.   There's another company not
22   even involved with the hydraulic business
23   that he owns.
24   Q.   I see.  Which is also at your

**9**

1   location?
2   A.   Yes.
3   Q.   But Truck Tech is the one
4   that's involved with hydraulics?
5   A.   Uh-huh.
6   Q.   Your answer is yes?
7   A.   Yes.  I'm sorry.
8   Q.   That's okay.  Now,
9   specifically, what does Truck Tech do?
10   What's the scope of its operation?
11   A.   To supply customers with
12   hydraulic hoses and also power transmission
13   products for the industrial field.
14   Q.   Truck Tech is a distributor?
15   A.   Uh-huh.  Yes, sir.
16   Q.   Does it manufacture anything?
17   A.   No, sir.
18   Q.   It -- it determines what its
19   customers need and then gets that from
20   various sources?
21   A.   Yes, sir.
22   Q.   Does it assemble anything?
23   A.   We do assemble products.
24   Q.   Give me an example of

**EXHIBIT**

B-3

3 (Pages  6 to 9)

10

1    assembling a product.
2        A.    Take a hydraulic hose, for
3    instance. I have a coupling, a fitting, and
4    the hose; put them together. We have a
5    crimper and I crimp them together.
6        Q.    You do that at your location?
7        A.    Yes, sir.
8        Q.    How long has Truck Tech been
9    in business?
10        A.    I believe it's over 15, if not
11    18 years.
12        Q.    Well, answer as best you can
13    from your own memory.
14        A.    I would say probably 18 years
15    or more.
16        Q.    How long have you been with
17    Truck Tech?
18        A.    Five and a half years.
19        Q.    Did you get any training when
20    you got to Truck Tech?
21        A.    Yes, sir.
22        Q.    Describe that.
23        A.    Basically, you come in and you
24    learn the equipment and the product that

11

1    they sell and -- you learn every day, but I
2    had two weeks of hard training on the
3    machine and the different style hoses and
4    fittings.
5        Q.    When you say "the machine,"
6    what machine are you referring to?
7        A.    The Omni -- the Gates Omni 21,
8    machine which does the crimping of the
9    hydraulic hoses.
10        Q.    Who did the training with you?
11    Who trained you?
12        A.    My coworker, John Derry, and
13    Jim Biggs has also helped.
14        Q.    Now, I asked you what the
15    scope of your work was and you, as I
16    understood it, said you were in charge of
17    your area, or words to that effect. But
18    what day to day do you do? What sort of
19    work do you do?
20        A.    I do -- take orders, I do
21    quotes, I sell products, I order products, I
22    receive in products, I ship products, I bill
23    out products.
24        Q.    Has there been any formal

12

1    training -- I know you get on-the-job
2    training every day, but has there been any
3    formal training outside of the workplace?
4        A.    On...
5        Q.    Any aspect of your job.
6        A.    Yes, sir.
7        Q.    Tell me about that.
8        A.    I've had training with my
9    other companies going to specific schools
10    for different vendors such as Martin
11    Sprocket & Gear. They have training on
12    sprockets and gears and screw conveyor
13    systems. Schools like that.
14        Q.    We're involved here today in a
15    matter that involves Don's Hydraulics and
16    events that occurred in the summer and fall
17    of 2003. Do you understand that to be the
18    case?
19        A.    Yes, sir.
20        Q.    Were your duties the same at
21    that period of time as they are now?
22        A.    Yes, sir.
23        Q.    Any changes at all?
24        A.    No, sir.

13

1        Q.    To your knowledge, has Truck
2    Tech been sued by anyone other than Don's
3    Hydraulics?
4        A.    Not to my knowledge, no.
5        Q.    Are you familiar with Don's
6    Hydraulics?
7        A.    Yes, sir.
8        Q.    How do you know Don's?
9        A.    I've known him for about
10    10 years, doing -- selling them products.
11        Q.    So going back even before you
12    worked for Truck Tech?
13        A.    Yes, sir.
14        Q.    What do you understand to be
15    the nature of Don's business?
16        A.    He's a fabricator, repairer of
17    hydraulic items. To my knowledge, they have
18    two divisions, one where Don is the
19    fabricator, one where Delmar, his son, does
20    the hydraulic rebuilding of items. And they
21    sell hydraulic items across the counter, as
22    we do too.
23        Q.    So would Don be a customer of
24    yours?

**EXHIBIT**

B-4

4 (Pages 10 to 13)

14

```
 1      A.   Yes, sir.
 2      Q.   While you've been at Truck
 3  Tech?
 4      A.   Yes, sir. Everywhere I've
 5  been, he's been my customer.
 6      Q.   So he kind of followed you?
 7      A.   Yeah. Wherever I go, I
 8  usually call my customers and let them know
 9  where I'm at.
10      Q.   Had he been a customer of
11  Truck Tech before you moved to Truck Tech?
12      A.   I'm not sure about that. I
13  don't believe so.
14      Q.   Okay. What sort of products
15  would Don's Hydraulics buy from Truck Tech?
16      A.   Hydraulic equipment such as
17  adapters and hydraulic hose and fittings.
18      Q.   Anything else?
19      A.   He's bought seals and jaw
20  couplings, hydraulic oils.
21      Q.   Have you been to Don's
22  Hydraulics' place of business?
23      A.   Yes, sir.
24      Q.   Many times?
```

15

```
 1      A.   Yes, sir.
 2      Q.   What has brought you there?
 3      A.   Just building business for my
 4  company and to help -- help my customer.
 5      Q.   Would you make sales calls on
 6  him or respond to his calls to you or how
 7  would it work?
 8      A.   Sales calls, and if he needs
 9  help on finding something, yes, I would help
10  him any way possible. That's my job.
11      Q.   Where is Truck Tech located?
12      A.   Fruitland, Maryland.
13      Q.   How far is it from Don's place
14  of business?
15      A.   I'd say 40 minutes.
16      Q.   Has Truck Tech had any
17  problems in the past with Don's Hydraulics
18  that you know of?
19      A.   No.
20      Q.   So this is the first problem
21  that you know about?
22      A.   Yes.
23      Q.   Did Don place an order with
24  Truck Tech for hoses and fittings back in
```

16

```
 1  August of 2003?
 2      A.   No. His son Delmar did.
 3      Q.   Do you recall the order, what
 4  transpired?
 5      A.   Yes.
 6      Q.   Tell us about it.
 7      A.   Originally I got a call a few
 8  months before that to get a quote for the
 9  same exact thing he ordered. He called in
10  around August, placing the order for the
11  2 1/2 inch hose and 2 1/2 inch male pipe and
12  2 1/2 inch female JIC couplings that go on
13  the hoses. I had to go over and get
14  dimensions of the hoses that he needed, so I
15  brought in a fitting of each style and
16  proceeded to -- when I got them in, to go to
17  Don's, and Don's put them on the machine and
18  we measured up the hoses and then I placed
19  the first order.
20      Q.   So Don's son places a
21  telephone order with you; is that correct?
22      A.   Yes, sir.
23      Q.   And then some time later you
24  go to Don's; is that correct?
```

17

```
 1      A.   Yes, sir.
 2      Q.   And it would be a matter of
 3  months, you think?
 4      A.   No. It would be probably --
 5  be probably weeks. Two weeks, something
 6  like that.
 7      Q.   And --
 8      A.   One to two weeks.
 9      Q.   Why did you go one or
10  two weeks later?
11      A.   Waiting for the fittings.
12      Q.   So the order was for hoses
13  that were 2 1/2 inches in diameter?
14      A.   Yes, sir.
15      Q.   A particular type of hose?
16      A.   Yes, sir.
17      Q.   What type of hose?
18      A.   Suction/discharge.
19      Q.   Was this used to -- in
20  hydraulics as a suction hose? Is that
21  correct?
22      A.   Yes. By what the books are
23  saying, it's used for suction/discharge.
24  And what I was told, it was used for
```

**EXHIBIT**

B-5

5 (Pages 14 to 17)

18

1 suction/discharge.
2    Q.    So there are different types
3 of hoses for different purposes?
4    A.    Yes, sir. Multitudes of
5 hoses. Yes, sir.
6    Q.    And then there were fittings
7 that were called for as well; is that
8 correct?
9    A.    Yes, sir.
10    Q.    Explain to us in layman's
11 terms, if you can, what these fittings were.
12    A.    One is a male pipe, which is a
13 standard kind of a thread, 2 1/2 inch. The
14 other one is what's called a JIC 37-degree
15 female swivel, and that basically has a
16 taper in it like this (indicating), about
17 37 degrees, and the outside nut is called a
18 female swivel. And the male counterpart
19 also has a taper up like this, which
20 counter-synchs together with the female and
21 gives you your seal.
22    Q.    When you were saying that
23 things tapered like this, you were gesturing
24 with your hands.

19

1    A.    A 37 degree.
2    Q.    So kind of a conical shape,
3 37 degrees? Is that -- would that be how
4 you'd describe it?
5    A.    Like a tapered form.
6    Q.    Had you dealt with those
7 fittings before?
8    A.    Not that size.
9    Q.    But that style?
10    A.    That style, yes, sir. Every
11 day.
12    Q.    All right. You waited for
13 these to come in, correct?
14    A.    Actually, I had to find them.
15    Q.    Okay. How did you go about
16 doing that?
17    A.    I called all my standard
18 suppliers. No one could help me because of
19 the female swivel 37 degree. And then my
20 partner at the time suggested Tipco. I
21 said, yes, I forgot about Tipco. Because
22 they're a well-known company for doing --
23 using industrial hoses. So I called them up
24 and was able to get the product through

20

1 them.
2    Q.    Was it because of the size
3 that there was a problem?
4    A.    The size -- the 2 1/2 inch
5 size is not a standard style size for
6 someone to keep in stock.
7    Q.    Had you dealt with Tipco
8 before?
9    A.    In the past I had at Power
10 Trans.
11    Q.    But not at Truck Tech?
12    A.    No.
13    Q.    Where is Tipco located?
14    A.    It's a town in Maryland. I
15 can't remember the name of the town.
16    Q.    Then something is delivered to
17 you from Tipco; is that correct?
18    A.    Yes.
19    Q.    And that is these two fittings
20 and a hose?
21    A.    No. Just the two fittings.
22    Q.    Two fittings. And then you go
23 to Don's?
24    A.    Uh-huh. Yes, sir.

21

1    Q.    And you bring the two fittings
2 with you?
3    A.    Yes, sir.
4    Q.    And you bring some hose?
5    A.    No, sir.
6    Q.    Just the two fittings?
7    A.    Yes, sir.
8    Q.    What happens at Don's?
9    A.    He takes the fittings. He
10 says: You write it down -- you write the
11 measurements down as we go to each pump.
12      He puts the fittings on the
13 areas that they connect to -- the ports, you
14 would say -- then he gives me a measurement
15 from where the hose would start on each side
16 of the fitting and I write it down: Pump
17 one, this size hose. Pump two, this size
18 hose.
19    Q.    About how long did that take?
20    A.    I was probably there a good
21 half an hour, 45 minutes.
22    Q.    Did you have any advice for
23 Don?
24    A.    No, sir.

**EXHIBIT**

tabbies

B-6

(Pages 18 to 21)

**22**

1  Q.   Any questions for him?
2  A.   No, sir. Not about the
3  project, no.
4  Q.   Did Don have any -- anything
5  to say to you other than just giving you
6  these dimensions as he measured?
7  A.   I believe he told me the time
8  span he had of the project.
9  Q.   Do you remember now what he
10 said?
11 A.   I -- not really, no.
12 Q.   Okay. What was it you were
13 looking at? Don was attaching fittings to
14 something. What was it that he was --
15 A.   His power unit where the hoses
16 -- or the steel tubes come down and connect
17 to the pumps, where they would end on a
18 certain side and then would need to be
19 connected to the pumps.
20 Q.   Do you know what this power
21 unit was intended to be used for?
22 A.   He told me it was in a chicken
23 plant, for a chicken plant power unit.
24 Q.   Had you seen anything like

**24**

1  A.   I brought up -- he had these
2  short -- a short section of hose and I -- my
3  boss, Jim, had been in there talking with
4  him and suggested an item, a way to make a
5  hose longer. Because of the hose being so
6  short, it would not fit into the area
7  because of the stems being so long inside
8  the hose that you don't have room for
9  flexibility, and my boss suggested to him to
10 make the hoses longer on a nice even loop
11 up. He did not do that.
12 Q.   Okay. Did he at some point
13 end up taking Mr. Biggs' advice?
14 A.   Yes, sir.
15 Q.   That was later on?
16 A.   That was later on. Yes, sir.
17 Q.   So when was Mr. Biggs there?
18 A.   I'm not sure, sir.
19 Q.   Was it before you had been
20 there or after this first visit you've been
21 telling us about?
22 A.   Before, I believe.
23 Q.   So Jim Biggs had been in to
24 talk to Don?

**23**

1  this before?
2  A.   No, not really. This was --
3  it was a large unit.
4  Q.   Had you seen something
5  comparable in a smaller size?
6  A.   Yes.
7  Q.   So it was not unfamiliar to
8  you --
9  A.   No.
10 Q.   -- in general, just --
11 A.   It was just larger. Very
12 large size.
13 Q.   All right. What did you do
14 after you left Don's?
15 A.   I believe I went outside and I
16 called my supplier and I told him the sizes
17 I would need, and I believe I called him the
18 next day to verify to get the order going.
19 Q.   Was there any question about
20 the -- about Don's measurements? That is,
21 did you have any advice for him about using
22 longer lengths of hose? I think I read
23 something about that in the records, or is
24 that something that comes later?

**25**

1  A.   He periodically stops by all
2  the customers to make sure they're okay.
3  Q.   So he talked to him about this
4  particular project?
5  A.   I believe so.
6  Q.   Now, you said you went outside
7  and contacted your supplier. That would be
8  Tipco?
9  A.   Yes, sir.
10 Q.   And you talked to them about
11 what the hose order would be; is that
12 correct?
13 A.   Yeah. I believe I talked to
14 Tim Bombick that day.
15 Q.   And also you would have to
16 order all the fittings at this time?
17 A.   Yes. I got back with him and
18 he was my supplier for all the hose and the
19 fittings.
20 Q.   So far you had only had two
21 fittings delivered; is that correct?
22 A.   Sample pieces. Yes, sir.
23 Q.   Sample pieces. And now you
24 would have to have -- how many would it be?

**EXHIBIT**

B-7

7 (Pages 22 to 25)

26

1    Twenty of each?
2        A.    I think it was 20 total.
3        Q.    Twenty total. Ten of each?
4        A.    Yeah. What would happen, it
5    would be 10 and 10, is what he could
6    initially give me.
7        Q.    Did that mean you were going
8    to use the two you already had and order --
9        A.    I believe I sent them back.
10       Q.    Why did you send them back?
11       A.    So he could use them for the
12   hoses.
13       Q.    I see. And you sent -- you
14   gave him the dimensions that Don gave you
15   for the hoses, correct?
16       A.    Yes, sir.
17       Q.    And placed the order?
18       A.    Yes, sir.
19       Q.    What happens next?
20       A.    I wait for the hoses to come
21   in, Steve King brings me the hoses, then I
22   bring them to Don's and he puts them on.
23       Q.    Who is Steve King?
24       A.    He's the Tipco rep in the

27

1    area.
2        Q.    Where did he deliver the
3    hoses? Was it to you?
4        A.    To my company in -- TTI in
5    Dover at the time.
6        Q.    In Dover. You spend part of
7    your time working out of the Dover office?
8        A.    Yes. That's been shut down.
9        Q.    I'm sorry?
10       A.    That has been shut down. Yes.
11       Q.    But it was open at the time --
12       A.    That's where I was the manager
13   of the facility. Yes.
14       Q.    When did it shut down?
15       A.    February '03, I believe.
16       Q.    February of '03 or '04?
17       A.    '04? I think it's '04.
18       Q.    Because we're talking here
19   about the summer of 2003.
20       A.    Yeah. It would be '04.
21       Q.    All right. And so Mr. King
22   delivers the hoses and fittings to the Dover
23   office?
24       A.    Uh-huh.

