IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Don's Hydraulics, Inc.** | : | |
| Plaintiff | : | Civil Action No.: 04-1275 KAJ |
| | : | |
| vs. | : | |
| | : | |
| **Colony Insurance Company and** | : | |
| **Truck Tech Industries, Inc., and** | : | |
| **Tipco Technologies, Inc.** | : | |
| Defendants | : | |

### DEFENDANT COLONY INSURANCE COMPANY'S RESPONSE TO CO-DEFENDANT TIPCO TECHOLOGIES, INC.'S MOTIONS FOR SUMMARY JUDGMENT

Defendant, Colony Insurance Company, hereby responds to Co-Defendant, Tipco Technologies, Inc. Motion for Summary Judgment, and avers that Co-Defendant's Motion is baseless and must be denied. The reasons therefore are more fully set forth in the accompanying Answering Brief.

FIGIOLA & FACCIOLO

/s/ Anthony A. Figliola
Anthony A. Figliola, Jr. (I.D. # 957)
1813 Marsh Road, Suite A
Wilmington, DE 19810
(302) 475-0460
Attorney for Defendant Colony Insurance Company

Dated: 10/18/05

ZARWIN BAUM DEVITO KAPLAN SCHAER TODDY

/s/ Joseph M. Toddy
Joseph M. Toddy
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 569-2800