IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Don's Hydraulics, Inc.<br>    Plaintiff | : | Civil Action No.: 04-1275 KAJ |
| vs. | : | |
| Colony Insurance Company and<br>Truck Tech Industries, Inc., and<br>Tipco Technologies, Inc.<br>    Defendants | : | |

### ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Co-Defendant Tipco Technologies, Inc's. Motion for Summary Judgment and responses thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **DENIED**.

BY THE COURT

_____
The Honorable Kent A. Jordan