IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Don's Hydraulics, Inc.<br>　　　　Plaintiff | :<br>:   Civil Action No.: 04-1275 KAJ<br>: |
| vs. | :<br>: |
| Colony Insurance Company and<br>Truck Tech Industries, Inc., and<br>Tipco Technologies, Inc.<br>　　　　Defendants | :<br>:<br>:<br>: |

## DEFENDANT COLONY INSURANCE COMPANY'S APPENDIX TO BRIEF IN RESPONSE TO DEFENDANT TRUCK TECHINDUSTRIES, INC'S MOTION FOR SUMMARY JUDGMENT

### TABLE OF CONTENTS

Deposition Transcript of Don Cathell ......................................................... A1–A41

Deposition Transcript of Sean Swain ......................................................... B1–B45

Deposition Transcript of Timothy Bombick ................................................. D10-D34

Plaintiff's Response to Defendant Colony Insurance Company's Interrogatories ........ E1-E7