# Exhibit "A"



**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
------

DON'S HYDRAULICS, INC.          :C.A. No. 04-1275 (KAJ)
        Plaintiff              :

        Vs.                    :

COLONY INSURANCE COMPANY, TRUCK :
TECH INDUSTRIES, INC., and TIPCO :
TECHNOLOGIES, INC.             :
        Defendants            :

------

        Oral deposition of DON CATHELL, taken by and
before Joanne H. Gusler, Registered Professional Reporter
and Notary Public, at the Law Offices of Reger, Rizzo,
Kavulich & Darnall, LLP., 1001 North Jefferson Street,
Suite 202, Wilmington, Delaware 19801, on Thursday, May
26, 2005, commencing at 10:55 a.m.

VOLUME I

KARASCH & ASSOCIATES
REGISTERED PROFESSIONAL REPORTERS
PENNSYLVANIA and DELAWARE
(800) 621-5689

**Page 2**

1 APPEARANCES:
2
3   Tibbo, Cuthell & Loxau, P.A.
    BY: ABIGAIL E. RODGERS, ESQUIRE
4   First Federal Plaza
    P.O. Box 1031
5   Wilmington, De 19899
    (302) 658-6400
6   Attorney for the Plaintiff
7
8   Reger, Rizzo, Kavulich & Darnall, LLP
    BY: CYNTHIA G. BEAM, ESQUIRE
9   1001 North Jefferson Street, Suite 202
    Wilmington, De 19801
10  (302) 652-3611
    Attorney for Defendant, Truck Tech Industries
11
12
    Goldfein and Joseph
13  BY: GARY H. KAPLAN, ESQUIRE
    222 Delaware Avenue, Suite 1110
14  Wilmington, De 19899
    (302) 656-3301
15  Attorney for Defendant, Tipco Technologies, Inc.
16
17  Zarwin, Baum, DeVito, Kaplan, Schaer, Toddy, P.C.
    BY: DEVON F. SNELL, ESQUIRE
18  1515 Market Street, Suite 1200
    Philadelphia, Pa 19102
19  (215) 569-2800
    Attorney for Defendant, Colony Insurance Company
20
21
22
23
24
25

**Page 3**

1           I N D E X
2   WITNESS          PAGE
3   DON CATHELL
4   BY MS. BEAM       4
5
6           E X H I B I T S
7   NUMBER      DESCRIPTION          PAGE
8   Cathell-1   Proposal dated 12/4/02   4
    Cathell-2   Invoice dated 8/7/03     4
9
    Cathell-3   Timeline dated 9/10/03   4
10
    Cathell-4   Color picture            4
11
    Cathell-5   Color picture            4
12
    Cathell-6   Color picture            4
13
    Cathell-7   Color picture            4
14
    Cathell-8   Color picture            4
15
16  Cathell-9   Common policy declarations  124
17  Cathell-10  Project summary report      127
18  Cathell-11  Fax dated 2/24/04        130
19  Cathell-12  Handwritten evidence transfer 130
                Sheet
20  Cathell-13  Fax dated 2/19/04        130
21  Cathell-14  Letter dated 8/25/03     141
22  Cathell-15  List from Don's Hydraulics  145
23  Cathell-16  Letter dated 3/5/04      152
24  Cathell-17  Letter dated 3/24/04     158
25  (EXHIBITS CATHELL-4 THROUGH CATHELL-8 WERE
        RETAINED BY COUNSEL.)

**Page 4**

1
2       Documents marked for identification as
    Cathell-1 through 3 and pictures Cathell-4 through
    8.)
3
4       DON CATHELL, having been duly sworn, was examined
5   and testified as follows:
6
7   BY MS. BEAM:
8       Q.  Mr. Cathell, my name is Cynthia Beam.  I
9   introduced myself earlier.  I represent Truck Tech in
10  litigation that has been filed on behalf of Don's
11  Hydraulics, Inc.  We're here to take your deposition
12  today.
13      I'm sure your counsel has explained to you what a
14  deposition is.  We're going to ask you a series of
15  questions.  I need you to respond to those verbally
16  because nods of the head and uh-huh and unh-unh isn't
17  going to come out on the transcript later, okay?
18      A.  Yes.
19      Q.  If you don't hear me, let me know because I
20  tend to trail off after a while.  If you don't understand
21  a question, please let me know and I'll rephrase it,
22  okay?
23      A.  Okay.
24      Q.  All right.  If you need a break at any time,
25  please let me know.  This isn't an endurance test.  This

1 (Pages 1 to 4)



EXHIBIT

A-1

DON CATHELL
May 26, 2005

Page 5

1  is just to find out what you know about the litigation,
2  okay?
3      A.  Okay.
4      Q.  All right.  Can you tell me a little bit about
5  yourself, sir.  How old are you?
6      A.  Sixty.  Yeah, 60.
7      Q.  And what's your occupation?
8      A.  I'm a self-employed owner of Don's Hydraulics.
9      Q.  How long have you been the self-employed owner
10  of Don's Hydraulics?
11     A.  Twenty-five years.
12     Q.  What did you do before you owned Don's
13  Hydraulics?
14     A.  I worked for a poultry processing plant as
15  plant engineer.
16     Q.  And as the owner of Don's Hydraulics, can you
17  give me an idea of what your responsibilities are?  What
18  do you do?
19     A.  Manage the business.  Procure necessary items
20  for the business.  Design hydraulic power units.  Over-
21  see as far as the office.
22     Q.  Okay.  How many employees does Don's
23  Hydraulics have?
24     A.  Six.
25     Q.  That's including yourself?

Page 6

1      A.  Yes.
2      Q.  All right.  And your son Delmar also works
3  there?
4      A.  Yes.
5      Q.  Can you give me a breakdown of what the other
6  five employees do at Don's Hydraulics?
7      A.  There's three women in the office.  My son
8  works in the shop and also helping with procure items
9  that's necessary for the work.  And one employee in the
10  shop.
11     Q.  Delmar's last name is also Cathell?
12     A.  Yes.
13     Q.  And what's your other shop employee's name?
14     A.  First name is Chris, can't even think of his
15  last name now.
16     Q.  Okay.  How long has Delmar worked for Don's
17  Hydraulics?
18     A.  I don't know exactly.
19     Q.  Okay.  Has it been more than five years?
20     A.  It's over 20 but I don't know.
21     Q.  Okay.  That's fine.  And how about your other
22  employee, Chris, how long has he been employed with Don's
23  Hydraulics?
24     A.  About two years I think.
25     Q.  Okay.  Was Chris employed with Don's

Page 7

1  Hydraulics at the time that you were filling the Fieldale
2  Farms project order?
3      A.  Yes.
4      Q.  Now, do you have any formal education or
5  training in designing hydraulic power units?
6      A.  No.
7      Q.  How did you learn how to do it then?
8      A.  Working with it in poultry plants mainly.  And
9  I had an older gentleman, I took his business over.
10  That's how I learned a lot of it from him.
11     Q.  Okay.  Now, the hydraulic units that you build
12  at Don's Hydraulics, who is your typical customer if you
13  have a typical customer?
14     A.  Poultry processors and logging industry.
15     Q.  And the hydraulic power unit that you were
16  putting together for the Fieldale Farms project, is that
17  the typical kind of hydraulic unit that Don's Hydraulics
18  builds?
19     A.  Yes.
20     Q.  Okay.  So I take it, Fieldale Farms is a
21  poultry processing plant?
22     A.  Yes.
23     Q.  All right.  Now, when you say you design the
24  hydraulic power unit as part of your job at Don's
25  Hydraulics, does that mean you were actually involved in

Page 8

1  putting the hydraulic unit together in your shop at Don's
2  Hydraulics?
3      A.  Yes.
4      Q.  All right.  And is Delmar and Chris also
5  involved in that process?
6      A.  Very, very little.
7      Q.  Very little?
8      A.  Very little.
9      Q.  So you do the majority of the building of
10  these units yourself?
11     A.  I have one other person which is now a
12  separate contractor.  At that time, he was an employee
13  but he is now on his own.
14     Q.  So in August of 2003, you had another employee
15  that helped you build --
16     A.  Yes.
17     Q.  -- this particular unit?
18     A.  Yes.
19     Q.  What was his name, sir?
20     A.  Alfred Collins, the Second.
21     Q.  Alfred Collins, the Second?
22     A.  Yes.
23     Q.  And so is it true on this particular hydraulic
24  power unit that was to be installed at Fieldale Farms,
25  that you and Alfred Collins, the Second were the two

2 (Pages 5 to 8)

EXHIBIT

A-2

DON CATHELL
May 26, 2005

Page 9

1  employees of Don's Hydraulics that actually built the
2  unit at your shop?
3      A.  Yes.
4      Q.  All right.  As part of your business at Don's
5  Hydraulics, do you or any of your other employees
6  assemble industrial hoses?
7      A.  Yes.
8      Q.  Do you yourself assemble or know how to
9  assemble industrial hoses?
10     A.  Yes.
11     Q.  And do you, in fact, on some of your other
12  projects assemble industrial hoses to use on those
13  projects?
14     A.  Yes.
15     Q.  All right.  So is there anyone else in your
16  company who knows how to assemble industrial hoses?
17     A.  Yes.
18     Q.  And who would that be?
19     A.  Chris, Delmar, Alfred.
20     Q.  And for how many years have you been
21  knowledgeable about assembling industrial hoses?  As long
22  as you've been in business?
23     A.  Yes.
24     Q.  What was your purpose then of ordering the
25  hoses for this particular project from the outside source

Page 10

1  rather than assembling them yourself?
2      A.  I can only make up to a two-inch hose with our
3  crimper.
4      Q.  So from that answer, I'm assuming that for
5  this particular hydraulic unit that you were designing
6  and building for Fieldale Farms, you needed a hose that
7  had more than a two-inch diameter?
8      A.  Yes.
9      Q.  All right.  On this particular project for
10  Fieldale Farms, why did you order from Truck Tech?
11     A.  Because we buy all our hose and fittings from
12  them.
13     Q.  Now, I believe I know what you mean by using
14  the term "hoses and fittings," but for the record, can
15  you explain to us the difference between hoses and
16  fittings?
17     A.  To make a hose, you cut the length of hose you
18  want and you have a fitting that slides on to the ends.
19  And you put it in a crimp machine and then it crimps it
20  to the setting that you set it at.
21     Q.  Now, would a fitting be composed of a stem and
22  a ferrule?
23     A.  Yes.  You can have a two-piece or one-piece
24  but.
25     Q.  For those of us who haven't been doing this

Page 11

1  for 20-some odd years, a fitting would be the part that
2  you put on the end of the rubber or whatever hose?
3      A.  Yes.
4      Q.  Correct?
5      A.  Yes.
6      Q.  And the fitting can either be a one piece that
7  would consist of a stem and a ferrule?
8      A.  Yes.
9      Q.  And is the ferrule the same term as a collar?
10     A.  It could be, yes.
11     Q.  Is that your experience that the two terms are
12  interchangeable?
13     A.  Instead of collar, I've always heard it called
14  a sleeve.
15     Q.  A sleeve, okay.  And so a stem and a sleeve
16  can either come manufactured as one piece unit or
17  separately as two pieces; is that correct?
18     A.  Yes.
19     Q.  All right.  So what part fits into which part
20  on a fitting?  Does the stem go inside the sleeve?
21     A.  Yes.  You put the sleeve on the hose first and
22  then you push the stem in.  Inside.
23     Q.  And then what gets crimped?
24     A.  The sleeve.
25     Q.  So when you said that you buy all your hoses

Page 12

1  and fittings from Truck Tech, would that be any hoses
2  greater than two inches in diameter that you could not
3  assemble yourself?
4      A.  It happened one time which was this time.
5  That was the first and the only time so far.  I've not
6  needed any since.
7      Q.  Okay.  Let me see if I can back up and
8  understand that answer.  Prior to this Fieldale Farms
9  project, had you or Don's Hydraulics ever needed to use a
10  hose that was greater than two inches in diameter?
11     A.  Yes.
12     Q.  All right.  And on those other occasions, from
13  whom did you purchase the hose assemblies?
14     A.  I don't recall the name of the company right
15  now, but I did purchase some, yes.  That was prior to my
16  association with TTI though.
17     Q.  Okay.  Prior to the Fieldale Farms project,
18  had you ever purchased any hoses from Truck Tech?
19     A.  What size?
20     Q.  Let's start with any size.
21     A.  Yes.
22     Q.  All right.  Had you purchased any hoses prior
23  to the Fieldale Farms project from Truck Tech that were
24  greater than two inches in diameter?
25     A.  No.

