# Exhibit "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - -

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | : | C.A. NO. |
| Plaintiff, | : | 04-1275 (KAJ) |
| v. | : | |
| COLONY INSURANCE COMPANY, TRUCK TECH INDUSTRIES, INC., and TIPCO TECHNOLOGIES, INC., | : | |
| Defendants. | : | |

- - -

August 3, 2005

- - -

Oral deposition of SEAN SWAIN, held in the offices of Tighe, Cottrell & Logan, Suite 500, 704 North King Street, Wilmington, Delaware 19801, beginning at 10:33 a.m., on the above date, before Shenna M. Basye-Cara, a Professional Reporter and a Notary Public in the State of Delaware.

- - -

ESQUIRE DEPOSITION SERVICES
Suite 760, One Commerce Center
12th & Orange Streets
Wilmington, Delaware 19801
(302) 426-9857

EXHIBIT
B-1

APPEARANCES:

TIGHE, COTTRELL & LOGAN, P.A.
BY: MICHAEL K. TIGHE, ESQUIRE
Suite 500, First Federal Plaza
P.O. Box 1031
Wilmington, Delaware 19899
(302) 658-6400
Representing the Plaintiff

ZARWIN, BAUM, DEVITO, KAPLAN, SCHAER, TODDY, P.C.
BY: DEVON F. SNELL, ESQUIRE
Suite 1200
1515 Market Street
Philadelphia, Pennsylvania 19102
(215) 569-2800
Representing Defendant Colony Insurance Company

REGER & RIZZO, LLP
BY: CYNTHIA BEAM, ESQUIRE
Suite 202
1001 Jefferson Plaza
Wilmington, Delaware 19801
(302) 652-3611
Representing Defendant Truck Tech Industries, Inc.

GOLDFEIN & HOSMER
BY: GARY H. KAPLAN, ESQUIRE
Suite 1110
222 Delaware Avenue
Wilmington, Delaware 19801
(302) 656-3301
Representing Defendant Tipco Technologies, Inc.

ALSO PRESENT: JAMES BIGGS

\- - -

\- - -

INDEX

\- - -

EXAMINATION OF: Sean Swain

BY MR. TIGHE..................5, 163
BY MR. KAPLAN.................83, 166
BY MR. SNELL......................151
BY MS. BEAM.......................160

\- - -

EXHIBITS

\- - -

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Swain-1 | Notes of J. Biggs | 5 |
| Swain-2 | 8/22/03 & 8/27/03 Invoices To TTI from Tipco | 5 |
| Swain-3 | Diary Notes of S. Swain | 5 |
| Swain-4 | 8/21/03 Letter to Tipco From S. Swain | 73 |
| Swain-5 | 4/12/04 letter of T. Bombick | 76 |
| Swain-6 | 7/30/03 Purchase Order to Tipco from TTI | 84 |
| Swain-7 | 8/15/03 Packing Slip to TTI From Tipco and 8/18/03 Invoice to TTI from Tipco and 8/19/03 Tipco Sales Draft Slip | 84 |
| Swain-8 | 8/15/03 Packing Slip to TTI From Tipco (duplicate of Exhibit-7) | 84 |
| Swain-9 | 9/30/03 Delivery Return Confirmation Note to TTI from Don's Hydraulics | 84 |
| Swain-10 | Defendant Truck Tech Industries, Inc.'s Answers to Co-Defendant Colony Insurance Company's Interrogatories | 84 |
| Swain-11 | Defendant Truck Tech Industries, Inc.'s Answers to Plaintiff's Interrogatories | 84 |
| Swain-12 | Timeline Written by J. Biggs as Dictated by S. Swain from Diary Notes (Exhibit-3) | 84 |
| Swain-13 | Duplicate Copy of Diary Notes of S. Swain (Exhibit-3) | 99 |

\- - -

(Exhibits Swain-1, Swain-2, and Swain-3 were marked for identification.)

\- - -

SEAN SWAIN, after having been duly sworn, was examined and testified as follows:

\- - -

EXAMINATION

\- - -

BY MR. TIGHE:

Q. My name is Michael Tighe. I'll be taking your deposition this morning. If at any time I ask you a question which you don't understand, would you please let me know so that I can rephrase the question?

A. Uh-huh. Yes.

Q. You have to say yes or no.

A. Yes.

Q. All right. And is there anything that would interfere with your giving a deposition today?

A. No.

EXHIBIT

tabbies

B-2

Q. Medical problems or any --
A. No.
Q. -- situation -- all right. What is your full name?
A. Sean Douglas Swain.
Q. What is your address?
A. 7079 Cannon, C-A-N-N-O-N, Road, Bridgeville, Delaware.
Q. How old are you?
A. I'll be 38 August the 8th.
Q. What's your educational background?
A. I have an associate's degree out of -- for general business.
Q. From what school?
A. Delaware Technical Community College in Georgetown.
Q. Were you born and raised in Delaware?
A. Sussex County, yeah, Bridgeville.
Q. Tell us about your employment history from the time you left school. Just generally, what have you done?

A. I've worked construction -- you need specific company names?
Q. No. I just want a general idea.
A. Construction, UPS, then I got involved in the power transmission industry and hydraulic industry and worked for three companies.
Q. What were those companies?
A. Power Trans in Bridgeville and then I worked for Applied Industrial Technologies in Salisbury, and then with Truck Tech Industries.
Q. Now, you said you were involved in hydraulics? Did I understand that correctly?
A. Yes. Power Trans is where I first started doing that where you start making hoses.
Q. And did you continue it with your second employer that you mentioned?
A. Yes.
Q. Have you continued it with Truck Tech?

A. Yes, at a greater rate of making hoses. Yes.
Q. What are your duties with Truck Tech?
A. Basically, I'm the general manager of my specific area in the companies. There's two companies in the office and I'm the controller, basically, of my area for hydraulics and power transmission.
Q. Mr. Biggs is present here today; is that correct?
A. That's correct.
Q. Who is Mr. Biggs?
A. He's the president of the company and owner of the company.
Q. And is there another company besides Truck Tech? Because I understood you to mention two different companies or two -- two --
A. There's another company not even involved with the hydraulic business that he owns.
Q. I see. Which is also at your

location?
A. Yes.
Q. But Truck Tech is the one that's involved with hydraulics?
A. Uh-huh.
Q. Your answer is yes?
A. Yes. I'm sorry.
Q. That's okay. Now, specifically, what does Truck Tech do? What's the scope of its operation?
A. To supply customers with hydraulic hoses and also power transmission products for the industrial field.
Q. Truck Tech is a distributor?
A. Uh-huh. Yes, sir.
Q. Does it manufacture anything?
A. No, sir.
Q. It -- it determines what its customers need and then gets that from various sources?
A. Yes, sir.
Q. Does it assemble anything?
A. We do assemble products.
Q. Give me an example of

EXHIBIT
tabbies
B-3

10

assembling a product.
A. Take a hydraulic hose, for instance. I have a coupling, a fitting, and the hose; put them together. We have a crimper and I crimp them together.
Q. You do that at your location?
A. Yes, sir.
Q. How long has Truck Tech been in business?
A. I believe it's over 15, if not 18 years.
Q. Well, answer as best you can from your own memory.
A. I would say probably 18 years or more.
Q. How long have you been with Truck Tech?
A. Five and a half years.
Q. Did you get any training when you got to Truck Tech?
A. Yes, sir.
Q. Describe that.
A. Basically, you come in and you learn the equipment and the product that

11

they sell and -- you learn every day, but I had two weeks of hard training on the machine and the different style hoses and fittings.
Q. When you say "the machine," what machine are you referring to?
A. The Omni -- the Gates Omni 21, machine which does the crimping of the hydraulic hoses.
Q. Who did the training with you? Who trained you?
A. My coworker, John Derry, and Jim Biggs has also helped.
Q. Now, I asked you what the scope of your work was and you, as I understood it, said you were in charge of your area, or words to that effect. But what day to day do you do? What sort of work do you do?
A. I do -- take orders, I do quotes, I sell products, I order products, I receive in products, I ship products, I bill out products.
Q. Has there been any formal

12

training -- I know you get on-the-job training every day, but has there been any formal training outside of the workplace?
A. On...
Q. Any aspect of your job.
A. Yes, sir.
Q. Tell me about that.
A. I've had training with my other companies going to specific schools for different vendors such as Martin Sprocket & Gear. They have training on sprockets and gears and screw conveyor systems. Schools like that.
Q. We're involved here today in a matter that involves Don's Hydraulics and events that occurred in the summer and fall of 2003. Do you understand that to be the case?
A. Yes, sir.
Q. Were your duties the same at that period of time as they are now?
A. Yes, sir.
Q. Any changes at all?
A. No, sir.

13

Q. To your knowledge, has Truck Tech been sued by anyone other than Don's Hydraulics?
A. Not to my knowledge, no.
Q. Are you familiar with Don's Hydraulics?
A. Yes, sir.
Q. How do you know Don's?
A. I've known him for about 10 years, doing -- selling them products.
Q. So going back even before you worked for Truck Tech?
A. Yes, sir.
Q. What do you understand to be the nature of Don's business?
A. He's a fabricator, repairer of hydraulic items. To my knowledge, they have two divisions, one where Don is the fabricator, one where Delmar, his son, does the hydraulic rebuilding of items. And they sell hydraulic items across the counter, as we do too.
Q. So would Don be a customer of yours?

EXHIBIT
B-4

A. Yes, sir.
Q. While you've been at Truck Tech?
A. Yes, sir. Everywhere I've been, he's been my customer.
Q. So he kind of followed you?
A. Yeah. Wherever I go, I usually call my customers and let them know where I'm at.
Q. Had he been a customer of Truck Tech before you moved to Truck Tech?
A. I'm not sure about that. I don't believe so.
Q. Okay. What sort of products would Don's Hydraulics buy from Truck Tech?
A. Hydraulic equipment such as adapters and hydraulic hose and fittings.
Q. Anything else?
A. He's bought seals and jaw couplings, hydraulic oils.
Q. Have you been to Don's Hydraulics' place of business?
A. Yes, sir.
Q. Many times?

A. Yes, sir.
Q. What has brought you there?
A. Just building business for my company and to help -- help my customer.
Q. Would you make sales calls on him or respond to his calls to you or how would it work?
A. Sales calls, and if he needs help on finding something, yes, I would help him any way possible. That's my job.
Q. Where is Truck Tech located?
A. Fruitland, Maryland.
Q. How far is it from Don's place of business?
A. I'd say 40 minutes.
Q. Has Truck Tech had any problems in the past with Don's Hydraulics that you know of?
A. No.
Q. So this is the first problem that you know about?
A. Yes.
Q. Did Don place an order with Truck Tech for hoses and fittings back in

August of 2003?
A. No. His son Delmar did.
Q. Do you recall the order, what transpired?
A. Yes.
Q. Tell us about it.
A. Originally I got a call a few months before that to get a quote for the same exact thing he ordered. He called in around August, placing the order for the 2 1/2 inch hose and 2 1/2 inch male pipe and 2 1/2 inch female JIC couplings that go on the hoses. I had to go over and get dimensions of the hoses that he needed, so I brought in a fitting of each style and proceeded to -- when I got them in, to go to Don's, and Don's put them on the machine and we measured up the hoses and then I placed the first order.
Q. So Don's son places a telephone order with you; is that correct?
A. Yes, sir.
Q. And then some time later you go to Don's; is that correct?

A. Yes, sir.
Q. And it would be a matter of months, you think?
A. No. It would be probably -- be probably weeks. Two weeks, something like that.
Q. And --
A. One to two weeks.
Q. Why did you go one or two weeks later?
A. Waiting for the fittings.
Q. So the order was for hoses that were 2 1/2 inches in diameter?
A. Yes, sir.
Q. A particular type of hose?
A. Yes, sir.
Q. What type of hose?
A. Suction/discharge.
Q. Was this used to -- in hydraulics as a suction hose? Is that correct?
A. Yes. By what the books are saying, it's used for suction/discharge. And what I was told, it was used for

EXHIBIT
B-5

suction/discharge.
Q. So there are different types of hoses for different purposes?
A. Yes, sir. Multitudes of hoses. Yes, sir.
Q. And then there were fittings that were called for as well; is that correct?
A. Yes, sir.
Q. Explain to us in layman's terms, if you can, what these fittings were.
A. One is a male pipe, which is a standard kind of a thread, 2 1/2 inch. The other one is what's called a JIC 37-degree female swivel, and that basically has a taper in it like this (indicating), about 37 degrees, and the outside nut is called a female swivel. And the male counterpart also has a taper up like this, which counter-synchs together with the female and gives you your seal.
Q. When you were saying that things tapered like this, you were gesturing with your hands.

A. A 37 degree.
Q. So kind of a conical shape, 37 degrees? Is that -- would that be how you'd describe it?
A. Like a tapered form.
Q. Had you dealt with those fittings before?
A. Not that size.
Q. But that style?
A. That style, yes, sir. Every day.
Q. All right. You waited for these to come in, correct?
A. Actually, I had to find them.
Q. Okay. How did you go about doing that?
A. I called all my standard suppliers. No one could help me because of the female swivel 37 degree. And then my partner at the time suggested Tipco. I said, yes, I forgot about Tipco. Because they're a well-known company for doing -- using industrial hoses. So I called them up and was able to get the product through

them.
Q. Was it because of the size that there was a problem?
A. The size -- the 2 1/2 inch size is not a standard style size for someone to keep in stock.
Q. Had you dealt with Tipco before?
A. In the past I had at Power Trans.
Q. But not at Truck Tech?
A. No.
Q. Where is Tipco located?
A. It's a town in Maryland. I can't remember the name of the town.
Q. Then something is delivered to you from Tipco; is that correct?
A. Yes.
Q. And that is these two fittings and a hose?
A. No. Just the two fittings.
Q. Two fittings. And then you go to Don's?
A. Uh-huh. Yes, sir.

Q. And you bring the two fittings with you?
A. Yes, sir.
Q. And you bring some hose?
A. No, sir.
Q. Just the two fittings?
A. Yes, sir.
Q. What happens at Don's?
A. He takes the fittings. He says: You write it down -- you write the measurements down as we go to each pump.
He puts the fittings on the areas that they connect to -- the ports, you would say -- then he gives me a measurement from where the hose would start on each side of the fitting and I write it down: Pump one, this size hose. Pump two, this size hose.
Q. About how long did that take?
A. I was probably there a good half an hour, 45 minutes.
Q. Did you have any advice for Don?
A. No, sir.

