# Exhibit "D"

1

1      IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF DELAWARE

3                -    -    -

4   DON'S HYDRAULICS, INC.,  :  C.A. NO.

                             :

5              Plaintiff,    :   04-1275 (KAJ)

                             :

6        v.                  :

                             :

7   COLONY INSURANCE         :

    COMPANY, TRUCK TECH      :

8   INDUSTRIES, INC., and    :

    TIPCO TECHNOLOGIES,

9   INC.,

10              Defendants.

11                -    -    -

12              June 20, 2005

13                -    -    -

14              Oral deposition of TIMOTHY
    BOMBICK, held in the offices of Tighe,

15   Cottrell & Logan, Suite 500, 704 North King
    Street, Wilmington, Delaware 19801,

16   beginning at 11:03 a.m., on the above date,
    before Shenna M. Basye-Cara, a Professional

17   Reporter and a Notary Public in the State of
    Delaware.

18

19

20                -    -    -

21        ESQUIRE DEPOSITION SERVICES

         Suite 760, One Commerce Center

22          12th & Orange Streets

        Wilmington, Delaware 19801

23           (302) 426-9857

24

EXHIBIT

D-10



**2**

1  APPEARANCES:
2
3  TIGHE, COTTRELL & LOGAN,
   P.A.
4  BY: ABIGAIL E. RODGERS, ESQUIRE
   Suite 500, First Federal Plaza
5  P.O. Box 1031
   Wilmington, Delaware 19899
6  (302) 658-6400
   Representing the Plaintiff
7
8  ZARWIN, BAUM, DEVITO, KAPLAN,
   SCHAER, TODDY, P.C.
9  BY: DEVON F. SNELL, ESQUIRE
   Suite 1200
10 1515 Market Street
   Philadelphia, Pennsylvania 19102
11 (215) 569-2800
   Representing Defendant Colony
12 Insurance Company
13
   REGER & RIZZO, LLP
14 BY: CYNTHIA BEAM, ESQUIRE
   Suite 202
15 1001 Jefferson Plaza
   Wilmington, Delaware 19801
16 (302) 652-3611
   Representing Defendant Truck Tech
17 Industries, Inc.
18
   GOLDFEIN & HOSMER
19 BY: GARY H. KAPLAN, ESQUIRE
   Suite 1110
20 222 Delaware Avenue
   Wilmington, Delaware 19801
21 (302) 656-3301
   Representing Defendant Tipco
22 Technologies, Inc.
23        - - -
24

**3**

1        - - -
2        INDEX
3        - - -
4  EXAMINATION OF: Timothy Bombick
5  BY MS. RODGERS.....................4
6  BY MS. BEAM.....................31
7
8
9
10       - - -
11   E X H I B I T S
12
13
   NO.    DESCRIPTION      PAGE
14
   Bombick-1  4/12/04 Statement of T.
15   Bombick              27
16 Bombick-2  January 2004 Gates
   Industrial Hose Catalog, Page 112  82
17
   Bombick-3  Tipco Invoice to TTI,
18   Order Date 8/6/03      82
19 Bombick-4  Tipco Invoice to TTI,
   Order Date 8/19/03      82
20
   Bombick-5  Tipco Invoice to TTI,
21   Order Date 8/19/03      82
22 Bombick-6  8/21/03 Letter to Tipco
   From S. Swain          86
23
24

**4**

1          - - -
2        TIMOTHY BOMBICK, after having
3  been duly sworn, was examined and
4  testified as follows:
5          - - -
6        EXAMINATION
7          - - -
8  BY MS. RODGERS:
9      Q.   Good morning, sir.  My name is
10 Abby Rodgers and I represent Don's
11 Hydraulics in this case.
12       I'm sure your attorney told
13 you, but there's a couple ground rules.
14 First of all, everything has to be verbal,
15 so you can't say "uh-huh" or do a nod of the
16 head.  You have to say "yes" or "no" so that
17 she can take it down.
18     A.   I understand.
19     Q.   If I ask you something and you
20 don't understand the question, just ask me
21 to rephrase it and I'll try again.
22 Otherwise, we'll assume that you understood
23 the question.
24     A.   Okay.

**5**

1      Q.   If you need a break, just let
2  me know.  I doubt that that's going to be a
3  necessary option because I'm not going to
4  take too long, but if you do, let us know
5  and we'll do that as well.
6      A.   Okay.
7      Q.   The one that's probably the
8  hardest thing, is that often you're going to
9  know the answer to my question before I even
10 finish it.  We have to make sure that I let
11 you get out your whole answer and you let me
12 get out my entire question so that she can
13 get them down and it makes sense on the
14 record.
15     A.   Understood.
16     Q.   Okay.  Can you state your name
17 for the record?
18     A.   Yes.  It's Tim Bombick.
19     Q.   What's your address?
20     A.   My address -- my home address?
21     Q.   Yes.
22     A.   217 East Main Street,
23 Emmitsburg, Maryland.
24     Q.   Have you had your deposition

**EXHIBIT**

**D-11**

2 (Pages 2 to 5)

**6**

1  taken before?
2      A.    Yes. Not on this case, I
3  haven't.
4      Q.    In what sort of a situation?
5      A.    It was a lawsuit against the
6  company.
7      Q.    And what were the facts or
8  allegations in that lawsuit?
9      A.    Somebody was injured. They
10  were alleging that the hose had something to
11  do with it. There was a lawsuit that
12  alleged the hose failure -- a hose failure
13  caused injury.
14      Q.    How long ago was that lawsuit
15  filed?
16      A.    A long time ago. Seven years,
17  probably, eight years.
18      Q.    And you had your deposition
19  taken in that case?
20      A.    Yes, ma'am.
21      Q.    Did it go to trial?
22      A.    I don't believe it did.
23      Q.    Okay. Where are you currently
24  employed?

**7**

1      A.    Tipco Technologies.
2      Q.    What is your current job
3  title?
4      A.    Customer fulfillment team
5  leader.
6      Q.    What does that mean that you
7  do?
8      A.    Inside sales, customer
9  service, some purchasing, assisting the
10  outside sales.
11      Q.    Is that the same position you
12  held in -- I guess we're talking about 2003?
13      A.    I assume so. I don't know if
14  it's the same title or not. I'm doing the
15  same thing, though.
16      Q.    How long have you worked at
17  Tipco?
18      A.    Twelve years.
19      Q.    Can you tell me a little bit
20  about the corporate structure of Tipco: How
21  big is it, how many employees there are?
22      A.    I would say there's probably
23  40 employees throughout four branch -- well,
24  four locations. It's a family owned

**8**

1  business. The president, Rob -- Rob Lyons,
2  I'm sure you're familiar with, and his
3  sister, Terri David, is the vice-president.
4  There's branch managers that, you know, sort
5  of head up the various locations.
6      Q.    Which location do you work out
7  of?
8      A.    I work out of Owings Mills,
9  which is the headquarters.
10      Q.    Who do you report to?
11      A.    Rob.
12      Q.    And are there people below you
13  on the chain?
14      A.    I have one coworker in the
15  customer fulfillment team currently.
16  Doesn't exactly report to me. He really
17  reports to Rob.
18      Q.    What's that person's name?
19      A.    John Blair.
20      Q.    Was that the situation at the
21  time that we're here in 2003?
22      A.    It would be the same
23  situation. I'm not sure if John was with
24  the company then. He started in the last

**9**

1  couple of years. I'm not sure whether he
2  was there at the time or not.
3      Q.    Okay. Did you review any
4  documents in preparation for your deposition
5  today?
6      A.    Yes. I read Don's deposition,
7  a copy of Don's deposition. I read the
8  thing that I had written, my synopsis that I
9  had written. I read some timeline that was
10  written by somebody, probably Sean Swain.
11      Q.    So you're familiar with the
12  hoses that we're here talking about today?
13      A.    Yes.
14      Q.    What I want to know is how it
15  all got started, so can you take me through
16  when you first got the initial contact for
17  the hoses that we're talking about in this
18  case.
19      A.    Yes. Sean contacted me, I
20  guess it was August of '03 or '02, and he
21  had said that he had a customer that needed
22  some 2 1/2 inch oil suction discharge hoses
23  with male pipe thread on --
24          THE COURT REPORTER: I really

**EXHIBIT**

**D-12**

3 (Pages 6 to 9)

10

1    need you to speak up, please.
2        A.    I'm sorry. Sean had contacted
3    me -- Tipco and ended up with me, looking
4    for an oil suction and discharge hose, 2 1/2
5    inch male pipe thread on one end and female
6    JIC on the other with crimped -- ends
7    crimped on them. I had said that's not
8    traditionally the way that type of assembly
9    is coupled. It's usually banded or swaged.
10   But he said his customer is insisting upon
11   crimping, so we quoted him with crimped
12   ends. We ended up quoting just price per
13   foot on the hose and price per end attached
14   because it was uncertain of what lengths
15   they would need, and then that was the end
16   of it for months. I figured nothing would
17   become of it and then he contacted us again
18   several months later, saying that it looks
19   like it was going to be a go. You know,
20   just affirming that the prices were still
21   good, that sort of thing, which I believe
22   they were. I don't think we requoted.
23        And then it ended up getting
24   the purchase order, at which point in time

11

1    we had to get one of the female JIC fittings
2    and one of the pipe thread fittings sent to
3    him so they could use it to measure the
4    exact length that they would need. They
5    came up with them and we made the hoses and
6    sent them, and apparently there were
7    complaints that -- there was a complaint
8    that the fitting was turning inside of the
9    hose. It would be the male pipe thread
10   end -- you really wouldn't be able to do
11   that other one -- which is a bit unusual.
12   So, obviously, they sent them back.
13        Q.    Let me just stop you, because
14   I want to ask you some questions about the
15   beginning stuff and then we'll get to that.
16        Had you worked with Sean Swain
17   or anyone at TTI before this time?
18        A.    I had not. I was not familiar
19   with them. Some of my coworkers knew of
20   them, but I was not familiar with them at
21   all.
22        Q.    When you did manufacture --
23   when you put together the hoses, did you --
24   did Tipco actually put them together or did

