IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Don's Hydraulics, Inc.<br>        Plaintiff | Civil Action No.: 04-1275 KAJ |
| vs. | |
| Colony Insurance Company and<br>Truck Tech Industries, Inc., and<br>Tipco Technologies, Inc.<br>        Defendants | |

**DEFENDANT COLONY INSURANCE COMPANY'S RESPONSE TO DEFENDANT
TRUCK TECH INDUSTRIES, INC. MOTION FOR SUMMARY JUDGMENT**

Defendant, Colony Insurance Company, hereby responds to Co-Defendant, Truck Tech Industries, Inc. Motion for Summary Judgment, and avers that Co-Defendant's Motion is baseless and must be denied. The reasons therefore are more fully set forth in the accompanying Answering Brief.

FIGIOLA & FACCIOLO

/s/ Anthony A. Figliola
Anthony A. Figliola, Jr. (I.D. #957)
1813 Marsh Road, Suite A
Wilmington, DE 19810
(302) 475-0460
Attorney for Defendant Colony Insurance Company

Dated: 10/18/05