IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Don's Hydraulics, Inc.** | : | |
| Plaintiff | : | Civil Action No.:  04-1275 KAJ |
| | : | |
| vs. | : | |
| | : | |
| **Colony Insurance Company and** | : | |
| **Truck Tech Industries, Inc., and** | : | |
| **Tipco Technologies, Inc.** | : | |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Co-Defendant Truck Tech Industries, Inc's. Motion for Summary Judgment and responses thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **DENIED**.

BY THE COURT

_____
The Honorable Kent A. Jordan