IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Don's Hydraulics, Inc.<br>　　　　Plaintiff | :<br>:<br>: Civil Action No.: 04-1275 KAJ |
| vs. | :<br>: |
| Colony Insurance Company and<br>Truck Tech Industries, Inc., and<br>Tipco Technologies, Inc.<br>　　　　Defendants | :<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I, Anthony A. Figiola, do hereby certify that on this 18th day of October, 2005, copies of Defendant, Colony Insurance Company's Response to Co-Defendant Truck Tech Industries, Inc.'s Motion for Summary Judgment was served on the following by first class U.S. Mail, postage pre-paid:

Michael Tighe, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031

Cindy Beam, Esquire
Reger & Rizzo, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

Gary Kaplan, Esquire
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899

FIGIOLA & FACCIOLO
/s/ Anthony A. Figiola
Anthony A. Figiola, Jr. (I.D. # 957)
1813 Marsh Road, Suite A
Wilmington, DE 19810
(302) 475-0460
Attorney for Defendant Colony Insurance Company