IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-1275 (KAJ) |
| ) | |
| v. ) | |
| ) | |
| COLONY INSURANCE COMPANY, ) | |
| TRUCK TECH INDUSTRIES, INC., ) | |
| and TIPCO TECHNOLOGIES, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S DON'S HYDRAULICS JOINDER IN DEFENDANT COLONY INSURANCE COMPANY'S ANSWERING BRIEF IN RESPONSE TO DEFENDANT TIPCO TECHNOLOGIES, INC. AND TRUCK TECH INDUSTRIES, INC. MOTIONS IN LIMINE**

COMES NOW, Plaintiff, Don's Hydraulics, who joins in and incorporates by reference the arguments of Defendant Colony Insurance Company's Opposition to Defendant Truck Tech Industries, Inc. and Tipco Technologies, Inc. Motions In Limine.

WHEREFORE, Plaintiff, Don's Hydraulics, prays that this Honorable Court dismiss Defendant Truck Tech Industries, Inc. And Tipco Technologies, Inc. Motions In Limine.

                                    TIGHE, COTTRELL & LOGAN, P.A.

                                    /s/ Michael K. Tighe
                                    Michael K. Tighe (DE ID 29)
                                    First Federal Plaza
                                    704 N. King Street, Ste. 500
                                    P.O. Box 1031
                                    Wilmington, DE 19899 - 1031
                                    302-658-6400
                                    Attorneys for the Plaintiff Don's Hydraulic's, Inc.

Dated: October 19, 2005

Signed, this _____ day of _____, 2005