IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
DON'S HYDRAULICS, INC.,        )
                               )
          Plaintiff,           )    C.A. No. 04-1275 (KAJ)
                               )
               v.              )
                               )
COLONY INSURANCE COMPANY,      )
TRUCK TECH INDUSTRIES, INC.,   )
and TIPCO TECHNOLOGIES, INC.,  )
                               )
          Defendants.          )
```

**PLAINTIFF'S DON'S HYDRAULICS JOINDER IN DEFENDANT COLONY
INSURANCE COMPANY'S ANSWERING BRIEF IN RESPONSE TO
DEFENDANT TRUCK TECH INDUSTRIES, Inc.'s
MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiff, Don's Hydraulics who joins in and
incorporates by reference the arguments of Defendant Colony
Insurance Company's Response to Defendant Truck Tech Industries,
Inc., Motion for Summary Judgment.

WHEREFORE, Plaintiff, Don's Hydraulics, prays that this
Honorable Court dismiss Defendant Truck Tech Industries, Inc.
Motion for Summary Judgment.

TIGHE, COTTRELL & LOGAN, P.A.

 /s/ Michael K. Tighe
Michael K. Tighe (DE ID 29)
First Federal Plaza
704 N. King Street, Ste. 500
P.O. Box 1031
Wilmington, DE 19899 - 1031
302-658-6400
Attorneys for the Plaintiff Don's
Hydraulic's, Inc.

Dated: October 19, 2005

Signed, this _____ day of _____, 2005