**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DON'S HYDRAULICS, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-1275 (KAJ) |
| v. ) | |
| ) | |
| COLONY INSURANCE COMPANY, ) | |
| TRUCK TECH INDUSTRIES, INC., ) | |
| and TIPCO TECHNOLOGIES, INC., ) | |
| ) | |
| Defendants. ) | |

**<u>CERTIFICATE OF SERVICE</u>**

     I, MICHAEL K. TIGHE, hereby certify that a true and correct copy of the foregoing Plaintiff's Don's Hydraulics Joinder in Defendant Colony Insurance Company's Answering Brief in Response to Defendant Truck Tech Industries, Inc.'s Motion for Summary Judgment was served, via First Class U.S. mail, on this 21st day of October, 2005 upon the following:

| | |
|---|---|
| Gary H. Kaplan, Esquire<br>Goldfein & Hosmer<br>222 Delaware Avenue, Suite 1110<br>P.O. Box 2206<br>Wilmington, DE 19899-2206 | Anthony (Tony) Figliola, Jr.<br>Figliola & Facciolo<br>1813 Marsh Road, Suite A<br>Wilmington, DE 19810 |
| Joseph M. Toddy, Esquire<br>Zarwin Baum DeVito Kaplan<br>Schaer Toddy P.C.<br>Suite 1200<br>1515 Market Street<br>Philadelphia, PA 19102-1981 | Gilbert Shelsby, Jr., Esquire<br>Morgan, Shelsby & Leoni<br>131 Continental Drive<br>Suite 206<br>Newark, DE 19713 |

                                                      /s/ Michael K. Tighe
                                                      MICHAEL K. TIGHE (DE ID 29)