IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC.,            )<br>                                    )<br>          Plaintiff,               )     C.A. No. 04-1275 (KAJ)<br>                                    )<br>     v.                             )<br>                                    )<br>COLONY INSURANCE COMPANY,           )<br>TRUCK TECH INDUSTRIES, INC.,        )<br>and TIPCO TECHNOLOGIES, INC.,       )<br>                                    )<br>          Defendants.               ) | |

**PLAINTIFF'S DON'S HYDRAULICS JOINDER IN DEFENDANT COLONY INSURANCE COMPANY'S ANSWERING BRIEF IN RESPONSE TO DEFENDANT TRUCK TECH INDUSTRIES, Inc.'s MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiff, Don's Hydraulics who joins in and incorporates by reference the arguments of Defendant Colony Insurance Company's Response to Defendant Truck Tech Industries, Inc., Motion for Summary Judgment.

WHEREFORE, Plaintiff, Don's Hydraulics, prays that this Honorable Court dismiss Defendant Truck Tech Industries, Inc. Motion for Summary Judgment.

                                                TIGHE, COTTRELL & LOGAN, P.A.

                                                 /s/ Michael K. Tighe
                                                Michael K. Tighe (DE ID 29)
                                                First Federal Plaza
                                                704 N. King Street, Ste. 500
                                                P.O. Box 1031
                                                Wilmington, DE 19899 - 1031
                                                302-658-6400
                                                Attorneys for the Plaintiff Don's Hydraulic's, Inc.

Dated: October 19, 2005

Signed, this _____ day of _____, 2005