**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DON'S HYDRAULICS, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-1275 (KAJ) |
| v. ) | |
| ) | |
| COLONY INSURANCE COMPANY, ) | |
| TRUCK TECH INDUSTRIES, INC., ) | |
| and TIPCO TECHNOLOGIES, INC., ) | |
| ) | |
| Defendants. ) | |

**<u>CERTIFICATE OF SERVICE</u>**

      I, MICHAEL K. TIGHE, hereby certify that a true and correct copy of the foregoing Plaintiff's Don's Hydraulics Joinder in Defendant Colony Insurance Company's Answering Brief in Response to Defendant Tipco Technologies, Inc.'s Motion for Summary Judgment was served, via First Class U.S. mail, on this 21st day of October, 2005 upon the following:

Gary H. Kaplan, Esquire  
Goldfein & Hosmer  
222 Delaware Avenue, Suite 1110  
P.O. Box 2206  
Wilmington, DE 19899-2206

Anthony (Tony) Figliola, Jr.  
Figliola & Facciolo  
1813 Marsh Road, Suite A  
Wilmington, DE 19810

Joseph M. Toddy, Esquire  
Zarwin Baum DeVito Kaplan  
Schaer Toddy P.C.  
Suite 1200  
1515 Market Street  
Philadelphia, PA 19102-1981

Gilbert Shelsby, Jr., Esquire  
Morgan, Shelsby & Leoni  
131 Continental Drive  
Suite 206  
Newark, DE 19713

                                                        /s/ Michael K. Tighe  
                                                   MICHAEL K. TIGHE (DE ID 29)