IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Don's Hydraulics, Inc. | : | |
|     Plaintiff | : | Civil Action No.:  04-1275 KAJ |
| | : | |
| vs. | : | |
| | : | |
| Colony Insurance Company and | : | |
| Truck Tech Industries, Inc., and | : | |
| Tipco Technologies, Inc. | : | |
|     Defendants | : | |

**DEFENDANTS COLONY INSURANCE COMPANY, TRUCK TECH INDUSTRIES, INC. AND TIPCO TECHNOLOGIES, INC. JOINT MOTION *IN LIMINE* TO PRECLUDE INTRODUCTION OF EVIDENCE OF PLAINTIFF'S DAMAGES**

    Defendants, Colony Insurance Company, Truck Tech Industries, Inc. and Tipco Technologies, Inc. (hereinafter "Defendants"), by and through its attorneys, hereby file the within Joint Motion *in Limine* to Preclude Introduction of Evidence of Plaintiff's Damages pursuant to Rule 403 of the Federal Rules of Evidence, on the grounds that the evidence, if admitted, would unfairly prejudice Defendants, confuse the issues and mislead the jury. The reasons therefore are more fully set forth in the accompanying Memorandum of Law.

                                                                                                                    **Respectfully Submitted**

Dated: <u>10/24/05</u>                                           GOLDFEIN & JOSEPH

                                                                                 <u>/s/ Gary H. Kaplan</u>
                                                                                 Gary H. Kaplan (I.D. # 2965)
                                                                                 222 Delaware Avenue, Suite 1110
                                                                                 P.O Box 2206
                                                                                 Wilmington, DE 19899
                                                                                 (302) 656-3301
                                                                                 Attorney for Defendant Tipco
                                                                                  Technologies, Inc.

FIGIOLA & FACCIOLO

/s/ Anthony A. Figliola, Jr.
Anthony A. Figliola, Jr. (I.D. # 957)
1813 Marsh Road, Suite A
Wilmington, DE 19810
(302) 475-0460
Attorney for Defendant Colony
Insurance Company


ZARWIN, BAUM, DEVITO,
KAPLAN, SCHAER & TODDY, P.C.

/s/ Joseph M. Toddy
Joseph M. Toddy (PA I.D. # 42484)
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 569-2800
Attorney for Defendant Colony
Insurance
Company


REGER RIZZO KAVULICH &
DARNALL, LLP

/s/ Cynthia G. Beam
Cynthia G. Beam (I.D. #2565
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant Truck Tech
Industries, Inc.