IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Don's Hydraulics, Inc.** | : | |
|       Plaintiff | : | Civil Action No.:  04-1275 KAJ |
| | : | |
| vs. | : | |
| | : | |
| **Colony Insurance Company and** | : | |
| **Truck Tech Industries, Inc., and** | : | |
| **Tipco Technologies, Inc.** | : | |
|       Defendants | : | |

## ORDER

      **AND NOW**, this _____ day of _____, 2005, upon consideration of Defendants Colony Insurance Company, Truck Tech Industries, Inc. and Tipco Technologies, Inc., Joint Motion in Limine to Preclude Introduction of Evidence of Plaintiff's Damages, and responses thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion is **GRANTED**.  Plaintiff is precluded from introducing evidence at trial relative to the amount of damages allegedly sustained by Plaintiff.

                                                                       BY THE COURT

                                                             _____
                                                              The Honorable Kent A. Jordan