# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Don's Hydraulics, Inc.** | : | |
| Plaintiff | : | Civil Action No.: 04-1275 KAJ |
| | : | |
| vs. | : | |
| | : | |
| **Colony Insurance Company and** | : | |
| **Truck Tech Industries, Inc., and** | : | |
| **Tipco Technologies, Inc.** | : | |
| Defendants | | |

## CERTIFICATE OF SERVICE

I, Anthony A. Figiola, do hereby certify that on this 24th day of October, 2005, copies of Defendants, Colony Insurance Company, Truck Tech Industries, Inc. and Tipco Technologies, Inc. Joint Motion *in Limine* to Preclude Introduction of Evidence of Plaintiff's Damages on the following by first class U.S. Mail, postage pre-paid:

> Michael Tighe, Esquire
> Tighe, Cottrell & Logan, P.A.
> First Federal Plaza, Suite 500
> P.O. Box 1031
> Wilmington, DE 19899-1031
> Attorney for Plaintiff

GOLDFEIN & JOSEPH

/s/ Gary H. Kaplan
Gary H. Kaplan (I.D. # 2965)
222 Delaware Avenue, Suite 1110
P.O Box 2206
Wilmington, DE 19899
(302) 656-3301
Attorney for Defendant Tipco Technologies, Inc.

FIGIOLA & FACCIOLO

/s/ Anthony A. Figliola
Anthony A. Figliola, Jr. (I.D. # 957)
1813 Marsh Road, Suite A
Wilmington, DE 19810
(302) 475-0460
Attorney for Defendant Colony Insurance Company


ZARWIN, BAUM, DEVITO, KAPLAN, SCHAER & TODDY, P.C.

/s/ Joseph M. Toddy
Joseph M. Toddy (PA I.D. # 42484)
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 569-2800
Attorney for Defendant Colony Insurance Company


REGER RIZZO KAVULICH & DARNALL, LLP

/s/ Cynthia G. Beam
Cynthia G. Beam (I.D. #2565
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant Truck Tech Industries, Inc.