IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., : | |
| : | C.A. No.: 04-1275 KAJ |
| Plaintiff, : | |
| v. : | |
| : | |
| COLONY INSURANCE COMPANY, : | |
| TRUCK TECH INDUSTRIES, INC., : | |
| and TIPCO TECHNOLOGIES, INC., : | |
| : | |
| Defendants. : | |

## NOTICE OF ELECTRONIC/CONVENTIONAL FILING

TO:  ALL COUNSEL

**PLEASE TAKE NOTICE** that the following pleading has been electronically filed with the United States District Court, District of Delaware, by Gary H. Kaplan, Esquire of Goldfein & Joseph on October 24, 2005 on behalf of Colony Insurance Company, Truck Tech Industries, Inc. and Tipco Technologies, Inc.:

**Defendants Colony Insurance Company, Truck Tech Industries, Inc. and Tipco Technologies, Inc. Motion in Limine and Memorandum in Support Thereof to Preclude Introduction of Evidence for Plaintiff's Damages**

In addition, pursuant to the Administrative Procedures a conventional filing of the Exhibits to the above mentioned has been made.

**GOLDFEIN & JOSEPH**

/s/ Gary H. Kaplan

---
GARY H. KAPLAN - ID# 2965
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE  19899
Attorney for Defendant, Tipco
  Technologies, Inc.