## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DON'S HYDRAULICS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **C.A. No.: 04-1275 (KAJ)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **COLONY INSURANCE COMPANY,** | ) | |
| **TRUCK TECH INDUSTRIES, INC.,** | ) | |
| **and TIPCO TECHNOLOGIES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### TRUCK TECH INDUSTRIES, INC.'S APPENDIX TO REPLY BRIEF TO CO-DEFENDANT COLONY INSURANCE COMPANY'S RESPONSIVE BRIEF TO MOTION FOR SUMMARY JUDGMENT

### TABLE OF CONTENTS

Deposition Transcript of Don Cathell, Volumes I and Volume II.......................... A1-A44

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
------

DON'S HYDRAULICS, INC.                    :C.A. No. 04-1275 (KAJ)
          Plaintiff                       :
                                          :
          Vs.                             :
                                          :
                                          :
COLONY INSURANCE COMPANY, TRUCK           :
TECH INDUSTRIES, INC., and TIPCO          :
TECHNOLOGIES, INC.                        :
          Defendants                      :
                                          :

------

          Oral deposition of DON CATHELL, taken by and

before Joanne H. Gusler, Registered Professional Reporter

and Notary Public, at the Law Offices of Reger, Rizzo,

Kavulich & Darnall, LLP., 1001 North Jefferson Street,

Suite 202, Wilmington, Delaware  19801, on Thursday, May

26, 2005, commencing at 10:55 a.m.

**VOLUME I**

# ORIGINAL

**KARASCH & ASSOCIATES**
**REGISTERED PROFESSIONAL REPORTERS**
**PENNSYLVANIA and DELAWARE**
**(800) 621-5689**

A1

1    hoses be processed?

2          A.    Could you state that again please?

3          Q.    Do you recall Sean mentioning to you that

4    Tipco who was crimping or manufacturing the hoses are the

5    ones that suggested that the ends be swaged or banded?

6          A.    Yes.

7          Q.    Okay.  And you rejected both of those

8    alternatives, correct?

9          A.    Yes.

10         Q.    And you insisted that the ends be crimped,

11   correct?

12         A.    Yes.

13         Q.    All right.  Did Sean explain the reasoning

14   behind the recommendation of Tipco that the ends be

15   swaged or banded?

16         A.    I don't recall any.

17         Q.    Okay.  What was the reason that you rejected

18   those recommendations that the ends be swaged or banded?

19         A.    Failures in the past with banding and swaging

20   would not seal.

21         Q.    Okay.  On any of the other ten or so jobs that

22   you had done in the past with Don's Hydraulics using

23   suction hose that was greater than two inches in

24   diameter, were any of those jobs the ones that you had

25   swaged or banded the ends of?

               K A R A S C H  &  A S S O C I A T E S

                              A2

1      A.    Yes.

2      Q.    And was it one of those jobs where the hose

3 that you used was greater than two inches in diameter,

4 that the hoses failed when the ends were swaged or

5 banded?

6      A.    Yes.

7      Q.    Do you recall when the first ten hoses were

8 delivered to Don's Hydraulics by Truck Tech?

9      A.    I don't recall the exact date, no.

10     Q.    Sometime in August, it would be safe to say?

11 August 2003.

12     A.    Yes.

13     Q.    Okay.  So explain the process to me.  You got

14 the first ten hoses.  Did you put them on the one-half of

15 the hydraulic unit and then have Sean come back and

16 remeasure for the second set of ten hoses?

17     A.    That would have been the process, yes.

18     Q.    Okay.

19          MR. KAPLAN:  Was or would have been, sir?

20          The WITNESS:  Would.

21 BY MS. BEAM:

22     Q.    Do you have a specific recollection that's how

23 this particular project went?

24     A.    We started putting the first hoses on and

25 found out that the stems were turning inside the hose.

KARASCH & ASSOCIATES

A3

72

1      Q.    Okay.  So if you wanted to do a vacuum test,

2 you hook the hose up to the vacuum pump?

3      A.    Yes.

4      Q.    All right.  And if you wanted to do a pressure

5 test, you just what; hook it up to a compressor?

6      A.    Air hose, yes.

7      Q.    And how do you tell if they fail a vacuum

8 test?  If the hose fails a vacuum test, how can you tell?

9      A.    You plug one end of the hose, hook the vacuum

10 pump to the other end with a valve in the middle and once

11 the gauge reads into a vacuum, you close the ball valve,

12 shut the machine off and watch the gauge.

13     Q.    And if it's going to flunk the vacuum test,

14 what's the gauge going to read?

15     A.    It will restart going to the pressure side

16 versus vacuum.

17     Q.    And pressure test, how would you perform that?

18     A.    Plug one end of the hose, hook the air

19 pressure to the opposite end with a valve in the middle

20 and a gauge, and once you establish the pressure you

21 wish, close the valve, put it under water and see if you

22 get air bubbles.

23     Q.    Was there a certain pressure that these hoses

24 that you had ordered from Truck Tech for this particular

25 project, was there a specific pressure that they were

KARASCH & ASSOCIATES

A4

1  supposed to be able to withstand?

2       A.   Yes.  I'm not sure what the manufacturer specs

3  is on that though.

4       Q.   Okay.  Manufacturer of what?

5       A.   The hose.

6       Q.   Is that a specification that you would have

7  designated when you ordered these hoses from Truck Tech?

8       A.   No.

9            MR. KAPLAN:  I'm sorry.  Can you read back

10           the last question and answer.

11                (Whereupon, the court reporter read

12                back the requested portion of

13                testimony.)

14  BY MS. BEAM:

15       Q.   So when you're talking about certain pressure

16  that you would want for these hoses that they can with-

17  stand, is that the same thing as PSI?

18       A.   Yes.

19       Q.   All right.  So when you say it's designated by

20  the manufacturer, the PSI is designated by the

21  manufacturer, is that an industry standard for suction

22  hoses?

23       A.   For any hose.

24       Q.   For any hose.  So there's a certain PSI for a

25  hose, an industrial hose of two-and-a-half inch diameter?

