# EXHIBIT 7

DON CATHELL
May 26, 2005

Page 45

1  A.  No.
2  Q.  All right.  When would you have first
3  contacted Truck Tech or TTI regarding a proposal for the
4  hoses for this particular project?
5  A.  Probably with the first proposal I imagine.  I
6  don't recall for sure.
7  Q.  Okay.  With the first proposal which means
8  when?
9  A.  Dated December 4, 2002.
10  Q.  Okay.  Now, is that something that would have
11  been in writing between Don's Hydraulics and TTI?
12  A.  No.
13  Q.  Is this done over the phone?
14  A.  Verbally, over the phone.
15      MS. RODGERS:  Remember to let her finish so
16  it looks pretty on the record.
17  BY MS. BEAM:
18  Q.  So then in May of 2003 when you got the
19  purchase order from Fieldale Farms, would you have called
20  your vendors back again and say okay.  I need another
21  proposal or do you use the old proposal that they gave
22  you back in December?
23  A.  A new proposal.
24  Q.  So would that same hold true with Truck Tech,
25  would you have called them after May 5th and gotten

Page 46

1  another proposal for the hoses for this project?
2  A.  I don't recall.
3  Q.  There's an indication in answers to discovery,
4  and at the moment I can't remember whose answer it was,
5  but there was an indication that you had placed an order
6  for 20 hoses with TTI somewhere around August 7, 2003;
7  does that sound correct?
8  A.  Not an order, no.
9  Q.  Okay.  When did you place an order with TTI
10  for any hoses for this particular project?
11  A.  It would have been after May 5, 2003.
12  Q.  Why is it that you're so sure that August 7,
13  2003 isn't the date that you placed the order?
14  A.  Oh, I'm sorry.  You said August --
15  Q.  Yes, sir.
16  A.  -- 2003?
17  Q.  Um-hmm.
18  A.  That may have been.  I'm not sure just when we
19  did order them.  I thought you said 2002.
20  Q.  Oh, okay.  Did you provide the specifications
21  for the 20 hoses that you ordered from TTI?
22  A.  Yes.
23  Q.  What were those specifications?
24  A.  Two-and-a-half inch I.D. hose for suction with
25  male, two-and-a-half inch male pipe thread on one end,

Page 47

1  and two-and-a-half inch female JIC on the opposite end.
2  Q.  And how is it that you would have come up with
3  those specifications for these hoses?
4  A.  The manufacturer of the pump has a designated
5  port size and that's what you have to accommodate.
6  Q.  Okay.  So the designated port size from the
7  manufacturer would you tell you the diameter of the hose;
8  correct?
9  A.  Yes.
10  Q.  All right.  Now, I'm assuming there's some
11  other terms of art in here that you used when you were
12  describing the specifications of the hose; am I correct?
13  A.  Some other what now?
14  Q.  Terms of art with a bail two-and-a-half inch
15  male end I think you had said; is that right?
16  A.  Two-and-a-half inch male pipe.
17  Q.  Male, okay.  M-A-L-E?
18  A.  Yes.
19  Q.  All right.  So other than lining up to the
20  hose diameter with the pump manufacturer's port
21  designation and indicating that you needed a male and a
22  female end so that they could get screwed together; is
23  that the purpose of that?
24  A.  That's correct.
25  Q.  All right.  Were there any other

Page 48

1  specifications that you gave TTI in regards to this hose
2  order?
3  A.  Yes.
4  Q.  And what were those, sir?
5  A.  They had to be crimped ends on the hose.
6  Q.  Crimped and?
7  A.  On the hose.
8  Q.  Crimped ends on the hose, okay.  I'm sorry.
9  A.  Yes.
10  Q.  When you placed the order with TTI, were you
11  aware at that point that TTI didn't assemble hoses that
12  were more than two inches in diameter?
13  A.  No.
14  Q.  I have in front of me responses of Plaintiff,
15  Don's Hydraulics, Inc., to Defendant Colony Insurance
16  Company's interrogatories.  And I'm going to first hand
17  these over to you and ask you if you've ever seen this
18  document or had any input into the responses to the
19  interrogatories?
20  A.  (Witness complies.)  Yes.
21  Q.  Okay.  So you did have input into these
22  responses, correct?
23  A.  Yes.
24  Q.  All right.  This is a copy for you to look at,
25  sir.  In response to interrogatory number two, if you

12 (Pages 45 to 48)

DON CATHELL
May 26, 2005

## Page 109

1  Q.  Okay.
2  A.  I don't remember his last name right now.
3  Q.  How about the general manager, do you remember
4  his name?
5  A.  Claude Sullens.
6  Q.  Claude S --
7  A.  -- S-U-L-L-E-N-S.  Martin.  That's that kid's
8  last name.  I'm sorry.
9  Q.  Okay.  Thank you.  In your next sentence under
10  September 16th, "This step decreased the rate of pump
11  loss enough that we were able to maintain partial
12  production by shutting down some lines and sending the
13  employees home."
14     At this point, were the other eight units still
15  running?
16  A.  Yes.
17  Q.  All right.  Maybe I'm confused, but when the
18  two units out of the ten had failed, the other eight
19  units were still running, correct?
20  A.  Yes.
21  Q.  All right.  So you sent the two units, pumps
22  back off to Livingston Haven for them to check it out,
23  right?
24  A.  Yes.
25  Q.  The other eight units were still running?

## Page 110

1  A.  Yes.
2  Q.  Okay.  Was it because you needed all ten units
3  to provide enough power that you weren't getting the job
4  done?
5  A.  As the pump's starting to fail, the pressure
6  starts dropping, and if the pressure dropped, I had to
7  increase more pumps while I'm running until I had
8  everything running that was left to run.  And it kept
9  dropping.
10  Q.  So the eight units that were left running, the
11  eight pumps that were left --
12  A.  Yes.
13  Q.  -- were the 16 pumps that were left, were
14  losing pressure --
15  A.  Yes.
16  Q.  -- as this process is going on?
17  A.  Yes.
18  Q.  All right.  And how is it that you can tell
19  that they're losing pressure as the process goes on?
20  A.  Reading the gauge.
21  Q.  Okay.  So what happened after you taped up the
22  ends of the hoses with the elastic tape?
23  A.  It increased.  Gave us enough time to get
24  through the weekend so we could change the pumps out
25  without having to shut the plant down entirely.

## Page 111

1  Q.  Okay.  Your next line reads, "By Friday
2  evening, had finalized all arrangements to have 20 new
3  suction hoses and 20 new pumps flown in"; is that
4  correct?
5  A.  Yes.
6  Q.  All right.  So Wednesday and Thursday the
7  plant was running on the eight units that you had
8  provided?
9  A.  Yes.
10  Q.  The 20 new pumps came from where, sir?
11  A.  Bensalem, Pennsylvania.  I mean, I'm sorry.
12  Bethlehem, Pennsylvania.
13  Q.  Is that where Livingston Haven is?
14  A.  No.
15  Q.  Who did you get --
16  A.  -- Rexroth.  They went through Livingston
17  Haven but they're Rexroth's warehouse is in Pennsylvania.
18  Q.  Okay.  So you got new Rexroth pumps but they
19  came through Livingston Haven?
20  A.  They are the distributor.
21  Q.  I see, okay.  At that point, what made you
22  think you needed all new pumps?
23  A.  Majority of them had failed.
24  Q.  When had that happened?
25  A.  Continuously from Monday.

## Page 112

1  Q.  And Livingston Haven had rebuilt the two pumps
2  that you had sent them initially?
3  A.  (Nods head.)
4  Q.  Did they ever send those rebuilt pumps back to
5  you?
6  A.  Yes.
7  Q.  All right.  So then you only needed eight more
8  new pumps; is that correct?
9  A.  (Shakes head.)
10  Q.  No?  How come?
11  A.  We destroyed them too.
12  Q.  Okay.  Where did you get the new suction hoses
13  from?
14  A.  They were manufactured in Texas and shipped to
15  me next-day air.
16  Q.  How did you find the company to order the
17  hoses through?
18  A.  From Rob's Hydraulics.
19  Q.  And had you had a prior relationship with
20  Rob's Hydraulics?
21  A.  My son-in-law.
22  Q.  Rob's your son-in-law?
23  A.  (Nods head.)
24  Q.  Is that yes?
25  A.  He bought the business from me.

28 (Pages 109 to 112)

DON CATHELL
May 26, 2005

| Page 113 |
| --- |

1    Q.   Okay.  Now, you lost me.  Where is Rob's
2  Hydraulics located?
3    A.   Grimsland, North Carolina.
4    Q.   At one point you had owned Rob's Hydraulics?
5    A.   Well, it was Don's at the time I owned it.
6    Q.   Okay.  How long ago did Don's Hydraulics in
7  North Carolina become Rob's Hydraulics?
8    A.   1990.
9    Q.   So did you have more than one location where
10  Don's Hydraulics operated in 1990?  In other words, did
11  you have a shop in North Carolina and a shop up here?
12    A.   Yes.
13    Q.   Did you have more than those two shops of
14  Don's Hydraulics at any time during your career?
15    A.   No.
16    Q.   All right.  So what's your son-in-law's name?
17    A.   Rob.
18    Q.   I got that part.
19    A.   Lynch.
20    Q.   Lynch, okay.  So when you were looking for a
21  hose distributor when you ran into this problem in
22  Georgia, you called your son-in-law?
23    A.   Yes.
24    Q.   And he gave you the name of somebody that he
25  uses?

| Page 114 |
| --- |

1    A.   He took care of it for me.
2    Q.   He ordered them for you?
3    A.   He ordered it for me.
4    Q.   Are these hoses that he produced or assembled
5  himself?
6    A.   No.  He can't do it either.
7    Q.   All right.  So his shop doesn't have the
8  ability to assemble hoses that are greater in two inches
9  in diameter either?
10    A.   Correct.
11    Q.   Okay.  The invoices for these new pumps, these
12  new Rexroth pumps that you had to order, do you have that
13  documentation in your --
14    A.   -- no.
15    Q.   Do you have that documentation, the invoices
16  for the new pumps somewhere in your company?
17    A.   Yes.
18    Q.   Okay.  And do you have the invoices for the
19  new hoses that your son-in-law procured through Rob's
20  Hydraulics?
21    A.   Yes.
22    Q.   All right.  Again, I'm going to ask that you
23  have somebody look for them and provide them to your
24  counsel please.  Okay.
25    A.   I thought the one for the pumps was in there.

| Page 115 |
| --- |

1    Q.   I'll look again.  It may be.  I don't recall
2  seeing it.  The next entry indicates, again, "I had also
3  contacted COT-Puritech to clean the oil in the system and
4  the reservoir."  All right.  What is COT-Puritech?
5    A.   A company that's specializes in pumping the
6  oil out, filtering it to factory specs or beyond, and
7  pump it back in as clean oil.  And they go in and they
8  clean the reservoir out.  All the fine metal and all from
9  these pumps had to be cleaned out.
10    Q.   Okay.  So this company COT-Puritech would come
11  in and you said clean the reservoir, and when I'd asked
12  you before, you said this whole thing is the reservoir
13  but it's actually this top -- (indicating)
14    A.   Yes.
15    Q.   -- steel colored unit?
16    A.   Tank part of it.
17    Q.   Tank?  All right.  So it's the tank that this
18  Puritech would have cleaned out, correct?
19    A.   Yes.
20    Q.   All right.  And you said they pump the fuel
21  out and filtered it or cleaned it or whatever; is that
22  correct?
23    A.   Yes.
24    Q.   All right.  And that's to save from having to
25  replace the fuel?

| Page 116 |
| --- |

1    A.   So you didn't have to buy new hydraulic oil
2  and pay for getting rid of the contaminated oil.
3    Q.   Okay.  And I'm correct that COT-Puritech had
4  billed you for their services, correct?
5    A.   They billed Fieldale.
6    Q.   They billed Fieldale, okay.  So at this point,
7  you're past your deadline for having this unit up and
8  running, correct, by what would that be?  Wednesday,
9  Thursday, Friday, three days, September 19th?
10    A.   We should have been operating full capacity
11  from Monday.
12    Q.   Okay.
13    A.   But we could not.
14    Q.   Under entry "H," you indicate that you had
15  three additional people from Rob's Hydraulics come in to
16  give you a total of six men.  What did you need the
17  additional people from Rob's Hydraulics to do?
18    A.   We had from Sunday night until Monday morning
19  to change out 20 pumps, 20 hoses, put the oil back in the
20  system, start it up, and set it.
21    Q.   Okay.  And the invoice for the time for these
22  three men from Rob's Hydraulics, was that billed to
23  Fieldale?
24    A.   No, it was billed to me.
25    Q.   All right.  Did one of those three men include

29 (Pages 113 to 116)

DON CATHELL
May 26, 2005

**Page 145**

1    A. He did. I don't recall exactly when, but I
2  know he did tell me.
3    Q. Okay. He did tell you that they had been
4  tested?
5    A. Yes.
6    Q. I'm trying to think of what's the best way to
7  do this. I guess let's mark this as the next one please.
8      (Document marked for identification as
9    Cathell-15.)
10 BY MS. BEAM:
11   Q. Sir, I'm going to hand you a two-page document
12 that's been marked as exhibit number 15. And on its top
13 it says, "Don's Hydraulics, Inc." And it has dates and
14 expenses listed. I'm going to ask you to take a look at
15 that please.
16   A. (Witness complies.)
17   Q. Have you ever seen that document before?
18   A. Yes.
19   Q. All right. And who caused that document to be
20 compiled or produced?
21   A. I did.
22   Q. All right. And when did you cause that
23 document to be compiled or produced?
24   A. After I returned to from Georgia.
25   Q. Okay. What is represented on this two-page

**Page 146**

1  document?
2    A. Cost involved. Motel, meals, phone, travel,
3  labor. Changing out the pumps, and getting the unit
4  going again.
5    Q. Okay. The first page and it looks like half
6  of the second page have to do with labor and travel
7  expenses; is that correct?
8    A. Yes.
9    Q. All right. And is it your contention that
10 these expenses are over and above what was included in
11 the original proposal which included manpower to
12 supervise the start-up?
13   A. Yes.
14   Q. And is it your testimony that it cost Don's
15 Hydraulics $1,000 per man per day to have your employees
16 down on-site longer than was anticipated?
17   A. Yes.
18   Q. And do you -- does Don's Hydraulics have
19 documentation to that effect?
20   A. Just this one. (Indicating.)
21   Q. For example, who does the payroll for Don's
22 Hydraulics?
23   A. Anna Lee Cathell or Thompson.
24   Q. Is that your daughter?
25   A. Ex-wife.

