IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DON'S HYDRAULICS, INC.,            )
                                   )
            Plaintiff,             )     C.A. No. 04-1275 (KAJ)
                                   )
            v.                     )
                                   )
COLONY INSURANCE COMPANY,          )
TRUCK TECH INDUSTRIES, INC.,       )
and TIPCO TECHNOLOGIES, INC.,      )
                                   )
            Defendants.            )

## CERTIFICATE OF SERVICE

I, Michael K. Tighe, Esquire, do hereby certify that a true and correct copy of the attached Plaintiff's Don's Hydraulics Response to Defendant Colony Insurance Company, Truck Tech Industries, Inc., and Tipco Technologies Joint Motion in Limine to Preclude Introduction of Evidence of Plaintiff's Damages was served by first class mail, postage prepaid, on this 7th day of November, 2005 upon the following:

Gary H. Kaplan, Esquire          Joseph M. Toddy, Esquire
Goldfein & Hosmer               Zarwin Baum DeVito Kaplan
222 Delaware Avenue              Schaer Toddy P.C.
Suite 1110                      Suite 1200
P.O. Box 2206                   1515 Market Street
Wilmington, DE 19899-2206       Philadelphia, PA 19102-1981

Cindy Beam, Esquire
Reger & Rizzo, LLP
1001 Jefferson Plaza
Suite 202
Wilmington, DE 19801

**TIGHE, COTTRELL & LOGAN, P.A.**

/s/ Michael K. Tighe
Michael K. Tighe (DE ID 29)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 658-6400
Attorneys for Plaintiff