IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Don's Hydraulics, Inc. | : | |
|     Plaintiff | : | Civil Action No.:  04-1275 KAJ |
| | : | |
| vs. | : | |
| | : | |
| Colony Insurance Company and | : | |
| Truck Tech Industries, Inc., and | : | |
| Tipco Technologies, Inc. | : | |
|     Defendants | : | |

**DEFENDANTS COLONY INSURANCE COMPANY, TRUCK TECH INDUSTRIES, INC. AND TIPCO TECHNOLOGIES, INC. REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' JOINT MOTION *IN LIMINE* TO PRECLUDE INTRODUCTION OF EVIDENCE OF PLAINTIFF'S DAMAGES**

    Defendants, Colony Insurance Company, Truck Tech Industries, Inc. and Tipco Technologies, Inc. (hereinafter "Defendants"), by and through its attorneys, hereby file the within Reply to Plaintiff's Memorandum in Opposition to Defendants' Joint Motion In Limine to Preclude Introduction of Evidence of Plaintiff's Damages. The reasons therefore are more fully set forth in the accompanying Reply Memorandum.

                                                                **Respectfully Submitted**

Dated: <u>11/15/05</u>                                              GOLDFEIN & JOSEPH

                                                            <u>/s/ Gary H. Kaplan</u>
                                                            Gary H. Kaplan (I.D. # 2965)
                                                            222 Delaware Avenue, Suite 1110
                                                           P.O Box 2206
                                                           Wilmington, DE 19899
                                                           (302) 656-3301
                                                           Attorney for Defendant Tipco
                                                           Technologies, Inc.

FIGIOLA & FACCIOLO

/s/ Anthony A. Figliola, Jr.
Anthony A. Figliola, Jr. (I.D. # 957)
1813 Marsh Road, Suite A
Wilmington, DE 19810
(302) 475-0460
Attorney for Defendant Colony
Insurance Company


ZARWIN, BAUM, DEVITO,
KAPLAN, SCHAER & TODDY, P.C.

/s/ Joseph M. Toddy
Joseph M. Toddy (PA I.D. # 42484)
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 569-2800
Attorney for Defendant Colony
Insurance
Company


REGER RIZZO KAVULICH &
DARNALL, LLP

/s/ Cynthia G. Beam
Cynthia G. Beam (I.D. #2565
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant Truck Tech
Industries, Inc.