IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DON'S HYDRAULICS, INC.,** : | |
| : | **C.A. No.: 04-1275 KAJ** |
| **Plaintiff,** : | |
| v. : | |
| : | |
| **COLONY INSURANCE COMPANY,** : | |
| **TRUCK TECH INDUSTRIES, INC.,** : | |
| **and TIPCO TECHNOLOGIES, INC.,** : | |
| : | |
| **Defendants.** : | |

## CERTIFICATE OF SERVICE

I, Gary H. Kaplan, Esquire, do hereby certify that on this 15th day of November, 2005, two (2) copies of the Defendants' Reply to Plaintiff's Memorandum in Opposition to Defendants' Joint Motion in Limine were served on the following by depositing same in the U.S. Mail, postage pre-paid in an envelope addressed as follows:

Matthew S. Lindauer, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031

                                                **GOLDFEIN & JOSEPH**

                                                /s/ Gary H. Kaplan

                                                GARY H. KAPLAN - ID# 2965
                                                222 Delaware Avenue, Suite 1110
                                                P.O. Box 2206
                                                Wilmington, DE  19899