# Exhibit "A"

DON CATHELL
May 27, 2005

**Page 1**

```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE
                      ------

DON'S HYDRAULICS, INC.      :C.A. No. 04-1275 (KAJ)
        Plaintiff           :
                            :
Vs.                         :
                            :
                            :
COLONY INSURANCE COMPANY, TRUCK :
TECH INDUSTRIES, INC., and TIPCO :
TECHNOLOGIES, INC.          :
        Defendants          :
                            :
                      ------

        Oral deposition of DON CATHELL, taken by and
before Joanne H. Gusler, Registered Professional Reporter
and Notary Public, at the Law Offices of Reger, Rizzo,
Kavulich & Darnall, LLP., 1001 North Jefferson Street,
Suite 202, Wilmington, Delaware 19801, on Friday, May
27, 2005, commencing at 11:04 a.m.


                       VOLUME II


                   KARASCH & ASSOCIATES
             REGISTERED PROFESSIONAL REPORTERS
                 PENNSYLVANIA and DELAWARE
                      (800) 621-5689
```

**Page 2**

```
 1  APPEARANCES:
 2
 3    Tighe, Cottrell & Logan, P.A.
      BY: ABIGAIL E. RODGERS, ESQUIRE
 4    First Federal Plaza
      P.O. Box 1031
 5    Wilmington, De 19899
      (302) 658-6400
 6    Attorney for the Plaintiff
 7
 8    Reger, Rizzo, Kavulich & Darnall, LLP
      BY: CYNTHIA G. BEAM, ESQUIRE
 9    1001 North Jefferson Street, Suite 202
      Wilmington, De 19801
10    (302) 652-3611
      Attorney for Defendant, Truck Tech Industries
11
12
      Goldfein and Joseph
13    BY: GARY H. KAPLAN, ESQUIRE
      222 Delaware Avenue, Suite 1110
14    Wilmington, De 19899
      (302) 656-3301
15    Attorney for Defendant, Tipco Technologies, Inc.
16
17    Zarwin, Baum, DeVito, Kaplan, Schaer, Toddy, P.C.
      BY: DEVON F. SNELL, ESQUIRE
18    1515 Market Street, Suite 1200
      Philadelphia, Pa 19102
19    (215) 569-2800
      Attorney for Defendant, Colony Insurance Company
20
21
22
23
24
25
```

**Page 3**

```
 1               I N D E X
 2
     WITNESS              PAGE
 3
     DON CATHELL
 4
     BY MR. KAPLAN        4, 122
 5   BY MR. SNELL         92
     BY MS. BEAM          109, 125, 128
 6   BY MS. RODGERS       128
 7
                EXHIBITS
 8
     NUMBER      DESCRIPTION          PAGE
 9   Cathell-18  Hydraulic pump/hose failure 51
                 Analysis
10
     Cathell-19  Complaint            87
11
     Cathell-20  Fieldale Farms' invoice  94
12
     Cathell-21  Letter dated 2/4/04   101
13
     Cathell-22  Letter dated 11/6/03  125
14
15
16
17
18           COPY
19
20
21
22
23
24
25
```

**Page 4**

```
 1               - - -
 2         DON CATHELL, having been duly sworn, was examined
 3   and testified as follows:
 4               - - -
 5   BY MR. KAPLAN:
 6      Q.  Good morning.  How are you?
 7      A.  Fine.
 8      Q.  Good.  Sir, we're going to continue where we
 9   let off yesterday.  There are advantages and
10   disadvantages to going second.  The advantage is as your
11   counsel's pointed out, that much of the ground work has
12   already been laid.
13         The disadvantage is that the deposition probably
14   won't flow as the first one did, as the first day's did
15   and that's because we're trying to address questions that
16   popped along your deposition of yesterday.  Let's first
17   turn to the photographs that were marked during your
18   deposition of yesterday.
19         Sir, in looking as what's been marked as Cathell
20   number six.  You have placed the descriptions of female
21   ends on, I believe, both ends of pipes.  I want to make
22   sure.  Is that description, correct, sir?  Or can you --
23      A.  -- both ends of this (indicating) hose have
24   female ends.  This hose has a female end only on that
25   end.
```

1 (Pages 1 to 4)

DON CATHELL
May 27, 2005

Page 5

1  Q. Well, then why don't you mark with a pen where
2  the male end of the second hose would be, sir.
3  A. (Witness complies.)
4  Q. You wrote the word "male" but there's no arrow
5  from it.
6  A. (Witness complies.)
7  Q. Why don't you just draw a separate line from
8  the word "male" so there's no overlapping of the same
9  line there.
10  A. (Witness complies.)
11  Q. Okay. And is it your testimony that the
12  second pipe or hose that is in that photograph has two
13  female ends?
14  A. Yes.
15  Q. Okay. Can you draw a separate line then to
16  the female sections of both ends of that pipe or that
17  hose. I'm sorry. Where you wrote the "female ends," you
18  want to draw an arrow from there over, sir.
19  A. (Witness complies.)
20  Q. Now, sir, I want to make sure that I
21  understand your testimony. Looking at exhibit Cathell-6
22  or Cathell-7, do they both show the same --
23  A. Yes.
24  Q. -- hoses and motor, sir?
25  A. Yes.

Page 6

1  Q. Since we have descriptions of Cathell number
2  six, let's turn principally to Cathell number seven.
3  Could you draw a line on the portion of the hose that
4  would reflect what part of that pipe or hose was supplied
5  by Truck Tech?
6  A. Supplied by?
7  Q. Yes, sir. In other words, is it the entire
8  (indicating) hose and pipe that was supplied by Truck
9  Tech?
10  A. No.
11  Q. Why don't you take a pen and put a line on
12  both ends and this way we'll know exactly what portion
13  was provided by Truck Tech.
14  A. (Witness complies.)
15  Q. For the record, you bracketed off sections of
16  both of those pipes or hoses?
17  A. Hoses only.
18  Q. Okay. Would it be fair to say the portions
19  within the brackets are the portions that you believe
20  were provided by Truck Tech?
21  A. Yes.
22  Q. Now, sir, looking at Cathell-7, could you
23  please identify for me this piece of equipment?
24  (Indicating.) What is this called?
25  A. Elbow.

Page 7

1  Q. Okay. Why don't you write "elbow" there?
2  A. (Witness complies.)
3  Q. And we're going to go right down the line,
4  sir. Is all of the hose or pipe part of the elbow up to
5  the part where you bracketed it off?
6  A. No. There's a bushing right there.
7  (Indicating.)
8  Q. Why don't you identify that, sir.
9  A. (Witness complies.)
10  Q. And what is a bushing?
11  A. It's a reducer bushing from one size to
12  another.
13  Q. And again, it's painted gray in the
14  photograph, correct?
15  A. Yes.
16  Q. What is the color before it was painted?
17  A. Black.
18  Q. And who provided the bushing?
19  A. R.D. Grier.
20  Q. And did they provided that directly to you?
21  A. Yes.
22  Q. And that was on this piece of equipment before
23  the hose was connected?
24  A. Yes.
25  Q. And how is that bushing connected to the hose

Page 8

1  or connected to the elbow?
2  A. Male pipe thread.
3  Q. By a male pipe thread, what do you mean, sir?
4  A. I don't know another way to explain it. Just
5  male pipe threads.
6  Q. Okay. Now, let's turn to the other end of the
7  hose. You've bracketed a portion of the hose that was
8  provided by Truck Tech. What is the piece of equipment
9  that looks like a big nut located on the end of the hose,
10  sir?
11  A. This? (Indicating.)
12  Q. Yes, sir. What is that called?
13  A. That's the female JIC nut.
14  Q. Why don't you label that, sir.
15  A. (Witness complies.)
16  Q. Does that have any other names?
17  A. Not to my knowledge.
18  Q. Okay. Does that come in various sizes?
19  A. Yes.
20  Q. How is the appropriate size determined?
21  A. By whatever size you're trying to fit it to.
22  Q. Okay. What is the name, if there is one, of
23  the next piece material which appears outside the bracket
24  on the female end of the (indicating) pipe and hose
25  there, sir?

