DON CATHELL
May 27, 2005

### Page 69

1  that's all you can do.
2  Q. All right. Now, on your chronology of
3  September 14th, do you recall what time of day you
4  started up the pumps?
5  A. No, sir.
6  Q. Do you know if it was morning, afternoon or
7  evening?
8  A. No, I don't.
9  Q. It says, "Towards the end, the equipment
10 operated for one hour and then we turned off three pump
11 sets, Leaving three pumps sets running." Do you know how
12 long those three pump sets were left running?
13 A. All night.
14 Q. Does that bring back or refresh your
15 recollection of when the other pumps were turned on?
16 A. No, sir.
17 Q. Was there any oil in the system on September
18 14 when you turned those pumps on?
19 A. Yes, sir.
20 Q. The reservoir was already connected and
21 filled, correct?
22 A. Yes.
23 Q. Was there any problem with the pumps on
24 September 14th?
25 A. No, sir.

### Page 70

1  Q. If there had been a problem, you would have
2  noted it in your chronology, correct?
3  A. Correct.
4  Q. So on September 14th all of the pumps were
5  operating properly; is that correct?
6  A. Correct.
7  Q. And you said you had six pumps sets running.
8  Would that be all the pumps then? That's the middle of
9  the paragraph.
10 A. No, sir.
11 Q. How many pumps were involved in here; 20, sir?
12 A. Six pump sets would be 12 pumps.
13 Q. So you had 12 of the 20 pumps operating?
14 A. Correct.
15 Q. Sir, the hoses which you believe may have
16 failed, do you know whether they were part of these first
17 12 pumps that were operating on the day before?
18 A. I do not know the hoses I've tested came off
19 those six pumps or not. There is no way to know.
20 Q. Well, you knew at the time though? I mean, if
21 you had taken notes at the time, you would have been able
22 to say yes. The hoses which I think have problems were
23 either part of the six sets or were not part of the six
24 sets, correct?
25 A. No, sir.

### Page 71

1  Q. You couldn't have known at the time?
2  A. No.
3  Q. Okay. Let's go to September 15th, sir. Now,
4  in that paragraph you say eight pump sets were operating
5  but you could not achieve full speeds on several pieces
6  of equipment?
7  A. Correct.
8  Q. Did those eight pump sets include the six pump
9  sets that had been operating the day before?
10 A. Yes. I feel certain it did.
11 Q. Do you know whether all of the six pump sets
12 that were operating on the 14th were used on the 15th?
13 A. I just assumed it could have been. I don't
14 know exactly, no.
15 Q. You don't think that's important at all?
16 A. Not from my standpoint, no.
17 Q. Why not, sir?
18 A. Because out of the three hoses that -- four
19 hoses we tested, they all failed. I don't have access to
20 the rest to test. All the pumps failed. All 20 pumps
21 failed so.
22 Q. But -- okay.
23 A. Which indicates all the hoses had to be bad.
24 Q. Yet they all worked properly on the 14th?
25 A. It takes time. They don't -- with the amount

### Page 72

1  of air that it was probably sucking in, they would not
2  instantly at the push of the button destroy theirselves.
3  Q. You just said the amount of air they were
4  probably sucking in. How much air were they probably
5  sucking in, sir?
6  A. I have no idea.
7  Q. But you do agree with me that according to
8  your chronology, six pump sets were properly operating on
9  the 14th?
10 A. On the 14th, they all did, yes.
11 Q. Using any of the photographs that you have in
12 front of you, can you show me where you taped the hoses?
13 A. (Witness complies.) You want it marked?
14 Q. Yes, sir.
15 A. (Witness complies.)
16 Q. If there was a clearer picture, feel free to
17 use any of the pictures. I'm just.
18 A. Makes no difference. (Witness complies.)
19 Q. So on exhibit --
20 A. -- you want both hoses marked?
21 Q. Yes, sir. Please.
22 A. (Witness complies.) One would be behind the
23 hose but. (Indicating.)
24 Q. Sir, when do you believe you tested the hoses
25 for the first time?

18 (Pages 69 to 72)

Page 73

1   A. I don't know the exact day but I sent a letter
2 to TTI at that time.
3   Q. This was before the testing that was done by
4 S-E-A, correct?
5   A. Correct.
6   Q. Do you recall the month that you did the
7 testing?
8   A. No, not for certain.
9   Q. You earlier told me the reasons for
10 cavitations could include debris?
11   A. Not for cavitation, no.
12   Q. Okay. Let's make sure I'm clear then. What
13 are all the reasons that are possible to cause the pipe
14 to or a hose to cavitate, sir?
15   A. Cavitation is the suction of air.
16   Q. So what are the possibilities of causing
17 cavitations in these hoses?
18   A. Sucking air through the fittings that are on
19 the end of the hoses between the hose and the stem.
20   Q. Anything else you can think of, sir?
21   A. No.
22   Q. I'd like you to take me through the process of
23 installing the hoses once they were received by you and
24 your company. Feel free to use any of the photographs
25 but I'd like to know which ends were put into place first

Page 74

1 and how they were installed and what the actual procedure
2 was, sir.
3   A. I could not say on each exact one.
4   Q. Were you present when they all were installed?
5   A. I was present when every one of them was
6 installed.
7   Q. But you didn't see it because different people
8 were doing the work?
9   A. Because I could only watch myself at the time
10 I'm working.
11   Q. All right. How many of the hoses did you
12 personally install?
13   A. I never kept count.
14   Q. Okay. Tell me the procedure that you used in
15 installing the hoses.
16   A. You would dope the male pipe thread in with
17 pipe dope. You would screw it into this fitting.
18 (Indicating.) You would tighten it. Once it's
19 tightened, you hook or put this end in place --
20   Q. That's the opposite --
21   A. -- start the nut.
22   Q. -- that's the opposite end in place?
23   A. Yes.
24   Q. Did you have to keep the hose level at the
25 time you were installing it --

Page 75

1   A. Yes.
2   Q. -- on the male end? How did you do that, sir?
3   A. Visual. Hand.
4   Q. So you were holding the hose up or supporting
5 the hose while at the same time you were installing it at
6 the male end?
7   A. Yes.
8   Q. And how were you installing it in the male
9 end? Were you using any tools at that time?
10   A. Not for installation, no.
11   Q. What were you doing? How were you actually
12 installing it in the male end?
13   A. Using my two hands.
14   Q. So you were turning the entire hose at that
15 time?
16   A. Correct.
17   Q. And then did you tighten it as hard as you
18 could tighten it at the male end?
19   A. With a pipe wrench, yes.
20   Q. Now, how large a pipe wrench were you using?
21   A. Thirty-six inch.
22   Q. So that's a steel pipe wrench?
23   A. Aluminum.
24   Q. Aluminum. So you're somehow using a 36-inch
25 pipe wrench with one hand while supporting the rest of

Page 76

1 the hose --
2   A. No, sir.
3   Q. -- with the other hand?
4   A. No, sir.
5   Q. Explain to me, sir.
6   A. You start the hose into the fitting by hand.
7 You can't put a wrench on it.
8   Q. Why can't you put a wrench on?
9   A. Well, you can but I don't know what you're
10 going to do with it.
11   Q. Okay.
12   A. And you screw it in by hand to start it. The
13 wrench cannot do it because the wrench will just lay
14 there.
15   Q. Okay. Keep going then, sir. How tight --
16   A. -- and as I stated before, once you got it
17 screwed in, then you tighten it with the wrench.
18   Q. As tight as you can?
19   A. Yes.
20   Q. Were you concerned over how tight it was or
21 the amount of ridges you saw?
22   A. Counting the number of threads.
23   Q. And what was the magic number that you're
24 looking for?
25   A. Two to three as I stated before.

