# *TIGHE, COTTRELL & LOGAN, P.A.*

*Attorneys at Law*

*704 NORTH KING STREET, SUITE 500*
*P.O. BOX 1031*
*WILMINGTON, DELAWARE 19899*
*Telephone Number: (302) 658-6400*
*Telecopier Number: (302) 658-9836*
*Toll Free: (800) 645-6401*
*WRITER'S EMAIL: m.tighe@lawtcl.com*

*BRANCH OFFICES:*

| | *1220-C EAST JOPPA ROAD* | *2017 SPRING GARDEN STREET* |
| *13 WEST AVENUE* | *SUITE 505* | *PHILADELPHIA, PA 19130-3804* |
| *P.O. BOX 303* | *TOWSON, MD 21286* | |
| *WOODSTOWN, NJ 08098* | | |

February 22, 2006

The Honorable Kent A. Jordan
U.S. District Court
District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

**RE:  Don's Hydraulics, Inc. v. Colony Insurance Company,
Truck Tech Industries, Inc., and Tipco Technologies,
Inc.
C. A. No.: 04-1275 (KAJ)
Our File No. 6652**

Dear Judge Jordan:

I represent the plaintiff, Don's Hydraulics, Inc., in the above referenced matter. I write to provide you with an explanation of why we are filing an amended pretrial order. There was a software problem converting the file from a Word file to a PDF file. As a result entries appeared on the order that the parties did not anticipate to appear. This version is the version the parties agreed to submit.

I apologize for any inconvenience this may have created for the Court.

Respectfully submitted,

TIGHE, COTTRELL & LOGAN, P.A.

        /s/ Michael K. Tighe
MICHAEL K. TIGHE

MKT/msl

cc: Gary H. Kaplan, Esq.
    Joseph M. Toddy, Esq.
    Anthony Figliola, Jr., Esq.
    Cynthia Beam, Esq.