IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1275-KAJ |
| | ) |
| COLONY INSURANCE COMPANY and | ) |
| TRUCK TECH TECHNOLOGIES, INC., | ) |
| and TIPCO TECHNOLOGIES, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion issued in this matter today,

IT IS HEREBY ORDERED that the Motion in Limine to Preclude Testimony of Plaintiff's Expert (D.I. 82), Motion in Limine to Preclude Plaintiff's Expert from Testifying (D.I. 79), Motion in Limine to Preclude Evidence of Plaintiff's Damages (D.I. 90), Tipco Technologies, Inc.'s Motion for Summary Judgment (D.I. 80) and Plaintiff's Motion for Summary Judgment (D.I. 46) are DENIED.

IT IS FURTHER ORDERED that Truck Tech Technologies, Inc.'s Motion for Summary Judgment (D.I. 83) is GRANTED as to the express warranty, implied warranty of fitness, and deceptive trade practices claims, and that that Motion is DENIED in all other respects.

IT IS FURTHER ORDERED that Colony Insurance Company's Motion for Summary Judgment (D.I. 44) is GRANTED as to Plaintiff's costs, including consequential costs, and that that Motion is DENIED in all other respects.

IT IS FURTHER ORDERED that summary judgment is GRANTED for Tipco Technologies, Inc. as to the express warranty, implied warranty of fitness, and deceptive trade practices claims.

/s/ Kent A. Jordan
UNITED STATES DISTRICT JUDGE

March 2, 2006
Wilmington, Delaware