## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Don's Hydraulics, Inc. | : | |
| Plaintiff | : | Civil Action No.:  04-1275 KAJ |
| | : | |
| vs. | : | |
| | : | |
| Colony Insurance Company and | : | |
| Truck Tech Industries, Inc., and | : | |
| Tipco Technologies, Inc. | : | |
| | : | |

## DEFENDANT, COLONY INSURANCE COMPANY'S DEPOSITION DESIGNATIONS FOR DON CATHELL

**A.    Deposition dated May 26, 2005**

1. Page 5, lines 7-25
2. Page 6, line 1
3. Page 7, lines 4-25
4. Page 8, lines 1-3
5. Page 10, lines 4-8
6. Page 12, lines 17-25
7. Page 13, lines 12-18
8. Page 14, lines 14-22
9. Page 15, lines 14-20
10. Page 16, lines 12-16
11. Page 22, lines 1-23
12. Page 23, lines 3-11
13. Page 24, lines 5-8; 16-25
14. Page 25, lines 1-6
15. Page 36, lines 20-25
16. Page 37, lines 3-9; 21-25
17. Page 38, lines 1-25
18. Page 39, lines 1-5
19. Page 40, lines 15-20
20. Page 41, lines 15-25
21. Page 42, lines 1-18
22. Page 44, lines 4-25
23. Page 45, liens 1-14
24. Page 46, lines 9-11; 20-25

25.     Page 47, lines 1-18; 25
26.     Page 48, lines 1-13
27.     Page 49, lines 11-25
28.     Page 50, lines 1-4; 22-25
29.     Page 51, lines 1-2
30.     Page 52, lines 10-25
31.     Page 53, lines 1-25
32.     Page 54, lines 1-12; 17-25
33.     Page 55, lines 1-18; 22-25
34.     Page 56, lines 1-25
35.     Page 56, lines 1-25
36.     Page 58, lines 1-25
37.     Page 59, lines 1-16; 23-25
38.     Page 60, lines 1-16; 24-25
39.     Page 61, lines 1-18
40.     Page 62, lines 11-25
41.     Page 63, lines 1-25
42.     Page 64, lines 1-8; 15-18
43.     Page 65, lines 1-24
44.     Page 66, lines 5-11; 16-25
45.     Page 67, lines 1-18
46.     Page 68, lines 8-25
47.     Page 69, lines 1-25
48.     Page 70, lines 1-14; 20-25
49.     Page 71, lines 1-13
50.     Page 75, lines 8-25
51.     Page 76, lines 13-21
52.     Page 84, lines 1-25
53.     Page 85, lines 1-13
54.     Page 86, lines 6-11; 15-16
55.     Page 89, lines 9-19
56.     Page 90, lines 22-25
57.     Page 91, lines1-14
57.     Page 92, lines 11-20
58.     Page 93, lines 17-25
59.     Page 94, lines 1-9
60.     Page 98, line 25
61.     Page 99, lines 1-25
62.     Page 100, lines 1-25
63.     Page 101, liens 1-6; 14-25
64.     Page 102, lines 10-14
65.     Page 103, lines 1-25
66.     Page 104, lines 1-25
67.     Page 105, lines 1-25
68.     Page 106, lines 1-25
69.     Page 107, lines 1-25

70.   Page 108, lines 1-17
71.   Page 109, lines 9-25
72.   Page 110, lines 1-25
73.   Page 111, lines 1-25
74.   Page 112, liens 1-15
75.   Page 115, lines 1-14; 20-23
76.   Page 116, lines 3-4; 14-24
77.   Page 117, lines 3-22
78.   Page 121, lines 14-25
79.   Page 122, lines 1-17
80.   Page 127, lines 16-25
81.   Page 128, lines 1-23
82.   Page 134, lines 21-25
83.   Page 135, lines 1-15; 20-24
84.   Page 138, lines 21-25
85.   Page 139, lines 1-11
86.   Page 141, lines 23-25
87.   Page 142, lines 1-18
88.   Page 144, lines 15-25
89.   Page 145, lines 1-5; 11-25
90.   Page 146, lines 1-20
91.   Page 147, lines 14-25
92.   Page 148, lines 1-25
93.   Page 149, lines 1-25
94.   Page 150, lines 1-25
95.   Page 151, lines 1-15; 25
96.   Page 152, lines 1-5
97.   Page 154, lines 15-25
98.   Page 155, lines 1-25
99.   Page 156, lines 21-25
100.  Page 157, lines 1-25
101.  Page 158, lines 1-18; 23-25
102.  Page 159, lines 1-7; 18-25
103.  Page 160, lines 1-21
104.  Page 161, lines 1-10
105.  Page 162, lines 7-16

B.    **Deposition dated May 27, 2005**

1.    Page 19, lines 4-12; 22-25
2.    Page 20, lines 1-12; 20-25
3.    Page 21, lines 1-25
4.    Page 22, lines 1-22
5.    Page 2, lines 8-10
6.    Page 24, lines 14-23
7.    Page 39, lines 9-12
8.    Page 40, lines -13
9.    Page 42, lines 11-25
10.   Page 43, lines 3-6
11.   Page 63, lines 8-20
12.   Page 64, lines 13-16; 20-25
13.   Page 80 lines 3-5
14.   Page 82, lines 20-25
15.   Page 83, lines 1-25
16.   Page 84, lines 1-4
17.   Page 92, lines 11-25
18.   Page 93, lines 1-4
19.   Page 94, lines 1-10; 14-25
20.   Page 95, lines 1-25
21.   Page 96, lines 1-25
22.   Page 97, lines 1-25
23.   Page 98, lines 1-25
24.   Page 99, lines 1-25
25.   Page 100, lines 1-25
26.   Page 101, lines 1-25
27.   Page 102, lines 1-25
28.   Page 103, lines 1-25
29.   Page 104, lines 1-25
30.   Page 105, lines 1-25
31.   Page 106, lines 1-25
32.   Page 107, lines 1-25
33.   Page 108, lines 1-25
34.   Page 109, lines 5-25
35.   Page 110, lines 1-24
36.   Page 112, lines 6-25
37.   Page 113, lines 1-12
38.   Page 117, liens 16-25
39.   Page 118, lines 1-25
40.   Page 119, lines 1-25
41.   Page 120, lines 1-13
42.   Page 127, lines 4-22
43.   Page 128, lines 2-17

4

FIGLIOLA & FACCIOLO

Dated: 03/02/06

BY:   /s/ Anthony A. Figiola
        ANTHONY A. FIGLIOLA, JR., ESQUIRE

ZARWIN ◆ BAUM ◆ DEVITO
KAPLAN ◆ SCHAER ◆ TODDY◆ P.C.

BY:   /s/ Joseph M. Toddy
        JOSEPH M. TODDY, ESQUIRE

5