IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Don's Hydraulics, Inc. | : | |
|     Plaintiff | : | Civil Action No.: 04-1275 KAJ |
| | : | |
| vs. | : | |
| | : | |
| Colony Insurance Company and | : | |
| Truck Tech Industries, Inc., and | : | |
| Tipco Technologies, Inc. | : | |
|     Defendants | : | |

## DEFENDANT COLONY INSURANCE COMPANY'S
## VOIR DIRE

Good morning, ladies and gentlemen. I am Judge Jordan, and I will be presiding over the trial for which a jury is about to be drawn in the case. The parties are Plaintiff Don's Hydraulics, Inc. and Defendants Colony Insurance Company, Truck Tech Industries, Inc. and Tipco Technologies, Inc., Defendant. The facts in this case are: In May 2003, Plaintiff entered into a contract with a poultry processing plaint located in Gainesville, GA to manufacture and install a hydraulic power unit. Plaintiff placed an order with Defendant Truck Tech Industries, Inc., for the purchase of twenty 2 ½" hydraulic suction hoses to be used on the hydraulic power unit. Truck Tech, in turn, purchased the twenty hoses from Defendant Tipco Technologies, Inc., and delivered them to Plaintiff.

After the installation and start up of the hydraulic power unit at the processing plant, Plaintiff noticed the hydraulic power unit was not working properly. Plaintiff alleges that some of the suction hoses were leaking and that as a result of the leaking hoses, the hydraulic power unit failed, resulting in damage to all twenty pumps used on the unit. Plaintiff brought this action against Defendants to recover the damages incurred by Plaintiff as a result of the

hydraulic power unit's failure. Plaintiff alleges to have sustained monetary damages as a result of the failed hydraulic power unit.

Briefly stated, this is a case involving allegations of breach of contract, breach of express warranty, breach of implied warranties of merchantability and fitness for a particular purpose, negligent manufacture and design and violation of the Delaware Uniform Deceptive Trade Practices Act. Plaintiff alleges breach of contract against Colony Insurance Company, alleging its damages were covered under a Commercial General Liability Insurance Policy issued by Colony. Plaintiff also alleges breach of express and implied warranties and violation of the Delaware Uniform Deceptive Trade Practices Act against Truck Tech Industries, Inc. and Tipco Technologies, Inc. Finally, Plaintiff alleges negligent manufacture and design against Tipco Technologies, Inc.

The Defendants deny Plaintiff's allegations. Defendants Truck Tech and Tipco have filed cross-claims against each other alleging indemnification and contribution. Colony has filed a cross-claim against Truck Tech and Tipco alleging indemnification and contribution.

The trial may last up to 4 days. I time my trials, so the attorneys will have to complete their trial presentations within these limits. While it appears unlikely at this point, jury deliberations may require you to be present longer than that number of days.

I am going to ask you a series of "yes or no" questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment in helping to determine the final composition of the jury. If any of you have a "yes" answer to any of my questions, please keep track of that in your own mind. When I have concluded asking all the questions I will ask all those who had a "yes" answer to any of my questions to raise their hands. Then we will call you to the bench individually

to speak with you about your affirmative response or responses.

1. As I mentioned, this case is expected to take 4 or less business days to try. Is there any member of the panel who would be unable to sit as a juror in the case for that period of time?

2. Do you know anything about this case?

3. Plaintiffs are represented by Michael Tighe, Esquire and Matthew Landauer, Esquire of the law firm of Tighe, Cottrell & Logan, P.A. Do you know, or are you a client of Mr. Tighe or Mr. Landauer, or their law firm?

4. Defendant, Colony Insurance Company is represented by Joseph Toddy, Esquire of the law firm Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, P.C. and Anthony Figliola, Esquire of the law firm Figliola & Facciolo. Do you know, or are you a client of Mr. Toddy or Mr. Figliola or their law firms?

5. Defendant, Truck Tech Industries, Inc. is represented by Cynthia Beam, Esquire of the law firm Reger, Rizzo, Kavulich & Darnall, LLP. Do you know, or are you a client of Ms. Beam or her law firm?

6. Defendant, Tipco Technologies, Inc. is represented by Gary Kaplan, Esquire of the law firm Goldenfein & Joseph. Do you know, or are you a client of Mr. Kaplan or his law firm?

7. Is any member of the panel related to or personally acquainted with any of the parties, either the Plaintiffs, Don's Hydraulics, Inc., or the Defendants, Colony Insurance Company, Truck Tech Industries, Inc., or Tipco Technologies, Inc.?

