IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Don's Hydraulics, Inc. | : | |
| Plaintiff | : | Civil Action No.: 04-1275 KAJ |
| | : | |
| vs. | : | |
| | : | |
| Colony Insurance Company and | : | |
| Truck Tech Industries, Inc., and | : | |
| Tipco Technologies, Inc. | : | |
| Defendants | : | |

## DEFENDANT COLONY INSURANCE COMPANY'S JURY INTERROGATORIES

We the Jury Find:

1. Do you find, by a preponderance of the evidence, that leaking hoses caused the failure of the hydraulic power unit manufactured by Plaintiff for Fieldale Farms?

    ___ YES

    ___ NO

    If yes, proceed to Question 2.
    If no, proceed to Question 5.

2. Do you find that the leaking hoses were caused by the negligence of Tipco Technologies, Inc.?

    ___ YES

    ___ NO

3. Do you find that the leaking hoses were caused by the negligence of Truck Tech Industries, Inc.?

    ___ YES

    ___ NO

4. If you answered YES to questions 2 and 3 above, list the percentage of fault you assign to each Defendant for the leaking hoses.

\_\_\_\_\_ %   Tipco Technologies, Inc.

\_\_\_\_\_ %   Truck Tech Industries, Inc.

5. Do you find, by a preponderance of the evidence, that Plaintiff suffered damages as a result of leaking hoses?

\_\_ YES

\_\_ NO

6. If you answered YES to question 5 above, please enter the dollar amount that Plaintiff proved, by a preponderance of the evidence, it suffered as a result of the leaking hoses.

$ _____

7. Do you find, by a preponderance of the evidence, that the $16,569.60 Colony Insurance Company paid to Fieldale Farms on behalf of Don's Hydraulics for the oil filtering expense, was incurred as a result of leaking hoses?

\_\_ YES

\_\_ NO

**If yes, proceed to Questions 8, 9 and 10.**
**If no, stop, sign the form and return it to the Judge.**

8. If you answered YES to question 7 above, do you find, by a preponderance of the evidence, that the $16,569.60 Colony Insurance Company paid to Fieldale Farms on behalf of Don's Hydraulics for the oil filtering expense, was incurred as a result of negligence on the part of Tipco Technologies, Inc. in manufacturing and assembling the hoses?

\_\_ YES

\_\_ NO

2

9. If you answered YES to question 7 above, do you find, by a preponderance of the evidence, that the $16,569.60 Colony Insurance Company paid to Fieldale Farms on behalf of Don's Hydraulics for the oil filtering expense was incurred as a result of negligence on the part of Truck Tech Industries, Inc.

   ___ YES

   ___ NO

10. If you answered YES to questions 8 and 9 above, list the percentage of fault you assign to each Defendant for the $16,569.60 in oil filtering expense.

   _____ %   Tipco Technologies, Inc.

   _____ %   Truck Tech Industries, Inc.


Dated: _____                                    _____
                                                 Jury Foreman