IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Don's Hydraulics, Inc., | : | |
| | : | Civil Action No.: 04-1275 KAJ |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Colony Insurance Company and | : | |
| Truck Tech Industries, Inc. and | : | |
| Tipco Technologies, Inc., | : | |
| | : | |
| Defendant | : | |
| | : | |

<u>PLAINTIFF'S OBJECTIONS TO DEFENDANT COLONY INSURANCE
COMPANY'S DEPOSITION DESIGNATIONS OF DON CATHELL</u>

A.  Deposition of Don Cathell dated May 26, 2005

| | | |
|---|---|---|
| 11. | Page 22, lines 1-23 | FRE 402, 403 |
| 12. | Page 23, lines 3-11 | FRE 402, 403 |
| 13. | Page 24, lines 5-8; 16-25 | FRE 402, 403 |
| 14. | Page 25, lines 1-6 | FRE 402, 403 |
| 15. | Page 36, lines 10-25 | FRE 402, 403 |
| 17. | Page 38, lines 1-25 | FRE 402, 403 |
| 18. | Page 39, lines 1-5 | FRE 402, 403 |
| 19. | Page 40, lines 15-20 | FRE 402, 403 |
| 22. | Page 44, lines 4-25 | FRE 402, 403 |
| 23. | Page 45, lines 1-14 | FRE 402, 403 |
| 25. | Page 47, lines 1-18:25 | FRE 402, 403 |
| 28. | Page 50, lines 1-4; 22-25 | FRE 402, 403 |
| 29. | Page 51, lines 1-2 | FRE 402, 403 |
| 30. | Page 52, lines 10-25 | FRE 402, 403 |
| 31. | Page 53, lines 1-25 | FRE 402, 403, 802 |
| 32. | Page 54, lines 1-12; 17-25 | FRE 402, 403, 802 |
| 33. | Page 56, lines 1-18; 22-25 | FRE 402, 403 |
| 34. | Page 57, lines 1-25 | FRE 402, 403 |
| 40. | Page 62, lines 11-25 | FRE 402, 403 |
| 42. | Page 64, lines 1-8; 15-18 | FRE 402, 403, 802 |
| 51. | Page 76, lines 13-21 | FRE 402, 403 |
| 52. | Page 84, lines 1-25 | FRE 402, 403 |
| 54. | Page 86, lines 6-11; 15-16 | FRE 402, 403 |
| 55. | Page 89, lines 9-19 | FRE 402, 403 |

| | | |
|---|---|---|
| 56. | Page 90, lines 22-25 | FRE 402, 403 |
| 57. | Page 91, lines 1-14 | FRE 402, 403 |
| 57. | Page 92, lines 11-20 | FRE 402, 403 |
| 58. | Page 93, lines 17-25 | FRE 402, 403 |
| 59. | Page 64, lines 1-9 | FRE 402, 403 |
| 60. | Page 98, line 25 | FRE 402, 403 |
| 61. | Page 99, lines 1-25 | FRE 402, 403 |
| 62. | Page 100 lines 1-25 | FRE 402, 403 |
| 63. | Page 101 lines 1-6; 14-25 | FRE 402, 403 |
| 105. | Page 162 lines 7-16 | FRE 402, 403 |

B. Deposition of Don Cathell dated May 27. 2005

| | | |
|---|---|---|
| 2. | Page 19, lines 4-12; 22-25 | FRE 402, 403 |
| 3. | Page 21, lines 1-25 | FRE 402, 403 |
| 4. | Page 22, lines 1-22 | FRE 402, 403 |
| 5. | Page 23, lines 8-10 | FRE 402, 403 |
| 7. | Page 39, lines 9-12 | FRE 402, 403 |
| 8. | Page 40, lines 1-13 | FRE 402, 403 |
| 9. | Page 42, lines 11-25 | FRE 402, 403 |
| 10. | Page 43, lines 3-6 | FRE 402, 403 |
| 11. | Page 63, lines 8-20 | FRE 402, 403 |
| 12 | Page 64, lines 13-16; 20-25 | FRE 402, 403 |
| 13. | Page 80, lines 3-5 | FRE 402, 403 |
| 14. | Page 82, lines 20-25 | FRE 402, 403 |
| 15. | Page 83, lines 1-25 | FRE 402, 403 |
| 16. | Page 84, lines 1-4 | FRE 402, 403 |
| 17. | Page 92, lines 11-25 | FRE 402, 403 |
| 18. | Page 93, lines 1-4 | FRE 402, 403 |
| 19. | Page 94, lines 1-10 | FRE 402, 403 |
| 36. | Page 112, lines 6-25 | FRE 402, 403 |
| 37. | Page 113, lines 1-12 | FRE 402, 403 |
| 38. | Page 117, lines 16-25 | FRE 402, 403 |
| 39. | Page 118, lines 1-25 | FRE 402, 403 |

TIGHE, COTTRELL & LOGAN, P.A.

 /s/ Michael K. Tighe
Michael K. Tighe (DE ID 29)
One Customs House
704 N. King Street, Ste. 500
P.O. Box 1031
Wilmington, DE 19899 - 1031
302-658-6400
*Attorneys for the Plaintiff Don's Hydraulic's, Inc.*Dated:  March 6, 2006