IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of March, 2006, a true and correct copy of the attached Plaintiff Don's Hydraulics, Inc. Deposition Designations was served via First Class U.S. Mail, postage prepaid to the following:

Gary H. Kaplan, Esquire
Goldfein & Hosmer
222 Delaware Avenue
Suite 1110
P.O. Box 2206
Wilmington, DE 19899-2206
***Counsel for Defendant Tipco Technologies, Inc.***

Cindy Beam, Esquire
Reger & Rizzo, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
***Counsel for Defendant Truck Tech Industries, Inc.***

Joseph M. Toddy, Esquire
Zarwin Baum DeVito Kaplan
Schaer Toddy P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102-1981

*Counsel for Defendant Colony Insurance*

_____Anthony Figliola, Jr., Esquire
_____Figliola & Facciolo
_____1813 Marsh Road, Suite A
_____Wilmington, DE 19810
_____*Local Counsel for Defendant Colony Insurance*

                          TIGHE, COTTRELL & LOGAN, P.A.

                           /s/ Michael K. Tighe
                          Michael K. Tighe (DE ID 29)
                          One Customs House
                          704 N. King Street, Ste. 500
                          P.O. Box 1031
                          Wilmington, DE 19899 - 1031
                          302-658-6400
                          *Attorneys for the Plaintiff Don's Hydraulic's, Inc.*