IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Don's Hydraulics, Inc., | : | |
| | : | Civil Action No.: 04-1275 KAJ |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Colony Insurance Company and | : | |
| Truck Tech Industries, Inc. and | : | |
| Tipco Technologies, Inc., | : | |
| | : | |
| Defendant | : | |

## PLAINTIFF'S DEPOSITION DESIGNATIONS

A.  Tim Bombick
    Deposition dated: 6/30/05

1.  Page 5   Lines 18-23
2.  Page 6   Lines 23-23
3.  Page 7   Lines 1-24
4.  Page 9   Lines 14-23
5.  Page 10  Lines 1-24
6.  Page 11  Lines 1-24
7.  Page 12  Lines 1-24
8.  Page 13  Lines 1-15
9.  Page 16  Lines 4-24
10. Page 18  Lines 8-22
11. Page 19  Lines 5-11
12. Page 20  Lines 3-22
13. Page 22  Lines 5-19
14. Page 23  Lines 6-24
15. Page 24  Lines 1-16
16. Page 26  Lines 5-18
17. Page 28  Lines 13-24
18. Page 29  Lines 1-4; Lines 9-18
19. Page 30  Lines 12-24
20  Page 31  Lines 1-4, Lines 11-24
21. Page 32  Lines 1-32
22. Page 34  Lines 8-24
23. Page 35  Lines 1-15

    24. Page 76 Lines 1-24
    25. Page 77 Lines 1-14
    26. Page 88 Lines 19-24
    27. Page 90 Lines 1-3

B.   Sean Swan
    Deposition dated: 8/3/05

    1. Page 6 Lines 4-8
    2. Page 7 Lines 1-24
    3. Page 8 Lines 1-24
    4. Page 9 Lines 1-24
    5. Page 10 Lines 1-24
    6. Page 11 Lines 1-24
    7. Page 12 Lines 14-24
    8. Page 13 Lines 5-24
    9. Page 14 Lines 1-24
    10. Page 15 Lines 1-12; Lines 23-24
    11. Page 16 Lines 1-24
    12. Page 17 Lines 1-24
    13. Page 19 Lines 14-24
    14. Page 20 Lines 1-24
    15. Page 21 Lines 1-24
    16. Page 22 Lines 1-24
    17. Page 23 Lines 1-18
    18. Page 24 Lines 17-24
    19. Page 25 Lines 1-24
    20. Page 26 Lines 1-24
    21. Page 28 Lines 1-24
    22. Page 29 Lines 1-24
    23. Page 30 Lines 1-24
    24. Page 31 Lines 1-24
    25. Page 32 Lines 1-24
    26. Page 34 Lines 16-24
    27. Page 35 Lines 1-10, Lines 16-24
    28. Page 36 Lines 1-24
    29. Page 37 Lines 1-24
    30. Page 38 Lines 1-24
    31. Page 39 Lines 1-24
    32. Page 40 Lines 1-24
    33. Page 41 Lines 1-24
    34. Page 42 Lines 1-24
    35. Page 43 Lines 1-18; Lines 20-24
    36. Page 44 Lines 1-24

