# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DON'S HYDRAULICS, INC.,                      :
                                             :          C.A. No.:  04-1275 KAJ
                        Plaintiff,           :
v.                                           :
                                             :
COLONY INSURANCE COMPANY,                    :
TRUCK TECH INDUSTRIES, INC.,                 :
and TIPCO TECHNOLOGIES, INC.,                :
                                             :
                        Defendants.          :

## DEFENDANT TIPCO TECHNOLOGIES, INC.'S COUNTER DEPOSITION DESIGNATIONS FOR DON CATHELL

Volume I

1.    Page 1, Lines 2 – 10
2.    Page 39, Lines 16 – 20
3.    Page 71, Lines 14 – 25
4.    Page 72, Lines 1 – 12
5.    Page 72, Lines 23 – 25
6.    Page 73, Lines 1 – 7
7.    Page 74, Lines 18 – 25
8.    Page 75, Line 1
9.    Page 94, Lines 10 – 25
10.   Page 95, Lines 1 – 25
11.   Page 96, Lines 1 – 6
12.   Page 96, Lines 8 – 9
13.   Page 122, Lines 18 – 25
14.   Page 123, Lines 1 –
15.   Page 130, Lines 6 – 15
16.   Page 131, Lines 5 – 18
17.   Page 133, Lines 3 – 25
18.   Page 135, Lines 16 – 19
19.   Page 142, Lines 19 – 24
20.   Page 143, Lines 2 – 9

Volume II

1.    Page 24, Line 25
2.    Page 25, Lines 1 – 19
3.    Page 26, Lines 16 – 25

4. Page 27, Lines 5 – 20
5. Page 28, Lines 20 – 25
6. Page 29, Lines 1 – 2; 6 – 8
7. Page 34, Lines 22 – 25
8. Page 35, Lines 1 – 6; 10 – 20
9. Page 40, Lines 21 – 25
10. Page 44, Lines 2 – 11
11. Page 48, Lines 9 – 17
12. Page 54, Lines 22 – 25
13. Page 55, Lines 1 – 23
14. Page 57, Lines 9 – 19
15. Page 63, Lines 4 – 7
16. Page 64, Lines 10 – 12
17. Page 69, Lines 21 – 25
18. Page 70, Lines 1 – 6
19. Page 87, Lines 10 – 25
20. Page 88, Lines 1 – 13
21. Page 89, Lines 13 – 16

**GOLDFEIN & JOSEPH**

/s/ Gary H. Kaplan

GARY H. KAPLAN - ID# 2965
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE  19899
(302) 656-3301
Attorney for Defendant,
   Tipco Technologies, Inc.