# TIGHE, COTTRELL & LOGAN, P.A.

*Attorneys at Law*

704 KING STREET, SUITE 500
ONE CUSTOMS HOUSE
P.O. BOX 1031
WILMINGTON, DELAWARE 19899

*Telephone Number: (302) 658-6400*
*Telecopier Number: (302) 658-9836*
*Toll Free: (800) 645-6401*
*WRITER'S EMAIL: m.tighe@lawtcl.com*

BRANCH OFFICES:

13 WEST AVENUE
P.O. BOX 303
WOODSTOWN, NJ 08098

1220-C EAST JOPPA ROAD
SUITE 505
TOWSON, MD 21286

2017 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3804

```
March 6, 2006

The Honorable Kent A. Jordan
U.S. District Court
District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801


        RE:   Don's Hydraulics, Inc. v. Colony Insurance Company,
              Truck Tech Industries, Inc., and Tipco Technologies,
              Inc.
              C. A. No.: 04-1275 (KAJ)
              Our File No. 6652


Dear Judge Jordan:


        I represent the plaintiff, Don's Hydraulics, Inc., in the
above referenced matter. I write to provide you with an explanation
of why we are filing an amendment to the Proposed Pretrial Order.
Our witness list needs to be amended to include Timothy Bombick
called by defendant Colony Insurance Company and Claude Sullens
called by defendant Truck Tech Industries, Inc.  Plaintiff reserved
the right to call any witness listed by any other party.  Further,
we remove our objection to Mr. Sullen's testimony.  Additionally,
we would like to add Tom Hinsley, of Fiedale Farms, as a witness.


        I apologize for any inconvenience this may have created for
the Court.
```

                                        Respectfully submitted,

                                        TIGHE, COTTRELL & LOGAN, P.A.

                                            /s/ Michael K. Tighe
                                        MICHAEL K. TIGHE

MKT/msl

cc: Gary H. Kaplan, Esq.
    Joseph M. Toddy, Esq.
    Anthony Figliola, Jr., Esq.
    Cynthia Beam, Esq.