IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | : | |
| | : | C.A. No.: 04-1275 KAJ |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| COLONY INSURANCE COMPANY, | : | |
| TRUCK TECH INDUSTRIES, INC., | : | |
| and TIPCO TECHNOLOGIES, INC., | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S VERDICT FORM**

1. Do you find, by a preponderance of the evidence, that the hoses leaked?

    _____ YES (continue)          _____ NO (call bailiff)

2. Do you find, by a preponderance of the evidence, that the leaking hoses caused the failure of the hydraulic power unit manufactured by Don's for Fieldale Farms?

    _____ YES (continue)          _____ NO (call bailiff)

3. Do you find, by a preponderance of the evidence, a breach of the implied warranty of merchantability in the assembly or sale of the hoses?

    _____ YES          _____ NO

4. If you answered YES to question 3 above, do you find, by a preponderance of the evidence, that the breach of the implied warranty of merchantability was the proximate cause of the leaks in the hoses?

    _____ YES          _____ NO

5. If you answered YES to question 4 above, do you find, by a preponderance of the evidence, that the leaking hoses proximately caused the failure of the hydraulic power unit at Fieldale Farms?

    _____ YES          _____ NO

1

6. Do you find, by a preponderance of the evidence, that the failure of the hydraulic power unit caused a loss of production and extra labor costs at Fieldale Farms?

  \_\_\_\_ YES    \_\_\_\_ NO

7. Do you find, by a preponderance of the evidence, that Tipco Technologies, Inc., breached an implied warranty of merchantability which it owed to Don's?

  \_\_\_\_ YES    \_\_\_\_ NO

8. Do you find, by a preponderance of the evidence, that Truck Tech Industries, Inc., breached an implied warranty of merchantability which it owed to Don's?

  \_\_\_\_ YES    \_\_\_\_ NO

9. Do you find, by a preponderance of the evidence, that the leaking hoses were caused by the negligence of Tipco Technologies, Inc.?

  \_\_\_\_ YES    \_\_\_\_ NO

10. Do you find, by a preponderance of the evidence, that the leaking hoses were caused by the negligence of Truck Tech Industries, Inc.?

  \_\_\_\_ YES    \_\_\_\_ NO

11. If you answered YES to questions 9 and 10 above, list the percentage of fault you assign to each Defendant for the leaking hoses.

  \_\_\_\_ % Tipco Technologies, Inc.
  \_\_\_\_ % Truck Tech Industries, Inc.

12. Do you find, by a preponderance of the evidence, that Don's suffered damages as a result of the leaking hoses?

  \_\_\_\_ YES    \_\_\_\_ NO

13. If you answered YES to question 12 above, please enter the dollar amount that Don's proved, by a preponderance of the evidence, it suffered as a result of the leaking hoses?

  $_____  Loss of Production

$_____ Pumps

$_____ Lodging, meals, and travel expenses

$_____ Replacement hoses

$_____ Filters

14. Do you find, by a preponderance of the evidence, that Colony Insurance Company is liable to Don's for damages Don's incurred as a result of the loss of production at Fieldale Farms?

   \_\_\_\_ YES        \_\_\_\_ NO

15. Do you find, by a preponderance of the evidence, that Truck Tech breached its contract with Don's to supply hoses that did not leak?

   \_\_\_\_ YES        \_\_\_\_ NO

16. Do you find, by a preponderance of the evidence, that Truck Tech's breach of contract proximately caused the loss to Don's?

   \_\_\_\_ YES        \_\_\_\_ NO

17. If you answered YES to question 16 above, please enter the dollar amount that Don's proved, by a preponderance of the evidence, it suffered as a result of the leaking hoses?

   $_____ Loss of Production

   $_____ Pumps

   $_____ Lodging, meals, and travel expenses

   $_____ Replacement hoses

   $_____ Filters

Dated: _____, 2006.

_____ (Foreperson)