IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., <br>       **Plaintiff** | : <br> : <br> : |
| v. | :    C.A. NO. 04-1275 (KAJ) <br> : |
| COLONY INSURANCE COMPANY, <br> TRUCK TECH INDUSTRIES, INC., <br> and TIPCO TECHNOLOGIES, INC., <br>       **Defendants** | : <br> : <br> : <br> : |

## COLONY, TTI, & TIPCO'S JURY VERDICT SHEET

**QUESTION 1:**

Do you find that the losses sustained at Fieldale Farms arose from physical injury to or loss of use of tangible property?

      _____YES      _____NO

**QUESTION 2:**

Do you find that Plaintiff incorrectly performed its work at Fieldale Farms?

      _____YES      _____NO

**QUESTION 3:**

Do you find that Plaintiff had completed or abandoned its work at Fieldale Farms?

      _____YES      _____NO

**QUESTION 4:**

Do you find that Defendant Truck Tech Industries, Inc. made an implied warranty of merchantability to Plaintiff?

      _____YES      _____NO

If you answered "Yes" to Question No. 4, you should proceed to answer Question No. 5. If you have answered "No" to Question No. 4, you should proceed to Question No. 8.

**QUESTION 5:**

Do you find that any breach of an implied warranty of merchantability by Defendant Truck Tech Industries, Inc. was the proximate cause of any harm to Plaintiff?

_____YES        _____NO

Proceed to Question No. 6.

**QUESTION 6:**

Do you find that Defendant Tipco Technologies, Inc. made an implied warranty of merchantability to Defendant Truck Tech Industries, Inc?

_____YES        _____NO

Proceed to Question No. 7.

**QUESTION 7:**

Do you find that any breach of an implied warranty of merchantability by Defendant Tipco Technologies, Inc. was the proximate cause of any harm to Plaintiff?

_____YES        _____NO

Proceed to Question No. 8.

**QUESTION 8:**

Do you find that the Defendant, Truck Tech Industries, Inc., was negligent?

_____YES        _____NO

If you answered "Yes" to Question No. 8, you should proceed to answer Question No. 9. If you have answered "No" to Question No. 8, you should proceed to Question No. 10.

**QUESTION 9:**

Do you find that any such negligence of Defendant Truck Tech Industries, Inc. was the proximate cause of any harm to the Plaintiff?

_____YES        _____NO

Proceed to Question No. 10.

**QUESTION 10:**

Do you find that the Defendant, Tipco Technologies, Inc., was negligent?

_____YES        _____NO

If you answered "Yes" to Question No. 10, you should proceed to answer Question No. 11. If you have answered "No" to Question No. 10, you should proceed to Question No. 12.

**QUESTION 11:**

Do you find that any such negligence of Defendant Tipco Technologies, Inc. was the proximate cause of any harm to the Plaintiff?

_____YES        _____NO

Proceed to Question No. 12.

**QUESTION 12:**

Do you find that Plaintiff was contributorily negligent?

_____YES        _____NO

If you have answered "Yes" to Question No. 12, you should proceed to answer Question No. 13. If you answered "No" to Question No. 12, proceed to Question No. 14.

**QUESTION 13:**

If you answered Question 12 "Yes", was the contributory negligence of Plaintiff a proximate cause of any harm to Plaintiff?

_____YES        _____NO

**QUESTION 14:**

Taking the combined negligence that was the proximate cause of any harm to Plaintiff as 100 percent, what percentage of the causal negligence was attributable to the Defendants Truck Tech Industries, Inc. and Tipco Technologies, Inc. and what percentage was attributable to Plaintiff?

Percentage of causal negligence attributable to Defendant Truck Tech Industries, Inc. (Answer only if you have answered "Yes" to Questions 8 and 9.

_____%

Percentage of causal negligence attributable to Defendant Tipco Industries, Inc. (Answer only if you have answered "Yes" to Questions 10 and 11.

_____%

Percentage of causal negligence attributable to Plaintiff (Answer only if you have answered "Yes" to Questions 12 and 13).

_____%

**QUESTION 15:**

State the amount of damages sustained by the Plaintiff, ignoring damages sustained by Fieldale Farms.

$_____

**QUESTION 16:**

State the amount of damages sustained by Fieldale Farms.

$_____


_____          _____
DATE                                            FOREPERSON'S SIGNATURE