IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DON'S HYDRAULICS, INC.,** | : | |
| | : | C.A. No.: 04-1275 KAJ |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **COLONY INSURANCE COMPANY,** | : | |
| **TRUCK TECH INDUSTRIES, INC.,** | : | |
| **and TIPCO TECHNOLOGIES, INC.,** | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT TIPCO TECHNOLOGIES, INC.'S OBJECTIONS TO**
**DEFENDANT COLONY INSURANCE COMPANY'S**
<u>**DEPOSITION DESIGNATIONS FOR JAMES BIGGS**</u>

1. Page 4, Lines 9 – 11; 23 - 24
2. Page 5, Lines 2 - 20
3. Page 6, Lines 6 – 24
4. Page 7, Lines 1 – 7; 10 – 24
5. Page 8, Lines 1 - 24
6. Page 9, Lines 1 – 24
7. Page 10, Lines 1 – 24
8. Page 17, Lines 1 – 21        FRE 802, 402, 403
9. Page 18, Lines 14 – 24       FRE 802, 701
10. Page 19, Lines 1 – 24       FRE 802, 701
11. Page 20, Lines 10 - 24      FRE 802, 701
12. Page 21, Lines 1 – 24       FRE 701, 702, 403
13. Page 22, Line 1 - 24        FRE 701, 703
14. Page 23, Lines 1 – 24       FRE 701, 702, 703
15. Page 24, Lines 1 – 24       FRE 701, 702, 703
16. Page 25, Lines 1 – 24       FRE 701, 702, 703
17. Page 26, Lines 1 – 24       FRE 701, 402
18. Page 27, Lines 5 – 15; 21 – 24   FRE 403, 402
19. Page 28, Lines 1 – 24       FRE 701, 402, 403, 802
20. Page 29, Lines 1 – 3, 21 – 24    FRE 701, 402, 403, 802
21. Page 30, Lines 1 – 24       FRE 701, 802
22. Page 31, Lines 1 – 16       FRE 701, 403, 402
23. Page 35, Lines 17 – 24      FRE 701, 402, 403
24. Page 36, Lines 1 – 24       FRE 701, 402, 403
25. Page 37, Lines 1 – 24       FRE 701, 402, 403
26. Page 38, Lines 1 – 9        FRE 701, 402, 403
27. Page 44, Lines 5 – 24       FRE 701

| | | |
|---|---|---|
| 28. | Page 45, Lines 1 – 24 | FRE 701 |
| 29. | Page 46, Line 1 | |
| 30. | Page 52, Lines 4 – 24 | |
| 31. | Page 53, Lines 1 – 24 | |
| 32. | Page 54, Lines 1 – 5 | |
| 33. | Page 58, Lines 6 – 20 | FRE 701, 403 |
| 34. | Page 59, Lines 5 – 11; 20 – 24 | FRE 701, 402, 403 |
| 35. | Page 60, Lines 1 – 19 | FRE 701, 402, 403 |
| 36. | Page 61, Lines 22 – 24 | |
| 37. | Page 62, Lines 1 – 24 | |
| 38. | Page 63, Lines 1 – 8; 23-24 | |
| 39. | Page 64, Lines 1 – 24 | FRE 402, 403 |

**GOLDFEIN & JOSEPH**

/s/ Gary H. Kaplan
_____
GARY H. KAPLAN - ID# 2965
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE  19899
(302) 656-3301
Attorney for Defendant,
   Tipco Technologies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DON'S HYDRAULICS, INC.,** : | |
| : | **C.A. No.: 04-1275 KAJ** |
| Plaintiff, : | |
| v. : | |
| : | |
| **COLONY INSURANCE COMPANY,** : | |
| **TRUCK TECH INDUSTRIES, INC.,** : | |
| **and TIPCO TECHNOLOGIES, INC.,** : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Gary H. Kaplan, Esquire, do hereby certify that on this 14th day of March, 2006, two (2) copies of DEFENDANT TIPCO TECHNOLOGIES, INC.'S OBJECTIONS TO DEFENDANT COLONY INSURANCE COMPANY'S DEPOSITION DESIGNATIONS FOR JAMES BIGGS were served on the following counsel by depositing same in the U.S. Mail, postage pre-paid in an envelope addressed as follows:

Michael K. Tighe, Esquire
Matthew S. Lindauer, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031

Joseph M. Toddy, Esquire
Devon F. Snell, Esquire
Zarwin, Baum, DeVito, Kaplan, Schaer
    & Toddy, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA  19102

Anthony A. Figliola, Jr., Esquire
Figliola & Facciolo
1813 Marsh Road, Suite A
Wilmington, DE  19810

Cynthia G. Beam, Esquire
Reeger & Rizzo, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801

**GOLDFEIN & JOSEPH**

/s/ Gary H. Kaplan
_____
GARY H. KAPLAN - ID# 2965
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE  19899
Attorney for Defendant