# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT TRUCK TECH INDUSTRIES, INC.'S NOTICE OF ADOPTION OF COLONY INSURANCE COMPANY'S MOTION IN LIMINE

Defendant, Truck Tech Industries, Inc., hereby adopts Defendant Colony Insurance Company's Motion in Limine as it relates to exclusion of Evidence of Fieldale Farms' damage.

REGER RIZZO KAVULICH & DARNALL LLP


  /s/ Cynthia G. Beam, Esquire
Cynthia G. Beam, Esquire
Delaware State Bar I.D. No. 2565
CBeam@rrkdlaw.com
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19899
(302) 652-3611
Attorney for Defendant
Truck Tech Industries, Inc.

Dated:  March 31, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify on this 31st day of March, 2006 that a true and correct copy of Defendant Truck Tech Industries, Inc.'s Notice of Adoption of Colony Insurance Company's Motion in Limine has been served electronically and/or by first class mail, postage prepaid, upon the following:

| | |
|---|---|
| Michael K. Tighe, Esquire | Anthony Figliola, Jr., Esquire |
| Tighe, Cottrell & Logan | Figliola & Facciolo |
| First Federal Plaza | 1813 Marsh Road, Suite A |
| P.O. Box 1031 | Wilmington, DE 19810 |
| Wilmington, DE 19899 | |
| | |
| Michael Toddy, Esquire | |
| Devon Snell, Esquire | Gary H. Kaplan, Esquire |
| Zarwin, Baum, DeVito, Kaplan, | Goldfein & Hosmer |
|   Schaer, Toddy, P.C. | 222 Delaware Avenue, Suite 1110 |
| 1515 Market Street, Suite 1200 | P.O. Box 2206 |
| Philadelphia, PA 19102-1981 | Wilmington, DE 19899 |

REGER RIZZO KAVULICH & DARNALL LLP


 /s/ Cynthia G. Beam, Esquire
Cynthia G. Beam, Esquire
Delaware State Bar I.D. No. 2565
CBeam@rrkdlaw.com
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801
(302) 652-3611
Attorney for Defendant
Truck Tech Industries, Inc.

Dated:  March 31, 2006