IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 04-1275 (KAJ) |
| ) | |
| v. ) | |
| ) | |
| COLONY INSURANCE COMPANY, ) | |
| TRUCK TECH INDUSTRIES, INC., ) | |
| and TIPCO TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT TRUCK TECH INDUSTRIES, INC.'S
DEPOSITION DESIGNATIONS FOR TOM HENSLY**

1. Page 7, lines 11-25
2. Page 8, line 20 to Page 9, line 12
3. Page 9, lines 18-25
4. Page 10, lines 13-19
5. Page 17, lines 1-23
6. Page 18, lines 9-11
7. Page 18, lines 20-25
8. Page 19, line 8 to Page 20, line 4
9. Page 20, lines 17-24
10. Page 22, lines 11-20
11. Page 39, lines 12-23

REGER RIZZO KAVULICH & DARNALL LLP


*/s/ Cynthia G. Beam, Esquire*
Cynthia G. Beam, Esquire
Delaware State Bar I.D. No. 2565
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19899
(302) 652-3611

Dated:  March 31, 2006      Attorney for Defendant Truck Tech Industries, Inc.