IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DON'S HYDRAULICS, INC.,** : | |
|  : | **C.A. No.:  04-1275 KAJ** |
| **Plaintiff,** : | |
| v. : | |
|  : | |
| **COLONY INSURANCE COMPANY,** : | |
| **TRUCK TECH INDUSTRIES, INC.,** : | |
| **and TIPCO TECHNOLOGIES, INC.,** : | |
|  : | |
| **Defendants.** : | |

### NOTICE OF ADOPTION

**PLEASE TAKE NOTICE** that the defendant, Tipco Technologies, Inc. hereby adopts co-defendant Colony Insurance Company's Motion in Limine to Preclude Introduction of Evidence of Fieldale Farms Damages.

                                         **GOLDFEIN & JOSEPH**

                                         /s/ Gary H. Kaplan

                                         _____
                                         GARY H. KAPLAN - ID# 2965
                                         222 Delaware Avenue, Suite 1110
                                         P.O. Box 2206
                                         Wilmington, DE  19899
                                         (302) 656-3301
                                         Attorney for Defendant, Tipco
                                            Technologies, Inc.