IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DON'S HYDRAULICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-1275 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| COLONY INSURANCE COMPANY, | ) | |
| TRUCK TECH INDUSTRIES, INC., | ) | |
| and TIPCO TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT TRUCK TECH INDUSTRIES, INC.'S
DEPOSITION DESIGNATIONS FOR CLAUDE SULLENS**

1.  Page 5, lines 8-10
2.  Page 6, lines 5-11
3.  Page 6, lines 21-27
4.  Page 7, lines 11-14
5.  Page 13, lines 1-11
6.  Page 17, lines 15-25
7.  Page 19, lines 14-23
8.  Page 21, lines 12-16
9.  Page 21, line 23 to Page 22, line 2
10. Page 32, lines 6-24
11. Page 32, line 25 to Page 33, line 5
12. Page 33, lines 10-13
13. Page 33, lines 18-20
14. Page 44, lines 10-17
15. Page 45, lines 13-19
16. Page 52, line 14 to Page 53, line 13

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Cynthia G. Beam, Esquire*
Cynthia G. Beam, Esquire
Delaware State Bar I.D. No. 2565
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19899
(302) 652-3611

Dated:  March 31, 2006       Attorney for Defendant Truck Tech Industries, Inc.