# TIGHE, COTTRELL & LOGAN, P.A.

*Attorneys at Law*
704 KING STREET, SUITE 500
ONE CUSTOMS HOUSE
P.O. BOX 1031
WILMINGTON, DELAWARE 19899
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
Toll Free: (800) 645-6401
WRITER'S EMAIL: m.tighe@lawtcl.com

<u>BRANCH OFFICES:</u>

| | | |
|---|---|---|
| | 1220-C EAST JOPPA ROAD | 2017 SPRING GARDEN STREET |
| 13 WEST AVENUE | SUITE 505 | PHILADELPHIA, PA 19130-3804 |
| P.O. BOX 303 | TOWSON, MD 21286 | |
| WOODSTOWN, NJ 08098 | | |

March 31, 2006

The Honorable Kent A. Jordan
U.S. District Court
District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

      **RE:  Don's Hydraulics, Inc. v. Colony Insurance Company,
         Truck Tech Industries, Inc., and Tipco Technologies,
         Inc.
         C. A. No.: 04-1275 (KAJ)
         Our File No. 6652**

Dear Judge Jordan:

    I represent the plaintiff, Don's Hydraulics, Inc., in the above referenced matter. I write to inform the Court that the parties have reached an agreement and this matter is resolved. The parties are in the process of preparing the appropriate settlement documents.

                            Respectfully submitted,

                            TIGHE, COTTRELL & LOGAN, P.A.

                                /s/ Michael K. Tighe
                            MICHAEL K. TIGHE

MKT/msl

```
cc: Gary H. Kaplan, Esq.
    Joseph M. Toddy, Esq.
    Anthony Figliola, Jr., Esq.
    Cynthia Beam, Esq.
```