IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Don's Hydraulics, Inc.<br>    Plaintiff<br><br>vs.<br><br>Colony Insurance Company and<br>Truck Tech Industries, Inc., and<br>Tipco Technologies, Inc. | Civil Action No.: 04-1275 KAJ |

### DEFENDANT, COLONY INSURANCE COMPANY'S DEPOSITION DESIGNATIONS FOR CLAUDE SULLENS

A.  Deposition Date March 20, 2006

1.  Page 6, lines 5-13, 21-22, 25
2.  Page 7, lines 1-6, 11-20
3.  Page 11, lines 5-20
4.  Page 13, lines 1-1, 14-21
5.  Page 24, lines 3-13, 18-23
6.  Page 25, lines 2-19
7.  Page 27, lines 21-25
8.  Page 28, lines 1-15
9.  Page 32, lines 6-24
10. Page 35, lines 11-17
11. Page 39, lines 20-25

FIGLIOLA & FACCIOLO

Dated: 03/31/06       BY:  /s/ Anthony A. Figliola
                            ANTHONY A. FIGLIOLA, JR., ESQUIRE

ZARWIN ♦ BAUM ♦ DEVITO
KAPLAN ♦ SCHAER ♦ TODDY ♦ P.C.

BY:  /s/ Joseph M. Toddy
     JOSEPH M. TODDY, ESQUIRE