## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Don's Hydraulics, Inc.          :
         Plaintiff        :     Civil Action No.: 04-1275 KAJ
                        :
    vs.                 :
                        :
Colony Insurance Company and  :
Truck Tech Industries, Inc., and  :
Tipco Technologies, Inc.        :

### CERTIFICATE OF SERVICE

I, Anthony Figliola, do hereby certify that on this 31st day of March, 2006, copies

of Defendant, Colony Insurance Company's Deposition Designations of Claude Sullens

was served on the following via facsimile and first class U.S. Mail, postage pre-paid:

Matthew Lindauer, Esquire          Cindy Beam, Esquire
Tighe, Cottrell & Logan, P.A.        Reger & Rizzo, LLP
First Federal Plaza, Suite 500       1001 Jefferson Plaza, Suite 202
P.O. Box 1031                    Wilmington, DE 19801
Wilmington, DE 19899-1031

Gary Kaplan, Esquire
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899

                               FIGLIOLA & FACCIOLO

                               /s/ Anthony F. Figliola
                               Figliola & Facciolo
                               1813-A Marsh Rd.
                               Wilmington, DE 19810
                               Attorney for Defendant Colony
                               Insurance Company