IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Don's Hydraulics, Inc.<br>　　　　Plaintiff<br><br>vs.<br><br>Colony Insurance Company and<br>Truck Tech Industries, Inc., and<br>Tipco Technologies, Inc. | Civil Action No.: 04-1275 KAJ |

### DEFENDANT, COLONY INSURANCE COMPANY'S DEPOSITION DESIGNATIONS FOR TOM HENSLEY

A. Deposition Date March 20, 2006

1. Page 6, lines 11-16
2. Page 7, lines 15-25
3. Page 8, lines 1-15
4. Page 11, lines 14-25
5. Page 12, lines 1-6, 15-25
6. Page 13, lines 1-25
7. Page 14, lines 1-5, 19-25
8. Page 15, lines 1-14, 21-25
9. Page 16, lines 4-23
10. Page 17, lines 1-25
11. Page 18, lines 1-11
12. Page 19, lines 8-25
13. Page 20, lines 1-4, 17-24
14. Page 21, lines 5-23
15. Page 22, lines 14-18
16. Page 29, lines 3-25
17. Page 30, lines 1-25
18. Page 31, lines 1-16, 24-25
19. Page 32, lines 1-6, 14-25
20. Page 33, lines 1-20
21. Page 34, lines 18-25
22. Page 35, lines 1-12, 19-25
23. Page 36, lines 1-22

FIGLIOLA & FACCIOLO

Dated: 03/31/06    BY:  /s/ Anthony A. Figliola
         ANTHONY A. FIGLIOLA, JR., ESQUIRE


ZARWIN ◆ BAUM ◆ DEVITO
KAPLAN ◆ SCHAER ◆ TODDY ◆ P.C.


BY:  /s/ Joseph M. Toddy
     JOSEPH M. TODDY, ESQUIRE

2