IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Don's Hydraulics, Inc.<br>    Plaintiff<br><br>vs.<br><br>Colony Insurance Company and<br>Truck Tech Industries, Inc., and<br>Tipco Technologies, Inc. | Civil Action No.: 04-1275 KAJ |

### CERTIFICATE OF SERVICE

I, Anthony Figliola, do hereby certify that on this 31th day of March, 2006, copies of Defendant, Colony Insurance Company's Deposition Designations of Tom Hensley was served on the following via facsimile and first class U.S. Mail, postage pre-paid:

Matthew Lindauer, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031

Gary Kaplan, Esquire
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899

Cindy Beam, Esquire
Reger & Rizzo, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

        FIGLIOLA & FACCIOLO

        /s/ Anthony F. Figliola
        Figliola & Facciolo
        1813-A Marsh Rd.
        Wilmington, DE19810
        Attorney for Defendant Colony
        Insurance Company