IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Don's Hydraulics, Inc. | : | |
| Plaintiff | : | Civil Action No.: 04-1275 KAJ |
| | : | |
| vs. | : | |
| | : | |
| Colony Insurance Company and | : | |
| Truck Tech Industries, Inc., and | : | |
| Tipco Technologies, Inc. | : | |
| Defendants | : | |

### DEFENDANTS COLONY INSURANCE COMPANY MOTION *IN LIMINE* TO PRECLUDE INTRODUCTION OF EVIDENCE OF FIELDALE FARMS DAMAGES

Defendant Colony Insurance Company, by and through its attorneys, hereby file the

within Motion *in Limine* to Preclude Introduction of Fieldale Farms Damages, on the

grounds that the evidence is not relevant to the trial and will be unfairly prejudicial to

Colony, will confuse the issues at trial and will mislead the jury. The reasons therefore are

more fully set forth in the accompanying Memorandum of Law.

Respectfully Submitted

FIGLIOLA & FACCIOLO

/s/ Anthony A. Figliola, Jr.
Anthony A. Figliola, Jr. (I.D. # 957)
1813 Marsh Road, Suite A
Wilmington, DE 19810
(302) 475-0460
Attorney for Defendant
Colony Insurance Company

ZARWIN, BAUM, DeVITO,
KAPLAN, SCHAER & TODDY, P.C.

/s/ Joseph M. Toddy
Joseph M. Toddy (PA I.D. # 42484)
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 569-2800
Attorney for Defendant
Colony Insurance Company

Dated: 3/31/06