IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Don's Hydraulics, Inc. | : | |
|     Plaintiff | : | Civil Action No.: 04-1275 KAJ |
| | : | |
| vs. | : | |
| | : | |
| Colony Insurance Company and | : | |
| Truck Tech Industries, Inc., and | : | |
| Tipco Technologies, Inc. | : | |
|     Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants Colony Insurance Company Motion in Limine to Preclude Introduction of Evidence of Fieldale Farms Damages, and responses thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion is **GRANTED**. Plaintiff is precluded from introducing evidence at trial relative to the amount of damages allegedly sustained by Plaintiff.

BY THE COURT

_____
The Honorable Kent A. Jordan