28

1        Q.    Your answer is yes?
2        A.    Yes. I'm sorry. Yes.
3        Q.    And then what happens?
4        A.    I take them to Don's and they
5    start putting them on right away.
6        Q.    Did you advise Tipco of the
7    purpose for these fittings and hoses, what
8    they were to be used for?
9        A.    Yes, sir.
10       Q.    I know it's obvious to you,
11   but for the record, tell us what you said.
12       A.    The initial quote that we had
13   done prior to the order, Delmar called me
14   and wanted 2 1/2 inch hose, 2 1/2 inch male
15   pipe, 2 1/2 inch female JIC swivels crimped
16   on hoses. That was the first quote. And
17   then September, or whenever -- in August he
18   placed the order and I went over it again
19   with Tim.
20       Q.    Was it -- did you make it
21   clear that these were to be suction hoses
22   and tell them what the application was?
23       A.    Yes, sir.
24       Q.    Now, let's talk about

29

1    inspection. Do you know whether Tipco
2    inspected these hoses and fittings before
3    delivering to you?
4        A.    I do not know.
5        Q.    You don't know for firsthand
6    knowledge?
7        A.    Firsthand knowledge if they
8    did or not, no.
9        Q.    You did not see them do any
10   testing?
11       A.    No, sir.
12       Q.    Did they tell you they did
13   testing?
14       A.    No, sir.
15       Q.    Did you have an expectation
16   with regard to testing by Tipco?
17       A.    Say that again now?
18       Q.    Did you have an expectation
19   with regard to testing by Tipco? Did you
20   think that Tipco was doing some testing
21   before delivering the product to you?
22       A.    I presume they would.
23       Q.    Why do you say that?
24       A.    Being they're a -- they're a

**EXHIBIT**

B-8

8 (Pages 26 to 29)

30

1 really well-known company, and knowing what
2 the application was, that maybe they would
3 do that. Some people do, some people don't.
4 I just thought they might.
5     Q. Did you have any discussion
6 with Tipco about testing?
7     A. Not at that time.
8     Q. What's your experience in the
9 industry? You've been in this industry for
10 a number of years. You're dealing here with
11 suction hoses. They're delivered by the
12 manufacturer to a distributor. What's the
13 expectation of the distributor of the
14 manufacturer with regard to inspection? I
15 don't know if you followed all that.
16     A. Say that again to me.
17     Q. Well, I preface it by saying,
18 you've been in this particular industry for
19 a number of years. That much is correct?
20     A. Yes, sir.
21     Q. All right. Do you have a
22 general expectation as a distributor with
23 regard to the manufacturer inspecting
24 suction hoses and fittings before delivering

31

1 them to you, you, the distributor?
2     A. *Usually I'd take it that*
3 *they're ready to go as soon as I get it,*
4 *because I take my vendor to have a proper*
5 *product for the proper application. So I*
6 *presume it's ready to go and to be used.*
7     Q. What do you mean by ready to
8 go?
9     A. Ready to be able to handle the
10 application.
11     Q. Does that mean it's been
12 inspected, in your mind?
13     A. It could be.
14     Q. *Did Truck Tech do any*
15 *inspection of its own of these hoses and*
16 *fittings before delivering them to Don's?*
17     A. *I looked them over and then*
18 *took them to Don's.*
19     Q. *Other than a visual*
20 *inspection, was there any other inspection*
21 *done?*
22     A. No, sir.
23     Q. Did you test to see whether
24 *the fittings were firmly attached to the*

32

1 hoses?
2     A. I looked at the ferrules and
3 the ferrules looked like they were crimped.
4     Q. You didn't test them manually,
5 though, did you?
6     A. No.
7     Q. Did you check to make sure the
8 order was correct in number and in dimension
9 and so on?
10     A. Yes, sir.
11     Q. And it appeared to be?
12     A. Yes, sir.
13     Q. All right. What happens next?
14 You take them to Don's.
15     A. Take them to Don's, get there,
16 he signs off on getting the product, and
17 then he gets his guy to get the hose and
18 starts putting them on.
19     Q. You say "his guy." Do you
20 know who it was?
21     A. I believe it was Chris at the
22 time, which -- I don't think he's no longer
23 there.
24     Q. *Were you there while Chris was*

33

1 doing the installation?
2     A. Yes, on part of them. Yes.
3     Q. All right. Did a problem
4 surface?
5     A. Yes. The small -- he made
6 smaller hoses, where Mr. Biggs suggested to
7 make the longer hoses, and he did end up
8 scrapping those and was going to get back to
9 me with the dimensions he needed for the
10 longer hoses.
11     Q. Okay.
12     A. And also, the -- when Chris
13 was putting them on, they were turning in
14 the -- some of the hoses were turning.
15     Q. So it was during this initial
16 installation that Don Cathell decided that
17 he should have taken Mr. Biggs' original
18 advice and so he ordered longer -- some
19 longer hoses. Is that correct?
20     A. Yes.
21     Q. And that meant that Don would
22 have to absorb the cost of those original
23 hoses that he was --
24     A. Yes, sir. He said he would

**EXHIBIT**

B-9



**34**

1  eat that section of the order.
2     Q.    By "eat that," you mean he's
3  going to --
4     A.    Eat the price.
5     Q.    He's going to absorb the cost.
6     A.    Yes, sir.
7     Q.    How many of those were there?
8  Do you recall?
9     A.    I believe there was five.
10     Q.    So the first thing that
11  happened, I guess, was that you then had an
12  order for five more hoses?
13     A.    After he had to make
14  measurements and calculations, then called
15  me.
16     Q.    So the second thing that
17  happened is that while installing the hoses,
18  it was discovered that something was
19  turning.
20     A.    Yes, sir.
21     Q.    Tell us again in layman's
22  terms, if you can, what was turning.
23     A.    The hose was actually
24  turning -- take this to be the stem of the

**36**

1  a few that did.
2     Q.    And that's a bad thing, isn't
3  it?
4     A.    Could be. Yes, sir.
5     Q.    Tell me why that's a bad
6  thing.
7     A.    Because you could have leaks.
8     Q.    And leaks are a bad thing?
9     A.    Yes, sir.
10     Q.    Again, I don't mean to sound
11  like Sesame Street here, but I want to make
12  sure everybody who reads this record
13  understands it, and it gets a little
14  technical. Why is it a bad thing for leaks
15  with suction hoses in a hydraulic
16  application?
17     A.    Well, you could have damage to
18  your environment, damage to the product.
19     Q.    The pumps?
20     A.    The pumps.
21     Q.    How could the pumps be
22  damaged?
23     A.    By not getting oil, I guess,
24  or getting oil -- you could get

**35**

1  fitting (indicating).
2     Q.    That's your right index finger
3  that you're holding out.
4     A.    Yeah.
5     Q.    I have to describe it for --
6     A.    The male pipe is here and the
7  female JIC (indicating), but you have a stem
8  that sticks out and the hose slides over and
9  gets crimped down. The actual hose can be
10  turned on the stems.
11         MS. BEAM:  Go ahead and try
12  and describe that, Mike.
13         MR. TIGHE:  Best of luck to
14  me.
15  BY MR. TIGHE:
16     Q.    Well, what you're describing
17  is a fitting that goes inside the hose which
18  is supposed to be crimped so that the hose
19  doesn't turn around that fitting. But,
20  apparently, the hose was turning around the
21  fitting --
22     A.    Yes.
23     Q.    -- is that correct?
24     A.    Not all of them, but there was

**37**

1  contaminates through the -- through the
2  lines.
3     Q.    The pumps are dependent upon a
4  vacuum system; is that correct?
5     A.    I believe they are. I'm not
6  too familiar with pumps.
7     Q.    All right. This turning that
8  you described, could this be done just by
9  people applying their hands and doing the
10  turning?
11     A.    At the time, no. I think I
12  tried it and no.
13     Q.    If Don says that the
14  fitting -- the hose could be turned around
15  the fitting just by hand, would you disagree
16  with that?
17     A.    It probably could if you were
18  strong enough.
19     Q.    Did you personally try each
20  one of these hoses to see if the stem turned
21  inside the hose?
22     A.    No.
23     Q.    Do you know if Don or Chris
24  did?

**EXHIBIT**

**B-10**

10 (Pages 34 to 37)

38

1    A.    I don't know if they did it
2  with their hands, but I saw Chris do it with
3  the tools he was using.
4    Q.    Was Don there as well?
5    A.    Yes.
6    Q.    And what did -- what did Don
7  say to you about this?
8    A.    He says, "We got a problem and
9  we need to fix it," and that was basically
10  what he said.
11    Q.    Okay. And did you disagree?
12    A.    Nope. I took all -- no, I did
13  not. Uh-uh.
14    Q.    You didn't disagree because --
15  it is correct that you didn't disagree
16  because, in your understanding, hose stems
17  should not have been able to turn inside the
18  hoses?
19    A.    That's correct, sir.
20    Q.    And it was a potential
21  problem.
22    A.    Yes, sir.
23    Q.    So Don rejected the hoses for
24  that reason.

39

1    A.    Oh, he looked at me and I
2  said -- yeah. He basically rejected them.
3  I -- but he looked at me and I told him what
4  we would do with them. So...
5    Q.    Did there need to be much
6  discussion about this or was it pretty --
7    A.    No.
8    Q.    It was pretty much automatic
9  between vendor and customer?
10    A.    Yes, sir.
11    Q.    So what did you say you would
12  do?
13    A.    Took all the hoses with me and
14  contacted Tipco to meet of giving them the
15  hoses and then the new dimensions needed for
16  the smaller ones to the larger.
17    Q.    Do you remember who you talked
18  to?
19    A.    Steve King, I believe, which
20  was the rep for Tipco.
21    Q.    What did Steve say about --
22  not about the different dimension hoses, but
23  the problem with the stem turning inside the
24  hose? What did he say about that?

40

1    A.    To my knowledge, I can't
2  remember.
3    Q.    Did he agree to take the hoses
4  back and --
5    A.    Yes. We set up a time to meet
6  at the McDonald's across the Bay Bridge.
7    Q.    Why did you do that? Is it
8  because it was a hurry-up to get the job
9  done?
10    A.    To get him the hoses because
11  Don needed to get the first unit done as
12  soon as possible.
13    Q.    Okay. So you met Steve King
14  at the Bay Bridge or near the Bay Bridge?
15    A.    Uh-huh. Yes, sir.
16    Q.    And gave him the hoses?
17    A.    Yes, sir.
18    Q.    Did you talk at that time to
19  him about inspection?
20    A.    Yes. I believe I did.
21    Q.    What did you say?
22    A.    I talked to him about the
23  dimensions of the hose -- the new hoses and
24  making sure that the hoses are checked or

41

1  tested. I think that's basically what it
2  was about.
3    Q.    Tested how?
4    A.    However. Pressure test or
5  vacuum-tested, I guess. However they do it.
6    Q.    Why did you say this?
7    A.    Because of the problem with
8  the hoses turning on the stems and...
9    Q.    Did Mr. King respond in any
10  way to that?
11    A.    He said, yes, we'll take care
12  of getting you five new hoses and taking the
13  ones back and looking over the other five,
14  meaning -- I don't -- you know, I don't know
15  where it goes after that.
16    Q.    You say the other five. How
17  many hoses are there altogether?
18    A.    The first batch is 10.
19    Q.    And then is there a second
20  batch?
21    A.    Yeah. There was a whole
22  'nother section of the unit not ready for
23  the hoses yet.
24    Q.    So the first batch is 10

**EXHIBIT**

B-11

11 (Pages 38 to 41)

42

1  hoses, 20 fittings?
2      A.    Yes, sir.
3      Q.    And then the second batch
4  would be the same amount?
5      A.    Yes, sir.
6      Q.    But we haven't even gotten to
7  the second batch yet.
8      A.    No, sir.
9      Q.    What's the next thing that
10  happens?
11      A.    He takes them, I leave, and I
12  go to the office, I believe, the next day.
13  I write -- I contact Jim, let him know the
14  situation of the hydraulic hoses spinning in
15  the stems, we write Tipco a letter with
16  concerns and wanting to make sure that they
17  do test the hoses, concerned with the
18  problems with, you know, the pumps being
19  there and the concerns of our customer, make
20  sure that he's taken care of. Then I get
21  the hoses. I meet -- I meet their driver
22  back about two days later or three days
23  later -- I can't remember the exact time --
24  and get the other hoses, the 10.

43

1      Q.    The first 10?
2      A.    The first 10. Well, the first
3  five, plus the new five.
4      Q.    Okay. And are you told
5  anything about inspection?
6      A.    In the meantime I had
7  contacted one of their inside -- I don't
8  know if you call them an engineer or a hose
9  maker. I can't remember his name. He said
10  that testing would be done. I did get a
11  report of 10 hoses, I believe, from an
12  inspection at the time, and I think that was
13  it. Because when the driver delivered them,
14  we just signed off on them and split. We
15  didn't talk.
16      Q.    Did that lead you to believe
17  that they hadn't been tested the first time?
18          MS. BEAM: Objection to the
19      form.
20          You can answer, if you can.
21          THE WITNESS: Say it to me
22      again, sir.
23  BY MR. TIGHE:
24      Q.    Did what you heard from Tipco

44

1  lead you to believe that the -- that this
2  testing was the first testing that had taken
3  place and that they hadn't been tested
4  before?
5      A.    My conversations led me to
6  believe that they test all their hoses.
7      Q.    So this testing that you're
8  talking about, was this the second testing
9  of these hoses, or don't you know?
10      A.    I don't know.
11      Q.    So you don't know whether they
12  tested them before or not?
13      A.    First time, no. I don't know.
14      Q.    You don't know. And you
15  didn't see them do this second testing?
16      A.    No, sir.
17      Q.    You just got a report that it
18  was done.
19      A.    Yes, sir.
20      Q.    What was the testing that was
21  done?
22      A.    I believe it was pressure and
23  vacuum at 150 PSI for 10 minutes.
24      Q.    With what result?

45

1      A.    That they're ready to go.
2  That they did not leak in that time span.
3      Q.    Was there testing of the
4  crimping to see if the hoses -- if the stems
5  still moved inside the hoses?
6      A.    I do not know.
7      Q.    Did you inspect in any way
8  when you had the hoses delivered to you?
9      A.    Looked them over again and
10  took them to Don's.
11      Q.    Did you do any testing of your
12  own?
13      A.    No, sir.
14      Q.    You took them to Don's. What
15  happened?
16      A.    Basically, I went right from
17  the Bay Bridge, because in a hurry for
18  Don's. Went right to Don's. He put them
19  on. Now, the new sections where they used
20  to be smaller, built to the new one, worked
21  great. I don't believe there was any more
22  turning of the hoses at the time.
23      Q.    If I told you that Don's
24  recollection is there was turning again of

EXHIBIT

B-12

2 (Pages 42 to 45)

46

1 the hoses, would you disagree with that or
2 don't you remember?
3      A.   I would not disagree. It
4 could have been. I can't remember.
5      Q.   Was there -- did some of these
6 hoses have to get taken back a second time
7 to Tipco and done again?
8      A.   I believe so on maybe one or
9 two in the first batch and then in the
10 second batch.
11      Q.   Was there again this problem
12 of turning -- the stems turning inside the
13 hose or the hose turning around the stems?
14      A.   Which part? Any of the
15 batches?
16      Q.   The later batches, not the --
17 we already talked about the first time.
18      A.   Uh-huh.
19      Q.   So I'm talking about a second
20 or subsequent time.
21      A.   Yes. There was more problems.
22      Q.   With this turning problem?
23      A.   Yeah, it could be. Yes.
24      Q.   Okay. Was there also a

47

1 problem with one of the ferrules being
2 cracked?
3      A.   Yes, sir.
4      Q.   When did that occur?
5      A.   That would be late afternoon
6 on I think a Saturday after I picked up the
7 batch. I got a call as soon as I got home
8 from delivering them. Don was telling me we
9 had a problem, we got a cracked ferrule, and
10 I went back that -- right away.
11      Q.   Did Don indicate this was how
12 it was delivered to him with this cracked
13 ferrule?
14      A.   Basically, they had put it on
15 and found the cracked ferrule.
16      Q.   What is a ferrule, by the way?
17      A.   That is a collar that goes
18 around the stem of the fitting. It goes
19 over the hose, then you put the stem in the
20 hose, and supposedly the -- the ferrule is
21 to be pressed down or crimped down over top
22 of the hose, which, in turn, crimps over top
23 of the stem, which gives you the crimped
24 effect.

48

1      Q.   Do you know whether Tipco
2 provided new hoses to you or simply
3 recrimped the old ones?
4      A.   I do not know.
5      Q.   Did you ever find out?
6      A.   No.
7      Q.   There was some discussion in
8 the record about different ways of attaching
9 these fittings. One was crimping and then
10 there are a couple of other methods. Are
11 you familiar with that?
12      A.   Yes, sir.
13      Q.   One is called banding?
14      A.   Yes, sir.
15      Q.   What is banding?
16      A.   It's where you put your --
17 there's round rings and they have a stem
18 coming off of them and they're real thin and
19 you have a tool and you put it over top of
20 the hose you put your stem in and you start
21 pulling it down and it -- what it does, it
22 draws into the rubber which, in turn, pulls
23 the rubber down over top of the stem, which
24 gives you a banding effect.

49

1      Q.   Was there some suggestion to
2 Don to manufacture the hoses in that manner
3 instead of crimping?
4      A.   To Delmar there was. Yes,
5 sir.
6      Q.   And that was rejected?
7      A.   Yes, sir.
8      Q.   Why did -- why did Don's
9 Hydraulics reject that suggestion?
10      A.   I don't -- I don't know. The
11 son and the father told me they wanted
12 crimped-on only. I suggested the banding,
13 because Tipco suggested banding, and they
14 said, no, we want crimped -- Delmar's exact
15 words is, "Dad wants crimped-on only."
16      And also, Delmar -- Don also
17 with the hoses said he wanted crimped-on
18 only because he had no luck with banding.
19      Q.   Had he had bad luck with the
20 banding?
21      A.   In the past, I guess he has.
22      Q.   He had leaks, did he say?
23      A.   (Witness indicates.) He just
24 did not like the banding.

EXHIBIT

B-13

(Pages 46 to 49)

**50**

1    Q.    There's another method,
2  swaging or swaging?
3    A.    I think it's called swaging.
4    Q.    Swaging.  Do you know what
5  that is?
6    A.    It's where you have the hose
7  and also some sort of a collar and a stem,
8  and the outside ferrule basically is pressed
9  down over top of the hose and fitting.
10    Q.    Was that suggested by Tipco or
11  did Tipco just suggest banding?
12    A.    No.  They suggested the
13  banding.
14    Q.    When you told Tipco that the
15  customer wanted crimping, did Tipco then
16  indicate it would -- it could do the job
17  with crimping?
18    A.    Yes.  Tim told me -- he said:
19  We can definitely do crimping.
20    Q.    Now you've gotten to the point
21  where you've picked up the order from near
22  the Bay Bridge and you've taken it to Don's
23  and then, apparently, you get a phone call
24  about this ferrule being cracked?