3 (Pages 9 to 12)

EXHIBIT

A-3

DON CATHEY
May 26, 2005

Page 13

1    Q.  Prior to the Fieldale Farms project, had you
2  ever purchased hoses that were greater than two-inch
3  diameter from any other source?
4    A.  Yes.
5    Q.  All right.  And that's the company that you
6  can't remember the name of?
7    A.  Right.  Yes.
8    Q.  Was there more than one company that you had
9  bought hoses that were greater than two inches in
10 diameter?
11   A.  No.
12   Q.  Why is it that you chose to purchase from
13 Truck Tech for this particular project rather than the
14 company that you had been using?
15   A.  Because we purchased all of our hose and
16 fittings from them and I asked if they could make them
17 and they said they could, so therefore, I went ahead and
18 proceeded to get the hoses through them.
19   Q.  Okay.  What kind of hoses were you purchasing
20 from Truck Tech prior to the Fieldale Farms project?
21   A.  What kind?
22   Q.  Yes, sir.
23   A.  I purchased from them hose on the reel and
24 bought fittings.
25   Q.  And this is so that you had these materials in

Page 14

1  your shop so you could assemble your own hoses?
2    A.  Yes.
3    Q.  So the materials that you would have purchased
4  through Truck Tech prior to the Fieldale Farms project,
5  would have all been two inches in diameter or smaller?
6    A.  Yes.
7    Q.  For how long of a period of time prior to the
8  Fieldale Farms project did you have an ongoing vendor
9  relationship with Truck Tech?
10   A.  I don't recall when I started dealing with
11 them.
12   Q.  Had it been more than five years?
13   A.  I don't know for sure.
14   Q.  Okay.  Since the Fieldale Farms project, have
15 you purchased hoses from Truck Tech?
16   A.  Yes.
17   Q.  Can you give me an idea of before this project
18 for Fieldale Farms, how many other projects that you
19 personally handled that would have called for hoses of
20 two inch -- greater than two-inch diameter?
21   A.  I don't know the exact number.  Probably less
22 than ten.
23   Q.  And would that be true also to say of the
24 history of Don's Hydraulics, that there would have been
25 less than ten projects prior to this one that would have

Page 15

1  required you to use hoses that were greater than two
2  inches in diameter?
3    A.  Yeah.
4    Q.  Okay.  Is it fair to say that it was seldom
5  that you had to use hoses that were greater than two
6  inches in diameter in your design and manufacture of
7  hydraulic units --
8    A.  Yes.
9    Q.  -- with Don's Hydraulics?  All right.
10       MS. RODGERS:  Don't forget to let her say
11    the whole question.
12       THE WITNESS:  Okay.
13 BY MS. BEAM:
14   Q.  Is there any way you can give me a rough of
15 idea of how many hydraulic power units that Don's
16 Hydraulics had made over the years?
17   A.  Probably 300 or more.
18   Q.  How many of these hydraulic units did you
19 usually make in the course of a year?
20   A.  It will vary from maybe five to 100.
21   Q.  So would it be fair to characterize the
22 Fieldale Farms project as a large project for Don's
23 Hydraulics for that year?
24   A.  Yes, it was.
25   Q.  Okay.  Prior to the Fieldale Farms project,

Page 16

1  had you ever had problems with orders that you had placed
2  with Truck Tech?
3    A.  Not that I'm aware of.
4    Q.  Have you had any problems with any orders
5  placed with Truck Tech since this Fieldale Farms project?
6    A.  Not that I'm aware of.
7    Q.  Okay.  Moving up to the project for the -- am
8  I even saying that correctly, Fieldale?
9    A.  Fieldale.
10   Q.  Fieldale Farms?
11   A.  Yes.
12   Q.  All right.  Tell me what that job was supposed
13 to entail for Don's Hydraulics.  What were you supposed
14 to design and build for them?
15   A.  A hydraulic power unit that would operate the
16 entire plant.
17       MR. KAPLAN:  Could you repeat that answer
18    please.  Just have the court reporter read it back.
19       (Whereupon, the court reporter read
20       back the requested portion of
21       testimony.)
22 BY MS. BEAM:
23   Q.  And how did you first learn that Fieldale
24 Farms was looking for proposals for a new hydraulic power
25 unit?

4 (Pages 13 to 16)

EXHIBIT

A-4

DON CATHELL
May 26, 2005

**Page 17**

1    A. Their engineer called me.
2    Q. Had you done work for that engineer before?
3    A. No.
4    Q. Okay. Why would a Fieldale Farms' engineer
5 call you about a hydraulic unit then?
6    A. Because I had built several units for Fieldale
7 Farms in previous years. Previous to him being there.
8    Q. The units that you had built previously for
9 Fieldale Farms, were they the same type of unit that you
10 were building for this project?
11    A. They would do the same operation, yes.
12    Q. But the hydraulic unit for this project was
13 larger?
14    A. Yes.
15    Q. Substantially larger?
16    A. Yes.
17    Q. This might be a good a time as any for you to
18 educate me on hydraulic pumps. I'm going to hand over to
19 you some photos that had been produced by your counsel in
20 response to request for productions. There are, I've
21 picked out four of the color photos and they are marked
22 Cathell-5, six, seven and eight.
23        And first, I'd like you to take a look at those
24 photos please and tell me if you've seen these before.
25    A. (Witness complies.) Yes.

**Page 18**

1        MS. RODGERS: Look at them all first.
2    BY MS. BEAM:
3    Q. Take a look at all of them, sir.
4    A. (Witness complies.) Yes.
5    Q. And four also. Sorry about that.
6    A. Okay.
7    Q. You've indicated that you have seen those
8 photos before --
9    A. Yes.
10    Q. -- is that correct? Can you tell me who took
11 those photographs?
12    A. Delmar.
13    Q. Okay. That would be Delmar --
14    A. Cathell.
15    Q. -- Cathell, your son?
16    A. Yes.
17    Q. And the digital date that appears on the
18 photos is 8/25/2003. Do you know if is that the date
19 that these photos were taken by your son?
20    A. Yes.
21    Q. Okay. And do you know what the purpose of
22 Delmar taking these photos was?
23    A. I take photos of just about every one we
24 build.
25    Q. Okay. Now, leaving aside for a moment the

**Page 19**

1 exhibit number eight that shows the unit on I guess a
2 tractor trailer flatbed for transportation purposes I'm
3 assuming, correct?
4    A. Yes.
5    Q. We're going to leave that one aside for a
6 moment. And I guess starting with exhibit number four
7 here, (indicating) this one here. Is this the hydraulic
8 unit that was going to be transferred to Fieldale Farms?
9    A. Yes.
10    Q. Is this a completed or almost completed state
11 in exhibit number four?
12    A. Almost. Yes.
13    Q. And it's sitting in the shop of Don's
14 Hydraulics --
15    A. Yes.
16    Q. -- when these photos were taken? All righty.
17 I guess the only difference that I can tell by looking at
18 these between four and five is that this (indicating) end
19 is now covered with sheet metal in number five.
20        Is there any difference between number four and five
21 other than that if you know?
22    A. This is two separate pieces.
23    Q. Okay. Good to know. So the entire unit would
24 consist of both the units shown in exhibit number four
25 and in number five?

**Page 20**

1    A. Yes.
2    Q. Would that consist of the entire hydraulic
3 unit that you built for Fieldale Farms?
4    A. Yes.
5    Q. All righty. Now, throughout the documentation
6 that was produced by your counsel in response to request
7 for productions, there's mention of the pumps that were
8 used on the project. Would that be this (indicating)
9 cylinder-shaped object towards the bottom of the unit
10 reflected on exhibits four and five?
11    A. No.
12    Q. All right. First of all, what are these?
13 (Indicating.)
14    A. Electric motors.
15    Q. Where are the pumps located?
16    A. On the end here (indicating) and here. It's
17 actually two pumps.
18    Q. So for each motor, there's two pumps?
19    A. Yes.
20    Q. All right. So there are five electric motors
21 and two pumps on each of the units as they appear in the
22 photographs; is that correct?
23    A. Ten pumps. (Indicating.)
24    Q. Did I misspeak?
25    A. Five motors.

5 (Pages 17 to 20)

EXHIBIT

A-5

May 26, 2005

Page 21

1    Q.  Five motors and --
2    A.  -- two on each one, so that would be ten --
3    Q.  Ten?
4    A.  -- pumps.
5    Q.  So that's where the 20 pumps comes from?
6    A.  Yes.
7    Q.  All righty.  Just briefly, if you can tell me
8  what is the purpose of these hydraulic pumps?  What were
9  they supposed to be doing or pumping at Fieldale Farms?
10    A.  They operate various pieces of equipment in
11  the plant.
12    Q.  And what are they pumping?
13    A.  Hydraulic oil.
14    Q.  Okay.  Are these two pieces of apparatus then
15  placed in different areas of the facility?
16    A.  No.
17    Q.  How are they installed or arranged at the
18  site?
19    A.  The two connect here (indicating) to that end.
20    Q.  Okay.  And they're built in two separate
21  pieces --
22    A.  -- for transportation.
23    Q.  For transportation, okay.  And then once you
24  get on site, you just connect the two pieces together?
25    A.  Yes.

Page 22

1    Q.  All righty.  Moving to exhibit number seven.
2  I guess, can you explain for the record what this photo
3  reflects?
4    A.  The electric motor with two pumps, suction
5  hoses, discharge hoses, case drain hoses.
6    Q.  Okay.  Can you describe which are the suction
7  hoses?
8    A.  This one and this one.  (Indicating.)
9    Q.  That would be the grayish appearing pipes?
10    A.  Yes.  (Indicating.)
11    Q.  What would they be made out of?
12    A.  Rubber with reinforced with wire.
13    Q.  Okay.  And these are the suction hoses?
14  (Indicating.)
15    A.  Yes.
16    Q.  Okay.  These are the hoses that you would have
17  purchased through Truck Tech that is at issue in this
18  case?
19    A.  Yes.
20    Q.  What are these black hoses here?
21  (Indicating.)
22    A.  They were the case drain hoses which are also
23  rubber.
24    MR. KAPLAN:  Case?
25    THE WITNESS:  Case drain.

Page 23

1    MR. KAPLAN:  Case drain.
2  BY MS. BEAM:
3    Q.  Okay.  And which of these hose apparatus is it
4  that you're alleging failed when this operation was put
5  online?
6    A.  The suction hoses.  (Indicating.)
7    Q.  Okay.  So both of these grayish-looking hoses?
8    A.  Yes.
9    Q.  Okay.  These black hoses were fine?
10  (Indicating.)
11    A.  Yes.
12    Q.  All right.  Now, are the hoses inside of
13  something as reflected in exhibit number seven?
14    A.  No.
15    Q.  Or this is how they appear when they're
16  delivered to you?
17    A.  They were black.  They were painted in this
18  picture, but they were black hoses originally.
19    Q.  Can I see this for a second?
20    A.  (Witness complies.)
21    Q.  When you say they were black and you pointed
22  to these other hoses, did the suction hoses appear
23  similar to the black hoses that appear in exhibit number
24  seven when you received them?
25    A.  Yes.