EXHIBIT
B-6

Q. Any questions for him?
A. No, sir. Not about the project, no.
Q. Did Don have any -- anything to say to you other than just giving you these dimensions as he measured?
A. I believe he told me the time span he had of the project.
Q. Do you remember now what he said?
A. I -- not really, no.
Q. Okay. What was it you were looking at? Don was attaching fittings to something. What was it that he was --
A. His power unit where the hoses -- or the steel tubes come down and connect to the pumps, where they would end on a certain side and then would need to be connected to the pumps.
Q. Do you know what this power unit was intended to be used for?
A. He told me it was in a chicken plant, for a chicken plant power unit.
Q. Had you seen anything like

this before?
A. No, not really. This was -- it was a large unit.
Q. Had you seen something comparable in a smaller size?
A. Yes.
Q. So it was not unfamiliar to you --
A. No.
Q. -- in general, just --
A. It was just larger. Very large size.
Q. All right. What did you do after you left Don's?
A. I believe I went outside and I called my supplier and I told him the sizes I would need, and I believe I called him the next day to verify to get the order going.
Q. Was there any question about the -- about Don's measurements? That is, did you have any advice for him about using longer lengths of hose? I think I read something about that in the records, or is that something that comes later?

A. I brought up -- he had these short -- a short section of hose and I -- my boss, Jim, had been in there talking with him and suggested an item, a way to make a hose longer. Because of the hose being so short, it would not fit into the area because of the stems being so long inside the hose that you don't have room for flexibility, and my boss suggested to him to make the hoses longer on a nice even loop up. He did not do that.
Q. Okay. Did he at some point end up taking Mr. Biggs' advice?
A. Yes, sir.
Q. That was later on?
A. That was later on. Yes, sir.
Q. So when was Mr. Biggs there?
A. I'm not sure, sir.
Q. Was it before you had been there or after this first visit you've been telling us about?
A. Before, I believe.
Q. So Jim Biggs had been in to talk to Don?

A. He periodically stops by all the customers to make sure they're okay.
Q. So he talked to him about this particular project?
A. I believe so.
Q. Now, you said you went outside and contacted your supplier. That would be Tipco?
A. Yes, sir.
Q. And you talked to them about what the hose order would be; is that correct?
A. Yeah. I believe I talked to Tim Bombick that day.
Q. And also you would have to order all the fittings at this time?
A. Yes. I got back with him and he was my supplier for all the hose and the fittings.
Q. So far you had only had two fittings delivered; is that correct?
A. Sample pieces. Yes, sir.
Q. Sample pieces. And now you would have to have -- how many would it be?

EXHIBIT B-7

Twenty of each?
A. I think it was 20 total.
Q. Twenty total. Ten of each?
A. Yeah. What would happen, it would be 10 and 10, is what he could initially give me.
Q. Did that mean you were going to use the two you already had and order --
A. I believe I sent them back.
Q. Why did you send them back?
A. So he could use them for the hoses.
Q. I see. And you sent -- you gave him the dimensions that Don gave you for the hoses, correct?
A. Yes, sir.
Q. And placed the order?
A. Yes, sir.
Q. What happens next?
A. I wait for the hoses to come in, Steve King brings me the hoses, then I bring them to Don's and he puts them on.
Q. Who is Steve King?
A. He's the Tipco rep in the

area.
Q. Where did he deliver the hoses? Was it to you?
A. To my company in -- TTI in Dover at the time.
Q. In Dover. You spend part of your time working out of the Dover office?
A. Yes. That's been shut down.
Q. I'm sorry?
A. That has been shut down. Yes.
Q. But it was open at the time --
A. That's where I was the manager of the facility. Yes.
Q. When did it shut down?
A. February '03, I believe.
Q. February of '03 or '04?
A. '04? I think it's '04.
Q. Because we're talking here about the summer of 2003.
A. Yeah. It would be '04.
Q. All right. And so Mr. King delivers the hoses and fittings to the Dover office?
A. Uh-huh.

Q. Your answer is yes?
A. Yes. I'm sorry. Yes.
Q. And then what happens?
A. I take them to Don's and they start putting them on right away.
Q. Did you advise Tipco of the purpose for these fittings and hoses, what they were to be used for?
A. Yes, sir.
Q. I know it's obvious to you, but for the record, tell us what you said.
A. The initial quote that we had done prior to the order, Delmar called me and wanted 2 1/2 inch hose, 2 1/2 inch male pipe, 2 1/2 inch female JIC swivels crimped on hoses. That was the first quote. And then September, or whenever -- in August he placed the order and I went over it again with Tim.
Q. Was it -- did you make it clear that these were to be suction hoses and tell them what the application was?
A. Yes, sir.
Q. Now, let's talk about

inspection. Do you know whether Tipco inspected these hoses and fittings before delivering to you?
A. I do not know.
Q. You don't know for firsthand knowledge?
A. Firsthand knowledge if they did or not, no.
Q. You did not see them do any testing?
A. No, sir.
Q. Did they tell you they did testing?
A. No, sir.
Q. Did you have an expectation with regard to testing by Tipco?
A. Say that again now?
Q. Did you have an expectation with regard to testing by Tipco? Did you think that Tipco was doing some testing before delivering the product to you?
A. I presume they would.
Q. Why do you say that?
A. Being they're a -- they're a

EXHIBIT
B-8

really well-known company, and knowing what the application was, that maybe they would do that. Some people do, some people don't. *I just thought they might.*

Q. Did you have any discussion with Tipco about testing?

A. Not at that time.

Q. What's your experience in the industry? You've been in this industry for a number of years. You're dealing here with suction hoses. They're delivered by the manufacturer to a distributor. What's the expectation of the distributor of the manufacturer with regard to inspection? I don't know if you followed all that.

A. Say that again to me.

Q. Well, I preface it by saying, you've been in this particular industry for a number of years. That much is correct?

A. Yes, sir.

Q. All right. Do you have a general expectation as a distributor with regard to the manufacturer inspecting suction hoses and fittings before delivering

them to you, you, the distributor?

A. Usually I'd take it that they're ready to go as soon as I get it, because I take my vendor to have a proper product for the proper application. So I presume it's ready to go and to be used.

Q. What do you mean by ready to go?

A. Ready to be able to handle the application.

Q. Does that mean it's been inspected, in your mind?

A. It could be.

Q. Did Truck Tech do any inspection of its own of these hoses and fittings before delivering them to Don's?

A. I looked them over and then took them to Don's.

Q. Other than a visual inspection, was there any other inspection done?

A. No, sir.

Q. Did you test to see whether the fittings were firmly attached to the

hoses?

A. I looked at the ferrules and the ferrules looked like they were crimped.

Q. You didn't test them manually, though, did you?

A. No.

Q. Did you check to make sure the order was correct in number and in dimension and so on?

A. Yes, sir.

Q. And it appeared to be?

A. Yes, sir.

Q. All right. What happens next? You take them to Don's.

A. Take them to Don's, get there, he signs off on getting the product, and then he gets his guy to get the hose and starts putting them on.

Q. You say "his guy." Do you know who it was?

A. I believe it was Chris at the time, which -- I don't think he's no longer there.

Q. Were you there while Chris was

doing the installation?

A. Yes, on part of them. Yes.

Q. All right. Did a problem surface?

A. Yes. The small -- he made smaller hoses, where Mr. Biggs suggested to make the longer hoses, and he did end up scrapping those and was going to get back to me with the dimensions he needed for the longer hoses.

Q. Okay.

A. And also, the -- when Chris was putting them on, they were turning in the -- some of the hoses were turning.

Q. So it was during this initial installation that Don Cathell decided that he should have taken Mr. Biggs' original advice and so he ordered longer -- some longer hoses. Is that correct?

A. Yes.

Q. And that meant that Don would have to absorb the cost of those original hoses that he was --

A. Yes, sir. He said he would

EXHIBIT
B-9

eat that section of the order.
Q. By "eat that," you mean he's going to --
A. Eat the price.
Q. He's going to absorb the cost.
A. Yes, sir.
Q. How many of those were there? Do you recall?
A. I believe there was five.
Q. So the first thing that happened, I guess, was that you then had an order for five more hoses?
A. After he had to make measurements and calculations, then called me.
Q. So the second thing that happened is that while installing the hoses, it was discovered that something was turning.
A. Yes, sir.
Q. Tell us again in layman's terms, if you can, what was turning.
A. The hose was actually turning -- take this to be the stem of the

fitting (indicating).
Q. That's your right index finger that you're holding out.
A. Yeah.
Q. I have to describe it for --
A. The male pipe is here and the female JIC (indicating), but you have a stem that sticks out and the hose slides over and gets crimped down. The actual hose can be turned on the stems.
MS. BEAM: Go ahead and try and describe that, Mike.
MR. TIGHE: Best of luck to me.
BY MR. TIGHE:
Q. Well, what you're describing is a fitting that goes inside the hose which is supposed to be crimped so that the hose doesn't turn around that fitting. But, apparently, the hose was turning around the fitting --
A. Yes.
Q. -- is that correct?
A. Not all of them, but there was

a few that did.
Q. And that's a bad thing, isn't it?
A. Could be. Yes, sir.
Q. Tell me why that's a bad thing.
A. Because you could have leaks.
Q. And leaks are a bad thing?
A. Yes, sir.
Q. Again, I don't mean to sound like Sesame Street here, but I want to make sure everybody who reads this record understands it, and it gets a little technical. Why is it a bad thing for leaks with suction hoses in a hydraulic application?
A. Well, you could have damage to your environment, damage to the product.
Q. The pumps?
A. The pumps.
Q. How could the pumps be damaged?
A. By not getting oil, I guess, or getting oil -- or you could get

contaminates through the -- through the lines.
Q. The pumps are dependent upon a vacuum system; is that correct?
A. I believe they are. I'm not too familiar with pumps.
Q. All right. This turning that you described, could this be done just by people applying their hands and doing the turning?
A. At the time, no. I think I tried it and no.
Q. If Don says that the fitting -- the hose could be turned around the fitting just by hand, would you disagree with that?
A. It probably could if you were strong enough.
Q. Did you personally try each one of these hoses to see if the stem turned inside the hose?
A. No.
Q. Do you know if Don or Chris did?

EXHIBIT
tabbies
B-10

A. I don't know if they did it with their hands, but I saw Chris do it with the tools he was using.
Q. Was Don there as well?
A. Yes.
Q. And what did -- what did Don say to you about this?
A. He says, "We got a problem and we need to fix it," and that was basically what he said.
Q. Okay. And did you disagree?
A. Nope. I took all -- no, I did not. Uh-uh.
Q. You didn't disagree because -- it is correct that you didn't disagree because, in your understanding, hose stems should not have been able to turn inside the hoses?
A. That's correct, sir.
Q. And it was a potential problem.
A. Yes, sir.
Q. So Don rejected the hoses for that reason.

A. Oh, he looked at me and I said -- yeah. He basically rejected them. I -- but he looked at me and I told him what we would do with them. So...
Q. Did there need to be much discussion about this or was it pretty --
A. No.
Q. It was pretty much automatic between vendor and customer?
A. Yes, sir.
Q. So what did you say you would do?
A. Took all the hoses with me and contacted Tipco to meet of giving them the hoses and then the new dimensions needed for the smaller ones to the larger.
Q. Do you remember who you talked to?
A. Steve King, I believe, which was the rep for Tipco.
Q. What did Steve say about -- not about the different dimension hoses, but the problem with the stem turning inside the hose? What did he say about that?

A. To my knowledge, I can't remember.
Q. Did he agree to take the hoses back and --
A. Yes. We set up a time to meet at the McDonald's across the Bay Bridge.
Q. Why did you do that? Is it because it was a hurry-up to get the job done?
A. To get him the hoses because Don needed to get the first unit done as soon as possible.
Q. Okay. So you met Steve King at the Bay Bridge or near the Bay Bridge?
A. Uh-huh. Yes, sir.
Q. And gave him the hoses?
A. Yes, sir.
Q. Did you talk at that time to him about inspection?
A. Yes. I believe I did.
Q. What did you say?
A. I talked to him about the dimensions of the hose -- the new hoses and making sure that the hoses are checked or

tested. I think that's basically what it was about.
Q. Tested how?
A. However. Pressure test or vacuum-tested, I guess. However they do it.
Q. Why did you say this?
A. Because of the problem with the hoses turning on the stems and...
Q. Did Mr. King respond in any way to that?
A. He said, yes, we'll take care of getting you five new hoses and taking the ones back and looking over the other five, meaning -- I don't -- you know, I don't know where it goes after that.
Q. You say the other five. How many hoses are there altogether?
A. The first batch is 10.
Q. And then is there a second batch?
A. Yeah. There was a whole 'nother section of the unit not ready for the hoses yet.
Q. So the first batch is 10

EXHIBIT
tabbies
B-11

42

hoses, 20 fittings?
A. Yes, sir.
Q. And then the second batch would be the same amount?
A. Yes, sir.
Q. But we haven't even gotten to the second batch yet.
A. No, sir.
Q. What's the next thing that happens?
A. He takes them, I leave, and I go to the office, I believe, the next day. I write -- I contact Jim, let him know the situation of the hydraulic hoses spinning in the stems, we write Tipco a letter with concerns and wanting to make sure that they do test the hoses, concerned with the problems with, you know, the pumps being there and the concerns of our customer, make sure that he's taken care of. Then I get the hoses. I meet -- I meet their driver back about two days later or three days later -- I can't remember the exact time -- and get the other hoses, the 10.

43

Q. The first 10?
A. The first 10. Well, the first five, plus the new five.
Q. Okay. And are you told anything about inspection?
A. In the meantime I had contacted one of their inside -- I don't know if you call them an engineer or a hose maker. I can't remember his name. He said that testing would be done. I did get a report of 10 hoses, I believe, from an inspection at the time, and I think that was it. Because when the driver delivered them, we just signed off on them and split. We didn't talk.
Q. Did that lead you to believe that they hadn't been tested the first time?
MS. BEAM: Objection to the form.
You can answer, if you can.
THE WITNESS: Say it to me again, sir.
BY MR. TIGHE:
Q. Did what you heard from Tipco

44

lead you to believe that the -- that this testing was the first testing that had taken place and that they hadn't been tested before?
A. My conversations led me to believe that they test all their hoses.
Q. So this testing that you're talking about, was this the second testing of these hoses, or don't you know?
A. I don't know.
Q. So you don't know whether they tested them before or not?
A. First time, no. I don't know.
Q. You don't know. And you didn't see them do this second testing?
A. No, sir.
Q. You just got a report that it was done.
A. Yes, sir.
Q. What was the testing that was done?
A. I believe it was pressure and vacuum at 150 PSI for 10 minutes.
Q. With what result?