12

1    they outsource that project to another --
2        MR. KAPLAN: Well, "put
3    together" meaning with what?
4        MS. RODGERS: With the two
5    ends and the hose itself.
6        THE WITNESS: Yes. Tipco
7    assembled the hoses.
8    BY MS. RODGERS:
9        Q.    And you're not going to be
10   surprised; I don't really know what this
11   hose concoction is.
12        A.    Sure.
13        Q.    Can you tell me in layman's
14   terms what the pieces of it are?
15        A.    Absolutely. The hose itself
16   is a rubber tube with a wire helix running
17   through it and textile braid reinforcement.
18   The one end, the male pipe thread end,
19   consists of effectively a hose shank,
20   serrated hose shank with pipe threads on the
21   other end of it, inserted and crimped. The
22   other end is a female JIC, which is usually
23   a hydraulic connection. This is more of an
24   industrial application in this part of the

13

1    system. You know, the hydraulic would be
2    the higher pressure stuff that's not an
3    issue here. That's a 37-degree seat with a
4    swivel nut and internal threads or female
5    threads.
6        Q.    What does the 37-degree seat
7    mean?
8        A.    That means that, on the male,
9    you have your -- your threaded part. It's
10   like a pipe thread. But then at the top of
11   it they're -- it makes a nose. You know, a
12   cone shape. And that's where the sealing
13   actually occurs on the connection. Unlike a
14   pipe thread, where the sealing occurs
15   actually on the threads.
16        Q.    You said at that time that the
17   crimping was not the traditional application
18   used in this hose fitting.
19        A.    In the -- for a method of
20   attachment. That's correct.
21        Q.    Banding is one of the
22   traditional methods?
23        A.    Banding, yes, is the most
24   popular one.

**EXHIBIT**

D-13

4 (Pages 10 to 13)

14

1  Q.  And what does that entail?
2  A.  That is -- there's a couple
3  different types of bands, but they
4  effectively operate the same, where you have
5  a couple of layers of metal strip that are,
6  you know, wrapped around the hose and then
7  tightened to make -- make a seal. There's a
8  variety of different ways. Some companies
9  you can get them in long, you know, strips
10  and then use a buckle to attach them.
11  Usually that's what they call a preformed
12  clamp, where you have -- it's already built
13  with the tail sticking out and you use a
14  machine of some sort to tighten it.
15  Q.  Are there disadvantages to
16  using banding in an application such as the
17  one we're talking about here for a hydraulic
18  pump?
19  A.  I really can't think of any.
20  Q.  What about swaging? Is it
21  swaging?
22  A.  Swaging.
23  Q.  Can you describe that for me?
24  A.  Sure. The process of swaging,

15

1  unlike crimping -- they both are, you know,
2  a tube of metal compressed onto the outside
3  of the hose. In swaging it's -- it's a
4  little hard to describe. You -- basically,
5  you have a die size that you want the
6  thing to end up at and the metal is -- the
7  hose is pushed through that, rather than
8  crimping, where you have fingers coming and
9  compressing it that way. It's actually
10  forced through. It's almost like -- imagine
11  a tube of toothpaste, you know, going --
12  getting pushed through that hole. What
13  you're doing is you're pushing the -- the
14  metal through that hole to compress it onto
15  the end of...
16  Q.  Are there any disadvantages to
17  using swaging in an application such as this
18  one?
19  A.  Application-wise, no. Not a
20  whole lot of people have swaging equipment.
21  It's expensive. It's just not used as often
22  as maybe it was in the past.
23  Q.  So when you first spoke with
24  Sean Swain you mentioned that more

16

1  traditional applications were -- or the more
2  traditional fittings, more traditional --
3  A.  Method of attachment.
4  Q.  -- method of attachment are
5  banding and swaging, and he mentioned that
6  the client wanted crimping. Was it your
7  understanding or belief at that time that
8  you would be able to create hoses that met
9  the client's requirements with crimping?
10  A.  Yes.
11  Q.  So it is possible to create
12  crimped end hoses for hydraulic pumps that
13  do not --
14  A.  Yes.
15  Q.  -- leak?
16  Okay. So then you got the
17  order. Did you deliver the order to Sean
18  Swain? Mail it? Did you see him?
19  A.  I was never personally
20  involved in the assembly process or the
21  delivery or anything like that. Tipco -- if
22  you're asking Tipco, I believe we delivered
23  it to them.
24  MR. KAPLAN: Answer just the

17

1  question that's posed.
2  THE WITNESS: All right. I
3  did not deliver it. Tipco, I
4  believe, delivered it.
5  BY MS. RODGERS:
6  Q.  Is there someone specific who
7  was actually responsible for assembling
8  these hoses or is there an assembly line?
9  What's the procedure for putting together
10  the hoses?
11  A.  We have several employees in
12  the warehouse and -- something like that.
13  There are many employees that could have
14  assembled it, the crimp. You know, on a
15  crimp machine.
16  Q.  Would there be any way of
17  finding out who those employees were?
18  A.  I'm sure there would be.
19  Q.  Who would have that
20  information?
21  A.  The warehouse manager probably
22  would and there's probably something in the
23  records that -- usually the tickets are
24  signed off on by who did the work.

**EXHIBIT**

D-14

5 (Pages 14 to 17)

18

1  Q.  Who's the warehouse manager
2  now?
3  A.  Warehouse manager is Ken
4  Wilson.
5  Q.  Was he the warehouse manager
6  in 2003?
7  A.  Yes.
8  Q.  So the hoses were delivered to
9  TTI and I believe you testified that at some
10  point thereafter you learned that there was
11  a problem. Can you tell me about the
12  substance of that conversation and who it
13  was with?
14  A.  The conversation was -- I
15  don't believe I had -- I took -- I don't
16  believe I took the call, the original --
17  when there was a problem with the spinning.
18  They reported spinning of the fittings in
19  the hose. So it would have probably -- if
20  it was not me, though, it probably would
21  have been Steve King, but I'm not certain --
22  I'm not certain it was not me.
23  Q.  Who is Steve King?
24  A.  Steve King is one of our

19

1  outside sales representatives that handles
2  the territory where TTI is located.
3  Q.  Is he still at Tipco?
4  A.  Yes.
5  Q.  And what would cause the
6  spinning?
7  A.  If -- there's a couple of
8  different things. They could have been
9  undercrimped, in which case it wasn't
10  crimped tight enough to hold the fitting in
11  place. Or if -- you know, if you took two
12  separate, you know, wrenches or something
13  like that and tried to move them, you could
14  probably move them. And when we got -- it's
15  my understanding that when the hoses came
16  back, there were wrench marks not only on
17  the fitting, which would be where you would
18  use to attach it, but also on the crimp
19  ferrule itself. And I can't figure out for
20  the life of me why anybody would want to be
21  using a wrench on the crimp ferrule.
22  Q.  When the hoses came back the
23  first time did you personally examine them?
24  A.  I did not.

20

1  Q.  Who did, if you know?
2  A.  I don't know for sure.
3  Q.  Do you know if at that time
4  there was any sort of testing done on the
5  hoses?
6  A.  At that time?
7  Q.  Yes.
8  A.  I'm uncertain. I know that we
9  tested them.
10  Q.  At some point?
11  A.  It's my understanding that we
12  tested them. I don't know at which point in
13  time that was.
14  Q.  Okay. Do you have some
15  understanding of what changes or alterations
16  were made to the hoses after they were back
17  in the possession of Tipco before they were
18  sent back out again to TTI?
19  A.  Only what I'm told. I'm told
20  that they were crimped and tighter. They
21  weren't reassembled. They were just set at
22  a smaller diameter and crimped tighter.
23  Q.  At that point the hoses were
24  sent out again to TTI?

21

1  A.  Yes.
2  Q.  And did you at some point
3  learn that there were more problems with the
4  hoses?
5  A.  There was something else. I'm
6  sorry. I'm a little nervous.
7  Q.  That's all right.
8  A.  I have to remember what the
9  next step was, because there was something
10  else. I know there was some -- in rereading
11  through the notes...
12  MR. KAPLAN: Don't speculate.
13  If you know, that's fine.
14  THE WITNESS: At this moment I
15  don't recall. I'm sure it will come
16  to me.
17  BY MS. RODGERS:
18  Q.  Okay. Did you -- after the
19  hoses came back the first time did you again
20  have -- what was your next interaction with
21  TTI or anyone involving those hoses, your
22  next memory?
23  A.  After they came back the first
24  time. I knew that we needed -- something

EXHIBIT

D-15

6 (Pages 18 to 21)

**22**

1  needed to be done with the hoses, if there
2  was a problem -- if there was, in fact, a
3  problem with them. I don't specifically
4  recall the next conversation.
5      Q.    Were you aware prior to the
6  assembly and manufacture of the hoses that
7  these hoses were to be used in a hydraulic
8  pump?
9      A.    I knew they were -- I knew
10  they were involved in oil suction. I didn't
11  know the specifics of how it was being used.
12      Q.    Did you know or understand
13  that it was of critical importance that
14  these hoses did not suck air?
15      A.    Yes.
16      Q.    Okay. Were you personally
17  involved in any of the testing of these
18  hoses?
19      A.    No, I was not.
20      Q.    Who would have done that?
21      A.    It would have been supervised
22  by Ken. In all likelihood, one of our
23  warehouse employees, Ed Ball, would be the
24  most likely one to do the testing. He

**23**

1  usually does.
2      Q.    Ed Ball?
3      A.    Yes.
4      Q.    Is he still there?
5      A.    Yes.
6      Q.    What is the -- what kind of
7  testing is generally done?
8      A.    We do hydrostatic testing,
9  which is with -- you know, using water. So
10  the hoses are -- one end is capped off or
11  plugged and then it's filled with water, the
12  other end, and then pressurized and then,
13  you know, checked for leaks.
14      Q.    And is it the normal course of
15  business that prior to hoses being sent out
16  to the customer, that the hoses are tested?
17      A.    In this type of situation,
18  yes, because there were no preset guidelines
19  for putting a crimp ferrule on that
20  particular hose in that type of situation.
21  There are some instances where there's no
22  need to test. There's factory guidelines
23  that say, "use this fitting with this hose,
24  you crimp to this setting, it's fine" -- you

**24**

1  stand behind it. In which case, there's
2  really no need to test those. But usually
3  -- doing a -- doing something new, you know,
4  we would certainly -- we would test it, make
5  sure that, you know, it's being right (sic).
6  We don't have a finished OD to work with.
7  It's never been done before by us and
8  there's nothing in writing anywhere saying,
9  "this is what you need to do."
10      Q.    Okay. And when that testing
11  is performed, are there written results?
12      A.    There are usually written
13  results. As a matter of policy, yes.
14      Q.    Have you ever seen those
15  results for this case?
16      A.    No.
17      Q.    Who would have those?
18      A.    They're usually kept in the
19  file with -- of the additional paperwork,
20  the invoice, packing slip, and that sort of
21  thing.
22      Q.    That leads me to another
23  question. Are there client files?
24      A.    Yes.