                KARASCH & ASSOCIATES

74

1    A.    Yes.

2    Q.    And that's going to be different than the PSI

3    which is the industry standard for a hose that's two

4    inches in diameter; is that how it's differentiated?

5    A.    No.

6    Q.    Explain to me how it's differentiated then.

7    A.    You have no-wire hose, one-wire hose, two-wire

8    hose, four-wire hose, six-wire hose, so forth.  And every

9    one has a different pressure range.  Pressure rating.

10    Q.    What type of hose was it that you were

11    ordering in this project?

12    A.    One-wire.

13    Q.    Are you saying wire, W-I-R-E?

14    A.    Yes.

15    Q.    Why is it called a one-wire hose?

16    A.    There is one wire spiral throughout the hose

17    internally.

18    Q.    I see, okay.  Now, this pressure test that

19    you've just explained to me, is that something that Don's

20    Hydraulics has capability of doing at its shop?

21    A.    Yes.

22    Q.    Okay.  How about this vacuum test, is that

23    something Don's Hydraulics has the capability of doing at

24    its shop?

25    A.    I don't have a vacuum pump but I have access

KARASCH & ASSOCIATES

A6

1    to one.

2          Q.    Okay.  When Sean Swain of Truck Tech would

3    have brought your hoses back after you had sent them back

4    with him because the stems were turning, in your

5    experience, did you have a feeling that the hose ends

6    were being recrimped after they left you?

7          A.    I assume that's all.

8          Q.    And when the one hose came back with the

9    cracked sleeve, did -- I think you had indicated that

10   would indicate an overcrimping; is that correct?

11         A.    Yes.

12         Q.    In your experience, is there any other way

13   that the sleeve could have been cracked?

14         A.    Could have been an inferior sleeve.

15         Q.    Which means it was just cracked when it left

16   the manufacturer?

17         A.    No.  It could have been some flaw internally

18   and then when they crimped it, it cracked.

19         Q.    Okay.  I see.  Now, at some point prior to

20   when this hydraulic unit was put on the flatbed on August

21   25, 2003, you would have had all 20 hoses, correct?

22         A.    Yes.

23         Q.    And were all 20 hoses applied to the two units

24   of the hydraulic power unit?

25         A.    Yes.

              K A R A S C H   &   A S S O C I A T E S

A7

Don Cathell

76

1    Q.   All right.  And was that done by you or by

2   someone else?

3    A.   Me, Alfred Collins.  Sean helped with some of

4   them.  I think Delmar helped with some.  I think that was

5   probably it.

6    Q.   Okay.  Were there any indications that there

7   were problems with any of the stems turning inside of the

8   hoses?

9    A.   Not by trying them by hand, no.

10    Q.   Okay.  How about when you hooked them up with

11   the wrench to the suction pipe and the pump?

12    A.   We saw none.

13    Q.   All right.  Did you or any other Don's

14   Hydraulics employee perform a pressure test on any of the

15   hoses before you hooked them up to the unit the final

16   time?

17    A.   No.

18    Q.   Did you or any other Don's Hydraulics employee

19   perform vacuum tests on any of the hoses before you

20   hooked them up to the unit for the final time?

21    A.   No.

22    Q.   Was the hooking up of the hoses the last thing

23   that you did --

24    A.   Yes.

25    Q.   -- to this unit?

KARASCH & ASSOCIATES

A8

1      A.    Yes.

2      Q.    Is that the usual sequence of events when

3  you're building one of these units?

4      A.    Yes.

5      Q.    Okay.  And then, am I correct, that the next

6  thing that you do after you hook up these hoses, is you

7  get it lifted onto the truck for transport?

8      A.    Yes.

9      Q.    Okay.  What if any kind of a preliminary test

10 or check do you or anyone else at Don's Hydraulics do to

11 make sure that these power units are functional before

12 you transport them?

13     A.    None.

14     Q.    And is that the usual course of events over

15 the 20 years that you've done this?

16     A.    Yes.

17     Q.    Did you, since this was the first unit that

18 you had done of this kind of size, you didn't feel the

19 need to do any kind of testing on these units before they

20 were transported down to Florida?

21     A.    No.

22          MS. BEAM:  Okay.  This is probably a good

23      time as any to break for lunch.

24          (Brief recess.)

25 BY MS. BEAM:

          K A R A S C H  &  A S S O C I A T E S

A9

1      Q.    Okay.  Sir, I'll just remind you, you're still

2   under oath and we're going to continue with your

3   deposition at this point.  How long before the unit is

4   actually loaded on to the trucks such as represented in

5   Exhibit-8 is the unit actually finished in this

6   particular case?

7      A.    I don't know exactly, but I'd say nine to ten

8   days.

9      Q.    Okay.  So your recollection is that the hoses

10  were on, and the units, the two halves of the unit were

11  completed nine to ten days before these photos,

12  (indicating) the photo in exhibit number eight was taken?

13     A.    Oh, no.  I thought you meant before it was in

14  operation.

15     Q.    Oh.

16     A.    Let's see.  We finished on Sunday night and

17  loaded it Monday morning.

18     Q.    Okay.  Tell me what it is that you had to

19  finish up on Sunday night to get the unit ready to ship?

20     A.    Let's see.  Just the hoses and spot painting I

21  think was it as the final items that we had to do.  They

22  were the last things.

23     Q.    Okay.  The suction hoses that you have

24  indicated in exhibit number six, before they were

25  painted, did they look like these black hoses that you've

KARASCH & ASSOCIATES

A10

1    indicated are the case drain hoses?

2         A.   Yes.

3         Q.   Okay.  Now, see, just for my education at this

4    point.  These case drain hoses look like they're

5    flexible; is that correct?

6         A.   Yes.

7         Q.   Are the suction hoses flexible also?

8         A.   Yeah.

9         Q.   Okay.  So if these suction hoses were

10   unscrewed from these fittings, they would be pliable?

11        A.   Yes.

12        Q.   All right.  So the two halves of the hydraulic

13   unit actually left Don's Hydraulics on August 25, 2003,

14   correct?