**Page 147**

1    Q. Ex-wife? Your ex-wife does your payroll?
2    A. Keep it all in the family.
3    Q. Okie, dokie.
4      MR. KAPLAN: Is she doing it next month
5    too? For the record, somebody's getting remarried
6    next month.
7  BY MS. BEAM:
8    Q. And is Ms. Thompson an employee of Don's
9  Hydraulics?
10   A. Yes.
11   Q. So she's one of the three women that do the
12 office work for you?
13   A. Yes.
14   Q. All right. Is the payroll documented in some
15 way?
16   A. Yes.
17   Q. All right. And those documents would still be
18 available to you?
19   A. Not for this because this ain't been paid.
20   Q. Okay. Do your employees generally get paid
21 $1,000 per day?
22   A. That is what I charge per day at this time was
23 $1,000 a day away from the shop.
24   Q. I understand that's what you would charge a
25 customer. My question is do your employees get paid

**Page 148**

1  $1,000 per day for work that they do for Don's
2  Hydraulics?
3    A. No.
4    Q. For example, Al Collins back in August of
5  2003, how much did Mr. Collins receive in salary from
6  Don's Hydraulics for a day's work?
7    A. I don't have that recollection.
8    Q. Is that the type of record that your payroll
9  employee would have access to?
10   A. Yes.
11   Q. Is it safe to say that Mr. Collins would have
12 been paid substantially less than $1,000 a day back in
13 September 2003?
14   A. I think it was 700 or 750; I'm not sure.
15   Q. How about Greg Knowles, do you know how much
16 he was getting paid a day in wages by Don's Hydraulics
17 back in September 2003?
18   A. It would have been the same as Al Collins.
19   Q. Okay. What was 60 miles of travel for you and
20 your employees every day for?
21   A. Motel to the plant and back.
22   Q. And what was in Charlotte, North Carolina that
23 you had to travel to?
24   A. Livingston Haven.
25   Q. So you or one of your men actually took the

37 (Pages 145 to 148)

DON CATHELL
May 26, 2005

**Page 149**

1 pumps back to North Carolina?
2    A.  Yes.
3    Q.  Okay.  Who was it; do you recall?  That took
4 the pumps back to North Carolina?
5    A.  Greg Knowles.
6    Q.  Okay.  The next entry for 20 hydraulic pumps.
7 Were the pumps replaced twice?
8    A.  No.
9    Q.  Okay.  On the proposal, you have ten pumps.
10 Ten tandem Rexroth variable volume pumps; is that
11 correct?
12    A.  Yes.
13    Q.  So you needed ten pumps for the project; is
14 that correct?
15    A.  Ten tandem.
16    Q.  Ten tandem.  So a tandem pump is actually two
17 pumps?
18    A.  Yes.
19    Q.  All right.  So when it says 20 hydraulic
20 pumps, that's the same thing as saying ten tandem pumps?
21    A.  Yes.
22    Q.  Okay.  And am I reading this correctly that
23 you paid for hydraulic pumps on your what; business
24 MasterCard?
25    A.  Personal.

**Page 150**

1    Q.  Personal MasterCard, all right.  So according
2 to this exhibit, that would bring your MasterCard
3 payments up to the neighborhood of $36,000; does that
4 sound about right according to this exhibit?
5    A.  Yes.
6    Q.  Okay.
7    A.  Plus interest.
8    Q.  I understand that.  What was paid for on your
9 MasterCard specifically?
10    A.  Pardon?
11    Q.  What is it that you paid the $36,000 for?
12    A.  Twenty pumps.
13    Q.  How did the remainder of the $51,429.02 get
14 paid then?
15    A.  I borrowed the money in January to finish
16 paying it.
17    Q.  Okay.  So they gave you the pumps on the
18 $36,000, what down payment; is that the arrangement?
19    A.  They were going to run the card again the next
20 day for the balance but that filled it up.
21    Q.  Oh, I see.  Okay.  And then at the very bottom
22 of the second page, I think you had touched on this
23 before when we were talking about inspection of the
24 pumps --
25    A.  Yes.

**Page 151**

1    Q.  -- in Georgia.  And the date on there is
2 10/31/03.  Is that the first time, 10/31/03, that you
3 personally would have inspected the pumps after they had
4 failed when you tried to start up this project in
5 September of 2003?
6    A.  Yes.
7    Q.  So this five days at $1,000, that includes
8 your travel time by car, correct?
9    A.  Yes.
10    Q.  How much time did you actually spend at the
11 inspection meeting in Georgia for the pumps?
12    A.  One day.
13    Q.  Okay.  And what was the purpose of that pump
14 inspection meeting?
15    A.  Try to verify the problem.  Why they failed.
16    Q.  Okay.  Who met with you in Georgia for this
17 pump inspection meeting?
18    A.  Livingston Haven and Rexroth.
19    Q.  Okay.  So representatives from those two
20 companies?
21    A.  Yes.
22    Q.  Do you have any recollection of who those
23 representatives were at this time?
24    A.  I don't have their names, no.
25    Q.  Is there any kind of documentation that was

**Page 152**

1 produced pursuant to that meeting?
2    A.  No.
3    Q.  No letters were exchanged afterwards or
4 anything like that?
5    A.  No.
6    Q.  I think you had indicated in earlier testimony
7 that after this meeting in Georgia for the pump
8 inspection on October 31, 2003, you had given permission
9 to Fieldale Farms to send you the pumps back; is that
10 right?
11    A.  Yes.
12    Q.  Was that done in writing or over the phone?
13    A.  Phone.
14    Q.  When you had this document that's been marked
15 as Exhibit-15 compiled, it was your intention to have
16 this billed to whom as far as the manpower expenses are
17 concerned?
18    A.  The insurance company.
19    Q.  Okay.  The insurance company meaning --
20    A.  Colony.
21    Q.  -- your carrier, Colony; is that correct?
22    A.  Yes.
23    Q.  Okay.
24       (Document marked for identification as
25 Cathell-16.)

38 (Pages 149 to 152)

DON CATHELL
May 26, 2005

## Page 153

1 BY MS. BEAM:
2    Q.  Sir, I've had marked as exhibit number 16 a
3 letter from your counsel, Mr. Tighe to Ms. Lackovitch of
4 Argonaut Group, and it's dated March 5, 2004. It was
5 produced by your counsel in response to request for
6 production. I'm going to ask you if you've ever had
7 occasion to see that document before?
8    A.  Yes.
9    Q.  Okay. I'm just trying to get a handle on your
10 damages claim at this point, okay. Let me see this for a
11 second.
12    A.  (Witness complies.)
13    Q.  This is March 5, 2004, okay. I'm really just
14 skipping to the second to the last paragraph regarding
15 outstanding expenses. He references outstanding expenses
16 in the amount of $92,000 and change for repairs expenses
17 that you had incurred; is that correct?
18    A.  Yes.
19    Q.  All right. Are those the expenses that you
20 had enumerated on exhibit number 15 that he's referring
21 to as your outstanding expenses --
22    A.  Yes.
23    Q.  -- related to repairs?
24    A.  Yes.
25    Q.  Are there any other expenses that are not

## Page 154

1 listed on exhibit number 15 that would be included in
2 that $92,168 figure?
3    A.  There a Fieldale invoice.
4    Q.  That's attached to this next letter, okay. So
5 you believe there might be some other items involved in
6 that. Let me just -- we'll come back to that in one
7 second, okay.
8    A.  Okay.
9    Q.  He's also referencing this invoice from
10 Livingston and Haven for replacement of the defective
11 pumps in the amount of $15,357.74.
12    A.  92,000 I believe is these two (indicating)
13 which includes the 15,000 and 84,000 is the Fieldale
14 invoice.
15    Q.  Let's have this marked. This Fieldale invoice
16 was already part of the exhibit that was the report of
17 Mr. Blackman, correct? Exhibit number ten.
18    A.  (No response.)
19    Q.  Here we go. This is the last page of exhibit
20 number ten and it says, "Fieldale Farms invoice." Is
21 that the invoice that you're referring to?
22    A.  Yes.
23    Q.  Where does the $84,000 figure come from since
24 the invoice is for over a $100,000?
25    A.  The 16,000-and-odd dollars has been paid by

## Page 155

1 Colony.
2    Q.  Okay.
3    A.  Directly to Fieldale.
4    Q.  I see. So the outstanding invoice from
5 Fieldale then is --
6    A.  -- the 100 less the 16.
7    Q.  Gotcha. Did you ever have occasion to discuss
8 with anyone at Fieldale this invoice?
9    A.  Yes.
10    Q.  Okay. Can you explain to me what the invoice
11 is for then? I can barely read my copy.
12    A.  The labor the plant furnished which was the
13 maintenance personnel assisting us on changing out the
14 pumps, filtering the oil, and all the work that was done.
15 The first two numbers as far as for their labor.
16       I'm not sure what the additional labor expense
17 is. The next three numbers is lost production due to the
18 fact we had to shut some lines down and send employees
19 home, so they lost production time and sales.
20       Freight expense was the air freight to ship
21 the pumps in. The filters was filters or no. That's the
22 filtering expense, 16. And the last item, the filter
23 expense was filters they purchased to change out the
24 filters on the equipment after the oil was filtered, so
25 we started up with clean filters on all the equipment.

## Page 156

1    Q.  Do you recall with whom at Fieldale Farms you
2 discussed their specific charges that are included on
3 this invoice?
4    A.  Yes.
5    Q.  Who did you discuss that with?
6    A.  Claude Owens or Claude Sullens.
7    Q.  Okay. He was the general manager?
8    A.  Yes.
9    Q.  The week after that initial weekend when you
10 tried to get the hydraulic unit up and running down at
11 Fieldale Farms, there were maintenance personnel that
12 worked for Fieldale Farms assisting you?
13    A.  Yes.
14    Q.  How many maintenance employees of Fieldale
15 Farms were assisting you during that week?
16    A.  I don't recall how many.
17    Q.  Was there more than one?
18    A.  Yes.
19    Q.  Was there more than ten?
20    A.  I don't really know.
21    Q.  Okay. What hours were you working at Fieldale
22 Farms during that subsequent week to try and get this
23 unit up and running?
24    A.  About 16 hours a day or more.
25    Q.  Were there maintenance personnel at Fieldale

39 (Pages 153 to 156)

DON CATHELL
May 26, 2005

Page 157

1  Farms assisting you for those entire 16-hour shifts?
2      A.  Oh, yes.
3      Q.  For how many days or weeks were you working
4  the 16-hour shifts accompanied or assisted by Fieldale
5  Farms maintenance employees?
6      A.  Eight to ten days at least.
7      Q.  What were these maintenance employees that
8  were employees of Fieldale Farms doing to assist you
9  during all those hours?
10      A.  Carrying pumps. Hooking up hoses. Whatever
11  we had to do as far as changing the pumps out and getting
12  oil back in.
13      Q.  Okay. I thought that's what you brought the
14  three guys down from Rob's Hydraulics to help you do:
15  Change the pumps out, right?
16      A.  They were also.
17      Q.  Okay. Is that a specialized kind of job:
18  Changing out these pumps on these hydraulic units?
19      A.  Not specialized really, no.
20      Q.  So how many men did you have working with you
21  at one time to switch out these pumps for the new pumps?
22      A.  Six plus.
23      Q.  Okay. And it took -- is it your testimony
24  that it took six-plus men eight to ten days working
25  16-hour shifts to switch out eight pumps?

Page 158

1      A.  No, not the actual change-out, no.
2      Q.  Okay. What in addition to the actual change-
3  out did the maintenance personnel that worked at Fieldale
4  Farms have to help you do?
5      A.  Carrying the pumps by hand. Put the pumps on
6  by hand.
7      Q.  Isn't that all part of the actual change-out
8  of the pumps?
9      A.  Yes. They were helping.
10      Q.  Okay.
11      A.  Putting down Sta-Dry to clean up the oil on
12  the floor. Changing out hoses. Putting on hoses.
13      Q.  I'm just trying to get a handle on what could
14  have been $50,000 worth of labor that was provided by
15  Fieldale Farms maintenance personnel in helping you to
16  switch out these eight pumps.
17      A.  That was for the entire two weeks we were down
18  there. They assisted us for everything we did.
19      Q.  Okay. Mark this.
20          (Document marked for identification as
21  Cathell-17.)
22  BY MS. BEAM:
23      Q.  Sir, exhibit number 17 is a three-page
24  document. It is a two-page typewritten letter from your
25  counsel, Mr. Tighe dated March 24, 2004 to Rob Lyons of

Page 159

1  Tipco and James Biggs of Truck Tech. And the third page
2  is a handwritten computation it looks like of expenses
3  that was attached to this letter when I received it as a
4  production by your counsel.
5          Have you seen any of those three pages of that
6  document before?
7      A.  Yes.
8      Q.  Okay. You're looking at the third page of
9  Exhibit-17 right now. Is that your handwriting?
10      A.  No.
11      Q.  Do you know whose handwriting that is?
12      A.  No.
13      Q.  Okay. Do you know where those computations
14  came from?
15      A.  Hmm.
16      Q.  Not really?
17      A.  Yes.
18      Q.  Okay. Where did those computations come from?
19      A.  From the two invoices Don's Hydraulics and
20  Fieldale.
21      Q.  Okay. On page two of the letter dated March
22  24, 2004, your counsel has indicated that the total
23  damages suffered by Don's Hydraulics is in the amount of
24  $191,704.16 exclusive of interest. Did I read that
25  correctly?

Page 160

1      A.  Yes.
2      Q.  All right. Is that your understanding of the
3  total damages that are being claimed by Don's Hydraulics
4  in this matter?
5      A.  Yes.
6      Q.  Okay. Of that total amount, $84,177.90 is the
7  balance remaining on this Fieldale Farms invoice that we
8  were just discussing, correct?
9      A.  I would assume, yes. Without figuring it out.
10      Q.  Okay. And assuming that your counsel or
11  someone in his office did the arithmetic correctly, the
12  $92,168.52 is the amount of damages that you had totaled
13  up on exhibit number 15 which had your manpower,
14  additional expenses and the pump and your subsequent trip
15  for the pump inspection?
16      A.  Yes.
17      Q.  Okay. Were you provided any additional
18  documentation regarding the expenses that Fieldale Farms
19  alleges that it incurred and that had been supplied on
20  this invoice?
21      A.  No.
22      Q.  So your knowledge regarding the amounts on
23  this invoice come from this invoice and the discussion
24  that you had with Mr. Sullens?
25      A.  Yes.