2 (Pages 5 to 8)

KARASCH & ASSOCIATES
800-621-5689

DON CATHELL
May 27, 2005

Page 9

1   A. Adapter.
2   Q. Why don't you label that, sir.
3   A. (Witness complies.)
4   Q. Now, does that have any other names?
5   A. Not that I'm aware of.
6   Q. Okay. Where did the adapter come from?
7   A. Thomkins.
8   Q. And how was that selected?
9   A. According to whatever size you want.
10  Q. Did you place an order for a particular size
11  adapter?
12  A. Yes.
13  Q. Do you recall the size of the adapter that you
14  ordered?
15  A. Yes.
16  Q. What was the size of the adapter?
17  A. Number 40.
18  Q. And is that also normally a gray color or is
19  that just painted?
20  A. It's painted.
21  Q. What color was it when it was new?
22  A. It could have been silver color. It could
23  have been gold. I don't.
24  Q. Okay. Next to the adapter comes what, sir?
25  A. Street L.

Page 10

1   Q. Why don't you label the street L.
2   A. (Witness complies.)
3   Q. Does a street L have any other names?
4   A. Not that I'm aware of.
5   Q. Would that also be considered an elbow or is
6   that different, sir?
7   A. It's an elbow but it's a male by female elbow.
8   Q. In other words, it has a male end and a female
9   end?
10  A. Yes.
11  Q. Who produced that piece of equipment, sir?
12  A. R.D. Grier.
13  Q. Did you order it?
14  A. Yes.
15  Q. And did you order a particular size?
16  A. Yes.
17  Q. What size did you order?
18  A. Two-and-a-half inch.
19  Q. Is that what that is; a two-and-a-half inch --
20  A. Yes.
21  Q. -- street L is what you call it?
22  A. Yes.
23  Q. Now, sir, we've been looking at the piece of
24  hose or equipment towards the bottom of this system.
25  Looking at the hose above it, (indicating) does that have

Page 11

1   the same pieces of equipment on either side of it as the
2   one below?
3   A. This end does. (Indicating.) This end is the
4   same as this end. Has the adapter into it.
5   Q. Well, I'm going to ask you to label those
6   pieces again. Why don't you do that for me, sir.
7   In fact, I'll ask you to label all the pieces there
8   and then I'll ask you to tell us on the record what they
9   are.
10  A. (Witness complies.)
11  Q. Now, you've written the words, "coupling,
12  adapter, street L and adapter" on that diagram also; is
13  that correct?
14  A. Yes.
15  Q. And you labeled where those pieces of
16  equipment are located?
17  A. Yes.
18  Q. And were those couplings and adapters and
19  street L's acquired from the same company that you
20  acquired the other ones from?
21  A. Yes.
22  Q. Are they all the same size as the other pieces
23  of equipment?
24  A. The coupling is three inches. (Indicating.)
25  The rest are the same.

Page 12

1   Q. And --
2   A. -- and there also would have to be a bushing
3   in that. The end-case is behind the hose but there would
4   be a bushing there also.
5   Q. Can you see it in the diagram of Cathell-6?
6   A. No, it's blocked by the hose.
7   Q. And once again, it's your testimony that Truck
8   Tech supplied only that equipment which is within the
9   brackets?
10  A. Yes.
11  Q. Was Truck Tech supposed to supply any other
12  equipment, sir?
13  A. No.
14  Q. So Truck Tech supplied then what they were
15  asked to supply?
16  A. Yes.
17  Q. Now, would it be fair to say the black hoses
18  that appear in Cathell-6 are the return hoses?
19  A. No.
20  Q. What are they, sir?
21  A. Case drain hoses.
22  Q. Why don't you label that, sir.
23  A. (Indicating.)
24  Q. Okay. That's what you did yesterday?
25  A. Yes.

3 (Pages 9 to 12)

KARASCH & ASSOCIATES
800-621-5689

DON CATHELL
May 27, 2005

Page 13

1  Q. What is the silver part of the black hose in
2 Cathell-6 called? (Indicating.)
3  A. A hose end.
4  Q. Does it have any other name?
5  A. Not to my knowledge.
6  Q. Do you know what a ferrule is, sir?
7  A. Pardon?
8  Q. Do you know what a ferrule is?
9  A. Yes.
10  Q. Where is the ferrule in that photograph or
11 does it show?
12  A. There is no ferrules.
13  Q. Can you label what you told me is the hose
14 end? And if you can do so on number seven, if that would
15 make it easier.
16  A. (Witness complies.)
17  Q. Sir, looking at Cathell number seven. There
18 is a piece of equipment here (indicating.) I'm pointing
19 to where I see four bolts.
20  A. Yes.
21  Q. What is that called, sir; do you know?
22  A. Flange.
23  Q. Does it have any other name?
24  A. Not to my knowledge.
25  Q. Is that a four-bolt split flange port?

Page 14

1  A. No, sir.
2  Q. You just call it a flange?
3  A. Four-bolt flange.
4  Q. Why don't you label the four-bolt flange, sir.
5  A. (Witness complies.)
6  Q. What's the purpose of the four-bolt flange,
7 sir?
8  A. Pump manufacturer design calls for a four-bolt
9 flange.
10  Q. Okay. Then I'm a little confused. Let me go
11 back to what you said yesterday. I believe that the
12 attorney asking you questions yesterday asked you in
13 terms of what you did for a living and you said you
14 manage business, design hydraulic power units, and
15 oversee the office?
16  A. Correct.
17  Q. Okay. What part of this hydraulic system did
18 you design?
19  A. The entire system.
20  Q. Well, you just told me though the manufacturer
21 requires certain types of, in this case, flange. A
22 four-bolt flange. So did you take into account
23 requirements of pieces when designing the entire system
24 or did you decide on your own what hookups and what hoses
25 to attach?

Page 15

1  A. The bolt manufacturer specifies what size
2 ports are on the pump which is the size you have to use.
3  Q. And then you acquired flanges to match that
4 size?
5  A. Correct.
6  Q. Okay. Let's go back another step. What was
7 the flow capacity of the pumps that you used in this
8 system?
9  A. I don't know exactly but it's about 60 gallons
10 per pump.
11  Q. Do you have documentation reflecting what that
12 would be?
13  A. I'd have to take it out of their catalog.
14  Q. Do you have any documentation reflecting what
15 the flow capacity was of those pumps?
16  A. In the catalog.
17  Q. But that would be a catalog of all the pumps
18 that the company manufactures, correct?
19  A. Yes.
20  Q. Would you have any receipts or documentation
21 reflecting what the capacity was of the pumps that you
22 used in this system?
23  A. Out of the catalog.
24  Q. That's not -- that catalog wouldn't reflect
25 what you actually purchased, would it?

Page 16

1  A. No. A catalog wouldn't state what I ordered.
2  Q. That's what I'm asking. Do you have anything
3 that would state what you ordered, sir?
4  A. Invoice?
5  Q. Yes, sir.
6  A. Yes.
7  Q. Can you produce those?
8  A. Yes.
9      MR. KAPLAN: Counsel, can I ask you to
10   produce them?
11      MS. RODGERS: Yes.
12 BY MR. KAPLAN:
13  Q. Now, sir, why do you use a 60-pound capacity
14 pump?
15  A. Sixty gallons.
16  Q. Sixty gallons; I'm sorry.
17  A. We have a certain amount of gallonage that we
18 need, a total gallonage that we need to run all the
19 equipment in the plant. No manufacturer makes a single
20 pump that size, so you use a combination of pumps to
21 acquire that GPM.
22  Q. What does GPM stand for?
23  A. Gallons per minute.
24  Q. What was the number of gallons per minute that
25 you were targeting? Is that the 1,000 number that we

4 (Pages 13 to 16)

KARASCH & ASSOCIATES
800-621-5689

DON CATHELL
May 27, 2005

### Page 17

1  spoke of yesterday?
2  A. If all pumps were running, you'd have in the
3  range of 1,200 gallons per minute; however, we did not
4  design it to run all 12. I'd have to look back in my
5  records. I think we were looking for around 900, 800,
6  900 gallons per minute I think.
7  Q. Do you have written records regarding the
8  design of this system that have not been produced in
9  discovery?
10  A. I think I do.
11  Q. What would those records consist of, sir?
12  A. Be my notes where I figured up the pumps and
13  so forth.
14      MR. KAPLAN: Counsel, I'm going to ask that
15  those documents be produced. I may have a need to
16  redepose your client depending upon what is
17  contained there but we won't know until we see those
18  documents.
19      MS. RODGERS: We'll produce what we have.
20      MR. KAPLAN: Well, not just what you have
21  but what your client would have and --
22      MS. RODGERS: -- what -- yes. Mr. Cathell
23  will do a search and we'll produce what exists.
24  BY MR. KAPLAN:
25  Q. Sir, any idea how many pages of documents you