19 (Pages 73 to 76)

Page 77

1   Q. So you tighten it with the wrench leaving two
2 to three threads open?
3   A. Yes.
4   Q. And then what did you do, sir?
5   A. Connect this end. (Indicating.)
6   Q. And how did you go about connecting the
7 opposite end?
8   A. Insert the male face of the adapter into the
9 female face of the hose end and screw the nut on.
10   Q. Well, how did you screw them on, sir?
11   A. By hand.
12   Q. Did the hose move at the time that you're
13 screwing the adapter on?
14   A. The adapter is already screwed in before you
15 put the hoses on.
16   Q. The adapter's screwed onto what, sir?
17   A. On to the street L.
18   Q. Okay. Is the hose moving at the time you were
19 screwing the adapter onto the hose? Into the hose?
20   A. You don't screw the adapter into the hose.
21   Q. You're screwing the -- what are you screwing
22 in, sir?
23   A. You turn this female nut. (Indicating.)
24   Q. As you turn the female nut, is the hose
25 moving?

Page 78

1   A. No, sir.
2   Q. Just the nut that is moving, correct?
3   A. Correct.
4   Q. And then how did you turn the female nut?
5   A. By hand.
6   Q. And then did you later use a wrench?
7   A. Yes.
8   Q. And these were the non-torque wrenches?
9   A. Yes.
10   Q. Now, you earlier told me that there would be
11 scratches on both of the male and female sides. Why
12 would there need to be scratches there, sir?
13   A. Because there are teeth in the pipe wrench
14 jaws.
15   Q. And so the scratches -- were all the scratches
16 going in the same direction?
17   A. I would assume they would, yes.
18   Q. And the scratches would reflect your turning
19 of the wrench?
20   A. Yes.
21   Q. And again, you didn't turn it with any
22 particular amount of pressure, but rather, you left two
23 to three threads open?
24   A. Not on this end, no, sir. (Indicating.)
25   Q. How did you measure the amount of pressure to

Page 79

1 use on the female end, sir?
2   A. Just by my -- just tighten it.
3   Q. So no magical amount of threads open?
4   A. No threads. You won't have any threads
5 showing on JIC.
6   Q. So you wanted just to cover as much as you
7 could and you tightened it until you couldn't tighten any
8 further?
9   A. Yes, because if you tighten it excessively,
10 you'll split the nut.
11   Q. So how did you know how much pressure to apply
12 if you used non-torque wrenches, sir?
13   A. Just tighten what you can tighten and that's
14 it.
15   Q. And then did you test the hose after you had
16 tightened them to see if they were working?
17   A. There is no way.
18   Q. And would it be fair to say there is no way as
19 far as you knew to test the hoses before they were put on
20 to your system?
21   A. They could have been tested prior to putting
22 them on, yes.
23   Q. How could you have tested them?
24   A. The same way I tested them now.
25   Q. But you didn't test them before you put them

Page 80

1 on your system, did you?
2   A. No, sir.
3   Q. Be fair to say you didn't test any of the
4 hoses before you put them on your system?
5   A. No, sir. I do not.
6   Q. How long would it have taken you to test a
7 single hose, sir? Ten minutes?
8   A. Four to six hours probably.
9   Q. Would you test all the hoses at the same time?
10   A. No, sir.
11   Q. So you're saying it would have taken four to
12 six hours to test each hose?
13   A. Yeah. Well, no. All the hoses you said.
14   Q. Okay. So test all, is it 20 hoses?
15   A. Yes.
16   Q. It would have taken you four to six hours?
17   A. Guessing.
18   Q. And what would be the procedure by which you
19 could have used to test the hoses?
20   A. The same as I stated yesterday, with the air
21 hose.
22   Q. Yesterday you told us that you thought that
23 you needed 1,000 or 900 PSI in the system and later
24 determined that you really only needed 600 PSI, correct
25   A. In the end, yes.

20 (Pages 77 to 80)

DON CATHELL
May 27, 2005

Page 81

1  Q. Why were you so off?
2  A. I wasn't off.
3  Q. Well, did you need the 1,000 PSI?
4  A. No.
5  Q. You only needed 600, correct?
6  A. In the end, yes.
7  Q. So why did you need so much less than what you
8  thought you were going to need, sir?
9  A. Probably due to some of the equipment running
10 easier than what we anticipated.
11 Q. What equipment would that be, sir?
12 A. I don't know. Processing equipment.
13 Q. As we sit here today, would it be fair to say
14 you don't know why you needed so much less PSI than you
15 designed the system to carry?
16 A. I know why, yes. As I just stated.
17 Q. Well, which piece of equipment then needed
18 less?
19 A. I have no way of knowing which pieces. There
20 is hundreds of pieces in there.
21 Q. So as you sit here today, you don't know which
22 pieces required less pressure, correct? Less PSI?
23 A. Specifically, no.
24 Q. It is fair to say though that the PSI that you
25 ultimately were using was far less than what you thought

Page 82

1  you'd be needing?
2  A. Less than what the system was designed for.
3  Q. Okay. Does it cost more money to build a
4  system with greater PSI than less PSI?
5  A. Pardon?
6  Q. Does it cost more to build a system that is
7  capable of producing more PSI than less PSI?
8  A. In some case, yes; in others, no.
9  Q. What about in this particular case, would it
10 have been less expensive to design a system that required
11 less PSI?
12 A. No, sir.
13 Q. Why is that, sir?
14 A. Because the range would have been too close
15 and the volume is too large.
16 Q. Range is too close and the volume too large.
17 Can you expound upon that a little bit?
18 A. Six hundred to 1,000 is only 400 pounds is all
19 you're talking about. Very, very minimal.
20 Q. Now, sir, didn't you testify that Mr. Sean
21 Swain of Truck Tech recommended that the hoses be banded
22 or swaged as opposed to crimped, correct?
23 A. I believe that reads that Sean told me but it
24 came from Tipco to him.
25 Q. Well, did Sean Swain ever tell you that the

Page 83

1  hoses should be swaged or banded as opposed to being
2  crimped?
3  A. He said it was a suggestion from Tipco --
4  well, I don't know that he said Tipco. Whoever was
5  making the hoses because he never told me at that time
6  was Tipco.
7  Q. So you understood it to be a recommendation of
8  the manufacturer of the hose that the hoses be swaged or
9  banded as opposed to crimped?
10 A. I understood it that it was a suggestion.
11 Q. Did you ask Mr. Swain why that was a
12 suggestion of the manufacturer?
13 A. I didn't ask him why it was, no.
14 Q. Did you discuss the advantages or
15 disadvantages of swaging and banding as opposed to
16 crimping --
17 A. Yes, sir.
18 Q. -- with Mr. Swain?
19 A. Yes, sir.
20 Q. And what did Mr. Swain tell you?
21 A. Nothing.
22 Q. Did you ask Mr. Swain if you could talk to the
23 manufacturer to discuss that recommendation of
24 Mr. Swain's?
25 A. No, sir.

Page 84

1  Q. Did you even consider their manufacturer's
2  suggestion that the hoses be swaged or banded as opposed
3  to crimped?
4  A. No, sir.
5  Q. You were simply a nonconsideration in terms of
6  your mind?
7  A. Positively.
8  Q. And it still is to this day?
9  A. Yes, sir.
10 Q. That's because you don't like hoses that are
11 swaged?
12 A. Because they will positively leak.
13 Q. Did you do any research to determine whether
14 hoses of this size should have been crimped versus swaged
15 or bandaged?
16 A. Yes, sir.
17 Q. What kind of research did you do, sir?
18 A. I built power units.
19 Q. I'm sorry?
20 A. I built hydraulic power units.
21 Q. When did you build hydraulic power units?
22 A. I don't know the exact dates.
23 Q. What kind of hydraulic power units did you
24 build?
25 A. I don't.