8. Are you or any of your family members a present or former employee of Don's Hydraulics, Inc., Colony Insurance Company, Truck Tech Industries, Inc., or Tipco Technologies, Inc.?

9. Do you know any of the witnesses who will appear in this trial?

They are:
    a. Don Cathell, who will appear for Plaintiff, Colony Insurance and Truck Tech
    b. Sean Swain, who will appear for Plaintiff, Colony Insurance, Truck Tech and Tipco
    c. James M. Biggs, who will appear for Plaintiff Colony Insurance and Truck Tech
    d. Anthony Cornetto, who will appear for Plaintiff and Colony Insurance
    e. Thomas W. Butler, Ph.D., who will appear for Plaintiff and Colony Insurance
    f. Lisa Lackovitch, who will appear for Colony Insurance
    g. Janet Kim, who will appear for Colony Insurance
    h. Connie Haso, who will appear for Colony Insurance
    i. Timothy Bombick, who will appear for Colony Insurance and Tipco
    j. Delmar Cathell, who will appear for Truck Tech
    k. Rob Lyons, who will appear for Truck Tech
    l. Ed Ball, who will appear for Truck Tech
    m. Ken Wilson, who will appear for Truck Tech
    n. Steven King, who will appear for Truck Tech
    o. Tony Blackmon, who will appear for Truck Tech
    p. Alfred Collins, who will appear for Truck Tech
    q. Greg Knowles, who will appear for Truck Tech
    r. Egbert Martin, who will appear for Truck Tech
    s. Claude Sullens, who will appear for Truck Tech
    t. Richard Fisher, who will appear for Tipco

10. Do you have specialized training in:

    a. The poultry processing industry?

    b. The manufacture, service and operation of hydraulic power units?

    c. The manufacture and use of hydraulic suction hoses?

    d. The insurance industry?

11. Do you have any knowledge about, or familiarity with:

    a. The poultry processing industry?

    b. The manufacture, service and operation of hydraulic

4

        power units?

        c. The manufacture and use of hydraulic and industrial hoses?

        d. Insurance claims investigation or coverage determination?

12. Do any of your immediate family members work in the:

        a. Poultry processing industry?

        b. Manufacturer of hydraulic power unit industry?

        c. Manufacturer of hydraulic and industrial hoses?

        d. Insurance industry?

13. Do you have any feelings or beliefs about breach of contract, breach of express warranty, breach of implied warranties of merchantability and fitness for a particular purpose and violations of the Delaware Uniform Deceptive Trade Practices Act cases in general or damages awards that would influence your decision in a case like this one?

14. Would you be unable to render a fair and impartial verdict based solely upon the evidence presented in court and under the law as presented to you?

15. Have you or any member of your family ever been involved in a lawsuit as a party, witness or otherwise?

16. Have you or any member of your family ever made a claim or had a claim made against you for breach of contract, breach of express warranty, breach of implied warranties of merchantability and/or fitness for a particular purpose and violation of the Delaware Uniform Deceptive Trade Practices Act?

17. Have you or any member of your family filed a claim against an insurance company for payment under an insurance policy?

18. Have you or any member of your family ever been employed by an insurance company or in the insurance industry?

19. Just because one of the Defendants is an insurance company, could you still render a fair and impartial verdict?

20. Have you or any member of your family ever had a negative experience with an insurance company?

21. Do you believe that just because someone has brought suit that they are entitled to money damages?

22. Is there any factor or circumstance, which you believe would prevent you from hearing the evidence and rendering a fair and impartial verdict?

23. Have you or anyone close to you been employed as a lawyer or in a law-related job?

24. Would you have any problem following the Court's instruction that the plaintiff has the burden of proof, but unlike a criminal case, the test is not beyond a reasonable doubt but "more likely than not"?

25. Would you have any problem putting aside sympathy for the plaintiff and deciding the case solely on the evidence?

26. Do you have any fixed views on the legal system or lawyers which might prevent you from reaching a fair and impartial verdict according to the facts and the law of this case?

27. Are there any prospective jurors among you who will be unable, for any reason whatsoever, to listen to the evidence, abide by the law as instructed to you by the Court at the close of all of the evidence, and decide the case based on the evidence and the law, fairly and impartially, fully respecting the law as given to you by the Court as the applicable law in this case, whether you personally agree with that law or not?

28. Do any of you own a company of small business?

29.  Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?