| | | | | |
|---|---|---|---|---|
| 37. | Page | 45 | Lines | 1-24 |
| 38. | Page | 46 | Lines | 1-24 |
| 39. | Page | 47 | Lines | 1-24 |
| 40. | Page | 48 | Lines | 1-6 |
| 41. | Page | 50 | Lines | 14-24 |
| 42. | Page | 51 | Lines | 1-24 |
| 43. | Page | 52 | Lines | 1-24 |
| 44. | Page | 53 | Lines | 1-10 |
| 45. | Page | 72 | Lines | 1-24 |
| 46. | Page | 73 | Lines | 1-6 |
| 47. | Page | 74 | Lines | 3-24 |
| 48. | Page | 75 | Lines | 1-24 |
| 49. | Page | 76 | Lines | 1-11 |
| 50. | Page | 78 | Lines | 23-24 |
| 51. | Page | 79 | Lines | 1-5 |
| 52. | Page | 82 | Lines | 6-24 |
| 53. | Page | 83 | Line | 1 |
| 54. | Page | 96 | Lines | 16-24 |
| 55. | Page | 104 | Lines | 15-24 |
| 56. | Page | 106 | Lines | 8-13 |
| 57. | Page | 112 | Lines | 5-24 |
| 59. | Page | 122 | Lines | 5-7; Lines 14-19 |
| 60. | Page | 135 | Lines | 1-24 |
| 61. | Page | 136 | Lines | 1-24 |
| 62. | Page | 137 | Lines | 1-22 |
| 63. | Page | 138 | Lines | 1-11 |
| 64. | Page | 152 | Lines | 17-24 |
| 65. | Page | 153 | Lines | 1-17 |
| 66. | Page | 163 | Lines | 13-19 |
| 67. | Page | 165 | Lines | 1-23 |
| 68. | Page | 172 | Lines | 12-22 |

C.  James Biggs
    Deposition dated: 8/3/05

| | | | | |
|---|---|---|---|---|
| 1. | Page | 4 | Lines | 9-11; Lines 23-34 |
| 2. | Page | 5 | Lines | 1-20 |
| 3. | Page | 6 | Lines | 6-24 |
| 4. | Page | 7 | Lines | 1-7; Lines 10-24 |
| 5. | Page | 8 | Lines | 1-24 |
| 6. | Page | 9 | Lines | 1-24 |
| 7. | Page | 10 | Lines | 1-24 |
| 8. | Page | 17 | Lines | 1-21 |
| 9. | Page | 18 | Lines | 14-24 |
| 10. | Page | 19 | Lines | 1-24 |

| | | | | |
|---|---|---|---|---|
| 11. | Page 20 | Lines | 10-24 | |
| 12. | Page 21 | Lines | 1-24 | |
| 13. | Page 22 | Lines | 1-24 | |
| 14. | Page 23 | Lines | 1-24 | |
| 15. | Page 24 | Lines | 1-24 | |
| 16. | Page 25 | Lines | 1-24 | |
| 17. | Page 26 | Lines | 1-24 | |
| 18. | Page 27 | Lines | 5-15; Lines 21-24 | |
| 19. | Page 28 | Lines | 1-24 | |
| 20. | Page 29 | Lines | 1-3; Lines 21-24 | |
| 21. | Page 30 | Lines | 1-24 | |
| 22. | Page 31 | Lines | 1-16 | |
| 23. | Page 35 | Lines | 17-24 | |
| 24. | Page 36 | Lines | 1-24 | |
| 25. | Page 37 | Lines | 1-24 | |
| 26. | Page 38 | Lines | 1-9 | |
| 27. | Page 44 | Lines | 5-24 | |
| 28. | Page 45 | Lines | 1-24 | |
| 29. | Page 46 | Line | 1 | |
| 30. | Page 52 | Lines | 4-24 | |
| 31. | Page 53 | Lines | 1-24 | |
| 32. | Page 54 | Lines | 1-5 | |
| 33. | Page 58 | Lines | 6-20 | |
| 34. | Page 59 | Lines | 5-1l; Lines 20-24 | |
| 35. | Page 60 | Lines | 1-19 | |
| 36. | Page 61 | Lines | 22-24 | |
| 37. | Page 62 | Lines | 1-24 | |
| 38. | Page 63 | Lines | 1-8; Lines 23-24 | |
| 39. | Page 64 | Lines | 1-24 | |

TIGHE, COTTRELL & LOGAN, P.A.

 /s/ Michael K. Tighe
Michael K. Tighe (DE ID 29)
One Customs House
704 N. King Street, Ste. 500
P.O. Box 1031
Wilmington, DE 19899 - 1031
302-658-6400
*Attorneys for the Plaintiff Don's Hydraulic's, Inc.*

Dated:  March 6, 2006