**51**

1    A.    Yes, sir.
2    Q.    And maybe still more turning
3  of the stems inside the hoses.  Do I have
4  this correct so far?
5    A.    As far as my knowledge is, it
6  was just the stem being cracked, which you
7  could turn the hose around that because it's
8  cracked.
9    Q.    So what happens next?
10    A.    I rushed right over.  I go in
11  and look at it.  I said, "You got an
12  overcrimped fitting."
13        Of the way it was split, you
14  could just tell it was overcrimped, because
15  if you press too far it will crack.
16    Q.    Well, I know that means
17  something to you, but for us, tell us what
18  "overcrimped fitting" means.
19    A.    It means you're putting too
20  much pressure on crimping the ferrule.  It
21  can only go so far, because you have rubber
22  meeting metal to metal and it can only be
23  compressed so far where you would get
24  out-pressure, and that would split the

**52**

1  ferrule.
2    Q.    This ferrule is made of, what,
3  brass?
4    A.    I believe it's steel, sir.
5    Q.    Steel.  And it's been split in
6  some fashion?
7    A.    After the crimping.  I presume
8  it was split from the crimping.
9    Q.    From -- from what Tipco did?
10    A.    I believe so, sir.  Yes.
11    Q.    All right.  What happens next?
12    A.    I told them what I thought it
13  was.  I took that hose with me.  That was
14  the only hose I took.  I tried to get ahold
15  of Tipco and I believe they were at a party
16  and I called Steve King, which is the rep.
17  He was at a school, I believe.  I got -- he
18  finally called me back.  We set a plan up
19  for the next day, Sunday, for me to meet him
20  at his facility in Maryland, which I did
21  that Sunday morning, and he had a -- one of
22  his top guys come in that makes hoses for
23  him -- I'm not sure of his name -- and they
24  redid that end.

**53**

1    Q.    So it was, to the best of your
2  knowledge, same hose, new fitting?
3    A.    To my knowledge, it is the
4  same hose, new ferrule, same fitting.
5    Q.    Any testing?
6    A.    No, sir.
7    Q.    You were there?
8    A.    Yes, sir.
9    Q.    They didn't test?
10    A.    No, sir.
11    Q.    You came away with that new
12  hose, correct?
13    A.    Yes, sir.
14    Q.    And where did you go with it?
15    A.    Well, I went right to Don's.
16    Q.    What happened?
17    A.    I gave it to Don and I left.
18    Q.    Now, as I understand where we
19  are right now, we've got 10 hoses delivered
20  to Don's, but there's 10 more to go.  Is
21  that correct?
22    A.    No.  You're already in the
23  second batch.  We got 20.
24    Q.    Oh, this cracked ferrule is in

**EXHIBIT**

**B-14**

14 (Pages 50 to 53)

54

1    the second batch?
2        A.   Yes, sir.
3        Q.   All right.  Now, we discussed
4    the possibility of there being a second
5    incident of hoses -- of stems twisting --
6    turning -- the hoses turning around the
7    stems.  Was that in the first batch or the
8    second batch?
9        A.   First batch.
10       Q.   So there were two separate
11   incidents of this turning situation?
12       A.   To my knowledge -- well, it
13   could be considered that, yes.
14       Q.   Now, Don's got all the hoses
15   and do you see him doing the attachment or
16   do you just leave?
17       A.   I believe they started putting
18   it on and I just left.
19       Q.   What's the next thing you
20   heard, if you can recall?
21       A.   I'm not sure how long it was.
22   He was going to, I think in the next day or
23   two, leave to go to take it -- I got a --
24   can I talk to my counsel real quick?

55

1            MS. BEAM:  No.  Once you start
2        your testimony, you really can't.
3        You can only testify as to what you
4        recall.  If you don't recall, just
5        tell him you don't recall.
6            THE WITNESS:  Okay.  I'm not
7        sure how long it was after I got --
8        I was at my boss' house for a
9        birthday party.  I got a call in the
10       afternoon around -- I think it was
11       around 12, 12:30, possibly, from
12       Don.  It was wherever he was at, the
13       place they were putting in the power
14       unit:  "Sean, we got a problem.
15       I've got oil in the tank.  The pumps
16       aren't running and I've got leaks."
17           In turn, I went to Jim, told
18       Jim what the situation was.  He told
19       me to get ahold -- try to get ahold
20       of Tipco, which I tried to get ahold
21       of Tipco.  In the meantime, me and
22       Don were talking.  We both said:
23       I'll try to work it on my side, you
24       try and get it fixed on your side.

56

1        You try to find somebody that does
2        hoses in the area.
3            I couldn't get ahold of Tipco.
4        Later that day, I believe I called
5        Don.  He didn't answer the phone.  I
6        got ahold of him a little later.  He
7        said he got the situation taken care
8        of.  That's all I know.
9    BY MR. TIGHE:
10       Q.   You told him to get new hoses?
11       A.   No, I did not.
12       Q.   Well, I heard something about,
13   try to find a -- someone in the area who
14   supplied hoses.  Did I misunderstand?
15       A.   He wanted to try to find -- he
16   wanted to try -- he told me to find out from
17   Tipco what they could do for me -- for him,
18   and then, in turn, he would look in his area
19   for somebody that can fix or recrimp the
20   same hoses and/or make him new hoses.  So on
21   his side, he was trying his way; on my side,
22   I was trying to work it for him also.
23       Q.   And what you were trying to do
24   is get in touch with Tipco --

57

1        A.   Yes, sir.
2        Q.   -- and see if something could
3    be done.
4        A.   Yes, sir.
5        Q.   And you were unable to get in
6    touch with Tipco?
7        A.   That's correct.
8        Q.   How many times did you try to
9    contact Tipco?
10       A.   I think I tried the office,
11   which was late on -- I think it was a
12   Saturday.  Nobody would answer.  I tried
13   them once and I think I tried Steve King,
14   which is the rep, his cell phone number.  I
15   think I tried him two or three times.
16       Q.   Did you give Don any advice
17   about what to do, other than what you've
18   told us so far?
19       A.   No, sir.
20       Q.   There was some -- something in
21   the record about Don taping the area around
22   the fittings.  Are you familiar with that?
23       A.   I heard he did that.  Yes.
24       Q.   Did he tell you he was going

**EXHIBIT**

B-15

15 (Pages 54 to 57)



58

1 to do that?
2    A.   No, sir.
3    Q.   You didn't know he was going
4 to do that?
5    A.   No, sir.
6    Q.   And you didn't suggest it to
7 him?
8    A.   No, sir.
9    Q.   Now, I understood you to say,
10 when Don called you, that he said he had oil
11 in the tank.
12    A.   "Sean, we have oil in the
13 tank."
14    Q.   What did that mean to you?
15    A.   That means he had started
16 filling his tank up with oil.
17    Q.   What does that mean?
18    A.   That means the big tank that
19 holds the oil for the production of the
20 company to run all systems has started to be
21 filled.
22    Q.   So that's the reservoir of --
23    A.   Reservoir. Yes, sir.
24    Q.   -- of hydraulic oil --

59

1    A.   Yes, sir.
2    Q.   -- that is needed for this --
3 to operate this system. Is that correct?
4    A.   As far as my knowledge is,
5 yes, sir.
6    Q.   And filling it would mean part
7 of the process of starting this system?
8    A.   I'm not sure about that, but
9 filling it is putting oil in it.
10    Q.   Would you understand that at
11 some point that would have to be done?
12    A.   Starting the system?
13    Q.   Well, to fill up that
14 reservoir and start the system.
15    A.   Yes, you would have to.
16 Uh-huh.
17    Q.   And you said something about
18 the pumps. Pumps aren't running or
19 something like that.
20    A.   No. He said, when he called
21 me: "Sean we got a problem. I got a little
22 bit of oil in the tanks. The pumps are not
23 running and we have leaks. All hoses are
24 leaking."

60

1    Q.   That's what he said to you?
2    A.   That's what he -- yep. That's
3 what he said to me.
4    Q.   The pumps were not running?
5    A.   The pumps were not running.
6    Q.   Did you have any discussion
7 with him about this?
8    A.   No, sir. I just told him I'd
9 try to get ahold of Tipco.
10    Q.   Did you say: Why aren't the
11 pumps running?
12    A.   I said -- when he told me, I
13 said, "You do not have the pumps running?"
14    "No, we do not have the pumps
15 running."
16    That was the only thing I said
17 about the pumps.
18    Q.   How did he know if there were
19 leaks if he wasn't running the pumps?
20    MS. BEAM:  Objection to form.
21    You can answer.
22    THE WITNESS:  Say it to me
23    again, sir?
24 BY MR. TIGHE:

61

1    Q.   How would anyone know if there
2 were leaks if the pumps weren't running?
3    A.   He said the down gravity --
4 the down-pull of the oil coming down the
5 pipes going into the hoses, it was just
6 gravity-fed leaks through the hoses.
7    Q.   I see. So the oil is leaking.
8    A.   Through the hoses.
9    Q.   All right. I had the idea
10 that maybe air was being allowed in through
11 the fitting. Were you told about that?
12    A.   No, sir. He said: Oil is
13 leaking out the hoses, all the hoses.
14    Q.   How many discussions did you
15 have with Don? Do you recall?
16    A.   On what day? That day?
17    Q.   Yes.
18    A.   I believe two.
19    Q.   What was the second
20 discussion? What was that?
21    A.   The second discussion was me
22 calling him, making sure he was up and
23 going, and he said: I found what I needed.
24 I'm good.

EXHIBIT

tabbies

B-16

16 (Pages 58 to 61)

**62**

1    Q.   Okay. Did you have any later
2  discussions with him on later dates?
3    A.   I believe I got -- I called
4  the next Monday and I talked to Delmar and
5  Delmar said: Dad will call you in a couple
6  weeks.
7         And in a couple weeks, I'm not
8  familiar after that.
9    Q.   We've been talking about
10  Delmar. Delmar Cathell --
11    A.   Yes, sir.
12    Q.   -- Don's son; is that correct?
13    A.   Yes, sir.
14    Q.   Did you have any idea what had
15  happened or --
16    A.   Just what he told me on the
17  phone, that he had leaks in the hoses.
18    Q.   There wasn't any further
19  discussion?
20    A.   I have no more knowledge about
21  the situation, sir.
22    Q.   Did Don call you in a couple
23  of weeks?
24    A.   I believe we had talked and he

**63**

1  had told me he had pump failures. That's as
2  far as I remember. I don't know how long
3  ago or how long after it was.
4    Q.   Did you go back to him to take
5  a look at the hoses?
6    A.   He had gotten everything back
7  and had all the hoses in boxes and we took
8  all the hoses back at the time.
9    Q.   So you went back to Don's
10  place of business?
11    A.   Just to pick up the hoses.
12    Q.   And you picked up 20 hoses?
13    A.   Yes, sir.
14    Q.   With the fittings on them?
15    A.   Everything is already
16  together. Yes.
17    Q.   And what did you do with them?
18    A.   I took them back to the shop
19  and called my boss, Jim Biggs, and we looked
20  at them and they were -- stayed in the shop.
21    Q.   Did you or Mr. Biggs or anyone
22  at Truck Tech do anything with the hoses
23  other than look at them?
24    A.   No, sir.

**64**

1    Q.   Do any testing?
2    A.   No, sir.
3    Q.   Did you have any -- anybody
4  come in and do any testing?
5    A.   No, sir.
6    Q.   So they just sat there?
7    A.   Yes, sir.
8    Q.   Did you allow any of the hoses
9  to go anywhere else, such as to Tipco?
10    A.   No, sir.
11    Q.   Did you have discussions with
12  Tipco about this fact that you now had these
13  20 hoses in your place of business?
14    A.   I believe -- I don't think I
15  talked to them any more. I believe Don
16  wrote them a letter and wrote us a letter.
17    Q.   Did Mr. Biggs take over
18  handling of this matter after this time or
19  did you continue to be involved?
20    A.   I believe Mr. Biggs pretty
21  much after that took over.
22    Q.   Did you have any further
23  involvement in this matter that we haven't
24  discussed so far, other than talking to your

**65**

1  counsel, generally, here about anything
2  else?
3    A.   Don's took back about three or
4  four, maybe five hoses to get tested. I
5  believe that's pretty much it.
6    Q.   Did Don call you up and say:
7  I need some of the hoses back?
8    A.   Him or Delmar did.
9    Q.   And you think they took about
10  four or five?
11    A.   There was two occasions I
12  believe they took three or four, maybe
13  another occasion where they took maybe two.
14    Q.   So you think it was a total of
15  five?
16    A.   I think I -- we counted out --
17  I think we have 12 left, I believe, and I
18  think -- it could have been eight. But
19  whatever -- whatever the difference of what
20  I don't have at the shop is what he took.
21    Q.   Whatever you don't have is
22  what Don took?
23    A.   Yes, sir.
24    Q.   What Don took back, had it

EXHIBIT

tabbies

B-17

17 (Pages 62 to 65)

66

1  been changed in any way from how it was when
2  you picked it up from Don?
3      A.  Oh, yes, sir.
4      Q.  How was that?
5      A.  It was painted gray and had
6  tape all over it.
7      Q.  I didn't ask a clear question.
8  I meant after you go back to Don and take
9  back all 20 hoses after this failure down in
10  Georgia, you have all 20 and then Don takes
11  back some number, you think as many as
12  eight.  Were there any changes made to those
13  eight hoses from the time you got them until
14  you gave them back to Don?
15      A.  No, sir.
16      Q.  So you gave them back to Don
17  just the way he gave them to you?
18      A.  Yes, sir.
19      Q.  The other 12 hoses are where?
20      A.  We have them in our store.
21      Q.  And are they sitting in boxes
22  or something?
23      A.  I believe they're in a box
24  upstairs.  Yes, sir.

67

1      Q.  Have any changes been made to
2  those?
3      A.  No, sir.
4      Q.  Has anybody taken any of them
5  and tested them?
6      A.  No, sir.
7      Q.  Are there any plans to do so
8  that you know about?
9      A.  I'm not sure, sir.
10      Q.  Anything else that happened in
11  this matter that I haven't asked you about
12  that you can recall at this time?
13      A.  When I went to get the hose
14  made at Tipco on -- the ferrier (phonetic)
15  hose, they -- when the ferrule was cracked,
16  when they remade the hose I asked them to
17  check to make sure it wasn't turning in --
18  over the stem.  So they checked it, it did
19  turn, so they recrimped it.  Then I left.
20      Q.  After it was recrimped did
21  they check it again?
22      A.  Yes.  It did not turn, then I
23  left.
24      Q.  When it turned, did it turn

68

1  just by using hands?
2      A.  No.  He used tools.
3      Q.  You didn't check it yourself?
4      A.  No.  I saw them.
5      Q.  I want to go over some
6  documents with you, but I just want to check
7  my list of questions first to see if there's
8  anything further I want to ask, so if you'll
9  just bear with me.
10      A.  Sure.
11      Q.  Do you remember how many trips
12  you took to Tipco in this total transaction?
13      A.  Tipco itself, the building,
14  was one.
15      Q.  Just the one time?
16      A.  To the building.
17      Q.  And meeting them at the Bay
18  Bridge?
19      A.  I believe it was twice.
20      Q.  Two times.  Okay.  Do you know
21  the total number of hoses you took back
22  overall?
23      A.  Overall, it would be --
24  overall, it would be 25.

69

1      Q.  But I meant take back to
2  Tipco.
3      A.  It would be 11, to my
4  knowledge.
5      Q.  Other than the time that you
6  described seeing the stem turn inside the
7  hose at Tipco, did you ever see any other
8  time when a stem turned inside a hose?  Did
9  you see it personally?
10      A.  Yes, sir.  I told you earlier
11  that I seen it when Chris was putting it on
12  the machine.
13      Q.  And how many hoses do you
14  think you saw?
15      A.  I believe it was two.
16      Q.  Any other times?
17      A.  No.  Other than the split
18  ferrule, no.
19      Q.  When you took these hoses back
20  to Tipco, what was their reaction?  What was
21  their response?  Did they say anything to
22  you about this?
23      A.  Not to my knowledge, no.
24  Just, we'll get you fixed up and get you

EXHIBIT
B-18

18 (Pages 66 to 69)

70

1   running, as far as I remember. Just small
2   chatter.
3       Q.    Let's go over a few documents.
4   Here's one that's been marked as Cathell
5   Exhibit-14. That was marked at Don's
6   deposition. Just take a look at this and
7   see if you can identify it.
8       A.    Yes, sir. I remember that.
9       Q.    Is there anything in this
10  letter, which is Cathell-14, with which you
11  disagree?
12      MS. BEAM: Are you asking in
13          terms of the facts that he's
14          testified to? Because I'm not going
15          to have him agree or disagree with
16          Mr. Cathell's liability statement in
17          this letter.
18          MR. TIGHE: Your objection is
19          noted. Thank you.
20          THE WITNESS: And what was the
21          question again, sir?
22  BY MR. TIGHE:
23      Q.    Do you disagree with any of
24  the facts that are found in Cathell No. 14

71

1   which you have in front of you, which you
2   just read?
3       A.    I don't believe so, sir.
4       Q.    It says a date of August 25,
5   2003. Does that seem to be at least
6   approximately the right -- the correct date
7   when this --
8       A.    Approximately, I would think
9   so.
10      Q.    Here's Cathell Exhibit-2.
11  Take a look at that and see if you can
12  identify it.
13      A.    Yes, sir. That's my invoice
14  to Don's.
15      Q.    That's from Truck Tech?
16  That's the invoice to Don's for the hoses
17  and fittings that we've been talking about
18  here this morning?
19      A.    Yes, sir.
20      Q.    And is that an accurate copy
21  of the original which might be in your
22  company's possession?
23      A.    Yes, sir. It looks pretty
24  good.