Page 24

1    Q.  And it's your testimony that the suction hoses
2  in this photograph, exhibit number seven, are not encased
3  in anything, they're just painted and that's --
4    A.  -- that's all.
5    Q.  Okay.  I guess for the record, could you just
6  explain what's shown in exhibit number six?
7    A.  Electric motor, two pumps, discharge hoses,
8  case drain hoses, suction hoses.
9    Q.  Okay.  I may have missed it when you were
10  explaining it on the last photo.  Which one of these
11  would be the discharge hoses?
12    MR. KAPLAN:  Can you write on that picture?
13    THE WITNESS:  This one and this one.
14    (Indicating.)
15  BY MS. BEAM:
16    Q.  There's been a request that you perhaps label
17  some of the hoses I guess the discharge hoses, the
18  suction hoses, and the -- what was the other?  Casing
19  hoses?
20    MS. RODGERS:  Case.
21    THE WITNESS:  Draw on the picture?
22  BY MS. BEAM:
23    Q.  Sure.  That would be great.
24    A.  (Witness complies.)
25    Q.  So for the record, exhibit number six,

6 (Pages 21 to 24)

EXHIBIT

A-6

**Page 25**

1  Mr. Cathell has labeled the discharge hoses, the case
2  drain hoses, and the suction hoses.  And then exhibit
3  number eight shows -- can you explain what that shows for
4  the record please?
5     A.  That is half of the unit loaded on the truck
6  to be shipped to Georgia.
7     Q.  Okay.  I'm sure we'll come back to these.
8  Mr. Cathell, I'm handing over to you a two-page document
9  that has the word, "Proposal" at the top and "Don's
10  Hydraulics, Inc."  It's been marked as exhibit number one
11  to today's deposition.
12     And can you tell me, sir, have you ever seen that
13  document before?
14     A.  Yes.
15     Q.  And can you explain for the record what that
16  document is?
17     A.  My proposal to Fieldale Farms to fabricate the
18  hydraulic power unit in question.
19     Q.  Okay.  Now, there are two dates at the top of
20  the proposal, December 4th, 2002 and a slash and April
21  25, 2003.  Can you explain to me, first of all, why
22  there's two dates on the proposal?
23     A.  December the 4th was the first proposal which
24  did not materialize until April the 25th and it was
25  requoted.

**Page 26**

1     Q.  Okay.  When you say the first proposal of
2  December 4, 2002 didn't materialize, explain to me what
3  you mean by that?
4     A.  We never received an order.
5     Q.  Okay.  So you had made a proposal to Fieldale
6  Farms back in December 2002 --
7     A.  Yes.
8     Q.  -- correct?  All right.  Would that be a
9  separate document from what we have in front of us?
10     A.  Yes.
11     Q.  Okay.  Is that a document that you would have
12  retained at Don's Hydraulics?
13     A.  No.
14     Q.  And why is that?
15     A.  This canceled out.  This proposal canceled out
16  the other one.
17     Q.  Okay.  Is this proposal that's been marked as
18  exhibit number one different in any way than the second
19  proposal of April 25, 2003?
20     A.  Can you ask that again, please?
21     Q.  The proposal that you have in front of you
22  that's been marked as exhibit number one, are the terms
23  included in that different than the terms that you would
24  have given to Fieldale Farms back in December of 2002?
25     A.  No.  Terms would have been the same.

**Page 27**

1     Q.  When did you receive the order from Fieldale
2  Farms in response to this proposal?
3     A.  May 5th, 2003.
4     Q.  And you can tell that by what on exhibit
5  number one?
6     A.  By the date below the P.O. number.
7     Q.  And the P.O. number represents what, sir?
8     A.  The purchase order number from Fieldale Farms
9     Q.  The purchase order number that's referenced on
10  exhibit number one, is that a document that would be
11  retained by Don's Hydraulics?
12     A.  I do not receive those.
13     Q.  Who receives those?
14     A.  No one.  They stay with the plant.
15     Q.  Okay.  Explain to me the process.  You give
16  them a proposal and then what happens?
17     A.  When they agree to this proposal and they
18  issue a purchase order number, all your billing has to
19  have that purchase order number on to it.
20     Q.  So how are you notified that Fieldale Farms
21  has accepted your proposal?
22     A.  Telephone.
23     Q.  Okay.  The next handwritten entry below
24  5/5/03, can you read into the record what that says
25  please?

**Page 28**

1     A.  "Capital reference number 3435."
2     Q.  And what does that refer to?
3     A.  That is their capital reference for capital
4  expenditures they assign to this project.
5     Q.  "They" being Fieldale Farms?
6     A.  Yes.
7     Q.  And then under that, it has "Attention James
8  Edward."  Who is James Edward?
9     A.  James Edward was the engineer that I worked
10  with on this project from Fieldale Farms.
11     Q.  Okay.  So that would have been the engineer
12  that initially called you to let you know they were
13  looking for proposals?
14     A.  No.
15     Q.  No?  Okay.  Do you recall that other
16  engineer's name?
17     A.  No, I don't.
18     Q.  Okay.
19     A.  Correction.
20     Q.  Yes, sir.
21     A.  It's on here.  Russ Williams.  He was the
22  first one.
23     Q.  Okay.  Also referenced on here is Mr. Walter
24  Burrell, B-U-R-R-E-L-L.
25     A.  Yes.

7 (Pages 25 to 28)

EXHIBIT

A - 7

May 26, 2005

Page 29

1  Q. Who is that, sir?
2  A. I'm not sure what his title was. He was an
3  employee that worked with James Edward.
4  Q. At Fieldale Farms?
5  A. At Fieldale Farms.
6  Q. Okay. Down towards the bottom of the first
7  page where the second sentence is, "This quote includes a
8  central hydraulic system designed to operate the five
9  production lines that are presently operating." Did I
10 read that correctly, sir?
11 A. (No response.)
12 Q. Under, "We hereby submit specification and
13 estimates for."
14     MS. RODGERS: The second paragraph?
15     THE WITNESS: Oh.
16 BY MS. BEAM:
17 Q. Are you with me?
18     MS. RODGERS: No. Yeah, just so we're on
19 the same page.
20 BY MS. BEAM:
21 Q. Right here. (Indicating.)
22     MS. RODGERS: Starting with this quote.
23     THE WITNESS: What was the question again?
24 BY MS. BEAM:
25 Q. I just want to make sure that we're looking at

Page 30

1  the same language. The document reads, "This quote
2  includes a central hydraulic system designed to operate
3  the five production lines that are presently operating.
4  This hydraulic power unit will not solve your problem
5  alone.
6      The piping changes that I stated in my report must
7  be done also to complete the task satisfactorily." Did I
8  read that correctly?
9  A. Yes.
10 Q. Was there something other than the hydraulic
11 power unit that you were providing to Fieldale Farms
12 along with the hydraulic unit?
13 A. No. I provided nothing else but the power
14 unit.
15 Q. Okay. Now, what reports are you referencing
16 in exhibit number one?
17 A. I visited the plant of Fieldale Farms, taking
18 notes on all the power units that were operating to size
19 a unit that would replace all of those plus additional
20 capacity.
21 Q. Okay. And you prepared a report from that
22 visit and inspection?
23 A. Yes.
24 Q. And did you provide that report to Fieldale
25 Farms?

Page 31

1  A. Yes.
2  Q. And did you retain a copy of that report at
3  Don's Hydraulics?
4  A. I'm sure I did.
5  Q. Okay. Is that a document that you would be
6  able to access at this time?
7  A. I hope.
8  Q. Okay. I'm going to ask that after today's
9  deposition, you take a look around your office and find a
10 copy of that report --
11 A. Okay.
12 Q. -- and provide that to your counsel and I'll
13 submit a formal request for that.
14     MR. KAPLAN: Counsel, do we need to make a
15 formal request for that document?
16     MS. RODGERS: No. I think if we have it,
17 we'll give it to you.
18     MS. BEAM: Okay. Great.
19     MR. KAPLAN: Thank you.
20 BY MS. BEAM:
21 Q. So what other than the hydraulic power unit
22 that you were going to provide to Fieldale Farms did they
23 need to solve their problem?
24 A. Hydraulic piping.
25 Q. Okay. Anything else?

Page 32

1  A. Hydraulic oil. Electrical.
2  Q. Electrical what?
3  A. Hook up to the electric motors.
4  Q. Okay.
5  A. And the labor to install it.
6  Q. And did I understand you correctly that Don's
7  Hydraulics did not provide those four things to Fieldale
8  Farms in addition to the hydraulic unit?
9  A. Correct.
10 Q. Who or what entity would have provided those
11 four things in addition to the hydraulic unit that your
12 company provided to Fieldale Farms?
13 A. Fieldale Farms contracted an outside
14 contractor to do the installation.
15 Q. What was the name of that outside contractor?
16 A. I can't think of it right now. I have it at
17 the office but I don't.
18 Q. Okay. Additionally, I would ask that you look
19 for that documentation and give that name to your counsel
20 please.
21 A. (Nods head.)
22 Q. This outside contractor that was to provide
23 these additional services to Fieldale Farms, were they
24 there at the same time that you were there installing the
25 hydraulic pump?

8 (Pages 29 to 32)

EXHIBIT
A-8

Page 33

```
 1     A.  Yes.
 2     Q.  Okay.  And did they complete their work in
 3  conjunction with your start-up of the hydraulic unit?
 4     A.  Yes.
 5     Q.  Did you have a chance to look at the work that
 6  was done by this outside contractor with the hydraulic
 7  piping and the electric hook-up to your electrical
 8  motors?
 9     A.  Yes.
10     Q.  And in your experience, were you satisfied
11  with the work that was done by these outside contractors?
12     A.  Yes.
13     Q.  Okay.  Further down on that same page, you
14  have quoted in exhibit number one, "This unit is rather
15  large and very heavy; meaning, it cannot be installed
16  inside your present facility."  Can you, first of all,
17  did I read that correctly?
18     A.  Yes.
19     Q.  Okay.  Tell me what you mean by that sentence.
20     A.  There was no space inside the building that
21  would accommodate this size unit.
22     Q.  So you were replacing old units at Fieldale
23  Farm?
24     A.  Yes.
25     Q.  All right.  So how then did you accommodate
```

Page 34

```
 1  this size of a unit for that project?  What did you do?
 2     A.  They showed me an area on the print that they
 3  could put the unit and they portioned it off actually
 4  making a room for it to go into.
 5     Q.  So then this hydraulic piping and the
 6  electrical hookups to the electric motors, was that to
 7  accommodate the fact that the power unit had to be put
 8  outside of the facility or has that got nothing to do
 9  with it?
10     A.  The piping had to be changed due to the volume
11  of oil that this one pumps in relation to the small ones
12  that was presently in the plant.
13     Q.  Okay.  So then what kind of accommodations, if
14  any, did you have to make when you were installing this
15  hydraulic unit since it had to be put outside of the
16  facility?
17     A.  Well, it's actually inside.
18     Q.  Because they built a room around it you mean?
19     A.  Yes.
20     Q.  Were there additional pipelines or anything
21  that had to be put into place since this unit was placed
22  further away from the facility than the old unit?
23     A.  All the piping in the entire plant was
24  replaced.
25     Q.  Okay.  So that's what this outside contractor
```

Page 35

```
 1  did?
 2     A.  Yes.
 3     Q.  Okay.  Do you have any idea how much new
 4  hydraulic piping had to be put in when this new hydraulic
 5  power unit was put in?
 6     A.  Not footagewise, no.
 7     Q.  Okay.  Can you explain it any way other than
 8  footagewise?
 9     A.  Thousands of feet.
10     Q.  Okay.  Did you prepare a separate proposal for
11  that part of the job, that being these hydraulic piping
12  and electrical hookups to electric motors?
13     A.  No.
14     Q.  Is that something that Don's Hydraulics is
15  capable of performing?
16     A.  No.
17     Q.  Okay.  On page two of exhibit number one, your
18  proposal to Fieldale Farms.  You have listed some
19  quantity and description of products and then at the
20  bottom, "Two men to assist assembling of power units in
21  place and welding or reservoir tank and manifold to
22  start-up supervision."
23        The quantity and description other than the men, is
24  that -- tell me what those parts are.  What do they go
25  to?
```