45

A. That they're ready to go. That they did not leak in that time span.
Q. Was there testing of the crimping to see if the hoses -- if the stems still moved inside the hoses?
A. I do not know.
Q. Did you inspect in any way when you had the hoses delivered to you?
A. Looked them over again and took them to Don's.
Q. Did you do any testing of your own?
A. No, sir.
Q. You took them to Don's. What happened?
A. Basically, I went right from the Bay Bridge, because in a hurry for Don's. Went right to Don's. He put them on. Now, the new sections where they used to be smaller, built to the new one, worked great. I don't believe there was any more turning of the hoses at the time.
Q. If I told you that Don's recollection is there was turning again of

EXHIBIT
tabbies
B-12

the hoses, would you disagree with that or don't you remember?

A. I would not disagree. It could have been. I can't remember.

Q. Was there -- did some of these hoses have to get taken back a second time to Tipco and done again?

A. I believe so on maybe one or two in the first batch and then in the second batch.

Q. Was there again this problem of turning -- the stems turning inside the hose or the hose turning around the stems?

A. Which part? Any of the batches?

Q. The later batches, not the -- we already talked about the first time.

A. Uh-huh.

Q. So I'm talking about a second or subsequent time.

A. Yes. There was more problems.

Q. With this turning problem?

A. Yeah, it could be. Yes.

Q. Okay. Was there also a

problem with one of the ferrules being cracked?

A. Yes, sir.

Q. When did that occur?

A. That would be late afternoon on I think a Saturday after I picked up the batch. I got a call as soon as I got home from delivering them. Don was telling me we had a problem, we got a cracked ferrule, and I went back that -- right away.

Q. Did Don indicate this was how it was delivered to him with this cracked ferrule?

A. Basically, they had put it on and found the cracked ferrule.

Q. What is a ferrule, by the way?

A. That is a collar that goes around the stem of the fitting. It goes over the hose, then you put the stem in the hose, and supposedly the -- the ferrule is to be pressed down or crimped down over top of the hose, which, in turn, crimps over top of the stem, which gives you the crimped effect.

Q. Do you know whether Tipco provided new hoses to you or simply recrimped the old ones?

A. I do not know.

Q. Did you ever find out?

A. No.

Q. There was some discussion in the record about different ways of attaching these fittings. One was crimping and then there are a couple of other methods. Are you familiar with that?

A. Yes, sir.

Q. One is called banding?

A. Yes, sir.

Q. What is banding?

A. It's where you put your -- there's round rings and they have a stem coming off of them and they're real thin and you have a tool and you put it over top of the hose you put your stem in and you start pulling it down and it -- what it does, it draws into the rubber which, in turn, pulls the rubber down over top of the stem, which gives you a banding effect.

Q. Was there some suggestion to Don to manufacture the hoses in that manner instead of crimping?

A. To Delmar there was. Yes, sir.

Q. And that was rejected?

A. Yes, sir.

Q. Why did -- why did Don's Hydraulics reject that suggestion?

A. I don't -- I don't know. The son and the father told me they wanted crimped-on only. I suggested the banding, because Tipco suggested banding, and they said, no, we want crimped -- Delmar's exact words is, "Dad wants crimped-on only."

And also, Delmar -- Don also with the hoses said he wanted crimped-on only because he had no luck with banding.

Q. Had he had bad luck with the banding?

A. In the past, I guess he has.

Q. He had leaks, did he say?

A. (Witness indicates.) He just did not like the banding.

EXHIBIT

tabbies

B-13

Q. There's another method, swaging or swaging?
A. I think it's called swaging.
Q. Swaging. Do you know what that is?
A. It's where you have the hose and also some sort of a collar and a stem, and the outside ferrule basically is pressed down over top of the hose and fitting.
Q. Was that suggested by Tipco or did Tipco just suggest banding?
A. No. They suggested the banding.
Q. When you told Tipco that the customer wanted crimping, did Tipco then indicate it would -- it could do the job with crimping?
A. Yes. Tim told me -- he said: We can definitely do crimping.
Q. Now you've gotten to the point where you've picked up the order from near the Bay Bridge and you've taken it to Don's and then, apparently, you get a phone call about this ferrule being cracked?

A. Yes, sir.
Q. And maybe still more turning of the stems inside the hoses. Do I have this correct so far?
A. As far as my knowledge is, it was just the stem being cracked, which you could turn the hose around that because it's cracked.
Q. So what happens next?
A. I rushed right over. I go in and look at it. I said, "You got an overcrimped fitting."
Of the way it was split, you could just tell it was overcrimped, because if you press too far it will crack.
Q. Well, I know that means something to you, but for us, tell us what "overcrimped fitting" means.
A. It means you're putting too much pressure on crimping the ferrule. It can only go so far, because you have rubber meeting metal to metal and it can only be compressed so far where you would get out-pressure, and that would split the

ferrule.
Q. This ferrule is made of, what, brass?
A. I believe it's steel, sir.
Q. Steel. And it's been split in some fashion?
A. After the crimping. I presume it was split from the crimping.
Q. From -- from what Tipco did?
A. I believe so, sir. Yes.
Q. All right. What happens next?
A. I told them what I thought it was. I took that hose with me. That was the only hose I took. I tried to get ahold of Tipco and I believe they were at a party and I called Steve King, which is the rep. He was at a school, I believe. I got -- he finally called me back. We set a plan up for the next day, Sunday, for me to meet him at his facility in Maryland, which I did that Sunday morning, and he had a -- one of his top guys come in that makes hoses for him -- I'm not sure of his name -- and they redid that end.

Q. So it was, to the best of your knowledge, same hose, new fitting?
A. To my knowledge, it is the same hose, new ferrule, same fitting.
Q. Any testing?
A. No, sir.
Q. You were there?
A. Yes, sir.
Q. They didn't test?
A. No, sir.
Q. You came away with that new hose, correct?
A. Yes, sir.
Q. And where did you go with it?
A. Well, I went right to Don's.
Q. What happened?
A. I gave it to Don and I left.
Q. Now, as I understand where we are right now, we've got 10 hoses delivered to Don's, but there's 10 more to go. Is that correct?
A. No. You're already in the second batch. We got 20.
Q. Oh, this cracked ferrule is in

EXHIBIT
B-14

the second batch?
A. Yes, sir.
Q. All right. Now, we discussed the possibility of there being a second incident of hoses -- of stems twisting -- turning -- the hoses turning around the stems. Was that in the first batch or the second batch?
A. First batch.
Q. So there were two separate incidents of this turning situation?
A. To my knowledge -- well, it could be considered that, yes.
Q. Now, Don's got all the hoses and do you see him doing the attachment or do you just leave?
A. I believe they started putting it on and I just left.
Q. What's the next thing you heard, if you can recall?
A. I'm not sure how long it was. He was going to, I think in the next day or two, leave to go to take it -- I got a -- can I talk to my counsel real quick?

MS. BEAM: No. Once you start your testimony, you really can't. You can only testify as to what you recall. If you don't recall, just tell him you don't recall.
THE WITNESS: Okay. I'm not sure how long it was after I got -- I was at my boss' house for a birthday party. I got a call in the afternoon around -- I think it was around 12, 12:30, possibly, from Don. It was wherever he was at, the place they were putting in the power unit: "Sean, we got a problem. I've got oil in the tank. The pumps aren't running and I've got leaks."
In turn, I went to Jim, told Jim what the situation was. He told me to get ahold -- try to get ahold of Tipco, which I tried to get ahold of Tipco. In the meantime, me and Don were talking. We both said: I'll try to work it on my side, you try and get it fixed on your side.

You try to find somebody that does hoses in the area.
I couldn't get ahold of Tipco. Later that day, I believe I called Don. He didn't answer the phone. I got ahold of him a little later. He said he got the situation taken care of. That's all I know.
BY MR. TIGHE:
Q. You told him to get new hoses?
A. No, I did not.
Q. Well, I heard something about, try to find a -- someone in the area who supplied hoses. Did I misunderstand?
A. He wanted to try to find -- he wanted to try -- he told me to find out from Tipco what they could do for me -- for him, and then, in turn, he would look in his area for somebody that can fix or recrimp the same hoses and/or make him new hoses. So on his side, he was trying his way; on my side, I was trying to work it for him also.
Q. And what you were trying to do is get in touch with Tipco --

A. Yes, sir.
Q. -- and see if something could be done.
A. Yes, sir.
Q. And you were unable to get in touch with Tipco?
A. That's correct.
Q. How many times did you try to contact Tipco?
A. I think I tried the office, which was late on -- I think it was a Saturday. Nobody would answer. I tried them once and I think I tried Steve King, which is the rep, his cell phone number. I think I tried him two or three times.
Q. Did you give Don any advice about what to do, other than what you've told us so far?
A. No, sir.
Q. There was some -- something in the record about Don taping the area around the fittings. Are you familiar with that?
A. I heard he did that. Yes.
Q. Did he tell you he was going

EXHIBIT
tabbies
B-15

to do that?
A. No, sir.
Q. You didn't know he was going to do that?
A. No, sir.
Q. And you didn't suggest it to him?
A. No, sir.
Q. Now, I understood you to say, when Don called you, that he said he had oil in the tank.
A. "Sean, we have oil in the tank."
Q. What did that mean to you?
A. That means he had started filling his tank up with oil.
Q. What does that mean?
A. That means the big tank that holds the oil for the production of the company to run all systems has started to be filled.
Q. So that's the reservoir of --
A. Reservoir. Yes, sir.
Q. -- of hydraulic oil --

A. Yes, sir.
Q. -- that is needed for this -- to operate this system. Is that correct?
A. As far as my knowledge is, yes, sir.
Q. And filling it would mean part of the process of starting this system?
A. I'm not sure about that, but filling it is putting oil in it.
Q. Would you understand that at some point that would have to be done?
A. Starting the system?
Q. Well, to fill up that reservoir and start the system.
A. Yes, you would have to. Uh-huh.
Q. And you said something about the pumps. Pumps aren't running or something like that.
A. No. He said, when he called me: "Sean we got a problem. I got a little bit of oil in the tanks. The pumps are not running and we have leaks. All hoses are leaking."

Q. That's what he said to you?
A. That's what he -- yep. That's what he said to me.
Q. The pumps were not running?
A. The pumps were not running.
Q. Did you have any discussion with him about this?
A. No, sir. I just told him I'd try to get ahold of Tipco.
Q. Did you say: Why aren't the pumps running?
A. I said -- when he told me, I said, "You do not have the pumps running?"
"No, we do not have the pumps running."
That was the only thing I said about the pumps.
Q. How did he know if there were leaks if he wasn't running the pumps?
MS. BEAM: Objection to form.
You can answer.
THE WITNESS: Say it to me again, sir?
BY MR. TIGHE:

Q. How would anyone know if there were leaks if the pumps weren't running?
A. He said the down gravity -- the down-pull of the oil coming down the pipes going into the hoses, it was just gravity-fed leaks through the hoses.
Q. I see. So the oil is leaking.
A. Through the hoses.
Q. All right. I had the idea that maybe air was being allowed in through the fitting. Were you told about that?
A. No, sir. He said: Oil is leaking out the hoses, all the hoses.
Q. How many discussions did you have with Don? Do you recall?
A. On what day? That day?
Q. Yes.
A. I believe two.
Q. What was the second discussion? What was that?
A. The second discussion was me calling him, making sure he was up and going, and he said: I found what I needed. I'm good.

EXHIBIT
tabbies
B-16

Q. Okay. Did you have any later discussions with him on later dates?
A. I believe I got -- I called the next Monday and I talked to Delmar and Delmar said: Dad will call you in a couple weeks.
And in a couple weeks, I'm not familiar after that.
Q. We've been talking about Delmar. Delmar Cathell --
A. Yes, sir.
Q. -- Don's son; is that correct?
A. Yes, sir.
Q. Did you have any idea what had happened or --
A. Just what he told me on the phone, that he had leaks in the hoses.
Q. There wasn't any further discussion?
A. I have no more knowledge about the situation, sir.
Q. Did Don call you in a couple of weeks?
A. I believe we had talked and he

had told me he had pump failures. That's as far as I remember. I don't know how long ago or how long after it was.
Q. Did you go back to him to take a look at the hoses?
A. He had gotten everything back and had all the hoses in boxes and we took all the hoses back at the time.
Q. So you went back to Don's place of business?
A. Just to pick up the hoses.
Q. And you picked up 20 hoses?
A. Yes, sir.
Q. With the fittings on them?
A. Everything is already together. Yes.
Q. And what did you do with them?
A. I took them back to the shop and called my boss, Jim Biggs, and we looked at them and they were -- stayed in the shop.
Q. Did you or Mr. Biggs or anyone at Truck Tech do anything with the hoses other than look at them?
A. No, sir.

Q. Do any testing?
A. No, sir.
Q. Did you have any -- anybody come in and do any testing?
A. No, sir.
Q. So they just sat there?
A. Yes, sir.
Q. Did you allow any of the hoses to go anywhere else, such as to Tipco?
A. No, sir.
Q. Did you have discussions with Tipco about this fact that you now had these 20 hoses in your place of business?
A. I believe -- I don't think I talked to them any more. I believe Don wrote them a letter and wrote us a letter.
Q. Did Mr. Biggs take over handling of this matter after this time or did you continue to be involved?
A. I believe Mr. Biggs pretty much after that took over.
Q. Did you have any further involvement in this matter that we haven't discussed so far, other than talking to your

counsel, generally, here about anything else?
A. Don's took back about three or four, maybe five hoses to get tested. I believe that's pretty much it.
Q. Did Don call you up and say: I need some of the hoses back?
A. Him or Delmar did.
Q. And you think they took about four or five?
A. There was two occasions I believe they took three or four, maybe another occasion where they took maybe two.
Q. So you think it was a total of five?
A. I think I -- we counted out -- I think we have 12 left, I believe, and I think -- it could have been eight. But whatever -- whatever the difference of what I don't have at the shop is what he took.
Q. Whatever you don't have is what Don took?
A. Yes, sir.
Q. What Don took back, had it

EXHIBIT
B-17

been changed in any way from how it was when you picked it up from Don?