**25**

1      Q.    And how are they organized?
2      A.    Alphabetically.
3      Q.    By specific project or TTI --
4      A.    By customer. You know, all of
5  this customer's stuff will be here and then
6  the next customer's will be there and then
7  roughly chronologically within that.
8      Q.    And what sort of documents are
9  kept in those files?
10      A.    An invoice copy, if one's
11  printed, packing slip, any handwritten stuff
12  that had been done by phone call, or
13  anything that had been, you know, faxed in,
14  a purchase order, any related documents, any
15  quotes from a vendor, that type of thing.
16  Anything relating to the order that's
17  physical.
18      Q.    Okay. And I just want to make
19  sure I understand your testimony, and I'm
20  just talking about the period after the
21  hoses were returned back to TTI the first
22  time and the time when we learned that the
23  unit failed in Georgia. Did you have any
24  other interaction with TTI about these

**EXHIBIT**

**D-16**

7 (Pages 22 to 25)

26

1    hoses?
2        A.    I did not.
3        Q.    Okay.  Who would be the person
4    that I'd want to ask those questions of?
5        A.    I would be a logical one,
6    being the inside person that handled it.  I
7    know that there was a letter that came
8    across -- I've seen that -- saying, you
9    know, it's important that these don't leak
10   and all that, you know.  That had been
11   expressed.  There was -- I know that we got
12   -- Steve King got a phone call about a
13   problem during -- it was the weekend.  We
14   were in class.  It was, you know, kind of an
15   abnormal situation.  But I -- I don't
16   specifically -- between hearing that they
17   failed and -- between the delivery and
18   hearing that they failed, I don't recall.
19       Q.    Okay.  Do you know how many
20   times the hoses came back to Tipco before
21   they were finally installed on the unit?
22       A.    There was the one time, the
23   first batch.  Then we had to redo some
24   because Don had -- apparently had

27

1    mismeasured them.  And it seems to me there
2    was something else that I don't -- I can't
3    think of what it was.
4        Q.    And so would Rob Lyons have
5    knowledge about the -- about this project
6    and these hoses and the return?
7        A.    Yeah.  I'd say -- it's a
8    fairly small office.  You know, he being the
9    president, he does, you know, stay involved
10   in what's going on.  So he -- yeah.
11       Q.    Okay.  Since the failure of
12   the hydraulic unit, are you aware of any
13   testing that has been done by you or someone
14   on Tipco's behalf of the hoses?
15       A.    Of the specific hoses in
16   question?
17       Q.    Yes.
18       A.    I'm not aware of any.
19            MS. RODGERS:  We'll mark this
20   as Bombick-1.
21                -  -  -
22            (Exhibit Bombick-1 was marked
23   for identification.)
24                -  -  -

28

1    BY MS. RODGERS:
2        Q.    I'm going to show you a
3    document that's been marked as Bombick-1, if
4    you want to take a few minutes to look at it
5    and familiarize yourself with it.
6        A.    I am familiar with it.
7        Q.    Can you tell us what it is?
8        A.    It is my after-the-fact
9    synopsis of how the order proceeded.
10       Q.    And as far as you know, is it
11   accurate as to your recollection at the
12   time?
13       A.    It is accurate as to my
14   recollection at the time.  We did not, as it
15   turns out, test the hoses 225, which is
16   1 1/2 working pressure.  We apparently
17   tested them to working pressure, which is
18   150.
19       Q.    And what made you think that
20   you had tested it to 225?
21       A.    Well, I had thought that we
22   would test them to 1 1/2 times working
23   pressure.
24       Q.    Is that what's standard?

29

1        A.    There are a couple of
2    different standards.  There's 1 1/2, there's
3    1, and then there's 2, and I guess I
4    arbitrarily picked the 1 1/2.
5        Q.    Okay.  And what made you
6    decide to prepare this summary?
7        A.    I was asked to by Rob because
8    we were being sued.
9        Q.    A couple lines down it says:
10   "I had mentioned that this type of hose
11   assembly was usually banded with Bandit
12   Ultra-Lok clamps or swaged," but as we
13   discussed before, crimping is an
14   appropriate --
15       A.    It can be done.
16       Q.    -- application for this type
17   of hose?
18       A.    That's correct.
19       Q.    And I think you've already
20   said this, but you don't know when the
21   testing of these hoses was performed?
22       A.    No, I don't.
23       Q.    Would it be your understanding
24   that it would have been prior to the

**EXHIBIT**

D-17

(Pages 26 to 29)

30

1  shipment to TTI in the first instance?
2      A.    I -- if I had to speculate,
3  yes.
4      Q.    Okay. But you don't know for
5  sure whether --
6      A.    I don't know for sure.
7      Q.    And it is your understanding
8  that when testing like this is performed,
9  there are written results that are kept?
10     A.    That is the usual course of
11 action. Yeah.
12     Q.    What did you do before you
13 worked at Tipco?
14     A.    I worked in a school
15 cafeteria.
16     Q.    How did you come to know about
17 hoses or have some understanding of how they
18 worked? Do you have a special training or
19 something in your educational background?
20     A.    Nothing in my pre-Tipco
21 educational background. I had worked my way
22 up through the company. I started driving
23 the truck, worked in the warehouse, doing
24 assembly and managed the warehouse, et

31

1  cetera, and so on up. I've been to several
2  training courses since at Tipco on a variety
3  of aspects of -- from the sales side of it
4  to the applications side.
5          MS. RODGERS: I think that's
6      all I have.
7          - - -
8          EXAMINATION
9          - - -
10 BY MS. BEAM:
11     Q.    Mr. Bombick, my name is
12 Cynthia Beam and I represent TTI in this
13 litigation. I have some questions for you,
14 sir.
15     A.    Okay.
16     Q.    How long have you been a
17 customer service representative with Tipco?
18     A.    In my specific position at our
19 location, I think it's been six or
20 seven years.
21     Q.    And were you employed with
22 Tipco prior to seven years ago?
23     A.    Yes.
24     Q.    And in what capacity?

32

1      A.    I worked at each of our -- we
2  just opened a new branch, but the other two
3  branches, I spent time at each of them, sort
4  of running the inside there, which involved
5  the same thing, customer service. A lot
6  more counter -- waiting on the counter and
7  buying. So it's a similar capacity, but
8  different -- smaller parameters, I guess.
9  Three or four people working in a branch.
10     Q.    And how long did you hold that
11 position?
12     A.    Between the two branches, I
13 did that for about three years or so.
14     Q.    Prior to that did you have any
15 experience with selling or manufacturing of
16 industrial hoses?
17     A.    Prior to my working at Tipco,
18 no.
19     Q.    So you've been employed with
20 Tipco for about 10 years now?
21     A.    Twelve.
22     Q.    Twelve years. Okay. Can you
23 explain for me if there's any significance
24 to the fact of the order being for an

33

1  industrial hose versus a hydraulic hose?
2      A.    I'm a little unclear on the
3  question.
4      Q.    First of all, is there a
5  difference between industrial hose and
6  hydraulic hose?
7      A.    There are differences.
8      Q.    Explain to me what the
9  differences are.
10     A.    Generally, hydraulic hoses are
11 thought of as higher pressure. You get into
12 your one and two wire hoses, four wire, six
13 wire. Those are high pressure applications.
14 In the hydraulic line are lower pressure
15 suction and return lines, which are
16 constructed much like industrial hoses and
17 they're often used -- an oil suction
18 discharge hose and a hydraulic suction hose
19 are constructed the same.
20     Q.    Run that by me one more time,
21 slowly.
22     A.    I'm sorry. An oil suction and
23 discharge hose, for example, is constructed
24 the same as a hydraulic suction hose. It's

**EXHIBIT**

D-18

9 (Pages 30 to 33)

34

1  made of the same materials, constructed the
2  same way:  Textile braid, wire helix,
3  nitrile tube and cover.
4      Q.  So an oil suction hose is
5  constructed the same as a hydraulic suction
6  hose.  Is that correct?
7      A.  That's correct.
8      Q.  And when you take a customer's
9  order, is it important for you to know what
10  the application is going to be for the hose
11  so that you can advise them properly?
12      A.  Yes.
13      Q.  Okay.  And what was your
14  understanding of what the application was
15  going to be when TTI placed this particular
16  order that we're talking about?
17      A.  That it was going to be used
18  in a -- sucking hydraulic oil.
19      Q.  So then, from that definition
20  that you just gave, it was going to be
21  sucking hydraulic oil.  Did that lead you to
22  believe that the application was going to be
23  on a hydraulic application?
24      A.  It certainly entered my mind.

35

1      Q.  What else would enter your
2  mind with that definition you just gave us?
3      A.  With that short length, it
4  probably would be on some sort of a
5  hydraulic pump.  Longer lengths could be
6  used to actually be sucking up waste oil or
7  something like that.  It's likely going to be
8  be on a hydraulic pump.
9      Q.  So from your experience over
10  the last 12 years, from the description that
11  you were given by TTI of what the
12  application was going to be, it was your
13  understanding that it was going to be an
14  application for a suction hose on a
15  hydraulic pump?
16      A.  That's correct.
17          MR. KAPLAN:  Objection to the
18  form.
19          You can answer the question.
20          THE WITNESS:  Yes.  That's
21  correct.
22  BY MS. BEAM:
23      Q.  Specifically, I think you had
24  said that when Sean contacted you in August

36

1  of 2003 -- that being Sean Swain of TTI,
2  correct?
3      A.  Uh-huh.
4      Q.  He had told you that he needed
5  2 1/2 inch oil suction discharge hoses with
6  a male pipe fitting on one end and a female
7  JIC on the other end.  Correct?
8      A.  Correct.
9      Q.  And also, he had mentioned
10  that the customer wanted the ends crimped.
11  Correct?
12      A.  Correct.
13      Q.  All right.  Then once you have
14  that information, then as the manufacturer
15  of the hoses, who makes the decision of what
16  manufacturer's hose to use in the first
17  instance?
18      A.  Well, we don't -- we don't
19  stock a terribly wide variety of any
20  specific type of hose.  A 2 1/2 inch oil
21  suction hose, we're going to have one, maybe
22  two types, or brands, on the shelf.
23      Q.  What are they?
24      A.  In this case, Gates.