15        A.   Yes.

16        Q.   All right.  And do you know when the two

17   halves of the power unit arrived in Gainesville?

18        A.   I think the 27th.

19        Q.   Okay.  And just to try and keep from getting

20   ahead of myself.  Let me hand you what's been premarked

21   as exhibit number two.  And this appears to be an invoice

22   number 4095 to Don's Hydraulics from TTI.

23             MR. KAPLAN:  Can I see that one second?  I

24        just want to get the date so I can compare it with

25        what I have, sir.

              K A R A S C H   &   A S S O C I A T E S

                         A11

1           THE WITNESS:  (Witness complies.)

2           MR. KAPLAN:  Okay.  Thank you.

3    BY MS. BEAM:

4      Q.   And I'll represent to you that this was a

5    document that was produced by your counsel in response to

6    request for productions.  Have you seen this document

7    before?

8      A.   Yes.

9      Q.   Okay.  Now, does this document represent the

10   full order specifications that you had conveyed to Sean

11   Swain when you were discussing the order for this

12   particular project?

13     A.   Yes.

14     Q.   Did you specify Longhorn hose to be used?

15     A.   No.

16     Q.   Okay.  What, if you know, is a Longhorn hose?

17     A.   Brand name I assume.  I don't know.

18     Q.   Okay.  There's two letters I.D. before

19   Longhorn hose, do you know what that indicated?

20     A.   Yes.

21     Q.   What does that indicate?

22     A.   Inside diameter.

23     Q.   Okay.  So that would refer to the

24   two-and-a-half inches before the letters I.D?

25     A.   Yes.

                KARASCH & ASSOCIATES

A12

1        Q.    All right.  At the top line under description,

2   it reads, "Female JIC swivel crimped on ends."  Explain

3   to me what your understanding is of what that describes.

4        A.    That describes one -- the fittings on one end

5   of the hose, on both ends of some of the hoses.

6        Q.    Okay.  What if you know, does JIC stand for?

7        A.    I don't know right at this time, no.

8        Q.    Okay.  And this is the first time that I've

9   seen or heard the word "swivel" used in regards to the

10  fittings.  Is that a term of art in the industry or?

11       A.    Yes.  For a female JIC, it has to be swivel.

12       Q.    And does that mean that it can swivel or what

13  exactly does it mean?

14       A.    Yes.  By swivel it means it will turn.

15       Q.    Okay.  So the female end is supposed to screw

16  on to something; is that correct?

17       A.    Yes.

18       Q.    All right.  So when you're talking about the

19  stems not -- you're not supposed to be able to turn the

20  stems on the ends of the hoses, you would be referring

21  specifically to the male fittings?

22       A.    Both.

23       Q.    Okay.  Explain to me how that works then.  If

24  the female ends are made to swivel so that they can be

25  screwed into something, are they not supposed to turn,

                   K A R A S C H  &  A S S O C I A T E S

A13

1   the female ends?

2       A.    The female end has a swivel nut on to it.  It

3   comes up against a seat.  So that way you can screw the

4   hose in on the opposite end and tightened and then you

5   had a way of tightening that end.

6       Q.    So if we were to look at exhibit number six.

7   By looking at those, can you tell which is the female end

8   and which is the male end?

9       A.    Yes.  Yes.

10      Q.    All right.  Can you indicate with blue ink for

11  me on the fittings designation which would be the female?

12      A.    (Witness complies.)  I don't see nothing else

13  here.  (Indicating.)

14      Q.    Okay.  Great.  Thank you.  All right.  Looking

15  back at exhibit number two, the invoice again.  So the

16  female ends would also be crimped, correct?

17      A.    Yes.

18      Q.    Just, you wouldn't crimp the nut?  The swivel

19  nut part; is that correct?

20      A.    Correct.

21      Q.    All right.  And then under that, it has

22  two-and-a-half inch male NPT fittings crimped on.  Did

23  that I read that correctly?

24      A.    Yes.

25      Q.    What does NPT stand for?

                K A R A S C H   &   A S S O C I A T E S

A14

1      A.    National Pipe Thread.

2      .Q.    Okay.   What does that refer to; the male

3   threading on the ends?

4      A.    Yes.

5      Q.    All right.   Were there any other

6   specifications that you gave to Truck Tech in regards to

7   the order for this project other than what's described on

8   this invoice that's been marked as exhibit number two?

9   And other than the length of the hoses that we talked

10  about.

11     A.    Just that it be used on suction, that's all.

12     Q.    Okay.   Is there a different type of hose

13  that's used for suction as opposed to pressure?

14     A.    Yes.

15     Q.    So there are different types of hoses?

16     A.    Yes.

17     Q.    Okay.   In your experience, can you explain to

18  me what the difference is between a hose that you're

19  going to use for suction and a hose that you're going to

20  use for pressure?

21     A.    Lower pressure rating.

22     Q.    I see.   So suction hoses have a lower PSI than

23  pressure hoses?

24     A.    Yes.   Manufacturer's specs.

25     Q.    All righty.   Sir, I'm going to hand you a

              K A R A S C H  &  A S S O C I A T E S

A15

1      A.    No.

2      Q.    And since the problems on the project at

3  Fieldale back in August 2003, are you now aware that

4  Truck Tech Industries in fact did not manufacture or

5  assemble these hoses that were provided to you?

6      A.    Yes, I'm aware of it.

7      Q.    And can you tell us for the record how it is

8  that you became aware of that?

9      A.    As I remember, when we had the first problem

10  with them turning.

11     Q.    Okay.

12     A.    The stems turning in the hose.

13     Q.    Okay.  When the stems turned in the hose, how

14  did you become aware that Truck Tech was not the one that

15  was assembling or manufacturing the hose assembly?