40 (Pages 157 to 160)

DON CATHELL
May 26, 2005

**Page 161**

1    Q.  All right.  And to your knowledge, the
2  remainder of this invoice other than the 16,000 and some
3  that was paid to Puritech is still pending?
4    A.  Yes.
5    Q.  All right.  You or someone at Don's Hydraulics
6  however does have some kind of backup documentation to
7  verify the damages that total $92,000-and-some-odd cents
8  that are contained in exhibit number 15; is that correct?
9    A.  I have documentation for the meals and the
10 motels.
11   Q.  Okay.  Do you have documentation of the
12 invoices for the 20 hydraulic pumps that you purchased?
13   A.  I'm sure I do.
14   Q.  Okay.
15   A.  It'd be invoiced to Rob's though, not to me
16 because they had to go through him.
17   Q.  Was that invoice paid by either Don's
18 Hydraulics or Rob's Hydraulics?
19   A.  It was paid from us, from Don's Hydraulics to
20 Rob's Hydraulics to Livingston Haven.
21   Q.  So the invoices or documentation of that would
22 be at Rob's Hydraulics?
23   A.  Yes.
24   Q.  And do you know the address of Rob's
25 Hydraulics or can you?

**Page 162**

1    A.  No, I'm not --
2    Q.  Can you give that information --
3    A.  -- not by memory.
4    Q.  -- can you give that information to your
5  counsel for us?
6    A.  Yes.
7    Q.  And as far as payroll expenses for your
8  employees in August and September of 2003, is that
9  information that would be available to your payroll
10 person that works at Don's Hydraulics; is that correct?
11   A.  Yes.
12   Q.  Okay.  Again, I would ask that you ask your
13 employee to look that information up for you and have
14 that printed out in some form and provide that to your
15 counsel please.
16   A.  (Nods head.)
17       MS. BEAM:  And with that, gentlemen, I
18 believe that's all I have and given that it's 4:25
19 and we need to stop at 4:30, this may be as good a
20 place to stop as any; do you agree?
21       MR. KAPLAN:  That's fine.
22       (Witness excused.)
23       (Deposition adjourned at 4:25 p.m.)
24           - - -
25

**Page 163**

CERTIFICATE

I, Joanne H. Gusler, a Notary Public and
Registered Professional Reporter, do hereby
state that prior to the commencement of the
examination,
        DON CATHELL
was duly sworn by me to testify to the truth,
the whole truth and nothing but the truth.
    I do further state that the foregoing is a true
and accurate transcript of the testimony as
taken stenographically by and before me at the
time, place and on the date hereinbefore set
forth.
    I do further state that I am neither a
relative nor employee nor attorney nor counsel
of any of the parties to this action, and that I
am neither a relative nor employee of such
attorney or counsel and that I am not
financially interested in this action.


        Joanne H. Gusler
        Notary Public, State of
        Delaware
        Cert# 190-RPR
        Exp. 1/31/08

41 (Pages 161 to 163)

DON CATHELL
May 27, 2005

## Page 97

1  Cot-Puritech?
2      A.  Yes.
3      Q.  What was that service for; do you recall?
4      A.  They came in and pumped the oil out filtering
5  it until it met specifications of the manufacturer of the
6  oil.  Cleaned internally in the tank part of the
7  reservoir.
8          Closed it back up.  Cleaned all the suction
9  screens before they closed it; got ahead of myself.  And
10  pumped the oil back into the unit and turned it over to
11  us.
12      Q.  Do you know what the $40,000 under the
13  additional labor expense represents?
14      A.  I assume it was the labor that assisted us
15  during the time that we had the problems.  I do not know
16  that to be exact fact.
17      Q.  Now, I believe you stated yesterday that there
18  were employees from Fieldale Farms which assisted you for
19  the full two-week period; am I correct?
20      A.  Yes.
21      Q.  So their employees were assisting you prior to
22  the problems you had with the pumps; is that correct?
23      A.  Yes.
24      Q.  And they continued to assist you after the
25  problem with the pumps?

## Page 98

1      A.  Yes.
2      Q.  How about the section titled, "Additional
3  overhead expenses" and that total is $40,995; do you know
4  what that figure represents?
5      A.  That is loss of production, production pounds
6  in chicken they could not produce due to the failure of
7  the pumps.
8      Q.  Now, how do you know that?
9      A.  I was associated with the poultry business for
10  the last 30 some years.
11      Q.  So just based on your past experience --
12      A.  Yes.
13      Q.  -- in the business?  Have you had any
14  conversations with any individuals from Fieldale Farms
15  that would lead you to believe that this amount
16  represents what you just stated?
17      A.  I'm not clear on what you're asking.
18      Q.  Okay.  You just stated that this $40,995
19  represents the loss of production to Fieldale Farms?
20      A.  Yes.
21      Q.  As a result of the plant being shut down for
22  the repairs?
23      A.  Unh-unh.
24      Q.  Is that correct?
25      A.  Not shut down for repairs, no.  We did not

## Page 99

1  shut it down entirely.
2      Q.  Okay.
3      A.  We had lost production because I think there
4  is six lines in that plant and we could only run maybe
5  four.
6      Q.  Okay.
7      A.  I don't remember exactly.  So they had sent
8  people home.  So then they had to run all night where
9  they were possible to run two shifts, they ran three
10  shifts to try to keep up.
11      Q.  So it's your belief that this $40,995
12  represents the loss to Fieldale Farms as a result of the
13  cutback in the production?
14      A.  Yes, yes.  That's correct.
15      Q.  Have you had any conversations with any
16  individual from Fieldale Farms to support your theory?
17      A.  Yes.
18      Q.  And who was that conversation with?
19      A.  That would be Tom Hinsley, Egbert Martin,
20  Claude Sullens, and I think that's it.
21      Q.  I'm sorry.  What was Claude's last name?
22      A.  Claude Sullens, S-U-L-L-E-N-S.
23      Q.  Okay.  And these individuals specifically told
24  you that they incurred a loss of $40,995 as a result of
25  the cutback in production?

## Page 100

1      A.  Not to that exact word, no.
2      Q.  Okay.
3      A.  There was no figure mentioned when I was
4  there.
5      Q.  Okay.  And I believe you stated yesterday the
6  freight expense which shows, it looks like $16,050?  I'm
7  sorry.  $1,650?
8      A.  Yes.
9      Q.  I believe you stated yesterday that was for
10  shipping the pumps to Livingston and Haven; is that
11  correct?
12      A.  No.  For shipping the pumps from Bethlehem,
13  Pennsylvania to Gainesville, Georgia.
14      Q.  And is that the repair pumps?
15      A.  New pumps.
16      Q.  The replacement pumps I mean?
17      A.  Yes, the replacement pumps.
18      Q.  How many pumps were shipped?
19      A.  Twenty.
20      Q.  Twenty.  So is it your testimony here today
21  that aside from this $16,569 that has been paid already
22  by Colony, the remaining balance of this invoice is still
23  due to Fieldale Farms?
24      A.  Correct.
25      Q.  And you have not made any payments on this

25 (Pages 97 to 100)

DON CATHELL
May 27, 2005

Page 101

1 invoice as of today?
2    A. No, sir.
3    Q. Has Fieldale Farms made any attempt to collect
4 this outstanding payment?
5    A. No, sir.
6    Q. Had Fieldale Farms initiated suit against you
7 to collect this payment?
8    A. No, sir.
9    Q. Have you performed any work for Fieldale Farms
10 since this incident?
11    A. No, sir.
12       (Document marked for identification as
13    Cathell-21.)
14 BY MR. SNELL:
15    Q. Okay. Mr. Cathell, I've given you what's been
16 marked as Exhibit-21. This is a letter from David
17 Drummond of Livingston and Haven to yourself dated
18 February 4, 2004. Do you recognize this document?
19    A. Yes, sir.
20    Q. And can you explain briefly what this document
21 is?
22    A. An attempt to collect the 15,000-some-odd
23 dollars.
24    Q. If you look at the second page, the second
25 paragraph, there's a figure.

Page 102

1    A. (Witness complies. ) Yes, $15,357.74.
2    Q. Okay. And what does that amount represent?
3    A. The balance of it on the 20 replacement pumps.
4    Q. Okay. Is that the 20 pumps that was shipped
5 from Bethlehem, Pennsylvania?
6    A. Correct.
7    Q. And you stated that's the balance that is
8 owed?
9    A. Was owed.
10    A. Was owed.
11    A. At the time this was sent.
12    Q. Has that been paid?
13    A. I borrowed the money and paid it, yes.
14    Q. When was that paid?
15    A. I think it was in January of this year. I
16 think, 2005. I'd have to check to be sure.
17    Q. Do you recall the total amount you were billed
18 for the replacement pumps?
19    A. Fifty-one thousand --
20    Q. -- if you look at Exhibit-15?
21    A. (Witness complies.) Here it is.
22    Q. The second page of Exhibit-15.
23    A. Fifty-one thousand, four hundred twenty-nine
24 dollars and two cents.
25    Q. Okay. And the total amount was payable to

Page 103

1 Livingston and Haven?
2    A. Correct.
3    Q. And can you state why that you had to replace
4 the 20 pumps?
5    A. Due to cavitation which is sucking air into
6 the pumps. The 20 pumps failed which is beyond
7 repairing. It is not feasible to repair them in that
8 state, so you replace them.
9    Q. Do you have an invoice from Livingston and
10 Haven for the full 51,000?
11    A. Yes, I'm sure I do.
12    Q. Can you get your hands on that and file that
13 to us?
14    A. Yes.
15       MR. SNELL: And counsel will --
16       MS. RODGERS: Yes.
17       MR. SNELL: -- forward that as well.
18 BY MR. SNELL:
19    Q. And were you billed directly for that amount,
20 the 51,000?
21    A. Indirectly.
22    Q. Indirectly. Can you explain what you mean by
23 indirectly?
24    A. I am not in Livingston Haven's distributor
25 territory. I cannot buy directly. I have to buy from

Page 104

1 Airline Hydraulics in Bensalem, Pennsylvania.
2       Both companies bid on these pumps and several
3 other components. Me dealing directly with Airline, my
4 son-in-law, Rob's Hydraulics dealing with Livingston
5 Haven. Livingston Haven got the bid because they were
6 the lower price.
7       So they could only sell directly to him, so he
8 could sell to me.
9    Q. "To him" being Rob?
10    A. Rob's Hydraulics.
11    Q. In North Carolina?
12    A. Right.
13    Q. Okay. So you placed the order through Rob's
14 Hydraulics?
15    A. Yes.
16    Q. He placed the order to Livingston and Haven?
17    A. Correct.
18    Q. Who in turn shipped it --
19    A. Directly to me.
20    Q. -- directly to you? Who was invoiced for that
21 amount?
22    A. He was.
23    Q. Rob was?
24    A. Yes.
25    Q. Who paid the invoice?

26 (Pages 101 to 104)

DON CATHELL
May 27, 2005

### Page 105

1     A. On the replacements?
2     Q. Yes.
3     A. I put fourty -- I don't have that figure.
4 Thirty-six thousand-and-something on two credit cards.
5 The balance of the $15,357.74 was outstanding until they
6 served him with a warrant for payment.
7     Q. They served Rob --
8     A. Yes.
9     Q. -- with a warrant?
10    A. Yes.
11    Q. When you make payment on your credit card, did
12 you make payment to Rob's Hydraulics?
13    A. No.
14    Q. Made it directly to Livingston and Haven?
15    A. When I made payments?
16    Q. The credit card payments you made, were those
17 payments made to Rob's Hydraulics?
18    A. No. To the credit card companies.
19    Q. Okay. But when you ran your credit card
20 through, who did you give your credit card information
21 to; was it to Rob or to Livingston and Haven?
22    A. I'm not certain which one at this time. It
23 went to Livingston Haven. Whether I did it directly or
24 through him, but it went to them.
25    Q. Do you have documentation of that?

### Page 106

1     A. No, sir.
2     Q. Credit card receipts?
3     A. No. It was done verbally over the phone.
4     Q. You don't have a copy of your monthly
5 statement showing that transaction?
6     A. I may have. I'm not sure.
7     Q. Okay. Could you check through your records
8 and if you do, provide that to us?
9     A. (Nods head)
10    Q. So Mr Cathell, one final question and then I
11 will be finished. Is it correct to say that of the
12 remaining balance that's outstanding as a result of this
13 incident, all that is remaining is the balance for the
14 Fieldale Farms invoice which is $100,774.50 less the
15 16,000 that Colony has currently paid?
16    A. Is that pertaining to just Fieldale?
17    Q. For now, just Fieldale, correct.
18    A. Yes. Just that amount less the
19 16,000-and-something, yes.
20    Q. Okay. Now, for expenses you incurred
21 personally. You have not -- is it correct to say that
22 you have not been reimbursed by anybody for those
23 expenses; is that correct?
24    A. Correct.
25    Q. Are those expenses what appear on Exhibit-15?

### Page 107

1     A. Yes.
2     Q. And can you explain to me what those expenses
3 on Exhibit-15 represent?
4     A. Represent the labor of myself, Al Collins,
5 Greg Knowles, Rob Lynch, Terry and Buddy; I don't know
6 their last names. The motel expense, the meals, travel
7 from the motel to the plant each day and back.
8     The cost of the 20 pumps. And the meeting in
9 Georgia, and additional trip to tear down and inspect the
10 pumps.
11    Q. Is there a cost for the replacement hoses?
12    A. Pardon?
13    Q. Did you incur a cost to replace the hoses?
14    A. Yes.
15    Q. Where is that cost represented on this
16 document?
17    A. You got a freebie. Six thousand-some-dollars.
18 How do you like that one?
19    Q. So it does not appear on Exhibit-15?
20    A. Let me double check. No, sir.
21    MR. SNELL: That's all the questions I
22 have.
23    THE WITNESS: I know why it was.
24 BY MR. SNELL:
25    Q. You know why it wasn't?