### Page 18

1  have regarding the design of this system?
2  A. No, sir.
3  Q. More than a couple?
4  A. Possibly.
5  Q. Kept in a file regarding this particular
6  project?
7  A. Yes.
8  Q. So that whole file would have all the
9  documents regarding this project?
10  A. It has all the files from that plant from the
11  time I took that account on for all units.
12  Q. Okay. Is it broken down by year?
13  A. By project.
14  Q. Okay. Would there be other documents that you
15  would have in your file pertaining to this project that
16  we haven't mentioned yet today or yesterday?
17  A. There could be some and I don't know what
18  you're asking for.
19  Q. Sure. I don't know what's there myself, sir.
20  A. If you can specify what you want, then I could
21  tell you if it's in there.
22  Q. Well, I'm going to ask, sir, that you produce
23  all the documents in your file pertaining to this project
24  to your counsel and I'll ask counsel to produce all those
25  documents so that we all can review them.

### Page 19

1      MS. RODGERS: Yes.
2      MR. KAPLAN: Thank you.
3  BY MR. KAPLAN:
4  Q. Now, sir, who selected the size of hose that
5  was to be used in this system that you designed?
6  A. I did.
7  Q. And what was the basis of your decision to
8  request a particular-size hose?
9  A. The specification in the catalog by the pump
10  manufacturer.
11  Q. And which catalog was that once again, sir?
12  A. Rexroth.
13  Q. I'm sorry?
14  A. Rexroth.
15  Q. I'm going to ask you to spell that because I
16  have no idea. I don't know if you do. (Indicating.)
17  A. R-E-X-R-O-T-H.
18  Q. And what year catalog is that, sir?
19  A. I don't know.
20  Q. Do you know if it's current or not?
21  A. It was at that time. As current as there was.
22  Q. Do you receive annual Rexroth catalogs?
23  A. Not no more.
24  Q. Why no more, sir?
25  A. Because I don't use Rexroth pumps no more.

### Page 20

1  Q. Why don't you use Rexroth pumps anymore?
2  A. Because I have found another brand that is
3  better.
4  Q. Did you order any Rexroth pumps since you
5  designed this particular hydraulic system?
6  A. No.
7  Q. When did you switch from using Rexroth
8  equipment?
9  A. Sometime after this one. I don't know
10  exactly.
11  Q. Who do you currently use?
12  A. Racine
13  Q. Do you know where Rexroth is located?
14  A. Bethlehem, Pennsylvania.
15  Q. Okay. Where in Pennsylvania?
16  A. Bethlehem.
17  Q. Bethlehem. And how about Racine, where are
18  they located?
19  A. Racine, Wisconsin.
20  Q. How did you know that Racine pumps were better
21  than Rexroth pumps?
22  A. More readily available.
23  Q. Well, did you attempt to get a pump from
24  Rexroth after you designed the pump that was used for
25  this project and found that you couldn't get it?

5 (Pages 17 to 20)

KARASCH & ASSOCIATES
800-621-5689

DON CATHELL
May 27, 2005

### Page 21

1    A.  I have done -- well, as far as replacements to
2 other customers, replacing Rexroth because they have
3 complaints that they didn't want Rexroth again. So you
4 give what the customer wants.
5    Q.  Why do they complain they didn't want Rexroth
6 pumps again, sir?
7    A.  Long lead-time. Plants can't afford to shut
8 down and wait 40 weeks to get a pump.
9    Q.  Was a lead time the only reason why your
10 clients said they didn't want them to be used?
11    A.  It's a major reason. Other than that, I don't
12 know why other than that.
13    Q.  Well, you just said it's a major. Do you
14 recall what the minor reasons would be?
15    A.  No.
16    Q.  But you do believe there were other reasons?
17    A.  There could be.
18    Q.  Did anyone ever tell you that those pumps were
19 found to leak?
20    A.  Found to leak?
21    Q.  Yes, sir.
22    A.  No more so than any other.
23    Q.  Well, you say "no more so than any other." Is
24 it fair to say that Rexroth pumps have leaked in the
25 past?

### Page 22

1    A.  Oh, yes.
2    Q.  Have the Rexroth pumps that you've used
3 leaked?
4    A.  After a period of years they will leak, yes.
5    Q.  And when you found them to have leaked, sir,
6 did you ascertain the causes of the leakages?
7    A.  Wear.
8    Q.  Any other causes?
9    A.  Not unless the pump is totally tearing itself
10 up would be the only other.
11    Q.  I'm sorry. Entirely?
12    A.  Tears itself up.
13    Q.  Tears itself up.
14    A.  Disintegrates.
15    Q.  I was going to ask you. The same thing as
16 disintegrates that you spoke about yesterday?
17    A.  Yes.
18    Q.  You spoke yesterday about disintegration. In
19 your experience, sir, what are the various causes of
20 disintegration?
21    A.  Cavitation is the major one. Wear. That's
22 about it as far as I know.
23    Q.  What do you mean by wear, sir?
24    A.  Running it a period of years.
25    Q.  Well, what happens to the pump that it no

### Page 23

1 longer functions when it wears?
2    A.  As the components wear, there's too much
3 clearance internally in the pump and once you get too
4 much clearance, they will no longer pump.
5    Q.  I'm showing my ignorance but I don't know what
6 you mean by clearance.
7    A.  The tolerance. Manufacturer's tolerance.
8    Q.  And you use the cavitation. What does that
9 mean to you?
10    A.  Sucking air.
11    Q.  And you believe there's any time period by
12 which pumps have too much cavitation? In other words,
13 have you found pumps that have too much cavitation on day
14 one?
15    A.  I don't understand.
16    Q.  Have you ever returned pumps because of too
17 much cavitation on the day after you obtained them?
18    A.  No. Not as a pump problem, no.
19    Q.  Have you returned it for other reasons when
20 you say, "not as a pump problem"?
21    A.  I've never had to return a brand new pump.
22    Q.  Well, what's the shortest time period wherein
23 you've had to return a pump due to cavitational problems
24 other than the instant matter?
25    A.  I never had to return one for cavitation.

### Page 24

1    Q.  Then what's the basis of your belief that
2 cavitations are a reason why Rexroth pumps have stopped
3 working properly?
4    A.  Could you ask that again?
5    Q.  Sure. Could you read back the question
6 please.
7        (Whereupon, the court reporter read
8        back the requested portion of
9        testimony.)
10        THE WITNESS: When you inspect a pump
11    internally, you can find signs of cavitation if
12    there was cavitation.
13 BY MR. KAPLAN:
14    Q.  What are the signs of cavitation, sir?
15    A.  There will be pockets in the port plates that
16 are blowed out.
17    Q.  Are there any other signs of cavitation?
18    A.  Not to my knowledge.
19    Q.  When you say "pockets," what do you mean by
20 pockets, sir?
21    A.  Be a hole.
22    Q.  And what is the port place?
23    A.  The plate that the pistons ride against.
24    Q.  Okay. Now, I previously asked you who
25 selected -- I believe I had asked you who selected the

DON CATHELL
May 27, 2005

Page 25

1  hose size, and I think you said the manufacturer?
2      A.  It's to the manufacturer's spec.
3  Specifications.
4      Q.  What were the specifications for this
5  particular project in terms of hose size?
6      A.  Two-and-a-half inch on the suction,
7  inch-and-a-quarter on the discharge.
8      Q.  Were those specifications in writing?
9      A.  In the catalog.
10      Q.  Did you give those written specifications to
11  Truck Tech?
12      A.  For the hose size, yes.
13      Q.  They were given in writing to them?
14      A.  Pardon?
15      Q.  They were given in writing to Truck Tech?
16      A.  No.
17      Q.  How did you make your desires known for those
18  particular sizes of hose, sir?
19      A.  Telephone.
20      Q.  Do you recall when that conversation occurred?
21      A.  No.
22      Q.  Do you recall who the conversation occurred
23  with?
24      A.  Sean.
25      Q.  And were you the one placing the phone call to

Page 26

1  Sean?
2      A.  Some, I placed; and some, I think my son
3  talked to him possibly on. We were all three probably
4  involved at different times.
5      Q.  And what son is that, sir?
6      A.  Pardon?
7      Q.  What is the name of that son?
8      A.  Delmar.
9      Q.  That's Delmar, okay. And you said there were
10  a number of conversations regarding it. Do you recall
11  when any of those conversations occurred?
12      A.  Not as exact date, no.
13      Q.  Do you recall the week or the month of those
14  conversations or would it just be guessing at this time?
15      A.  I'd be guessing.
16      Q.  Okay. Let's go on then, sir. Who selected
17  the ports on the pumps?
18      A.  The manufacturer.
19      Q.  Would they be part of the pump specifications?
20      A.  Yes.
21      Q.  Would those sizes and dimensions be given to
22  Truck Tech also?
23      A.  Only on the suction.
24      Q.  And were they given in writing or orally, sir?
25      A.  Orally.