21 (Pages 81 to 84)

KARASCH & ASSOCIATES
800-621-5689

DON CATHELL
May 27, 2005

### Page 85

1  Q. You say you built them. These small units,
2  these are large units?
3  A. Large units require the same-size hoses.
4  Q. How large unit, sir, in terms of horsepower?
5  A. In the range of 200. Somewheres like that.
6  Q. And how long ago did you build these systems?
7  A. I don't know the exact dates.
8  Q. Well, how about do you recall the year, sir?
9  A. Probably greater than that.
10 Q. What do you mean, "greater than that"?
11 A. More than a year.
12 Q. That is be more than a year before 2003?
13 A. Possibly, yes.
14 Q. Would you have any documents to reflect when
15 you built those systems?
16 A. No.
17 Q. And on that particular occasion when you built
18 the system the hoses leaked?
19 A. Yes.
20 Q. And on that particular system, you had banded
21 the hoses?
22 A. Yes.
23 Q. And that's why you believe that no one should
24 use banded hoses?
25 A. Due to the method of banding.

### Page 86

1  Q. Well, what kind of method --
2  A. -- you are not to use it on suction hose.
3  Q. What kind of method did Tipco use?
4  A. I have no idea. Banding is banding.
5  Q. Other than on one occasion, had you ever
6  fabricated hoses which leaked?
7  A. What do you mean by leaked?
8  Q. That had cavitations.
9  A. I had two units that we tried banding on two
10 separate units. That's why I will not use banding.
11 Q. When was that, sir?
12 A. I don't know the exact date.
13 Q. Is that the same incident you're just telling
14 me about?
15 A. One of them was, yes.
16 Q. Do you recall who the manufacturer of the --
17 well, you manufactured the hose; I'm sorry. Do you
18 recall who the client was?
19 A. No. Not right now, no.
20 Q. Do you recall any of the specifics of that
21 incident?
22 A. Yes. I remember they leaked.
23 Q. Who else worked on the hoses besides yourself?
24 A. Which ones?
25 Q. The ones that had cavitations.

### Page 87

1  A. At that time, I don't know who was working for
2  me at that time.
3  Q. But you don't recall what time that was?
4  A. I don't remember exact dates on this unit, no,
5  sir.
6  Q. Okay. Let's mark this as the next exhibit.
7     (Document marked for identification as
8  Cathell-19.)
9  BY MR. KAPLAN:
10 Q. Sir, let me show you what has been marked as
11 Exhibit-19. Now, that's a copy of the complaint which
12 filed in this matter; is that correct?
13 A. Yes.
14 Q. Have you seen this complaint before?
15 A. Yes.
16 Q. In paragraph 27, you mention an express
17 warrantee. Did you ever receive any kind of warrantee
18 from Tipco, sir?
19 A. No, sir.
20 Q. Did you ever talk to anybody from Tipco?
21 A. No, sir.
22 Q. And you've never as far as you know, ordered
23 anything directly from Tipco?
24 A. No, sir.
25 Q. Paragraph 27, you also mention specifications

### Page 88

1  as you do in paragraph 30. You never provided any
2  specifications to Tipco, did you?
3  A. No, sir.
4  Q. And it be fair to say, I meant that in terms
5  of written specifications but we'll clarify it. You
6  never provided any written or oral specifications to any
7  representative of Tipco, did you?
8  A. No, sir.
9  Q. For paragraph 28, you state that Tipco didn't
10 use reasonable care in designing the hoses. Sir, you
11 actually designed the type of hoses that would be
12 required here, didn't you?
13 A. The size and the length.
14 Q. So you required a hose of a particular size
15 and of a particular length of Tipco, correct?
16 A. Yes. Of TTI.
17 Q. Of Truck Tech, I'm sorry. Correct?
18 A. Yes.
19 Q. So there's a difference -- you agree there's a
20 difference between designing versus fabricating or
21 manufacturing, correct?
22 A. Design versus manufacturing?
23 Q. Well, strike the question, sir. You were the
24 one who designed the size and length of hose that was
25 necessary for this hydraulic system, correct?

DON CATHELL
May 27, 2005

Page 89

1    A.  Correct.
2    Q.  And then you sought a hose of a particular
3  size and length from Truck Tech, correct?
4    A.  Yes.
5    Q.  And then it was Truck Tech who sought that
6  particular size and length of hose from another entity,
7  correct?
8    A.  Correct.
9    Q.  So you were the one who actually designed the
10 size and length of hose that was necessary for this
11 hydraulic system, correct?
12   A.  Yes.
13   Q.  Just to clarify your earlier testimony.
14 You've never tested any of the hoses when you first
15 received them from Truck Tech, correct?
16   A.  No.
17   Q.  Could have but chose not to?
18   A.  I've never tested a hose prior to using it.
19 In 25 years.
20   Q.  But it's an easy -- it's easy to perform a
21 test to make sure the hose is proper, correct?
22   A.  Time-consuming but can be done.
23   Q.  I think you told me four, for the 20 hoses you
24 had, it would have taken collectively four to six hours?
25   A.  Possibly, yes.

Page 90

1    Q.  Do you know whether Tipco knew that Don's
2  Hydraulics was the company which ordered these hoses?
3    A.  I don't know.  I do not know, no.
4    Q.  You have no reason to believe that Tipco knew
5  that you were the entity which ordered the hoses from
6  Truck Tech, correct?
7    A.  That's correct.
8    Q.  When you initially ordered the hose from Truck
9  Tech, did they tell you that they had the ability to
10 fabricate or manufacture the hose that you desired?
11   A.  In the beginning, it was my understanding they
12 could.
13   Q.  Did they advise you that they could?
14   A.  In the beginning, yes.
15   Q.  Do you recall when you first learned that they
16 would not be manufacturing the hose that you desired?
17   A.  When we had a problem.
18   Q.  Is that the first time it came up?
19   A.  Pardon?
20   Q.  Is that the first time it came up?
21   A.  No.  Sean had been at the shop many times.
22 He's there almost every week.
23   Q.  But was that the first time that Sean told you
24 that they didn't manufacture or fabricate the hoses?
25   A.  Yes.  As far as I can recall, yes.

Page 91

1    Q.  So up until there was a problem with any of
2  the hoses, you were always under the impression that it
3  was Truck Tech that was fabricating the hoses for you?
4    A.  Yes.
5        MS. BEAM:  Objection to form.
6  BY MR. KAPLAN:
7    Q.  Did you ever ask Sean Swain or any other
8  employee of Truck Tech whether in their professional
9  opinion you were using the correct size hose for the
10 intended application?
11   A.  No.
12   Q.  But you did testify that Sean Swain advised
13 you that it was the recommendation of the manufacturer
14 that the hoses be swaged or branded (sic) as opposed to
15 crimped?
16   A.  As other options, yes.
17   Q.  You think it was just as an option as opposed
18 to a flat out this is an incorrect usage of it?
19   A.  Correct.
20       MR. KAPLAN:  I have no further questions.
21 Look at my notes but I'm assuming other people have
22 questions.
23       MR. SNELL:  Does anyone need a break?  I
24 shouldn't be very long.
25       MS. RODGERS:  I vote we run through it.

Page 92

1  BY MR. SNELL:
2    Q.  Good afternoon, Mr. Cathell.  My name is Devon
3  Snell.  I just have a few questions for you.  I shouldn't
4  take up much more of your time.
5    A.  Okay.
6    Q.  Before I get started, I just want to tell you
7  if my questions do not make any sense, please just let me
8  know.  I'll be happy to rephrase it or restate it for
9  you, okay?
10   A.  Okay.
11   Q.  Mr. Cathell, if you could look at what was
12 marked as Exhibit-1 from yesterday that is your proposal
13 to Fieldale Farms.  That's it, a two-page document.
14   A.  (Witness complies.)
15   Q.  On the second page it says a list of items
16 separated by quantity and description.  Is it correct to
17 say that these are the items that you used in
18 manufacturing the hydraulic power unit for Fieldale
19 Farms?
20   A.  Yes, sir.
21   Q.  And is it correct to say that some of these
22 units, some of these items you purchased --
23   A.  Yes.
24   Q.  -- from outside vendors?
25   A.  Correct.