72

1       Q.    Now here's one that's been
2   marked as Swain No. 1. Take a look at that.
3           Have you had a chance to read
4   it?
5       A.    Yes, sir.
6       Q.    Do you recognize Swain No. 1?
7       A.    I believe so, sir.
8       Q.    What is it?
9       A.    I believe that was a letter
10  given me by Jim so I could properly write my
11  letter to Tipco.
12      Q.    It says: "These hoses are for
13  suction lines on a new/large HYD" -- I
14  assume that's hydraulic?
15      A.    Hydraulic.
16      Q.    -- "power unit. The
17  manufacturer is concerned that the stems
18  would twist in the hose after your crimping.
19  Please insure that these hoses do not suck
20  air, as this would destroy $15,000 worth of
21  hydraulic pumps."
22          Did I read that correctly?
23      A.    Yes, sir.
24      Q.    Is that Jim Biggs'

73

1   handwriting?
2       A.    I believe it is, sir.
3       Q.    How did this come about that
4   you received this document which has been
5   identified as Swain-1? How did that happen?
6       A.    I -- as soon as we found out
7   that the stems were turning -- I immediately
8   contact Jim with any problems that I have.
9   I contacted him with this and he suggested I
10  write a letter to Tipco and gave me some
11  familiarity on how to write my letter to
12  Tipco.
13      Q.    So these were kind of notes
14  that he prepared so you could write your
15  letter?
16      A.    Yes, sir.
17          MR. TIGHE: Now, let's see. I
18  want to -- let's go off the record
19  for a minute.
20          - - -
21  (Discussion held off the record.)
22          - - -
23      (Exhibit Swain-4 was marked
24  for identification.)

**EXHIBIT**

B-19

19 (Pages 70 to 73)

74

1           - - -
2    BY MR. TIGHE:
3        Q.    Now, here is a -- this is a
4    document marked Swain No. 4. Take a look at
5    that and see if you can identify that.
6        A.    Yes, sir. This is the letter
7    I wrote to Tipco.
8        Q.    Okay. Maybe you can just read
9    it into the record so we can talk about it
10   briefly.
11       A.    Sure. I wrote it to Tipco
12   Technologies, attention: Tim Bombick and
13   Steve King, with my PO representing 2626.
14           "Gentleman, thanks for the
15   help in getting my hose order complete.
16   Please keep in mind that these hoses are for
17   suction lines on a new/large hydraulic power
18   unit. The manufacturer is concerned that
19   the stems would twist in the hose after your
20   crimping. Please insure that these
21   hoses" -- and I have this underlined -- "do
22   not suck air as this would destroy $15,000
23   worth of hydraulic pumps with multiple units
24   on Power Unit.

75

1           "Again, thanks for your help
2    in this matter.
3           "Sincerely, Sean Swain,
4    operations manager in Dover."
5        Q.    That's written on TTI
6    letterhead?
7        A.    Well, it's a letter and I
8    stamped it with my stamp.
9        Q.    Okay. You stamped it?
10       A.    Yes, sir.
11       Q.    Did you mail this to Tipco?
12       A.    Yes, sir.
13       Q.    First-class mail?
14       A.    I'm not sure, sir.
15       Q.    You had a secretary do it?
16       A.    I probably would have done it
17   myself, sir.
18       Q.    Did you ever get a response
19   from Tipco about this letter?
20       A.    Yes. I believe Steve -- or
21   the owner, Rob Lyons, I believe, I think
22   sent back a response to that.
23       Q.    What did he say in response?
24   Do you recall?

76

1        A.    I believe -- when I read it, I
2    believe it said all -- I'm not exactly sure,
3    sir, but...
4        Q.    Give us your best recollection
5    of what --
6        A.    To my knowledge, he says: All
7    items supplied are tested to the abilities
8    of the hose, and the products we send should
9    do the job.
10       Q.    Okay.
11       A.    To the best of my knowledge.
12           MR. TIGHE: Let's mark this
13   one.
14           - - -
15           (Exhibit Swain-5 was marked
16   for identification.)
17           - - -
18   BY MR. TIGHE:
19       Q.    Here is Swain No. 5. Take a
20   moment to look at that. I'll find copies
21   for everybody.
22           Have you had a chance to read
23   that Swain No. 5?
24       A.    Yes, I read it, sir.

77

1        Q.    Have you ever seen that
2    before?
3        A.    No, sir.
4        Q.    What do you understand it to
5    be?
6        A.    That looks to be where we had
7    initially did a quote before the order was
8    placed.
9        Q.    This is some -- something that
10   Tim Bombick reportedly wrote?
11       A.    Yes. His name is --
12           MS. BEAM: Objection. I think
13   that calls for speculation.
14   BY MR. TIGHE:
15       Q.    Well, Tim Bombick's name is at
16   the bottom of it?
17       A.    Tim Bombick's name is at the
18   bottom.
19       Q.    In reviewing it, there any
20   fact with which you disagree?
21       A.    Yes, sir.
22       Q.    Tell me.
23       A.    Where it says: "Tank truck
24   hose assemblies."

**EXHIBIT**

B-20

20 (Pages 74 to 77)

78

1    Q.   Why do you disagree with that?
2    A.   Because it's not on a tank
3  truck.
4    Q.   Anything else?
5    A.   I don't remember him talking
6  about Ultra-Lok clamps, which would be the
7  bands, but name-wise, I don't remember him
8  saying that name.  And I didn't know where
9  he was getting his product from, so the
10 names "Campbell" and "Max" is new to me,
11 sir.
12   Q.   How about this agreement to
13 test to 225 PSI, which is the industry
14 standard.  Do you see where he says that at
15 the bottom?
16   A.   I see that at the bottom, sir.
17   Q.   Was there an agreement to test
18 to -- by Tipco to test at 225 PSI?
19   A.   To my knowledge, no.
20   Q.   You don't recall Mr. Bombick
21 saying that?
22   A.   No, sir.
23   Q.   Do you know whether Tipco ever
24 did test to 225 PSI?

79

1    A.   No.  I was told 150 for
2  10 minutes.
3    Q.   Do you know what the industry
4  standard is?
5    A.   No, sir.
6    Q.   Here's Swain Exhibit-2.  Just
7  identify that, if you would, please.
8    A.   That looks like one of the
9  invoices for the fittings and -- okay.
10 That's one of the invoices from Tipco to us
11 on the hoses.
12   Q.   This is a two-page document.
13   A.   Oh, two pages?  The second
14 page looks like an invoice for freight.
15   Q.   Here's Swain No. 3.  Take a
16 look at that, please.
17   A.   Yes, sir.
18   Q.   What is Swain No. 3?
19   A.   That is basically a diary of
20 what happened.
21   Q.   Is it a diary -- that is, did
22 you record this as things were happening or
23 did you write it up later on?
24   A.   Later on, sir.

80

1    Q.   This is all written after the
2  fact?
3    A.   Yes, sir.
4    Q.   Do you know when you wrote it?
5    A.   I believe I wrote it after we
6  found out Don was having trouble down in
7  wherever he was at.  Georgia, I guess it
8  was.
9    Q.   Was this something Mr. Biggs
10 told you to do?
11   A.   He suggested that I would do
12 it.  Yes.
13   Q.   Your attorney did not suggest
14 you do it?
15   A.   No.
16   Q.   You didn't have an attorney at
17 that time?
18   A.   No.
19   Q.   Have you seen this recently,
20 this document?
21   A.   I guess about maybe a month
22 ago.
23   Q.   When you looked at it a month
24 ago, was there anything which seemed

81

1  inaccurate to you that you can recall today?
2    A.   No.  Everything seemed -- when
3  I looked at it, seemed to be pretty
4  accurate.
5    Q.   Was there ever an earlier
6  version of this document?
7    A.   No, sir.
8    Q.   This was the only one?
9    A.   Yes, sir.
10   Q.   Was it ever typed up?
11   A.   No, sir.
12   Q.   Bear with me.  I'm just going
13 to go through a couple things to make sure I
14 understand it.
15   A.   Sure.
16   Q.   Did you write this all at one
17 time?
18   A.   Yes, sir.
19   Q.   Did you consult anything while
20 writing this document, which is -- what was
21 the number of it?
22   A.   Number 3.
23   Q.   Number 3.  Did you consult
24 anything, any documents?

EXHIBIT
B-21

21 (Pages 78 to 81)

82

1    A.   I don't believe so.  I think I
2  was going off of memory.
3    Q.   Any people?  Did you talk to
4  anybody to --
5    A.   No, sir.
6    Q.   Should Tipco have tested these
7  hoses to make sure the stems did not turn
8  inside the hoses before delivering them to
9  Truck Tech?
10         MR. KAPLAN:  Objection to the
11  form.
12         You can answer.
13         THE WITNESS:  I'm not sure,
14  sir.
15  BY MR. TIGHE:
16    Q.   If they were delivered to you
17  in that condition, that is, where the stems
18  would turn inside the hoses, would you
19  describe -- would you regard that product as
20  defective?
21         MS. BEAM:  Objection to the
22  form.
23         You can answer.
24         THE WITNESS:  I would say it

83

1  would be a defective product.
2         MR. TIGHE:  That is all the
3  questions I have.  Thank you, sir.
4         THE WITNESS:  You're welcome,
5  sir.
6         MR. TIGHE:  You may not be off
7  the hook.  There may be more
8  questions.
9         THE WITNESS:  I see a lot of
10  people sitting over here, so I'm
11  ready.
12         MR. TIGHE:  If you need to
13  take a break, you can take a break
14  at any time.
15         MR. KAPLAN:  You're welcome to
16  take a break, because we do have
17  quite a few questions to go over.
18         THE WITNESS:  I'm ready.
19         - - -
20     EXAMINATION
21         - - -
22  BY MR. KAPLAN:
23    Q.   Sir, my name is Gary Kaplan.
24  I represent Tipco.

84

1    A.   Yes, sir.
2    Q.   I have a number of questions
3  for you.
4         MS. BEAM:  Actually, Gary,
5  let's take a five-minute break.
6         MR. KAPLAN:  Sure.
7         - - -
8         (A short break was taken.)
9         - - -
10         (Exhibits Swain-6 through
11  Swain-12 were marked for
12  identification.)
13         - - -
14  BY MR. KAPLAN:
15    Q.   Good afternoon, Mr. Swain.
16    A.   How are you doing?
17    Q.   Fine.  I'm Gary Kaplan.  I'm
18  here on behalf of Tipco.  I have a number of
19  questions for you.
20         First, sir, I'm going to show
21  you a number of documents and ask you
22  questions regarding each of the documents.
23  Let me show you what's been marked as Swain
24  No. 6.  Is that your signature that appears

85

1  at the bottom right-hand portion of that
2  page, sir?
3    A.   Yes, sir.
4    Q.   Could you please tell me -- do
5  you know when you signed that document?
6    A.   It probably would have been on
7  the day of the purchase order.
8    Q.   Do you know for a fact or are
9  you guessing?
10    A.   No.  Usually, it would be that
11  day.
12    Q.   And what is the significance
13  of you signing that document, sir?
14    A.   So the vendor knows that one
15  of the people from TTI is sending them the
16  order.
17    Q.   I'm sorry?
18    A.   So the vendor knows that one
19  of us from TTI is the person signing off and
20  saying it's okay to order the product.
21    Q.   Okay.  Let me show you what's
22  been marked as Exhibit Swain No. 7.  Do you
23  recognize that document, sir?
24    A.   Yes, sir.

**EXHIBIT**

B-22

22 (Pages 82 to 85)

86

1    Q.    Does that document bear your
2  signature in the middle of the -- towards
3  the bottom of the page?
4    A.    Yes, sir.
5    Q.    And what is the significance
6  of you signing that document? Well, first,
7  do you know when you signed that document,
8  sir?
9    A.    I'm not sure of the exact day.
10  No.
11    Q.    What is the significance of
12  you signing that document, sir?
13    A.    That is a -- basically, a
14  packing slip from the vendor to me, saying I
15  am taking this many items from him and
16  taking them into my possession, and he has
17  the signature of me taking them.
18    Q.    Again, there's no date next to
19  your name there, correct?
20    A.    No.
21    Q.    Exhibit Swain-8 is the same
22  thing as Swain No. 7, so we're going to pass
23  over that one right now, but let me show you
24  what's been marked as Exhibit Swain No. 9.

87

1  These are all documents that have been
2  produced by TTI in discovery, but this is
3  for identification.
4         Sir, let me show you what's
5  been marked as Swain No. 9. Do you
6  recognize that document?
7    A.    Yes. That would be the one
8  that Don gave me.
9    Q.    And does that document bear
10  your signature?
11    A.    Yes, sir.
12    Q.    Do you know when you -- that's
13  your signature towards the bottom of the
14  page in the middle of the page?
15    A.    Yes, sir.
16    Q.    Do you know when you signed
17  that document?
18    A.    I believe it was on that day.
19    Q.    What do you mean by "that
20  day"?
21    A.    The date -- it was this date
22  because Don -- on 9/30/03, because Don wrote
23  it out at the time I took the hoses.
24    Q.    Again, that's to indicate that

88

1  you took possession of the hoses or you
2  gave --
3    A.    That's indicating that I took
4  the hoses back that were defective.
5    Q.    Now, sir, let me show you what
6  has been marked as Exhibit Swain-10 and
7  Swain-11. If you'll turn to the back of
8  both of these sets -- not the actual back
9  page, but I think three pages in. They are
10  affidavits. These are Truck Tech's Answers
11  to Plaintiff's Interrogatories and Colony
12  Insurance Company's Interrogatories. They
13  each bear your affidavit from you, sir?
14    A.    Signature-wise, yes.
15    Q.    Do you know why you were asked
16  to sign verifications regarding the answers
17  to interrogatories in this case?
18    A.    Because I was part of the
19  procedure.
20    Q.    Were you the person most
21  knowledgeable or --
22    A.    In this -- for the part that I
23  was involved in for getting them these
24  hoses, yes.

89

1    Q.    And those are your signatures
2  that appear in the verifications that are
3  attached to both of those exhibits, correct?
4    A.    Yes, sir.
5    Q.    And at the time you signed
6  these verifications, you were attesting that
7  the information given in response to those
8  questions was accurate, as best you can
9  recall?
10    A.    Best I can recall, yes.
11    Q.    Let me show you what's been
12  marked as Swain No. 12. Is that your
13  handwriting, sir?
14    A.    No, sir.
15    Q.    Mr. Biggs' handwriting?
16    A.    I believe it is, sir.
17    Q.    Have you seen that document
18  before, sir?
19    A.    Yes, sir.
20    Q.    When is the last time you
21  believe you saw that document?
22    A.    The day we did it.
23    Q.    When you say the -- okay.
24  When you say "the day we did it," what did

**EXHIBIT**

B-23

**90**

1  you do? Who's the "we" and what did you do?
2      I feel like this is what do
3  you know and when did you know it.
4      A.  Yeah.
5          Mr. Biggs and myself.
6      Q.  Was anybody with you when you
7  did that document, sir?
8      A.  No, sir. Just me and Jim.
9      Q.  Do you recall when you --
10  well, who -- is that Mr. Biggs' handwriting?
11     A.  Yes, sir.
12     Q.  Does your writing appear
13  anywhere on that document?
14     A.  No, sir.
15     Q.  When did you collaborate with
16  Mr. Biggs to help prepare that document?
17     A.  I'm not sure of the date, sir.
18     Q.  Do you know why that document
19  was created?
20     A.  Yes, sir.
21     Q.  Why was it created?
22     A.  So you could read the document
23  of -- what I wrote.
24     Q.  I'm sorry?

**91**

1      A.  More legible reading of my
2  diary.
3      Q.  Your diary, you mean what's
4  been marked as Swain No. 3 earlier today?
5      A.  Yes. I think that's the
6  number.
7      Q.  When was Swain Exhibit-12
8  prepared in relation to Exhibit Swain No. 3?
9      A.  When we knew we were going to
10  get counsel and -- I'm not sure of the exact
11  date, sir.
12     Q.  Let me rephrase it. Was your
13  diary -- you've already testified that your
14  diary was prepared one day when you sat
15  down and wrote it up, correct?
16     A.  Yes, sir.
17     Q.  Did anyone assist you in
18  preparing your diary?
19     A.  No, sir.
20     Q.  Was your diary prepared before
21  Swain No. 12 was prepared?
22     A.  Yes, sir.
23     Q.  Do you recall how far in
24  advance your diary was prepared prior to the

**92**

1  work on Swain No. 12?
2      A.  Probably over a year. I'm not
3  really sure, sir. I'm not sure of the
4  exact...
5      Q.  Well, let's go back a bit.
6  When you say probably over a year, but
7  you're not sure, do you have any
8  recollection as to when Mr. Diggs -- Mr.
9  Biggs', sorry, written diary was prepared?
10         MS. BEAM: Objection. Asked
11     and answered.
12         You can answer again.
13         THE WITNESS: After the fact
14     of us knowing that we had to be
15     prepared for talking to attorneys.
16  BY MR. KAPLAN:
17     Q.  So it was after the lawsuit
18  was filed?
19     A.  Probably so. Yes, sir.
20     Q.  Was your diary prepared before
21  the lawsuit was filed?
22     A.  Oh, yes, sir.
23     Q.  Was your diary -- do you
24  believe your diary was prepared sometime in

**93**

1  the year 2003?
2      A.  Yes, sir.
3      Q.  Do you recall -- well, the
4  last entry on your diary is August of 2003.
5  Does that help refresh your recollection as
6  to when in 2003 you may have prepared your
7  diary?
8      A.  Maybe September '03.
9      Q.  Now, I know it's hard to
10  believe, but there are portions of your
11  diary which are difficult to read.
12     A.  Yes, sir. Sorry.
13     Q.  And as you've told Mr. -- told
14  Mike, Mr. Tighe, before, your diary has not
15  been typed up at all, has it?
16     A.  No.
17     Q.  Sir, I'm going to ask you to
18  read your diary into the record so that we
19  have a complete translation of it.
20     A.  Okay.
21     Q.  It may be quicker this way to
22  make sure everyone has it.
23     A.  Ready?
24     Q.  As long as the court reporter

EXHIBIT

B-24

24 (Pages 90 to 93)

94

1   is ready.
2       A.   "Delmar called around November
3   '02. Quote 2 1/2 hose suction discharge
4   with 2 1/2 inch female JIC, 2 1/2 inch male"
5   -- some of the stuff is missing out the
6   side. Should be 2 1/2 male pipe.
7       Q.   Looks like an "M" there. Is
8   that --
9       A.   MP. It would have been a "P."
10  It's probably been cut off. Male pipe.
11          "Start of quote approximate
12  between November-December '02 to find and
13  quote 2 1/2 suction/discharge hose with
14  2 1/2 FJX to 2 1/2 MP.
15          "Found Tipco Technologies,
16  Incorporated. First contact was with Tim
17  Bombick, who found the 2 1/2 FJX fitting, so
18  I went with them for the quote. Quote No.
19  QT1006050, dated 12/04/02, using Gates
20  Longhorn 2 1/2 inch hose and fittings found
21  by Tim. Manufacturers unknown to me" -- and
22  I put up top "from Texaco.(sic)"
23          I believe that's where he was
24  getting it from.