Page 36

```
 1     A.  The first item is the power unit itself.  Ten,
 2  100 horsepower electric motors to drive the pumps.  Ten
 3  tandem Rexroth variable volume pumps.  Ten pump motor
 4  flanges which connect the pumps to the motors.
 5        Twenty check valves on the discharges.  Twenty
 6  magnetic suction screens on the suction inside the
 7  reservoir.  Twenty suction kits to make up the -- between
 8  the hoses and the suction screens.
 9        One return diffuser which is internal in the
10  reservoir.  Two high pressure manifolds which is the
11  discharge.  One lot of hoses, valves, and fittings.  Two
12  cooling loops to cool the oil, consisting of the oil
13  coolers in the pumps.
14     Q.  Okay.  And then the total quote for the job
15  was $206,780; is that correct?
16     A.  Yes.
17     Q.  Now, of the products there that you've just
18  read off, are they all put into the hydraulic power unit?
19     A.  Yes.
20     Q.  All right.  And of the products that you just
21  read off, the lot of hoses, valves, and fittings, is that
22  what you allege is the basis of this litigation?
23     A.  Part of it.
24     Q.  Okay.  What other part, if any, of these
25  products goes along with what you think failed?
```

9 (Pages 33 to 36)

EXHIBIT

A-9

Page 37

1    A. Oh, that's -- I misunderstood you.
2    Q. Okay.
3    A. The hoses that failed is in the lot of hoses,
4 valves, and fittings.
5    Q. Okay. Once you received a purchase order from
6 Fieldale Farms, then either you or one of your employees
7 set about purchasing the products that were described on
8 this proposal to build this unit; is that correct?
9    A. Yes.
10    Q. All right. Would Don's Hydraulics retain the
11 invoices for each of these separate component parts that
12 were bought to build this hydraulic unit?
13    A. Yes.
14    Q. And again, is this documentation that would
15 still be available to you at Don's Hydraulics?
16    A. Yes.
17    Q. And again, I'm going to ask that you do a
18 search of your records and produce those documents to
19 your counsel please.
20    A. (Nods head.)
21    Q. So you received the purchase order from
22 Fieldale Farms on 5/5/03, correct?
23    A. Yes.
24    Q. What is your next step as a general rule when
25 you're going to go about building an order like this?

Page 38

1 You've got your order from the customer, now what do you
2 do?
3    A. Invoice for the down payment and start
4 purchasing the items.
5    Q. Okay. Is there a particular order in which
6 you start to purchase the products?
7    A. Yes.
8    Q. And can you explain that to me?
9    A. The steel to build the reservoir and the frame
10 would be the first that you would order. Other than
11 long-lead items that you would have to order such as the
12 pumps. You'd have to order them so they would be on the
13 facility in time.
14    Q. Okay. By long-lead items, I'm assuming that
15 you mean things that have a longer turnaround time from
16 the time that you order them; is that correct?
17    A. Yes.
18    Q. Was there anything that you needed for this
19 job other than the pumps that you considered a long-lead
20 item?
21    A. No.
22    Q. Okay. Generally, if you needed to order hose
23 from an outside source, how much of a turnaround time did
24 you usually give yourself?
25    A. Approximately a week.

Page 39

1    Q. Okay. And when you got this purchase order
2 number from Fieldale Farms on May 5th of 2003, what was
3 your understanding of when the system had to be
4 installed?
5    A. Sixteen weeks.
6    Q. Was there already a scheduled shut down at
7 Fieldale Farms for that time?
8    A. No shut down was scheduled.
9    Q. Okay. So when you, in the past, when you go
10 to put a new hydraulic power unit in a poultry processing
11 plant, explain to me the timing of it. You show up with
12 your unit. They shut down the factory for a day or they
13 don't shut down at all?
14    A. Very seldom they ever shut down. They usually
15 install it on weekends.
16    Q. Had you ever produced and installed a
17 hydraulic unit of this size that you had manufactured for
18 Fieldale Farms prior? Have you had a job this big
19 before?
20    A. No.
21    Q. What had you anticipated being the time frame
22 that it was going to take you and your men to install a
23 hydraulic power unit of this size?
24    A. Sixteen weeks.
25    Q. Once you were on site and you had the unit

Page 40

1 there --
2    A. Uh.
3    Q. -- how long did you think it was going to take
4 you? How long did you anticipate that it was going to
5 take you and your men to install it?
6    A. We did not install it.
7    Q. Who installed it?
8    A. The outside contractor.
9    Q. Was that the usual way that --
10    A. Yes.
11    Q. -- this happened? Okay. So you didn't
12 actually, you and your employees did not actually install
13 it?
14    A. No.
15    Q. Okay. On the proposal, it lists manpower to
16 assist assembly of the power unit in place and welding of
17 reservoir tank, manifold, and start-up supervision. So
18 did you play any part at all or any of your employees
19 play any part in putting the power unit in place?
20    A. Not in place, no.
21    Q. Okay. Explain to me then, please, how it
22 happens. You go down to Gainesville and you see your
23 power unit where when you get there?
24    A. (Indicating.) We assemble by putting the
25 bolts in these flanges. This is a flange. (Indicating.)

10 (Pages 37 to 40)

EXHIBIT

tabbies

A-10

Page 41

1  We put the bolts in that.
2      Q.  Okay.
3      A.  And that was it and welded around it.
4      MR. KAPLAN:  Can you have the witness mark
5  what flanges he's referring to on the photographs?
6      THE WITNESS:  (Witness complies.)
7  BY MS. BEAM:
8      Q.  Okay.  The witness has indicated a flange on
9  exhibit number four, okay.  Let me back up another step
10 because like I say, we haven't been installing or
11 building hydraulic power units for 20 years.
12     The units got transferred on two separate flatbed
13 trucks down to Gainesville, correct?
14     A.  Yes.
15     Q.  All right.  Now, did you travel down to
16 Gainesville for any purpose at all in regards to the
17 hydraulic units?
18     A.  Yes.
19     Q.  All right.  Did anyone else with your company
20 also travel to Gainesville?
21     A.  Yes.
22     Q.  Who travelled with you?
23     A.  Alfred Collins, the Second.
24     Q.  Okay.  Anyone else?
25     A.  That's all.

Page 43

1  bolted.
2      Q.  Okay.  Has any kind of installation or hook-up
3  process been begun already to hook these hydraulic power
4  units up to the plant itself when you and Alfred arrive
5  at Fieldale Farms?
6      A.  Yes.
7      Q.  And this is work that's being done by this
8  outside contractor?
9      A.  Yes.
10     Q.  All right.  So then you and Alfred and Greg
11 Knowles do what to the units?
12     A.  Put the bolts in the flanges.  Waited for them
13 to put the oil in, and ready to start the unit up.
14     Q.  Okay.  So the two units already sitting close
15 enough together for you to put the bolts in the flanges;
16 is that correct?
17     A.  Yes.
18     Q.  All right.  Now, it looks like a piece of
19 (indicating) wood on the end where you've indicated
20 there's a flange in exhibit number four.  Does this piece
21 of wood come out --
22     A.  Yes.
23     Q.  -- when you bolt them together?
24     A.  Yes.
25     Q.  Is there any other kind of hookup or anything

Page 42

1      Q.  Okay.
2      A.  Well, there was one but he didn't ride with us
3  but he rode from North Carolina in.
4      Q.  Was he an employee of Don's Hydraulics?
5      A.  No.
6      Q.  Did you subcontract with him --
7      A.  Yes.
8      Q.  -- to meet you down there?  Who was that
9  individual?
10     A.  Greg Knowles.
11     Q.  Who does Greg work for?
12     A.  Himself.
13     Q.  And you and Alfred and Greg all met up down in
14 Gainesville, correct?
15     A.  Yes.
16     Q.  For what purpose?
17     A.  To oversee the installation of the unit and
18 the start up.
19     Q.  So when you and Alfred get to Gainesville, are
20 the hydraulic units already taken off of the semi?
21     A.  Yes.
22     Q.  Off the flatbeds?  Where are the two units
23 that you have manufactured when you get to Gainesville
24 and Fieldale Farms?
25     A.  Sitting in the room together ready to be

Page 44

1  that has to be done between the one unit and the other
2  unit?
3      A.  No.
4      Q.  Okay.  Going back to the turnaround time and
5  the procurement of the different equipment that you
6  needed to build the hydraulic unit for Fieldale Farms.
7  Do you -- does Don's Hydraulics have a list of vendors
8  that you routinely use?
9      A.  Yes.
10     Q.  Okay.  Is it the type of thing where you're
11 going to get different bids from a couple different
12 providers say of electric motors?
13     A.  Yes.
14     Q.  All right.  So is that the process that took
15 place in this particular case?
16     A.  Yes.
17     Q.  All right.  How many different vendors did you
18 get proposals from when you were looking to procure the
19 hoses for this particular job?
20     A.  One.
21     Q.  And that was who?
22     A.  TTI.
23     Q.  Do you usually get a proposal from more than
24 one vendor when you're looking to procure hoses to build
25 a hydraulic unit?

11 (Pages 41 to 44)

EXHIBIT

tabbies

A-11

Page 45

1    A.  No.
2    Q.  All right.  When would you have first
3  contacted Truck Tech or TTI regarding a proposal for the
4  hoses for this particular project?
5    A.  Probably with the first proposal I imagine.  I
6  don't recall for sure.
7    Q.  Okay.  With the first proposal which means
8  when?
9    A.  Dated December 4, 2002.
10   Q.  Okay.  Now, is that something that would have
11  been in writing between Don's Hydraulics and TTI?
12   A.  No.
13   Q.  Is this done over the phone?
14   A.  Verbally, over the phone.
15     MS. RODGERS:  Remember to let her finish so
16   it looks pretty on the record.
17 BY MS. BEAM:
18   Q.  So then in May of 2003 when you got the
19  purchase order from Fieldale Farms, would you have called
20  your vendors back again and say okay.  I need another
21  proposal or do you use the old proposal that they gave
22  you back in December?
23   A.  A new proposal.
24   Q.  So would that same hold true with Truck Tech,
25  would you have called them after May 5th and gotten

Page 46

1  another proposal for the hoses for this project?
2    A.  I don't recall.
3    Q.  There's an indication in answers to discovery,
4  and at the moment I can't remember whose answer it was,
5  but there was an indication that you had placed an order
6  for 20 hoses with TTI somewhere around August 7, 2003,
7  does that sound correct?
8    A.  Not an order, no.
9    Q.  Okay.  When did you place an order with TTI
10 for any hoses for this particular project?
11   A.  It would have been after May 5, 2003.
12   Q.  Why is it that you're so sure that August 7,
13 2003 isn't the date that you placed the order?
14   A.  Oh, I'm sorry.  You said August --
15   Q.  Yes, sir.
16   A.  -- 2003?
17   Q.  Um-hmm.
18   A.  That may have been.  I'm not sure just when we
19 did order them.  I thought you said 2002.
20   Q.  Oh, okay.  Did you provide the specifications
21 for the 20 hoses that you ordered from TTI?
22   A.  Yes.
23   Q.  What were those specifications?
24   A.  Two-and-a-half inch I.D. hose for suction with
25 male, two-and-a-half inch male pipe thread on one end,

Page 47

1  and two-and-a-half inch female JIC on the opposite end.
2    Q.  And how is it that you would have come up with
3  those specifications for these hoses?
4    A.  The manufacturer of the pump has a designated
5  port size and that's what you have to accommodate.
6    Q.  Okay.  So the designated port size from the
7  manufacturer would you tell you the diameter of the hose
8  correct?
9    A.  Yes.
10   Q.  All right.  Now, I'm assuming there's some
11  other terms of art in here that you used when you were
12  describing the specifications of the hose; am I correct?
13   A.  Some other what now?
14   Q.  Terms of art with a bail two-and-a-half inch
15  male end I think you had said; is that right?
16   A.  Two-and-a-half inch male pipe.
17   Q.  Male, okay.  M-A-L-E?
18   A.  Yes.
19   Q.  All right.  So other than lining up to the
20  hose diameter with the pump manufacturer's port
21  designation and indicating that you needed a male and a
22  female end so that they could get screwed together; is
23  that the purpose of that?
24   A.  That's correct.
25   Q.  All right.  Were there any other