A. Oh, yes, sir.

Q. How was that?

A. It was painted gray and had tape all over it.

Q. I didn't ask a clear question. I meant after you go back to Don and take back all 20 hoses after this failure down in Georgia, you have all 20 and then Don takes back some number, you think as many as eight. Were there any changes made to those eight hoses from the time you got them until you gave them back to Don?

A. No, sir.

Q. So you gave them back to Don just the way he gave them to you?

A. Yes, sir.

Q. The other 12 hoses are where?

A. We have them in our store.

Q. And are they sitting in boxes or something?

A. I believe they're in a box upstairs. Yes, sir.

Q. Have any changes been made to those?

A. No, sir.

Q. Has anybody taken any of them and tested them?

A. No, sir.

Q. Are there any plans to do so that you know about?

A. I'm not sure, sir.

Q. Anything else that happened in this matter that I haven't asked you about that you can recall at this time?

A. When I went to get the hose made at Tipco on -- the ferrier (phonetic) hose, they -- when the ferrule was cracked, when they remade the hose I asked them to check to make sure it wasn't turning in -- over the stem. So they checked it, it did turn, so they recrimped it. Then I left.

Q. After it was recrimped did they check it again?

A. Yes. It did not turn, then I left.

Q. When it turned, did it turn

just by using hands?

A. No. He used tools.

Q. You didn't check it yourself?

A. No. I saw them.

Q. I want to go over some documents with you, but I just want to check my list of questions first to see if there's anything further I want to ask, so if you'll just bear with me.

A. Sure.

Q. Do you remember how many trips you took to Tipco in this total transaction?

A. Tipco itself, the building, was one.

Q. Just the one time?

A. To the building.

Q. And meeting them at the Bay Bridge?

A. I believe it was twice.

Q. Two times. Okay. Do you know the total number of hoses you took back overall?

A. Overall, it would be -- overall, it would be 25.

Q. But I meant take back to Tipco.

A. It would be 11, to my knowledge.

Q. Other than the time that you described seeing the stem turn inside the hose at Tipco, did you ever see any other time when a stem turned inside a hose? Did you see it personally?

A. Yes, sir. I told you earlier that I seen it when Chris was putting it on the machine.

Q. And how many hoses do you think you saw?

A. I believe it was two.

Q. Any other times?

A. No. Other than the split ferrule, no.

Q. When you took these hoses back to Tipco, what was their reaction? What was their response? Did they say anything to you about this?

A. Not to my knowledge, no. Just, we'll get you fixed up and get you

EXHIBIT B-18

running, as far as I remember. Just small chatter.

Q. Let's go over a few documents. Here's one that's been marked as Cathell Exhibit-14. That was marked at Don's deposition. Just take a look at this and see if you can identify it.

A. Yes, sir. I remember that.

Q. Is there anything in this letter, which is Cathell-14, with which you disagree?

MS. BEAM: Are you asking in terms of the facts that he's testified to? Because I'm not going to have him agree or disagree with Mr. Cathell's liability statement in this letter.

MR. TIGHE: Your objection is noted. Thank you.

THE WITNESS: And what was the question again, sir?

BY MR. TIGHE:

Q. Do you disagree with any of the facts that are found in Cathell No. 14

which you have in front of you, which you just read?

A. I don't believe so, sir.

Q. It says a date of August 25, 2003. Does that seem to be at least approximately the right -- the correct date when this --

A. Approximately, I would think so.

Q. Here's Cathell Exhibit-2. Take a look at that and see if you can identify it.

A. Yes, sir. That's my invoice to Don's.

Q. That's from Truck Tech? That's the invoice to Don's for the hoses and fittings that we've been talking about here this morning?

A. Yes, sir.

Q. And is that an accurate copy of the original which might be in your company's possession?

A. Yes, sir. It looks pretty good.

Q. Now here's one that's been marked as Swain No. 1. Take a look at that. Have you had a chance to read it?

A. Yes, sir.

Q. Do you recognize Swain No. 1?

A. I believe so, sir.

Q. What is it?

A. I believe that was a letter given me by Jim so I could properly write my letter to Tipco.

Q. It says: "These hoses are for suction lines on a new/large HYD" -- I assume that's hydraulic?

A. Hydraulic.

Q. -- "power unit. The manufacturer is concerned that the stems would twist in the hose after your crimping. Please insure that these hoses do not suck air, as this would destroy $15,000 worth of hydraulic pumps."

Did I read that correctly?

A. Yes, sir.

Q. Is that Jim Biggs'

handwriting?

A. I believe it is, sir.

Q. How did this come about that you received this document which has been identified as Swain-1? How did that happen?

A. I -- as soon as we found out that the stems were turning -- I immediately contact Jim with any problems that I have. I contacted him with this and he suggested I write a letter to Tipco and gave me some familiarity on how to write my letter to Tipco.

Q. So these were kind of notes that he prepared so you could write your letter?

A. Yes, sir.

MR. TIGHE: Now, let's see. I want to -- let's go off the record for a minute.

- - -

(Discussion held off the record.)

- - -

(Exhibit Swain-4 was marked for identification.)

EXHIBIT B-19

\- - -

BY MR. TIGHE:

Q. Now, here is a -- this is a document marked Swain No. 4. Take a look at that and see if you can identify that.

A. Yes, sir. This is the letter I wrote to Tipco.

Q. Okay. Maybe you can just read it into the record so we can talk about it briefly.

A. Sure. I wrote it to Tipco Technologies, attention: Tim Bombick and Steve King, with my PO representing 2626.

"Gentleman, thanks for the help in getting my hose order complete. Please keep in mind that these hoses are for suction lines on a new/large hydraulic power unit. The manufacturer is concerned that the stems would twist in the hose after your crimping. Please insure that these hoses" -- and I have this underlined -- "do not suck air as this would destroy $15,000 worth of hydraulic pumps with multiple units on Power Unit.

"Again, thanks for your help in this matter.

"Sincerely, Sean Swain, operations manager in Dover."

Q. That's written on TTI letterhead?

A. Well, it's a letter and I stamped it with my stamp.

Q. Okay. You stamped it?

A. Yes, sir.

Q. Did you mail this to Tipco?

A. Yes, sir.

Q. First-class mail?

A. I'm not sure, sir.

Q. You had a secretary do it?

A. I probably would have done it myself, sir.

Q. Did you ever get a response from Tipco about this letter?

A. Yes. I believe Steve -- or the owner, Rob Lyons, I believe, I think sent back a response to that.

Q. What did he say in response? Do you recall?

A. I believe -- when I read it, I believe it said all -- I'm not exactly sure, sir, but...

Q. Give us your best recollection of what --

A. To my knowledge, he says: All items supplied are tested to the abilities of the hose, and the products we send should do the job.

Q. Okay.

A. To the best of my knowledge.

MR. TIGHE: Let's mark this one.

\- - -

(Exhibit Swain-5 was marked for identification.)

\- - -

BY MR. TIGHE:

Q. Here is Swain No. 5. Take a moment to look at that. I'll find copies for everybody.

Have you had a chance to read that Swain No. 5?

A. Yes, I read it, sir.

Q. Have you ever seen that before?

A. No, sir.

Q. What do you understand it to be?

A. That looks to be where we had initially did a quote before the order was placed.

Q. This is some -- something that Tim Bombick reportedly wrote?

A. Yes. His name is --

MS. BEAM: Objection. I think that calls for speculation.

BY MR. TIGHE:

Q. Well, Tim Bombick's name is at the bottom of it?

A. Tim Bombick's name is at the bottom.

Q. In reviewing it, there any fact with which you disagree?

A. Yes, sir.

Q. Tell me.

A. Where it says: "Tank truck hose assemblies."

EXHIBIT

tabbles

B-20

Q. Why do you disagree with that?
A. Because it's not on a tank truck.
Q. Anything else?
A. I don't remember him talking about Ultra-Lok clamps, which would be the bands, but name-wise, I don't remember him saying that name. And I didn't know where he was getting his product from, so the names "Campbell" and "Max" is new to me, sir.
Q. How about this agreement to test to 225 PSI, which is the industry standard. Do you see where he says that at the bottom?
A. I see that at the bottom, sir.
Q. Was there an agreement to test to -- by Tipco to test at 225 PSI?
A. To my knowledge, no.
Q. You don't recall Mr. Bombick saying that?
A. No, sir.
Q. Do you know whether Tipco ever did test to 225 PSI?



A. No. I was told 150 for 10 minutes.
Q. Do you know what the industry standard is?
A. No, sir.
Q. Here's Swain Exhibit-2. Just identify that, if you would, please.
A. That looks like one of the invoices for the fittings and -- okay. That's one of the invoices from Tipco to us on the hoses.
Q. This is a two-page document.
A. Oh, two pages? The second page looks like an invoice for freight.
Q. Here's Swain No. 3. Take a look at that, please.
A. Yes, sir.
Q. What is Swain No. 3?
A. That is basically a diary of what happened.
Q. Is it a diary -- that is, did you record this as things were happening or did you write it up later on?
A. Later on, sir.



Q. This is all written after the fact?
A. Yes, sir.
Q. Do you know when you wrote it?
A. I believe I wrote it after we found out Don was having trouble down in wherever he was at. Georgia, I guess it was.
Q. Was this something Mr. Biggs told you to do?
A. He suggested that I would do it. Yes.
Q. Your attorney did not suggest you do it?
A. No.
Q. You didn't have an attorney at that time?
A. No.
Q. Have you seen this recently, this document?
A. I guess about maybe a month ago.
Q. When you looked at it a month ago, was there anything which seemed



inaccurate to you that you can recall today?
A. No. Everything seemed -- when I looked at it, seemed to be pretty accurate.
Q. Was there ever an earlier version of this document?
A. No, sir.
Q. This was the only one?
A. Yes, sir.
Q. Was it ever typed up?
A. No, sir.
Q. Bear with me. I'm just going to go through a couple things to make sure I understand it.
A. Sure.
Q. Did you write this all at one time?
A. Yes, sir.
Q. Did you consult anything while writing this document, which is -- what was the number of it?
A. Number 3.
Q. Number 3. Did you consult anything, any documents?

EXHIBIT
tabbies
B-21

82

A. I don't believe so. I think I was going off of memory.
Q. Any people? Did you talk to anybody to --
A. No, sir.
Q. Should Tipco have tested these hoses to make sure the stems did not turn inside the hoses before delivering them to Truck Tech?
MR. KAPLAN: Objection to the form.
You can answer.
THE WITNESS: I'm not sure, sir.
BY MR. TIGHE:
Q. If they were delivered to you in that condition, that is, where the stems would turn inside the hoses, would you describe -- would you regard that product as defective?
MS. BEAM: Objection to the form.
You can answer.
THE WITNESS: I would say it

83

would be a defective product.
MR. TIGHE: That is all the questions I have. Thank you, sir.
THE WITNESS: You're welcome, sir.
MR. TIGHE: You may not be off the hook. There may be more questions.
THE WITNESS: I see a lot of people sitting over here, so I'm ready.
MR. TIGHE: If you need to take a break, you can take a break at any time.
MR. KAPLAN: You're welcome to take a break, because we do have quite a few questions to go over.
THE WITNESS: I'm ready.
- - -
EXAMINATION
- - -
BY MR. KAPLAN:
Q. Sir, my name is Gary Kaplan. I represent Tipco.

84

A. Yes, sir.
Q. I have a number of questions for you.
MS. BEAM: Actually, Gary, let's take a five-minute break.
MR. KAPLAN: Sure.
- - -
(A short break was taken.)
- - -
(Exhibits Swain-6 through Swain-12 were marked for identification.)
- - -
BY MR. KAPLAN:
Q. Good afternoon, Mr. Swain.
A. How are you doing?
Q. Fine. I'm Gary Kaplan. I'm here on behalf of Tipco. I have a number of questions for you.
First, sir, I'm going to show you a number of documents and ask you questions regarding each of the documents. Let me show you what's been marked as Swain No. 6. Is that your signature that appears

85

at the bottom right-hand portion of that page, sir?
A. Yes, sir.
Q. Could you please tell me -- do you know when you signed that document?
A. It probably would have been on the day of the purchase order.
Q. Do you know for a fact or are you guessing?
A. No. Usually, it would be that day.
Q. And what is the significance of you signing that document, sir?
A. So the vendor knows that one of the people from TTI is sending them the order.
Q. I'm sorry?
A. So the vendor knows that one of us from TTI is the person signing off and saying it's okay to order the product.
Q. Okay. Let me show you what's been marked as Exhibit Swain No. 7. Do you recognize that document, sir?
A. Yes, sir.

EXHIBIT B-22

Q. Does that document bear your signature in the middle of the -- towards the bottom of the page?
A. Yes, sir.
Q. And what is the significance of you signing that document? Well, first, do you know when you signed that document, sir?
A. I'm not sure of the exact day. No.
Q. What is the significance of you signing that document, sir?
A. That is a -- basically, a packing slip from the vendor to me, saying I am taking this many items from him and taking them into my possession, and he has the signature of me taking them.
Q. Again, there's no date next to your name there, correct?
A. No.
Q. Exhibit Swain-8 is the same thing as Swain No. 7, so we're going to pass over that one right now, but let me show you what's been marked as Exhibit Swain No. 9.

These are all documents that have been produced by TTI in discovery, but this is for identification.
Sir, let me show you what's been marked as Swain No. 9. Do you recognize that document?
A. Yes. That would be the one that Don gave me.
Q. And does that document bear your signature?
A. Yes, sir.
Q. Do you know when you -- that's your signature towards the bottom of the page in the middle of the page?
A. Yes, sir.
Q. Do you know when you signed that document?
A. I believe it was on that day.
Q. What do you mean by "that day"?
A. The date -- it was this date because Don -- on 9/30/03, because Don wrote it out at the time I took the hoses.
Q. Again, that's to indicate that

you took possession of the hoses or you gave --
A. That's indicating that I took the hoses back that were defective.
Q. Now, sir, let me show you what has been marked as Exhibit Swain-10 and Swain-11. If you'll turn to the back of both of these sets -- not the actual back page, but I think three pages in. They are affidavits. These are Truck Tech's Answers to Plaintiff's Interrogatories and Colony Insurance Company's Interrogatories. They each bear your affidavit from you, sir?
A. Signature-wise, yes.
Q. Do you know why you were asked to sign verifications regarding the answers to interrogatories in this case?
A. Because I was part of the procedure.
Q. Were you the person most knowledgeable or --
A. In this -- for the part that I was involved in for getting them these hoses, yes.