37

1      Q.  What's the other brands you
2  might have?
3      A.  That particular one, we might
4  have had a Boston hose.
5      Q.  So because of the size and the
6  application of this particular hose order,
7  Gates would have been the manufacturer of
8  the hose that you would choose, correct?
9      A.  Yes.  That's correct.
10      Q.  And in fact, that's what
11  happened in this instance, correct?
12      A.  That is correct.
13      Q.  And then once you decide --
14  "you" being either you or Tipco in
15  general -- that Gates is going to be the
16  manufacturer of the hoses used, then how do
17  you decide which Gates hose is going to be
18  used?
19      A.  The hoses are designed for
20  specific applications.  Longhorn is designed
21  for suction and discharge of oil.
22      Q.  And a Longhorn Gates hose is
23  what was actually used in this case,
24  correct?

**EXHIBIT**

D-19

10 (Pages 34 to 37)

38

1    A.    Yes.
2    Q.    And what was provided by
3  Tipco, correct?
4    A.    To the best of my knowledge.
5    Q.    That has been information
6  provided in answers to discovery requests by
7  counsel for Tipco. Do you have any reason
8  to believe that Longhorn Gates hoses were
9  not used to fill this particular order?
10   A.    I would have no reason to
11 think that.
12   Q.    All right. You said Longhorn
13 Gates hose is designed for suction of oil.
14 Is that --
15   A.    Yeah. Suction and discharge
16 of oil, petroleum products.
17   Q.    Now, it's true, isn't it, that
18 Gates manufactures both industrial and
19 hydraulic hoses, correct?
20   A.    That's correct.
21   Q.    So then in this particular
22 case, who would have decided which
23 particular Longhorn Gates hose to use to
24 fill this order?

39

1    A.    There is only one Longhorn
2  Gates hose.
3    Q.    And what is that? How do you
4  designate or identify which Longhorn Gates
5  hose would be used in this particular case?
6    A.    By size.
7    Q.    The hose that was used to fill
8  this order, is it designated an industrial
9  hose or is it designated a hydraulic hose?
10   A.    It appears in our industrial
11 catalog.
12   Q.    Is that pretty much the
13 process you would use, is you would go to
14 the catalog and flip it open and see what
15 has a 2 1/2 diameter hose, what section of
16 the catalog?
17   A.    I would likely go to the
18 section of the application before I would
19 narrow it down to the size.
20   Q.    Tell me what you mean by that.
21 I know you know what you mean, but I have no
22 clue.
23   A.    I'm sorry. If the person was
24 sucking water or, you know, blowing sand or

40

1  sucking oil or discharging food, that would
2  get you to the family of hoses for the type
3  of hose first. I wouldn't go looking for
4  what they carry in a 2 1/2 inch size; I
5  would look for what they carry in an oil
6  suction hose. And then, from there, if they
7  had a couple of options there, what is
8  offered in that size.
9    Q.    So you go to the industrial
10 catalog for the Gates hoses, you get the
11 Longhorn 2 1/2 inch hose out of the
12 catalog -- correct?
13   A.    Well, I -- in this particular
14 case I wouldn't need to go to the catalog,
15 based on my experience. But, you know, if I
16 did not know what would be good for oil
17 suction and discharge, then I would go to
18 the catalog.
19   Q.    So then when Sean Swain of TTI
20 placed this order, you knew from your
21 experience, without having to look anything
22 up, that this particular hose that you were
23 going to use would be the industrial
24 Longhorn Gates 2 1/2 inch diameter

41

1  industrial hose?
2    A.    Actually --
3          MR. KAPLAN: Objection to the
4    form.
5          You can answer.
6          THE WITNESS: That's what --
7    we stock just for the purpose of
8    sucking oil. I mean, I'm familiar
9    with the products that we carry.
10 BY MS. BEAM:
11   Q.    Okay. And then you have the
12 hose that you're going to use. Then who
13 makes the determination what fittings are
14 going to be used on the end of this hose?
15   A.    Ultimately, the customer says
16 that, "we want this." Where we get the
17 particular fitting, is that what you're
18 asking? Who determines where we procure the
19 fitting or what fitting is used?
20   Q.    First of all, who determines
21 what fitting is used?
22   A.    Ultimately, the customer.
23   Q.    So in this instance it was
24 relayed to you that the customer wanted a

**EXHIBIT**

D-20

11 (Pages 38 to 41)

42

1  certain type of fitting used?
2      A.   They wanted, yes, a male pipe
3  thread and a female JIC.
4      Q.   Was there anything out of the
5  ordinary about these types of fittings that
6  the customer requested on this order?
7      A.   2 1/2 inch female JIC is not
8  very popular.  JIC is generally used in
9  higher pressure applications, not in suction
10 applications, and 2 1/2 is kind of big for
11 that.  But nothing struck me as bizarre
12 about it.  Just somewhat unusual.
13     Q.   Have you filled this type of
14 order request before?
15     A.   I don't think I had ever sold
16 anything with a 2 1/2 inch female JIC.  It
17 took me some time to find the fittings.
18     Q.   Is there anything unusual
19 about the male-type thread ending?
20     A.   No.
21     Q.   So the unusual part of the
22 customer's order was the 2 1/2 female JIC
23 fitting?
24     A.   Yes.

43

1      Q.   So once the customer has
2  determined what type of fitting that they
3  want, that being the male pipe thread and
4  the female 2 1/2 inch JIC, then who makes
5  the determination as to from whom or what
6  companies those fittings are procured?
7      A.   Are we speaking specific to
8  this order or as a general rule?
9      Q.   Let's talk about specific to
10 this order.
11     A.   The 2 1/2 inch fitting, the
12 male threads, are something that we stocked,
13 so that determination had already been made
14 where we would purchase such a fitting.  And
15 the female JICs were purchased from where we
16 could find them.
17     Q.   All right.  What male pipe
18 thread fitting did you stock?
19     A.   Campbell is the manufacturer.
20 It's their -- HAS-10 is their part number.
21     Q.   And that would be referenced
22 in Exhibit No. 1 document, correct?
23     A.   Correct.
24     Q.   So that you had in stock.  You

44

1  just went to the shelf and picked it out,
2  right?
3      A.   We probably didn't have enough
4  to do the whole order, but that is a stock
5  item.  Yes.
6      Q.   And the name Campbell, is that
7  the manufacturer?
8      A.   That's the manufacturer.
9  Correct.
10     Q.   If you had to order more of
11 these Campbell male-type thread endings,
12 where is Campbell located?
13     A.   In Boyertown, Pennsylvania.
14     Q.   And now the female 2 1/2 inch
15 JIC fittings, where did you end up
16 purchasing them from?
17     A.   I purchased them from Max
18 Coupling, although I don't think they made
19 them.
20     Q.   Where is Max Coupling located?
21     A.   Texas.  I believe Houston.
22     Q.   So you don't believe they
23 manufactured them?
24     A.   Yeah.  I think --

45

1      Q.   Why do you think that?
2      A.   I think they had a machine
3  shop do it.  I don't have any particular
4  reason.  I just -- the impression talking to
5  them, that they were getting them made from
6  somebody.
7      Q.   So you think --
8      A.   I think a local machine shop
9  down there made them, but it doesn't really
10 matter, I suppose.
11     Q.   So a female 2 1/2 inch JIC
12 fitting is not something you can just flip
13 open a catalog to routinely and find?
14     A.   Hydraulic catalogs will --
15 often will have them in a reuseable fitting
16 for the type of hose, which is a 100R5,
17 which is a -- generally an air brake hose
18 used in air brake applications and some oil
19 applications, some lower pressure oil
20 pressure applications.  But that type of
21 fitting would not fit on this hose.  A 100R5
22 what they call a reduced bore -- probably a
23 lot more information than you need.  They
24 call it a reduced bore fitting, so a,

**EXHIBIT**

tabbies

D-21

12 (Pages 42 to 45)

46

1  quote/unquote, 2 1/2 inch hose is actually
2  2 3/8. It comes from the original tube,
3  hydraulic tubing --
4         COURT REPORTER: I'm sorry. I
5      cannot understand what you are
6      saying. You're going a little fast
7      and you need to keep your voice up.
8         MR. KAPLAN: You need to keep
9      your voice up and answer only the
10     question that is asked.
11        THE WITNESS: Okay. You can
12     find the end itself, the female JIC
13     part. But the type with the other
14     end sliding into a hose is not as
15     common, meaning just a regular hose
16     insert rather then a reusable style
17     fitting which has a collar.
18  BY MS. BEAM:
19     Q.    So if I'm understanding you --
20  and correct me if I'm wrong -- this
21  particular female 2 1/2 inch JIC fitting had
22  to be a special order because it wasn't
23  something you could routinely find.
24     A.    It was certainly a special

47

1  order for Tipco.
2     Q.    Now, have you had any
3  experience where Max Coupling and Campbell
4  ends could be fit onto Longhorn Gates
5  industrial hoses?
6     A.    It's the only time I've ever
7  bought that type of fitting, so that's my
8  only experience with the female JIC part.
9  But we put Campbell's fittings on Gates
10  Longhorn with some regularity.
11     Q.    Now, when the fittings were
12  crimped onto the ends of the hoses, how do
13  you determine or how does the machine shop
14  determine how to crimp the ends?
15     A.    How to crimp them?
16     Q.    To what OD.
17     A.    To what OD. It's -- this
18  being the first type of application, then
19  again, we would recommend actually using
20  some other form of attachment then crimping.
21  But we would have to be -- we would take the
22  OD of the hose, the thickness of the
23  ferrule, and make a calculation based on
24  that. I'm not involved in the actual

48

1  crimping of the hoses. To how they make
2  that specific calculation, I'm not involved
3  in.
4     Q.    Okay. Just generally, though,
5  tell me again how they do it. They're going
6  to take the thickness of what?
7     A.    They have the thickness of the
8  ferrule, they have the OD of the hose, so
9  you know, you know, what needs to be covered
10  and it's going to be somewhere around that.
11  Probably a little less than the 2.
12     Q.    During your 12 years with
13  Tipco, have you ever been trained on how to
14  crimp hose ends?
15     A.    I've crimped hose ends. Yes.
16     Q.    And is there a certain
17  calculation that you're taught, to take the
18  thickness of a ferrule and the OD of a hose
19  to figure out what you're going to input
20  into the crimping machine?
21     A.    Most of my crimping --
22  probably all of the crimping that I did was
23  done to predetermined factory
24  specifications.