16     A.    Sean said he had to take them back to

17  Baltimore or wherever it was.

18     Q.    I see, okay.  When you look at the fittings on

19  the ends of any hose apparatus, can you tell if there's a

20  Trademark or emblem or anything like that on the ends of

21  these stems --

22     A.    Yes.

23     Q.    -- generally?  Okay.  Did you have occasion to

24  examine the fittings on these particular hoses that you

25  were attempting to use in the Fieldale Farms project to

KARASCH & ASSOCIATES

A16

1

1       IN THE UNITED STATES DISTRICT COURT
2              FOR THE DISTRICT OF DELAWARE
                       ------

3

4

        DON'S HYDRAULICS, INC.          :C.A. No. 04-1275 (KAJ)
5              Plaintiff                :
                                        :
6              Vs.                      :
                                        :
7                                       :
        COLONY INSURANCE COMPANY, TRUCK :
8       TECH INDUSTRIES, INC., and TIPCO:
        TECHNOLOGIES, INC.              :
9              Defendants               :
                                        :

10

11                     ------

12

13          Oral deposition of DON CATHELL, taken by and

14   before Joanne H. Gusler, Registered Professional Reporter

15   and Notary Public, at the Law Offices of Reger, Rizzo,

16   Kavulich & Darnall, LLP., 1001 North Jefferson Street,

17   Suite 202, Wilmington, Delaware  19801, on Friday, May

18   27, 2005, commencing at 11:04 a.m.

19

20

21                    **VOLUME II**

22                 # ORIGINAL

23

24               **KARASCH & ASSOCIATES**
                 **REGISTERED PROFESSIONAL REPORTERS**
25                **PENNSYLVANIA and DELAWARE**
                      **(800) 621-5689**

A17

Dennis Carnell

14

1    A.    No, sir.

2    Q.    You just call it a flange?

3    A.    Four-bolt flange.

4    Q.    Why don't you label the four-bolt flange, sir.

5    A.    (Witness complies.)

6    Q.    What's the purpose of the four-bolt flange,

7    sir?

8    A.    Pump manufacturer design calls for a four-bolt

9    flange.

10    Q.    Okay.  Then I'm a little confused.  Let me go

11    back to what you said yesterday.  I believe that the

12    attorney asking you questions yesterday asked you in

13    terms of what you did for a living and you said you

14    manage business, design hydraulic power units, and

15    oversee the office?

16    A.    Correct.

17    Q.    Okay.  What part of this hydraulic system did

18    you design?

19    A.    The entire system.

20    Q.    Well, you just told me though the manufacturer

21    requires certain types of, in this case, flange.  A

22    four-bolt flange.  So did you take into account

23    requirements of pieces when designing the entire system

24    or did you decide on your own what hookups and what hoses

25    to attach?

KARASCH & ASSOCIATES

A18

15

1      A.   The bolt manufacturer specifies what size

2  ports are on the pump which is the size you have to use.

3      Q.   And then you acquired flanges to match that

4  size?

5      A.   Correct.

6      Q.   Okay.  Let's go back another step.  What was

7  the flow capacity of the pumps that you used in this

8  system?

9      A.   I don't know exactly but it's about 60 gallons

10  per pump.

11     Q.   Do you have documentation reflecting what that

12  would be?

13     A.   I'd have to take it out of their catalog.

14     Q.   Do you have any documentation reflecting what

15  the flow capacity was of those pumps?

16     A.   In the catalog.

17     Q.   But that would be a catalog of all the pumps

18  that the company manufactures, correct?

19     A.   Yes.

20     Q.   Would you have any receipts or documentation

21  reflecting what the capacity was of the pumps that you

22  used in this system?

23     A.   Out of the catalog.

24     Q.   That's not -- that catalog wouldn't reflect

25  what you actually purchased, would it?

                 K A R A S C H  &  A S S O C I A T E S

A19

Don Catinell

16

```
 1          A.    No.   A catalog wouldn't state what I ordered.
 2          Q.    That's what I'm asking.   Do you have anything
 3    that would state what you ordered, sir?
 4          A.    Invoice?
 5          Q.    Yes, sir.
 6          A.    Yes.
 7          Q.    Can you produce those?
 8          A.    Yes.
 9               MR. KAPLAN:   Counsel, can I ask you to
10          produce them?
11               MS. RODGERS:   Yes.
12    BY MR. KAPLAN:
13          Q.    Now, sir, why do you use a 60-pound capacity
14    pump?
15          A.    Sixty gallons.
16          Q.    Sixty gallons; I'm sorry.
17          A.    We have a certain amount of gallonage that we
18    need, a total gallonage that we need to run all the
19    equipment in the plant.   No manufacturer makes a single
20    pump that size, so you use a combination of pumps to
21    acquire that GPM.
22          Q.    What does GPM stand for?
23          A.    Gallons per minute.
24          Q.    What was the number of gallons per minute that
25    you were targeting?   Is that the 1,000 number that we
```

K A R A S C H   &   A S S O C I A T E S

A20

1    spoke of yesterday?

2         A.    If all pumps were running, you'd have in the

3    range of 1,200 gallons per minute; however, we did not

4    design it to run all 12.  I'd have to look back in my

5    records.  I think we were looking for around 900, 800,

6    900 gallons per minute I think.

7         Q.    Do you have written records regarding the

8    design of this system that have not been produced in

9    discovery?

10        A.    I think I do.

11        Q.    What would those records consist of, sir?

12        A.    Be my notes where I figured up the pumps and

13   so forth.

14             MR. KAPLAN:  Counsel, I'm going to ask that

15        those documents be produced.  I may have a need to

16        redepose your client depending upon what is

17        contained there but we won't know until we see those

18        documents.

19             MS. RODGERS:  We'll produce what we have.

20             MR. KAPLAN:  Well, not just what you have

21        but what your client would have and --

22             MS. RODGERS:  -- what -- yes.  Mr. Cathell

23        will do a search and we'll produce what exists.

24   BY MR. KAPLAN:

25        Q.    Sir, any idea how many pages of documents you

                 K A R A S C H  &  A S S O C I A T E S

A21

18

1    have regarding the design of this system?

2         A.    No, sir.

3         Q.    More than a couple?

4         A.    Possibly.

5         Q.    Kept in a file regarding this particular

6    project?

7         A.    Yes.

8         Q.    So that whole file would have all the

9    documents regarding this project?