### Page 108

1     A. Because that is included in the cost of the
2 power unit originally.
3     Q. I'm sorry. Can you explain that?
4     A. The hoses were included in the cost of the
5 power unit originally to 206,780, and my figure should
6 have been included in this case also but it's not.
7     Q. It was included in the original proposal?
8     A. Yes.
9     Q. Which is Exhibit-1?
10    A. Yes. Those hoses were included in the cost of
11 the unit.
12    Q. Were the original pumps also included in the
13 cost of the unit?
14    A. Yeah.
15    Q. And that's represented on Exhibit-1 as the ten
16 tandem Rexroth variable volume pumps?
17    A. Yes.
18    MR. SNELL: Okay. That's all the questions
19 I have. Thank you.
20 BY MS. BEAM:
21    Q. Unfortunately, I do have a couple more
22 questions.
23    A. You ruined my day.
24    Q. And --
25    MR. KAPLAN: -- I've got two also.

27 (Pages 105 to 108)

DON CATHELL
May 27, 2005

## Page 117

1    Q.  Other picture, okay.
2    A.  It travels down the full length.  It comes
3  back the full length and travels down the full length
4  which is the front section.  These in exhibit number
5  eight, it shows these lids (indicating) right here which
6  are large enough.  They are removal.  They're bolted on.
7        You can remove those lids and you can go down
8  into this front section.
9    Q.  I see.
10    A.  They could reach over into this section but
11  that's as far as they can get. (Indicating.)
12    Q.  Okay.
13    A.  After that, they vacuumed.  They dropped the
14  vacuum hose down.  You cannot visually see.  You just
15  clean the best you can after that.
16    Q.  Okay.  Yesterday when we were initially
17  talking about how does a pump disintegrate on the inside
18  like had happened down at Fieldale Farms, I believe I
19  remember you saying that one way was for foreign objects
20  to be present; is that correct?
21    A.  That is correct.
22    Q.  Okay.  So if foreign objects were somehow in
23  the oil, could that cause a pump to disintegrate?
24    A.  That would positively.  Anything in the oil.
25    Q.  Okay.  So hypothetically speaking, okay, if

## Page 118

1  there was debris either in the oil that was delivered by
2  Castrol or in the oil that was given to you by Fieldale
3  Farms to pump, to prime each of the pumps, or even debris
4  inside the reservoir, any of those things -- any of those
5  circumstances could cause a pump to disintegrate inside;
6  is that correct?
7    A.  Correct.
8    Q.  If a pump in the entire system is destroyed,
9  then the whole system starts to lose power; is that
10  correct?
11    A.  Correct.
12    Q.  If there's contaminated oil and the system was
13  going to loop around and eventually reach all of your and
14  disintegrate them; is that correct?
15    A.  Correct.
16    Q.  Okay.  Shifting gears on you again.  Talking
17  about hoses that you thought were failing and leaking at
18  the second day after the system was up and running.  You
19  and a couple of the other gentlemen there decided to tape
20  the ends; is that correct?
21    A.  Correct.
22    Q.  Would you expect that taping the ends were in
23  fact what was leaking, wouldn't that process of taping
24  the ends have stopped that cavitation?
25    A.  It did stop it and it gave us enough time to

## Page 119

1  get through the weekend to get the pumps in.  They had to
2  shut down some lines; I don't know how many were shut
3  down.
4        But they were able to keep going due to the
5  fact that we were not sucking in any additional air.  And
6  the pumps just -- they were partially gone but they just
7  maintained enough by running them all, that we could keep
8  the plant in production until I could get the pumps and
9  the hoses there.
10    Q.  Okay.  So then is it your testimony or your
11  theory that if air is already in a system like this, that
12  it just keeps doing more damage once it's in or does it
13  dissipate somehow?
14    A.  That air has to come in the suction of the
15  pump to destroy the pump.  Air in the oil does it but
16  that's the whole process of the baffles is to get the air
17  out of the oil before it comes back to the suction.
18    Q.  I see.  So if, for example, two of the hoses
19  on those initial pumps that you had sent back to
20  Livingston Haven had sucked air, that didn't necessarily
21  recirculate and destroy the rest of the pumps?
22    A.  What destroyed the rest of the pumps was the
23  particles from those pumps where they were tearing up
24  internally, that gets into the oil and travels around
25  also.  So now you got metal in the oil.

## Page 120

1    Q.  From the two first pumps that you sent off --
2    A.  Correct.
3    Q.  -- to Livingston?
4    A.  Correct.
5    Q.  So it was those -- the destruction or
6  disintegration as you've described it of those first two
7  pumps that you believe released metal into the oil which
8  then the metal circulated back, sort of looped through
9  and got into the other pumps?
10    A.  That was the beginning of it and as the others
11  kept tearing up, you're putting more and more metal
12    Q.  Okay.
13    A.  -- into the system.
14    Q.  Changing gears on you again.  When Mr. Kaplan
15  was asking you questions about the ordering process
16  through Truck Tech, you had indicated that someone at
17  Truck Tech had led you to believe somehow that Truck Tech
18  was, in fact, manufacturing or assembling the hoses.
19        My question to you is how specifically was it
20  represented to you by anyone at Truck Tech in the
21  beginning of this quote process for the hoses that Truck
22  Tech was, in fact, manufacturing or assembling the hoses?
23    A.  I don't remember exactly if I talked to Sean
24  or if Delmar talked to Sean originally on making the
25  hoses originally on the -- when we did the first bid.  As

30 (Pages 117 to 120)

# EXHIBIT 8



**L&H**
**TECHNOLOGIES**
*50th Anniversary*
*1947 - 1997*

```
ORIGINAL
INVOICE

Invoice No: 2064743 Date: 18-SEP-03
```

| 7231105 | 10540 |
|---|---|

```
ROB'S HYDRAULICS, INC.
P.O. BOX 636
GRIMESLAND NC 27837

..l.ll..ll..l..ll.l..l.lll
```

90017649

```
Please Remit To:
LIVINGSTON & HAVEN
FED ID# 57-0289702
P O BOX 890218
CHARLOTTE NC 28289-0218
```
Page 1

*Attention:*
*New Remit To*
*Address*

```
Shipped To:
PICKUP BY DON'S HYDRAULICS
ROB'S HYDRAULICS, INC.
P.O. BOX 636
GRIMESLAND NC 27837
```

| 17-SEP-03  18-SEP-03 PICK UP | NET 15 DAYS | PREPAID & ADD |
|---|---|---|

| # | Description | Qty | Unit Price | Amount |
|---|---|---|---|---|
| 1 | RETURN AS IS AA10VSO140DR/31R-PKD62N00 (FRONT) REXROTH PUMP REPAIR - EMERGENCY SERVICE | 1 EA | 0.0000 | .00 |
| 2 | RETURN AS IS AA10VSO140DR/31R-PKD62K21 (REAR) REXROTH PUMP REPAIR - EMERGENCY SERVICE | 1 EA | 0.0000 | .00 |
| 3 | RETURN AS IS AA10VSO140DR/31R-PKD62N00 (FRONT) REXROTH PUMP REPAIR - EMERGENCY SERVICE | 1 EA | 0.0000 | .00 |
| 4 | RETURN AS IS AA10VSO140DR/31R-PKD62K21 (REAR) REXROTH PUMP REPAIR - EMERGENCY SERVICE | 1 EA | 0.0000 | .00 |
| 5 | AA10VSO140DR/31R-PKD62N00 (FRONT) REXROTH PUMP    NEW REPLACEMENT PUMP | 1 EA | 2797.0300 | 2,797.03 |
| 6 | AA10VSO140DR/31R-PKD62K21 (REAR) REXROTH PUMP    NEW REPLACEMENT PUMP | 1 EA | 2631.8400 | 2,631.84 |

- Continued -

# L&H TECHNOLOGIES
## 50th Anniversary
## 1947 - 1997

ORIGINAL INVOICE

Invoice No: 2064743 Date: 18-SEP-03

Page 2

7231105          10540

ROB'S HYDRAULICS, INC.
P.O. BOX 636
GRIMESLAND NC 27837

Please Remit To:
LIVINGSTON & HAVEN
FED ID# 57-0289702
P O BOX 890218
CHARLOTTE NC 28289-0218

Attention:
New Remit To
Address

Shipped To:
PICKUP BY DON'S HYDRAULICS
ROB'S HYDRAULICS, INC.
P.O. BOX 636
GRIMESLAND NC 27837

90017649

| 17-SEP-03  18-SEP-03 PICK UP | NET 15 DAYS | PREPAID & ADD |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 7 | AA10VSO140DR/31R-PKD62N00 (FRONT) REXROTH PUMP | 1 EA | 2797.0300 | 2,797.03 |
| | NEW REPLACEMENT PUMP | | | |
| 8 | AA10VSO140DR/31R-PKD62K21 (REAR) REXROTH PUMP REPAIR | 1 EA | 2631.8400 | 2,631.84 |
| | NEW REPLACEMENT PUMP | | | |
| | Merchandise Subtotal: | | | 10,857.74 |
| | Invoice Total: | | | 10,857.74 |

Tracking number(s) and Packing List number(s):
   30408

*** Please note that ANDEK LUBRICATION SYSTEMS is now a
division of Livingston & Haven. ***

Questions?  Please contact LISA CALDWELL at (704) 588-3670

REPRINTED: Oct.22 02:51pm

I N V O I C E

Invoice No: 2067092 Date: 29-SEP-03

Our Order No.    Your P.O. No.                    Please Remit To:        Page 1
  7231105          10540                           LIVINGSTON & HAVEN
                                                   FED ID# 57-0289702
                                                   P O BOX 890218
ROB'S HYDRAULICS, INC.                             CHARLOTTE NC 28289-0218
P.O. BOX 636
GRIMESLAND NC 27837                                Shipped To:
                                                   PICKUP BY DON'S HYDRAULICS
                                                   ROB'S HYDRAULICS, INC.
                                                   P.O. BOX 636
 Account                   Ref No.                 GRIMESLAND NC 27837
90017649

Order Date              Shipped Via              Payment Terms    Freight Terms
17-SEP-03               PICK UP                  CREDIT CARD ONLYPREPAID & ADD

Seq Item No. / Description          Quantity UOM   Net Price    Extended Net

 11 504800155                        8 EA          2334.3800✓    18,675.04
    AA10VSO140DR/31R-PKD62N00

 12 504258780                        8 EA          2737.0300     21,896.24
    AA10VSO140DFR/31R-PKD62K21
                                                  *2497.50*
    Merchandise Subtotal:                          *239.53*      40,571.28

    Invoice Total:                                               40,571.28

*** Please note that ANDEK LUBRICATION SYSTEMS is now a          + 10,857.74
division of Livingston & Haven. ***
                                                    Total # 51,429.02

                        ToTal = #51,429.02  ToTal
                            36,071.28  Pd.
                          #15,357.74  Balance

Questions?  Please contact LISA CALDWELL at (704) 588-3670

# EXHIBIT 9

Cash Advances and Checks...........................................
Total MasterCard Activity..................................................

## PURCHASES

Total MasterCard Purchases........................................... $15,015.90

| Standard Purch | | Description | | | | Amount |
|---|---|---|---|---|---|---|
| Trans | Post | | | CHARLOTTE | NC | 15,000.00 |
| 09/19 | 09/19 | 1 & H TECHNOLOGIES | | 888-527-6808 | TX | 7.95 |
| 09/19 | 09/19 | AD&D INS | SEP | 888-527-6808 | TX | 7.95 |
| 10/18 | 10/18 | AD&D INS | OCT | | | $15,015.90 |

Total Standard Purch

## CASH ADVANCES

Cash Advance Limit.................................... $4,500.00* *This represents a portion of your total credit line.

## FINANCE CHARGE INFORMATION

| | Nominal APR | Periodic Rate | x | Days in Billing Period | x | Balance Subject to Finance Charge | = | Periodic FINANCE CHARGE | + | Transaction Fee/FINANCE CHARGE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PURCHASES | | | | | | | | | | | |
| Standard Purch | 13.990% | .03833%(D) | x | 32 | x | $0.00 | = | $0.00 | + | $0.00 | 13.990% |
| CASH ADVANCES | | | | | | | | | | | |
| Standard Adv | 19.980% | .05477%(D) | x | 32 | x | $0.00 | = | $0.00 | + | $0.00 | 19.980% |

Total  FINANCE CHARGE  =  $0.00

## AT&T SERVICES SUMMARY

AT&T Universal Calling Card Calls............................................................................................... $0.00

International Assn
of Lions Clubs

**ACCOUNT NUMBER**
5490 ⬛⬛⬛⬛⬛

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
|---|---|
| 11/05/03 | $24,679.88 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
|---|---|
| $228.00 | |

Make check
payable to:
MBNA AMERICA          07
P.O. BOX 15137
WILMINGTON, DE 19886-5137

CARDHOLDER SINCE 1992

DONALD CATHELL
FOX HOLLOW
2028 WANDERING LN
LEWES          DE  19958-9251Z8

S 0003410000003410000000000000000000000024679880002280000054909913150090 31
S 00000000000000000000000000000000000024679880002280000549099131500 9031

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 5490 9913 1500 9031 | $25,000 | $320.12 | 29 | 10-07-03 | $228.00 | 11/05/03 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | CASH/ADV | TRANSACTIONS | OCTOBER 2003 STATEMENT | | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|---|---|---|
| | | PURCHASES AND ADJUSTMENTS | | | | | | |
| 0923 | 0922 | 7845370326528690240B014 | MC C | L & H TECHNOLOGIES | CHARLOTTE | NC | 6,571.28 | |
| 0926 | 0925 | 7845370326B286902408011 | MC C | L & H TECHNOLOGIES | CHARLOTTE | NC | 9,500.00 | |
| 0930 | 0929 | 7845370327220790240B029 | MC C | L & H TECHNOLOGIES | CHARLOTTE | NC | 5,000.00 | |
| 1007 | 1007 | 0024481 | MC C | LATE FEE FOR PAYMENT DUE 10/06 | | | 35.00 | |
| | | | | TOTAL FOR BILLING CYCLE FROM 9/09/2003 THROUGH 10/07/2003 | | | $21,106.28 | $.00 |

**IMPORTANT NEWS**

ENJOY THE CONVENIENCE AND FLEXIBILITY THE ENCLOSED CHECKS OFFER.