Page 27

1      Q.  Do you recall who received those directions?
2      A.  Sean.
3      Q.  Do you know when you received them?
4      A.  No.
5      Q.  Did the specifications that you received from
6  the manufacturer for the pumps specify the types of hoses
7  that were to be used?
8      A.  No.
9      Q.  Did it discuss the hoses at all?
10      A.  No.
11      Q.  Did the manufacturer of the pumps leave it up
12  to the designer of the system to choose his or her own
13  hoses?
14      A.  Yes.
15      Q.  As well as his or her own sizes of hoses?
16      A.  Yes.
17      Q.  And did they also leave it up to the designer
18  of the system to choose how the hoses were to be attached
19  to the system?
20      A.  Yes. Other than the flange ports.
21      Q.  When you say, "other than the flange port,"
22  what are you referring to? And you can use a photograph
23  to assist you if that will help you.
24      A.  Manufacturer stops right there (indicating)
25  and right there.

Page 28

1      Q.  Why don't you -- you just drew a line, two
2  lines on Cathell-7. Why don't you draw an arrow and say
3  where manufacturer stopped. This way we'll make sure
4  that the photograph is clear, sir.
5      A.  (Witness complies.)
6      Q.  So looking at Cathell-7 where you drew the
7  line "manufacturer stopped," would the four-bolt flange
8  be above that?
9      A.  Yes.
10      Q.  So it was your choice to use the four-bolt
11  flange?
12      A.  Yes.
13      Q.  And why did you choose to use a four-bolt
14  flange as you did as shown on, I guess, two locations in
15  Cathell-7?
16      A.  That's the only thing you can put on that.
17      Q.  Does a four-bolt flange have any advantages
18  over any other systems of attachment?
19      A.  I have no idea.
20      Q.  Okay. Are you familiar with the SAE code?
21      A.  Yes.
22      Q.  What is the SAE code, sir?
23      A.  I could not give it to you as the code itself.
24  I don't know.
25      Q.  But that is the recognized code that would you

7 (Pages 25 to 28)

DON CATHELL
May 27, 2005

Page 29

1  would follow?
2     A. Yes. For hoses.
3     Q. Okay. For hoses. Do you have a copy of the
4  code at your premises or your office?
5     A. I doubt it.
6     Q. Would it be fair to say that is the code, I
7  guess, is the bible of hoses?
8     A. Yes. I would assume that, yes.
9     Q. So that is what you would look at to make sure
10 that the proper type or size of the hose is being used
11 for the intended purpose?
12    A. It would not specify any size other than the
13 hose manufacturer's.
14    Q. What would it specify, sir?
15    A. The grounds for manufacturers of hoses and
16 fittings to manufacturer hoses and fittings.
17       MS. BEAM: I'm sorry. Could you repeat
18    that, the answer.
19       (Whereupon, the court reporter read
20    back the requested portion of
21    testimony.)
22 BY MR. KAPLAN:
23    Q. Are there any other codes that would apply to
24 the selection of hoses that you're aware of?
25    A. Could you repeat that?

Page 30

1     Q. Sure. Are there any other codes that would
2  apply, could be used in place or in lieu of the SAE code?
3     A. Not that I'm aware of.
4     Q. Okay. Were the ports which you used in this
5  hydraulic system threaded, sir?
6     A. The ports on the pump are not threaded, no,
7  sir.
8     Q. Are any of the pipes or pieces of equipment to
9  which the hoses are attached threaded?
10    A. Yes.
11    Q. What pieces of equipment are threaded, sir?
12    A. Some of the hoses and the pipes. Some of
13 them.
14    Q. Which pipes? Are those pipes that would be --
15 that the hoses would be attached to?
16    A. Yes.
17    Q. Which pipes would they be? And you can use
18 either of the two diagrams to label that, sir.
19    A. (Witness complies.)
20    Q. Sir, although, we're looking at a particular
21 pump and hoses that are shown in Cathell-7 and Cathell-6,
22 would it be fair to say that all of the pumps and hoses
23 that are part of this hydraulic system are identical to
24 what's shown in these photographs?
25    In other words, the other pump and hoses aren't

Page 31

1  different than these hoses, are they?
2     A. No.
3     Q. So these are just an example of the pumps and
4  hoses that you used?
5     A. Correct.
6     Q. Do you know the location of these particular
7  hoses and pumps in terms of in relation to the other
8  pumps and hoses on this hydraulic system?
9     A. The location?
10    Q. Yes. Do you know which pump it is? Is it on
11 in the middle or the end?
12    A. I do not know.
13    Q. Okay. Did you select threaded ports?
14    A. Yes.
15    Q. So that was your decision?
16    A. Yes.
17    Q. Why did you decide to use threaded ports?
18    A. No choice.
19    Q. That is, it's your contention that that piece
20 of equipment or that port only came threaded?
21    A. I don't understand what you mean.
22    Q. It was your choice to use a threaded port,
23 correct?
24    A. Threaded fittings, not ports.
25    Q. Okay. It was your selection or choice to use

Page 32

1  a threaded fitting?
2     A. Yes.
3     Q. And in fact, that's what you've marked off
4  here on the diagram, Cathell-7?
5     A. Yes.
6     Q. Why did you use a threaded fitting?
7     A. I don't know what else you would use.
8     Q. So it's your belief that a threaded fitting is
9  the only type of fitting available to be used, correct?
10    A. There may be something else but I don't know
11 I don't know what anybody else would use in place of
12 threaded fitting.
13    Q. Are you familiar with the term "37-degree
14 adapter"?
15    A. Yes.
16    Q. What is a 37-degree adapter?
17    A. It has a seat, male seat and it has a
18 37-degree taper on to it.
19    Q. Are there 37-degree adapters shown in
20 Cathell-6 or Cathell-7?
21    A. Yes.
22    Q. Where would the 37-degree adapters be, sir?
23    A. (Indicating.) The adapters, is marked
24 adapters. You got one, two, three.
25    Q. So is it your testimony that all the adapters

8 (Pages 29 to 32)

## Page 33

1  marked Cathell-7 are 37-degree adapters?
2     A. Yes.
3     Q. Why did you -- was the choice to use 37-degree
4  adapters your choice?
5     A. Yes.
6     Q. And you used a 37-degree female swivel hose
7  end, correct?
8     A. Yes.
9     Q. Why did you use a 37-degree female swivel hose
10 end?
11    A. To match the 37-degree adapter.
12    Q. And a 37-degree adapter was your choice?
13    A. Yes.
14    Q. And you used a 37-degree adapter because you
15 knew of no other alternative?
16    A. Well, there is one: A 45-degree but it won't
17 match.
18    Q. Sir, is leaking or are leaking problems
19 associates with 37-degree connections?
20    A. Very, very rarely.
21    Q. Is that to say that you've never experienced
22 leakage problems with 37-degree connections, sir?
23    A. I have not, no.
24    Q. Do you receive any journals or periodicals
25 regarding equipment?