23 (Pages 89 to 92)

DON CATHELL
May 27, 2005

Page 93

1  Q. Is it also correct to say that you took these
2  items and you manufactured or assembled these items to
3  create the hydraulic power unit?
4  A. Correct.
5  Q. And if you will look at Exhibit-8, the
6  photograph. Is that the final product that you assembled
7  for Fieldale Farms?
8  A. (Witness complies.) Correct. Half of it.
9  Q. That's half of it?
10 A. Correct.
11 Q. Is there any difference in the design for the
12 second half that does not appear in that photograph?
13 A. Yes.
14 Q. And how is there a difference in the design?
15 A. This half (indicating) incorporated the
16 filters and the two cooling loop systems.
17 Q. Okay. But for an untrained eye like myself,
18 would the unit pretty much look the same?
19 A. Yes.
20 Q. Okay. And is it correct to say that when you
21 took the two units that you were speaking of and you
22 welded those two units together, you had the final
23 product that was requested by Fieldale Farms?
24 A. Correct.
25 Q. Mr. Cathell, if you could tell me on the

Page 94

1  second page of Exhibit-1, which item represents the hoses
2  that are at issue at this case?
3  A. Third from the last where it says, "One lot of
4  hoses, valves and fittings."
5  Q. And how about the pumps that were destroyed?
6  A. The third item down, ten tandem Rexroth
7  variable volume pumps.
8  Q. Okay. And the ten tandem Rexroth variable
9  pumps, from whom did you purchase those items from?
10 A. My son-in-law, Rob's Hydraulics.
11    (Document marked for identification as
12    Cathell-20.)
13 BY MR. SNELL:
14 Q. Mr. Cathell, I'm handing you what's been
15 marked as Exhibit-20. This is a document, a one-page
16 document which states, "Fieldale Farms invoice." Will
17 you look over that for a second please?
18 A. (Witness complies.) Okay.
19 Q. Do you recognize this document?
20 A. Yes.
21 Q. And what is this document?
22 A. It was an invoice from Fieldale Farms for the
23 loss of time and the amount of labor and the expenses
24 they paid due to the failure of the pumps.
25 Q. Did you receive this invoice from Fieldale?

Page 95

1  A. Yes, I did.
2  Q. And who did you receive this invoice from?
3  A. Fieldale Farms is all I know.
4  Q. Did you receive it through the mail?
5  A. Yes.
6  Q. Okay. You don't know the individual who
7  actually sent this document to you?
8  A. I have no idea.
9  Q. Do you recall when you received this document?
10 A. Not exact date, no.
11 Q. Once you received this document, did you
12 contact anyone at Fieldale Farms concerning this
13 document?
14 A. No, I did not.
15 Q. Have you had any discussions with anyone at
16 Fieldale Farms concerning the cost which appear in this
17 document?
18 A. Yes.
19 Q. And who did you have the conversations with?
20 A. Tom Hinsley, vice president.
21 Q. Do you recall the conversation?
22 A. Not exactly, no.
23 Q. Did you contact Tom or did Tom contact you?
24 A. I don't know exactly but most likely I called
25 him.

Page 96

1  Q. Okay. If you called Tom, what was the purpose
2  of placing that phone call?
3  A. We talked many times concerning this failure
4  of this project due to the extreme cost involved on their
5  part and on my part both, and we agreed to work together
6  to try to recover it rather than them sue me and me
7  trying to sue everybody.
8  Q. Okay. Did you discuss with Tom the figures
9  which appear on this document?
10 A. No. I don't recall doing it, no.
11 Q. Have you paid any of this invoice as of today?
12 A. Indirectly, yes.
13 Q. Okay. And what do you mean by indirectly?
14 A. Colony Insurance made a check directly to
15 Fieldale for the 16,569.50 I believe it is; I'm not
16 clear. Which I requested my attorney to tell Colony to
17 make the check directly to them and not to me due to the
18 fact they paid that particular invoice; I did not.
19 Q. Due to the fact that Fieldale paid that
20 invoice?
21 A. They paid that invoice.
22 Q. Okay. And is that the $16,569.50 which
23 appears on this document for the oil filtering expense?
24 A. Yes.
25 Q. And that's the service provided by

24 (Pages 93 to 96)

KARASCH & ASSOCIATES
800-621-5689

DON CATHELL
May 27, 2005

### Page 97

1 Cot-Puritech?
2    A.  Yes.
3    Q.  What was that service for; do you recall?
4    A.  They came in and pumped the oil out filtering
5 it until it met specifications of the manufacturer of the
6 oil. Cleaned internally in the tank part of the
7 reservoir.
8        Closed it back up. Cleaned all the suction
9 screens before they closed it; got ahead of myself. And
10 pumped the oil back into the unit and turned it over to
11 us.
12    Q.  Do you know what the $40,000 under the
13 additional labor expense represents?
14    A.  I assume it was the labor that assisted us
15 during the time that we had the problems. I do not know
16 that to be exact fact.
17    Q.  Now, I believe you stated yesterday that there
18 were employees from Fieldale Farms which assisted you for
19 the full two-week period; am I correct?
20    A.  Yes.
21    Q.  So their employees were assisting you prior to
22 the problems you had with the pumps; is that correct?
23    A.  Yes.
24    Q.  And they continued to assist you after the
25 problem with the pumps?

### Page 98

1    A.  Yes.
2    Q.  How about the section titled, "Additional
3 overhead expenses" and that total is $40,995; do you know
4 what that figure represents?
5    A.  That is loss of production, production pounds
6 in chicken they could not produce due to the failure of
7 the pumps.
8    Q.  Now, how do you know that?
9    A.  I was associated with the poultry business for
10 the last 30 some years.
11    Q.  So just based on your past experience --
12    A.  Yes.
13    Q.  -- in the business? Have you had any
14 conversations with any individuals from Fieldale Farms
15 that would lead you to believe that this amount
16 represents what you just stated?
17    A.  I'm not clear on what you're asking.
18    Q.  Okay. You just stated that this $40,995
19 represents the loss of production to Fieldale Farms?
20    A.  Yes.
21    Q.  As a result of the plant being shut down for
22 the repairs?
23    A.  Unh-unh.
24    Q.  Is that correct?
25    A.  Not shut down for repairs, no. We did not

### Page 99

1 shut it down entirely.
2    Q.  Okay.
3    A.  We had lost production because I think there
4 is six lines in that plant and we could only run maybe
5 four.
6    Q.  Okay.
7    A.  I don't remember exactly. So they had sent
8 people home. So then they had to run all night where
9 they were possible to run two shifts, they ran three
10 shifts to try to keep up.
11    Q.  So it's your belief that this $40,995
12 represents the loss to Fieldale Farms as a result of the
13 cutback in the production?
14    A.  Yes, yes. That's correct
15    Q.  Have you had any conversations with any
16 individual from Fieldale Farms to support your theory
17    A.  Yes.
18    Q.  And who was that conversation with?
19    A.  That would be Tom Hinsley, Egbert Martin,
20 Claude Sullens, and I think that's it.
21    Q.  I'm sorry. What was Claude's last name?
22    A.  Claude Sullens, S-U-L-L-E-N-S.
23    Q.  Okay. And these individuals specifically told
24 you that they incurred a loss of $40,995 as a result of
25 the cutback in production?