95

1       Q.   Let me just ask you there --
2   after you're done reading I'll ask about the
3   substance of it.
4           It appears that the words
5   "from Texaco" were inserted.
6       A.   Texas.
7       Q.   Oh, it's "from Texas." Okay.
8   It appears that's different handwriting. Is
9   that your handwriting?
10      A.   That's my handwriting. Yes,
11  sir.
12      Q.   Do you recall when you edited
13  this statement?
14      A.   I think it was the same time.
15  Everything was done at the same time.
16      Q.   So you just reread it at that
17  time and inserted words to clarify that --
18      A.   I put it at the top. So
19  that's what I heard from Tim at the time.
20      Q.   Go ahead.
21      A.   "When doing quote, called
22  Delmar a couple of times, stating I couldn't
23  find FJX ends and could he use MJ ends, MP
24  ends on both, using adapters. He said no,

96

1   because the last few times" --
2       Q.   Let me stop you. Is the "no"
3   underlined by you?
4       A.   Yes, sir.
5       Q.   Okay. When you underline
6   words here -- well, we'll go back. Go
7   ahead.
8       A.   Okay. -- "because the first
9   few times we did that" -- this is Delmar
10  talking -- "the adapter to fitting
11  connection leaked too much."
12          That's what I was told.
13          "Asked if banding was an
14  option. Delmar said no. Dad doesn't want
15  banded hoses."
16          And I put in parentheses,
17  "Note: Tim from Tipco asked me the question
18  and stated this as another option on above
19  Quote QT1006050.
20          "Quote states, band clamp on
21  fitting. Called Tim back. He said this was
22  a misprint and should have said
23  crimped-on fittings. And the price was
24  correct at 173.75 each" -- that's $173.75 --

97

1   "for a 7 foot by 2 1/2 inch hose with 2 1/2
2   FJX and 2 1/2 inch male pipe. On 12/18/02,
3   Quote No. 595 sent to Delmar and Don for 20
4   hoses, 2.5 inches by 7 foot OSD hose,
5   coupled, female JIX swivel, XMP external
6   crimp, 248.25 each.
7           "Time passes. Don waiting on
8   reply from" -- and I think we're missing a
9   line here, sir, where it didn't get copied
10  right.
11      Q.   Okay. Why don't we check.
12      A.   See how it is right here?
13      Q.   Is there a better copy here?
14  We can check the --
15      A.   It looks like there's writing
16  down there.
17      Q.   Does that help you read it?
18  (Handing.)
19      A.   Here we go.
20          "Time passes. Don waiting on
21  reply from his customer on whether he got
22  job or not."
23          Thank you, sir.
24          MS. BEAM: Maybe keep that

EXHIBIT

B-25

25 (Pages 94 to 97)

98

1    handy, because it's cut off on the
2    bottom on several pages.
3  BY MR. KAPLAN:
4    Q.    Go ahead.
5    A.    "On 5/16/03 requoted Don Quote
6  No. 595 for adapters (20), 2 1/2 male pipe,
7  dash, 2 1/2 MJ, quoted $77 each. Faxed
8  over" -- in parentheses -- "July 17th, '03
9  Don ordered 20 of the adaptors, Invoice No.
10  3764. Called on motors. We couldn't quote.
11  He bought direct from manufacturer.
12         "Approximate date Don called
13  around June, July. Needed prices per each
14  on fittings."
15    Q.    I see the word "June"
16  underlined above that line.
17       MS. BEAM: He said June/July.
18       THE WITNESS: June/July,
19  meaning it was just a split -- one
20  of those months he called.
21  BY MR. KAPLAN:
22    Q.    Okay.
23    A.    "Needed prices per each on
24  fittings and hose per foot for Quote 595

99

1  because hoses wouldn't be 7 foot pieces.
2  Done one or two days later. Gave him
3  breakdown -- gave Don breakdown on prices.
4         "Order was placed with TTI on
5  or near end of July 30th. Order placed with
6  Tipco, Tim Bombick, per quote, two-week lead
7  time. Now for the order Don needed 20 total
8  hoses. I went to Don's on July to measure
9  hoses for first set of 10. Two tanks being
10  built/set one. Couldn't get good
11  measurements, so I ordered in one of each of
12  the fitting from Tim Bombick from Tipco.
13  FJX to come UPS blue and MP to ship standard
14  out of PA" -- meaning Pennsylvania.
15         "Took four or five days to get
16  my FJX blue fitting. Went back to Don's
17  approximately beginning August. Don had
18  one month" -- and I can't read the...
19       MR. KAPLAN: Why don't we have
20  this marked as the next exhibit.
21  This is another copy.
22           - - -
23       (Exhibit Swain-13 was marked
24  for identification.)

100

1           - - -
2       MR. KAPLAN: Let the record
3  reflect we've marked as Exhibit-13
4  another copy of your diary, as you
5  call it. That is going to help
6  you --
7       MS. BEAM: On this particular
8  entry I don't think it's going to
9  help.
10       THE WITNESS: I believe it's
11  one month plus five more days. I
12  believe it says, "Don had one month
13  plus five more days" -- I believe
14  that's what it says. It's kind of
15  cut off there -- "to get job done.
16  No problem. Two-week lead on items
17  ordered. All fitting and hoses into
18  Tipco to have ready to make. Went
19  back and Don and Sean measured
20  hoses. He measured. I wrote down
21  pump number and length end to end of
22  fittings per Don's measurement.
23  Called Tim Bombick upon first set
24  sizes from Don's" -- in

101

1  parentheses -- "needed me to fax
2  over lengths next day. Okay. No
3  problem" -- per Tim.
4         "On pump odd numbers 1, 3, 5,
5  7, and 9, these were short lengths.
6  Don wanted the FJ ends (sic) to be
7  cut back on the stem approximately 3
8  inches."
9  BY MR. KAPLAN:
10    Q.    FJ ends or FJX ends?
11    A.    "FJX ends to be cut back on
12  stem approximately 3 inches to have hose
13  movement between piping. Jim Biggs earlier
14  had recommended to Don he should cut back
15  piping because hoses are too short and make
16  hose longer for better workability. Don
17  decided to go short and cut stems back.
18         "At the same time I called Tim
19  Bombick at Tipco with hose lengths. I asked
20  him to check on my order to see if it came
21  in yet. This is approximately three to
22  four days after I ordered all items. They
23  had hose there. The FJX never got shipped."
24       Put in question marks.

**EXHIBIT**

tabbies

B-26

26 (Pages 98 to 101)

102

1     "He said the vendor wanted to
2  make sure fitting -- fittings were correct
3  with sample sent down earlier before
4  shipping, so at least one week plus went by
5  before fittings even shipped to Tipco.
6     "At this point I get Steve
7  King involved" -- which is in parentheses
8  "rep" -- "told situation. He said they" --
9  okay. "Told situation. He said they should
10  have gone about differently" -- and I
11  believe it says out to the side, without
12  going back -- "have used clamping."
13     Let's see if it's -- it cuts
14  it off there, too.
15     "Approximately August 15th
16  Steve King delivered to TTI first hoses of
17  10 for Don's from Tipco at approximately
18  1:30. Went to Don's around 3:30 p.m. that
19  same day to deliver. Arrived around 4:30.
20  Forgot my fitting to measure section two
21  hose lengths. Told Don I would be back on
22  Saturday the 16th with fitting. Coffee and
23  donuts for the boys the next day.
24     "Came back the 15th, night,

103

1  fittings" -- to the store, to get the
2  fitting. "Arrived Don's 8:30 to 9 a.m. on
3  the 16th. Got them measured up, hoses. At
4  this point Don said the first section odd
5  pump hoses wouldn't work. He said he would
6  eat these five hoses. His mistake" --
7  underlined -- "and order 10 more adapters
8  and made all the odd hoses all FJX on both
9  ends, swivels by 30 inch long.
10     "Returned home. Got a call
11  from Don same day" -- and that says "8/16"
12  and I believe the time -- it's cut off
13  there. I think it was around 10:30, 10:45
14  -- "stating the hoses were turning on the
15  stems. These would be -- these would be" --
16  oh, I'm missing something here. "These
17  would be the section one even hoses. Went
18  back over and picked up -- went back over
19  and picked up hoses, even the odd -- even
20  the odd short ones he wanted to trash."
21     Okay. At the top of the page
22  -- you want me to go ahead and read this
23  off, sir?
24    Q.  Yes. Is that your writing?

104

1    A.  Yes. I put it up here.
2     "At this same day Tipco
3  employees in class and no one could
4  meet me to fix hoses. Terry, the
5  vice-president, was getting ready for party
6  for Tipco and Ken was in PA and all else
7  were in" -- everybody else was in class that
8  day.
9     Okay.
10    Q.  And that entry was put in
11  right after you completed the rest of --
12    A.  As I'm writing this.
13     He wanted to trash the hoses.
14  Okay.
15     "I called Steve King" -- then
16  that's when I went up here to this section
17  and wrote that -- "and told him about hoses
18  turning on stems and that I saw this
19  firsthand and they were not using the hose
20  to tighten down on fittings. They were
21  using the fitting heads properly to tighten.
22     "Set up time to meet him at
23  McDonald's Bay Bridge, Monday the 18th" -- I
24  believe. "Gave hoses back to Steve. Went

105

1  over whole order again with Steve and told
2  him about Don saying to trash the five small
3  hoses and he would eat these. Don's
4  Hydraulics, his mistake" -- in parentheses.
5     "And went over the 10 new hoses at 30 inches
6  with FJX each end and to recrimp the five
7  old hoses from section one that were turning
8  on the stems. Steve went back over order.
9  I stated to Steve at that time we needed
10  test done on hoses to make sure of no leaks.
11  Said I needed report on that and letter
12  stating hoses are okay.
13     "August 20th called Tipco to
14  check on hoses. Ken in shop stated they
15  were working on them and should be done
16  Thursday or Friday. Ask Ken to make sure we
17  get report on hose test and letter okaying
18  hoses. Received call on Friday from Ken.
19  Hoses were done the 22nd of August. Again
20  set up time to meet Tipco driver with all 20
21  hoses, 15 new and 5 were the recrimped ones.
22  Picked up around 2:30 p.m. at McDonald's Bay
23  Bridge. In route Delmar/Don called
24  verifying I was picking up hoses. Notified

**EXHIBIT**

tabbies

B-27

7 (Pages 102 to 105)

106

```
 1    I'd be to his place around 4:30 p.m. and I
 2    would help put on hoses. Okay Don.
 3    Delivered and signed.
 4          "Called Jim B" -- which is Jim
 5    Biggs -- "notified hoses delivered." Let's
 6    see. "Called Steve. Left message, hoses
 7    were delivered.
 8          "8/23/03, Saturday,
 9    approximately 8 to 8:30 a.m. call came from
10    Don. One of the new hoses had a split
11    ferrule" -- in parentheses -- "looked like
12    an overcrimp. Called Steve" -- then I got
13    here "see other page," with a star.
14    "Couldn't do 23rd. Met Steve approximately
15    on Sunday the 24th in Maryland" -- in
16    parentheses -- "Tipco building. Left 6:30,
17    arrived 8:45 a.m. Left 10:30, arrived Don's
18    approximately 1:15 to 1:30. Helped put on
19    hoses. Left approximately 2 p.m. Called and
20    left message with JNB" -- which is Jim
21    Biggs -- "it was done.
22          "September 13th, Don called,
23    stated all hoses leaking without running
24    pumps. Just gravity. Notified him to try
```

107

```
 1    to find someone down there to recrimp end.
 2    He called 6:30. Found someone to do that.
 3    Still didn't work. No one called me back
 4    from Tipco until 15th of September, which
 5    was Steve. Notified of problems."
 6          And that's it.
 7       Q.   Any reason you stopped your
 8    diary at that point in time?
 9       A.   No. No reason at all.
10    Just -- no. No reason at all.
11       Q.   Okay. I want to go back and
12    ask you some questions about what you just
13    read. You earlier testified that Delmar was
14    in charge of a certain area of Don's
15    Hydraulics?
16       A.   I don't think I said -- he's
17    in an area -- he, I guess -- I don't know
18    how exactly -- actually it works, but I do
19    know he's in charge of the hydraulic area.
20       Q.   Do you know if Delmar actually
21    designed the pump system in question?
22       A.   No.
23       Q.   Have you worked with Delmar in
24    the past?
```

108

```
 1       A.   Yes.
 2       Q.   Delmar is the son of Don?
 3       A.   Yes.
 4       Q.   When Delmar first contacted
 5    you he was seeking some specific size of
 6    hoses?
 7       A.   Yes.
 8       Q.   Did you at any time tell him
 9    that you didn't think the size of the hose
10    that he was requesting was appropriate?
11       A.   No.
12       Q.   That wasn't your
13    responsibility?
14       A.   No.
15       Q.   It was your responsibility
16    simply to provide what he's asking for, if
17    you could.
18       A.   That's correct.
19       Q.   And you testified that
20    wherever you worked in the past, Don's hoses
21    seemed to follow you? It was your client?
22       A.   Orders for Don's. Not Don's
23    hoses.
24       Q.   I stand corrected. That is
```

109

```
 1    orders for Don's?
 2       A.   Uh-huh.
 3       Q.   When you say they had been
 4    your client in the past, have you -- what
 5    kind of orders have you prepared for them in
 6    the past?
 7       A.   Seals and couplings, jaw
 8    couplings.
 9       Q.   Have you ever prepared hose
10    for them in the past?
11       A.   No.
12       Q.   Has TTI prepared or fabricated
13    hoses for clients in the past?
14       A.   Yes.
15       Q.   Does TTI currently provide
16    hoses for clients?
17       A.   Yes.
18       Q.   It's part of your -- part of
19    what your company does?
20       A.   Yes, sir.
21       Q.   Not just what they do, but
22    that's a part of the whole process of what
23    TTI does?
24       A.   Part of the process. Yes,
```

**EXHIBIT**

B-28

28 (Pages 106 to 109)

110

1   sir.
2       Q.    Why don't you expand a little
3   bit on what that process is. You mentioned
4   briefly earlier, but expand for me, please.
5       A.    Sure. We provide customers
6   with hydraulic hoses, meeting their
7   capabilities. They bring a hose in and we
8   give them back what they bring in.
9       Q.    What do you mean, we give them
10  back what they --
11      A.    Like if they bring a 4,000 PSI
12  line in with, let's say, FJX's on each end,
13  I give them back a 4,000 or better line with
14  FJX ends.
15      Q.    Do you use hose from any
16  particular manufacturer?
17      A.    Gates.
18      Q.    Is it always Gates that you
19  use?
20      A.    No.
21      Q.    What are the other
22  manufacturers of hoses that you use?
23      A.    I've used Ryco, R-Y-C-O.
24      Q.    Do you also produce -- provide

111

1   couplings?
2       A.    Yes.
3       Q.    And whose couplings do you
4   normally use, sir?
5       A.    Gates and Dixon.
6       Q.    Are there any other couplings
7   that you normally use?
8       A.    Ryco has their couplings for
9   their hose.
10      Q.    What about adapters?
11      A.    Adapters, yes.
12      Q.    Whose adapters do you order
13  from to meet the needs of your clients?
14      A.    Tompkins, Brennan, Adaptall,
15  and Gates.
16      Q.    Now, when was the first time
17  that you advised Don's Hydraulics that you
18  were providing hose that came from a
19  different fabricator; that is, from Tipco?
20      A.    Initially in the first quote
21  we did.
22      Q.    In the actual written quote
23  you indicate that you're providing hose from
24  Tipco?

112

1       A.    No. Stated -- I didn't say
2   any names. It was just stated that, I'm not
3   making your hose, someone else is making the
4   hose.
5       Q.    Why didn't TTI make the hoses
6   at Don's request for this project?
7       A.    I wasn't able to make those
8   hoses.
9       Q.    Why weren't you?
10      A.    Because of the size and the
11  fitting. You can't use somebody else's
12  fitting in that -- I don't know about into
13  other manufacturer's hoses.
14      Q.    Let's go back, sir. You
15  weren't able to -- it's fair to say that TTI
16  was not able to fabricate the size hose that
17  Don's had requested?
18      A.    With the items we have in
19  store for our machines, no.
20      Q.    Would they require particular
21  machines that you did not have?
22      A.    I would believe so. Yes, sir.
23      Q.    Is that an unusual machine?
24      A.    To me, it would be.