Page 48

1  specifications that you gave TTI in regards to this hose
2  order?
3    A.  Yes.
4    Q.  And what were those, sir?
5    A.  They had to be crimped ends on the hose.
6    Q.  Crimped and?
7    A.  On the hose.
8    Q.  Crimped ends on the hose, okay.  I'm sorry.
9    A.  Yes.
10   Q.  When you placed the order with TTI, were you
11  aware at that point that TTI didn't assemble hoses that
12  were more than two inches in diameter?
13   A.  No.
14   Q.  I have in front of me responses of Plaintiff,
15  Don's Hydraulics, Inc., to Defendant Colony Insurance
16  Company's interrogatories.  And I'm going to first hand
17  these over to you and ask you if you've ever seen that
18  document or had any input into the responses to the
19  interrogatories?
20   A.  (Witness complies.)  Yes.
21   Q.  Okay.  So you did have input into these
22  responses, correct?
23   A.  Yes.
24   Q.  All right.  This is a copy for you to look at,
25  sir.  In response to interrogatory number two, if you

12 (Pages 45 to 48)

EXHIBIT
A-12

DON CATHELL
May 26, 2005

Page 49

1 could take a look at that for a moment?
2    A.    (Witness complies.)
3    Q.    And the second sentence to that response,
4 "Mr. Swain arrived on location with two hose ends and we
5 measured each hose length numbering each one through
6 ten." Do you see that?
7    A.    Yes.
8    Q.    And that's in response to a request to provide
9 detailed description of all communications between you
10 and your company and Truck Tech and Tipco regarding the
11 suction hoses at issue in this case. And what I'm going
12 to ask you to do is explain to me this process of why
13 Mr. Swain is showing up with two hose ends and you
14 measure them and then number them. Walk me through that
15 process please.
16    A.    Different manufacturers of difference hose
17 ends would have different lengths which could vary in the
18 length of the hose. So you need the hose ends, you
19 install them in place to get a measurement for the hose.
20    Q.    I'm sorry. You lost me. Could you explain
21 that again?
22    A.    The two separate ends with no hose between
23 them, I install one on the pipe and one on the pump. And
24 then you measure between them and that gives him the hose
25 length that you need or he needs to manufacture the hose.

Page 50

1    Q.    So the hose ends, are you talking about the
2 actual ends of the hoses or are you talking about the
3 fittings?
4    A.    The fittings.
5    Q.    Okay. So Mr. Swain had some sampler, sample
6 fittings that he brought with him?
7    A.    Yes.
8    Q.    Okay. And those are actually put on to the --
9 to what part of the hydraulic unit?
10    A.    They go in the hose. The rubber hose.
11    Q.    Okay. Where would the fittings be put on the
12 unit?
13    A.    (Indicating.) Right here, right here.
14    Q.    Okay. You're referring to --
15    A.    -- right there, right there.
16    MR. KAPLAN: Can you mark it.
17 BY MS. BEAM:
18    Q.    Okay. The witness is referring to exhibit
19 number six and I'm going to ask that you indicate in red
20 ink where the fittings would go on the unit please.
21    A.    (Witness complies.)
22    Q.    Okay. Thank you. So at the point in time
23 when Mr. Swain from Truck Tech comes to Don's Hydraulics
24 to figure out how long the hoses themselves have to be,
25 would the electric motor and the pumps already have been

Page 51

1 put together?
2    A.    Yes.
3    Q.    All right. And then what do you call the
4 part, it looks like pipes to me, that are already in
5 place that you're going to be putting the fitting on to?
6    A.    This is the pipe is here, yes. (Indicating.)
7    Q.    And these pipes, do they have a specific name
8    A.    Suction pipe. (Indicating.)
9    Q.    Okay. I see.
10    A.    This shows it better. (Indicating.) You got
11 them all the way down.
12    Q.    So in exhibit number four, all of these larger
13 looking pipes are called suction pipes?
14    A.    Not this one.
15    Q.    Not that one?
16    A.    These. (Indicating.)
17    Q.    These. Can I get you to maybe indicate where
18 the suction pipes are please?
19    A.    (Witness complies.)
20    Q.    You had also -- so coming down on to each one
21 of these sets of pumps (indicating) is a suction pipe,
22 correct?
23    A.    Yes.
24    Q.    So on each half of the unit, there would be
25 five suction pipes?

Page 52

1    A.    Ten.
2    Q.    Ten. Oh, I see. There's two for each -- no,
3 I don't see.
4    A.    (Indicating.) One, two, three, four, five,
5 six, seven, eight, nine, ten.
6    Q.    And then for each one of these suction pipes,
7 you would need a suction hose to connect to the end of
8 the pipe and go to where?
9    A.    To the pump.
10    Q.    To the pump, okay. So on Mr. Swain's first
11 visit to Don's Hydraulics, you measure up the hoses for
12 your project. Is it safe to say that since you were
13 measuring for ten, that was only for one-half of the
14 hydraulic unit; is that correct?
15    A.    Correct.
16    Q.    All right. So Mr. Swain would have had sample
17 fittings with him that you and he would have placed on
18 the ends of the suction pipe and on the end of the pump,
19 and then made measurements to see how long the hose
20 itself needed to be?
21    A.    Yes.
22    Q.    All right. Do you recall any conversations
23 with either Sean Swain or any other Truck Tech employee
24 during the quote process regarding using adapters or
25 changing hose ends since they were having problems

13 (Pages 49 to 52)

EXHIBIT

A-13

DON CATHELL
May 26, 2005

Page 53

1 finding female JIC ends?
2    A.  Yes.
3    Q.  Tell me what you remember about those
4 conversations.
5    A.  As I recall, Sean called me and said he was
6 having trouble locating the ends, JIC ends. I'm not sure
7 what I told him at the time. I don't recall.
8    Q.  Okay. Were the female JIC ends eventually
9 provided?
10    A.  Yes.
11    Q.  Do you recall at any time through either the
12 quote process or any other time before you took the hoses
13 to -- use the hoses on the final hydraulic pump, any
14 discussions with Truck Tech personnel regarding Tipco's
15 recommendations that the hose ends be banded and not
16 crimped?
17    A.  Yes.
18    Q.  Tell me what you recall about those
19 conversations.
20    A.  They came back, wanted to either swage or band
21 and I rejected both.
22    Q.  "They" being Tipco?
23    A.  Sean from Truck Tech.
24    Q.  Did he tell you that they were -- it was being
25 recommended by Tipco that that be how the ends of the

Page 54

1 hoses be processed?
2    A.  Could you state that again please?
3    Q.  Do you recall Sean mentioning to you that
4 Tipco who was crimping or manufacturing the hoses are the
5 ones that suggested that the ends be swaged or banded?
6    A.  Yes.
7    Q.  Okay. And you rejected both of those
8 alternatives, correct?
9    A.  Yes.
10    Q.  And you insisted that the ends be crimped,
11 correct?
12    A.  Yes.
13    Q.  All right. Did Sean explain the reasoning
14 behind the recommendation of Tipco that the ends be
15 swaged or banded?
16    A.  I don't recall any.
17    Q.  Okay. What was the reason that you rejected
18 those recommendations that the ends be swaged or banded?
19    A.  Failures in the past with banding and swaging
20 would not seal.
21    Q.  Okay. On any of the other ten or so jobs that
22 you had done in the past with Don's Hydraulics using
23 suction hose that was greater than two inches in
24 diameter, were any of those jobs the ones that you had
25 swaged or banded the ends of?

Page 55

1    A.  Yes.
2    Q.  And was it one of those jobs where the hose
3 that you used was greater than two inches in diameter,
4 that the hoses failed when the ends were swaged or
5 banded?
6    A.  Yes.
7    Q.  Do you recall when the first ten hoses were
8 delivered to Don's Hydraulics by Truck Tech?
9    A.  I don't recall the exact date, no.
10    Q.  Sometime in August, it would be safe to say?
11 August 2003.
12    A.  Yes.
13    Q.  Okay. So explain the process to me. You got
14 the first ten hoses. Did you put them on the one-half of
15 the hydraulic unit and then have Sean come back and
16 remeasure for the second set of ten hoses?
17    A.  That would have been the process, yes.
18    Q.  Okay.
19        MR. KAPLAN:  Was or would have been, sir?
20        The WITNESS:  Would.
21 BY MS. BEAM:
22    Q.  Do you have a specific recollection that's how
23 this particular project went?
24    A.  We started putting the first hoses on and
25 found out that the stems were turning inside the hose.

Page 56

1 So we stopped and I gave them back to Sean.
2    Q.  Okay. Had you and Sean already measured the
3 second set of hoses before that happened?
4    A.  We were in the process of measuring the second
5 set when we determined these were or when we found that
6 these were turning.
7    Q.  Okay. How did you determine that the stems
8 were turning in the hoses on the first set of ten hoses?
9    A.  When we were turning them in by hand, you
10 could turn the hose and the stem was not moving.
11    Q.  Okay. You're going to have to explain that to
12 me a little bit. You have a hose and you have the
13 fitting on the end --
14    A.  Yes.
15    Q.  -- correct? Now, is it like a garden hose
16 where the hose stays still and you turn the fitting on
17 to --
18    A.  (Shakes head.)
19    Q.  -- on to the machinery?
20    A.  It should not be, no.
21    Q.  So how should it be?
22    A.  If you turn the hose, the fitting should turn.
23    Q.  And they should not move independently of each
24 other?
25    A.  No.

14 (Pages 53 to 56)

EXHIBIT

A-14

Page 57

1    Q.  All right.  So when you say we were fitting
2  them on, who specifically from Don's Hydraulics was
3  fitting the first set of ten hoses on to the unit when
4  you determined that the stems were turning independently
5  of the hose?
6    A.  Al Collins.
7    Q.  So was the second half of the hydraulic unit
8  put together when you and Sean were measuring for the
9  second set of hoses?
10    A.  Yes.
11    Q.  And Al Collins was on the first half of the
12  hydraulic unit putting the hoses on when he made this
13  discovery?
14    A.  Yes.
15    Q.  Okay.  And then when did Al Collins relate
16  that information to you?
17    A.  As soon as he noticed it.
18    Q.  Now, had he put all ten hoses on at that
19  point?
20    A.  No.
21    Q.  Okay.  So how many of the hoses then had the
22  fittings that were turning independently of the hose?
23    A.  All ten.
24    Q.  And how do you know that?
25    A.  We tried each one.

Page 58

1    Q.  Okay.  Did you have anything to do with trying
2  that first set of ten hoses?
3    A.  Yes.
4    Q.  And when was that; that same day?
5    A.  Yes.
6    Q.  So tell me how it works.  You're over on one
7  unit, half of the unit trying to measure for hoses?
8    A.  (Nods head.)
9    Q.  Al Collins is on the other side trying to hook
10  the hoses up and what; he yells over to you?
11    A.  Correct.
12    Q.  And then what happens?  You and Sean go over
13  to the other --
14    A.  Yes.
15    Q.  -- half of the unit and check out the rest of
16  the hoses?
17    A.  Yes.  We checked them all after we saw that
18  one and we checked the rest of them.  And Sean just -- we
19  took them back off and Sean took all of them with him.
20    Q.  Now, when you say you proceeded to check the
21  rest of the ten hoses, did you just pick them up and turn
22  them or did you go through the motion of trying to hook
23  them up to the unit?
24    A.  No.  We didn't hook none of them up.  We just
25  turned them by hand.