Q. And those are your signatures that appear in the verifications that are attached to both of those exhibits, correct?
A. Yes, sir.
Q. And at the time you signed these verifications, you were attesting that the information given in response to those questions was accurate, as best you can recall?
A. Best I can recall, yes.
Q. Let me show you what's been marked as Swain No. 12. Is that your handwriting, sir?
A. No, sir.
Q. Mr. Biggs' handwriting?
A. I believe it is, sir.
Q. Have you seen that document before, sir?
A. Yes, sir.
Q. When is the last time you believe you saw that document?
A. The day we did it.
Q. When you say the -- okay. When you say "the day we did it," what did

EXHIBIT
tabbies
B-23

you do? Who's the "we" and what did you do?
I feel like this is what do you know and when did you know it.
A. Yeah.
Mr. Biggs and myself.
Q. Was anybody with you when you did that document, sir?
A. No, sir. Just me and Jim.
Q. Do you recall when you -- well, who -- is that Mr. Biggs' handwriting?
A. Yes, sir.
Q. Does your writing appear anywhere on that document?
A. No, sir.
Q. When did you collaborate with Mr. Biggs to help prepare that document?
A. I'm not sure of the date, sir.
Q. Do you know why that document was created?
A. Yes, sir.
Q. Why was it created?
A. So you could read the document of -- what I wrote.
Q. I'm sorry?

A. More legible reading of my diary.
Q. Your diary, you mean what's been marked as Swain No. 3 earlier today?
A. Yes. I think that's the number.
Q. When was Swain Exhibit-12 prepared in relation to Exhibit Swain No. 3?
A. When we knew we were going to get counsel and -- I'm not sure of the exact date, sir.
Q. Let me rephrase it. Was your diary -- you've already testified that your diary was prepared on one day when you sat down and wrote it up, correct?
A. Yes, sir.
Q. Did anyone assist you in preparing your diary?
A. No, sir.
Q. Was your diary prepared before Swain No. 12 was prepared?
A. Yes, sir.
Q. Do you recall how far in advance your diary was prepared prior to the

work on Swain No. 12?
A. Probably over a year. I'm not really sure, sir. I'm not sure of the exact...
Q. Well, let's go back a bit. When you say probably over a year, but you're not sure, do you have any recollection as to when Mr. Diggs -- Mr. Biggs', sorry, written diary was prepared?
MS. BEAM: Objection. Asked and answered.
You can answer again.
THE WITNESS: After the fact of us knowing that we had to be prepared for talking to attorneys.
BY MR. KAPLAN:
Q. So it was after the lawsuit was filed?
A. Probably so. Yes, sir.
Q. Was your diary prepared before the lawsuit was filed?
A. Oh, yes, sir.
Q. Was your diary -- do you believe your diary was prepared sometime in

the year 2003?
A. Yes, sir.
Q. Do you recall -- well, the last entry on your diary is August of 2003. Does that help refresh your recollection as to when in 2003 you may have prepared your diary?
A. Maybe September '03.
Q. Now, I know it's hard to believe, but there are portions of your diary which are difficult to read.
A. Yes, sir. Sorry.
Q. And as you've told Mr. -- told Mike, Mr. Tighe, before, your diary has not been typed up at all, has it?
A. No.
Q. Sir, I'm going to ask you to read your diary into the record so that we have a complete translation of it.
A. Okay.
Q. It may be quicker this way to make sure everyone has it.
A. Ready?
Q. As long as the court reporter

EXHIBIT
B-24

94

is ready.
A. "Delmar called around November '02. Quote 2 1/2 hose suction discharge with 2 1/2 inch female JIC, 2 1/2 inch male" -- some of the stuff is missing out the side. Should be 2 1/2 male pipe.
Q. Looks like an "M" there. Is that --
A. MP. It would have been a "P." It's probably been cut off. Male pipe.
"Start of quote approximate between November-December '02 to find and quote 2 1/2 suction/discharge hose with 2 1/2 FJX to 2 1/2 MP.
"Found Tipco Technologies, Incorporated. First contact was with Tim Bombick, who found the 2 1/2 FJX fitting, so I went with them for the quote. Quote No. QT1006050, dated 12/04/02, using Gates Longhorn 2 1/2 inch hose and fittings found by Tim. Manufacturers unknown to me" -- and I put up top "from Texaco.(sic)"
I believe that's where he was getting it from.

95

Q. Let me just ask you there -- after you're done reading I'll ask about the substance of it.
It appears that the words "from Texaco" were inserted.
A. Texas.
Q. Oh, it's "from Texas." Okay. It appears that's different handwriting. Is that your handwriting?
A. That's my handwriting. Yes, sir.
Q. Do you recall when you edited this statement?
A. I think it was the same time. Everything was done at the same time.
Q. So you just reread it at that time and inserted words to clarify that --
A. I put it at the top. So that's what I heard from Tim at the time.
Q. Go ahead.
A. "When doing quote, called Delmar a couple of times, stating I couldn't find FJX ends and could he use MJ ends, MP ends on both, using adapters. He said no,

96

because the last few times" --
Q. Let me stop you. Is the "no" underlined by you?
A. Yes, sir.
Q. Okay. When you underline words here -- well, we'll go back. Go ahead.
A. Okay. -- "because the first few times we did that" -- this is Delmar talking -- "the adapter to fitting connection leaked too much."
That's what I was told.
"Asked if banding was an option. Delmar said no. Dad doesn't want banded hoses."
And I put in parentheses, "Note: Tim from Tipco asked me the question and stated this as another option on above Quote QT1006050.
"Quote states, band clamp on fitting. Called Tim back. He said this was a misprint and it should have said crimped-on fittings. And the price was correct at 173.75 each" -- that's $173.75 --

97

"for a 7 foot by 2 1/2 inch hose with 2 1/2 FJX and 2 1/2 inch male pipe. On 12/18/02, Quote No. 595 sent to Delmar and Don for 20 hoses, 2.5 inches by 7 foot OSD hose, coupled, female JIX swivel, XMP external crimp, 248.25 each.
"Time passes. Don waiting on reply from" -- and I think we're missing a line here, sir, where it didn't get copied right.
Q. Okay. Why don't we check.
A. See how it is right here?
Q. Is there a better copy here? We can check the --
A. It looks like there's writing down there.
Q. Does that help you read it? (Handing.)
A. Here we go.
"Time passes. Don waiting on reply from his customer on whether he got job or not."
Thank you, sir.
MS. BEAM: Maybe keep that

EXHIBIT
tabbies
B-25

98

handy, because it's cut off on the bottom on several pages.

BY MR. KAPLAN:

Q. Go ahead.

A. "On 5/16/03 requoted Don Quote No. 595 for adapters (20), 2 1/2 male pipe, dash, 2 1/2 MJ, quoted $77 each. Faxed over" -- in parentheses -- "July 17th, '03 Don ordered 20 of the adaptors, Invoice No. 3764. Called on motors. We couldn't quote. He bought direct from manufacturer.

"Approximate date Don called around June, July. Needed prices per each on fittings."

Q. I see the word "June" underlined above that line.

MS. BEAM: He said June/July.

THE WITNESS: June/July, meaning it was just a split -- one of those months he called.

BY MR. KAPLAN:

Q. Okay.

A. "Needed prices per each on fittings and hose per foot for Quote 595

99

because hoses wouldn't be 7 foot pieces. Done one or two days later. Gave him breakdown -- gave Don breakdown on prices.

"Order was placed with TTI on or near end of July 30th. Order placed with Tipco, Tim Bombick, per quote, two-week lead time. Now for the order Don needed 20 total hoses. I went to Don's on July to measure hoses for first set of 10. Two tanks being built/set one. Couldn't get good measurements, so I ordered in one of each of the fitting from Tim Bombick from Tipco. FJX to come UPS blue and MP to ship standard out of PA" -- meaning Pennsylvania.

"Took four or five days to get my FJX blue fitting. Went back to Don's approximately beginning August. Don had one month" -- and I can't read the...

MR. KAPLAN: Why don't we have this marked as the next exhibit. This is another copy.

- - -

(Exhibit Swain-13 was marked for identification.)

100

- - -

MR. KAPLAN: Let the record reflect we've marked as Exhibit-13 another copy of your diary, as you call it. That is going to help you --

MS. BEAM: On this particular entry I don't think it's going to help.

THE WITNESS: I believe it's one month plus five more days. I believe it says, "Don had one month plus five more days" -- I believe that's what it says. It's kind of cut off there -- "to get job done. No problem. Two-week lead on items ordered. All fitting and hoses into Tipco to have ready to make. Went back and Don and Sean measured hoses. He measured. I wrote down pump number and length end to end of fittings per Don's measurement. Called Tim Bombick upon first set sizes from Don's" -- in

101

parentheses -- "needed me to fax over lengths next day. Okay. No problem" -- per Tim.

"On pump odd numbers 1, 3, 5, 7, and 9, these were short lengths. Don wanted the FJ ends (sic) to be cut back on the stem approximately 3 inches."

BY MR. KAPLAN:

Q. FJ ends or FJX ends?

A. "FJX ends to be cut back on stem approximately 3 inches to have hose movement between piping. Jim Biggs earlier had recommended to Don he should cut back piping because hoses are too short and make hose longer for better workability. Don decided to go short and cut stems back.

"At the same time I called Tim Bombick at Tipco with hose lengths. I asked him to check on my order to see if it came in yet. This was approximately three to four days after I ordered all items. They had hose there. The FJX never got shipped."

Put in question marks.

EXHIBIT B-26

102

"He said the vendor wanted to make sure fitting -- fittings were correct with sample sent down earlier before shipping, so at least one week plus went by before fittings even shipped to Tipco.

"At this point I get Steve King involved" -- which is in parentheses "rep" -- "told situation. He said they" -- okay. "Told situation. He said they should have gone about differently" -- and I believe it says out to the side, without going back -- "have used clamping."

Let's see if it's -- it cuts it off there, too.

"Approximately August 15th Steve King delivered to TTI first hoses of 10 for Don's from Tipco at approximately 1:30. Went to Don's around 3:30 p.m. that same day to deliver. Arrived around 4:30. Forgot my fitting to measure section two hose lengths. Told Don I would be back on Saturday the 16th with fitting. Coffee and donuts for the boys the next day.

"Came back the 15th, night,

103

fittings" -- to the store, to get the fitting. "Arrived Don's 8:30 to 9 a.m. on the 16th. Got them measured up, hoses. At this point Don said the first section odd pump hoses wouldn't work. He said he would eat these five hoses. His mistake" -- underlined -- "and order 10 more adapters and made all the odd hoses all FJX on both ends, swivels by 30 inch long.

"Returned home. Got a call from Don same day" -- and that says "8/16" and I believe the time -- it's cut off there. I think it was around 10:30, 10:45 -- "stating the hoses were turning on the stems. These would be -- these would be" -- oh, I'm missing something here. "These would be the section one even hoses. Went back over and picked up -- went back over and picked up hoses, even the odd -- even the odd short ones he wanted to trash."

Okay. At the top of the page -- you want me to go ahead and read this off, sir?

Q. Yes. Is that your writing?

104

A. Yes. I put it up here.

"At this same day Tipco employees were in class and no one could meet me to fix hoses. Terry, the vice-president, was getting ready for party for Tipco and Ken was in PA and all else were in" -- everybody else was in class that day.

Okay.

Q. And that entry was put in right after you completed the rest of --

A. As I'm writing this.

He wanted to trash the hoses. Okay.

"I called Steve King" -- then that's when I went up here to this section and wrote that -- "and told him about hoses turning on stems and that I saw this firsthand and they were not using the hose to tighten down on fittings. They were using the fitting heads properly to tighten.

"Set up time to meet him at McDonald's Bay Bridge, Monday the 18th" -- I believe. "Gave hoses back to Steve. Went

105

over whole order again with Steve and told him about Don saying to trash the five small hoses and he would eat these. Don's Hydraulics, his mistake" -- in parentheses. "And went over the 10 new hoses at 30 inches with FJX each end and to recrimp the five old hoses from section one that were turning on the stems. Steve went back over order. I stated to Steve at that time we needed test done on hoses to make sure of no leaks. Said I needed report on that and letter stating hoses are okay.

"August 20th called Tipco to check on hoses. Ken in shop stated they were working on them and should be done Thursday or Friday. Ask Ken to make sure we get report on hose test and letter okaying hoses. Received call on Friday from Ken. Hoses were done the 22nd of August. Again set up time to meet Tipco driver with all 20 hoses, 15 new and 5 were the recrimped ones. Picked up around 2:30 p.m. at McDonald's Bay Bridge. In route Delmar/Don called verifying I was picking up hoses. Notified

EXHIBIT

B-27

106

I'd be to his place around 4:30 p.m. and I would help put on hoses. Okay Don. Delivered and signed.

"Called Jim B" -- which is Jim Biggs -- "notified hoses delivered." Let's see. "Called Steve. Left message, hoses were delivered.

"8/23/03, Saturday, approximately 8 to 8:30 a.m. call came from Don. One of the new hoses had a split ferrule" -- in parentheses -- "looked like an overcrimp. Called Steve" -- then I got here "see other page," with a star. "Couldn't do 23rd. Met Steve approximately on Sunday the 24th in Maryland" -- in parentheses -- "Tipco building. Left 6:30, arrived 8:45 a.m. Left 10:30, arrived Don's approximately 1:15 to 1:30. Helped put on hoses. Left approximately 2 p.m. Called and left message with JNB" -- which is Jim Biggs -- "it was done.

"September 13th, Don called, stated all hoses leaking without running pumps. Just gravity. Notified him to try

107

to find someone down there to recrimp end. He called 6:30. Found someone to do that. Still didn't work. No one called me back from Tipco until 15th of September, which was Steve. Notified of problems."

And that's it.

Q. Any reason you stopped your diary at that point in time?

A. No. No reason at all. Just -- no. No reason at all.

Q. Okay. I want to go back and ask you some questions about what you just read. You earlier testified that Delmar was in charge of a certain area of Don's Hydraulics?

A. I don't think I said -- he's in an area -- he, I guess -- I don't know how exactly -- actually it works, but I do know he's in charge of the hydraulic area.