49

1     Q.    Who would have performed these
2  calculations that you were talking about
3  before to determine what to crimp the hoses
4  to, what the OD number was going to be?
5     A.    Probably Ken Wilson.
6     Q.    Were these hoses manufactured
7  or fabricated at the Owings Mills facility?
8     A.    Yes.
9     Q.    Who besides Ken Wilson in the
10  shop does hose crimping or did hose crimping
11  at the time this order was placed?
12     A.    There's variety of people that
13  do hose crimping. Ed Ball, Uri --
14     Q.    Who?
15     A.    Uri.
16     Q.    Uri?
17     A.    I'm not going to even pretend
18  to pronounce his last name. Pretty much
19  everybody in the shop can do crimping.
20     Q.    How many people are in the
21  shop?
22     A.    Six. Something like that.
23     Q.    Who else is in the shop?
24     A.    I'm not going to -- I don't

**EXHIBIT**

D-22

13 (Pages 46 to 49)

50

1　know who is there, you know, three years ago
2　or two years ago. There's Patrick out
3　there. I don't know if he was around at the
4　time. I don't think Chris does any crimping
5　yet. He's fairly new. And John. I don't
6　know if Nick was out there at the time. I
7　don't -- I'm not in the personnel
8　department, you know. I'm not certain who
9　was working where, you know, back then.
10　　Q.　How many people are employed
11　by Tipco at the Owings Mills facility?
12　　A.　Probably 20. I'm guessing.
13　Roughly.
14　　Q.　And is Rob Lyons situated at
15　Owings Mills also?
16　　A.　Yes.
17　　Q.　But your best guesstimate
18　would be that Ken Wilson would be the person
19　that would make these kind of calculations
20　on a special order like this?
21　　A.　He oversees the production in
22　the warehouse. He would certainly be
23　involved in a process like this.
24　　Q.　He is still employed by Tipco?

51

1　　A.　Yes.
2　　Q.　In your 12 years in customer
3　service and taking orders for Tipco, can you
4　give me an idea of how often --
5　　　　MR. KAPLAN: Cindy, objection.
6　　That's the second time you've stated
7　　that. I don't think it's been
8　　12 years in those two positions.
9　　　　THE WITNESS: It's not.
10　　　　MR. KAPLAN: So it's a
11　　mischaracterization of the
12　　testimony.
13　　　　THE WITNESS: Probably been in
14　　customer service for nine years.
15　BY MS. BEAM:
16　　Q.　Okay.
17　　A.　Or eight. Eight or nine.
18　　Q.　Okay. In the eight or
19　nine years that you've been in customer
20　service with Tipco, can you tell me how many
21　times you have taken an order where it
22　involved crimping of hose ends that did not
23　involve predetermined factory specifications
24　on the OD?

52

1　　A.　I talk to a lot of people.
2　I'm sure we've done it fairly regularly.
3　I -- you want a number?
4　　Q.　If you can give me one, sure.
5　　A.　It would be winging it, but
6　maybe -- I don't know. I have no idea.
7　　　　MR. KAPLAN: Do not speculate.
8　　　　THE WITNESS: I -- I would be
9　　making up a number if I gave it to
10　　you.
11　BY MS. BEAM:
12　　Q.　Is it more than 50 percent of
13　the orders that you take?
14　　A.　No.
15　　Q.　Is it 20 percent of the orders
16　that you take?
17　　A.　No.
18　　Q.　30?
19　　A.　No. I would say maybe --
20　again, you're -- I don't have the --
21　　　A.　No. I'm not holding you to a
22　fast number. I'm trying to get an estimate
23　of how usual it is.
24　　A.　It would be in the single

53

1　digits.
2　　Q.　In the single digits?
3　　A.　Percentage-wise, certainly.
4　　Q.　I take it then, Tipco is a
5　Gates distributor, correct?
6　　A.　A Gates industrial
7　distributor. We're not a hydraulic Gates
8　distributor.
9　　Q.　So if someone called you with
10　an order that would require a hydraulic
11　Gates hose to be used, Tipco could not place
12　that order?
13　　A.　We could not purchase -- we
14　can technically purchase Gates hydraulic
15　hose direct, but we don't have a competitive
16　price on it so it's not what we sell, not
17　what we stock. If somebody was insistent to
18　buy a Gates hydraulic hose from me, I could
19　get it. I don't know why anybody would.
20　　Q.　So if you need hydraulic hose
21　to fulfill an order, where do you go to get
22　your hydraulic hose?
23　　A.　Air Equip.
24　　Q.　And was that true in 2003?

**EXHIBIT**

D-23

14 (Pages 50 to 53)

**54**

1    A.    Yes.
2    Q.    Does Air Equip manufacture or
3  supply a 2 1/2 inch hydraulic hose?
4    A.    Probably.
5    Q.    You don't know off the top of
6  your head?
7    A.    I don't know off the top of my
8  head.
9    Q.    And I may have asked you this
10  before and if I did, I apologize, but had
11  you ever been asked to place a -- or fulfill
12  an order before for a 2 1/2 inch hydraulic
13  suction application?
14    A.    I don't know.
15    Q.    I mean, is that a typical kind
16  of order?
17    A.    It's not very common.  It's
18  kind of large for a hydraulic suction.
19    Q.    Mr. Bombick, I have in front
20  of me a January 2004 Gates Industrial Hose
21  Catalog and I'm just going to ask you a
22  couple questions about this.
23        First of all, does this look
24  like the type of catalog that you would have

**55**

1  available?
2    A.    I'm familiar with it.
3        MR. KAPLAN:  I would object on
4  the basis of, January 2004 is not in
5  the time period of the question here
6  and therefore --
7        MS. BEAM:  Would you like to
8  hear my question first?
9        MR. KAPLAN:  No.  I'll just
10  state a general objection.  You've
11  got other catalogs here with you
12  also.  I don't know if any go back
13  to 2003.  If they do, it just makes
14  it easier.
15        You can proceed, just under
16  objection.
17  BY MS. BEAM:
18    Q.    So if you had -- and I'm
19  assuming that you would have a current
20  catalog like this available to you.  For
21  example, in 2003 you would have had the
22  applicable 2003 catalog, correct?
23    A.    Correct.
24    Q.    So, generally, if you didn't

**56**

1  know what types of couplings that would be
2  compatible, according to Gates manufacture,
3  with a specific hose, you could look that
4  kind of information up in their catalog.  Is
5  that correct?
6    A.    That's correct.
7    Q.    Now, did you undertake to look
8  up that kind of information when you were
9  placing -- or filling this order in 2003?
10    A.    I don't recall.
11    Q.    Is that something that you
12  would ordinarily do when you're filling an
13  order?
14    A.    Not necessarily.  I'm familiar
15  with what sort of fittings go on the types
16  of hoses that we stock.  If I do have a
17  question, I do know where the resources are
18  to obtain the information.
19    Q.    So as a general rule of thumb,
20  what types of fittings ordinarily go on a
21  2 1/2 inch Gates industrial suction hose?
22    A.    A hose barb fitting of some
23  sort.  Or a cam and groove fitting.  That
24  also would be a hose barb fitting.

**57**

1    Q.    You said a cam and --
2    A.    Cam and groove.
3    Q.    Cam and groove.  Anything
4  else?
5    A.    A variety of types of fittings
6  could go on it.  They're all generally hose
7  barb fittings or internally expanded
8  fittings, which -- again, hose barb or
9  internally expanded where the end
10  configuration is -- could be anything the
11  customer wants.
12    Q.    And the end configuration
13  could be anything?
14    A.    Well, within reason.
15    Q.    What's an end configuration?
16    A.    A nail pipe thread, female
17  JIC, cam and groove, flange.  A variety
18  of -- a method of connection, I guess, would
19  be the best way of...
20    Q.    So, for example, in this
21  catalog that is dated January 2004, if we
22  were trying to place an order now we'd look
23  under -- is "couplings" the order of the
24  heading that you would look under down here?

**EXHIBIT**

D-24

15 (Pages 54 to 57)

58

1    A.    Couplings. Yes.
2    Q.    And that refers you -- this
3 particular catalog refers you to three
4 different types that you find, back later in
5 the catalog. Correct?
6    A.    That's correct.
7    Q.    Now, just so that I can
8 understand the process here, the first one
9 that is referred to in this particular
10 catalog would be No. 7. Now, is that type
11 of fitting either of these ones that you
12 just listed for us that are the usual types
13 of fittings for a 2 1/2 inch hydraulic
14 suction hose?
15    A.    Yes. The male end and --
16    Q.    You're going to have to do
17 that slower, for all of us.
18    A.    I'm sorry. The male NPT end
19 is what they call a combination nipple.
20    Q.    And is this the type of
21 fitting that was put on this particular
22 order --
23    A.    Yes.
24    Q.    -- for Don's Hydraulics?