10        A.    It has all the files from that plant from the

11   time I took that account on for all units.

12        Q.    Okay.  Is it broken down by year?

13        A.    By project.

14        Q.    Okay.  Would there be other documents that you

15   would have in your file pertaining to this project that

16   we haven't mentioned yet today or yesterday?

17        A.    There could be some and I don't know what

18   you're asking for.

19        Q.    Sure.  I don't know what's there myself, sir.

20        A.    If you can specify what you want, then I could

21   tell you if it's in there.

22        Q.    Well, I'm going to ask, sir, that you produce

23   all the documents in your file pertaining to this project

24   to your counsel and I'll ask counsel to produce all those

25   documents so that we all can review them.

                    K A R A S C H   &   A S S O C I A T E S

A22

19

1              MS. RODGERS:  Yes.

2              MR. KAPLAN:  Thank you.

3    BY MR. KAPLAN:

4         Q.   Now, sir, who selected the size of hose that

5    was to be used in this system that you designed?

6         A.   I did.

7         Q.   And what was the basis of your decision to

8    request a particular-size hose?

9         A.   The specification in the catalog by the pump

10   manufacturer.

11        Q.   And which catalog was that once again, sir?

12        A.   Rexroth.

13        Q.   I'm sorry?

14        A.   Rexroth.

15        Q.   I'm going to ask you to spell that because I

16   have no idea.  I don't know if you do. (Indicating.)

17        A.   R-E-X-R-O-T-H.

18        Q.   And what year catalog is that, sir?

19        A.   I don't know.

20        Q.   Do you know if it's current or not?

21        A.   It was at that time.  As current as there was.

22        Q.   Do you receive annual Rexroth catalogs?

23        A.   Not no more.

24        Q.   Why no more, sir?

25        A.   Because I don't use Rexroth pumps no more.

                  K A R A S C H  &  A S S O C I A T E S

A23

Don Carnell                                                                    20

1          Q.    Why don't you use Rexroth pumps anymore?

2          A.    Because I have found another brand that is

3    better.

4          Q.    Did you order any Rexroth pumps since you

5    designed this particular hydraulic system?

6          A.    No.

7          Q.    When did you switch from using Rexroth

8    equipment?

9          A.    Sometime after this one.  I don't know

10   exactly.

11         Q.    Who do you currently use?

12         A.    Racine

13         Q.    Do you know where Rexroth is located?

14         A.    Bethlehem, Pennsylvania.

15         Q.    Okay.  Where in Pennsylvania?

16         A.    Bethlehem.

17         Q.    Bethlehem.  And how about Racine, where are

18   they located?

19         A.    Racine, Wisconsin.

20         Q.    How did you know that Racine pumps were better

21   than Rexroth pumps?

22         A.    More readily available.

23         Q.    Well, did you attempt to get a pump from

24   Rexroth after you designed the pump that was used for

25   this project and found that you couldn't get it?

                    K A R A S C H  &  A S S O C I A T E S

A24

1        A.    I have done -- well, as far as replacements to
2    other customers, replacing Rexroth because they have
3    complaints that they didn't want Rexroth again.  So you
4    give what the customer wants.
5        Q.    Why do they complain they didn't want Rexroth
6    pumps again, sir?
7        A.    Long lead-time.  Plants can't afford to shut
8    down and wait 40 weeks to get a pump.
9        Q.    Was a lead time the only reason why your
10   clients said they didn't want them to be used?
11       A.    It's a major reason.  Other than that, I don't
12   know why other than that.
13       Q.    Well, you just said it's a major.  Do you
14   recall what the minor reasons would be?
15       A.    No.
16       Q.    But you do believe there were other reasons?
17       A.    There could be.
18       Q.    Did anyone ever tell you that those pumps were
19   found to leak?
20       A.    Found to leak?
21       Q.    Yes, sir.
22       A.    No more so than any other.
23       Q.    Well, you say "no more so than any other."  Is
24   it fair to say that Rexroth pumps have leaked in the
25   past?

                K A R A S C H   &   A S S O C I A T E S

A25

1      A.    Oh, yes.

2      Q.    Have the Rexroth pumps that you've used

3  leaked?

4      A.    After a period of years they will leak, yes.

5      Q.    And when you found them to have leaked, sir,

6  did you ascertain the causes of the leakages?

7      A.    Wear.

8      Q.    Any other causes?

9      A.    Not unless the pump is totally tearing itself

10  up would be the only other.

11      Q.    I'm sorry.  Entirely?

12      A.    Tears itself up.

13      Q.    Tears itself up.

14      A.    Disintegrates.

15      Q.    I was going to ask you.  The same thing as

16  disintegrates that you spoke about yesterday?

17      A.    Yes.

18      Q.    You spoke yesterday about disintegration.  In

19  your experience, sir, what are the various causes of

20  disintegration?

21      A.    Cavitation is the major one.  Wear.  That's

22  about it as far as I know.

23      Q.    What do you mean by wear, sir?

24      A.    Running it a period of years.

25      Q.    Well, what happens to the pump that it no

K A R A S C H  &  A S S O C I A T E S

A26

1    longer functions when it wears?

2        A.    As the components wear, there's too much

3    clearance internally in the pump and once you get too

4    much clearance, they will no longer pump.

5        Q.    I'm showing my ignorance but I don't know what

6    you mean by clearance.

7        A.    The tolerance.  Manufacturer's tolerance.

8        Q.    And you use the cavitation.  What does that

9    mean to you?

10       A.    Sucking air.

11       Q.    And you believe there's any time period by

12   which pumps have too much cavitation?  In other words,

13   have you found pumps that have too much cavitation on day

14   one?

15       A.    I don't understand.

16       Q.    Have you ever returned pumps because of too

17   much cavitation on the day after you obtained them?

18       A.    No.  Not as a pump problem, no.

19       Q.    Have you returned it for other reasons when

20   you say, "not as a pump problem"?

21       A.    I've never had to return a brand new pump.

22       Q.    Well, what's the shortest time period wherein

23   you've had to return a pump due to cavitational problems

24   other than the instant matter?