YOU ARE A VALUED CUSTOMER.  WE WANT TO MAKE SURE YOU ARE AWARE THAT WE HAVE NOT
RECEIVED YOUR PAYMENT.  PLEASE SEND THE AMOUNT DUE TODAY.
IF IT HAS BEEN MAILED, THANK YOU.

DON'T WORRY ABOUT ECONOMIC UNCERTAINTIES! HELP PROTECT YOUR ACCOUNT. ENROLL IN
OPTIONAL CREDIT PROTECTION! CONTACT US: 1-800-840-9504 OR WWW.MBNAPROTECT.COM.

**SUMMARY OF TRANSACTIONS**

| Previous Balance | −Payments and Credits | + Cash Advances | + Purchases &Adjustments | +Periodic Rate FINANCE CHARGES | +Transaction Fee FINANCE CHARGES | = New Balance Total | |
|---|---|---|---|---|---|---|---|
| $3,410.00 | $0.00 | $0.00 | $21,106.28 | $163.60 | $0.00 | $24,679.88 | |

| TOTAL MINIMUM PAYMENT DUE | |
|---|---|
| Past Due Amount | $15.00 |
| Current Payment | $213.00 |
| Total Min Payment Due | $228.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .043753% DLY | 15.97% | $3,430.97 |
| B. ATM, BANK. . . . . . . . | .043753% DLY | 15.97% | $0.00 |
| C. PURCHASES . . . . . . . . | .043753% DLY | 15.97% | $9,462.91 |
| D. OTHER BALANCES. . . . . . | .000000% DLY | 00.00% | $0.00 |

FOR THIS BILLING PERIOD
**ANNUAL PERCENTAGE RATE ...     15.97%**
(Includes Periodic Rate And Transaction Fee Finance Charges)

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN
THE IMPORTANT NEWS BLOCK ON YOUR ORIGINAL PERIODIC STATEMENT.

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**

• For our automated Direct Connect service, call
  1-800-789-6685
• To speak to one of our Customer Satisfaction representatives, call
  1-800-789-6701
• For TDD (Telecommunications Device for the Deaf) assistance, call
  1-800-346-3178
• Billing rights are preserved only by written inquiry. Mail billing inquiries
  and all other account inquiries to:
  MBNA AMERICA P.O. BOX 15026
  WILMINGTON, DE 19850-5026

PAGE  1 OF  1

DONALD L CATHELL
Account 5491
September 18 - October 20, 2003

 AT&T Universal Card

Page 3 of 3

## PAYMENTS AND ADJUSTMENTS

| Trans | Post | Description | Amount |
|-------|------|-------------|--------|
| | 10/08 | PAYMENT THANK YOU | 7.95CR |
| Total Payments and Adjustments | | | $7.95CR |

## AT&T UNIVERSAL MASTERCARD ACTIVITY

Purchases.............................................................................................................. 15,015.90
Cash Advances and Checks.................................................................................. 0.00
Total MasterCard Activity.................................................................................... $15,015.90

## PURCHASES

Total MasterCard Purchases............................................................... $15,015.90

Standard Purch

| Trans | Post | Description | | | Amount |
|-------|------|-------------|--|--|--------|
| 09/19 | 09/19 | I & H TECHNOLOGIES | CHARLOTTE | NC | 15,000.00 |
| 09/19 | 09/19 | AD&D INS | SEP | 888-527-6808 TX | 7.95 |
| 10/18 | 10/18 | AD&D INS | OCT | 888-527-6808 TX | 7.95 |
| Total Standard Purch | | | | | $15,015.90 |

## CASH ADVANCES

Cash Advance Limit.................................. $4,500.00* *This represents a portion of your total credit line.

## FINANCE CHARGE INFORMATION

| | Nominal APR | Periodic Rate | Days in x Billing Period | x | Balance Subject to Finance Charge | = | Periodic FINANCE CHARGE | + | Transaction Fee/FINANCE CHARGE | ANNUAL PERCENTAGE RATE |
|--|-------------|---------------|--------------------------|---|-----------------------------------|---|-------------------------|---|--------------------------------|------------------------|
| **PURCHASES** | | | | | | | | | | |
| Standard Purch | 13.990% | .03833%(D) | x 32 | x | $0.00 | = | $0.00 | + | $0.00 | 13.990% |
| **CASH ADVANCES** | | | | | | | | | | |
| Standard Adv | 19.990% | .05477%(D) | x 32 | x | $0.00 | = | $0.00 | + | $0.00 | 19.990% |

Total **FINANCE CHARGE** = $0.00

## AT&T SERVICES SUMMARY

AT&T Universal Calling Card Calls.................................................................................. $0.00

# EXHIBIT 10



**fieldale farms corporation**

August 18, 2005

Mr. Devon Snell
Zarwin, Baum, Devito, Kaplan, Schaer & Toddy
1515 Market St., Suite 1200
Philadelphia, PA 19102

Dear Devon:

Enclosed, as we agreed on the phone today, is a copy of our invoice to Don's Hydraulics Inc. for
$100,774.50 along with the attachments that provide the detail of the invoice. The invoice
represents lost production and additional expense we incurred as the result of the failure of the
hydraulic pump that Don used on our job.

As we discussed, I can put you in contact with our cost accounting people who can explain in
detail how we derived our loss.

Please call me at your convenience if you need to discuss this matter in more details.

Sincerely,

FIELDALE FARMS CORPORATION


Tom Hensley
Executive Vice President/CFO

TH/lr

xc: Don Cathell, Don's Hydraulics, Inc.

Enclosure

# Fieldale Farms Invoice

**Billing Info:**

| | |
|---|---|
| Invoice To: | |
| Customer #: | |
| Bill Date: | 6/7/2005 |

**Billing Details:**

| | | G/L # | Cost |
|---|---|---|---|
| Labor and Overhead Cost for: | | | |
| New Hydraulic System | | | |
| | | | |
| Labor over Standard (Prev. 6 weeks) | $9,385.00 | | |
| Labor over Standard (Wk End Sept 20) | $49,424.00 | | |
| Additional Labor Expense: | | | $ 40,039.00 |
| | | | |
| Production Pounds (Prev. 6 weeks) | 989,694 | | |
| Production Pounds (Wk End Sept 20) | 825,712 | | |
| Additional Overhead Expense: (Lbs x .25) | 163,982 | | $ 40,995.50 |
| | | | |
| Freight Expense: | | | |
| (Eagle Global Logistics) | | | $ 1,650.00 |
| | | | |
| Oil Filtering Expense: | | | $ 16,569.60 |
| (Cot-Puritech) | | | |
| | | | |
| Filter Expense: | | | $ 1,520.40 |
| (Don's Hydraulic) | | | |
| | | | |
| Grand Total Invoice: | | | $ 100,774.50 |

| Labor and Overhead Cost Detail: | | | Reference |
|---|---|---|---|
| **Labor over standard:** | | | |
| August week 1: | $18,390.00 | | Page 1 attached |
| August week 2: | $5,039.00 | | Page 1 attached |
| August week 3: | $10,561.00 | | Page 1 attached |
| August week 4: | $6,553.00 | | Page 1 attached |
| September week 1: | $13,455.00 | | Page 2 attached |
| September week 2: | $2,314.00 | | Page 2 attached |
| | | | |
| Average (previous 6 weeks): | $9,385.00 | | |
| | | | |
| Week ending September 20th: | $49,424.00 | | Page 2 attached |
| | | | |
| Difference from average: | $40,039.00 | $40,039.00 | |
| | | | |
| Note: | | | |
| Actual labor costs were used in the above calculation. | | | |
| | | | |
| **Additional Overhead Expense:** | | | |
| Production for Lines 1-5/Monday-Friday | | | |
| August week 1: | 951,016 | | Page 4 attached |
| August week 2: | 1,018,965 | | Page 4 attached |
| August week 3: | 974,954 | | Page 4 attached |
| August week 4: | 1,062,403 | | Page 4 attached |
| September week 1: | 896,828 | | Page 6 attached |
| September week 2: | 1,033,999 | | Page 6 attached |
| | | | |
| Average (previous 6 weeks): | 989,694 | | |
| | | | |
| Week ending September 20th: | 825,712 | | Page 6 attached |
| | | | |
| Difference from average: | 163,982 | | |
| | | | |
| Standard Overhead per pound: | $0.25 | | Page 7 attached |
| see note below | | | |
| Overhead expense not covered due to | | | |
| production shortage: 163,982 x .25 | $40,995.50 | $40,995.50 | |
| | | | |
| Note: | | | |
| Actual overhead varies from month to month. (see page 7 attached) | | | |
| A standard overhead rate of .25 was used to calculate loss since actual | | | |
| numbers were not available at the time. | | | |



# Further Processing Division
## Weekly Labor Cost Analysis

| DEPARTMENT/ DESCRIPTION | STANDARD | JULY TOTAL | AUGUST 1ST WEEK | AUGUST 2ND WEEK | AUGUST 3RD WEEK | AUGUST 4TH WEEK | 5TH WEEK | MONTHLY TOTAL |
|---|---|---|---|---|---|---|---|---|
| COST GROUP | Goal Lb/Mn Hr | Goal/LB | Actual/LB | | Diff. | | Pounds | Cost +/- |
| SIZING FILETS | 100 | 0.1050 | 0.0913 | | -0.0137 | | 950541 | ($13,054) |
| BONE INSPECTION | | | | | | | | |
| NUGGET CUTTING (HAND) | 30 | 0.2810 | 0.2506 | | -0.0304 | | 150355 | ($4,574) |
| NUGGET CUTTING (DSI) | 80 | 0.1050 | 0.1231 | | 0.0181 | | 150919 | $2,733 |
| BREAST STRIPPING (HAND) | 30 | 0.2810 | 0.3702 | | 0.0892 | | 6637 | $592 |
| BREAST STRIPPING (DSI) | 80 | 0.1050 | 0.0904 | | -0.0146 | | 163233 | ($2,382) |
| TENDER CUTTING | 75 | 0.1250 | 0.1244 | | -0.0006 | | 700592 | ($417) |
| SIZING (CUSTOM) | 80 | 0.1050 | 0.0000 | | 0.0000 | | 0 | $0 |
| TENDER SIZING | 80 | 0.1050 | 0.0000 | | 0.0000 | | 0 | $0 |
| MARINATION | 1350 | 0.0060 | 0.0067 | | 0.0007 | | 3490849 | $2,566 |
| TRIM INSPECTION | 350 | 0.0240 | 0.0217 | | -0.0023 | | 765630 | ($1,789) |
| | | | | | | | | |
| Sub-Total | | | | | | | | ($16,325) |
| | | | | | | | | |
| PACKOUT FILETS | 120 | 0.0700 | 0.0000 | | 0.0000 | | 0 | $0 |
| PACKOUT CHUNKS | 200 | 0.0420 | 0.0000 | | 0.0000 | | 0 | $0 |
| PACKOUT WOGS | 225 | 0.0370 | 0.0000 | | 0.0000 | | 0 | $0 |
| PACKOUT STRIPS | 225 | 0.0370 | 0.0000 | | 0.0000 | | 0 | $0 |
| W.H. PACKOUT | 80 | 0.1050 | 0.0722 | | -0.0328 | | 214324 | ($7,033) |
| BERT. PACKOUT | 40 | 0.2110 | 0.0000 | | 0.0000 | | 0 | $0 |
| IQF FILET | 120 | 0.0700 | 0.0878 | | 0.0178 | | 201777 | $3,600 |
| IQF TENDER | 75 | 0.1120 | 0.1336 | | 0.0216 | | 2760 | $60 |
| IQF WING | 200 | 0.0420 | 0.0380 | | -0.0040 | | 439680 | ($1,763) |
| IQF BONE-IN | 140 | 0.0600 | 0.1120 | | 0.0520 | | 2000 | $104 |
| BREADED FILET | 125 | 0.0670 | 0.0750 | | 0.0080 | | 479966 | $3,828 |
| BREADED NUGGET | 200 | 0.0420 | 0.0413 | | -0.0007 | | 278030 | ($188) |
| BREADED STRIPS | 150 | 0.0560 | 0.0673 | | 0.0113 | | 788520 | $8,919 |
| BREADED TENDER | 150 | 0.0560 | 0.0638 | | 0.0078 | | 948190 | $7,376 |
| BREADED WING | 275 | 0.0310 | 0.0788 | | 0.0478 | | 1570 | $75 |
| BREADED FORMED | 160 | 0.0530 | 0.0561 | | 0.0031 | | 50780 | $159 |
| BREADED BONE-IN | 150 | 0.0560 | 0.0000 | | 0.0000 | | 0 | $0 |
| FC IQF FILET | 80 | 0.1050 | 0.1183 | | 0.0133 | | 129525 | $1,717 |
| FC BR FILET | 100 | 0.0840 | 0.0995 | | 0.0155 | | 63780 | $989 |
| FC IQF NUGGET | 80 | 0.1050 | 0.0000 | | 0.0000 | | 0 | $0 |
| FC BR NUGGET | 150 | 0.0560 | 0.0529 | | -0.0031 | | 270440 | ($836) |
| FC BR NUGGET (TRAY PACK) | 50 | 0.1800 | 0.1836 | | 0.0036 | | 1740 | $6 |
| FC IQF STRIP | 80 | 0.1050 | 0.0000 | | 0.0000 | | 0 | $0 |
| FC BR STRIP | 125 | 0.0670 | 0.0000 | | 0.0000 | | 0 | $0 |
| FC IQF TENDER | 40 | 0.2110 | 0.0000 | | 0.0000 | | 0 | $0 |
| FC BR TENDER | 125 | 0.0670 | 0.0780 | | 0.0110 | | 265148 | $2,913 |
| FC BR TENDER (TRAY PACK) | 50 | 0.1800 | 0.0000 | | 0.0000 | | 0 | $0 |
| FC IQF WING | 200 | 0.0420 | 0.0457 | | 0.0037 | | 83930 | $310 |
| FC BR WING | 200 | 0.0420 | 0.0000 | | 0.0000 | | 0 | $0 |
| FC IQF FORMED | 80 | 0.1050 | 0.0000 | | 0.0000 | | 0 | $0 |
| FC BR FORMED | 120 | 0.0700 | 0.0772 | | 0.0072 | | 4590 | $33 |
| FC BR FORMED (TRAY PACK) | 50 | 0.1800 | 0.0000 | | 0.0000 | | 0 | $0 |
| FC IQF BONE-IN | 100 | 0.0840 | 0.0000 | | 0.0000 | | 0 | $0 |
| FC BR BONE-IN | 120 | 0.0700 | 0.0000 | | 0.0000 | | 0 | $0 |
| | | | | | | | | |
| Sub-Total | | | | | | | 4226749 | $20,272 |
| | | | | | | | | |
| OTHER LABOR | | 0.0750 | 0.0740 | | -0.0010 | | 4226749 | ($4,125) |
| REWORK | | | | | | | | $3,970 |
| DOWN TIME | | | | | | | | $36,752 |
| | | | | | | | | |
| Sub-Total | | | | | | | | $36,596 |