## Page 34

1     A. Occasionally.
2     Q. What journals or periodicals do you receive,
3  sir?
4     A. I don't even know. I don't subscribe to any
5  certain one.
6     Q. And that would includes magazine and
7  periodicals as well?
8     A. Yes.
9     Q. When you say you don't subscribe to any, do
10 you have any in your office currently?
11    A. No.
12    Q. Any older copies of any periodical or
13 magazine, journal or publication?
14    A. No.
15    Q. Are there any journals or publications that
16 you would recognize as being authoritative in the field?
17    A. That are what?
18    Q. Authoritative. That you would recognize as a
19 trustworthy source.
20    A. There probably is. I don't know of any right
21 off.
22    Q. Okay. In answering questions yesterday, you
23 advised us that you had no formal education in designing
24 units but learned from working in the poultry industry?
25    A. Yes, sir.

## Page 35

1     Q. And then from that point, you designed your
2  own and went forward, correct?
3     A. Correct.
4     Q. When was the year that you left to open up
5  your own shop, sir?
6     A. 1980.
7     Q. Have you taken any courses in the design of
8  hydraulic systems since 1980?
9     A. Yes.
10    Q. Have you attended any classes in the design of
11 hydraulic systems since 1980?
12    A. No.
13    Q. Have you received any periodicals or bulletins
14 or publications regarding the design of hydraulic systems
15 since 1980?
16    A. Probably have.
17    Q. Do you recall any of them?
18    A. No.
19    Q. Would you have any of them in your office?
20    A. No.
21    Q. So basically your experience comes from hands
22 on experience?
23    A. Yes.
24    Q. Did you personally assemble the hoses to the
25 hydraulic system when they came in?

## Page 36

1     A. I was involved. I couldn't tell you how many
2  but I was involved in putting some of them on, yes.
3     Q. You and who else did the actual assembly, sir?
4     A. Al Collins. I think Chris was involved in
5  some of it. Keith Johnson helped.
6     Q. What was Chris's last name again?
7     A. I don't remember right now.
8     Q. And I think you gave us Keith's last name
9  yesterday but I don't have it here. Do you recall his
10 last name? That was -- I'm sorry. What is the Keith's
11 last name, sir?
12    A. Johnson.
13    Q. That's Keith Johnson, okay. When the hoses
14 were assembled, did everybody use your tools or they
15 bring their own tools?
16    A. My tools.
17    Q. All right. Do you have torque wrenches, sir?
18    A. Yes.
19    Q. What type of torque wrenches do you have?
20    A. I don't understand what you mean by what type.
21    Q. Well, what manufacturer?
22    A. I'm not certain exactly what brand they are.
23    Q. Do you know the size of the wrenches, of the
24 torque wrenches?
25    A. I think one goes to 1,200 pounds I think.

DON CATHELL
May 27, 2005

Page 37

1  Q. How many torque wrenches do you have?
2  A. I don't know. Maybe two or three, four. I
3 don't know.
4  Q. Did you have them in 2003?
5  A. Yes.
6  Q. Do you know who -- well, were the torque
7 wrenches used in assembling these hoses?
8  A. Can't.
9  Q. Why not, sir?
10  A. Because they don't make one for that
11 application.
12  Q. So what tools were used to assemble the hoses
13 with the hydraulic system?
14  A. Pipe wrench.
15  Q. And what types of pipe wrenches were used,
16 sir?
17  A. Standard pipe wrench.
18  Q. How would you have determined what pressure to
19 use when using a pipe wrench to attach the hoses to your
20 system?
21  A. On that particular size, when you have
22 approximately two to three threads left showing, that's
23 about as much as you're going to tighten.
24  Q. Would it be fair to say that each individual
25 who was assembling the hoses used their own knowledge or

Page 38

1 wisdom to tighten these hoses, sir?
2  A. Yes.
3  Q. So there was no rule of thumb that they used
4 as a standard, they just tightened as long as there was
5 space left to tighten?
6  A. You can only tighten so far.
7  Q. And once they reach that point, they stopped?
8  A. It's -- you will stop.
9  Q. Did you observe everybody as they tightened
10 these?
11  A. No.
12  Q. Did they use the wrenches to tighten them,
13 sir?
14  A. Not everybody, no.
15  Q. So people were just tightening them as they
16 assembled the hoses?
17  A. Yes.
18  Q. And they all used the same type of wrenches?
19  A. Yes.
20  Q. Were the hose ends the same on all the new
21 hoses?
22  A. You mean the same ends on each end?
23  Q. Yes, sir.
24  A. These (indicating) hoses had male pipe by
25 female JIC and these had female JIC by female JIC. They

Page 39

1 were not the same.
2  Q. So looking at Cathell-7, the hose at the
3 bottom had a male and a female end, whereas the hose
4 above it had two female ends?
5  A. Yes.
6  Q. And was that standard with all of the pumps
7 that were part of your system?
8  A. Yes.
9  Q. Was any pipe sealant used, sir?
10  A. Yes.
11  Q. In assembling the hoses? What type of pipe
12 sealant was used?
13  A. Slic-Tite.
14  Q. Where was that used, sir?
15  A. On the male pipe thread.
16  Q. How was that applied?
17  A. By brush.
18  Q. How do you know that the sealant was used on
19 the pipes?
20  A. Because you have to clean it off before you
21 can paint it, and we had to clean each one of them to get
22 the excess pipe dope off.
23  Q. Did you clean the excess on all the pipes?
24  A. I did not clean all of it myself personally,
25 no.

Page 40

1  Q. So other people also cleaned where the excess
2  A. Yes.
3  Q. So you didn't personally check to see the pipe
4 sealant was used on all of the pipes -- pipe connections
5 correct?
6  A. I did check all of them, yes.
7  Q. How did you check them, sir?
8  A. Visually.
9  Q. So you walk up and down the row?
10  A. Yes.
11  Q. And what were you looking for?
12  A. To make sure they were all tightened properly
13 and that they were clean before we painted it.
14  Q. How could you ascertain visually that they
15 were tightened properly?
16  A. As I said before, two to three threads
17 showing.
18  Q. Would they be showing after it was tightened
19 or before it was tightened, sir?
20  A. After.
21  Q. Do you recall seeing any scratch marks left by
22 the wrenches after these hoses were attached?
23  A. Got to have.
24  Q. Got to have them?
25  A. There's no way around it.

10 (Pages 37 to 40)

DON CATHELL
May 27, 2005

Page 41

1  Q. And where would these scratch marks be, sir?
2  A. (Indicating.) In this area.
3  Q. Why don't you bracket off and draw an arrow so
4  we're clear.
5  A. (Witness complies.)
6  Q. Now, you've just labeled on Cathell-7 the area
7  that there would be pipe wrench marks?
8  A. Yes.
9  Q. Would those pipe wrench marks be where all the
10 hoses were assembled or just that one particular area?
11 A. Just be this end (indicting) of these. The
12 hose is identical to that one.
13 Q. And which end is that? That's the female end?
14 A. This is the male pipe thread end.
15 (Indicating.)
16 Q. I'm sorry. Okay. So would there be wrench
17 marks on the female ends as well or just the male end?
18 A. There could be some on the nut because the
19 size of them, you've got to use a pipe wrench to tighten
20 them.
21 Q. The nut that's already -- well, it's not
22 bracketed on Cathell-7. Why don't you put an arrow where
23 that would be, sir.
24 A. Right there. (Indicating.)
25 Q. And that's where you had female JIC nut?

Page 42

1  A. Yes.
2  Q. Now, why would there be any scratch marks at
3  all, sir?
4  A. Because there are teeth on the pipe wrench.
5  Q. And you're saying the scratches are caused in
6  the process of tightening?
7  A. Yes.
8  Q. And those scratches would appear on all of the
9  connections for all of the hoses?
10 A. Yes.
11 Q. You told us that the reservoir was used for
12 oil. Was the oil filtered before it was put into the
13 system?
14 A. There was no filter between the tanker and the
15 reservoir, no.
16 Q. How more expensive is it to use filtered or
17 cleaned oil as opposed to non-filtered or clean oil, sir?
18 A. I have no idea.
19 Q. So it's your recollection though that the oil
20 came directly from the tanker into the reservoir without
21 being filtered or cleaned?
22 A. Yes.
23 Q. Could one have filtered or cleaned the oil
24 before it went into the reservoir?
25 A. Could be, yes.