### Page 100

1    A.  Not to that exact word, no.
2    Q.  Okay.
3    A.  There was no figure mentioned when I was
4 there.
5    Q.  Okay. And I believe you stated yesterday the
6 freight expense which shows, it looks like $16,050? I'm
7 sorry. $1,650?
8    A.  Yes.
9    Q.  I believe you stated yesterday that was for
10 shipping the pumps to Livingston and Haven; is that
11 correct?
12    A.  No. For shipping the pumps from Bethlehem,
13 Pennsylvania to Gainesville, Georgia.
14    Q.  And is that the repair pumps?
15    A.  New pumps.
16    Q.  The replacement pumps I mean?
17    A.  Yes, the replacement pumps.
18    Q.  How many pumps were shipped?
19    A.  Twenty.
20    Q.  Twenty. So is it your testimony here today
21 that aside from this $16,569 that has been paid already
22 by Colony, the remaining balance of this invoice is still
23 due to Fieldale Farms?
24    A.  Correct.
25    Q.  And you have not made any payments on this

DON CATHELL
May 27, 2005

Page 101

1 invoice as of today?
2   A. No, sir.
3   Q. Has Fieldale Farms made any attempt to collect
4 this outstanding payment?
5   A. No, sir.
6   Q. Had Fieldale Farms initiated suit against you
7 to collect this payment?
8   A. No, sir.
9   Q. Have you performed any work for Fieldale Farms
10 since this incident?
11   A. No, sir.
12      (Document marked for identification as
13   Cathell-21.)
14 BY MR. SNELL:
15   Q. Okay. Mr. Cathell, I've given you what's been
16 marked as Exhibit-21. This is a letter from David
17 Drummond of Livingston and Haven to yourself dated
18 February 4, 2004. Do you recognize this document?
19   A. Yes, sir.
20   Q. And can you explain briefly what this document
21 is?
22   A. An attempt to collect the 15,000-some-odd
23 dollars.
24   Q. If you look at the second page, the second
25 paragraph, there's a figure.

Page 102

1   A. (Witness complies.) Yes, $15,357.74.
2   Q. Okay. And what does that amount represent?
3   A. The balance of it on the 20 replacement pumps.
4   Q. Okay. Is that the 20 pumps that was shipped
5 from Bethlehem, Pennsylvania?
6   A. Correct.
7   Q. And you stated that's the balance that is
8 owed?
9   A. Was owed.
10   Q. Was owed.
11   A. At the time this was sent.
12   Q. Has that been paid?
13   A. I borrowed the money and paid it, yes.
14   Q. When was that paid?
15   A. I think it was in January of this year. I
16 think, 2005. I'd have to check to be sure.
17   Q. Do you recall the total amount you were billed
18 for the replacement pumps?
19   A. Fifty-one thousand --
20   Q. -- if you look at Exhibit-15?
21   A. (Witness complies.) Here it is.
22   Q. The second page of Exhibit-15.
23   A. Fifty-one thousand, four hundred twenty-nine
24 dollars and two cents.
25   Q. Okay. And the total amount was payable to

Page 103

1 Livingston and Haven?
2   A. Correct.
3   Q. And can you state why that you had to replace
4 the 20 pumps?
5   A. Due to cavitation which is sucking air into
6 the pumps. The 20 pumps failed which is beyond
7 repairing. It is not feasible to repair them in that
8 state, so you replace them.
9   Q. Do you have an invoice from Livingston and
10 Haven for the full 51,000?
11   A. Yes, I'm sure I do.
12   Q. Can you get your hands on that and file that
13 to us?
14   A. Yes.
15      MR. SNELL: And counsel will --
16      MS. RODGERS: Yes.
17      MR. SNELL: -- forward that as well.
18 BY MR. SNELL:
19   Q. And were you billed directly for that amount,
20 the 51,000?
21   A. Indirectly.
22   Q. Indirectly. Can you explain what you mean by
23 indirectly?
24   A. I am not in Livingston Haven's distributor
25 territory. I cannot buy directly. I have to buy from

Page 104

1 Airline Hydraulics in Bensalem, Pennsylvania.
2      Both companies bid on these pumps and several
3 other components. Me dealing directly with Airline, my
4 son-in-law, Rob's Hydraulics dealing with Livingston
5 Haven. Livingston Haven got the bid because they were
6 the lower price.
7      So they could only sell directly to him, so he
8 could sell to me.
9   Q. "To him" being Rob?
10   A. Rob's Hydraulics.
11   Q. In North Carolina?
12   A. Right.
13   Q. Okay. So you placed the order through Rob's
14 Hydraulics?
15   A. Yes.
16   Q. He placed the order to Livingston and Haven?
17   A. Correct.
18   Q. Who in turn shipped it --
19   A. Directly to me.
20   Q. -- directly to you? Who was invoiced for that
21 amount?
22   A. He was.
23   Q. Rob was?
24   A. Yes.
25   Q. Who paid the invoice?

26 (Pages 101 to 104)

DON CATHELL
May 27, 2005

### Page 105

1    A.  On the replacements?
2    Q.  Yes.
3    A.  I put fourty -- I don't have that figure.
4  Thirty-six thousand-and-something on two credit cards.
5  The balance of the $15,357.74 was outstanding until they
6  served him with a warrant for payment.
7    Q.  They served Rob --
8    A.  Yes.
9    Q.  -- with a warrant?
10   A.  Yes.
11   Q.  When you make payment on your credit card, did
12 you make payment to Rob's Hydraulics?
13   A.  No.
14   Q.  Made it directly to Livingston and Haven?
15   A.  When I made payments?
16   Q.  The credit card payments you made, were those
17 payments made to Rob's Hydraulics?
18   A.  No. To the credit card companies.
19   Q.  Okay. But when you ran your credit card
20 through, who did you give your credit card information
21 to; was it to Rob or to Livingston and Haven?
22   A.  I'm not certain which one at this time. It
23 went to Livingston Haven. Whether I did it directly or
24 through him, but it went to them.
25   Q.  Do you have documentation of that?

### Page 106

1    A.  No, sir.
2    Q.  Credit card receipts?
3    A.  No. It was done verbally over the phone.
4    Q.  You don't have a copy of your monthly
5  statement showing that transaction?
6    A.  I may have. I'm not sure.
7    Q.  Okay. Could you check through your records
8  and if you do, provide that to us?
9    A.  (Nods head)
10   Q.  So Mr Cathell, one final question and then I
11 will be finished. Is it correct to say that of the
12 remaining balance that's outstanding as a result of this
13 incident, all that is remaining is the balance for the
14 Fieldale Farms invoice which is $100,774.50 less the
15 16,000 that Colony has currently paid?
16   A.  Is that pertaining to just Fieldale?
17   Q.  For now, just Fieldale, correct.
18   A.  Yes. Just that amount less the
19 16,000-and-something, yes.
20   Q.  Okay. Now, for expenses you incurred
21 personally. You have not -- is it correct to say that
22 you have not been reimbursed by anybody for those
23 expenses; is that correct?
24   A.  Correct.
25   Q.  Are those expenses what appear on Exhibit-15?

### Page 107

1    A.  Yes.
2    Q.  And can you explain to me what those expenses
3  on Exhibit-15 represent?
4    A.  Represent the labor of myself, Al Collins,
5  Greg Knowles, Rob Lynch, Terry and Buddy; I don't know
6  their last names. The motel expense, the meals, travel
7  from the motel to the plant each day and back.
8        The cost of the 20 pumps. And the meeting in
9  Georgia, and additional trip to tear down and inspect the
10 pumps.
11   Q.  Is there a cost for the replacement hoses?
12   A.  Pardon?
13   Q.  Did you incur a cost to replace the hoses?
14   A.  Yes.
15   Q.  Where is that cost represented on this
16 document?
17   A.  You got a freebie. Six thousand-some-dollars.
18 How do you like that one?
19   Q.  So it does not appear on Exhibit-15?
20   A.  Let me double check. No, sir.
21       MR. SNELL: That's all the questions I
22   have.
23       THE WITNESS: I know why it was.
24 BY MR. SNELL:
25   Q.  You know why it wasn't?