113

1       Q.    Have you seen those machines
2   in your past work experience?
3       A.    No. Just when I went back to
4   Tipco to get that one fixed.
5       Q.    Other than the machines you
6   saw at Tipco, you've never seen machines
7   that size before, capable of creating the
8   hose you requested on this occasion?
9       A.    I've seen other machines that
10  probably could do it.
11      Q.    Do you know of any other
12  fabricators that have machinery the size --
13  that are capable of producing hose the size
14  that Don's requested in this case?
15      A.    Yes.
16      Q.    Who would they be?
17      A.    GSM Industries.
18      Q.    Are there any others, sir?
19      A.    To my knowledge, no.
20      Q.    Why didn't you seek GMS (sic)
21  Industries to fabricate the hoses?
22      A.    I did.
23      Q.    And did you receive a bid from
24  them?

**EXHIBIT**

B-29

29 (Pages 110 to 113)

114

1   A.   No.
2   Q.   What was their response to
3   you?
4   A.   They could not find the FJX
5   end.
6   Q.   And how did they go about
7   looking for the FJX end?
8   A.   I have no clue, sir.
9   Q.   Did you provide any
10  information regarding how to locate the FJX
11  end?
12  A.   No, sir.
13  Q.   Now, you spoke about fittings
14  before. Are you talking about the FJX ends?
15  A.   The female JIC swivel end.
16  Yes, sir.
17  Q.   Now, when was the first time
18  that you believe you advised any
19  representative of Don's that Tipco was
20  fabricating the hoses?
21  A.   Actually saying the name, you
22  mean?
23  Q.   Yes, sir.
24  A.   I believe it was the first

115

1   batch of 10 hoses I had to take back.
2   Q.   Do you have any written
3   documentation reflecting that that is when
4   you advised Don's that Tipco had fabricated
5   the hoses?
6   A.   No, sir.
7   Q.   Did you ever advise Don's that
8   if they had any questions regarding the
9   hoses, that they should contact Tipco?
10  A.   At any time?
11  Q.   Yes, sir.
12  A.   Or -- no.
13  Q.   Did you ever advise any
14  representative of Don's who your contact was
15  at Tipco?
16  A.   No.
17  Q.   Is there any reason why you
18  didn't do so, sir?
19  A.   Yes.
20  Q.   What was your reason?
21  A.   So -- in my industry, the
22  reason is, you don't want them to know who
23  you're placing purchases, because then
24  they'll go around you and not order from you

116

1   any more.
2   Q.   Okay. So would it be fair to
3   say you purposely did not advise Don's as to
4   who was fabricating the hoses in question?
5   A.   Not purposely, but
6   professionally.
7   Q.   How do you distinguish the
8   two?
9   A.   I didn't intentionally not let
10  Don know. It's just a place that I go to
11  get, in a professional manner, my items to
12  supply to my customers.
13  Q.   You just intentionally didn't
14  tell them who the fabricator was?
15  A.   Yes.
16      MS. BEAM: Objection, form.
17      THE WITNESS: Yes.
18  BY MR. KAPLAN:
19  Q.   In your written diary you say
20  you found Tipco Technologies, Inc. Do you
21  recall how you found them?
22  A.   Yes. My partner in Dover at
23  the time suggested -- because I was telling
24  him I couldn't find the FJX, he said, "Try

117

1   Tipco." And I said, "Oh, yeah I forgot
2   about Tipco."
3   Q.   How many other companies had
4   you checked with first, sir?
5   A.   I believe two or three.
6   Definitely three.
7   Q.   Do you recall who they were?
8   A.   I believe it was Gates, Dixon,
9   and GSM.
10  Q.   Now, your diary states that
11  you used Gates Longhorn 2 1/2 hose.
12  A.   Tipco did.
13  Q.   Tipco did. And Gates is the
14  hose that you normally use as well; is that
15  correct?
16  A.   I use Gates hydraulic hose in
17  some industrials, yes.
18  Q.   So you were familiar with
19  Gates hydraulic hose, correct?
20  A.   I'm familiar with Gates
21  hydraulic hose. Yes.
22  Q.   And you were familiar with
23  Gates at the time that this whole contract
24  transpired.

**EXHIBIT**

B-30

30 (Pages 114 to 117)

118

1    A.   I'm familiar with Gates.  Yes,
2  sir.
3    Q.   You state in your diary that
4  Delmar called you a couple of times seeking
5  FJX ends, and you can refer to your diary if
6  that helps, sir.
7    A.   What page?
8    Q.   The first page.  Midway down.
9    A.   No.  It states here:  When
10  doing quote, called Delmar a couple of
11  times, stating I couldn't find the FJX ends.
12    Q.   And you then asked if he could
13  use MJ ends, correct?
14    A.   Yeah.  Could he use the MJ
15  ends, because in the past we've used
16  adapters.
17    Q.   And was your sole suggestion
18  because in the past you had used adapters?
19    A.   Adapters are used in past
20  experiences with hydraulics.  Yes.
21    Q.   That's pretty standard, isn't
22  it?
23    A.   Can be, yes.
24    Q.   But it wasn't the process used

119

1  on this occasion, was it?
2    A.   Not for these hoses, no.
3    Q.   And your next line states
4  that, quote, he said no, unquote, and goes
5  on, and you underlined the word "no."  Why
6  did you underline the word "no," sir?
7    A.   Because it was a -- more of a
8  louder verbal no.
9    Q.   From Delmar?
10    A.   Yes.
11    Q.   Now, you're chuckling as you
12  say that.  Do you recall him making his
13  intentions clear to you?
14    A.   "No.  Dad wants crimped-on
15  only."
16       That's basically it.
17    Q.   And that's -- is that the
18  normal way that Delmar would approach a
19  problem?
20    A.   Pretty much.
21    Q.   Whatever dad wanted, dad got?
22    A.   In this situation, I would say
23  yes.
24    Q.   And your diary goes on to

120

1  state that Delmar advised you that the few
2  times that he did use the adapter, there was
3  leakage.
4    A.   That him and his dad, when
5  they used the adapters, they had leakage,
6  and they didn't want to go through that
7  again.
8    Q.   Now, you also state in your
9  diary that you asked if banding was an
10  option.  Why did you ask that?  Is that
11  because you had been advised by Tipco?
12    A.   Banded in the past myself and
13  Tipco also advised.
14    Q.   You say banded in the past
15  yourself.  Is banding part of your normal
16  work responsibilities?
17    A.   Some of it is.  Yes, sir.
18    Q.   How frequently do you
19  personally band hoses?
20    A.   Normally -- I got one client
21  that uses a lot of banding.  It could be --
22  it could run every week, it could run every
23  other month.
24    Q.   I'm going to take the Mike

121

1  Tighe approach and see if you can
2  demonstrate for us what the banding process
3  is, sir.
4    A.   Okay.  You got a band, which
5  is a round -- my hands are shaking.
6  Sorry -- which is round, about half inch
7  wide.  Comes off of the stem, slides over
8  the hose.  Put the stem into the hose.  The
9  bands are brought up behind the coupling
10  head approximately a half inch back from the
11  end of the rubber, first initially marking
12  where the stem would go into the hose, how
13  far back it goes in.  Making a mark.
14  Wanting to put as many bands on there as you
15  can.  Usually it's two.  Like I said, stated
16  a band a half inch back, then take the other
17  band and go -- there's like a little square
18  mark here.  When you get it tight, take it
19  and hit it with a hammer with a point and it
20  locks it in place.
21    Q.   How does that differ from
22  crimping?
23    A.   Crimping is a sleeve over top
24  of the hose and the stem goes into the hose.

**EXHIBIT**

**B-31**

31 (Pages 118 to 121)

122

1  So there's three basic parts:  You got your
2  ferrule, your hose, and then your stem.  And
3  it gets crimped with a machine, pressed
4  together.
5      Q.   Now, you're here as a fact
6  witness, but do you have a belief as to
7  which system is better --
8          MR. TIGHE:  Objection.
9          MR. KAPLAN:  -- banding or
10     crimping?
11         MR. TIGHE:  Objection to form.
12  BY MR. KAPLAN:
13     Q.   You can answer, sir.
14     A.   To me, from my knowledge,
15  crimping would be the best.
16     Q.   Why is that?
17     A.   Because, in my knowledge, it
18  just seems if you're crimping something
19  together, it would not leak and hold better.
20     Q.   Did you tell that to the
21  people from Tipco?
22     A.   No.
23     Q.   Did anybody from Tipco tell
24  you that or suggest to you that there should

123

1  be a different process?
2      A.   They gave some options.
3      Q.   When you say they gave
4  options, was it a question of just listing
5  choices for possibilities or did they tell
6  you which they thought would be the
7  suggested way to go?
8      A.   They stated --
9      Q.   Who is "they"?
10     A.   Okay.  Tim Bombick, when I
11  gave him the whole application, said:  You
12  can go with banding, which is more of a
13  normal procedure for this kind of
14  application, but we can do crimping.
15     Q.   And when he said he preferred
16  banding, did he say why he preferred banding
17  for this particular application?
18     A.   To my knowledge, no.
19     Q.   It might be, but you just
20  forgot at this time?
21     A.   Excuse me?
22     Q.   Might he have told you at the
23  time, but you just forgot?
24     A.   Possibly.

124

1      Q.   You didn't take any written
2  notes regarding conversations you had with
3  Mr. Bombick during that time period?
4      A.   No.
5      Q.   In fact, there is a diary that
6  we have in front of us, the only journal
7  notes or statement that you prepared
8  regarding this matter.
9      A.   Yes.
10     Q.   And you're not aware of any
11  simultaneous letters that -- you're not
12  aware of any letters that you wrote
13  simultaneously during the events that led up
14  to this -- the problem that Don's had?
15     A.   Leading up to that, no.
16     Q.   So when Mr. Bombick suggested
17  or advised you that he preferred banding,
18  was swaying also discussed?  Swaging.  I'm
19  sorry.
20     A.   I can't recall that.
21     Q.   So once again, it may have
22  been, but you have no recollection?
23     A.   It may have been.
24     Q.   And when you discussed the

125

1  options with Delmar, Delmar was adamant:
2  Dad wants crimping.
3      A.   Dad wants crimped-on --
4      Q.   Crimping is what they're going
5  to get.
6      A.   -- only.
7      Q.   Was there any additional cost
8  of banding versus swaging versus crimping?
9      A.   There might have been.
10     Q.   You're not aware of any?
11     A.   We didn't get any prices
12  because they want crimped-on only.
13     Q.   Is it fair to say that Delmar
14  was adamant that it had to be crimped?
15     A.   Yes.
16     Q.   In fact, you go on to state in
17  your journal that you had to call Tim
18  Bombick back because there was a misprint on
19  a written quote?
20     A.   He misprinted his quote to me.
21     Q.   And the misprint dealt with
22  crimping; is that correct?
23     A.   He wrote -- he had typed in
24  "banding" instead of "crimping."  He

**EXHIBIT**

B-32

32 (Pages 122 to 125)

126

1   misstated that.
2       Q.   And you had to go back and
3   ver -- and make sure that he realized that
4   this had to be crimped, not banded?
5       A.   That he made -- yes.
6       Q.   Did you catch that or was that
7   caught by Delmar?
8       A.   I caught it.
9       Q.   These invoices wouldn't have
10  been submitted on to Delmar anyway, would
11  they?
12      A.   Not Tipco's, no.
13      Q.   Do you take their invoice and
14  add whatever you normally would and send
15  that over to Delmar?
16      A.   I would make my invoice the
17  way I make my invoices to Delmar.
18      Q.   So would that reflect what the
19  cost was to TTI to obtain these hoses?
20      A.   No, sir.
21      Q.   You've stated that you've
22  contracted with Delmar in the past -- or
23  strike that -- with Don's Hydraulics in the
24  past?

127

1       A.   Yes, sir.
2       Q.   Did you contract with Delmar
3   in the past as well?
4       A.   Both people.
5       Q.   Well, might we say, Don's
6   Hydraulics, you're talking about Don, too.
7       A.   Delmar and Don.
8       Q.   As far as Don's Hydraulics is
9   concerned, there are no others?
10      A.   Just his employees.
11      Q.   What Don Cathell wants, Don
12  Cathell gets. Correct?
13      A.   I would say so.
14           MR. TIGHE:  Objection to the
15  form of the question.
16  BY MR. KAPLAN:
17      Q.   Did you have an expectation
18  that Delmar would go back to Don Cathell and
19  say: Hey, it was Sean Swain that suggested
20  we get these pipes branded (sic) or swaged
21  as opposed to crimped?
22           MR. TIGHE:  Objection to the
23  form of the question.
24           THE WITNESS:  I don't know

128

1   what he would do.
2   BY MR. KAPLAN:
3       Q.   Did you have an expectation
4   that he would discuss banding versus swaging
5   versus crimping with Don Cathell?
6       A.   I had an expectation before
7   they even placed the order or did the quote
8   that they probably do talk about that.
9       Q.   I'm sorry. That they would?
10      A.   That they would talk about
11  their options.
12      Q.   Do you know if they actually
13  ever did talk about those options?
14      A.   No, sir.
15      Q.   That is because, as far as you
16  know, ever since your first conversation
17  with Delmar, it was clearly one directional
18  in terms of: It had to be crimped.
19      A.   Yes, sir.
20      Q.   On the second page of your
21  journal, three lines down in parentheses it
22  says: July the 17th, '03, Don's ordered 20
23  of the adapters, Invoice 3764, called on
24  motors.

129

1       A.   We couldn't quote.
2       Q.   What does that mean, sir?
3       A.   Those were 20 adapters for, I
4   guess, a different section of the unit and
5   he also asked me if I could quote the
6   hundred horsepower motors that were on the
7   -- the machine, or this pump thing,
8   reservoir. Power unit. Sorry. And I could
9   not come up with the prices he needed for me
10  to get that part of the order.
11      Q.   That is, your prices were too
12  high or you couldn't come up with prices at
13  all?
14      A.   Prices were too high.
15      Q.   Going back to the discussion
16  with Delmar regarding banding, did he go
17  into depth -- can you tell me what depth he
18  went into when advising you that prior
19  attempts resulted in leaking?
20      A.   That's basically all that was
21  said: We've had problems with the leaking
22  and we want to stick with the crimping.
23      Q.   Okay. At what point in time
24  did Mr. Biggs suggest a different routing

**EXHIBIT**

B-33

33 (Pages 126 to 129)

130

1  for the hoses?
2      A.    I'm not sure of that, but I do
3  know it was before the hoses were even
4  ordered.
5      Q.    I'm sorry.  So were the hoses
6  even ordered?
7      A.    I believe he had stopped in
8  before the order process was even in effect.
9      Q.    Do you know why he suggested a
10  different route for the hoses?
11     A.    Yeah.  Because Jim has a lot
12  of knowledge with hydraulics and he saw what
13  Don was doing and stated it might work
14  better.
15     Q.    In fact, you stated in page 2
16  of Mr. Biggs' statement, bottom of the
17  second paragraph, that the routing hose was,
18  quote, very hard.
19         MS. BEAM:  I'm just going to
20     clarify for the record.  You
21     referred to that as Mr. Biggs'
22     statement.
23         MR. KAPLAN:  I did, and this
24     is.

131

1          MS. BEAM:  Actually, that's
2     not what it's been represented to
3     be.  But with that understanding...
4  BY MR. KAPLAN:
5      Q.    Let's -- I want you to turn
6  to --
7          MR. TIGHE:  Swain-12.
8  BY MR. KAPLAN:
9      Q.    -- Swain-12, sir.  That's a
10  statement, I believe, that Mr. Biggs
11  prepared with your assistance?
12     A.    Yes.
13     Q.    Okay.  You were with him as he
14  prepared this written document, correct?
15     A.    Yes.
16     Q.    Page 2 of that document,
17  bottom of the second paragraph, it states
18  that part of the -- it states that the
19  routing of the hose was very hard, unquote.
20  Do you see that?
21     A.    The bottom or...
22         MS. BEAM:  Right here.
23         THE WITNESS:  Thank you.
24     Okay.

132

1  BY MR. KAPLAN:
2      Q.    Do you know -- can you
3  interpret that or expand upon that for us?
4      A.    Yes.  Those were the five
5  small hoses initially made where he had the
6  stems cut back and they couldn't -- there
7  was not enough flexibility there and that's
8  why they were hard to get into place.
9      Q.    So by the term "very hard,"
10  you were referring to the area -- the
11  inability or difficulty of putting the hoses
12  in place as they were?
13     A.    Yes.
14     Q.    And how does lengthening the
15  hose make it easier to place them?
16     A.    They cut -- there is a pipe
17  than ran down and out and this was -- the
18  initial area where the small one was made,
19  they initially cut back and made longer
20  hoses to connect up here.
21     Q.    So it's not as sharp an angle?
22     A.    It has a nice smooth, gradual
23  curve up.
24     Q.    And that suggestion was

133

1  initially refused by Mr. Cathell, correct?
2      A.    It must have been, yes,
3  because he wanted to stick with the smaller
4  hoses.
5      Q.    Now, you stated that the
6  hoses, after they were -- well, how were the
7  hoses actually acquired by you, sir?  Were
8  they shipped to your address at TTI?
9      A.    By Steve King, which is the
10  representative from Tipco.  He brought them
11  to me in Dover.
12     Q.    So he brought them to you to
13  Dover?
14     A.    The first 10.
15     Q.    And then what transpired next
16  with those 10?  How did they get to Don's
17  Hydraulics?
18     A.    I took them to Don's the same
19  day.
20     Q.    How did you take them there?
21  A truck?
22     A.    I believe I had a car.  I
23  think I put them in my trunk and brought
24  them to Don's.