Page 59

1    Q.  And explain to me when you say you turned them
2  by hand, just for the record, if you could describe for
3  me what you saw when you picked the hoses up.
4    A.  You hold the hose in one hand, take the other
5  hand and take off the fitting and turn it.
6    Q.  And the whole fitting turns?
7    A.  Yes.
8    Q.  All right.  And for the record, it wasn't
9  supposed to turn?
10    A.  No, it was not.
11    Q.  All right.  Could you tell at that point if
12  the fitting was an -- it was one piece or two separate
13  pieces?
14    A.  Two piece.
15    Q.  All right.  How could you tell that?
16    A.  Visually.
17    Q.  All right.  Through your experience in dealing
18  with industrial hoses, can you tell visually if I were to
19  hand you two hoses and one had a stem that was one piece
20  and one had a stem that was two difference pieces, could
21  you just tell by looking at them the difference?
22    A.  Yes.
23    Q.  When you say the stem was turning, was the
24  whole fitting end turning or just one of the two pieces
25  that comprised the fitting turning?

Page 60

1    A.  One of the two pieces.
2    Q.  Can you explain to me which one of the two
3  pieces was turning?
4    A.  The stem was turning.
5    Q.  Okay.  Which is the part that goes inside of
6  the sleeve?
7    A.  Yes.
8    Q.  Did you have any discussions at that point
9  with Sean about how the problem was going to get fixed?
10    A.  I don't recall exactly what was said, no.
11    Q.  Were you aware by that point that Truck Tech
12  was obtaining the hose and the fittings from Tipco?
13    A.  I was not aware of the name, no.
14    Q.  But you were aware that they were obtaining
15  the hoses and the fittings from another vendor?
16    A.  Yes.
17    Q.  Okay.  Do you have a recollection of how long
18  after Sean left with those first ten hoses that you
19  returned, that either the hoses for the first half of the
20  unit was brought back to you or the new set of hoses for
21  the second half of the hydraulic unit was brought back to
22  you?
23    A.  I don't remember the time period, no.
24    Q.  Okay.  What do you remember next in as far as
25  the hose order being completed?

15 (Pages 57 to 60)



EXHIBIT
tabbies'
A-15

DON CATHELL
May 26, 2005

| Page 61 |
|---|
| 1  A. Sean brought the hoses back another time and |
| 2  we discovered some were still turning. |
| 3  Q. Okay. Now, when he brought the hoses back the |
| 4  next time, did he have just ten hoses with him or did he |
| 5  have all 20? |
| 6  A. I think it was just the first ten, I think. |
| 7  I'm not sure. |
| 8  Q. Okay. So when he brought the first ten hoses |
| 9  back to you, you said some of the stems were still |
| 10  turning, correct? |
| 11  A. Yes. |
| 12  Q. Were some of the hose stems not turning? |
| 13  A. There was some; I don't recall how many but |
| 14  there were some that did not turn by hand. |
| 15  Q. Now, did you keep the hoses whose stems |
| 16  weren't turning and send the hoses whose stems were |
| 17  turning back or did you send all of them back? |
| 18  A. He took the ones that was turning. |
| 19  Q. If I understand your testimony, you don't |
| 20  recall how many of those ten that you kept at Don's |
| 21  Hydraulics, correct? |
| 22  A. No, I don't recall. |
| 23  Q. All right. Now, do you recollect during the |
| 24  hose measuring and ordering process, some discussions |
| 25  with either Sean Swain or Jim Biggs about two of the |

| Page 63 |
|---|
| 1  A. Yes. |
| 2  Q. And were they? |
| 3  A. No, you could not turn them by hand. |
| 4  Q. Okay. Other than the one with the cracked |
| 5  sleeve which I'm assuming you sent back -- |
| 6  A. Yes. |
| 7  Q. -- to get fixed, correct? The others that you |
| 8  would have had, 20 hoses, 19 hoses by this point, to put |
| 9  on both halves of your hydraulic unit, correct? |
| 10  A. Yes. |
| 11  Q. Did you apply those hoses to the hydraulic |
| 12  unit? |
| 13  A. Yes. |
| 14  Q. All right. And during the application -- |
| 15  explain to me the application process of the hoses to the |
| 16  units. |
| 17  A. Screw the male pipe thread in of the hose into |
| 18  the suction pipe. Tighten it. |
| 19  Q. Okay. |
| 20  A. Connect the JIC in and tighten it. |
| 21  Q. And that's pretty much it? |
| 22  A. That's it. |
| 23  Q. Okay. How do you tighten it? |
| 24  A. With a large wrench. |
| 25  Q. All right. And during the tightening process, |

| Page 62 |
|---|
| 1  hoses being too short in length for the application that |
| 2  you were trying to obtain and then having to replace |
| 3  those two shorter hoses with longer hoses? |
| 4  A. I don't recall any conversation with Jim |
| 5  Biggs. Sean and I talked about it and I did make a |
| 6  change due to that fact. |
| 7  Q. Okay. Do you remember when in this process |
| 8  you made the change of those two shorter hose |
| 9  applications and went with the longer hoses? |
| 10  A. I think it was when he brought the first ten. |
| 11  Q. Okay. So the next time that Sean came back |
| 12  with the hoses after you had sent back some of the ten |
| 13  whose stems were turning, did he bring your entire hose |
| 14  order with him the next time? |
| 15  A. They were sent back twice and when he brought |
| 16  them back after the second time, he had all of them. |
| 17  Q. Okay. And did you inspect the hoses that he |
| 18  brought back the second time? |
| 19  A. Yes. |
| 20  Q. All right. And did you see anything wrong |
| 21  with the hoses that he had brought back the second time? |
| 22  A. We had one that had a cracked sleeve onto it. |
| 23  Q. Apart from the one that had the cracked sleeve |
| 24  on it, did you test, you or anyone else test the hoses to |
| 25  see if the stems were still turning by hand? |

| Page 64 |
|---|
| 1  did you notice any problems with the hoses in regards to |
| 2  the fittings turning in any manner? |
| 3  A. No. |
| 4  Q. All right. Did you or anyone with Don's |
| 5  Hydraulics discuss with Sean Swain of Truck Tech how the |
| 6  problem with turning stems on the hoses was being fixed |
| 7  once they were taken away from Don's Hydraulics? |
| 8  A. No. |
| 9  Q. Okay. There's some indication to answers to |
| 10  discovery that you had requested that the hoses be tested |
| 11  before being returned to Don's Hydraulics after you had |
| 12  to send them back with Sean; do you recall that request? |
| 13  A. I don't recall it but I may have. I don't |
| 14  know. |
| 15  Q. Okay. Tell me what kind of test you would |
| 16  anticipate being done on these suction hoses to make sure |
| 17  that they're going to work? |
| 18  A. Either a vacuum test or a pressure test. |
| 19  Q. Now, you had indicated that for hoses that are |
| 20  smaller than two inches in diameter, Don's Hydraulics is |
| 21  capable of assembling them, correct? |
| 22  A. Yes. |
| 23  Q. And part of that is this crimping process |
| 24  that's done on the ends, correct? |
| 25  A. Yes. |

16 (Pages 61 to 64)

KARASCH & ASSOCIATES
800-621-5689

EXHIBIT

A-16

DON CATHELL
May 26, 2005

Page 65

1    Q.  All right.  Explain to me how you go about
2  crimping the ends of these hoses when you're assembling
3  them.
4    A.  You put the end on the hose.  You place it in
5  the crimp machine, and push the button.
6    Q.  All right.  And crimp machine, is this
7  something that is computerized?
8    A.  Somewhat, yes.
9    Q.  All right.  This isn't kind of like you just
10  push down until it feels tight?
11    A.  No.  You have a setting that you -- for each
12  size hose, each type of end, and you put -- set the
13  setting on the machine and it automatically stops and
14  reopens.
15    Q.  Okay.  How do you know what setting to enter
16  into the machine to start with?
17    A.  Manufacturer's chart specifications.
18    Q.  Okay.  Would it be the manufacturer of the
19  hose or of the fittings that gets entered into the
20  crimping machine?
21    A.  The same manufacturer makes both.
22    Q.  What if there's different manufacturer of the
23  hose and fittings?
24    A.  Not allowed to put it together.
25      MR. KAPLAN:  I'm sorry.  What was that

Page 66

1  answer?
2      THE WITNESS:  You're not allowed to put it
3  together.
4  BY MS. BEAM:
5    Q.  Explain to me what you mean by you're not
6  allowed to put it together if the manufacturer is
7  different of the hose than of the fittings?
8    A.  If you have one manufacturer that makes the
9  hose, another one makes the ends, their specs could be
10  different.  If the end blows off, nobody stands behind
11  it.  Except for me then.
12    Q.  What do you mean by "if the end blows off"?
13    A.  If it was a pressure hose and you installed it
14  and put the pressure to it and the hose blows out of the
15  fittings, somebody gets hurt.
16    Q.  Okay.  So am I understanding you to say that
17  if the hose is being manufactured by one company and the
18  fittings are being manufactured by another company, the
19  fittings are probably not going to be compatible with the
20  hose?
21    A.  There is a possibility.
22    Q.  Now, but you just said you're not allowed to
23  do it.  There's kind of a difference between those two
24  statements.  Are you saying that you shouldn't do it as a
25  matter of course?

Page 67

1    A.  Yes.  You shouldn't do it because of the
2  liability.
3    Q.  Okay.  Now, let's just say that there is a
4  different manufacturer of the fittings and of the hose,
5  and someone's going to try and crimp this fitting on to
6  the end of this hose, is there an acceptable way to do
7  this in your experience?
8    A.  No.
9    Q.  Okay.  If you have a manufacturer of the stem
10  -- the fittings and a different manufacturer of the hose
11  and you go to crimp it, can you use the specifications of
12  the fitting manufacturer to try and crimp it?
13    A.  I won't.
14    Q.  You wouldn't in your experience in assembling
15  hoses?
16    A.  (Shakes head.)
17    Q.  That's a no?
18    A.  That's a no.
19    Q.  Okay.  Where did you get the crimping
20  specifications from; the manufacturer of the fitting?
21    A.  Fitting and the hose because they both -- they
22  make both components.
23    Q.  So in your experience, you've never assembled
24  hoses with manufacturers that differ of the hose and the
25  fitting?

Page 68

1    A.  I won't no more.  I have done, yes.
2    Q.  You have in the past, okay.  And when you've
3  done that in the past, whose specs did you use when you
4  went to crimp the end?
5    A.  None.
6    Q.  You just kind of guesstimated?
7    A.  That's all.
8    Q.  Is there any way to tell when you're crimping
9  the ends of a hose with this crimping machine that it's
10  not done correctly?
11    A.  Yes.
12    Q.  Explain to me how you can tell that it's not
13  done correctly.
14    A.  We use calibers and measure the outside of the
15  crimp.
16    Q.  All right.  So say for a two-inch diameter
17  hose that you're trying to manufacture or trying to
18  assemble, what measurement on the calibers do you want on
19  the outside of the hose after you crimp it?
20    A.  I'd have to look on the manufacturer's
21  specification sheet.  They give it to you.
22    Q.  Okay.  How about in one of these cases where
23  you're guesstimating because you're using a fitting
24  that's manufactured by one company and a hose that's
25  manufactured by another company, at that point when

17 (Pages 65 to 68)

EXHIBIT

A-17

DON CATHELL
May 26, 2005

Page 69

1　you're crimping that assembly together, is there any way
2　that you can tell either during the crimping process --
3　well, let's start with during the crimping process.
4　　　Like if you crimp it too much, does something pop or
5　a bell ring or something like that?
6　　A.　You can crush the stem or you can crack the
7　sleeve.
8　　Q.　And that tells you that you've crimped it too
9　much?
10　　A.　Yes.
11　　Q.　How you can tell if you haven't crimped it
12　enough?
13　　A.　Just visual.
14　　Q.　And what are you going to see?
15　　A.　The sleeve would not be indented into the
16　hose.
17　　Q.　Oh, I see.　In your experience with assembling
18　industrial hoses, if you have a stem that's turning
19　inside of the hose like you were experiencing initially
20　on this project, what does that indicate to you as an
21　assembler?　What hasn't been done correctly?
22　　A.　An undercrimp.
23　　Q.　An undercrimp, okay.　Now, when you came
24　across when you were assembling a hose, how would you
25　correct that?　Would you just go back and recrimp it a

Page 70

1　little bit tighter?
2　　A.　Yes.
3　　Q.　Now, if you had used the manufacturer's
4　specifications entered into the crimping machine, have
5　you, in your experience of assembling hoses, have you
6　ever had the stems turning inside the hose due to an
7　undercrimp when you've used the correct specification for
8　the crimp machine?
9　　A.　No.
10　　Q.　So the times that you've had the stem turning
11　inside the hose, was it one of those guesstimate cases
12　where you had a hose of one manufacturer and fittings
13　from another manufacturer and you're just guessing?
14　　A.　Yes.
15　　Q.　Okay.
16　　　MS. RODGERS:　What are your thoughts on a
17　break?
18　　　(Discussion was held off the record.)
19　BY MS. BEAM:
20　　Q.　Okay.　Going back to the testing that in your
21　experience could have been done on these hoses to make
22　sure that they weren't going to fail.　You had mentioned
23　a vacuum test or a pressure test.
24　　　Because these were suction hoses, would you have
25　used one of these tests over the other?