Q. Do you know if Delmar actually designed the pump system in question?

A. No.

Q. Have you worked with Delmar in the past?

108

A. Yes.

Q. Delmar is the son of Don?

A. Yes.

Q. When Delmar first contacted you he was seeking some specific size of hoses?

A. Yes.

Q. Did you at any time tell him that you didn't think the size of the hose that he was requesting was appropriate?

A. No.

Q. That wasn't your responsibility?

A. No.

Q. It was your responsibility simply to provide what he's asking for, if you could.

A. That's correct.

Q. And you testified that wherever you worked in the past, Don's hoses seemed to follow you? It was your client?

A. Orders for Don's. Not Don's hoses.

Q. I stand corrected. That is

109

orders for Don's?

A. Uh-huh.

Q. When you say they had been your client in the past, have you -- what kind of orders have you prepared for them in the past?

A. Seals and couplings, jaw couplings.

Q. Have you ever prepared hose for them in the past?

A. No.

Q. Has TTI prepared or fabricated hoses for clients in the past?

A. Yes.

Q. Does TTI currently provide hoses for clients?

A. Yes.

Q. It's part of your -- part of what your company does?

A. Yes, sir.

Q. Not just what they do, but that's a part of the whole process of what TTI does?

A. Part of the process. Yes,

EXHIBIT

B-28

sir.
Q. Why don't you expand a little bit on what that process is. You mentioned briefly earlier, but expand for me, please.
A. Sure. We provide customers with hydraulic hoses, meeting their capabilities. They bring a hose in and we give them back what they bring in.
Q. What do you mean, we give them back what they --
A. Like if they bring a 4,000 PSI line in with, let's say, FJX's on each end, I give them back a 4,000 or better line with FJX ends.
Q. Do you use hose from any particular manufacturer?
A. Gates.
Q. Is it always Gates that you use?
A. No.
Q. What are the other manufacturers of hoses that you use?
A. I've used Ryco, R-Y-C-O.
Q. Do you also produce -- provide

couplings?
A. Yes.
Q. And whose couplings do you normally use, sir?
A. Gates and Dixon.
Q. Are there any other couplings that you normally use?
A. Ryco has their couplings for their hose.
Q. What about adapters?
A. Adapters, yes.
Q. Whose adapters do you order from to meet the needs of your clients?
A. Tompkins, Brennan, Adaptall, and Gates.
Q. Now, when was the first time that you advised Don's Hydraulics that you were providing hose that came from a different fabricator; that is, from Tipco?
A. Initially in the first quote we did.
Q. In the actual written quote you indicate that you're providing hose from Tipco?

A. No. Stated -- I didn't say any names. It was just stated that, I'm not making your hose, someone else is making the hose.
Q. Why didn't TTI make the hoses at Don's request for this project?
A. I wasn't able to make those hoses.
Q. Why weren't you?
A. Because of the size and the fitting. You can't use somebody else's fitting in that -- I don't know about into other manufacturer's hoses.
Q. Let's go back, sir. You weren't able to -- it's fair to say that TTI was not able to fabricate the size hose that Don's had requested?
A. With the items we have in store for our machines, no.
Q. Would they require particular machines that you did not have?
A. I would believe so. Yes, sir.
Q. Is that an unusual machine?
A. To me, it would be.

Q. Have you seen those machines in your past work experience?
A. No. Just when I went back to Tipco to get that one fixed.
Q. Other than the machines you saw at Tipco, you've never seen machines that size before, capable of creating the hose you requested on this occasion?
A. I've seen other machines that probably could do it.
Q. Do you know of any other fabricators that have machinery the size -- that are capable of producing hose the size that Don's requested in this case?
A. Yes.
Q. Who would they be?
A. GSM Industries.
Q. Are there any others, sir?
A. To my knowledge, no.
Q. Why didn't you seek GMS (sic) Industries to fabricate the hoses?
A. I did.
Q. And did you receive a bid from them?

EXHIBIT B-29

A. No.
Q. What was their response to you?
A. They could not find the FJX end.
Q. And how did they go about looking for the FJX end?
A. I have no clue, sir.
Q. Did you provide any information regarding how to locate the FJX end?
A. No, sir.
Q. Now, you spoke about fittings before. Are you talking about the FJX ends?
A. The female JIC swivel end. Yes, sir.
Q. Now, when was the first time that you believe you advised any representative of Don's that Tipco was fabricating the hoses?
A. Actually saying the name, you mean?
Q. Yes, sir.
A. I believe it was the first

batch of 10 hoses I had to take back.
Q. Do you have any written documentation reflecting that that is when you advised Don's that Tipco had fabricated the hoses?
A. No, sir.
Q. Did you ever advise Don's that if they had any questions regarding the hoses, that they should contact Tipco?
A. At any time?
Q. Yes, sir.
A. Or -- no.
Q. Did you ever advise any representative of Don's who your contact was at Tipco?
A. No.
Q. Is there any reason why you didn't do so, sir?
A. Yes.
Q. What was your reason?
A. So -- in my industry, the reason is, you don't want them to know who you're placing purchases, because then they'll go around you and not order from you

any more.
Q. Okay. So would it be fair to say you purposely did not advise Don's as to who was fabricating the hoses in question?
A. Not purposely, but professionally.
Q. How do you distinguish the two?
A. I didn't intentionally not let Don know. It's just a place that I go to get, in a professional manner, my items to supply to my customers.
Q. You just intentionally didn't tell them who the fabricator was?
A. Yes.
MS. BEAM: Objection, form.
THE WITNESS: Yes.
BY MR. KAPLAN:
Q. In your written diary you say you found Tipco Technologies, Inc. Do you recall how you found them?
A. Yes. My partner in Dover at the time suggested -- because I was telling him I couldn't find the FJX, he said, "Try

Tipco." And I said, "Oh, yeah I forgot about Tipco."
Q. How many other companies had you checked with first, sir?
A. I believe two or three. Definitely three.
Q. Do you recall who they were?
A. I believe it was Gates, Dixon, and GSM.
Q. Now, your diary states that you used Gates Longhorn 2 1/2 hose.
A. Tipco did.
Q. Tipco did. And Gates is the hose that you normally use as well; is that correct?
A. I use Gates hydraulic hose in some industrials, yes.
Q. So you were familiar with Gates hydraulic hose, correct?
A. I'm familiar with Gates hydraulic hose. Yes.
Q. And you were familiar with Gates at the time that this whole contract transpired.

EXHIBIT
tabbies
B-30

118

A. I'm familiar with Gates. Yes, sir.
Q. You state in your diary that Delmar called you a couple of times seeking FJX ends, and you can refer to your diary if that helps, sir.
A. What page?
Q. The first page. Midway down.
A. No. It states here: When doing quote, called Delmar a couple of times, stating I couldn't find the FJX ends.
Q. And you then asked if he could use MJ ends, correct?
A. Yeah. Could he use the MJ ends, because in the past we've used adapters.
Q. And was your sole suggestion because in the past you had used adapters?
A. Adapters are used in past experiences with hydraulics. Yes.
Q. That's pretty standard, isn't it?
A. Can be, yes.
Q. But it wasn't the process used

119

on this occasion, was it?
A. Not for these hoses, no.
Q. And your next line states that, quote, he said no, unquote, and goes on, and you underlined the word "no." Why did you underline the word "no," sir?
A. Because it was a -- more of a louder verbal no.
Q. From Delmar?
A. Yes.
Q. Now, you're chuckling as you say that. Do you recall him making his intentions clear to you?
A. "No. Dad wants crimped-on only."
That's basically it.
Q. And that's -- is that the normal way that Delmar would approach a problem?
A. Pretty much.
Q. Whatever dad wanted, dad got?
A. In this situation, I would say yes.
Q. And your diary goes on to

120

state that Delmar advised you that the few times that he did use the adapter, there was leakage.
A. That him and his dad, when they used the adapters, they had leakage, and they didn't want to go through that again.
Q. Now, you also state in your diary that you asked if banding was an option. Why did you ask that? Is that because you had been advised by Tipco?
A. Banded in the past myself and Tipco also advised.
Q. You say banded in the past yourself. Is banding part of your normal work responsibilities?
A. Some of it is. Yes, sir.
Q. How frequently do you personally band hoses?
A. Normally -- I got one client that uses a lot of banding. It could be -- it could run every week, it could run every other month.
Q. I'm going to take the Mike

121

Tighe approach and see if you can demonstrate for us what the banding process is, sir.
A. Okay. You got a band, which is a round -- my hands are shaking. Sorry -- which is round, about half inch wide. Comes off of the stem, slides over the hose. Put the stem into the hose. The bands are brought up behind the coupling head approximately a half inch back from the end of the rubber, first initially marking where the stem would go into the hose, how far back it goes in. Making a mark. Wanting to put as many bands on there as you can. Usually it's two. Like I said, stated a band a half inch back, then take the other band and go -- there's like a little square mark here. When you get it tight, take it and hit it with a hammer with a point and it locks it in place.
Q. How does that differ from crimping?
A. Crimping is a sleeve over top of the hose and the stem goes into the hose.

EXHIBIT
B-31

So there's three basic parts: You got your ferrule, your hose, and then your stem. And it gets crimped with a machine, pressed together.
Q. Now, you're here as a fact witness, but do you have a belief as to which system is better --
MR. TIGHE: Objection.
MR. KAPLAN: -- banding or crimping?
MR. TIGHE: Objection to form.
BY MR. KAPLAN:
Q. You can answer, sir.
A. To me, from my knowledge, crimping would be the best.
Q. Why is that?
A. Because, in my knowledge, it just seems if you're crimping something together, it would not leak and hold better.
Q. Did you tell that to the people from Tipco?
A. No.
Q. Did anybody from Tipco tell you that or suggest to you that there should

be a different process?
A. They gave some options.
Q. When you say they gave options, was it a question of just listing choices for possibilities or did they tell you which they thought would be the suggested way to go?
A. They stated --
Q. Who is "they"?
A. Okay. Tim Bombick, when I gave him the whole application, said: You can go with banding, which is more of a normal procedure for this kind of application, but we can do crimping.
Q. And when he said he preferred banding, did he say why he preferred banding for this particular application?
A. To my knowledge, no.
Q. It might be, but you just forgot at this time?
A. Excuse me?
Q. Might he have told you at the time, but you just forgot?
A. Possibly.

Q. You didn't take any written notes regarding conversations you had with Mr. Bombick during that time period?
A. No.
Q. In fact, there is a diary that we have in front of us, the only journal notes or statement that you prepared regarding this matter.
A. Yes.
Q. And you're not aware of any simultaneous letters that -- you're not aware of any letters that you wrote simultaneously during the events that led up to this -- the problem that Don's had?
A. Leading up to that, no.
Q. So when Mr. Bombick suggested or advised you that he preferred banding, was swaying also discussed? Swaging. I'm sorry.
A. I can't recall that.
Q. So once again, it may have been, but you have no recollection?
A. It may have been.
Q. And when you discussed the

options with Delmar, Delmar was adamant: Dad wants crimping.
A. Dad wants crimped-on --
Q. Crimping is what they're going to get.
A. -- only.
Q. Was there any additional cost of banding versus swaging versus crimping?
A. There might have been.
Q. You're not aware of any?
A. We didn't get any prices because they want crimped-on only.
Q. Is it fair to say that Delmar was adamant that it had to be crimped?
A. Yes.
Q. In fact, you go on to state in your journal that you had to call Tim Bombick back because there was a misprint on a written quote?
A. He misprinted his quote to me.
Q. And the misprint dealt with crimping; is that correct?
A. He wrote -- he had typed in "banding" instead of "crimping." He

EXHIBIT
B-32

126

misstated that.
Q. And you had to go back and ver -- and make sure that he realized that this had to be crimped, not banded?
A. That he made -- yes.
Q. Did you catch that or was that caught by Delmar?
A. I caught it.
Q. These invoices wouldn't have been submitted on to Delmar anyway, would they?
A. Not Tipco's, no.
Q. Do you take their invoice and add whatever you normally would and send that over to Delmar?
A. I would make my invoice the way I make my invoices to Delmar.
Q. So would that reflect what the cost was to TTI to obtain these hoses?
A. No, sir.
Q. You've stated that you've contracted with Delmar in the past -- or strike that -- with Don's Hydraulics in the past?

127

A. Yes, sir.
Q. Did you contract with Delmar in the past as well?
A. Both people.
Q. Well, might we say, Don's Hydraulics, you're talking about Don, too.
A. Delmar and Don.
Q. As far as Don's Hydraulics is concerned, there are no others?
A. Just his employees.
Q. What Don Cathell wants, Don Cathell gets. Correct?
A. I would say so.
MR. TIGHE: Objection to the form of the question.
BY MR. KAPLAN:
Q. Did you have an expectation that Delmar would go back to Don Cathell and say: Hey, it was Sean Swain that suggested we get these pipes branded (sic) or swaged as opposed to crimped?
MR. TIGHE: Objection to the form of the question.
THE WITNESS: I don't know

128

what he would do.
BY MR. KAPLAN:
Q. Did you have an expectation that he would discuss banding versus swaging versus crimping with Don Cathell?
A. I had an expectation before they even placed the order or did the quote that they probably do talk about that.
Q. I'm sorry. That they would?
A. That they would talk about their options.
Q. Do you know if they actually ever did talk about those options?
A. No, sir.
Q. That is because, as far as you know, ever since your first conversation with Delmar, it was clearly one directional in terms of: It had to be crimped.
A. Yes, sir.
Q. On the second page of your journal, three lines down in parentheses it says: July the 17th, '03, Don's ordered 20 of the adapters, Invoice 3764, called on motors.

129

A. We couldn't quote.
Q. What does that mean, sir?
A. Those were 20 adapters for, I guess, a different section of the unit and he also asked me if I could quote the hundred horsepower motors that were on the -- the machine, or this pump thing, reservoir. Power unit. Sorry. And I could not come up with the prices he needed for me to get that part of the order.
Q. That is, your prices were too high or you couldn't come up with prices at all?
A. Prices were too high.
Q. Going back to the discussion with Delmar regarding banding, did he go into depth -- can you tell me what depth he went into when advising you that prior attempts resulted in leaking?
A. That's basically all that was said: We've had problems with the leaking and we want to stick with the crimping.
Q. Okay. At what point in time did Mr. Biggs suggest a different routing

EXHIBIT
B-33

130

for the hoses?
A. I'm not sure of that, but I do know it was before the hoses were even ordered.
Q. I'm sorry. So were the hoses even ordered?
A. I believe he had stopped in before the order process was even in effect.
Q. Do you know why he suggested a different route for the hoses?
A. Yeah. Because Jim has a lot of knowledge with hydraulics and he saw what Don was doing and stated it might work better.
Q. In fact, you stated in page 2 of Mr. Biggs' statement, bottom of the second paragraph, that the routing hose was, quote, very hard.
MS. BEAM: I'm just going to clarify for the record. You referred to that as Mr. Biggs' statement.
MR. KAPLAN: I did, and this is.