59

1    A.    Uh-huh. Yes, it was.
2    Q.    And which one of the fittings
3 was this combination nipple fitting? Was
4 it --
5    A.    They really both are. The
6 particular picture there shows the male NPT,
7 but structure-wise, the combination -- the
8 male JIC end is effectively a combination
9 nipple with a different end termination on
10 it.
11    Q.    So then if I understand what
12 you're saying, is that you take this to mean
13 that any manufacturer of a combination
14 nipple fitting would fit the 2 1/2 inch
15 Gates Longhorn suction hose?
16    A.    Correct.
17    Q.    And the Campbell end, the Max
18 Coupling would both, this combination nipple
19 fitting?
20    A.    Yeah. A combination nipple
21 usually refers to having male NPT on it, but
22 it could have -- for example, I could show
23 you also a Victaulic end, you could have a
24 female JIC, it could be just a straight tube

60

1 end, but that would be, you know, just to --
2 to weld. There's a variety of other things.
3 Usually refers to male NPT. That's by far
4 the most common.
5    Q.    Now, underneath No. 7 it says
6 "sources" and then it has different names.
7 Can you tell me what those different names
8 represent, in general?
9    A.    Yeah. They're different
10 manufacturers; for example, in this case,
11 combination nipples.
12    Q.    Now, under this particular
13 source book -- and acknowledging that this
14 is not the 2003 catalog, but let's assume
15 for a moment that these same manufacturers
16 are under here and Campbell and Max Coupling
17 are not named under the sources. What, if
18 any, significance in your mind is that?
19    A.    None.
20    Q.    And why?
21    A.    Those are simply suggested
22 sources. They're not the -- I don't think
23 they're making any claims that they're the
24 only places that make this type of product.

61

1    Q.    Would this suggest to you as
2 you're reading it today -- not even talking
3 about this order for a moment. Just,
4 hypothetically, you're placing an order for
5 this 2 1/2 inch Gates Longhorn suction hose.
6 Reading these different sources, is it your
7 understanding you can buy this coupled
8 combination nipple fitting somewhere else
9 and it still would be compatible with that
10 hose?
11    A.    Absolutely.
12    Q.    So in your mind, this does
13 not -- this is not an exclusive list of
14 where you can get fittings that are -- of
15 this type that are going to be compatible
16 with the Gates Longhorn hose.
17    A.    Correct.
18    Q.    And how do you come by that
19 understanding?
20    A.    Years of experience. You look
21 at other books that say "combination nipple"
22 on the -- they're calling them combination
23 nipples. I don't know if intuitive is the
24 right word, but I would say that I know

D-25

16 (Pages 58 to 61)

62

1  those are not the only people that make that
2  type of product. If you make a list of
3  refrigerators and they're only listing GE
4  and Whirlpool, I would know that there is
5  other types of refrigerators out there.
6     Q.   So, in general, for example,
7  these Gates Longhorn hoses, are there only
8  certain manufacturers' fittings that are
9  going to be compatible with that particular
10  hose?
11     A.   Is there a finite list of
12  manufacturers that would be compatible?
13  Yes. There certainly would be a finite
14  list. Certain people would not make
15  fittings for industrial hose. But somebody
16  making fittings for industrial hose, they
17  would be compatible with Gates Longhorn.
18     Q.   Now, when we're talking about
19  fittings in general -- I'm going broader on
20  you now -- are there certain components that
21  make up a fitting? Is that correct?
22     A.   Yes.
23     Q.   And what are the components
24  that make up the fittings?

63

1     A.   There's a variety of different
2  types of fittings.
3     Q.   Let's talk about the ones in
4  this particular case, this order.
5     A.   In the -- terms of the male
6  NPT end, it's a one-piece fitting. It's
7  a -- consists of a hose barb and an end
8  termination. A serrated hose barb and an
9  end termination or connection or whatever
10  you want to call it. The other end. The
11  end that's not in the hose.
12     Q.   When Mr. Cathall was being
13  deposed he was describing these ends as
14  being composed of a ferrule and a stem --
15     A.   Uh-huh.
16     Q.   -- and that those are two
17  components of this fitting. Okay?
18     A.   In the hydraulic world, that
19  is the case. Industrial hose is slightly
20  different. His experience would be your
21  hydraulic fittings, the typical --
22     MR. KAPLAN: Answer the
23  questions that are asked to you.
24     THE WITNESS: Okay. Sorry.

64

1  Can you repeat the question or was
2  there a question? I was just
3  interrupting you, blathering.
4  BY MS. BEAM:
5     Q.   No. Actually, you were going
6  right where I was expecting you to go. In
7  the hydraulic world, an understanding would
8  be that there is a collar and a ferrule on a
9  fitting. Is that correct?
10     A.   Right.
11     Q.   Okay. Explain to me what your
12  understanding of a ferrule and a collar is
13  then.
14     A.   In hydraulic -- you know,
15  higher pressure hydraulic crimp fittings,
16  there are two types of systems, the
17  one-piece and the two-piece fittings. One
18  has a separate fitting end ferrule or
19  collar, whatever you want to call it. The
20  other has -- they began as a two-piece
21  fitting, but the end is sort of precrimped
22  onto the fitting so it becomes a one-piece
23  fitting. Different people have different,
24  you know, likes or dislikes. The one pieces

65

1  are easier to use because it's less
2  components to put together. It's already
3  put together for you. Industrial, you
4  generally have your fitting and then you
5  have a hundred different ways to attach
6  them -- not a hundred, but you have
7  different types of clamps, you know,
8  ferrules, and that sort of thing. So a
9  "fitting" in industrial lingo is generally
10  just the part that goes in the hose. It's
11  not what's going on outside of the hose.
12     Q.   So the part that goes in the
13  hose would be what -- in hydraulic lingo, is
14  being called what?
15     A.   The part of the fitting. Part
16  of the hydraulic fitting.
17     Q.   The collar? The stem?
18     A.   Not the stem. Yeah. An
19  industrial fitting is like a hydraulic stem.
20  It's just really terminology.
21     Q.   Industrial fitting is a
22  hydraulic stem. All right. So then a
23  hydraulic ferrule would be equal to what, in
24  industrial lingo?

D-26

66

1    A.    It would be either a ferrule
2  or a clamp or -- ferrule and clamp, or
3  strap.  Whatever method is attaching that
4  fitting to the hose.
5    Q.    So then, when you are buying
6  the fitting from Campbell, this HAS-10, is
7  that a one-piece fitting?
8    A.    I think we're splitting hairs
9  on terminology here.  The fitting itself is
10  only one thing.  You know, does not have two
11  separate parts put together.  That is just
12  one piece.  But it's not the same as what
13  people call a one-piece hydraulic fitting.
14  It's a different -- different animal.  We
15  have two sets of terms that we're sharing
16  words, but aren't referring to exactly the
17  same thing, if you know what I mean.
18    Q.    I have no idea what you mean.
19  So far we've been talking about ferrules or
20  collars and stems and Mr. Cathall has been
21  talking about how the stems were turning.
22    A.    Right.
23    Q.    So I guess I need you to try
24  and differentiate for us so that we know

67

1  what we're talking about.  Can you draw for
2  me?
3    A.    No, I can.  Not terribly well.
4  I guess I'm a little unclear of your
5  question.  Is a combination nipple a
6  one-piece fitting?  Yes, it is one thing.
7    Q.    Can you draw it for me and
8  then --
9    A.    There's a picture of it in the
10  Gates book.  Maybe I can show it to you.
11  It's better than my drawing could ever be.
12        That right there is a
13  combination nipple.  There's no moving
14  parts.  It's just...
15    Q.    So this is a one-piece
16  fitting, correct?
17    A.    Uh-huh.
18    Q.    So if Mr. Cathall in his
19  hydraulic world is referring to a stem, is
20  he -- can you -- is it possible for you to
21  show me what he might be talking about on
22  this fitting?
23        MR. KAPLAN:  I'm going to
24    object to the actual wording of the

68

1    question itself:  Might you be able
2    to tell me what Mr. Cathall was
3    talking about.
4        MS. BEAM:  Let me rephrase it.
5    I'll withdraw it.
6  BY MS. BEAM:
7    Q.    Would this part represent the
8  stem, in hydraulic --
9    A.    The whole piece -- if this was
10  a hydraulic fitting rather than, you know, a
11  combination nipple --
12    Q.    Yes.
13    A.    That part -- whole part would
14  be what they would call the stem.
15    Q.    Then there would be another
16  piece that goes over top of it which you
17  call a ferrule?
18    A.    Ferrule or collar or -- you
19  know, those words.
20        MR. KAPLAN:  Let the record
21    reflect we're referring to a sketch
22    drawing or -- I don't know what you
23    call it -- that appears on top of
24    the right-hand corner of page 112 of

69

1    this Gates catalog, that we'll have
2    marked as an exhibit.
3  BY MS. BEAM:
4    Q.    Then on Exhibit No. 1 where
5  you referred to Campbell HAS-10 fitting,
6  would that have appeared the same as this
7  picture in the catalog?
8    A.    More or less that's what it
9  is.  It's pipe thread on one end and a hose
10  barb on the other.
11    Q.    When you're saying hose barb,
12  that's the skinnier piece that's to the
13  left?
14    A.    That's the part that slides
15  into the hose.  Correct.
16    Q.    All right.  So then in this
17  particular application for Don's Hydraulics,
18  when the ends -- when the fittings were put
19  in the ends and then the ends were crimped,
20  was there not another piece that goes on the
21  outside of this one-piece fitting?
22    A.    Yes.  There is another piece.
23  That is a ferrule.
24    Q.    So there was still another

70

1  piece put over top of -- on the outside of
2  it?
3      A.    Yes, there was.
4      Q.    And it's that ferrule that
5  gets crimped down.
6      A.    Correct.
7      Q.    Now, was the material also
8  manufactured by Campbell?
9      A.    No. It was manufactured by PT
10  Coupling, I believe, if my memory serves me.
11      Q.    Just as a standard in the
12  industry, does the ferrule that's used need
13  to be compatible with the one-piece fitting
14  that would be used? In this case, the
15  Campbell HAS-10.
16      A.    Compatibility is not really an
17  issue in industrial crimp sleeve or ferrule.
18  It's not as -- I'll use the word
19  "engineered" a process as the hydraulic hose
20  and fittings where you always want to have
21  your manufacturers using the same --
22      COURT REPORTER: I'm sorry.
23  You need to repeat that.
24      THE WITNESS: You want to