25       A.    I never had to return one for cavitation.

                K A R A S C H  &  A S S O C I A T E S

A27

24

1    Q.    Then what's the basis of your belief that
2  cavitations are a reason why Rexroth pumps have stopped
3  working properly?
4    A.    Could you ask that again?
5    Q.    Sure.  Could you read back the question
6  please.
7            (Whereupon, the court reporter read
8            back the requested portion of
9            testimony.)
10           THE WITNESS:  When you inspect a pump
11           internally, you can find signs of cavitation if
12           there was cavitation.
13  BY MR. KAPLAN:
14    Q.    What are the signs of cavitation, sir?
15    A.    There will be pockets in the port plates that
16  are blowed out.
17    Q.    Are there any other signs of cavitation?
18    A.    Not to my knowledge.
19    Q.    When you say "pockets," what do you mean by
20  pockets, sir?
21    A.    Be a hole.
22    Q.    And what is the port place?
23    A.    The plate that the pistons ride against.
24    Q.    Okay.  Now, I previously asked you who
25  selected -- I believe I had asked you who selected the

            K A R A S C H   &   A S S O C I A T E S

1    hose size, and I think you said the manufacturer?

2         A.    It's to the manufacturer's spec.

3    Specifications.

4         Q.    What were the specifications for this

5    particular project in terms of hose size?

6         A.    Two-and-a-half inch on the suction,

7    inch-and-a-quarter on the discharge.

8         Q.    Were those specifications in writing?

9         A.    In the catalog.

10        Q.    Did you give those written specifications to

11   Truck Tech?

12        A.    For the hose size, yes.

13        Q.    They were given in writing to them?

14        A.    Pardon?

15        Q.    They were given in writing to Truck Tech?

16        A.    No.

17        Q.    How did you make your desires known for those

18   particular sizes of hose, sir?

19        A.    Telephone.

20        Q.    Do you recall when that conversation occurred?

21        A.    No.

22        Q.    Do you recall who the conversation occurred

23   with?

24        A.    Sean.

25        Q.    And were you the one placing the phone call to

                    K A R A S C H   &   A S S O C I A T E S

A29

1    Sean?

2          A.    Some, I placed; and some, I think my son

3    talked to him possibly on.  We were all three probably

4    involved at different times.

5          Q.    And what son is that, sir?

6          A.    Pardon?

7          Q.    What is the name of that son?

8          A.    Delmar.

9          Q.    That's Delmar, okay.  And you said there were

10   a number of conversations regarding it.  Do you recall

11   when any of those conversations occurred?

12         A.    Not as exact date, no.

13         Q.    Do you recall the week or the month of those

14   conversations or would it just be guessing at this time?

15         A.    I'd be guessing.

16         Q.    Okay.  Let's go on then, sir.  Who selected

17   the ports on the pumps?

18         A.    The manufacturer.

19         Q.    Would they be part of the pump specifications?

20         A.    Yes.

21         Q.    Would those sizes and dimensions be given to

22   Truck Tech also?

23         A.    Only on the suction.

24         Q.    And were they given in writing or orally, sir?

25         A.    Orally.

KARASCH & ASSOCIATES

A30

1      Q.    Do you recall who received those directions?

2      A.    Sean.

3      Q.    Do you know when you received them?

4      A.    No.

5      Q.    Did the specifications that you received from

6  the manufacturer for the pumps specify the types of hoses

7  that were to be used?

8      A.    No.

9      Q.    Did it discuss the hoses at all?

10     A.    No.

11     Q.    Did the manufacturer of the pumps leave it up

12  to the designer of the system to choose his or her own

13  hoses?

14     A.    Yes.

15     Q.    As well as his or her own sizes of hoses?

16     A.    Yes.

17     Q.    And did they also leave it up to the designer

18  of the system to choose how the hoses were to be attached

19  to the system?

20     A.    Yes.   Other than the flange ports.

21     Q.    When you say, "other than the flange port,"

22  what are you referring to?  And you can use a photograph

23  to assist you if that will help you.

24     A.    Manufacturer stops right there (indicating)

25  and right there.

K A R A S C H  &  A S S O C I A T E S

A31

1          Q.    Why don't you -- you just drew a line, two

2    lines on Cathell-7.    Why don't you draw an arrow and say

3    where manufacturer stopped.    This way we'll make sure

4    that the photograph is clear, sir.

5          A.    (Witness complies.)

6          Q.    So looking at Cathell-7 where you drew the

7    line "manufacturer stopped," would the four-bolt flange

8    be above that?

9          A.    Yes.

10         Q.    So it was your choice to use the four-bolt

11   flange?

12         A.    Yes.

13         Q.    And why did you choose to use a four-bolt

14   flange as you did as shown on, I guess, two locations in

15   Cathell-7?

16         A.    That's the only thing you can put on that.

17         Q.    Does a four-bolt flange have any advantages

18   over any other systems of attachment?

19         A.    I have no idea.

20         Q.    Okay.    Are you familiar with the SAE code?

21         A.    Yes.

22         Q.    What is the SAE code, sir?

23         A.    I could not give it to you as the code itself.

24   I don't know.

25         Q.    But that is the recognized code that would you

                 K A R A S C H   &   A S S O C I A T E S

1  would follow?

2       A.    Yes.  For hoses.

3       Q.    Okay.  For hoses.  Do you have a copy of the

4  code at your premises or your office?

5       A.    I doubt it.

6       Q.    Would it be fair to say that is the code, I

7  guess, is the bible of hoses?

8       A.    Yes.  I would assume that, yes.

9       Q.    So that is what you would look at to make sure

10  that the proper type or size of the hose is being used

11  for the intended purpose?

12       A.    It would not specify any size other than the

13  hose manufacturer's.

14       Q.    What would it specify, sir?

15       A.    The grounds for manufacturers of hoses and

16  fittings to manufacturer hoses and fittings.

17            MS. BEAM:  I'm sorry.  Could you repeat

18       that, the answer.