Week 1
Week 2
Week 3
Week 4
Week 5

TOTAL DOLLARS OVER GOAL     $40,543

| | | |
|---|---|---|
| DIRECT LABOR OVER/(SHORT) GOAL | 0.0009 | |
| REWORK OVER/(SHORT) GOAL | 0.0009 | |
| DOWNTIME OVER/(SHORT) GOAL | 0.0087 | |
| TOTAL DIRECT LABOR OVER/(SHORT) GOAL | 0.0106 | |
| SUPPORT LABOR OVER/(SHORT) GOAL | -0.0010 | |

TOTAL PAYROLL DOLLARS     $916,733

% OVER/SHORT     4.42%

## Further Processing Division
### Weekly Labor Cost Analysis

| DEPARTMENT/ DESCRIPTION | STANDARD | AUGUST TOTAL | SEPT 1ST WEEK | SEPT 2ND WEEK | SEPT 3RD WEEK | SEPT 4TH WEEK | 5TH WEEK | MONTHLY TOTAL |
|---|---|---|---|---|---|---|---|---|
| COST GROUP | Goal Lb/Mn Hr | Goal/LB | Actual/LB | | Diff. | | Pounds | Cost +/- |
| SIZING FILETS | 100 | 0.1050 | 0.0928 | | -0.0122 | | 644518 | ($7,894) |
| BONE INSPECTION | | | | | | | | |
| NUGGET CUTTING (HAND) | 30 | 0.2810 | 0.2302 | | -0.0508 | | 97354 | ($4,942) |
| NUGGET CUTTING (DSI) | 80 | 0.1050 | 0.1018 | | -0.0032 | | 101019 | ($323) |
| BREAST STRIPPING (HAND) | 30 | 0.2810 | 0.4766 | | 0.1956 | | 6247 | $1,222 |
| BREAST STRIPPING (DSI) | 80 | 0.1050 | 0.0924 | | -0.0126 | | 280093 | ($3,543) |
| TENDER CUTTING | 75 | 0.1250 | 0.1268 | | 0.0018 | | 498004 | $875 |
| SIZING (CUSTOM) | 80 | 0.1050 | 0.0000 | | 0.0000 | | 0 | $0 |
| TENDER SIZING | 80 | 0.1050 | 0.0000 | | 0.0000 | | 0 | $0 |
| MARINATION | 1350 | 0.0060 | 0.0068 | | 0.0008 | | 2648359 | $2,200 |
| TRIM INSPECTION | 350 | 0.0240 | 0.0201 | | -0.0039 | | 607359 | ($2,361) |
| **Sub-Total** | | | | | | | | ($14,766) |
| PACKOUT FILETS | 120 | 0.0700 | 0.0000 | | 0.0000 | | 0 | $0 |
| PACKOUT CHUNKS | 200 | 0.0420 | 0.0673 | | 0.0253 | | 22960 | $680 |
| PACKOUT WOGS | 225 | 0.0370 | 0.0000 | | 0.0000 | | 0 | $0 |
| PACKOUT STRIPS | 225 | 0.0370 | 0.0000 | | 0.0000 | | 0 | $0 |
| W.H. PACKOUT | 80 | 0.1050 | 0.0727 | | -0.0323 | | 162357 | ($5,239) |
| BERT. PACKOUT | 40 | 0.2110 | 0.0000 | | 0.0000 | | 0 | $0 |
| IQF FILET | 120 | 0.0700 | 0.0859 | | 0.0159 | | 135510 | $2,150 |
| IQF TENDER | 75 | 0.1120 | 0.0761 | | -0.0359 | | 2784 | ($100) |
| IQF WING | 200 | 0.0420 | 0.0378 | | -0.0042 | | 266300 | ($1,109) |
| IQF BONE-IN | 140 | 0.0660 | 0.0000 | | 0.0000 | | 0 | $0 |
| BREADED FILET | 125 | 0.0670 | 0.0698 | | 0.0028 | | 458364 | $1,275 |
| BREADED NUGGET | 200 | 0.0420 | 0.0424 | | 0.0004 | | 189700 | $78 |
| BREADED STRIPS | 150 | 0.0560 | 0.0819 | | 0.0259 | | 372620 | $9,653 |
| BREADED TENDER | 150 | 0.0560 | 0.0727 | | 0.0167 | | 685780 | $11,470 |
| BREADED WING | 275 | 0.0310 | 0.0903 | | 0.0593 | | 2890 | $172 |
| BREADED FORMED | 160 | 0.0530 | 0.0000 | | 0.0000 | | 0 | $0 |
| BREADED BONE-IN | 150 | 0.0580 | 0.0000 | | 0.0000 | | 0 | $0 |
| FC IQF FILET | 80 | 0.1050 | 0.1012 | | -0.0038 | | 52701 | ($199) |
| FC BR FILET | 100 | 0.0840 | 0.0873 | | 0.0033 | | 1020 | $3 |
| FC IQF NUGGET | 80 | 0.1050 | 0.0000 | | 0.0000 | | 0 | $0 |
| FC BR NUGGET | 150 | 0.0560 | 0.0565 | | 0.0005 | | 172440 | $81 |
| FC BR NUGGET (TRAY PACK) | 50 | 0.1800 | 0.0000 | | 0.0000 | | 0 | $0 |
| FC IQF STRIP | 80 | 0.1050 | 0.0000 | | 0.0000 | | 0 | $0 |
| FC BR STRIP | 125 | 0.0670 | 0.0880 | | 0.0210 | | 136880 | $2,912 |
| FC IQF TENDER | 40 | 0.2110 | 0.2292 | | 0.0182 | | 4000 | $73 |
| FC BR TENDER | 125 | 0.0670 | 0.0833 | | 0.0163 | | 159160 | $2,600 |
| FC BR TENDER (TRAY PACK) | 50 | 0.1800 | 0.0000 | | 0.0000 | | 0 | ($25) |
| FC IQF WING | 200 | 0.0420 | 0.0418 | | -0.0002 | | 126350 | ($25) |
| FC BR WING | 200 | 0.0420 | 0.0000 | | -0.0000 | | 0 | $0 |
| FC IQF FORMED | 80 | 0.1050 | 0.0000 | | 0.0000 | | 0 | $0 |
| FC BR FORMED | 120 | 0.0700 | 0.0000 | | 0.0000 | | 0 | $0 |
| FC BR FORMED (TRAY PACK) | 50 | 0.1800 | 0.0000 | | 0.0000 | | 0 | $0 |
| FC IQF BONE-IN | 100 | 0.0840 | 0.0000 | | 0.0000 | | 0 | $0 |
| FC BR BONE-IN | 120 | 0.0700 | 0.0975 | | 0.0275 | | 117240 | $3,223 |
| **Sub-Total** | | | | | | | 3073056 | $27,608 |
| OTHER LABOR | | 0.0750 | 0.0808 | | 0.0058 | | 3073056 | $17,822 |
| REWORK | | | | | | | | $2,852 |
| DOWN TIME | | | | | | | | $31,676 |
| **Sub-Total** | | | | | | | | $52,351 |
| | | | | | Week 1 | | | |
| | | | | | Week 2 | | | |
| | | | | | Week 3 | | | |
| | | | | | Week 4 | | | |
| TOTAL DOLLARS OVER GOAL | | | | | Week 5 | | | $65,193 |

| | | |
|---|---|---|
| DIRECT LABOR OVER/(SHORT) GOAL | 0.0042 | |
| REWORK OVER/(SHORT) GOAL | 0.0009 | TOTAL PAYROLL DOLLARS — $711,910 |
| DOWNTIME OVER/(SHORT) GOAL | 0.0103 | |
| TOTAL DIRECT LABOR OVER/(SHORT) GOAL | 0.0154 | |
| SUPPORT LABOR OVER/(SHORT) GOAL | 0.0058 | % OVER/SHORT — 9.16% |

| BALANCE SHEET | | | | | | |
|---|---|---|---|---|---|---|
| MONTH OF: August 2003 | WEEK 1 | WEEK 2 | WEEK 3 | WEEK 4 | WEEK 5 | MONTH |
| POUNDS PROCESSED: | 886,330 | 887,422 | 881,151 | 888,115 | 0 | 3,553,018 |
| FILETS:SIZING      *TRIM* | 409,344 | 481,901 | 442,079 | 433,140 | 0 | 1,766,464 |
| FILETS:BRST STR. | 0 | 0 | 0 | 0 | | 0 |
| FILETS:UNSIZED | 0 | 0 | 0 | 2,220 | | 2,220 |
| TENDERS | 310,570 | 323,206 | 327,532 | 301,071 | | 1,262,379 |
| WINGS:REGULAR | 163,406 | 92,315 | 109,510 | 148,884 | | 514,115 |
| OTHER | 3,010 | 0 | 0 | 2,800 | | 5,810 |
| BONE-IN | 0 | 0 | 2,030 | 0 | | 2,030 |
| DEPT. 715 | 102,392 | 133,077 | 141,029 | 114,627 | | 491,125 |
| DEPT. 745 | 19,638 | 34,039 | 20,866 | 35,704 | | 110,247 |
| DEPT. 716 | 46,414 | 66,298 | 69,105 | 57,020 | | 238,837 |
| DEPT. 746 | 19,971 | 29,880 | 26,100 | 34,381 | | 110,332 |
| TOTAL SIZING | 188,415 | 263,294 | 257,100 | 241,732 | 0 | 950,541 |
| DEPT. 710      5075 | 26,110 | 18,184 | 25,817 | 30,632 | | 100,743 |
| DEPT. 713      5075 | 10,027 | 8,136 | 9,863 | 21,586 | | 49,612 |
| DEPT. 715,745   5075 | 13,022 | 13,355 | 17,102 | 12,526 | | 56,005 |
| DEPT. 716,746   5075 | 23,636 | 37,198 | 18,151 | 15,929 | | 94,914 |
| TOTAL NUGGET | 72,795 | 76,873 | 70,933 | 80,673 | 0 | 301,274 |
| DEPT. 710 | 0 | 4,645 | 1,992 | 0 | | 6,637 |
| DEPT. 713 | 0 | 0 | 0 | 0 | | 0 |
| DEPT. 715,745 | 33,424 | 23,261 | 21,792 | 10,842 | | 89,319 |
| DEPT. 716,746 | 30,932 | 18,594 | 9,110 | 15,278 | | 73,914 |
| TOTAL BREAST STRIPPING | 64,356 | 46,500 | 32,894 | 26,120 | 0 | 169,870 |
| TRIM: SIZING | 61,900 | 78,959 | 66,988 | 77,748 | | 285,595 |
| | 15.12% | 16.38% | 15.15% | 17.95% | 0.00% | 16.17% |
| TRIM: BRST STR | 0 | 0 | 0 | 0 | | 0 |
| | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| TOTAL TRIM | 61,900 | 78,959 | 66,988 | 77,748 | 0 | 285,595 |
| MARINATION | | | | | | 1,850,469 |
| DEPT. 740 | 419,930 | 413,479 | 484,917 | 532,143 | | 1,850,469 |
| DEPT. 742 | 420,345 | 446,625 | 368,612 | 404,798 | | 1,640,380 |
| TOTAL | 840,275 | 860,104 | 853,529 | 936,941 | 0 | 3,490,849 |
| TENDER CUTTING | | | | | | 0 |
| DAY SHIFT     720 | 35,340 | 34,788 | 33,378 | 24,952 | | 128,458 |
| NIGHT SHIFT   721 | 33,240 | 23,553 | 35,403 | 26,033 | | 118,229 |
| DAY SHIFT     732 | 63,025 | 82,086 | 76,660 | 64,881 | | 286,652 |
| NIGHT SHIFT   733 | 37,320 | 38,724 | 47,232 | 43,977 | | 167,253 |
| TOTAL | 168,925 | 179,151 | 192,673 | 159,843 | 0 | 700,592 |
| TRIM | 49770 | 47525 | 47937 | 37,458 | | 182,690 |
| % | 22.76% | 20.97% | 19.92% | 18.99% | 0.00% | 20.68% |
| TENDER SIZING | | | | | | 0 |
| DAY SHIFT | 0 | 0 | 0 | 0 | | 0 |
| NIGHT SHIFT | 0 | 0 | 0 | 0 | | 0 |
| TOTAL | 0 | 0 | 0 | 0 | 0 | 0 |
| TRIM | 0 | 0 | 0 | 0 | | 0 |
| % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| TENDER CUTTING (OTHER) | | | | | | 0 |
| DAY SHIFT | 0 | 0 | 0 | 0 | | 0 |
| NIGHT SHIFT | 0 | 0 | 0 | 0 | | 0 |
| TOTAL | 0 | 0 | 0 | 0 | 0 | 0 |
| TRIM | 0 | 0 | 0 | 0 | | 0 |
| % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| TRIM INSPECTION | | | | | | 0 |
| DEPT. 712 | 91,851 | 96,793 | 107,427 | 103,514 | | 399,585 |
| DEPT. 714 | 81,084 | 109,493 | 90,391 | 85,077 | | 366,045 |
| TOTAL | 172,935 | 206,286 | 197,818 | 188,591 | 0 | 765,630 |
| REJECTS | 41,360 | 53,066 | 45,020 | 48,920 | | 188,366 |
| LESS: | 0 | 0 | 0 | 0 | | 0 |
| NET REJECTS | 41,360 | 53,066 | 45,020 | 48,920 | 0 | 188,366 |
| % OF TFP POUNDS | 3.98% | 4.74% | 4.18% | 4.15% | 0.00% | 4.27% |
| REWORK POUNDS | 2,570 | 0 | 1,788 | 2,860 | | 7,218 |
| FILETS        FRESH | 200,000 | 110,000 | 119,112 | 80,000 | | 509,112 |
| TRIM | 73,170 | 59,220 | 69,900 | 42,350 | | 244,640 |
| TOTAL | 273,170 | 169,220 | 189,012 | 122,350 | 0 | 753,752 |