Page 43

1  Q. And that's standard, isn't it?
2  A. Very, very rarely I've ever seen it done.
3  Q. The purpose of filtering the oil is to make
4  sure that you're catching any containments that would be
5  in the oil?
6  A. Yes.
7  Q. Contaminants such as what, sir?
8  A. I don't know what would be in new oil.
9  Q. But you have seen new oil filtered and
10 cleaned, correct?
11 A. I've not seen it. I've heard of it being done
12 but I've never seen it.
13 Q. But you've heard of it being done?
14 A. I have heard of it.
15 Q. Do you know anything about the ISO code in
16 terms of cleanliness or purity of the oil?
17 A. Very little.
18 Q. The reservoir was designed by you, correct?
19 A. Yes.
20 Q. And constructed by you?
21 A. Pardon?
22 Q. Constructed by you?
23 A. I was involved, yes.
24 Q. You say you were involved. Who else did the
25 actual construction of the reservoir?

Page 44

1  A. Al Collins.
2  Q. How is the reservoir put together?
3  A. Welded.
4  Q. And how many parts was the -- I'm looking at
5  Cathell-8 that shows the, I guess, half of your hydraulic
6  system on a flatbed. That also shows the half of the
7  reservoir, correct?
8  A. Yes.
9  Q. How many pieces was that reservoir before it
10 was welded together?
11 A. Hundreds.
12 Q. Hundreds. Is there a process by which the
13 reservoir is welded; in other words, you start with the
14 bottom, sides or you tell me, sir?
15 A. Yes, sir.
16 Q. What is that process?
17 A. You order the steel to whatever dimensions you
18 want, you put it together and you weld it.
19 Q. How thick is that steel?
20 A. Three-sixteenths.
21 Q. And you say you put it together, so there's
22 actually hundreds of welds there, correct?
23 A. Yes.
24 Q. And then after the -- what are the last pieces
25 to be welded onto the reservoir?

11 (Pages 41 to 44)

DON CATHELL
May 27, 2005

### Page 45

1  A. The end plate on this end. (Indicating.)
2  Q. End plate on, what particular end is that,
3 sir?
4  A. That would be the left end as you're facing
5 the pumps.
6  Q. Why is that the last piece? Is it like
7 painting a room where you don't want to paint yourself
8 in? You paint towards the doorway so to speak?
9  A. You have to put the sides and the bottom and
10 the top together before you could put an end on. You
11 can't start with an end because you got nothing to attach
12 it to.
13  Q. After you welded the pieces together, how do
14 you go about cleaning the insides of the reservoir?
15  A. There is several times it is cleaned using
16 scrapers, chipping hammer as far as trying to get any
17 slag off. It was vacuumed several times.
18     It is wiped down with cloth, towels and the
19 final time is just the hand alone.
20  Q. Now, did you personally clean out the
21 reservoir, sir?
22  A. Yes, sir.
23  Q. And how many times do you believe you cleaned
24 out the reservoir?
25  A. Numerous times. As you're building, you have

### Page 46

1 to keep cleaning.
2  Q. And that's because there's always additional
3 residue or slag that appears, correct?
4  A. Correct.
5  Q. Slag is part of the metal?
6  A. Yes.
7  Q. And were you the only one who cleaned out
8 these reservoirs?
9  A. No.
10  Q. Who else cleaned out the reservoirs?
11  A. Al Collins.
12  Q. And so what kind of test is there to determine
13 if the reservoir is clean, sir; that is, void of any slag
14 or metal debris?
15  A. Your hand.
16  Q. And what do you mean "your hand"?
17  A. You wipe it with your hand as the last thing
18 you do.
19  Q. But when you say there's hundreds of pieces,
20 so there's also hundreds of welds?
21  A. Yes.
22  Q. You also said some of the pieces of the slag,
23 they fall off of the metal at various times inside the
24 reservoir?
25  A. As you build it, you will have slag that pops

### Page 47

1 and you have very little because we use MIG welders.
2  Q. Because you what; I'm sorry?
3  A. Use MIG welders.
4  Q. What's a MIG welder?
5  A. M-I-G. Wire feed.
6  Q. What does that mean? I'm not, you know, I'm a
7 city boy. Got to help me here.
8  A. You have a 35-pound spool of wire inside the
9 welder and it feeds through a tube.
10  Q. And what's fed through the tube?
11  A. The wire.
12  Q. And what is that wire used for?
13  A. Welding.
14  Q. So it's like a long arm you're using to help
15 weld? I don't understand the process here.
16  A. The method you're probably used to is putting
17 a rod into an electrode holder. That's not for this
18 application.
19  Q. So what once again --
20  A. -- you get too much splatter, too much clean
21 up. MIG welder, you have much less clean up, much less
22 splatter.
23  Q. But there's still some splatter and some clean
24 up?
25  A. Yes. All welds will.

### Page 48

1  Q. Other than wiping your hand down inside in the
2 reservoir afterwards, is there any other type of testing
3 to ascertain or learn if there's any debris, slag, dirt,
4 grime, paper or anything in that reservoir?
5  A. Visually.
6  Q. Okay. Other than visually and by wiping your
7 hand, are there any other type of test, sir?
8  A. No.
9  Q. If you had debris located inside the
10 reservoir, could that destroy the pumps?
11  A. Yes.
12  Q. That debris would not have had to be slag or
13 metal, would it?
14  A. No.
15  Q. That's because it could even be paper,
16 correct?
17  A. Possibly.
18  Q. During the initial setup of your system, was
19 there any oil being re-circulated to the reservoir?
20  A. I don't understand what you.
21  Q. During your initial setup of this hydraulic
22 system, was there any oil being re-circulated? When was
23 the first time you put oil into this system, sir?
24  A. On the Saturday before start-up.
25  Q. That was the Saturday when you were down --

12 (Pages 45 to 48)

DON CATHELL
May 27, 2005

Page 49

1   A. In Georgia.
2   Q. -- in Georgia?
3   A. (Nods head.)
4   Q. Are you familiar with the concept of frothing?
5   A. Of what?
6   Q. Frothing, F-R-O-T-H-I-N-G.
7   A. No.
8   Q. Could a leaking 37-degree adapter be the
9 source of air into the system?
10  A. If it's leaking and air going through it, yes.
11  Q. Could an adapter that was leaking be the cause
12 of air in the system?
13  A. If it's leaking and air going through it, yes.
14  Q. You've told us that there were -- looking at
15 Cathell-6, there's four female ends and one male end,
16 correct?
17  A. No.
18  Q. I'm sorry then.
19  A. Three female ends and one male end.
20  Q. What did I just say?
21  A. Four.
22  Q. I'm sorry. I've not meant to confuse you
23 there, sir. So I'll rephrase the question. You
24 testified that looking at Cathell-6, that there's three
25 female ends of adapters and one male end, correct?

Page 50

1   A. Correct.
2   Q. Mr. Butler allegedly tested the hoses, he
3 found leakages only at the male end; is that correct?
4   A. As far as I know, Mr. Butler never tested any
5 hoses.
6   Q. Oh, I'll -- okay. When the hoses were tested
7 by Mr. Cornetta in your presence, he's written that there
8 were no leakages at the male ends, correct?
9   A. I don't know. I don't have any copies of his
10 testimony.
11  Q. When you tested the hose, where do you believe
12 they were leaking?
13  A. They were leaking at each end.
14  Q. Male and female?
15  A. Yes.
16  Q. Is that the same thing that Mr. Cornetta or
17 Mr. Butler found?
18  A. It's the same thing he saw the day I tested
19 them.
20  Q. Have you ever seen a report prepared by
21 Mr. Cornetta and Mr. Butler regarding your system?
22  A. I don't recall one, no.
23  Q. If Mr. Cornetta and Mr. Butler said there was
24 leaking only on the female ends, would that be incorrect?
25  A. That is incorrect.