### Page 108

1    A.  Because that is included in the cost of the
2  power unit originally.
3    Q.  I'm sorry. Can you explain that?
4    A.  The hoses were included in the cost of the
5  power unit originally to 206,780, and my figure should
6  have been included in this case also but it's not.
7    Q.  It was included in the original proposal?
8    A.  Yes.
9    Q.  Which is Exhibit-1?
10   A.  Yes. Those hoses were included in the cost of
11 the unit.
12   Q.  Were the original pumps also included in the
13 cost of the unit?
14   A.  Yeah.
15   Q.  And that's represented on Exhibit-1 as the ten
16 tandem Rexroth variable volume pumps?
17   A.  Yes.
18       MR. SNELL: Okay. That's all the questions
19   I have. Thank you.
20 BY MS. BEAM:
21   Q.  Unfortunately, I do have a couple more
22 questions.
23   A.  You ruined my day.
24   Q.  And --
25       MR. KAPLAN: -- I've got two also.

27 (Pages 105 to 108)

KARASCH & ASSOCIATES
800-621-5689

DON CATHELL
May 27, 2005

### Page 109

1  MS. BEAM: But I need a break to get
2  another drink. Just take about five minutes.
3  (Brief recess.)
4  BY MS. BEAM:
5  Q. Mr. Cathell, I have a few more questions for
6  you, sir. On exhibit number one which is the proposal
7  that you had testified about previously.
8  Now, as a businessman, when you bid out a job and
9  send a proposal, you build some kind of a profit into
10 that proposal for Don's Hydraulics, correct?
11 A. Yes.
12 Q. Because you're in business to make a living,
13 correct?
14 A. Yes.
15 Q. All right. How much of a profit was built
16 into the proposal here that you sent to Fieldale Farms
17 that is exhibit number one?
18 A. Exactly, I don't know. Probably in the range
19 of 20 percent.
20 Q. Okay. When you say it's probably in the range
21 of 20 percent, is that because that's what you usually
22 build into a bid is a profit margin of 20 percent?
23 A. Try for it.
24 Q. Okay. Now, did Don's Hydraulics ever get paid
25 anything for the Fieldale Farms job?

### Page 110

1  A. Partial.
2  Q. Okay. On the second page of exhibit number
3  one, under the terms, you have one, two, three, four
4  different amounts listed under terms, and down at the
5  bottom there looks to be a little index, it has check
6  equals INV which I'm assuming means invoiced?
7  A. Correct.
8  Q. And a zero which equals paid; is that correct?
9  A. Correct.
10 Q. And if I'm using that index correctly and
11 applying it to the terms up here, does that mean that
12 Don's Hydraulics got paid a little over $175,000 for this
13 Fieldale Farms job?
14 A. The total of those top three.
15 Q. Okay. So if we totaled up the terms 59,966,
16 43,423 and 72,373, that's the total that Don's Hydraulics
17 would have received from Fieldale Farms for this project?
18 A. Did receive.
19 Q. Did receive? Okay.
20 A. The first three, yes.
21 Q. Okay. So you had invoiced the final amount
22 there, the $31,017 to Fieldale Farms but you did not
23 receive that amount?
24 A. Correct.
25 Q. Okay. I'm changing gears on you now. When

### Page 111

1  Mr. Kaplan was asking you questions about how long it
2  took you to complete this particular project and you said
3  it was a 16-week project, correct?
4  A. Correct.
5  Q. When you're building smaller hydraulic units,
6  like 200 horsepower or smaller which is what I believe
7  you had testified you generally build, does it usually
8  take you up to the last day before you ship that unit to
9  build it?
10 A. No, ma'am.
11 Q. Okay. How much lead time do you usually have
12 on these smaller units that you get done before a
13 deadline?
14 A. It's very seldom you have an actual deadline
15 for them. The ones that we have had had, probably two,
16 three, four days. Possibly more.
17 Q. So from your answer, I take it that you
18 usually don't have to work on a deadline like you did on
19 this Fieldale Farms project?
20 A. Normally you don't, no.
21 Q. On this particular project, how long before
22 you shipped out on August 25, 2005, did you have the unit
23 completed but for the suction hoses?
24 A. I could not complete the unit in entirety
25 because it had to be painted after these were put on.

### Page 112

1  Q. Okay. So other than the suction hoses and the
2  painting afterwards, how long before you shipped the unit
3  was the rest of it assembled?
4  A. I'm guessing probably two or three days. I
5  don't know exact.
6  Q. Okay. It occurs to me when I was listening to
7  you answer Mr. Kaplan's questions that I don't know if
8  we've ever discussed: What is the difference, if any,
9  between banding and swaging the end of a hose?
10 A. Banding is the external, meaning outside.
11 Q. Okay.
12 A. Swaging is internal, meaning inside.
13 Q. Okay. So then could you explain to me what
14 swaging means? How do you swage an end of a hose?
15 A. Swaging, I don't have the capability of doing.
16 I've never done. I have seen it done.
17 Q. Okay.
18 A. You have a tool that goes internal, inside the
19 fitting and it expands causing that fitting to expand out
20 against the hose internally to seal.
21 Q. Okay.
22 A. Banding, you have no outside sleeve. The
23 steel sleeve is not there. You use a band of various
24 widths, probably anywhere from three-eighths of an inch
25 wide to half inch or so, which most of them are is half

28 (Pages 109 to 112)

DON CATHELL
May 27, 2005

Page 113

1 inch, and you put a band that is made up and it has a
2 buckle on it.
3   You slide that over the outside the hose. You
4 have a tool that starts pulling it which draws it tight
5 around the hose, and you have to use two to three
6 depending on the size of the hose. The length of the
7 internal stem, you use two, three bands, whatever's
8 required. Whatever's recommended that tightens the
9 outside of the hose against the stem inside the hose.
10   Q. Okay. So banding and swaging are not done in
11 conjunction, they are two separate applications, correct?
12   A. Correct. Correct.
13   Q. Now, I understood you to say that when you had
14 used two-and-a-half inch diameter hoses on a prior
15 occasion had tried banding it, it had failed or leaked
16 for you; is that correct?
17   A. Yes.
18   Q. All right. Had you on any prior occasion when
19 you were using two-and-a-half inch diameter hose, had the
20 ends swaged and had that failed on you also?
21   A. No.
22   Q. Okay. In response to one of Mr. Kaplan's
23 questions earlier, he asked you when you were ordering
24 the hoses, did you rely upon Truck Tech personnel and
25 your answer was yes.

Page 114

1   Now, my question to you is what were you relying
2 upon the personnel of Truck Tech for in this ordering
3 process?
4   A. To deliver the hoses on time.
5   Q. Okay. So you were not really looking to Sean
6 Swain as someone who had a superior knowledge or
7 technical ability above you in assembling hoses, were
8 you?
9   A. No.
10   Q. Okay. Changing gears on you again. When
11 Mr. Kaplan was asking questions about welding the
12 reservoir that's depicted in I guess exhibit number four.
13 Here let's use this one. (Indicating.) And he's talking
14 about well, how come you couldn't get in and clean it and
15 you said well, there's something inside of there that's
16 blocking entry. You can't crawl into it once it's put
17 together; is that correct?
18   A. There are baffles internally, yes.
19   Q. Okay. And the other hydraulic units that you
20 routinely build that are 200 horsepower or less, how do
21 they compare in size, the reservoirs, to the reservoir
22 that is depicted in exhibit number four?
23   A. In proportion I guess is the best way to.
24   Q. Okay. So --
25   A. -- depending on the volume you're pumping.