**EXHIBIT**

B-34

34 (Pages 130 to 133)

134

1    Q.    How long were those hoses?
2    A.    Variable -- various lengths.
3 They were short ones and five of the longer
4 ones for another section.
5    Q.    How long were the long ones?
6 Do you recall?
7    A.    I couldn't recall. Probably
8 20-plus inches each.
9    Q.    How short were the short ones?
10    A.    Not really sure. Probably a
11 foot, maybe. I'm not really sure.
12    Q.    So you put all of the hoses in
13 your trunk?
14    A.    I believe so, sir. Yes.
15    Q.    Then drove down to Don's?
16    A.    Yes, sir.
17    Q.    After you arrived at Don's,
18 physically, what happened to the hoses next?
19    A.    Myself and I believe Chris
20 took them out of my car and they started
21 putting them on.
22    Q.    When you say they started
23 putting them on, did you help put them on?
24    A.    No.

135

1    Q.    How were the hoses put on?
2    A.    Brought over by hand, put on
3 by hand -- put on by hand first with, you
4 know, initial turning.
5    Q.    Do you have an actual
6 recollection of this, sir, or are you just
7 surmising how it must have happened?
8    A.    No. I was there. They were
9 putting them on.
10    Q.    I don't want you to guess. I
11 want you to tell me what you recall seeing.
12    A.    Sure. Took them out of my
13 car, brought them over. Don told Chris to
14 start putting them on. He started screwing
15 in the male pipe into the male pipe -- the
16 female pipe section, which is the ridges
17 section, and putting on the female with
18 swivels to allow you to tighten it up
19 completely. And then another guy came over
20 to help, which is Collins Welding. I'm not
21 sure of his name, but he's the owner of
22 Collins Welding. He started helping Chris
23 put on the hoses.
24    Q.    What is Chris' last name?

136

1    A.    I don't know, sir.
2    Q.    He's an employee of Don's?
3    A.    Used to be.
4    Q.    Do you know if he currently
5 is?
6    A.    No, he's not.
7    Q.    He started his own business?
8    A.    I don't know.
9    Q.    So the hoses were twisted by
10 hand?
11    A.    Put on by hand.
12    Q.    And then what happened next?
13    A.    Let's see. We were standing
14 there talking to Don, and Chris yells to Don
15 "we got a problem," and we go over and the
16 hoses were turning over the stem.
17    Q.    Now, would that have been
18 visible before you put the hoses onto the
19 system?
20    A.    No, sir.
21    Q.    Why not, sir?
22    A.    Because the ferrules are
23 crimped and, to your knowledge, they're
24 crimped and ready to go.

137

1    Q.    Could you have tested the
2 hoses at TTI if you chose to do so?
3    A.    As in what kind of testing do
4 you mean?
5    Q.    Could you have tested to see
6 if there would be any turning in the hoses?
7    A.    We probably could have done
8 that.
9    Q.    How long would that have taken
10 to do for each hose, sir?
11    A.    I'm not sure. I've never done
12 it.
13    Q.    It's not a difficult process
14 to test it, though, correct?
15    A.    I guess not.
16    Q.    Do you have any idea what the
17 cost would have been to test a single hose?
18    MS. BEAM: Are you talking
19 about still the turning of the
20 stems?
21    MR. KAPLAN: Yes.
22    THE WITNESS: Just my time.
23 BY MR. KAPLAN:
24    Q.    And it's fair to say you

**EXHIBIT**

B -35

35 (Pages 134 to 137)

138

1  didn't test any of the hoses, correct?
2      A.   No, because I took it just to
3  be the hoses were made properly and ready to
4  go by the Tipco Company.
5      Q.   When you normally receive
6  shipments of hoses from fabricators, do you
7  test those hoses?
8      A.   No, sir.
9      Q.   Have you ever tested the
10  hoses?
11      A.   No, sir.
12      Q.   Did TTI provide any warranty
13  to Don's Hydraulics regarding the hoses?
14      A.   No, sir.
15      Q.   I note in the answers to
16  interrogatories, it's stated there was no
17  expressed warranty offered to Don's. Are
18  you aware of any warranties offered to Don's
19  regarding any products you produced that
20  were used in the pump system involved here?
21      A.   Hoses, no. There was nothing.
22  That's all supplied. So, no.
23      Q.   They simply asked for hoses,
24  you produced hoses.

139

1      A.   Yes, sir. That's basically
2  it.
3      Q.   Did you ask for any warranty
4  -- did you receive any written warranty from
5  Tipco regarding the hoses?
6      A.   No, sir.
7      Q.   Did you ask Tipco for any
8  written warranty regarding the hoses?
9      A.   No, sir. Just that I wrote
10  that letter, stating we need to make sure
11  that they are checked.
12      Q.   Uh-huh. But by "that letter"
13  -- I'm trying to find it. That's a letter
14  that's been marked as Bombick-6.
15      A.   Actually, it's -- that's me,
16  not Bombick. That's to Tim from me.
17      Q.   I'm looking at the orange tab
18  at the bottom.
19      MS. BEAM: It says Bombick-6.
20      THE WITNESS: I'm sorry.
21  BY MR. KAPLAN:
22      Q.   And what actually prompted
23  this letter, sir?
24      A.   The turning of the stems, the

140

1  hose on the stems.
2      Q.   Now, in your diary at the
3  bottom of the second -- excuse me -- third
4  page, you mention the turning of the section
5  one even hoses. Do you see that there, sir,
6  at the bottom, very bottom?
7      A.   Yes, sir.
8      Q.   What is the significance of it
9  just being -- the significance of the
10  turning applying just to the section one
11  even hoses?
12      A.   Oh, even and odd hoses were
13  certain sections of where they went in that
14  particular section. It went one from
15  twenty, and odd hoses were a certain thing
16  and even hoses were a certain area.
17      Q.   So it's an area of the pump
18  itself?
19      A.   It was either, I think,
20  discharge and pressure lines. Suction
21  lines, I mean.
22      Q.   So there would be section one
23  odd hoses also, correct?
24      A.   It was section one odd and

141

1  even, and then you had section two odd and
2  even.
3      Q.   And how many section one even
4  hoses were there?
5      A.   Well, there would have been
6  probably five.
7      Q.   How many section one odd
8  hoses?
9      A.   Five.
10      Q.   Would they have been all the
11  same size?
12      A.   No, sir.
13      Q.   What size were the even hoses
14  as opposed to the odd hoses?
15      A.   In the beginning it was
16  probably double the size. Then you got the
17  five smaller ones made larger.
18      Q.   And Mr. Cathell wanted to
19  trash all the hoses that were turning --
20      A.   No. He wanted to trash five
21  of the hoses, smaller hoses.
22      Q.   They were operating properly,
23  though, at the time, correct?
24      A.   There was nothing operating.

EXHIBIT

tabbies

B-36

36 (Pages 138 to 141)

142

1    Q.    Well, when you say that he
2  wanted to trash --
3    A.    They weren't able to be put in
4  properly. They had nothing operating. He
5  wasn't operating the machine.
6    Q.    Let me go back, sir. When you
7  said there was turning in the stems, is that
8  of all the hoses at that time?
9    A.    I'm not sure, sir. Just a few
10 that I know of.
11   Q.    But you made mention in your
12 journal, which you can look at, that Mr.
13 Cathell wanted to trash not just even hoses,
14 but the odd hoses as well. Correct? Check
15 your journal.
16   A.    What page are you on?
17   Q.    The last line of page 3. Last
18 line of page 3 and the first lines of page
19 4.
20   A.    Okay. I went back over to
21 pick up the even sets of hoses and even the
22 odd short ones he wanted to trash.
23   Q.    So why did he want to trash
24 the short odd ones?

143

1    A.    Because they would not work
2  properly in his application because they
3  were too short and didn't have any
4  flexibility with them.
5    Q.    Is that so stated in your
6  journal anywhere?
7    A.    As being...
8    Q.    That they were not able to be
9  used.
10   A.    Just stated here that -- where
11 it says: Don said the first section odd
12 pump hoses wouldn't work and said he would
13 eat these five hoses. His mistake.
14   Q.    Because they were not the
15 right size?
16   A.    They were the right size at
17 the time that he thought would work.
18   Q.    Okay. But then how did they
19 not become the right size thereafter? I
20 want to make sure we're understanding each
21 other.
22   A.    After the fact of him trying
23 to put them on. I guess there wasn't enough
24 flexibility to get them on like he wanted

144

1  to, which, in turn, he made longer.
2    Q.    Which is just what Mr. Biggs
3  had advised --
4    A.    Pretty much. If he done it
5  the first time, it might have been okay.
6    Q.    Now, sir, at the very bottom
7  of the page, it's page 4 of your journal,
8  you state that you helped put hoses on. Is
9  that correct?
10   A.    I stated that. Yes, sir.
11   Q.    And why did you install the
12 hoses?
13   A.    I went over and only put one
14 on and started the threading and that was
15 it. He said he would handle it.
16   Q.    Why did you, once again,
17 install the hose or a hose?
18   A.    I didn't install any hoses
19 other than starting to, and then Don said:
20 I'll take over.
21          I did it to help him get the
22 job done because he needed to leave the next
23 day.
24   Q.    And what tools did you use,

145

1  sir?
2    A.    Just my hands on the first two
3  threads.
4    Q.    What tools did you see other
5  people use to install the hoses?
6    A.    They were using, what do you
7  call them, pipe wrenches.
8    Q.    What kind of pipe wrenches
9  were they using?
10   A.    Pretty good size pipe
11 wrenches. I don't know what size it would
12 be. 18 or 24 inch.
13   Q.    Was there any particular
14 torque associated with those pipe wrenches
15 that were used?
16   A.    Sir, I don't know that
17 question, the answer to that question.
18   Q.    You didn't see anything out of
19 the ordinary with the pipe wrenches being
20 used?
21   A.    No, sir.
22   Q.    Did you observe how they were
23 using the pipe wrenches to put on the hoses?
24   A.    On some of the hoses I did.

**EXHIBIT**

B-37

37 (Pages 142 to 145)

146

1    Q.   Why don't you tell me how did
2  they use the pipe wrenches, as best you can
3  recall.
4    A.   They would -- when they put
5  the male pipe ends on, they would put them
6  on the end of the backside of the male
7  thread, which is still metal before you get
8  to the hose, and tighten them down. And
9  then they would return and go to the female
10  side on the nut and tighten that down.
11    Q.   And did you observe any other
12  actions undertaken by the people -- well,
13  who were the individuals attaching the hoses
14  at that time?
15    A.   Chris, Don, and I think his
16  name is Mr. Collins, Jim Collins.
17    Q.   Do you know whether the hoses
18  operated properly when the machine was
19  initially put on?
20    A.   I don't know that answer, sir.
21    Q.   Do you know if Don's actually
22  tested the apparatus after the hoses were
23  initially connected?
24    A.   The only answer I have to that

147

1  is when he called me on Saturday without the
2  machine running.
3    Q.   So you don't know what was
4  done before that?
5    A.   No, sir.
6    Q.   So you don't know if it was
7  running at any period of time properly?
8    A.   I don't know that, sir.
9    Q.   Did you ever call to find out?
10    A.   No, sir.
11    Excuse me. I did call to make
12  sure Don -- after the initial leaking, I
13  talked to Delmar and made sure that
14  everything was okay. He said everything was
15  fine.
16    Q.   What about before the initial
17  leaking, but after the apparatus was turned
18  on?
19    A.   I don't know.
20    Q.   Have you ever installed 2 1/2
21  inch size 37-degree end?
22    A.   No, sir.
23    Q.   You earlier testified
24  regarding a cracked ferrule in the second

148

1  batch of hoses.
2    A.   Yes, sir.
3    Q.   Where was that crack?
4    A.   The length of the ferrule.
5    Q.   The entire length of the
6  ferrule?
7    A.   Is my recollection. Yes, sir.
8    Q.   How long was the ferrule?
9    A.   Approximately 4 to 5 inches,
10  approximately, without...
11    Q.   And that particular hose was
12  delivered to you at McDonald's?
13    A.   I picked that batch up from
14  McDonald's. Yes, sir.
15    Q.   And then did you inspect those
16  hoses before you took them over to Don's?
17    A.   We took them out of the
18  driver's truck, put them in my car, and just
19  had a glance look at them and left.
20    Q.   When you say "we," who is the
21  "we" there?
22    A.   The driver of the car.
23    Q.   The driver of the car?
24    A.   From Tipco.

149

1    Q.   Okay. Did you inspect the
2  hoses at that time?
3    A.   Just a glance.
4    Q.   Did you see anything wrong
5  with the hose at that time, with the
6  ferrules?
7    A.   No, sir.
8    Q.   You said you currently still
9  have possession, or that is, TTI still has
10  possession of some of the hoses.
11    A.   Yes, sir.
12    Q.   Are they under your charge or
13  under someone else's?
14    A.   I would say I'd be under the
15  charge of that.
16    Q.   Where are they located right
17  now?
18    A.   Upstairs in one of our
19  warehouses in a box.
20    Q.   When is the last time you
21  looked at the hoses?
22    A.   Actually, I believe we looked
23  at them yesterday.
24    Q.   When you say "we," who is the

**EXHIBIT**

tabbies

B-38

38 (Pages 146 to 149)

150

1  "we"?
2      A.    Me and Jim Biggs.
3      Q.    Is there anything inside those
4  hoses at all?
5      A.    Could be some oil and maybe
6  some dust from sitting around for all these
7  -- all this time.
8      Q.    Do you recall how long after
9  the apparatus didn't work that Don's
10 requested a couple of the hoses?
11     A.    I would say maybe a month went
12 by.  Not exactly knowing, but probably
13 around a month.
14     Q.    And where were the hoses kept
15 during that intervening month period?
16     A.    Okay.  That was at the time
17 kept up in Dover in my warehouse upstairs,
18 in the boxes.
19     Q.    So kept in the same boxes they
20 are currently in?
21     A.    Maybe a different box.
22     Q.    Is that a heated warehouse
23 or --
24     A.    Just ambient temperature.

151

1  Normal, everyday temperature.
2      Q.    The condition of the hoses
3  now, is it the same as it was immediately
4  after they were taken off the apparatus?
5      MS. BEAM: Objection to form.
6  You can answer.
7      THE WITNESS: Other than the
8  dust, yes.
9      MR. KAPLAN: I have no further
10 questions right now.
11         - - -
12     EXAMINATION
13         - - -
14 BY MR. SNELL:
15     Q.    Good afternoon, Mr. Swain.  My
16 name is Devon Snell.  I represent Colony
17 Insurance in this matter.  I just have a
18 couple quick questions for you.  You may
19 have answered these already.  If you have, I
20 apologize.
21         You stated that Truck Tech
22 also assembles hoses?
23     A.    Yes, sir.
24     Q.    Has Truck Tech ever in the

152

1  past assembled hoses for Don's Hydraulics,
2  to your knowledge?
3      A.    Yes, sir.
4      Q.    Do you know approximately when
5  the last time Truck Tech assembled hoses for
6  Don's?
7      A.    We actually assembled one -- I
8  can't recall the date, sir.
9      Q.    Do you recall the size of
10 hoses assembled?
11     A.    There may be some 2-inch ones
12 that we had brought in from GSM for them.
13 Some 3 inches, maybe.
14     Q.    Do you know whether there were
15 any problems with those hoses?
16     A.    To my knowledge, no.
17     Q.    Is it Truck Tech's regular
18 procedure to test hoses that it assembles?
19     A.    No, sir.  Other than
20 testing -- I do test for crimp specs per the
21 Gates company on ODs of the actual -- make
22 sure it's crimped properly.  I do test that.
23     Q.    How do you go about conducting
24 one of those tests?