Page 71

1　　A.　Either would be acceptable.
2　　Q.　Either one would be acceptable?
3　　A.　Yes.
4　　Q.　How have you in your experience with
5　assembling hoses ever performed either a vacuum test or a
6　pressure test on an industrial hose?
7　　A.　Only on these.　(Indicating.)
8　　Q.　"These" being the ones --
9　　A.　Ones in question.
10　　Q.　-- in question?　Have you ever performed other
11　than on these hoses, vacuum test or pressure tests on
12　industrial hoses?
13　　A.　No.
14　　Q.　Do you have the capability of doing that at
15　Don's Hydraulics?
16　　A.　Yes.
17　　Q.　Is there a special machine that you need to do
18　these tests?
19　　A.　On vacuum you will.　You have to have a vacuum
20　pump.
21　　Q.　A vacuum pump.　What about on a pressure test?
22　　A.　Just air pressure.
23　　Q.　So if I'm hearing you correctly, it's really
24　not that big of a deal to test these kind of hoses?
25　　A.　Correct.

Page 72

1　　Q.　Okay.　So if you wanted to do a vacuum test,
2　you hook the hose up to the vacuum pump?
3　　A.　Yes.
4　　Q.　All right.　And if you wanted to do a pressure
5　test, you just what; hook it up to a compressor?
6　　A.　Air hose, yes.
7　　Q.　And how do you tell if they fail a vacuum
8　test?　If the hose fails a vacuum test, how can you tell?
9　　A.　You plug one end of the hose, hook the vacuum
10　pump to the other end with a valve in the middle and once
11　the gauge reads into a vacuum, you close the ball valve,
12　shut the machine off and watch the gauge.
13　　Q.　And if it's going to flunk the vacuum test,
14　what's the gauge going to read?
15　　A.　It will restart going to the pressure side
16　versus vacuum.
17　　Q.　And pressure test, how would you perform that?
18　　A.　Plug one end of the hose, hook the air
19　pressure to the opposite end with a valve in the middle
20　and a gauge, and once you establish the pressure you
21　wish, close the valve, put it under water and see if you
22　get air bubbles.
23　　Q.　Was there a certain pressure that these hoses
24　that you had ordered from Truck Tech for this particular
25　project, was there a specific pressure that they were

18 (Pages 69 to 72)

EXHIBIT

A-18

DON CATHELL
May 26, 2005

## Page 73

1  supposed to be able to withstand?
2      A.  Yes. I'm not sure what the manufacturer specs
3  is on that though.
4      Q.  Okay. Manufacturer of what?
5      A.  The hose.
6      Q.  Is that a specification that you would have
7  designated when you ordered these hoses from Truck Tech?
8      A.  No.
9          MR. KAPLAN: I'm sorry. Can you read back
10     the last question and answer.
11         (Whereupon, the court reporter read
12         back the requested portion of
13         testimony.)
14 BY MS. BEAM:
15     Q.  So when you're talking about certain pressure
16  that you would want for these hoses that they can with-
17  stand, is that the same thing as PSI?
18     A.  Yes.
19     Q.  All right. So when you say it's designated by
20  the manufacturer, the PSI is designated by the
21  manufacturer, is that an industry standard for suction
22  hoses?
23     A.  For any hose.
24     Q.  For any hose. So there's a certain PSI for a
25  hose, an industrial hose of two-and-a-half inch diameter?

## Page 74

1      A.  Yes.
2      Q.  And that's going to be different than the PSI
3  which is the industry standard for a hose that's two
4  inches in diameter; is that how it's differentiated?
5      A.  No.
6      Q.  Explain to me how it's differentiated then.
7      A.  You have no-wire hose, one-wire hose, two-wire
8  hose, four-wire hose, six-wire hose, so forth. And every
9  one has a different pressure range. Pressure rating.
10     Q.  What type of hose was it that you were
11  ordering in this project?
12     A.  One-wire.
13     Q.  Are you saying wire, W-I-R-E?
14     A.  Yes.
15     Q.  Why is it called a one-wire hose?
16     A.  There is one wire spiral throughout the hose
17  internally.
18     Q.  I see, okay. Now, this pressure test that
19  you've just explained to me, is that something that Don's
20  Hydraulics has capability of doing at its shop?
21     A.  Yes.
22     Q.  Okay. How about this vacuum test, is that
23  something Don's Hydraulics has the capability of doing at
24  its shop?
25     A.  I don't have a vacuum pump but I have access

## Page 75

1  to one.
2      Q.  Okay. When Sean Swain of Truck Tech would
3  have brought your hoses back after you had sent them back
4  with him because the stems were turning, in your
5  experience, did you have a feeling that the hose ends
6  were being recrimped after they left you?
7      A.  I assume that's all.
8      Q.  And when the one hose came back with the
9  cracked sleeve, did -- I think you had indicated that
10  would indicate an overcrimping; is that correct?
11     A.  Yes.
12     Q.  In your experience, is there any other way
13  that the sleeve could have been cracked?
14     A.  Could have been an inferior sleeve.
15     Q.  Which means it was just cracked when it left
16  the manufacturer?
17     A.  No. It could have been some flaw internally
18  and then when they crimped it, it cracked.
19     Q.  Okay. I see. Now, at some point prior to
20  when this hydraulic unit was put on the flatbed on August
21  25, 2003, you would have had all 20 hoses, correct?
22     A.  Yes.
23     Q.  And were all 20 hoses applied to the two units
24  of the hydraulic power unit?
25     A.  Yes.

## Page 76

1      Q.  All right. And was that done by you or by
2  someone else?
3      A.  Me, Alfred Collins. Sean helped with some of
4  them. I think Delmar helped with some. I think that was
5  probably it.
6      Q.  Okay. Were there any indications that there
7  were problems with any of the stems turning inside of the
8  hoses?
9      A.  Not by trying them by hand, no.
10     Q.  Okay. How about when you hooked them up with
11  the wrench to the suction pipe and the pump?
12     A.  We saw none.
13     Q.  All right. Did you or any other Don's
14  Hydraulics employee perform a pressure test on any of the
15  hoses before you hooked them up to the unit the final
16  time?
17     A.  No.
18     Q.  Did you or any other Don's Hydraulics employee
19  perform vacuum tests on any of the hoses before you
20  hooked them up to the unit for the final time?
21     A.  No.
22     Q.  Was the hooking up of the hoses the last thing
23  that you did --
24     A.  Yes.
25     Q.  -- to this unit?

19 (Pages 73 to 76)

EXHIBIT
A-19

DON CATHELL
May 26, 2005

Page 77

1    A.  Yes.
2    Q.  Is that the usual sequence of events when
3  you're building one of these units?
4    A.  Yes.
5    Q.  Okay.  And then, am I correct, that the next
6  thing that you do after you hook up these hoses, is you
7  get it lifted onto the truck for transport?
8    A.  Yes.
9    Q.  Okay.  What if any kind of a preliminary test
10  or check do you or anyone else at Don's Hydraulics do to
11  make sure that these power units are functional before
12  you transport them?
13    A.  None.
14    Q.  And is that the usual course of events over
15  the 20 years that you've done this?
16    A.  Yes.
17    Q.  Did you, since this was the first unit that
18  you had done of this kind of size, you didn't feel the
19  need to do any kind of testing on these units before they
20  were transported down to Florida?
21    A.  No.
22    MS. BEAM:  Okay.  This is probably a good
23    time as any to break for lunch.
24    (Brief recess.)
25  BY MS. BEAM:

Page 78

1    Q.  Okay.  Sir, I'll just remind you, you're still
2  under oath and we're going to continue with your
3  deposition at this point.  How long before the unit is
4  actually loaded on to the trucks such as represented in
5  Exhibit-8 is the unit actually finished in this
6  particular case?
7    A.  I don't know exactly, but I'd say nine to ten
8  days.
9    Q.  Okay.  So your recollection is that the hoses
10  were on, and the units, the two halves of the unit were
11  completed nine to ten days before these photos,
12  (indicating) the photo in exhibit number eight was taken?
13    A.  Oh, no.  I thought you meant before it was in
14  operation.
15    Q.  Oh.
16    A.  Let's see.  We finished on Sunday night and
17  loaded it Monday morning.
18    Q.  Okay.  Tell me what it is that you had to
19  finish up on Sunday night to get the unit ready to ship?
20    A.  Let's see.  Just the hoses and spot painting I
21  think was it as the final items that we had to do.  They
22  were the last things.
23    Q.  Okay.  The suction hoses that you have
24  indicated in exhibit number six, before they were
25  painted, did they look like these black hoses that you've

Page 79

1  indicated are the case drain hoses?
2    A.  Yes.
3    Q.  Okay.  Now, see, just for my education at this
4  point.  These case drain hoses look like they're
5  flexible; is that correct?
6    A.  Yes.
7    Q.  Are the suction hoses flexible also?
8    A.  Yeah.
9    Q.  Okay.  So if these suction hoses were
10  unscrewed from these fittings, they would be pliable?
11    A.  Yes.
12    Q.  All right.  So the two halves of the hydraulic
13  unit actually left Don's Hydraulics on August 25, 2003,
14  correct?
15    A.  Yes.
16    Q.  All right.  And do you know when the two
17  halves of the power unit arrived in Gainesville?
18    A.  I think the 27th.
19    Q.  Okay.  And just to try and keep from getting
20  ahead of myself.  Let me hand you what's been premarked
21  as exhibit number two.  And this appears to be an invoice
22  number 4095 to Don's Hydraulics from TTI.
23    MR. KAPLAN:  Can I see that one second?  I
24    just want to get the date so I can compare it with
25    what I have, sir.

Page 80

1    THE WITNESS:  (Witness complies.)
2    MR. KAPLAN:  Okay.  Thank you.
3  BY MS. BEAM:
4    Q.  And I'll represent to you that this was a
5  document that was produced by your counsel in response to
6  request for productions.  Have you seen this document
7  before?
8    A.  Yes.
9    Q.  Okay.  Now, does this document represent the
10  full order specifications that you had conveyed to Sean
11  Swain when you were discussing the order for this
12  particular project?
13    A.  Yes.
14    Q.  Did you specify Longhorn hose to be used?
15    A.  No.
16    Q.  Okay.  What, if you know, is a Longhorn hose?
17    A.  Brand name I assume.  I don't know.
18    Q.  Okay.  There's two letters I.D. before
19  Longhorn hose, do you know what that indicated?
20    A.  Yes.
21    Q.  What does that indicate?
22    A.  Inside diameter.
23    Q.  Okay.  So that would refer to the
24  two-and-a-half inches before the letters I.D.?
25    A.  Yes.