131

MS. BEAM: Actually, that's not what it's been represented to be. But with that understanding...
BY MR. KAPLAN:
Q. Let's -- I want you to turn to --
MR. TIGHE: Swain-12.
BY MR. KAPLAN:
Q. -- Swain-12, sir. That's a statement, I believe, that Mr. Biggs prepared with your assistance?
A. Yes.
Q. Okay. You were with him as he prepared this written document, correct?
A. Yes.
Q. Page 2 of that document, bottom of the second paragraph, it states that part of the -- it states that the routing of the hose was very hard, unquote. Do you see that?
A. The bottom or...
MS. BEAM: Right here.
THE WITNESS: Thank you. Okay.

132

BY MR. KAPLAN:
Q. Do you know -- can you interpret that or expand upon that for us?
A. Yes. Those were the five small hoses initially made where he had the stems cut back and they couldn't -- there was not enough flexibility there and that's why they were hard to get into place.
Q. So by the term "very hard," you were referring to the area -- the inability or difficulty of putting the hoses in place as they were?
A. Yes.
Q. And how does lengthening the hose make it easier to place them?
A. They cut -- there is a pipe than ran down and out and this was -- the initial area where the small one was made, they initially cut back and made longer hoses to connect up here.
Q. So it's not as sharp an angle?
A. It has a nice smooth, gradual curve up.
Q. And that suggestion was

133

initially refused by Mr. Cathell, correct?
A. It must have been, yes, because he wanted to stick with the smaller hoses.
Q. Now, you stated that the hoses, after they were -- well, how were the hoses actually acquired by you, sir? Were they shipped to your address at TTI?
A. By Steve King, which is the representative from Tipco. He brought them to me to Dover.
Q. So he brought them to you to Dover?
A. The first 10.
Q. And then what transpired next with those 10? How did they get to Don's Hydraulics?
A. I took them to Don's the same day.
Q. How did you take them there? A truck?
A. I believe I had a car. I think I put them in my trunk and brought them to Don's.

EXHIBIT
B-34

134

Q. How long were those hoses?
A. Variable -- various lengths. They were short ones and five of the longer ones for another section.
Q. How long were the long ones? Do you recall?
A. I couldn't recall. Probably 20-plus inches each.
Q. How short were the short ones?
A. Not really sure. Probably a foot, maybe. I'm not really sure.
Q. So you put all of the hoses in your trunk?
A. I believe so, sir. Yes.
Q. Then drove down to Don's?
A. Yes, sir.
Q. After you arrived at Don's, physically, what happened to the hoses next?
A. Myself and I believe Chris took them out of my car and they started putting them on.
Q. When you say they started putting them on, did you help put them on?
A. No.

135

Q. How were the hoses put on?
A. Brought over by hand, put on by hand -- put on by hand first with, you know, initial turning.
Q. Do you have an actual recollection of this, sir, or are you just surmising how it must have happened?
A. No. I was there. They were putting them on.
Q. I don't want you to guess. I want you to tell me what you recall seeing.
A. Sure. Took them out of my car, brought them over. Don told Chris to start putting them on. He started screwing in the male pipe into the male pipe -- the female pipe section, which is the ridges section, and putting on the female with swivels to allow you to tighten it up completely. And then another guy came over to help, which is Collins Welding. I'm not sure of his name, but he's the owner of Collins Welding. He started helping Chris put on the hoses.
Q. What is Chris' last name?

136

A. I don't know, sir.
Q. He's an employee of Don's?
A. Used to be.
Q. Do you know if he currently is?
A. No, he's not.
Q. He started his own business?
A. I don't know.
Q. So the hoses were twisted by hand?
A. Put on by hand.
Q. And then what happened next?
A. Let's see. We were standing there talking to Don, and Chris yells to Don "we got a problem," and we go over and the hoses were turning over the stem.
Q. Now, would that have been visible before you put the hoses onto the system?
A. No, sir.
Q. Why not, sir?
A. Because the ferrules are crimped and, to your knowledge, they're crimped and ready to go.

137

Q. Could you have tested the hoses at TTI if you chose to do so?
A. As in what kind of testing do you mean?
Q. Could you have tested to see if there would be any turning in the hoses?
A. We probably could have done that.
Q. How long would that have taken to do for each hose, sir?
A. I'm not sure. I've never done it.
Q. It's not a difficult process to test it, though, correct?
A. I guess not.
Q. Do you have any idea what the cost would have been to test a single hose?
MS. BEAM: Are you talking about still the turning of the stems?
MR. KAPLAN: Yes.
THE WITNESS: Just my time.
BY MR. KAPLAN:
Q. And it's fair to say you

EXHIBIT B-35

didn't test any of the hoses, correct?
A. No, because I took it just to be the hoses were made properly and ready to go by the Tipco Company.
Q. When you normally receive shipments of hoses from fabricators, do you test those hoses?
A. No, sir.
Q. Have you ever tested the hoses?
A. No, sir.
Q. Did TTI provide any warranty to Don's Hydraulics regarding the hoses?
A. No, sir.
Q. I note in the answers to interrogatories, it's stated there was no expressed warranty offered to Don's. Are you aware of any warranties offered to Don's regarding any products you produced that were used in the pump system involved here?
A. Hoses, no. There was nothing. That's all supplied. So, no.
Q. They simply asked for hoses, you produced hoses.

A. Yes, sir. That's basically it.
Q. Did you ask for any warranty -- did you receive any written warranty from Tipco regarding the hoses?
A. No, sir.
Q. Did you ask Tipco for any written warranty regarding the hoses?
A. No, sir. Just that I wrote that letter, stating we need to make sure that they are checked.
Q. Uh-huh. But by "that letter" -- I'm trying to find it. That's a letter that's been marked as Bombick-6.
A. Actually, it's -- that's me, not Bombick. That's to Tim from me.
Q. I'm looking at the orange tab at the bottom.
MS. BEAM: It says Bombick-6.
THE WITNESS: I'm sorry.
BY MR. KAPLAN:
Q. And what actually prompted this letter, sir?
A. The turning of the stems, the

hose on the stems.
Q. Now, in your diary at the bottom of the second -- excuse me -- third page, you mention the turning of the section one even hoses. Do you see that there, sir, at the bottom, very bottom?
A. Yes, sir.
Q. What is the significance of it just being -- the significance of the turning applying just to the section one even hoses?
A. Oh, even and odd hoses were certain sections of where they went in that particular section. It went one from twenty, and odd hoses were a certain thing and even hoses were a certain area.
Q. So it's an area of the pump itself?
A. It was either, I think, discharge and pressure lines. Suction lines, I mean.
Q. So there would be section one odd hoses also, correct?
A. It was section one odd and

even, and then you had section two odd and even.
Q. And how many section one even hoses were there?
A. Well, there would have been probably five.
Q. How many section one odd hoses?
A. Five.
Q. Would they have been all the same size?
A. No, sir.
Q. What size were the even hoses as opposed to the odd hoses?
A. In the beginning it was probably double the size. Then you got the five smaller ones made larger.
Q. And Mr. Cathell wanted to trash all the hoses that were turning --
A. No. He wanted to trash five of the hoses, smaller hoses.
Q. They were operating properly, though, at the time, correct?
A. There was nothing operating.

EXHIBIT
tabbies
B-36

Q. Well, when you say that he wanted to trash --
A. They weren't able to be put in properly. They had nothing operating. He wasn't operating the machine.
Q. Let me go back, sir. When you said there was turning in the stems, is that of all the hoses at that time?
A. I'm not sure, sir. Just a few that I know of.
Q. But you made mention in your journal, which you can look at, that Mr. Cathell wanted to trash not just even hoses, but the odd hoses as well. Correct? Check your journal.
A. What page are you on?
Q. The last line of page 3. Last line of page 3 and the first lines of page 4.
A. Okay. I went back over to pick up the even sets of hoses and even the odd short ones he wanted to trash.
Q. So why did he want to trash the short odd ones?

A. Because they would not work properly in his application because they were too short and didn't have any flexibility with them.
Q. Is that so stated in your journal anywhere?
A. As being...
Q. That they were not able to be used.
A. Just stated here that -- where it says: Don said the first section odd pump hoses wouldn't work and said he would eat these five hoses. His mistake.
Q. Because they were not the right size?
A. They were the right size at the time that he thought would work.
Q. Okay. But then how did they not become the right size thereafter? I want to make sure we're understanding each other.
A. After the fact of him trying to put them on. I guess there wasn't enough flexibility to get them on like he wanted

to, which, in turn, he made longer.
Q. Which is just what Mr. Biggs had advised --
A. Pretty much. If he done it the first time, it might have been okay.
Q. Now, sir, at the very bottom of the page, it's page 4 of your journal, you state that you helped put hoses on. Is that correct?
A. I stated that. Yes, sir.
Q. And why did you install the hoses?
A. I went over and only put one on and started the threading and that was it. He said he would handle it.
Q. Why did you, once again, install the hose or a hose?
A. I didn't install any hoses other than starting to, and then Don said: I'll take over.
I did it to help him get the job done because he needed to leave the next day.
Q. And what tools did you use,

sir?
A. Just my hands on the first two threads.
Q. What tools did you see other people use to install the hoses?
A. They were using, what do you call them, pipe wrenches.
Q. What kind of pipe wrenches were they using?
A. Pretty good size pipe wrenches. I don't know what size it would be. 18 or 24 inch.
Q. Was there any particular torque associated with those pipe wrenches that were used?
A. Sir, I don't know that question, the answer to that question.
Q. You didn't see anything out of the ordinary with the pipe wrenches being used?
A. No, sir.
Q. Did you observe how they were using the pipe wrenches to put on the hoses?
A. On some of the hoses I did.

EXHIBIT
tabbies
B-37

Q. Why don't you tell me how did they use the pipe wrenches, as best you can recall.
A. They would -- when they put the male pipe ends on, they would put them on the end of the backside of the male thread, which is still metal before you get to the hose, and tighten them down. And then they would return and go to the female side on the nut and tighten that down.
Q. And did you observe any other actions undertaken by the people -- well, who were the individuals attaching the hoses at that time?
A. Chris, Don, and I think his name is Mr. Collins, Jim Collins.
Q. Do you know whether the hoses operated properly when the machine was initially put on?
A. I don't know that answer, sir.
Q. Do you know if Don's actually tested the apparatus after the hoses were initially connected?
A. The only answer I have to that



is when he called me on Saturday without the machine running.
Q. So you don't know what was done before that?
A. No, sir.
Q. So you don't know if it was running at any period of time properly?
A. I don't know that, sir.
Q. Did you ever call to find out?
A. No, sir.
Excuse me. I did call to make sure Don -- after the initial leaking, I talked to Delmar and made sure that everything was okay. He said everything was fine.
Q. What about before the initial leaking, but after the apparatus was turned on?
A. I don't know.
Q. Have you ever installed 2 1/2 inch size 37-degree end?
A. No, sir.
Q. You earlier testified regarding a cracked ferrule in the second



batch of hoses.
A. Yes, sir.
Q. Where was that crack?
A. The length of the ferrule.
Q. The entire length of the ferrule?
A. Is my recollection. Yes, sir.
Q. How long was the ferrule?
A. Approximately 4 to 5 inches, approximately, without...
Q. And that particular hose was delivered to you at McDonald's?
A. I picked that batch up from McDonald's. Yes, sir.
Q. And then did you inspect those hoses before you took them over to Don's?
A. We took them out of the driver's truck, put them in my car, and just had a glance look at them and left.
Q. When you say "we," who is the "we" there?
A. The driver of the car.
Q. The driver of the car?
A. From Tipco.



Q. Okay. Did you inspect the hoses at that time?
A. Just a glance.
Q. Did you see anything wrong with the hose at that time, with the ferrules?
A. No, sir.
Q. You said you currently still have possession, or that is, TTI still has possession of some of the hoses.
A. Yes, sir.
Q. Are they under your charge or under someone else's?
A. I would say I'd be under the charge of that.
Q. Where are they located right now?
A. Upstairs in one of our warehouses in a box.
Q. When is the last time you looked at the hoses?
A. Actually, I believe we looked at them yesterday.
Q. When you say "we," who is the

EXHIBIT
tabbies
B-38

150

"we"?

A. Me and Jim Biggs.

Q. Is there anything inside those hoses at all?

A. Could be some oil and maybe some dust from sitting around for all these -- all this time.

Q. Do you recall how long after the apparatus didn't work that Don's requested a couple of the hoses?

A. I would say maybe a month went by. Not exactly knowing, but probably around a month.

Q. And where were the hoses kept during that intervening month period?

A. Okay. That was at the time kept up in Dover in my warehouse upstairs, in the boxes.

Q. So kept in the same boxes they are currently in?

A. Maybe a different box.

Q. Is that a heated warehouse or --

A. Just ambient temperature.

151

Normal, everyday temperature.

Q. The condition of the hoses now, is it the same as it was immediately after they were taken off the apparatus?

MS. BEAM: Objection to form.

You can answer.

THE WITNESS: Other than the dust, yes.

MR. KAPLAN: I have no further questions right now.

- - -

EXAMINATION

- - -

BY MR. SNELL:

Q. Good afternoon, Mr. Swain. My name is Devon Snell. I represent Colony Insurance in this matter. I just have a couple quick questions for you. You may have answered these already. If you have, I apologize.

You stated that Truck Tech also assembles hoses?

A. Yes, sir.

Q. Has Truck Tech ever in the

152

past assembled hoses for Don's Hydraulics, to your knowledge?

A. Yes, sir.

Q. Do you know approximately when the last time Truck Tech assembled hoses for Don's?

A. We actually assembled one -- I can't recall the date, sir.

Q. Do you recall the size of hoses assembled?

A. There may be some 2-inch ones that we had brought in from GSM for them. Some 3 inches, maybe.

Q. Do you know whether there were any problems with those hoses?

A. To my knowledge, no.

Q. Is it Truck Tech's regular procedure to test hoses that it assembles?

A. No, sir. Other than testing -- I do test for crimp specs per the Gates company on ODs of the actual -- make sure it's crimped properly. I do test that.