71

1  stick the same manufacturer with the
2  hose and the fittings when you're
3  talking hydraulics. You're talking
4  a lot higher pressure, a lot more of
5  an engineered system, I guess, than
6  what you're talking about with this.
7  If you're driving at the, "always
8  use a Campbell ferrule with a
9  Campbell, you know, combination
10  nipple," that's not considered --
11  most manufacturers of combination
12  nipples do not manufacture ferrules.
13  BY MS. BEAM:
14      Q.    Is it a common application to
15  put a ferrule -- crimping ferrule over an
16  industrial hose that has used a combination
17  nipple?
18      A.    It's not uncommon. It's not
19  most common.
20      Q.    Again, would it be in the
21  single digits of -- percentage-wise of the
22  types of orders that you have seen filled at
23  Tipco?
24      A.    Percentage-wise, it's

72

1  10 percent, maybe. Again, I'm speculating.
2      Q.    Right. I can appreciate that.
3  You do agree that if you're filling an order
4  that calls for manufacture or fabrication of
5  a hydraulic suction system using a hydraulic
6  hose, you are going to use the same
7  manufacturer ferrule --
8      A.    No. I'm not saying that.
9      Q.    -- and fitting? No? Isn't
10  that what you just said? You're going to
11  want to use a Campbell ferrule with a
12  Campbell --
13      A.    No. I said that you wouldn't
14  necessarily want to do that. I said most
15  manufacturers of combination nipples don't
16  manufacture ferrules.
17      Q.    But then I think you went on
18  to say, if you're talking about in
19  hydraulic --
20      A.    In hydraulic pressure
21  situations. Yes.
22      Q.    Hydraulic pressure situations.
23  All right. Then you would want to use the
24  same manufacturer ferrule with --

73

1      A.    The fitting and hose.
2      Q.    The fitting and hose.
3      A.    Yes. They pretested all of
4  it.
5      Q.    And just so my terminology is
6  correct, you said in a hydraulic pressure
7  situation? Is that --
8      A.    Right.
9      Q.    -- accurate? Okay.
10      Give me a couple of examples,
11  if you can, of what a hydraulic pressure
12  situation would be.
13      A.    Hydraulic hose under pressure,
14  100R2, 100R12, two wire, four wire-type of
15  -- your traditional hydraulic -- in a
16  hydraulic suction hose, which is -- that's
17  more of a supply, in a sense, rather than
18  the actual hydraulics which are doing the
19  work, which is the high pressure situation.
20  The suction is supplying the oil to the
21  system and then the system with the higher
22  pressure hose is actually doing the
23  hydraulic work, moving something or...
24      Q.    So, for example, the --

74

1   perhaps -- and I may not have this right,
2   but if it's the discharge hoses from the
3   hydraulic unit, would that be considered a
4   hydraulic pressure situation?
5       A.   I'm not an expert on hydraulic
6   systems. The higher pressure part of the
7   system is the critical one.
8           MR. KAPLAN: Actually -- go
9   on.
10  BY MS. BEAM:
11      Q.   How would you know when
12  someone places an order with you if it's a
13  hydraulic pressure situation where you're
14  going to have to use hydraulic hoses?
15          MR. KAPLAN: Let me interrupt
16      at this point to make sure the
17      record is clear. Mr. Bombick is not
18      here as my 30(b)(6) witness. He's
19      here on a factual basis on this
20      particular case. I grant you
21      leeway, but I think we're going far
22      afield now in terms of what was or
23      wasn't done in this particular case.
24      I'll bring it to the attention of

75

1   all counsel that -- it is what it
2   is. We'll be producing a 30(b)(6)
3   witness in the future, as I advised
4   Abby before. So I hope your
5   questions will be kept in the fold
6   of what happened in this particular
7   matter as opposed to seeking
8   opinions regarding the areas outside
9   the expertise of this witness.
10          MS. BEAM: Could you read back
11  my last question, please?
12              -   -   -
13  (The requested notes of testimony were read
14      by the court reporter.)
15              -   -   -
16          THE WITNESS: They would
17      order -- 99 times out of 100 they
18      would say, "I need a hydraulic
19      hose." I would say, "What pressure
20      do you need it?"
21          If somebody says, "I need a
22      hydraulic hose," they're referring
23      to a pressure hose.
24  BY MS. BEAM:

76

1       Q.   At what point, if at all, did
2   you become aware that these hoses were being
3   used in the design or manufacture of a
4   hydraulic power unit?
5       A.   Well, I don't know if he
6   specifically ever said that -- it was ever
7   specifically discussed that this was being
8   used in a hydraulic power unit. The
9   assumption certainly was that, being short
10  oil suction hoses, that it was in a system
11  that was using hydraulics.
12      Q.   And from that, does it follow
13  that it's -- hydraulic hose is needed to
14  fill the order?
15      A.   Hoses suitable for use with
16  hydraulic oil. Yes.
17      Q.   Did I understand you to say
18  that any time that an order is filled at
19  Tipco where you're not using the
20  predetermined factory specifications in the
21  manufacture, that the hoses are tested?
22  Correct?
23      A.   Any time when a predetermined
24  system has not been -- where we have not

77

1   come up with a predetermined testing system,
2   that is something that should be tested,
3   that would be tested.
4       Q.   And in the normal course of
5   events, would the order be tested before
6   being delivered to the customer?
7       A.   Yes.
8       Q.   In this particular situation,
9   whether the hoses were returned one -- I
10  think there's conflicting testimony as to
11  how many times they were returned -- would
12  the hoses have been tested each time the
13  order was refilled?
14      A.   I don't know.
15      Q.   Who would know that?
16      A.   Rob, I guess, would know. We
17  don't typically ship orders several times,
18  you know. Usually they go once and, you
19  know, all said and done. So I don't know.
20  Ordinarily, if we've tested hoses and
21  shipped them, then they're tested. They're
22  done. There would be no need to have them
23  returned and retested.
24      Q.   Is there ever a situation

D-29

78

1    where, rather than pressure testing, that
2    suction testing is done?
3        A.    We do not suction test.
4        Q.    Is there any reason for that?
5        A.    Never have been asked to.
6        Q.    In your experience in the
7    field, if hoses are tested to 150 PSI as, in
8    this case, Tipco says these hoses were
9    tested, put to this type of application --
10    in this case, that you're now aware of, it
11    was on a hydraulic pump -- have you ever
12    seen them fail before?
13        A.    No.
14        Q.    Now, I think when you were
15    being questioned by Ms. Rodgers, you
16    mentioned the hoses that were received back
17    had wrench marks on them.  Is that correct?
18        A.    That's my understanding.  I
19    don't recall if I saw them myself, but that
20    is my understanding.
21        Q.    And how do you come by that
22    understanding?  Who told you that?
23        A.    It would have been Steve King
24    or Rob.  Or I might have seen them myself.

79

1    It's been a long time ago.
2        Q.    Regardless of whether you saw
3    them yourself or were told by someone else,
4    where were the wrench marks at on these
5    pipes?
6        A.    The wrench marks were on this
7    part of the fitting here, which is where
8    they would likely be.  That's where they
9    would be used to attach -- you know, to
10    screw the thing into the port.  But there
11    were also marks on the crimp ferrule as
12    well, which I thought was unusual.  You
13    shouldn't be using that to attach it.  You
14    could potentially -- you know, if you make
15    the crimp off-round, that's not going to
16    hold.
17        Q.    Do you recollect if that was
18    something that was noticed after the first
19    batch of hoses were returned?
20        A.    I think so.
21        Q.    Do you know if that kind of
22    observation was made at any later time when
23    the hoses were returned either that second
24    or third time?

80

1        A.    I don't recall.
2        Q.    And you may have answered this
3    before and I'm sorry if I'm repeating.
4    Would there be documentation somewhere at
5    Tipco that would reflect how many times
6    these hose -- this hose order was returned
7    and replaced?
8        A.    I don't know if there is.  I
9    don't know if there is.  We do usually have
10    a shipping document for what we ship.
11        Q.    And all the documentation in
12    regards to this order would be in the
13    customer file for TTI; is that correct?
14        A.    It probably would have been in
15    a "T" miscellaneous file.  This is, I think,
16    the only order we've ever gotten from them,
17    so they wouldn't have gotten their own file
18    until we had gotten a couple of orders.  So
19    they probably would be in a "T"
20    miscellaneous file.
21        Q.    Sir, I'm going to hand you
22    over some documents that were produced in
23    discovery.  The ones that I pulled out
24    happen to be attached to Truck Tech's

81

1    responses to Tipco's request for production
2    and they look to be some invoices from
3    Tipco.  Let me just get you to take a look
4    at those for a moment, please, starting
5    there and the next two documents.
6        A.    What am I looking for?
7        Q.    First just take a look at
8    them.  I don't want to ask you questions
9    about something without you seeing them.
10        A.    Yes.
11        Q.    I'm going to have these marked
12    after I have copies made.
13        Do these look like regular
14    invoices that are sent from Tipco?
15        A.    Yes.
16        Q.    And do you agree that these
17    represent invoices sent to TTI in August
18    of 2003?
19        MR. KAPLAN:  Why don't you
20    take a look at the dates, just to --
21        THE WITNESS:  Yeah.  Yes.
22    BY MS. BEAM:
23        Q.    On the first one, that's dated
24    -- it has an order date and then it has

82

1  another date, and the order date is 8/19/03
2  and the date is 8/22/03. What do those two
3  dates represent?
4      A.    The order date represents the
5  date that the order was entered into the
6  computer system. The other date refers to
7  the date it was invoiced.
8      MR. KAPLAN: Why don't we have
9  them marked, given that they're sort
10  of similar. If we're going to start
11  turning to the second one and the
12  third one, it's easier to take note
13  of exactly which exhibit it would
14  be. Let's just mark them now.
15  That's all. You got three separate
16  pages of documents here, all of them
17  are invoices --
18      MS. BEAM: Let's go off the
19  record.
20              - - -
21      (A short break was taken.)
22              - - -
23      (Exhibits Bombick-2 through
24  Bombick-5 were marked for

83

1      identification.)
2              - - -
3  BY MS. BEAM:
4      Q.    I'm handing you what's been
5  marked as No. 3, which purports to be an
6  invoice from Tipco to TTI. It has an order
7  date of 8/6/03. Would that be the date the
8  order was placed?
9      A.    It would be at least the date
10  that the order was originally entered. I
11  don't know -- it doesn't necessarily
12  correspond to when the order was placed, but
13  it's usually the same day or the day after.
14      Q.    And this invoice would
15  indicate to you that -- what was the order
16  placed by TTI?
17      A.    The order -- the way we had it
18  listed was components. Ordinarily, we do
19  them as assemblies. Here is, much like on
20  the other -- you'll see on the other one.
21  We did not know the hose length, the
22  specific lengths, you know, of the
23  assemblies when we did it and we needed to
24  get some fittings on order, so I simply

84

1  entered it as, this end attached to a hose,
2  this end attached to the hose, and then I
3  had not originally put the amount of hose on
4  the invoice because we didn't know how much
5  was exactly going to be used until they
6  actually measured the hoses.
7      Q.    Then down at the bottom it has
8  some numbers and then it says "tank truck
9  hose." What does that mean?
10      A.    That's the Gates part number
11  and description.
12      Q.    What does the term "tank truck
13  hose" mean in the industry?
14      A.    It's used interchangeably with
15  oil suction and discharge hose.
16      Q.    And up here under asterisks it
17  says, "see Tim before assembling"?
18      A.    Right. Because they were
19  going to be calling me with the lengths of
20  the hoses.
21      Q.    Okay. I'll hand you now
22  Exhibit-4, which has an order date of
23  8/19/03. Correct?
24      A.    That's correct.