19            (Whereupon, the court reporter read

20            back the requested portion of

21            testimony.)

22  BY MR. KAPLAN:

23       Q.    Are there any other codes that would apply to

24  the selection of hoses that you're aware of?

25       A.    Could you repeat that?

                K A R A S C H  &  A S S O C I A T E S

A33

1    Q.    Did you ever seek out the expertise of the

2  manufacturer to see if they have any suggestions as to a

3  different or better system than the one you designed?

4    A.    What manufacturer?

5    Q.    Of the hoses.

6    A.    To design the power unit?

7    Q.    Or design how their hoses were being used in

8  the power unit.

9    A.    No.

10    Q.    Did you really care who the manufacturer of

11  the hoses was?

12    A.    Not in the beginning, no.

13    Q.    You relied upon Truck Tech?

14    A.    Oh, yes.

15    Q.    Did you ever send anything in writing to Tipco

16  at any time even as of this date?

17    A.    Have I put anything in writing to them?

18    Q.    Yes.

19    A.    Yes.

20    Q.    What would that be, sir?

21    A.    I think there is a letter -- maybe I'm wrong.

22  Let me see.

23    Q.    No.   There's -- I take it back.   There's one

24  dated November 3, 2003.

25    A.    Okay.

         K A R A S C H  &  A S S O C I A T E S

A34

1    hoses should be swaged or banded as opposed to being

2    crimped?

3         A.    He said it was a suggestion from Tipco --

4    well, I don't know that he said Tipco.  Whoever was

5    making the hoses because he never told me at that time it

6    was Tipco.

7         Q.    So you understood it to be a recommendation of

8    the manufacturer of the hose that the hoses be swaged or

9    banded as opposed to crimped?

10        A.    I understood it that it was a suggestion.

11        Q.    Did you ask Mr. Swain why that was a

12   suggestion of the manufacturer?

13        A.    I didn't ask him why it was, no.

14        Q.    Did you discuss the advantages or

15   disadvantages of swaging and banding as opposed to

16   crimping --

17        A.    Yes, sir.

18        Q.    -- with Mr. Swain?

19        A.    Yes, sir.

20        Q.    And what did Mr. Swain tell you?

21        A.    Nothing.

22        Q.    Did you ask Mr. Swain if you could talk to the

23   manufacturer to discuss that recommendation of

24   Mr. Swain's?

A 35

1          Q.    Did you even consider their manufacturer's

2     suggestion that the hoses be swaged or banded as opposed

3     to crimped?

4          A.    No, sir.

5          Q.    You were simply a nonconsideration in terms of

6     your mind?

7          A.    Positively.

8          Q.    And it still is to this day?

9          A.    Yes, sir.

10         Q.    That's because you don't like hoses that are

11    swaged?

12         A.    Because they will positively leak.

13         Q.    Did you do any research to determine whether

14    hoses of this size should have been crimped versus swaged

15    or bandaged?

16         A.    Yes, sir.

17         Q.    What kind of research did you do, sir?

18         A.    I built power units.

19         Q.    I'm sorry?

20         A.    I built hydraulic power units.

21         Q.    When did you build hydraulic power units?

22         A.    I don't know the exact dates.

23         Q.    What kind of hydraulic power units did you

24    build?

25         A.    I don't.

                    K A R A S C H   &   A S S O C I A T E S

A36

1          Q.    You say you built them.  These small units,

2    these are large units?

3          A.    Large units require the same-size hoses.

4          Q.    How large unit, sir, in terms of horsepower?

5          A.    In the range of 200.  Somewheres like that.

6          Q.    And how long ago did you build these systems?

7          A.    I don't know the exact dates.

8          Q.    Well, how about do you recall the year, sir?

9          A.    Probably greater than that.

10          Q.    What do you mean, "greater than that"?

11          A.    More than a year.

12          Q.    That is be more than a year before 2003?

13          A.    Possibly, yes.

14          Q.    Would you have any documents to reflect when

15    you built those systems?

16          A.    No.

17          Q.    And on that particular occasion when you built

18    the system the hoses leaked?

19          A.    Yes.

20          Q.    And on that particular system, you had banded

21    the hoses?

22          A.    Yes.

23          Q.    And that's why you believe that no one should

24    use banded hoses?

25          A.    Due to the method of banding.

                    K A R A S C H  &  A S S O C I A T E S

A37

86

```
 1        Q.    Well, what kind of method --

 2        A.    -- you are not to use it on suction hose.

 3        Q.    What kind of method did Tipco use?

 4        A.    I have no idea.  Banding is banding.

 5        Q.    Other than on one occasion, had you ever

 6   fabricated hoses which leaked?

 7        A.    What do you mean by leaked?

 8        Q.    That had cavitations.

 9        A.    I had two units that we tried banding on two

10   separate units.  That's why I will not use banding.

11        Q.    When was that, sir?

12        A.    I don't know the exact date.

13        Q.    Is that the same incident you're just telling

14   me about?

15        A.    One of them was, yes.

16        Q.    Do you recall who the manufacturer of the --

17   well, you manufactured the hose; I'm sorry.  Do you

18   recall who the client was?

19        A.    No.  Not right now, no.

20        Q.    Do you recall any of the specifics of that

21   incident?

22        A.    Yes.  I remember they leaked.

23        Q.    Who else worked on the hoses besides yourself?

24        A.    Which ones?

25        Q.    The ones that had cavitations.
```

K A R A S C H   &   A S S O C I A T E S

A38

Don Cathell

87

1          A.    At that time, I don't know who was working for

2     me at that time.

3          Q.    But you don't recall what time that was?

4          A.    I don't remember exact dates on this unit, no,

5     sir.

6          Q.    Okay.  Let's mark this as the next exhibit.

7               (Document marked for identification as

8          Cathell-19.)

9     BY MR. KAPLAN:

10         Q.    Sir, let me show you what has been marked as

11    Exhibit-19.  Now, that's a copy of the complaint which is

12    filed in this matter; is that correct?