| | | | | | |
|---|---|---|---|---|---|
| **PACKOUT FRESH:** | | | | | |
| FILETS PACKOUT | 41,601 | 47,744 | 57,809 | 67,169 | | 214,323 |
| | 0 | 0 | 0 | 0 | | 0 |
| CHUNKS PACKOUT | | | | | | |
| TOTAL | 41,601 | 47,744 | 57,809 | 67,169 | 0 | 214,323 |
| **I.Q.F.** | | | | | | |
| FILETS IQF | 48,563 | 55,546 | 57,972 | 39,696 | | 201,777 |
| FILETS PACKOUT | 41,601 | 47,744 | 57,809 | 67,169 | | 214,323 |
| TENDERS | 0 | 0 | 0 | 2,760 | | 2,760 |
| WINGS | 92,120 | 101,340 | 84,000 | 162,220 | | 439,680 |
| FORMED | 0 | 0 | 0 | 0 | | 0 |
| WOGS | 0 | 0 | 0 | 0 | | 0 |
| BONE-IN | 0 | 0 | 2,000 | 0 | | 2,000 |
| TOTAL | 182,284 | 204,630 | 201,781 | 271,845 | 0 | 860,640 |
| **BREAD AND BATTER** | | | | | | |
| FILETS | 74,231 | 115,328 | 128,583 | 161,824 | | 479,966 |
| NUGGETS | 22,890 | 76,190 | 71,950 | 107,000 | | 278,030 |
| STRIPS | 242,300 | 171,460 | 202,820 | 171,940 | | 788,520 |
| TENDERS | 233,630 | 295,810 | 238,490 | 179,260 | | 948,190 |
| WINGS | 0 | 0 | 0 | 1,570 | | 1,570 |
| FORMED | 24,610 | 0 | 0 | 26,170 | | 50,780 |
| BONE-IN | 0 | 0 | 0 | 0 | | 0 |
| TOTAL | 597,661 | 658,788 | 642,843 | 647,764 | 0 | 2,547,056 |
| **FULLY COOKED** | | | | | | |
| FILETS IQF | 13,430 | 30,311 | 36,489 | 49,295 | | 129,525 |
| NUGGETS | 0 | 0 | 0 | 0 | | 0 |
| STRIPS | 0 | 0 | 0 | 0 | | 0 |
| TENDERS | 0 | 0 | 0 | 0 | | 0 |
| WINGS | 58,730 | 0 | 25,200 | 0 | | 83,930 |
| FORMED | 0 | 0 | 0 | 0 | | 0 |
| BONE-IN | 0 | 0 | 0 | 0 | | 0 |
| FILETS BREADED | 0 | 23,620 | 0 | 40,160 | | 63,780 |
| NUGGETS | 92,780 | 69,200 | 85,980 | 24,220 | | 272,180 |
| STRIPS | 0 | 0 | 0 | 0 | | 0 |
| TENDERS | 52,820 | 80,160 | 35,880 | 96,288 | | 265,148 |
| WINGS | 0 | 0 | 4,590 | 0 | | 4,590 |
| FORMED | 0 | 0 | 0 | 0 | | 0 |
| BONE-IN | 0 | 0 | 0 | 0 | | 619,153 |
| TOTAL | 217,760 | 203,291 | 188,139 | 209,963 | 0 | 819,153 |
| TOTAL FURTHER PROCESS | 997,705 | 1,066,709 | 1,032,763 | 1,129,572 | 0 | 4,226,749 |
| | | | | | 0 | 0 |
| OTHER O.H. POUNDS | | | | | 0 | 0 |
| TOTAL O.H. POUNDS | 997,705 | 1,066,709 | 1,032,763 G | | 0 | |
| | 0 | 0 | 0 | 0 | 0 | |
| **FURTHER PROCESSING** | 0 | 0 | 0 | 0 | 0 | |
| DEPT. 781 | 111,760 | 143,360 | 91,160 | 139,270 | | 485,550 |
| DEPT. 782 | 107,380 | 123,050 | 115,090 | 118,270 | | 463,790 |
| DEPT. 783 | 112,101 | 111,918 | 140,049 | 115,363 | | 479,431 |
| DEPT. 784 | 96,928 | 103,929 | 110,905 | 155,194 | | 466,956 |
| DEPT. 785 | 73,070 -533 | 65,391 | 80,139 | 93,943 | | 312,543 |
| DEPT. 730 | 0 | 0 | 0 | 0 | | |
| DEPT. 796 | 41,601 | 47,744 | 57,809 | 57,921 | | 205,075 |
| DEPT. 797 | 0 | 0 | 0 | 0 | | |
| DEPT. 881 | 84,550 | 101,790 | 80,670 | 132,170 | | 399,180 |
| DEPT. 882 | 101,740 | 60,280 | 108,720 | 40,110 | | 310,850 |
| DEPT. 883 | 46,290 | 83,020 | 55,644 | 77,381 | | 262,335 |
| DEPT. 884 | 77,595 | 88,327 | 84,577 | 74,682 | | 325,181 |
| DEPT. 885 | 144,690 | 137,900 | 108,000 | 116,020 | | 506,610 |
| DEPT. 731 | 0 | 0 | 0 | 9,248 | | 9,248 |
| DEPT. 896 | 0 | 0 | 0 | 0 | | 0 |
| DEPT. 897 | 0 | 0 | 0 | 0 | | 0 |
| TOTAL | 997,705 | 1,066,709 | 1,032,763 | 1,129,572 | 0 | 4,226,749 |
| LINE TOTAL | 958,104 | 1,018,985 | 974,954 | 1,062,403 | 0 | 4,012,426 |
| | -533 | | | | | |
| **Overhead Pounds** | | | | | | |
| Lines 1-5 | 958104 | 1018985 | 974954 | 1062403 | 0 | 4012426 |
| Line 6 | 41601 | 47744 | 57809 | 67169 | | 214323 |
| **Freeze & Storage Pounds** | | | | | | |
| Further Processing | 997,705 | 1,066,709 | 1,032,763 | 1,129,572 | 0 | 4,226,749 |
| Less; Baldwin account | 92,120 | 102,200 | 84,880 | 169,452 | | 448,652 |
| Total | 905,585 | 964,509 | 947,883 | 960,120 | 0 | 3,778,097 |
| Oil Pounds | 743261 | 831768 | 769293 | 808432 | 0 | 3152754 |
| Nitrogen Pounds | 405430 | 428480 | 395840 | 429820 | 0 | 1859370 |

## BALANCE SHEET

| MONTH OF: September 2003 | WEEK 1 | WEEK 2 | WEEK 3 | WEEK 4 | WEEK 5 | MONTH |
|---|---|---|---|---|---|---|
| POUNDS PROCESSED: | 942,685 | 930,415 | 891,911 | 0 | 0 | 2,765,011 |
| FILETS:SIZING        *TRIM* | 498,630 | 487,618 | 504,152 | | | 1,490,400 |
| FILETS:BRST STR. | 0 | 0 | | | | 0 |
| FILETS:UNSIZED | 0 | 0 | 3,098 | | | 3,098 |
| TENDERS | 247,276 | 217,367 | 297,363 | | | 762,006 |
| WINGS:REGULAR | 172,419 | 179,370 | 59,228 | | | 411,017 |
| OTHER | 0 | 0 | 0 | | | 0 |
| BONE-IN | 24,360 | 46,060 | 28,070 | | | 98,490 |
| DEPT. 715 | 107,347 | 104,357 | 94,986 | | | 306,690 |
| DEPT. 745 | 27,925 | 35,207 | 39,502 | | | 102,634 |
| DEPT. 716 | 48,626 | 49,912 | 49,758 | | | 148,296 |
| DEPT. 746 | 34,108 | 41,846 | 10,944 | | | 86,898 |
| TOTAL SIZING | 218,006 | 231,322 | 195,190 | 0 | 0 | 644,518 |
| DEPT. 710        5075 | 32,588 | 30,137 | 4,852 | | | 67,577 |
| DEPT. 713        5075 | 19,536 | 10,241 | 0 | | | 29,777 |
| DEPT. 715,745    5075 | 27,177 | 25,593 | 0 | | | 52,770 |
| DEPT. 716,746    5075 | 27,441 | 19,705 | 1,103 | | | 48,249 |
| TOTAL NUGGET | 106,742 | 85,676 | 5,955 | 0 | 0 | 198,373 |
| DEPT. 710 | 0 | 0 | 5,256 | | | 5,256 |
| DEPT. 713 | 0 | 0 | 991 | | | 991 |
| DEPT. 715,745 | 44,121 | 36,359 | 63,437 | | | 143,917 |
| DEPT. 716,746 | 32,796 | 36,863 | 66,517 | | | 136,176 |
| TOTAL BREAST STRIPPING | 76,917 | 73,222 | 136,201 | 0 | 0 | 286,340 |
| TRIM: SIZING | 88,343 | 90,733 | 153,284 | | | 332,360 |
| | 17.72% | 18.61% | 30.40% | 0.00% | 0.00% | 22.30% |
| TRIM: BRST STR | 0 | 0 | 0 | | | 0 |
| | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| TOTAL TRIM | 88,343 | 90,733 | 153,284 | 0 | 0 | 332,360 |
| MARINATION | | | | | | |
| DEPT. 740 | 481,262 | 480,331 | 445,236 | | | 1,406,829 |
| DEPT. 742 | 415,290 | 446,199 | 380,041 | | | 1,241,530 |
| TOTAL | 896,552 | 926,530 | 825,277 | 0 | 0 | 2,648,359 |
| TENDER CUTTING | | | | | | 0 |
| DAY SHIFT    720 | 21,263 | 33,449 | 28,108 | | | 82,820 |
| NIGHT SHIFT  721 | 18,874 | 35,613 | 33,318 | | | 87,805 |
| DAY SHIFT    732 | 65,402 | 71,311 | 68,431 | | | 205,144 |
| NIGHT SHIFT  733 | 56,509 | 37,080 | 28,646 | | | 122,235 |
| TOTAL | 162,048 | 177,453 | 158,503 | 0 | 0 | 498,004 |
| TRIM | 40691 | 44500 | 35859 | | | 121,050 |
| % | 20.07% | 20.05% | 18.45% | 0.00% | 0.00% | 19.55% |
| TENDER SIZING | | | | | | 0 |
| DAY SHIFT | 0 | 0 | 0 | | | 0 |
| NIGHT SHIFT | 0 | 0 | 0 | | | 0 |
| TOTAL | 0 | 0 | 0 | 0 | 0 | 0 |
| TRIM | 0 | 0 | 0 | | | 0 |
| % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| TENDER CUTTING (OTHER) | | | | | | 0 |
| DAY SHIFT | 0 | 0 | 0 | | | 0 |
| NIGHT SHIFT | 0 | 0 | 0 | | | 0 |
| TOTAL | | | | 0 | 0 | 0 |
| TRIM | 0 | 0 | 0 | | | 0 |
| % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| TRIM INSPECTION | | | | | | 0 |
| DEPT. 712 | 98,794 | 93,327 | 72,450 | | | 264,571 |
| DEPT. 714 | 117,560 | 126,727 | 98,501 | | | 342,788 |
| TOTAL | 216,354 | 220,054 | 170,951 | 0 | 0 | 607,359 |
| REJECTS | 40,690 | 45,070 | 58,545 | | | 144,305 |
| LESS: | 0 | | | | | 0 |
| NET REJECTS | 40,690 | 45,070 | 58,545 | 0 | 0 | 144,305 |
| % OF TFP POUNDS | 3.83% | 3.96% | 5.75% | 0.00% | 0.00% | 4.49% |
| | | | | | | |
| REWORK POUNDS | 36,560 | 2,754 | 9,610 | | | 48,924 |
| FILETS          FRESH | 160,000 | 40,000 | 119,440 | | | 319,440 |
| TRIM | 67,200 | 122,350 | 87,500 | | | 277,050 |
| TOTAL | 227,200 | 162,350 | 206,940 | 0 | 0 | 596,490 |