Page 51

1   Q. Were the hoses identified at the time that
2 Mr. Cornetta was present?
3   A. I don't recall, as I stated yesterday, any
4 markings.
5   Q. So it's your belief that at the time that
6 Mr. Cornetta was present with you and tested the hoses in
7 your presence, it was leaking at both the female and male
8 ends of the hoses?
9   A. Correct.
10  Q. Did Mr. Cornetta ever share with you the
11 results of his test?
12  A. No.
13  Q. Did Mr. Cornetta do any test of hoses at your
14 premises when you were not present?
15  A. No.
16  Q. And those hoses -- and hoses that were
17 originally part of your system were tested on
18 February 24, 2004; is that correct?
19  A. I believe that's the correct date. I'd have
20 to.
21  Q. Why don't we take a break.
22     (Brief recess.)
23     (Document marked for identification as
24   Cathell-18.)
25 BY MR. KAPLAN:

Page 52

1   Q. Sir, during the break I handed you what has
2 been marked Cathell-18 which is a copy of the report
3 prepared by S-E-A on behalf of Colony Insurance Company.
4 You had the opportunity to read it during the break?
5   A. Yes.
6   Q. I'd like to direct your attention to pages
7 four and five which pertain to the hoses and testing.
8   A. (Witness complies.)
9   Q. You previously told us that you were present
10 during all occasions when S-E-A and its employees were at
11 your premises, correct?
12  A. Yes.
13  Q. And that you were present at all times the
14 testing was done?
15  A. Yes.
16  Q. Are there any statements made on pages four or
17 five regarding the hoses and testing that you think are
18 incorrect?
19  A. They are correct but I believe you
20 misunderstood him.
21  Q. Okay. What do you mean, sir?
22  A. Let's see if I can. On page six, there is a
23 picture of the female end with a JIC nut onto it in the
24 container of water and the air bubbles escaping. They
25 were not leaking through the JIC seat as it states in

13 (Pages 49 to 52)

DON CATHELL
May 27, 2005

Page 53

1 here also. (Indicating.)
2     They were leaking at the interface of the stem
3 in the hose and they're calling it a ferrule which I
4 called a sleeve over the outside. That is what he is
5 stating in his report where they were leaking. Not
6 through the JIC seat.
7     Q. Okay. I think you told me earlier though that
8 there was leaking through the male end as well?
9     A. Yes, it did.
10    Q. Okay. Does that report reflect leaking
11 through the male end?
12    A. No, sir.
13    Q. In fact, on page five it reflects that all
14 leaks occurred at the female end, not the male end,
15 correct?
16    A. That is what that states.
17    Q. Is that correct?
18    A. This report is not on that, no.
19    Q. Okay. Sir, do you find any other factual
20 statements in this report with which you take exception?
21    A. No. That be the only one.
22    Q. Any reason that you can think of why other
23 than a simple mistake that the S-E-A report would
24 improperly state that only the female end leaked and not
25 the male end?

Page 54

1     A. I have no idea.
2     Q. But you're sure as we sit here today that it
3 was both ends were leaking?
4     A. Yes, sir.
5     Q. Did you do any independent testing of these
6 hoses; that is, testing when S-E-A was not present?
7     A. Yes.
8     Q. Well, might you be confusing that occasion
9 with the occasion that was written up in the S-E-A
10 report?
11    A. No, sir.
12    Q. Did you take any photograph or films regarding
13 testing that was done when S-E-A was present?
14    A. No, sir.
15    Q. Did S-E-A take any film of testing?
16    A. Yes.
17    Q. In addition to the photographs?
18    A. I don't know any additional ones. I know of
19 these (indicating) that's in this.
20    Q. In the report itself?
21    A. Yes.
22    Q. Okay. Sir, let's turn to your testimony of
23 yesterday. In the beginning of the deposition, I believe
24 you stated that you designed between five and 100
25 systems, hydraulic systems in a year?

Page 55

1     A. Yes, sir.
2     Q. What kind of systems are we talking about
3 size-wise in relation to this system, sir? Any of them
4 bigger than this system?
5     A. No, sir.
6     Q. This is the largest system you've ever
7 designed, correct?
8     A. Yes.
9     Q. So when you say you do five to 100 systems in
10 the year, what is your bread and butter? What is the
11 normal size of the system that you design?
12    A. They're all different sizes. Very seldom
13 you'll have two the same.
14    Q. Well, how would you describe the size of the
15 system which is the subject of this litigation?
16    A. The size of it?
17    Q. Yes, sir.
18    A. It's 1,000 horsepower power unit.
19    Q. Are most of the systems that you design less
20 than 500 horsepower?
21    A. Oh, yes.
22    Q. That wasn't just a yes, but an oh, yes?
23    A. Yes.
24    Q. Are most of the systems you design less than
25 200 horsepower?

Page 56

1     A. Yes.
2     Q. What are the applications of the systems that
3 you routinely design?
4     A. Poultry business, logging business. Mobile
5 applications.
6     Q. You said that to us yesterday but what do you
7 mean by poultry business or logging business? What's the
8 real purpose of your design, sir?
9     A. Whatever the customer calls and has an
10 application for, then I design a system to do what he or
11 she asks.
12    Q. So it's no particular application?
13    A. No, sir.
14    Q. What percentage of the work that you do is
15 done in Delaware?
16    A. Very little.
17    Q. Is there a state in which you do the most
18 work?
19    A. Probably at this time I would say probably
20 Georgia and Arkansas and Puerto Rico have the majority as
21 far as one state comparing to another state.
22    Q. And that's all poultry and logging situations?
23    A. Yes.
24    Q. Have you ever done any system that had 750
25 horsepower?

14 (Pages 53 to 56)

DON CATHELL
May 27, 2005

Page 57

1    A.  How much?
2    Q.  Seven hundred and fifty.
3    A.  No.
4    Q.  Have you ever done a system that had 600
5 horsepower?
6    A.  No.
7    Q.  How about 500 horsepower, sir?
8    A.  No.
9    Q.  We're going to go down, sir.  Have you ever
10 designed a system that had 400 horsepower?
11    A.  No.
12    Q.  Have you ever designed a system that had 300
13 horsepower?
14    A.  No.
15    Q.  Have you --
16    A.  -- well -- no.
17    Q.  Have you ever designed a system that had
18 200 horsepower?
19    A.  Yes, sir.
20    Q.  Is that on one occasion?
21    A.  Several.
22    Q.  How recently were those, sir?
23    A.  Less than three years.
24    Q.  Had you ever designed one prior to the design
25 of the subject hydraulic system?

Page 58

1    A.  Prior to this one?
2    Q.  Yes, sir.
3    A.  Yes.
4    Q.  One or two?
5    A.  I can think of two right now.
6    Q.  So, okay.  I guess would it be fair to say,
7 sir, that the system that you designed which is the
8 subject of this lawsuit was by far then your biggest
9 system you've ever designed?
10    A.  Yes.
11    Q.  When the system was sent down to Fieldale
12 Farms, I think you told us that you did not install the
13 system, correct?
14    A.  Correct.
15    Q.  And nor did any of your employees install the
16 system?
17    A.  Correct.
18    Q.  That the system was installed by employees of
19 Fieldale Farms?
20    A.  Outside contractor.
21    Q.  Okay.  Do you know what contractor it was?
22    A.  I don't remember the name right now.
23    Q.  So they weren't Fieldale Farms' employees?
24    A.  No.
25    Q.  But it was a local concern?

Page 59

1    A.  Yes.
2    Q.  Did they take the equipment off the truck --
3 off the flatbeds before you got there?
4    A.  Yes.
5    Q.  So at what stage of the installation did you
6 arrive at, sir?
7    A.  The hydraulic power unit was in place when I
8 arrived.
9    Q.  So what would they have done at Fieldale Farms
10 before you arrived?
11    A.  Unload the unit and move it into place.
12    Q.  And would they have had to weld or assemble
13 any parts at that point?
14    A.  No, sir.
15    Q.  You testified that when you signed the
16 contract, the order required you to deliver the system
17 within 16 weeks?
18    A.  Yes.
19    Q.  And I think you told us that you finished
20 assembling the project on a Sunday and the system was
21 shipped out on Monday?
22    A.  Yes.
23    Q.  So would it be fair to say you didn't give
24 yourself much extra time then, correct?
25    A.  It was 16 weeks.