Page 115

1   Q. Okay.
2   A. The pump determines the size of the tank
3 itself for lack of a better word.
4   Q. All right. So then maybe I'm not comparing
5 this correctly, but would something that is being built
6 for less than 200 horsepower, be half of the size of the
7 reservoir that's depicted in exhibit number four?
8   A. Less than half of this? (Indicating.)
9   Q. Yeah. I'm just trying to get an idea.
10   A. That would be close. It probably be a little
11 large but it'd be close.
12   Q. And exhibit number four is only half of the
13 reservoir that was the complete unit for Fieldale Farms,
14 correct?
15   A. Correct.
16   Q. All right. And the other hydraulic units that
17 you routinely produce that are 200 horsepower or less, is
18 it pretty much the same kind of design as this unit that
19 we're looking at in Exhibti-4?
20   I mean, are you going to have a reservoir like that
21 on the top and the pumps and motors on the bottom?
22   A. You would have the same components. The
23 design could vary depending on the type of pump you use.
24   Q. Okay.
25   A. Some applications. The pump would be mounted

Page 116

1 on top of the tank.
2   Q. Okay. But you're always going to have some
3 kind of reservoir tank like that, correct?
4   A. Correct.
5   Q. All right. Were you on site when COT-Puritech
6 performed their services down at Fieldale Farms?
7   A. The whole time.
8   Q. Okay. How is it that their personnel were
9 able to get in and clean the whole reservoir of the
10 hydraulic unit if you and your personnel weren't able to?
11   A. You could get into the front section, that's
12 all. That's the only place they got was in the front
13 section. Bodily.
14   Q. Explain what you mean by front section.
15   A. (Indicating.) You want me to mark the baffles
16 on this?
17   Q. Sure.
18   A. Would that maybe make it clearer?
19   Q. Okay.
20   A. (Witness complies.) These baffles are solid
21 steel. They run the entire length.
22   Q. Okay.
23   A. In the design, you have to circulate the oil
24 so it returns in the other half of this -- not this
25 particular one. It's in the other one.

KARASCH & ASSOCIATES
800-621-5689

DON CATHELL
May 27, 2005

Page 117

1  Q. Other picture, okay.
2  A. It travels down the full length. It comes
3 back the full length and travels down the full length
4 which is the front section. These in exhibit number
5 eight, it shows these lids (indicating) right here which
6 are large enough. They are removal. They're bolted on.
7     You can remove those lids and you can go down
8 into this front section.
9  Q. I see.
10  A. They could reach over into this section but
11 that's as far as they can get. (Indicating.)
12  Q. Okay.
13  A. After that, they vacuumed. They dropped the
14 vacuum hose down. You cannot visually see. You just
15 clean the best you can after that.
16  Q. Okay. Yesterday when we were initially
17 talking about how does a pump disintegrate on the inside
18 like had happened down at Fieldale Farms, I believe I
19 remember you saying that one way was for foreign objects
20 to be present; is that correct?
21  A. That is correct.
22  Q. Okay. So if foreign objects were somehow in
23 the oil, could that cause a pump to disintegrate?
24  A. That would positively. Anything in the oil.
25  Q. Okay. So hypothetically speaking, okay, if

Page 118

1 there was debris either in the oil that was delivered by
2 Castrol or in the oil that was given to you by Fieldale
3 Farms to pump, to prime each of the pumps, or even debris
4 inside the reservoir, any of those things -- any of those
5 circumstances could cause a pump to disintegrate inside;
6 is that correct?
7  A. Correct.
8  Q. If a pump in the entire system is destroyed,
9 then the whole system starts to lose power; is that
10 correct?
11  A. Correct.
12  Q. If there's contaminated oil and the system was
13 going to loop around and eventually reach all of your and
14 disintegrate them; is that correct?
15  A. Correct.
16  Q. Okay. Shifting gears on you again. Talking
17 about hoses that you thought were failing and leaking at
18 the second day after the system was up and running. You
19 and a couple of the other gentlemen there decided to tape
20 the ends; is that correct?
21  A. Correct.
22  Q. Would you expect that taping the ends were in
23 fact what was leaking, wouldn't that process of taping
24 the ends have stopped that cavitation?
25  A. It did stop it and it gave us enough time to

Page 119

1 get through the weekend to get the pumps in. They had to
2 shut down some lines; I don't know how many were shut
3 down.
4     But they were able to keep going due to the
5 fact that we were not sucking in any additional air. And
6 the pumps just -- they were partially gone but they just
7 maintained enough by running them all, that we could keep
8 the plant in production until I could get the pumps and
9 the hoses there.
10  Q. Okay. So then is it your testimony or your
11 theory that if air is already in a system like this, that
12 it just keeps doing more damage once it's in or does it
13 dissipate somehow?
14  A. That air has to come in the suction of the
15 pump to destroy the pump. Air in the oil does it but
16 that's the whole process of the baffles is to get the air
17 out of the oil before it comes back to the suction.
18  Q. I see. So if, for example, two of the hoses
19 on those initial pumps that you had sent back to
20 Livingston Haven had sucked air, that didn't necessarily
21 recirculate and destroy the rest of the pumps?
22  A. What destroyed the rest of the pumps was the
23 particles from those pumps where they were tearing up
24 internally, that gets into the oil and travels around
25 also. So now you got metal in the oil.

Page 120

1  Q. From the two first pumps that you sent off --
2  A. Correct.
3  Q. -- to Livingston?
4  A. Correct.
5  Q. So it was those -- the destruction or
6 disintegration as you've described it of those first two
7 pumps that you believe released metal into the oil which
8 then the metal circulated back, sort of looped through
9 and got into the other pumps?
10  A. That was the beginning of it and as the others
11 kept tearing up, you're putting more and more metal --
12  Q. Okay.
13  A. -- into the system.
14  Q. Changing gears on you again. When Mr. Kaplan
15 was asking you questions about the ordering process
16 through Truck Tech, you had indicated that someone at
17 Truck Tech had led you to believe somehow that Truck Tech
18 was, in fact, manufacturing or assembling the hoses.
19     My question to you is how specifically was it
20 represented to you by anyone at Truck Tech in the
21 beginning of this quote process for the hoses that Truck
22 Tech was, in fact, manufacturing or assembling the hoses?
23  A. I don't remember exactly if I talked to Sean
24 or if Delmar talked to Sean originally on making the
25 hoses originally on the -- when we did the first bid. As

30 (Pages 117 to 120)

KARASCH & ASSOCIATES
800-621-5689

DON CATHELL
May 27, 2005

### Page 121

1 I found out later, they could do up to four-inch at that
2 time with the machine they had but it was not for
3 hydraulic.
4    Q. Okay. So then did anyone at Truck Tech, Sean
5 Swain or anyone else represent to you or to any of your
6 employees that they could, in fact, manufacture the hoses
7 that are the subject of your lawsuit?
8    A. I believe in the very first quote, I think he
9 did. I cannot say for certain.
10    Q. Okay. And lastly sir, exhibit number 14 which
11 is a letter that you had drafted to Truck Tech on the
12 date that these pumps shipped out, I'll give you a minute
13 to try and dig it out there. You got that?
14    A. Yes.
15    Q. Okay. Now, is it fair to say, sir, that on
16 the day that you loaded up this unit to ship it down to
17 Gainesville, that based on my reading of that letter any-
18 way that's exhibit number 14, you still had some thoughts
19 or suspicions that the crimped-end hose on the hydraulic
20 power unit was going to cause you a problem somehow with
21 that unit?
22    A. I did have feelings that there could be
23 problems, and that was the reason for the writing of this
24 letter due to the problems we had had with the hoses and
25 had sent them back two or three times, whatever it was.

### Page 122

1    Q. Okay. And is it fair to say that that feeling
2 or suspicion that you had when you drafted this letter on
3 August 25, '02, you still had those feelings and
4 suspicions when you got to Fieldale Farms and began to
5 supervise the hookup of the unit, you still had the
6 suspicion that the crimped-end hoses were going to cause
7 a problem with the running of this unit?
8    A. Not that they would cause a problem. I had
9 suspicions that they could. If there was a problem
10 there, then I'd just transfer the problem.
11    Q. That was the purpose of your of drafting that
12 letter, you thought that if there was going to be any
13 kind of problem with the unit, that by this notice, you
14 were shifting liability off of yourself?
15    A. I was hoping so.
16        MS. BEAM: Okay. I believe that is all
17    that I have.
18 BY MS. KAPLAN:
19    Q. Sir, I have hopefully just a couple of
20 questions. You stated yesterday that at one point after
21 you shipped your system to Fieldale Farms, you yourself
22 tested the hoses. You tested them under using pressure
23 as well as vacuum; do you recall that testimony
24 yesterday?
25    A. After I shipped the unit?