153

1      A.    I crimp the fitting on the
2  hose and then I got a pair of calibers that
3  measures the OD of the crimp, and you look
4  in the book for the certain section and it
5  tells you if you're within minus or plus
6  ten.
7      Q.    And you do that in every case
8  in which you crimp a hose?
9      A.    Not every case, sir, no.
10     Q.    How do you determine which
11 cases you conduct the test?
12     A.    If we have a problem with the
13 machine and it possibly goes down for a
14 while, you want to test hoses for a week or
15 two just to make sure everything goes back
16 to where it needs to be.  And then,
17 periodically, I would do a testing.
18     Q.    And I believe -- correct me if
19 I'm wrong.  I believe you testified that the
20 reason you did not -- or Truck Tech did not
21 assemble these hoses for Don's for this
22 particular case is due to the size of the
23 hose.  Am I correct?
24     A.    The availability, that I could

**EXHIBIT**

B-39

154

1   not find the female JIC swivel.
2        Q.    And what is your understanding
3   that you could not find the size of the --
4        A.    It's an odd size to have
5   around.
6        Q.    And when you state it's odd,
7   do you mean it's a larger size than what is
8   normally used?
9        A.    Normally it's a standard 1, 2,
10  3, or 4 inch. When it gets into quarters
11  and halves and stuff like that, is kind of
12  odd.
13       Q.    Now, have you interacted or
14  conducted business with Tipco in the past?
15       A.    Yes.
16       Q.    Have you purchased hoses and
17  assembled hoses from Tipco in the past?
18       A.    I can't recall if I did that
19  when I was at Power Trans or not.
20       Q.    Now, you've mentioned a couple
21  of times, and it appears in your diary, I
22  believe, adapters. Can you explain to me
23  what an adapter is?
24       A.    Yes. When you have an

155

1   application -- let's say a pipe that gets
2   threaded on the end and you want to hook a
3   certain style fitting to that, so you have
4   an actual -- let's say this is a 3-inch male
5   pipe coming out and you want to hook a male
6   JIC on the other end. Well, you can't do
7   that right there so you need an adapter to
8   put in between both which would screw onto
9   the male pipe. So you would get a 3-inch
10  female pipe adapter to a female, let's say,
11  JIC swivel, which would then, in turn,
12  connect to the item you wanted to connect it
13  to. So it's a means of connecting pipe to a
14  pipe or hose to a pipe or pipes -- or hose
15  to hose.
16       Q.    And it's not a piece --
17  correct me if I'm wrong. It is not a piece
18  that goes between the hose and the fitting;
19  is that correct?
20       A.    It can do, between a hose and
21  a fitting. Well, it goes between a fitting
22  and a fitting.
23       Q.    Okay.
24       A.    The fitting is hooked to the

156

1   hose, but it goes between fitting and
2   fitting. Yes.
3        Q.    And a fitting is assembled to
4   the hose either through banding or crimping
5   or swaging?
6        A.    Yes, sir.
7        Q.    Since this incident, has Truck
8   Tech conducted any business with Don's
9   Hydraulics?
10       A.    Oh, yes, sir.
11       Q.    And can you explain what type
12  of business?
13       A.    Don's is one of our -- go
14  ahead? Don's is one of our top distributors
15  in the field, meaning he sells Gates hose
16  and fittings through and for our company.
17  He's a subdistributor, basically, you would
18  say, of TTI.
19       Q.    Subdistributor?
20       A.    We supply him with hose and
21  fittings and he has an Omni crimper like we
22  have.
23       Q.    Have you supplied any hose and
24  fittings for projects which he has

157

1   constructed or --
2        A.    Yes, sir.
3        Q.    Do you recall what size of
4   hoses and fittings?
5        A.    2 1/2 inch, all kinds of -- he
6   stocks fittings, so it could be anything
7   during the normal order day because he
8   has...
9        Q.    Now, I'm speaking of the time
10  frame from approximately September of '03 to
11  the present.
12       A.    Oh, any other projects? It
13  can be various sizes, sir.
14       Q.    Okay. Are you familiar with
15  how much revenue you have received from
16  Don's in these projects since September of
17  '03 to the present?
18       A.    No, sir.
19       Q.    Look at Cathell-2, if you
20  will. That is your invoice -- Truck Tech's
21  invoice to Don's dated August 29th, 2003.
22  Is this the only invoice, to your knowledge,
23  that was issued to Don's, this project?
24       A.    I need to see that. Without

EXHIBIT

B-40

40 (Pages 154 to 157)

158

1  looking at it -- I believe there's a few
2  different ones. That was just one of the
3  invoices supplied.
4      Q.   Do you recall --
5      A.   That was Cathell-2, right?
6      Q.   Yes. Cathell-2. Do you
7  recall how many invoices there were?
8      A.   I'm thinking there was
9  probably a total of three.
10     Q.   To the best of your
11 recollection, do you recall what the other
12 two invoices were for?
13     A.   Possibly for the adapters he
14 had ordered and also more of the hoses,
15 possibly.
16     Q.   I'm sorry?
17     A.   More of the hoses.
18     Q.   More hoses. Has Don paid this
19 invoice?
20     A.   No, sir.
21     Q.   He has not?
22     A.   He has not.
23     Q.   How about the other two
24 invoices which you believe are for the

159

1  adapters and other invoices. Has he paid
2  those invoices?
3      A.   To my knowledge, I don't know
4  about that.
5      Q.   But for Cathell-2, Don has not
6  paid this invoice?
7      A.   To my knowledge, no.
8      Q.   Are you aware if any action
9  has been taken to force Don's to pay this
10 invoice?
11     A.   To my knowledge, no, sir.
12     Q.   I believe it was your
13 testimony earlier, and it's written down in
14 your diary on the last page, it states that
15 one of the hoses had a split ferrule and in
16 parentheses it says: Looks like
17 overcrimped.
18         Was that your conclusion or
19 was that Don's conclusion that it was
20 overcrimped which caused the --
21     A.   He had that initial conclusion
22 and then as soon as I saw it I said, "That
23 looks like an overcrimp."
24         So, basically, both stated

160

1  that.
2      Q.   The work that Truck Tech has
3  done for Don's since September of '03, has
4  that activity been invoiced to Don's?
5      A.   Yes, sir.
6      Q.   Has Don's paid those invoices?
7      A.   Yes, sir.
8          MR. SNELL: That's all the
9  questions I have. Thank you.
10         MS. BEAM: I have some
11 follow-up.
12         MR. KAPLAN: I have a couple
13 follow-up also.
14         - - -
15         EXAMINATION
16         - - -
17 BY MS. BEAM:
18     Q.   Sean, just to clear up the
19 record, does TTI assemble hydraulic hose
20 greater than 2-inch diameter with crimped
21 ends?
22     A.   No.
23     Q.   And why is that?
24     A.   Because our machine only goes

161

1  to 2 inch.
2      Q.   And is that why you had to go
3  outside of TTI to try and quote Don's
4  project?
5      A.   Yes.
6          MR. KAPLAN: Objection to the
7  form.
8  BY MS. BEAM:
9      Q.   Now, did you or anyone else
10 from TTI alter or modify the hoses that were
11 supplied by Tipco before delivering the
12 hoses to Don's?
13     A.   No.
14     Q.   Did you ever have occasion to
15 relay specifically to Don Cathell any
16 recommendations regarding crimping versus
17 banding that had been given to you by Tipco?
18     A.   I talked to Don one time about
19 it.
20     Q.   Can you tell us, first of all,
21 when did that conversation take place?
22     A.   After the first initial ten
23 were delivered, we had talked about that
24 again and he was like: I really don't like

**EXHIBIT**

B-41

41 (Pages 158 to 161)

162

1  the banding because of the leakage that I
2  had in the past.
3      Q.    And in your experience in this
4  industry, is it an industry standard for a
5  hose distributor such as TTI in this case to
6  take a hose back to your shop to test them
7  for defects before delivering them?
8      A.    Say that to me again, please?
9      Q.    Is it a normal standard for a
10 hose distributor such as TTI to routinely
11 take hose orders back to their shop and test
12 them for defects before delivering them to
13 the client?
14     A.    No.
15     Q.    On Exhibit No. 5 -- do you
16 have that here?
17         MR. TIGHE:  Off the record.
18         - - -
19  (Discussion held off the record.)
20         - - -
21 BY MS. BEAM:
22     Q.    I'm going to have you look at
23 the document that's been marked in Tim
24 Bombick's deposition as Bombick-1.  When Mr.

163

1  Tighe was asking you if you agreed with all
2  the facts stated in there, one of the things
3  that you pointed out was that Tim Bombick
4  mentioned a tank truck hose assembly.
5      A.    Yes.  It says it right there.
6      Q.    I'm just wondering what, if
7  any, significance that has in relation to
8  this matter?
9      A.    That would be a -- probably a
10 totally different application in itself.
11 It's on a tank truck and this is a power
12 unit.
13     Q.    Okay.  And do you have a
14 specific recollection of conveying to Tim
15 Bombick or someone else at Tipco what the
16 application was for Don's order at the
17 beginning of the process?
18     A.    Yes, ma'am.  Two or three
19 times.
20         MS. BEAM:  I think that's all
21 I have, but I think there's more
22 questions.
23         - - -
24         RE-EXAMINATION

164

1         - - -
2  BY MR. TIGHE:
3      Q.    Is there a limit to how many
4  times you can crimp and recrimp a hose
5  before a problem develops?
6      A.    There is, I'm sure.  Yes.
7      Q.    What would the problem be?
8      A.    Overcrimping of a hose.
9  Overcrimping of the ferrule on the hose.
10     Q.    These hoses are made of
11 rubber?
12     A.    They're made of rubber and
13 they have a metal wire helix through them
14 that kind of goes, like, around
15 (indicating).
16     Q.    Could crimping and recrimping
17 at some point damage the hose or make it
18 less able to hold a seal?
19     A.    To my knowledge, if they
20 crimped it too much and it could cut the
21 inner tube, that's a possibility.
22     Q.    Okay.  Going to your diary, I
23 think it's the -- it's the next-to-last
24 page, I wanted to make sure I understand

165

1  something.  A few lines down it says:  I saw
2  this firsthand.  They were not using the
3  hose to tighten down on -- something.
4      A.    On fittings.
5      Q.    On fittings.  They were using
6  the fitting heads --
7      A.    Heads.
8      Q.    -- properly to tighten.
9         What does that mean?
10     A.    That's the time where I went
11 back and Don had -- the hoses were spinning
12 on the stem.  I went back and they showed
13 me.  And Tipco has asked me -- I think I
14 talked to Steve King, asked me if they were
15 properly tightening the hoses down right.
16 He said:  Were they using the pipe wrench on
17 the hose and then tightening the fitting
18 down?  And I told him no.  They were
19 properly using it on the heads of the male
20 pipe behind the threads, on the metal and on
21 the nut of the female JIC swivel.  They were
22 not using the hose.  That's what that
23 section means, sir.
24     Q.    Okay.  Did Truck Tech pay

**EXHIBIT**

B-42

42 (Pages 162 to 165)

166

1  Tipco for these hoses and fittings?
2      A.    Yes, sir.
3      Q.    It seems to me you did a lot
4  of running around here.
5      A.    Yes, sir.
6      Q.    And a lot of it was to take
7  back these fittings because they were
8  turning and a ferrule was cracked on one and
9  -- you did a lot of running around. Did
10  Tipco compensate you in any way for all
11  that?
12      A.    No, sir.
13          MR. TIGHE: That's all the
14  questions I have. Thank you.
15          MR. KAPLAN: Just a few
16  questions, sir.
17              -  -  -
18          RE- EXAMINATION
19              -  -  -
20  BY MR. KAPLAN:
21      Q.    First, what was the margin
22  that you charged, the margin between what
23  you paid Tipco versus what you charged Don's
24  Hydraulics for these hoses?

167

1      A.    I can't remember off the top
2  of my head, sir.
3      Q.    Can you give me a range or a
4  percentage?
5      A.    Maybe 25 to 40, maybe,
6  percent. Maybe. I can't really remember.
7      Q.    You testified earlier that you
8  did not recall the amount of revenue that
9  TTI had received from Don's since the time
10  of this incident. Can you tell us, though,
11  the percentage of that revenue in relation
12  to orders placed through you? In other
13  words, does Don's represent -- you told us
14  it's a major producer. How major is it of
15  your clients, sir?
16      A.    I don't know any percentages
17  and how much, because it's -- everything he
18  buys varies in price, sir. There's nothing
19  structured. There's no set one amount to
20  charge him.
21      Q.    Can you give us a range of the
22  revenue which Don's has accounted for to TTI
23  or to you since that time?
24      A.    No, sir.

168

1      Q.    Are you on a commission basis?
2      A.    No, sir.
3      Q.    Are you strict salary?
4      A.    Yes, sir.
5      Q.    How many times have you been
6  to Don's property since the fall of 2003?
7      A.    Since it all happened?
8      Q.    Yes, sir.
9      A.    Ten to fifteen times, maybe.
10      Q.    Is that a lot of times?
11      A.    For me, yeah.
12      Q.    Is there any client you've
13  have to -- have you been to any client's
14  property more than that, sir?
15      A.    That's probably about the same
16  per -- if not less.
17      Q.    But you would consider Don's
18  to be a major client?
19      A.    Yes, sir.
20      Q.    And the last area, sir, comes
21  back to swaging and crimping and banding.
22  When you spoke to Delmar initially, did you
23  simply tell him there were three
24  possibilities of how to address the hose or

169

1  did you tell him that the hose should be
2  banded and not crimped?
3      A.    I didn't tell him that. I
4  told him, you can -- he came with a
5  suggestion of being crimped. I went back
6  with banding. We have a swager, but the
7  items couldn't be found. And the option was
8  banding or crimping and he said: I want
9  banding only.
10      Q.    When you say he came with the
11  suggestion of being crimped --
12          MR. TIGHE: Did you misstate
13  what you just said? I think you
14  said, "I want banding only." Did
15  you mean crimping only?
16          THE WITNESS: Oh, yeah.
17  Crimping only. He wanted crimping
18  only.
19  BY MR. KAPLAN:
20      Q.    You stated also in the same
21  answer that he came -- you said he came with
22  a suggestion of being crimped.
23          MR. KAPLAN: Well, can you
24  read back his whole answer?

**EXHIBIT**

B-43

43 (Pages 166 to 169)

170

1          - - -
2     (The requested notes of testimony were read
3          by the court reporter.)
4          - - -
5          THE WITNESS: Okay. He wanted
6     crimped only.
7   BY MR. KAPLAN:
8     Q.    Did you tell him it was a
9   suggestion or did you tell him it was highly
10  recommended that the hose be banded or
11  swaged and not crimped?
12    A.    I believe I told him it was
13  recommended by the vendor that we're getting
14  the hose from that you might want to band
15  these, but they can do the crimping.
16    Q.    Might want to band them or
17  they should have them banded?
18    A.    It was an option to them.
19  They could do either/or.
20    Q.    When you spoke to Don
21  subsequent to that occasion, did you tell
22  him the manufacturer was again strongly
23  advising that the hose should be banded or
24  swaged and not crimped?

172

1   form of the question.
2          MS. BEAM: Objection to the
3   form.
4          THE WITNESS: Say it to me
5     again, sir?
6          MR. KAPLAN: Why don't you
7   read it back?
8          - - -
9   (The requested notes of testimony were read
10         by the court reporter.)
11         - - -
12         THE WITNESS: No. That was an
13  option they had to do, either/or.
14    It wasn't the solid one to do it.
15    It was --
16  BY MR. KAPLAN:
17    Q.    Who is "they"?
18    A.    Tim and -- him representing
19  Tipco as "they," crimping was fine to use.
20    Q.    Is it your recollection that
21  Tim Bombick said crimping was fine to use?
22    A.    Well, yes, sir, it was.
23    Q.    Do you have anything written
24  to that effect, sir?

171

1     A.    When I --
2          MR. TIGHE: Objection to the
3     form of the question.
4          THE WITNESS: When I talked to
5     Don, it had already happened that
6     they got crimped and we were just
7     talking about why he didn't go with
8     banding.
9   BY MR. KAPLAN:
10    Q.    What do you recall him saying
11  to you on that occasion?
12    A.    That he had trouble in the
13  past with the bands leaking.
14    Q.    Was he adamant?
15    A.    Yeah. He said: I want to
16  stick with banding -- I want to stick with
17  crimping.
18    Q.    Other than those two
19  conversations, did you make any other
20  attempt to convey to a representative of
21  Don's Hydraulics that the appropriate way to
22  use those hoses should have been banded or
23  swaged as opposed to crimping?
24         MR. TIGHE: Objection to the

173

1     A.    Actually, I do, if -- it's on
2   my notes where he misprinted the quote of
3   banding and I had to call him back and get
4   him to fix his mistake on the printing of
5   banding where he made a mistake and had to
6   change that.
7     Q.    As your client was insisting
8   that these be crimped, correct?
9     A.    Yes. Because he misquoted me.
10  And I called him back to verify we were on
11  the proper level of the quote where it
12  needed to be crimped, and he said: I will
13  make that change.
14    Q.    Do you recall you were told
15  why this recommendation that the hoses be
16  banded and swaged as opposed to being
17  crimped?
18         MR. TIGHE: Objection to the
19  form of the question.
20         THE WITNESS: Some people have
21  better luck with bands, some have
22  luck with crimps.
23  BY MR. KAPLAN:
24    Q.    Do you recall what you were

EXHIBIT

B-44

44 (Pages 170 to 173)

174

```
1    told, though?
2        A.    Basically, that. You can use
3    either/or.
4            MR. KAPLAN: Okay.
5            MR. TIGHE: We're finished.
6            MS. BEAM: We will waive.
7                -  -  -
8        (Witness excused.)
9                -  -  -
10       (Deposition concluded at 1:33
11   p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
```

176

```
1                LAWYER'S NOTES
2    PAGE    LINE
3    ____ ___  _____
4    ____ ___  _____
5    ____ ___  _____
6    ____ ___  _____
7    ____ ___  _____
8    ____ ___  _____
9    ____ ___  _____
10   ____ ___  _____
11   ____ ___  _____
12   ____ ___  _____
13   ____ ___  _____
14   ____ ___  _____
15   ____ ___  _____
16   ____ ___  _____
17   ____ ___  _____
18   ____ ___  _____
19   ____ ___  _____
20   ____ ___  _____
21   ____ ___  _____
22   ____ ___  _____
23   ____ ___  _____
24   ____ ___  _____
```

175

```
1
2        CERTIFICATE
3
4
5        I HEREBY CERTIFY that the
6    witness was duly sworn by me and that the
7    deposition is a true record of the testimony
8    given by the witness.
9
10
11
12   Shenna M. Basye-Cara
13   Delaware Certified Shorthand
     Reporter
14   Certification No. 167-PS
15   Dated: August 17, 2005
16
17
18       (The foregoing certification
     of this transcript does not apply to any
19   reproduction of the same by any means,
     unless under the direct control and/or
20   supervision of the certifying reporter.)
21
22
23
24
```

**EXHIBIT**

tabbies

B-45

45 (Pages 174 to 176)