20 (Pages 77 to 80)

EXHIBIT

A-20

DON CATHELL
May 26, 2005

Page 81

1    Q.  All right.  At the top line under description,
2 it reads, "Female JIC swivel crimped on ends." Explain
3 to me what your understanding is of what that describes
4    A.  That describes one -- the fittings on one end
5 of the hose, on both ends of some of the hoses.
6    Q.  Okay.  What if you know, does JIC stand for?
7    A.  I don't know right at this time, no.
8    Q.  Okay.  And this is the first time that I've
9 seen or heard the word "swivel" used in regards to the
10 fittings.  Is that a term of art in the industry or?
11    A.  Yes.  For a female JIC, it has to be swivel.
12    Q.  And does that mean that it can swivel or what
13 exactly does it mean?
14    A.  Yes.  By swivel it means it will turn.
15    Q.  Okay.  So the female end is supposed to screw
16 on to something; is that correct?
17    A.  Yes.
18    Q.  All right.  So when you're talking about the
19 stems not -- you're not supposed to be able to turn the
20 stems on the ends of the hoses, you would be referring
21 specifically to the male fittings?
22    A.  Both.
23    Q.  Okay.  Explain to me how that works then.  If
24 the female ends are made to swivel so that they can be
25 screwed into something, are they not supposed to turn,

Page 82

1 the female ends?
2    A.  The female end has a swivel nut on to it.  It
3 comes up against a seat.  So that way you can screw the
4 hose in on the opposite end and tightened and then you
5 had a way of tightening that end.
6    Q.  So if we were to look at exhibit number six.
7 By looking at those, can you tell which is the female end
8 and which is the male end?
9    A.  Yes.  Yes.
10    Q.  All right.  Can you indicate with blue ink for
11 me on the fittings designation which would be the female?
12    A.  (Witness complies.)  I don't see nothing else
13 here.  (Indicating.)
14    Q.  Okay.  Great.  Thank you.  All right.  Looking
15 back at exhibit number two, the invoice again.  So the
16 female ends would also be crimped, correct?
17    A.  Yes.
18    Q.  Just, you wouldn't crimp the nut?  The swivel
19 nut part; is that correct?
20    A.  Correct.
21    Q.  All right.  And then under that, it has
22 two-and-a-half inch male NPT fittings crimped on.  Did
23 that I read that correctly?
24    A.  Yes.
25    Q.  What does NPT stand for?

Page 83

1    A.  National Pipe Thread.
2    Q.  Okay.  What does that refer to; the male
3 threading on the ends?
4    A.  Yes.
5    Q.  All right.  Were there any other
6 specifications that you gave to Truck Tech in regards to
7 the order for this project other than what's described on
8 this invoice that's been marked as exhibit number two?
9 And other than the length of the hoses that we talked
10 about.
11    A.  Just that it be used on suction, that's all.
12    Q.  Okay.  Is there a different type of hose
13 that's used for suction as opposed to pressure?
14    A.  Yes.
15    Q.  So there are different types of hoses?
16    A.  Yes.
17    Q.  Okay.  In your experience, can you explain to
18 me what the difference is between a hose that you're
19 going to use for suction and a hose that you're going to
20 use for pressure?
21    A.  Lower pressure rating.
22    Q.  I see.  So suction hoses have a lower PSI than
23 pressure hoses?
24    A.  Yes.  Manufacturer's specs.
25    Q.  All righty.  Sir, I'm going to hand you a

Page 84

1 two-page document that has been premarked as exhibit
2 number three to today's deposition, and which was
3 produced by your counsel in response to request for
4 production.
5    And it's entitled, "Bob's Hydraulics, Inc."  And
6 then it has some dates down the left side and some
7 entries in descriptions on the right.  Have you ever seen
8 this document before?
9    A.  Yes.
10    Q.  Okay.  Tell me who provided the information
11 that's contained in this document?
12    A.  I did.
13    Q.  All right.  And who actually produced this
14 document; that is, who actually typed it up?
15    A.  Somebody in the office.  I don't know which
16 one.
17    Q.  Okay.  That would be someone at Don's
18 Hydraulics' office?
19    A.  Yes.
20    Q.  All right.  And did you dictate this to a
21 person and they took down notes, did you write it down in
22 longhand and they typed it up for you, how specifically
23 did this get produced?
24    A.  I wrote it.
25    Q.  You wrote it out in longhand --

21 (Pages 81 to 84)

EXHIBIT

A-2↑

DON CATHELL
May 26, 2005

Page 85

1    A.  Yes.
2    Q.  -- and gave it to one of the secretaries to
3  type --
4    A.  Yes.
5    Q.  -- it up for you?  When did you sit down and
6  write out in longhand the information that's contained in
7  what's been marked as exhibit number three?
8    A.  I don't recall the date.
9    Q.  Okay.  The first dated entry on Exhibit number
10  three is September 10 and 11th of 2003.  So it's safe to
11  assume that this wasn't made before September 10, 2003,
12  correct?
13    A.  Correct.
14    Q.  All right.  Why did you sit down and write out
15  the information that's contained in exhibit number three?
16    A.  On the advice of my attorney.
17    Q.  Okay.  And so this document that's been marked
18  as exhibit number three was not made until after you had
19  retained your present counsel; is that correct?
20    A.  Correct.
21    Q.  How long after the Fieldale Farms project did
22  you retain your counsel?
23    A.  I don't recall exactly.
24    Q.  Was it more than a year after the project had
25  concluded?

Page 86

1    A.  No, less than that.
2    Q.  And how long after you had retained your
3  counsel, did you sit down and write up what I'll refer to
4  as a diary?
5    A.  Very soon after that.
6    Q.  Okay.  Let's take a couple minutes and go
7  through the information that's contained on exhibit
8  number three.  It indicates that on September 10 and 11th
9  you travelled to Gainesville, Georgia.  Is that where
10  Fieldale Farms is located?
11    A.  Yes.
12    Q.  All right.  And you had indicated that
13  someone traveled with you.  Who was it; Al Collins?
14    A.  Yes.
15    Q.  How did you all travel to Gainesville?
16    A.  By car.
17    Q.  All right.  The next entry indicates that on
18  September 12th, you checked the installation of the
19  hydraulic power unit and welded external seam on the
20  reservoir.  What steps did you and/or Al Collins take to
21  check the installation of the hydraulic power unit?
22    A.  I checked to make sure the piping was being
23  connected properly; that the cooling systems were
24  installed properly, and that was it at that time.
25    Q.  Okay.  The piping system was being installed

Page 87

1  by an outside contractor, correct?
2    A.  Yes.
3    Q.  The piping system that's being installed by
4  this outside contractor, what part of the hydraulic power
5  unit that you had manufactured does that piping system
6  get hooked up to?
7    A.  This end of this pipe, that end of that pipe.
8  (Indicating.)  The backside of that, and the backside of
9  that one.
10    Q.  And can you describe for us the process by
11  which this piping system is connected to the hydraulic
12  power unit that you've manufactured?
13    A.  The fittings are welded to it.
14    Q.  Okay.  The cooling system that you just
15  indicated had to be installed also, is that something
16  that was done by the outside contractor?
17    A.  Yes.
18    Q.  To your knowledge, was it the same outside
19  contractor who installed the piping system?
20    A.  The same one.
21    Q.  Okay.  And this cooling system, is it
22  installed through more piping?
23    A.  Yes.
24    Q.  And where is the cooling system piping
25  attached to the hydraulic power unit?

Page 88

1    A.  (Indicating.)  Right there and right there.
2    Q.  So you've indicated on the top of the unit,
3  correct?
4    A.  Yes.
5    Q.  Would it be just on just one-half of the
6  unit --
7    A.  Yes.
8    Q.  -- or on -- okay.  And when you say you
9  checked to make sure the piping system and the cooling
10  system had been installed on to it, what did you do
11  specifically to check that it had been done properly?
12    A.  Visual.
13    Q.  Okay.  Now, when you indicated that you welded
14  the external seam on the reservoir, can you indicate for
15  me on one of these exhibits where the reservoir is?
16    A.  This is the reservoir.  (Indicating.)  The
17  entire unit.
18    Q.  The entire unit --
19    A.  Yes.
20    Q.  -- is the reservoir?
21    A.  Yes.
22    Q.  That would be both of the units put together?
23    A.  Yes.
24    Q.  All right.  So the welding the external seam
25  on the reservoir, is that the flange welding that you

22 (Pages 85 to 88)

EXHIBIT

A-22

Page 89

1 were talking about?
2   A. Yes.
3   Q. Was that something that you or other Don's
4 Hydraulics employees or subcontractors performed? Either
5 you, Al or Greg was his name?
6   A. Al, correct. Did the welding.
7   Q. Al did the welding?
8   A. Yes.
9   Q. Okay. Now, you have an entry next on exhibit
10 number three that on September 13, oil was pumped in the
11 reservoir by Castrol at Atlanta, Georgia. How does that
12 happen in Atlanta if you and the unit are in Gainesville
13 the day before?
14   A. It probably should read of not at.
15   Q. Ahh, okay.
16   A. They were out of Atlanta.
17   Q. That makes a little more sense, all right. So
18 Castrol brings in some kind of truck and fills up the
19 reservoir?
20   A. Correct.
21   Q. All right. Pump cases were filled using
22 approximately 15 gallons. What is a pump case and where
23 are they at on this unit?
24   A. (Indicating.) Disconnect this hose, this hose
25 on each one. Pour the oil into the pump.

Page 90

1   MR. KAPLAN: Can you label that, sir, on
2 the picture? And you're looking at photo number
3 six.
4   THE WITNESS: How do you want that labeled?
5 BY MS. BEAM:
6   Q. If you could just label where the pump cases
7 would be.
8   A. (Witness complies.)
9   Q. Okay. Thank you. And filling the pump cases
10 is done by disconnecting the case drain hoses; is that
11 correct?
12   A. Yes.
13   Q. All right. Now, the filling of the pump
14 cases, that was done by Castrol also?
15   A. No, that was done by us, Don's Hydraulics.
16   Q. Okay. And where did you get the -- is it oil
17 that you're putting in the pump cases?
18   A. Correct.
19   Q. Where did you get the oil to put into the pump
20 cases?
21   A. It was supplied by Fieldale personnel.
22   Q. Okay. Next entry indicates suction valves to
23 pumps were opened. I'm assuming that's just your
24 flipping something open on one of these valves, right?
25   A. (Indicating.) There.

Page 91

1   Q. I see, okay. Before Mr. Kaplan asks, could
2 you indicate on exhibit number five where the suction
3 valves are please.
4   A. (Witness complies.)
5   Q. Thank you. And then the next entry states
6 backed out all pressure compensators with all underlined
7 which indicates that had some significance. So first of
8 all, explain to me what you mean by backed out all
9 pressure compensators and why you do that process?
10   A. On variable volume pumps, you cannot initially
11 start one under load without the possibility of tearing
12 one up. You back out the pressure adjustment which is
13 the pressure compensator so the pump starts under no
14 load. No pressure.
15   Q. How many pressure compensators are there in
16 this hydraulic unit?
17   A. Twenty.
18   Q. So each pump has a pressure compensator?
19   A. Yes.
20   Q. All right. Was there a suggestion by someone
21 after this incident that perhaps all of the pressure
22 compensators had been backed out prior to each start up?
23   A. No.
24   Q. Had there been some thought process that you
25 or some other Don's Hydraulics employee had that one or

Page 92

1 more of the pressure compensators hadn't been backed out
2 and that's what caused the failure?
3   A. No.
4   Q. What is the significance of having the word
5 "all" underlined in this entry?
6   A. Just my own idea to do it, you know, just.
7   Q. Okay. Is there anything unusual about that
8 procedure of backing out all the pressure compensators at
9 that point in the process?
10   A. No.
11   Q. Okay. So that's what was done Saturday. On
12 Sunday, September the 14th, you have entered here,
13 "Checked rotation on each pump unit." Could you explain
14 to us what that means?
15   A. A motor that is wired up on three phase can
16 operate in either direction, either rotation. These
17 pumps have to turn one certain direction.
18   So they turn backwards, you have to change two
19 wires on the electrical starter and that corrects it, so
20 it'll operate in the right direction.
21   Q. Do you know what rotation is going to be
22 needed on this unit before it left your shop?
23   A. Yes.
24   Q. Okay. Is there a reason that it doesn't get
25 checked until the Sunday after you're installing it?

23 (Pages 89 to 92)

EXHIBIT

tabbies

A-23