Q. How do you go about conducting one of those tests?

153

A. I crimp the fitting on the hose and then I got a pair of calibers that measures the OD of the crimp, and you look in the book for the certain section and it tells you if you're within minus or plus ten.

Q. And you do that in every case in which you crimp a hose?

A. Not every case, sir, no.

Q. How do you determine which cases you conduct the test?

A. If we have a problem with the machine and it possibly goes down for a while, you want to test hoses for a week or two just to make sure everything goes back to where it needs to be. And then, periodically, I would do a testing.

Q. And I believe -- correct me if I'm wrong. I believe you testified that the reason you did not -- or Truck Tech did not assemble these hoses for Don's for this particular case is due to the size of the hose. Am I correct?

A. The availability, that I could

EXHIBIT

tabbies

B-39

not find the female JIC swivel.
Q. And what is your understanding that you could not find the size of the --
A. It's an odd size to have around.
Q. And when you state it's odd, do you mean it's a larger size than what is normally used?
A. Normally it's a standard 1, 2, 3, or 4 inch. When it gets into quarters and halves and stuff like that, is kind of odd.
Q. Now, have you interacted or conducted business with Tipco in the past?
A. Yes.
Q. Have you purchased hoses and assembled hoses from Tipco in the past?
A. I can't recall if I did that when I was at Power Trans or not.
Q. Now, you've mentioned a couple of times, and it appears in your diary, I believe, adapters. Can you explain to me what an adapter is?
A. Yes. When you have an

application -- let's say a pipe that gets threaded on the end and you want to hook a certain style fitting to that, so you have an actual -- let's say this is a 3-inch male pipe coming out and you want to hook a male JIC on the other end. Well, you can't do that right there so you need an adapter to put in between both which would screw onto the male pipe. So you would get a 3-inch female pipe adapter to a female, let's say, JIC swivel, which would then, in turn, connect to the item you wanted to connect it to. So it's a means of connecting pipe to a pipe or hose to a pipe or pipes -- or hose to hose.
Q. And it's not a piece -- correct me if I'm wrong. It is not a piece that goes between the hose and the fitting; is that correct?
A. It can do, between a hose and a fitting. Well, it goes between a fitting and a fitting.
Q. Okay.
A. The fitting is hooked to the

hose, but it goes between fitting and fitting. Yes.
Q. And a fitting is assembled to the hose either through banding or crimping or swaging?
A. Yes, sir.
Q. Since this incident, has Truck Tech conducted any business with Don's Hydraulics?
A. Oh, yes, sir.
Q. And can you explain what type of business?
A. Don's is one of our -- go ahead? Don's is one of our top distributors in the field, meaning he sells Gates hose and fittings through and for our company. He's a subdistributor, basically, you would say, of TTI.
Q. Subdistributor?
A. We supply him with hose and fittings and he has an Omni crimper like we have.
Q. Have you supplied any hose and fittings for projects which he has

constructed or --
A. Yes, sir.
Q. Do you recall what size of hoses and fittings?
A. 2 1/2 inch, all kinds of -- he stocks fittings, so it could be anything during the normal order day because he has...
Q. Now, I'm speaking of the time frame from approximately September of '03 to the present.
A. Oh, any other projects? It can be various sizes, sir.
Q. Okay. Are you familiar with how much revenue you have received from Don's in these projects since September of '03 to the present?
A. No, sir.
Q. Look at Cathell-2, if you will. That is your invoice -- Truck Tech's invoice to Don's dated August 29th, 2003. Is this the only invoice, to your knowledge, that was issued to Don's, this project?
A. I need to see that. Without

EXHIBIT
tabbies
B-40

158

looking at it -- I believe there's a few different ones. That was just one of the invoices supplied.

Q. Do you recall --

A. That was Cathell-2, right?

Q. Yes. Cathell-2. Do you recall how many invoices there were?

A. I'm thinking there was probably a total of three.

Q. To the best of your recollection, do you recall what the other two invoices were for?

A. Possibly for the adapters he had ordered and also more of the hoses, possibly.

Q. I'm sorry?

A. More of the hoses.

Q. More hoses. Has Don paid this invoice?

A. No, sir.

Q. He has not?

A. He has not.

Q. How about the other two invoices which you believe are for the

159

adapters and other invoices. Has he paid those invoices?

A. To my knowledge, I don't know about that.

Q. But for Cathell-2, Don has not paid this invoice?

A. To my knowledge, no.

Q. Are you aware if any action has been taken to force Don's to pay this invoice?

A. To my knowledge, no, sir.

Q. I believe it was your testimony earlier, and it's written down in your diary on the last page, it states that one of the hoses had a split ferrule and in parentheses it says: Looks like overcrimped.

Was that your conclusion or was that Don's conclusion that it was overcrimped which caused the --

A. He had that initial conclusion and then as soon as I saw it I said, "That looks like an overcrimp."

So, basically, both stated

160

that.

Q. The work that Truck Tech has done for Don's since September of '03, has that activity been invoiced to Don's?

A. Yes, sir.

Q. Has Don's paid those invoices?

A. Yes, sir.

MR. SNELL: That's all the questions I have. Thank you.

MS. BEAM: I have some follow-up.

MR. KAPLAN: I have a couple follow-up also.

\- - -

EXAMINATION

\- - -

BY MS. BEAM:

Q. Sean, just to clear up the record, does TTI assemble hydraulic hose greater than 2-inch diameter with crimped ends?

A. No.

Q. And why is that?

A. Because our machine only goes

161

to 2 inch.

Q. And is that why you had to go outside of TTI to try and quote Don's project?

A. Yes.

MR. KAPLAN: Objection to the form.

BY MS. BEAM:

Q. Now, did you or anyone else from TTI alter or modify the hoses that were supplied by Tipco before delivering the hoses to Don's?

A. No.

Q. Did you ever have occasion to relay specifically to Don Cathell any recommendations regarding crimping versus banding that had been given to you by Tipco?

A. I talked to Don one time about it.

Q. Can you tell us, first of all, when did that conversation take place?

A. After the first initial ten were delivered, we had talked about that again and he was like: I really don't like

EXHIBIT

B-41

the banding because of the leakage that I had in the past.

Q. And in your experience in this industry, is it an industry standard for a hose distributor such as TTI in this case to take a hose back to your shop to test them for defects before delivering them?

A. Say that to me again, please?

Q. Is it a normal standard for a hose distributor such as TTI to routinely take hose orders back to their shop and test them for defects before delivering them to the client?

A. No.

Q. On Exhibit No. 5 -- do you have that here?

MR. TIGHE: Off the record.

- - -

(Discussion held off the record.)

- - -

BY MS. BEAM:

Q. I'm going to have you look at the document that's been marked in Tim Bombick's deposition as Bombick-1. When Mr.

Tighe was asking you if you agreed with all the facts stated in there, one of the things that you pointed out was that Tim Bombick mentioned a tank truck hose assembly.

A. Yes. It says it right there.

Q. I'm just wondering what, if any, significance that has in relation to this matter?

A. That would be a -- probably a totally different application in itself. It's on a tank truck and this is a power unit.

Q. Okay. And do you have a specific recollection of conveying to Tim Bombick or someone else at Tipco what the application was for Don's order at the beginning of the process?

A. Yes, ma'am. Two or three times.

MS. BEAM: I think that's all I have, but I think there's more questions.

- - -

RE-EXAMINATION

- - -

BY MR. TIGHE:

Q. Is there a limit to how many times you can crimp and recrimp a hose before a problem develops?

A. There is, I'm sure. Yes.

Q. What would the problem be?

A. Overcrimping of a hose. Overcrimping of the ferrule on the hose.

Q. These hoses are made of rubber?

A. They're made of rubber and they have a metal wire helix through them that kind of goes, like, around (indicating).

Q. Could crimping and recrimping at some point damage the hose or make it less able to hold a seal?

A. To my knowledge, if they crimped it too much and it could cut the inner tube, that's a possibility.

Q. Okay. Going to your diary, I think it's the -- it's the next-to-last page, I wanted to make sure I understand

something. A few lines down it says: I saw this firsthand. They were not using the hose to tighten down on -- something.

A. On fittings.

Q. On fittings. They were using the fitting heads --

A. Heads.

Q. -- properly to tighten.

What does that mean?

A. That's the time where I went back and Don had -- the hoses were spinning on the stem. I went back and they showed me. And Tipco has asked me -- I think I talked to Steve King, asked me if they were properly tightening the hoses down right. He said: Were they using the pipe wrench on the hose and then tightening the fitting down? And I told him no. They were properly using it on the heads of the male pipe behind the threads, on the metal and on the nut of the female JIC swivel. They were not using the hose. That's what that section means, sir.

Q. Okay. Did Truck Tech pay

EXHIBIT

tabbies

B-42

Tipco for these hoses and fittings?
A. Yes, sir.
Q. It seems to me you did a lot of running around here.
A. Yes, sir.
Q. And a lot of it was to take back these fittings because they were turning and a ferrule was cracked on one and -- you did a lot of running around. Did Tipco compensate you in any way for all that?
A. No, sir.
MR. TIGHE: That's all the questions I have. Thank you.
MR. KAPLAN: Just a few questions, sir.

- - -

RE- EXAMINATION

- - -

BY MR. KAPLAN:
Q. First, what was the margin that you charged, the margin between what you paid Tipco versus what you charged Don's Hydraulics for these hoses?

A. I can't remember off the top of my head, sir.
Q. Can you give me a range or a percentage?
A. Maybe 25 to 40, maybe, percent. Maybe. I can't really remember.
Q. You testified earlier that you did not recall the amount of revenue that TTI had received from Don's since the time of this incident. Can you tell us, though, the percentage of that revenue in relation to orders placed through you? In other words, does Don's represent -- you told us it's a major producer. How major is it of your clients, sir?
A. I don't know any percentages and how much, because it's -- everything he buys varies in price, sir. There's nothing structured. There's no set one amount to charge him.
Q. Can you give us a range of the revenue which Don's has accounted for to TTI or to you since that time?
A. No, sir.

Q. Are you on a commission basis?
A. No, sir.
Q. Are you strict salary?
A. Yes, sir.
Q. How many times have you been to Don's property since the fall of 2003?
A. Since it all happened?
Q. Yes, sir.
A. Ten to fifteen times, maybe.
Q. Is that a lot of times?
A. For me, yeah.
Q. Is there any client you've have to -- have you been to any client's property more than that, sir?
A. That's probably about the same per -- if not less.
Q. But you would consider Don's to be a major client?
A. Yes, sir.
Q. And the last area, sir, comes back to swaging and crimping and banding. When you spoke to Delmar initially, did you simply tell him there were three possibilities of how to address the hose or

did you tell him that the hose should be banded and not crimped?
A. I didn't tell him that. I told him, you can -- he came with a suggestion of being crimped. I went back with banding. We have a swager, but the items couldn't be found. And the option was banding or crimping and he said: I want banding only.
Q. When you say he came with the suggestion of being crimped --
MR. TIGHE: Did you misstate what you just said? I think you said, "I want banding only." Did you mean crimping only?
THE WITNESS: Oh, yeah. Crimping only. He wanted crimping only.
BY MR. KAPLAN:
Q. You stated also in the same answer that he came -- you said he came with a suggestion of being crimped.
MR. KAPLAN: Well, can you read back his whole answer?

EXHIBIT
B-43

- - -

(The requested notes of testimony were read by the court reporter.)

- - -

THE WITNESS: Okay. He wanted crimped only.

BY MR. KAPLAN:

Q. Did you tell him it was a suggestion or did you tell him it was highly recommended that the hose be banded or swaged and not crimped?

A. I believe I told him it was recommended by the vendor that we're getting the hose from that you might want to band these, but they can do the crimping.

Q. Might want to band them or they should have them banded?

A. It was an option to them. They could do either/or.

Q. When you spoke to Don subsequent to that occasion, did you tell him the manufacturer was again strongly advising that the hose should be banded or swaged and not crimped?

A. When I --

MR. TIGHE: Objection to the form of the question.

THE WITNESS: When I talked to Don, it had already happened that they got crimped and we were just talking about why he didn't go with banding.

BY MR. KAPLAN:

Q. What do you recall him saying to you on that occasion?

A. That he had trouble in the past with the bands leaking.

Q. Was he adamant?

A. Yeah. He said: I want to stick with banding -- I want to stick with crimping.

Q. Other than those two conversations, did you make any other attempt to convey to a representative of Don's Hydraulics that the appropriate way to use those hoses should have been banded or swaged as opposed to crimping?

MR. TIGHE: Objection to the

form of the question.

MS. BEAM: Objection to the form.

THE WITNESS: Say it to me again, sir?

MR. KAPLAN: Why don't you read it back?

- - -

(The requested notes of testimony were read by the court reporter.)

- - -

THE WITNESS: No. That was an option they had to do, either/or. It wasn't the solid one to do it. It was --

BY MR. KAPLAN:

Q. Who is "they"?

A. Tim and -- him representing Tipco as "they," crimping was fine to use.

Q. Is it your recollection that Tim Bombick said crimping was fine to use?

A. Well, yes, sir, it was.

Q. Do you have anything written to that effect, sir?

A. Actually, I do, if -- it's on my notes where he misprinted the quote of banding and I had to call him back and get him to fix his mistake on the printing of banding where he made a mistake and had to change that.

Q. As your client was insisting that these be crimped, correct?

A. Yes. Because he misquoted me. And I called him back to verify we were on the proper level of the quote where it needed to be crimped, and he said: I will make that change.

Q. Do you recall you were told why this recommendation that the hoses be banded and swaged as opposed to being crimped?

MR. TIGHE: Objection to the form of the question.

THE WITNESS: Some people have better luck with bands, some have luck with crimps.

BY MR. KAPLAN:

Q. Do you recall what you were

EXHIBIT
tabbies
B-44

174

told, though?

A. Basically, that. You can use either/or.

MR. KAPLAN: Okay.

MR. TIGHE: We're finished.

MS. BEAM: We will waive.

\- - -

(Witness excused.)

\- - -

(Deposition concluded at 1:33 p.m.)

175

CERTIFICATE

I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

Shenna M. Basye-Cara
Delaware Certified Shorthand Reporter
Certification No. 167-PS
Dated: August 17, 2005

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

176

LAWYER'S NOTES

PAGE LINE

EXHIBIT

B-45