85

1      Q.    And again, this is an invoice
2  from Tipco to TTI, correct?
3      A.    Correct.
4      Q.    And what does this invoice
5  reflect?
6      A.    This reflects finished
7  assemblies that we would have made here, but
8  we had specific lengths, so they could be
9  entered as specific lengths on a ticket as a
10  finished assembly rather than component
11  parts, as we had done on the early invoice.
12      Q.    There is a notation of Pump 2,
13  Pump 4, Pump 6, Pump 8, and Pump 10. What
14  does that refer to?
15      A.    I don't specifically recall.
16  I imagine they had said, you know, can you
17  mark the hoses with these numbers so we know
18  where to put them.
19      Q.    From looking at that, can you
20  tell what the difference is between the
21  different hoses?
22      A.    Yes. The length is the only
23  difference.
24      Q.    Okay. And Exhibit No. 5 again

D-31

86

1  is an invoice from Tipco to TTI and an order
2  date of 8/19/03. Correct?
3      A.   That's correct.
4      Q.   What is that?
5      A.   It's only a bill for the
6  next-day air charges for the extra fittings
7  for the hoses they added.
8          MS. BEAM:  And lastly, if we
9      could have this marked as No. 6,
10     please.
11             -  -  -
12         (Exhibit Bombick-6 was marked
13     for identification.)
14             -  -  -
15  BY MS. BEAM:
16     Q.   This is a letter dated 8/21/03
17  from TTI and looks to go to your attention
18  at Tipco Industries (sic). Have you ever
19  seen that before?
20     A.   I think so.
21     Q.   Would you have received that
22  back in August of 2003?
23     A.   I imagine so. I don't
24  specifically recall it, but it came to my

87

1  attention. I'm sure I saw it.
2      Q.   And in this letter, Sean Swain
3  of TTI is informing you of the specific
4  application. These are going to be suction
5  lines on a new large hydraulic power unit.
6  Is that correct?
7      A.   That's correct.
8      Q.   And did that information lead
9  you to believe that there was any problem in
10  the selection of the type of hose that was
11  provided by Tipco in this order?
12     A.   No.
13     Q.   It's your belief that the type
14  of hose that was used by Tipco to fulfill
15  this order was a -- was the proper hose to
16  use for this specific application?
17     A.   Yes. I believe it was
18  suitable for this application.
19     Q.   In your experience, would you
20  agree that a hose of a rating of 100R4
21  suction hose application would have been the
22  optimal hose to be used in this application?
23     A.   I believe it would work just
24  as well as this hose. I don't believe it

88

1  would work any better.
2      Q.   What was the rating of the
3  hose that was used in the order that was
4  filled by Tipco?
5      A.   It is not an SAE-rated hose.
6      Q.   Is there any significance to
7  the fact that the hose that Tipco used to
8  fill this order was not an SAE-rated hose?
9      A.   I don't know what you mean by
10  "significance."
11     Q.   What is an SAE-rated hose?
12     A.   SAE is the Society of
13  Automotive Engineers and they have set up
14  certain guidelines that certain -- in order
15  to be rated SAE 100R4 it has to have a
16  specific set of circumstances, 100R2 has to
17  have a certain set of pressure ratings, that
18  sort of thing.
19     Q.   You had testified earlier that
20  the manufacturer of the ferrules that were
21  used in the crimping for the Campbell HAS
22  was PT Coupling, correct?
23     A.   Correct.
24     Q.   Were the ferrules that were

89

1  used on the Max fittings also supplied by PT
2  Coupling?
3      A.   Yes.
4      Q.   And just so I understand your
5  prior testimony, did you testify that in
6  this particular application it was not
7  necessary to have a history of compatibility
8  between the PT Coupling and either the Max
9  Coupling or the Campbell fittings?
10         MR. KAPLAN:  Objection to the
11     form. You can answer. That wasn't
12     in the prior testimony, per se.
13         THE WITNESS:  I would say that
14     the PT Coupling ferrule would be
15     compatible with either hose.
16  BY MS. BEAM:
17     Q.   Well, how is it that you come
18  by the knowledge that PT Coupling being
19  compatible with either of those two
20  fittings?
21     A.   We've used PT Coupling
22  ferrules with combination nipples before.
23     Q.   And is it your testimony that
24  in this particular application there's no

D-32

90

1  need to use the same manufacturer ferrules
2  as fittings?
3      A.    Yes.  That is my affirmation.
4      Q.    Do you agree that Tipco
5  Industries had no testing data for the
6  couplings that were used in this particular
7  application prior to the crimping process?
8          MR. KAPLAN:  Objection.  He
9      can answer to the best of his
10     knowledge.  You're asking for a
11     corporate response.  It's not the
12     appropriate witness.
13 BY MS. BEAM:
14     Q.    Do you agree that you had no
15 testing data for the crimping of the
16 couplings used in this particular
17 application when this order was filled?
18     A.    I am a little unclear of the
19 question.  Testing data on the fittings?
20 Testing for what?
21     Q.    Testing data for the
22 appropriate crimping for the couplings.
23     A.    If you're asking, did we have
24 previous test data for crimping those

91

1  particular ferrules on that particular hose
2  with those particular fittings, that is
3  correct.
4      Q.    Steve King is still a Tipco
5  employee?
6      A.    Yes.
7          MS. BEAM:  I believe that's
8  all the questions I have, sir.
9          MR. SNELL:  I have no
10 questions.
11         MS. RODGERS:  I have nothing
12 further.
13         MR. KAPLAN:  I will not waive
14 reading and signing.  That means you
15 will have the opportunity to take a
16 look at the transcript.
17         -  -  -
18     (Witness excused.)
19         -  -  -
20     (Deposition concluded at 12:51
21 p.m.)
22
23
24

92

1
2          CERTIFICATE
3
4
5      I HEREBY CERTIFY that the
   witness was duly sworn by me and that the
6  deposition is a true record of the testimony
   given by the witness.
7
          It was requested before
8  completion of the deposition that the
   witness, TIMOTHY BOMBICK, have the
9  opportunity to read and sign the deposition
   transcript.
10
11
   _____
12
   Shenna M. Basye-Cara
13
   Delaware Certified Shorthand
14 Reporter and Notary Public in the
   State of Delaware
15 DE Certification No. 167-PS
16 Dated:  July 9, 2005
17
18
19     (The foregoing certification
20 of this transcript does not apply to any
21 reproduction of the same by any means,
22 unless under the direct control and/or
23 supervision of the certifying reporter.)
24

93

1          INSTRUCTIONS TO WITNESS
2
3          Please read your deposition
4  over carefully and make any necessary
5  corrections.  You should state the reason in
6  the appropriate space on the errata sheet
7  for any corrections that are made.
8          After doing so, please sign
9  the errata sheet and date it.
10         You are signing same subject
11 to the changes you have noted on the errata
12 sheet, which will be attached to your
13 deposition.
14         It is imperative that you
15 return the original errata sheet to the
16 deposing attorney within thirty (30) days of
17 receipt of the deposition transcript by you.
18 If you fail to do so, the deposition
19 transcript may be deemed to be accurate and
20 may be used in court.
21
22
23
24

D-33

94

```
1           - - - - - -
            E R R A T A
2           - - - - - -
3   PAGE LINE CHANGE
4   _____ _____ _____
5   _____ _____ _____
6   _____ _____ _____
7   _____ _____ _____
8   _____ _____ _____
9   _____ _____ _____
10  _____ _____ _____
11  _____ _____ _____
12  _____ _____ _____
13  _____ _____ _____
14  _____ _____ _____
15  _____ _____ _____
16  _____ _____ _____
17  _____ _____ _____
18  _____ _____ _____
19  _____ _____ _____
20  _____ _____ _____
21  _____ _____ _____
22  _____ _____ _____
23  _____ _____ _____
24  _____ _____ _____
```

96

```
1           LAWYER'S NOTES
2   PAGE LINE
3   _____ _____ _____
4   _____ _____ _____
5   _____ _____ _____
6   _____ _____ _____
7   _____ _____ _____
8   _____ _____ _____
9   _____ _____ _____
10  _____ _____ _____
11  _____ _____ _____
12  _____ _____ _____
13  _____ _____ _____
14  _____ _____ _____
15  _____ _____ _____
16  _____ _____ _____
17  _____ _____ _____
18  _____ _____ _____
19  _____ _____ _____
20  _____ _____ _____
21  _____ _____ _____
22  _____ _____ _____
23  _____ _____ _____
24  _____ _____ _____
```

95

```
1      ACKNOWLEDGMENT OF DEPONENT
2
3       I,_____, do
4   hereby certify that I have read the
5   foregoing pages, 1 - 91, and that the same
6   is a correct transcription of the answers
7   given by me to the questions therein
8   propounded, except for the corrections or
9   changes in form or substance, if any, noted
10  in the attached Errata Sheet.
11
12
13  _____
14  Timothy Bombick          DATE
15
16
17
18  Subscribed and sworn
    to before me this
19  _____ day of _____, 20____.
20  My commission expires:_____
21
    _____
22  Notary Public
23
24
```

D-34