13         A.    Yes.

14         Q.    Have you seen this complaint before?

15         A.    Yes.

16         Q.    In paragraph 27, you mention an express

17    warrantee.  Did you ever receive any kind of warrantee

18    from Tipco, sir?

19         A.    No, sir.

20         Q.    Did you ever talk to anybody from Tipco?

21         A.    No, sir.

22         Q.    And you've never as far as you know, ordered

23    anything directly from Tipco?

24         A.    No, sir.

25         Q.    Paragraph 27, you also mention specifications

                    K A R A S C H   &   A S S O C I A T E S

A39

1    as you do in paragraph 30.  You never provided any

2    specifications to Tipco, did you?

3          A.    No, sir.

4          Q.    And it be fair to say, I meant that in terms

5    of written specifications but we'll clarify it.  You

6    never provided any written or oral specifications to any

7    representative of Tipco, did you?

8          A.    No, sir.

9          Q.    For paragraph 28, you state that Tipco didn't

10   use reasonable care in designing the hoses.  Sir, you

11   actually designed the type of hoses that would be

12   required here, didn't you?

13         A.    The size and the length.

14         Q.    So you required a hose of a particular size

15   and of a particular length of Tipco, correct?

16         A.    Yes.  Of TTI.

17         Q.    Of Truck Tech, I'm sorry.  Correct?

18         A.    Yes.

19         Q.    So there's a difference -- you agree there's a

20   difference between designing versus fabricating or

21   manufacturing, correct?

22         A.    Design versus manufacturing?

23         Q.    Well, strike the question, sir.  You were the

24   one who designed the size and length of hose that was

25   necessary for this hydraulic system, correct?

                    K A R A S C H   &   A S S O C I A T E S

A40

1    A.    Correct.

2    Q.    And then you sought a hose of a particular

3    size and length from Truck Tech, correct?

4    A.    Yes.

5    Q.    And then it was Truck Tech who sought that

6    particular size and length of hose from another entity,

7    correct?

8    A.    Correct.

9    Q.    So you were the one who actually designed the

10   size and length of hose that was necessary for this

11   hydraulic system, correct?

12   A.    Yes.

13   Q.    Just to clarify your earlier testimony.

14   You've never tested any of the hoses when you first

15   received them from Truck Tech, correct?

16   A.    No.

17   Q.    Could have but chose not to?

18   A.    I've never tested a hose prior to using it.

19   In 25 years.

20   Q.    But it's an easy -- it's easy to perform a

21   test to make sure the hose is proper, correct?

22   A.    Time-consuming but can be done.

23   Q.    I think you told me four, for the 20 hoses you

24   had, it would have taken collectively four to six hours?

25   A.    Possibly, yes.

KARASCH & ASSOCIATES

A41

1      Q.   Do you know whether Tipco knew that Don's
2   Hydraulics was the company which ordered these hoses?
3      A.   I don't know.  I do not know, no.
4      Q.   You have no reason to believe that Tipco knew
5   that you were the entity which ordered the hoses from
6   Truck Tech, correct?
7      A.   That's correct.
8      Q.   When you initially ordered the hose from Truck
9   Tech, did they tell you that they had the ability to
10  fabricate or manufacture the hose that you desired?
11     A.   In the beginning, it was my understanding they
12  could.
13     Q.   Did they advise you that they could?
14     A.   In the beginning, yes.
15     Q.   Do you recall when you first learned that they
16  would not be manufacturing the hose that you desired?
17     A.   When we had a problem.
18     Q.   Is that the first time it came up?
19     A.   Pardon?
20     Q.   Is that the first time it came up?
21     A.   No.  Sean had been at the shop many times.
22  He's there almost every week.
23     Q.   But was that the first time that Sean told you
24  that they didn't manufacture or fabricate the hoses?
25     A.   Yes.  As far as I can recall, yes.

            K A R A S C H   &   A S S O C I A T E S

A42

1      Q.    So up until there was a problem with any of

2    the hoses, you were always under the impression that it

3    was Truck Tech that was fabricating the hoses for you?

4      A.    Yes.

5           MS. BEAM:   Objection to form.

6    BY MR. KAPLAN:

7      Q.    Did you ever ask Sean Swain or any other

8    employee of Truck Tech whether in their professional

9    opinion you were using the correct size hose for the

10   intended application?

11     A.    No.

12     Q.    But you did testify that Sean Swain advised

13   you that it was the recommendation of the manufacturer

14   that the hoses be swaged or branded (sic) as opposed to

15   crimped?

16     A.    As other options, yes.

17     Q.    You think it was just as an option as opposed

18   to a flat out this is an incorrect usage of it?

19     A.    Correct.

20          MR. KAPLAN:   I have no further questions.

21          Look at my notes but I'm assuming other people have

22          questions.

23          MR. SNELL:   Does anyone need a break?   I

24          shouldn't be very long.

25          MS. RODGERS:   I vote we run through it.

            K A R A S C H  &  A S S O C I A T E S

1        Now, my question to you is what were you relying

2   upon the personnel of Truck Tech for in this ordering

3   process?

4        A.    To deliver the hoses on time.

5        Q.    Okay.  So you were not really looking to Sean

6   Swain as someone who had a superior knowledge or

7   technical ability above you in assembling hoses, were

8   you?

9        A.    No.

10        Q.    Okay.  Changing gears on you again.  When

11   Mr. Kaplan was asking questions about welding the

12   reservoir that's depicted in I guess exhibit number four.

13   Here let's use this one.  (Indicating.)  And he's talking

14   about well, how come you couldn't get in and clean it and

15   you said well, there's something inside of there that's

16   blocking entry.  You can't crawl into it once it's put

17   together; is that correct?

18        A.    There are baffles internally, yes.

19        Q.    Okay.  And the other hydraulic units that you

20   routinely build that are 200 horsepower or less, how do

21   they compare in size, the reservoirs, to the reservoir

22   that is depicted in exhibit number four?

23        A.    In proportion I guess is the best way to.

24        Q.    Okay.  So --

25        A.    -- depending on the volume you're pumping.

                 K A R A S C H   &   A S S O C I A T E S

A44