*(handwritten top left: "Piersol Mayes Gilbert Clark")*   *(circled: 6)*

| | | | | | | |
|---|---|---|---|---|---|---|
| **PACKOUT       FRESH:** | | | | | | |
| FILETS  PACKOUT | 54,967 | 55,507 | 51,883 | | | 162,357 |
| CHUNKS  PACKOUT | 0 | 2,640 | 20,320 | | | 22,960 |
| TOTAL | 54,967 | 58,147 | 72,203 | 0 | 0 | 185,317 |
| **I.Q.F.** | | | | | | |
| FILETS  IQF | 53,676 | 55,712 | 26,122 | | | 135,510 |
| FILETS  PACKOUT | 54,967 | 58,147 | 72,203 | | | 185,317 |
| TENDERS | 0 | 0 | 2,784 | | | 2,784 |
| WINGS | 85,508 | 115,832 | 64,960 | | | 266,300 |
| FORMED | 0 | 0 | 0 | | | |
| WOGS | 0 | 0 | 0 | | | |
| BONE-IN | 0 | 0 | 0 | | | |
| TOTAL | 194,151 | 229,691 | 166,069 | 0 | 0 | 589,911 |
| **BREAD AND BATTER** | | | | | | |
| FILETS | 134,987 | 179,351 | 144,046 | | | 458,384 |
| NUGGETS | 61,500 | 104,840 | 23,360 | | | 189,700 |
| STRIPS | 108,840 | 132,800 | 130,980 | | | 372,620 |
| TENDERS | 242,810 | 210,580 | 232,390 | | | 685,780 |
| WINGS | 2,890 | 0 | 0 | | | 2,890 |
| FORMED | 0 | 0 | 0 | | | |
| BONE-IN | 0 | 0 | 0 | | | |
| TOTAL | 551,027 | 627,571 | 530,776 | 0 | 0 | 1,709,374 |
| **FULLY COOKED** | | | | | | |
| FILETS  IQF | 23,647 | 29,054 | 0 | | | 52,701 |
| NUGGETS | 0 | 0 | 0 | | | 0 |
| STRIPS | 0 | 0 | 0 | | | 0 |
| TENDERS | 2,820 | 0 | 1,180 | | | 4,000 |
| WINGS | 70,140 | 58,210 | 0 | | | 128,350 |
| FORMED | 0 | 0 | 0 | | | |
| BONE-IN | 0 | 0 | 0 | | | |
| FILETS  BREADED | 0 | 0 | 1,020 | | | 1,020 |
| NUGGETS | 88,460 | 62,740 | 21,240 | | | 172,440 |
| STRIPS | 2,840 | 0 | 136,020 | | | 138,860 |
| TENDERS | 59,540 | 30,460 | 69,160 | | | 159,160 |
| WINGS | 0 | 0 | 0 | | | 0 |
| FORMED | 0 | 0 | 0 | | | |
| BONE-IN | 29,310 | 54,420 | 33,510 | | | 117,240 |
| TOTAL | 276,757 | 234,884 | 262,130 | 0 | 0 | 773,771 |
| **TOTAL FURTHER PROCESS** | 1,021,935 | 1,092,146 | 958,975 | 0 | 0 | 3,073,056 |

| | | | | | | |
|---|---|---|---|---|---|---|
| OTHER O.H. POUNDS | 0 | 0 | | 0 | 0 | |
| TOTAL O.H. POUNDS | 1,021,935 | 1,092,146 | 958,975 | 0 | 0 | 3,073,056 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **FURTHER PROCESSING** | 0 | 0 | 0 | 0 | 0 | 0 |
| DEPT. 781 | 85,200 | 106,640 | 87,860 | | | 279,700 |
| DEPT. 782 | 113,800 | 88,680 | 69,140 | | | 271,620 |
| DEPT. 783 | 121,710 | 139,121 | 102,741 | | | 363,572 |
| DEPT. 784 | 127,317 | 153,069 | 117,388 | | | 397,774 |
| DEPT. 785 | 116,567 | 118,294 | 128,020 | | | 362,881 |
| DEPT. 730 | 0 | 0 | 5,560 | | | 5,560 |
| DEPT. 796 | 54,967 | 55,507 | 51,883 | | | 162,357 |
| DEPT. 797 | 0 | 0 | 0 | | | |
| DEPT. 861 | 72,900 | 140,560 | 89,520 | | | 302,980 |
| DEPT. 882 | 34,230 | 10,200 | 46,340 | | | 90,770 |
| DEPT. 883 | 68,857 | 103,700 | 71,845 | | | 244,402 |
| DEPT. 884 | 66,197 | 57,145 | 39,808 | | | 163,150 |
| DEPT. 885 | 160,190 | 116,590 | 134,110 | | | 410,890 |
| DEPT. 731 | 0 | 2,640 | 14,780 | | | 17,400 |
| DEPT. 896 | 0 | 0 | 0 | | | |
| DEPT. 897 | 0 | 0 | 0 | | | |
| TOTAL | 1,021,935 | 1,092,146 | 958,975 | 0 | 0 | 3,073,056 |
| LINE TOTAL | 966,968 | 1,033,999 | 886,772 | 0 | 0 | 2,887,739 |

*(handwritten: "SATURDAY WEEK", "-29,400", "-31,660", "-71,640", "-61,060", "225,712", "SATURDAY")*

| Overhead Pounds | | | | | | |
|---|---|---|---|---|---|---|
| Lines 1-5 | 966968 | 1033999 | 888772 | 0 | 0 | 2887739 |
| Line 6 | 54967 | 58147 | 72203 | 0 | 0 | 185317 |

| Freeze & Storage Pounds | | | | | | |
|---|---|---|---|---|---|---|
| Further Processing | 1,021,935 | 1,092,146 | 958,975 | 0 | 0 | 3,073,056 |
| Less: Baldwin account | 90,596 | 119,456 | 70,840 | | | 280,892 |
| Total | 931,339 | 972,690 | 888,135 | 0 | 0 | 2,792,164 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Oil Pounds | 731177 | 775191 | 791726 | 0 | 0 | 2298094 |
| Nitrogen Pounds | 306130 | 348080 | 292880 | 0 | 0 | 945070 |

*(handwritten at bottom: 570,334    605,804    475,749    ( 92,320 )    568,069)*

## FACTORY OVERHEAD ANALYSIS — 12 MONTH

| YEAR / MONTH | 2003 4 SEPTEMBER | 2003 4 AUGUST | 2003 5 JULY | 2003 4 JUNE | 2003 5 MAY | 2003 4 APRIL | 2003 4 MARCH | 2003 4 FEBRUARY | 2003 5 JANUARY | 2002 4 DECEMBER | 2002 5 NOVEMBER | 2002 4 OCTOBER | 52 12 MONTH TOTAL | AVERAGE MONTHLY EXPENSE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1 SALARIES** / AVG. WEEKLY | $187,187 / $41,796 | $204,006 / $41,002 | $213,572 / $42,714 | $174,749 / $43,687 | $220,968 / $44,194 | $182,865 / $45,716 | $182,411 / $45,603 | $177,900 / $44,476 | $225,201 / $45,040 | $181,902 / $45,476 | $239,901 / $47,976 | $182,965 / $45,240 | $2,323,521 | $193,630 |
| **2 EMPLOYEE BENEFITS** / AVG. WEEKLY | $233,242 / $58,061 | $220,940 / $55,235 | $260,993 / $52,199 | | $244,818 / $48,884 | $182,188 / $45,547 | $198,054 / $49,041 | $237,788 / $59,442 | $250,283 / $50,057 | $235,666 / $58,917 | $292,394 / $58,479 | $230,541 / $57,710 | $2,788,900 | $232,490 |
| **3 SUPERVISION & BENEFITS** / AVG. WEEKLY | $88,169 / $22,039 | $199,920 / $24,990 | $88,156 / $17,631 | $88,155 / $22,039 | $87,557 / $19,411 | $88,159 / $22,039 | $190,662 / $22,696 | $190,662 / $22,696 | $67,720 / $17,344 | $90,800 / $22,890 | $93,662 / $18,720 | $67,720 / $21,090 | $1,087,965 | $90,639 |
| **4 BOX WASHING EXPENSE** / AVG. WEEKLY | $6,981 / $1,745 | $6,939 / $1,735 | $10,353 / $2,071 | $7,454 / $1,864 | $4,860 / $1,090 | $4,238 / $1,060 | $2,056 / $514 | $2,056 / $514 | $7,597 / $1,533 | $6,005 / $1,501 | $6,192 / $1,238 | $5,114 / $1,279 | $72,181 | $6,013 |
| **5 USDA INSPECT. & GRADING** / AVG. WEEKLY | $17,679 / $1,920 | $9,816 / $2,479 | $12,198 / $2,494 | $496 / $124 | $15,848 / $1,130 | $7,212 / $1,903 | $10,812 / $2,729 | $5,962 / $1,491 | $17,513 / $3,503 | $19,505 / $2,399 | $23,096 / $4,614 | $11,214 / $2,804 | $121,353 | $10,115 |
| **6 PLANT SUPPLIES** / AVG. WEEKLY | $3,274 / $1818 | $4,830 / $1,209 | $1,496 / $300 | $3,279 / $820 | $9,362 / $1,972 | $5,596 / $1,399 | $4,472 / $1,118 | $5,840 / $1,712 | $7,814 / $1,953 | $4,556 / $1,139 | $5,038 / $1,008 | $5,839 / $1,410 | $67,107 | $8,608 |
| **7 SANITATION SUPPLIES** / AVG. WEEKLY | $7,115 / $11,779 | $10,059 / $2,515 | $16,980 / $3,396 | $22,234 / $5,558 | $13,824 / $2,765 | $5,470 / $1,367 | $8,935 / $2,150 | $8,123 / $2,283 | $17,916 / $3,584 | $11,962 / $2,990 | $11,153 / $2,231 | $14,240 / $3,560 | $148,712 | $12,393 |
| **8 PLANT STORAGE COST** / AVG. WEEKLY | $1,200 / $0 | $1,200 / $0 | $1,200 / $0 | $0 / $0 | $0 / $0 | $275 / $69 | $0 / $0 | $0 / $0 | $0 / $0 | $0 / $0 | $0 / $0 | $0 / $0 | $1,415 | $123 |
| **9 MISCELLANEOUS EXPENSE** / AVG. WEEKLY | $68,327 / $22,082 | $118,750 / $29,188 | $113,840 / $22,768 | $110,333 / $27,568 | $119,608 / $23,922 | $86,836 / $21,719 | $92,272 / $23,068 | $123,390 / $30,850 | $116,903 / $23,381 | $89,231 / $22,305 | $136,285 / $27,257 | $125,276 / $31,319 | $1,319,074 | $109,923 |
| **10 UTILITIES** / AVG. WEEKLY | $136,509 / $34,127 | $144,819 / $36,205 | $157,466 / $31,497 | $142,571 / $35,643 | $119,351 / $23,942 | $146,829 / $36,857 | $126,057 / $31,514 | $129,457 / $32,124 | $129,766 / $25,951 | $129,972 / $32,493 | $178,766 / $35,357 | $147,942 / $29,995 | $1,707,562 | $142,317 |
| **11 TRUCK EXPENSE** / AVG. WEEKLY | $1,777 / $444 | $2,634 / $659 | $3,282 / $656 | $2,562 / $641 | $2,667 / $533 | $1,548 / $387 | $4,073 / $1,018 | $2,120 / $530 | $3,501 / $700 | $1,022 / $256 | $2,628 / $566 | $1,680 / $423 | $28,360 | $2,465 |
| **12 REPAIRS** / AVG. WEEKLY | $172,731 / $43,183 | $192,656 / $48,714 | $191,718 / $38,347 | $160,758 / $40,189 | $188,424 / $37,685 | $129,472 / $32,368 | $181,749 / $45,437 | $192,681 / $48,170 | $234,913 / $46,983 | $130,194 / $32,549 | $152,631 / $30,526 | $153,324 / $38,331 | $2,243,744 | $186,970 |
| **13 DEPRECIATION** / AVG. WEEKLY | $154,393 / $38,598 | $154,393 / $38,598 | $153,897 / $30,781 | $154,934 / $38,733 | $155,917 / $31,183 | $198,173 / $49,543 | $153,454 / $38,364 | $153,454 / $38,364 | $153,556 / $30,711 | $153,556 / $38,399 | $153,496 / $30,699 | $153,324 / $38,331 | $1,852,507 | $154,376 |
| **14 PROPERTY & EQUIP. RENT** / AVG. WEEKLY | $13,899 / $3,475 | $13,899 / $3,471 | $14,094 / $2,819 | $15,741 / $3,435 | $13,417 / $2,683 | $15,211 / $3,803 | $14,119 / $3,416 | $13,670 / $3,418 | $10,476 / $2,095 | $15,801 / $3,950 | $15,833 / $3,155 | $18,179 / $4,545 | $172,524 | $14,360 |
| **15 PROPERTY INSURANCE** / AVG. WEEKLY | $30,332 / $7,583 | $14,530 / $3,635 | $15,111 / $3,022 | $19,234 / $4,058 | $19,039 / $3,808 | $19,005 / $4,751 | $16,960 / $4,740 | $18,913 / $4,728 | $19,609 / $3,922 | $19,557 / $3,950 | $22,798 / $4,560 | $16,954 / $4,238 | $228,451 | $19,038 |
| **16 PROPERTY TAXES** / AVG. WEEKLY | $12,539 / $3,135 | $12,538 / $3,135 | $15,621 / $3,124 | $12,892 / $3,225 | $15,621 / $3,124 | $12,538 / $3,135 | $12,536 / $3,135 | $12,538 / $3,135 | $15,158 / $3,135 | $15,621 / $3,905 | $15,821 / $3,124 | $12,538 / $3,133 | $166,393 | $13,883 |
| **17 TRAVEL EXPENSE** / AVG. WEEKLY | $13,369 / $3,347 | $13,195 / $4,073 | $11,199 / $2,240 | $15,344 / $3,886 | $19,198 / $3,840 | $118,522 / $4,131 | $14,290 / $3,570 | $39,670 / $2,368 | $114,328 / $2,896 | $23,276 / $5,819 | $9,042 / $1,788 | $23,687 / $3,172 | $178,541 | $14,962 |
| **18 ADVERTISING** / AVG. WEEKLY | $97 / $24 | $95,256 / $1,314 | $37,331 / $1,498 | $0 / $0 | $7,624 / $1,825 | $98,223 / $1,557 | $9,625 / $2,156 | $9,895 / $2,424 | $10,568 / $2,136 | $110,777 / $2,694 | (81,110) / (822) | $38,045 / $2,261 | $74,238 | $6,195 |
| **19 WATER TREATMENT EXP.** / AVG. WEEKLY | $18,707 / $4,677 | $14,107 / $3,527 | $48,257 / $9,651 | $29,327 / $7,332 | $30,892 / $6,198 | $34,283 / $8,576 | $22,345 / $7,030 | $28,225 / $7,050 | $58,728 / $11,740 | $26,729 / $6,684 | $44,000 / $9,800 | $39,211 / $6,803 | $396,189 | $33,075 |
| **TOTAL FACTORY OVERHEAD:** | $1,115,349 | $1,196,908 | $1,535,633 | $1,166,772 | $1,310,283 | $1,102,333 | $1,143,565 | $1,222,995 | $1,382,393 | $1,153,964 | $1,454,537 | $1,368,896 | $14,070,594 | |
| **AVERAGE WKLY EXPENSES:** | 298,838 | 266,977 | 287,127 | 292,193 | 282,057 | 275,583 | 286,422 | 305,749 | 276,479 | 288,946 | 290,903 | 342,475 | 288,059 | |
| **TOTAL POUNDS PRODUCED:** | 4,079,000 | 4,216,748 | 5,144,042 | 3,830,083 | 4,755,874 | 3,191,503 | 3,088,122 | 2,243,776 | 3,954,267 | 3,854,257 | 4,395,205 | 4,331,564 | 46,789,997 | |
| **MONTHLY COST PER POUND:** | $0.2889 | $0.2838 | $0.2986 | $0.3052 | $0.2756 | $0.3454 | $0.3700 | $0.5451 | $0.3789 | $0.2822 | $0.3373 | $0.3960 | $0.3070 | |

.2792
.2732  AVERAGE