Page 60

1    Q.  Were you able to complete the whole system in
2 ten weeks?
3    A.  You would not be able to get all the
4 components in time.
5    Q.  Because this was a large project requiring
6 many parts?
7    A.  Yes.
8    Q.  And therefore, it required the entire 16-week
9 period to complete --
10    A.  Yes.
11    Q.  -- your project?  So you literally finished
12 the project the day before you shipped it out?
13    A.  Due to the problem with the hoses, yes.
14    Q.  Do you think it was due to any other reason,
15 sir?
16    A.  No, sir.
17    Q.  Let me show you what has been marked as
18 Cathell-14.  You were shown this exhibit yesterday,
19 correct?
20    A.  Yes.
21    Q.  And that is your signature at the bottom of
22 that letter, correct?
23    A.  Yes, sir.
24    Q.  This is a letter that you sent to Truck Tech
25 on August 25 of 2003?

15 (Pages 57 to 60)

KARASCH & ASSOCIATES
800-621-5689

DON CATHELL
May 27, 2005

Page 61

1  A. Yes, sir.
2  Q. Did you send it to anyone else other than
3  Truck Tech?
4  A. No, sir.
5  Q. Now, at that time, did you have any knowledge
6  that Tipco was in any manner involved in this project?
7  A. Not by name, I did not know.
8  Q. Okay. Would it be fair to say that as of
9  August 25, 2003, you had never contracted with Tipco
10 before, correct?
11 A. Correct.
12 Q. Why didn't you fabricate the hoses yourself?
13 A. I don't have the equipment to manufacture the
14 hoses of that size.
15 Q. So you have equipment to manufacture hoses but
16 not that size?
17 A. Correct.
18 Q. So you normally do manufacture hoses?
19 A. Yes.
20 Q. I think yesterday you indicated you crimp
21 two-and-a-half inches?
22 A. No, sir.
23 Q. Why don't you correct me, sir.
24 A. Two-inch.
25 Q. So the reason that you didn't fabricate these

Page 62

1  hoses is that you didn't have equipment to fabricate
2  two-inch hoses?
3  A. I can do two-inch.
4  Q. Okay. You help me out here. We'll make it
5  easier. You didn't have the equipment to do
6  two-and-a-half inches?
7  A. Correct.
8  Q. But you had equipment to do two inches?
9  A. Yes.
10 Q. You routinely do two-inch hoses?
11 A. Yes.
12 Q. Why don't you have equipment for
13 two-and-a-half inch hoses, sir?
14 A. Too expensive and very little call for it.
15 Q. Does it involve more of an expertise or more
16 involved with making a hose at two-and-a-half inches than
17 a two-inch hose?
18 A. Just muscle.
19 Q. Have you ever used hoses greater than two
20 inches before?
21 A. Yes.
22 Q. Where did you get the equipment on those
23 occasions?
24 A. I did not get the equipment.
25 Q. What did you do?

Page 63

1  A. I bought the hoses.
2  Q. Where did you buy the hoses?
3  A. I don't recall the name of the company.
4  Q. In the exhibit C-14, you state in the second
5  paragraph that you expressed your concern about the hoses
6  many times?
7  A. Yes.
8  Q. Did you ever seek to express concern directly
9  to the manufacturer of the hoses?
10 A. I did not know who it was.
11 Q. Did you ever ask Truck Tech where they got
12 them?
13 A. I asked but I was not told.
14 Q. Do you know why you weren't told?
15 A. Common business, you don't tell where you get
16 your items from because somebody go around you the next
17 time, and they just bypass you.
18 Q. Was your assumption that Truck Tech was a
19 competitor of whoever was manufacturing these hoses?
20 A. Yes.
21 Q. And therefore, you understood their lack of
22 desire to give you that name?
23 A. Could you restate that?
24 Q. And therefore, you understood Truck Tech's
25 lack of desire to give you the name of the manufacturer?

Page 64

1  A. Yes. I understood why.
2  Q. For fear that you'd go around them the next
3  time?
4  A. Yes, yes.
5  Q. And contract directly with whoever the
6  manufacturer was?
7  A. Yes. It's common practice.
8  Q. I'm sorry?
9  A. That's common practice in business.
10 Q. Okay. How many times did you request the name
11 of the manufacturer?
12 A. I don't know that I ever did.
13 Q. Did you ever desire to speak to the
14 manufacturer so that you could go over your
15 specifications with them?
16 A. I never asked for them, no.
17 Q. You never asked for the name of the
18 manufacturer?
19 A. Not that I know of.
20 Q. You never asked to talk to the people at the
21 manufacturer to discuss their proposed product with them?
22 A. No.
23 Q. Did you ever ask Truck Tech for the name of
24 the manufacturer of the hoses at any time?
25 A. Not until the problem in Georgia.

16 (Pages 61 to 64)

KARASCH & ASSOCIATES
800-621-5689

DON CATHELL
May 27, 2005

Page 65

1   Q. Did you ever seek out the expertise of the
2 manufacturer to see if they have any suggestions as to a
3 different or better system than the one you designed?
4   A. What manufacturer?
5   Q. Of the hoses.
6   A. To design the power unit?
7   Q. Or design how their hoses were being used in
8 the power unit.
9   A. No.
10  Q. Did you really care who the manufacturer of
11 the hoses was?
12  A. Not in the beginning, no.
13  Q. You relied upon Truck Tech?
14  A. Oh, yes.
15  Q. Did you ever send anything in writing to Tipco
16 at any time even as of this date?
17  A. Have I put anything in writing to them?
18  Q. Yes.
19  A. Yes.
20  Q. What would that be, sir?
21  A. I think there is a letter -- maybe I'm wrong.
22 Let me see.
23  Q. No. There's -- I take it back. There's one
24 dated November 3, 2003.
25  A. Okay.

Page 66

1   Q. Truck Tech and Tipco?
2   A. Okay. I thought there was one.
3   Q. Would that be the letter that you're referring
4 to?
5   A. Yes, yes.
6   Q. Prior to the problems in Georgia, did you ever
7 contact Tipco regarding the hoses in this matter?
8   A. No.
9   Q. Okay. Sir, let me show you what has been
10 marked as C-3, Cathell-3. That is the chronology that
11 you wrote up?
12  A. Yes.
13  Q. And we referred to that yesterday?
14  A. Yes.
15  Q. Second line of the chronology reads,
16 "September 12, checked the installation." How was the
17 installation checked?
18  A. Visually.
19  Q. By you?
20  A. Yes.
21  Q. And the next line says, "Welded external seam
22 on reservoir." Where is that external seam?
23  A. It was marked yesterday on --
24  Q. -- is that a question of putting both of the
25 large reservoirs together?

Page 67

1   A. Correct. (Indicating.)
2   Q. And pulling out the wooden piece first?
3   A. Oh, yes. Yes.
4   Q. And this way it's one large reservoir?
5   A. Yes.
6   Q. Did you do the welding?
7   A. No, sir.
8   Q. Who did the welding?
9   A. Al Collins.
10  Q. Did you check whether the inside of the
11 reservoir was clean at that point?
12  A. I did clean it.
13  Q. Why did it need cleaning?
14  A. Pardon?
15  Q. Why did it need cleaning?
16  A. Why didn't he clean it?
17  Q. No. Why did it need cleaning?
18  A. When you take the wood off, you're going to
19 have some splinters plus from shipping.
20  Q. What do you mean "plus from shipping"?
21  A. Bouncing down the road.
22  Q. What happens when it bounces down the road?
23  A. You're going to have sliver from the wood, I'm
24 sure, even though it's bolted to it and sealed externally
25 but.

Page 68

1   Q. Does that bouncing down the road cause any of
2 the other portions or parts of the reservoir to shift?
3   A. Not to shift, no.
4   Q. Cause any debris to fall on it?
5   A. No.
6   Q. Did you check the whole length of the
7 reservoir or just the part where the wood was previously
8 sir?
9   A. You check the full length.
10  Q. He didn't crawl in it and crawl all the way
11 down, did he?
12  A. I did not crawl in it, no.
13  Q. And no one else crawled in --
14  A. No.
15  Q. -- to see, did they? We're looking at the
16 reservoir that appears in exhibit Cathell-4. Did the
17 other half of the reservoir also have that piece of wood?
18  A. Yes.
19  Q. Did you clean that portion also?
20  A. Yes.
21  Q. Did you climb into that reservoir?
22  A. You cannot climb into it because of the
23 baffles.
24  Q. So that visually, you took a look?
25  A. And cleaned just as far as you can reach and

17 (Pages 65 to 68)