### Page 123

1    Q. This is not during your sequence of selling
2 the unit but this is after the fact.
3    A. When I tested the hoses was after we had put
4 the 20 replacement pumps on and I had come back to
5 Delaware.
6    Q. That's right. When you came back to Delaware
7 and I think you said you then tested the hoses once again
8 or I shouldn't say once again. You then tested the hoses
9 that you had taken off of the pumps?
10    A. Correct.
11    Q. And you said you had tested them using vacuum
12 and pressure?
13    A. Correct.
14    Q. How did you test them using vacuum?
15    A. You plug one end of the hose, you put a ball
16 valve and then a gauge and a vacuum pump, and start the
17 vacuum pump, you pull into a vacuum stage. Close the
18 valve, turn the pump off, and if your gauge drops or goes
19 to a positive, then you've got a leak and loss vacuum.
20    Q. How long does it take you to do that test?
21    A. For one hose?
22    Q. Yes, sir.
23    A. Ten, 15, 20 minutes something possibly.
24    Q. And did you test all the hoses at that time?
25    A. I tested three or four. The ones I had in my

### Page 124

1 possession.
2    Q. But you've got -- is it fair to say you have
3 no written notes or records regarding that series of
4 tests?
5    A. There was a letter sent to Jim Biggs stating
6 how the hoses leaked and at what pressures I tested at
7 with the air pressure and so forth.
8    Q. Now, you also said your pressure test?
9    A. Correct.
10    Q. Did you pressure test them before you vacuum
11 test or visa-versa, sir?
12    A. Vacuum first, pressure second.
13    Q. Was there any reason why you vacuum first and
14 used pressure test second?
15    A. No reason.
16    Q. And how did you conduct the pressure test on
17 that occasion, sir?
18    A. Same process: Plug one end of the hose, ball
19 valve and the gauge and connect the air hose to it. Once
20 you reach the pressure the air compressor is set for,
21 close the ball valve, if the gauge drops, you got a leak.
22        Plus they also put them in the water and
23 you'll see the bubbles coming up out of the water.
24    Q. And who was present with you when you tested
25 these hoses?

31 (Pages 121 to 124)

DON CATHELL
May 27, 2005

Page 125

1    A.  As I stated yesterday, Al Collins and Harold
2  Williams.
3         MR. KAPLAN: I have no further questions.
4  Thank you.
5         MS. BEAM: Actually, I had pulled this out,
6  sir. Have it marked.
7         (Document marked for identification as
8  Cathell-22.)
9  BY MS. BEAM:
10   Q.  Sir, you've just been handed a letter that's
11 been marked as exhibit number 22. Is that the letter
12 that you've been referencing that represents the testing
13 that you had performed on the hoses?
14   A.  Yes.
15   Q.  All right. What's the date of that letter,
16 sir?
17   A.  November 6, 2003.
18   Q.  And that's addressed to whom?
19   A.  Pardon?
20   Q.  Who is the letter sent to?
21   A.  Mr. Jim Biggs.
22   Q.  Okay. And how long after you actually
23 performed this testing did you write that letter?
24   A.  Same day.
25   Q.  Okay. And you have a lot of specifics about

Page 126

1  the results of the tests in that letter; am I correct?
2    A.  Yes.
3    Q.  All right. Now, did you take some notes
4  contemporaneous while you were doing these tests or did
5  you just write this letter from memory?
6    A.  I probably had a scratch pad or something of
7  that nature that I wrote it down on.
8    Q.  Okay. And did you retain those notes and put
9  them in your project file or a litigation file?
10   A.  I'd have to look to make sure I still have
11 that one.
12   Q.  And again, I'd ask that you research your
13 files and if you have that document.
14   A.  I think that was asked for yesterday.
15        MS. RODGERS: I was just going to say. I
16 think we already agreed we would produce yesterday.
17        THE WITNESS: It was asked for yesterday
18 along with this.
19 BY MS. BEAM:
20   Q.  And take a minute and read over the letter and
21 make sure that what is represented in the letter comports
22 with what you've already testified to in regards to the
23 results of the testing.
24   A.  (Witness complies.) Yes.
25   Q.  So the letter does represent the testimony

Page 127

1  you've already given in regards to the results in the
2  testing that you did in November of 2003?
3    A.  Yes.
4    Q.  Now, sir, in your experience, if the hoses
5  that you received from Truck Tech or the initial
6  manufacturer of this, had been tested by some other
7  entity before they were delivered to you, is there
8  anything that you or your people do during the
9  installation process that would have caused these hoses
10 to fail?
11   A.  No, ma'am.
12   Q.  In your years of experience, is there any way
13 that if these hoses had been tested before being
14 delivered to you, that they should have failed the way
15 they did?
16   A.  I would assume if they had tested as Tom Lyons
17 stated in his letter, there would be no reason to test
18 them and they would not have failed.
19   Q.  Okay. And who is Tom Lyons?
20   A.  President of Tipco I think or owner.
21        MR. KAPLAN: He means Rob Lyons.
22        THE WITNESS: Rob Lyons? Oh, okay. Sorry.
23        MS. BEAM: Okay. That's all I have.
24        MS. RODGERS: Anybody else? Now, I'm going
25 to open a can of worms.

Page 128

1  BY MS. RODGERS:
2    Q.  At some point, after you received the second
3  set of hoses but prior to shipping the entire unit to
4  Georgia, did Sean Swain or any representative of Truck
5  Tech lead you to believe that the hoses had been tested?
6  Or stated differently, that the problem that you had
7  experienced on the first round of hoses had been fixed?
8    A.  I don't remember exactly when he told me they
9  had been tested at, I believe, 150 PSI for ten minutes.
10 If it was the first time or the second time he came back;
11 I'm not sure which time it was.
12   Q.  But when you utilized the last set of hoses on
13 -- utilized. Incorporated the last set of hoses onto the
14 unit prior to sending it to Georgia, you were under the
15 understanding that the hoses had been tested and the
16 problem had been fixed?
17   A.  Correct.
18        MS. RODGERS: Okay. I have nothing else.
19        MS. BEAM: I do.
20 BY MS. BEAM:
21   Q.  Okay. Testing at 150 PSI for ten minutes,
22 would that be equivalent to the testing that you had
23 represented that you performed on these hoses in November
24 of 2003?
25   A.  I would assume, yes.

32 (Pages 125 to 128)

KARASCH & ASSOCIATES
800-621-5689

DON CATHELL
May 27, 2005

Page 129

1  Q. So if the hoses had purportedly passed a test
2  of 150 PSI for ten minutes, you would assume that they
3  were proper or usable for your application?
4  A. Yes.
5      MS. BEAM: Okay. That's all I have.
6      MS. RODGERS: Anyone else?
7        (No response.)
8        (Witness excused.)
9        (Deposition concluded at 2:33 p.m.)
10       - - -

Page 130

1       CERTIFICATE
2
3  I, Joanne H. Gusler, a Notary Public and
4  Registered Professional Reporter, do hereby
5  state that prior to the commencement of the
6  examination,
7       DON CATHELL
8  was duly sworn by me to testify to the truth,
9  the whole truth and nothing but the truth.
10 I do further state that the foregoing is a true
11 and accurate transcript of the testimony as
12 taken stenographically by and before me at the
13 time, place and on the date hereinbefore set
14 forth.
15   I do further state that I am neither a
16 relative nor employee nor attorney nor counsel
17 of any of the parties to this action, and that I
18 am neither a relative nor employee of such
19 attorney or counsel and that I am not
20 financially interested in this action.
21
22 *Joanne H. Gusler*
    Joanne H. Gusler
23  Notary Public, State of
    Delaware
24  Cert# 190-RPR
    Exp. 1/31/08
25

33 (Pages 129 to 130)

KARASCH & ASSOCIATES
800-621-5689