Exhibit "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DON'S HYDRAULICS, INC.,        )
                               )
         Plaintiff,            )
                               )
vs.                            ) C.A. No.
                               ) 04-1275 (KAJ)
COLONY INSURANCE COMPANY,      )
TRUCK TECH INDUSTRIES,         )
INC., and TIPCO                )
TECHNOLOGIES, INC.,            )
                               )
         Defendants.           )
_____)

DEPOSITION OF

TOM HENSLEY

GAINESVILLE, GEORGIA

MONDAY, MARCH 20TH, 2006

REPORTED BY:  D. LORRI THOMPSON,

              CCR-B-1046

FILE NO. 420735A

Page 2

```
 1      IN THE UNITED STATES DISTRICT COURT
 2        FOR THE DISTRICT OF DELAWARE
 3   DON'S HYDRAULICS, INC.,  )
                              )
 4        Plaintiff,          )
                              )
 5   vs.                      ) C.A. No.
                              ) 04-1275 (KAJ)
 6   COLONY INSURANCE COMPANY,)
     TRUCK TECH INDUSTRIES,   )
 7   INC., and TIPCO          )
     TECHNOLOGIES, INC.,      )
 8                            )
          Defendants.         )
 9   _____)
10
11
12
13        Deposition of TOM HENSLEY, taken on behalf of
14   the Defendants, before D. Lorn Thompson, Certified
15   Court Reporter, at 1540 Monroe Drive, Gainesville,
16   Georgia, on March 20th, 2006, commencing at the hour
17   of 2:20 p.m.
18
19
20
21
22
23
24
25   FILE NO. 420736A
```

Page 3

```
 1   APPEARANCES OF COUNSEL:
 2   On behalf of the Plaintiff:
 3       MATTHEW S. LINDAUER, ESQUIRE
         Tighe, Cottrell & Logan, PA
 4       704 King Street
         Suite 500
 5       Wilmington, Delaware 19801
         (302) 658-6400
 6       (302) 658-9836 fax
 7   On behalf of the Defendants:
 8       JOSEPH M. TODDY, ESQUIRE
         Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, P.C.
 9       1515 Market Street
         12th Floor
10       Philadelphia, Pennsylvania 19102-1981
         (215) 569-2800
11       (215) 569-1606 fax
         jmtoddy@zarwin.com
12
         GARY H. KAPLAN, ESQUIRE
13       Goldfein and Joseph
         222 Delaware Avenue
14       Suite 1110
         Wilmington, Delaware 19899-2206
15       (302) 656-3301
         (302) 656-0643 fax
16       gkaplan@goldfeinlaw.com
17       CYNTHIA G. BEAM, ESQUIRE
         Reger, Rizzo, Kavulich & Darnall, LLP
18       1001 North Jefferson Street
         Suite 202
19       Wilmington, Delaware 19801
         (302) 652-3611
20       (302) 652-3620 fax
21
22
23
24
25
```

Page 4

```
 1                    INDEX
 2
 3
 4   WITNESS: TOM HENSLEY
 5
 6
 7   EXAMINATION:              PAGE
 8   BY MR. TODDY: .................5
 9   BY MR. KAPLAN: ...............36
10   BY MS. BEAM: .................38
11   BY MR. LINDAUER: .............43
12
13        EXHIBITS:
14
     Exhibit Number   Description         Page
15
     Hensley 1   Fieldale Farms Invoice    45
16
     Hensley 2   Memo dated 6/1/05 to      45
17               Claude Sullens from Robin
                 Turner
18
     Hensley 3   Don's Hydraulics Loss Incurred  45
19               10/1/03
20
21
22
23
24
25
```

Page 5

```
 1   GAINESVILLE, GEORGIA; MONDAY, MARCH 20TH, 2006
 2                    2:20 P.M.
 3                   TOM HENSLEY,
 4   called as a witness, having been first duly sworn, was
 5   examined and testified as follows:
 6                    EXAMINATION
 7   BY MR. TODDY:
 8        Q    Mr. Hensley, my name is Joe Toddy. I and the
 9   rest of the attorneys are here to ask you a series of
10   questions relative to this matter involving Don's
11   Hydraulics. I represent Colony Insurance Company. If for
12   any reason you do not understand a question, please let me
13   know. I will be happy to repeat or rephrase the question.
14   Do you understand that instruction?
15        A    Yes.
16        Q    Make sure you give verbal responses to my
17   questions as opposed to a nod of the head or using uh-huh
18   or uh-uh. Do you understand that instruction?
19        A    Yes.
20        Q    Can you let me finish my question before you
21   answer?
22        A    Yes.
23        Q    Have you ever been deposed before?
24        A    Yes.
25        Q    And how many times?
```

**Page 6**

1  A  Ten or so.
2  Q  Okay. And has that been while you were in the
3  employ of Fieldale Farms?
4  A  Yes.
5  Q  Can you tell me just generally what those cases
6  were about.
7  A  Various civil litigation matters either us as
8  plaintiff or defendant.
9  Q  Okay. Any involving Don's Hydraulics?
10 A  No.
11 Q  Have you reviewed any documents before this
12 deposition today?
13 A  Yes.
14 Q  Can you tell me what documents you've reviewed.
15 A  I reviewed our invoice dated June 7th, 2005, to
16 Don's Hydraulics and the supporting documents thereto.
17 Q  Okay. All right. And are these the documents
18 that you showed us earlier today?
19 A  That's right.
20 Q  I just want to make sure for the people that
21 aren't here, that's eleven pages.
22 A  Yes, plus these two that go back; and I'm not
23 sure when I prepared this schedule, but I gave it to one of
24 the attorneys in this case.
25      MS. BEAM: Joe, could you identify whether

**Page 7**

1      these are the same documents that have been
2      identified by Plaintiff's as the damages exhibit?
3         MR. TODDY: Okay. Do you know that for sure?
4         MR. KAPLAN: These are the damage exhibits
5      here.
6         MR. TODDY: Yes, the nine pages beginning
7      where it says Fieldale Farms invoice, there is nine
8      pages right after that ending with the page that says
9      factory overhead analysis twelve month.
10        MS. BEAM: Thank you.
11        MR. TODDY: There is also two additional pages
12     that Mr. Hensley was just going to explain what they
13     are.
14        MS. BEAM: Okay.
15        THE WITNESS: Those pages are -- strictly are
16     the summary of the documents that were just mentioned
17     that shows a loss of 100,774.50 and in -- as to that
18     cost -- or to that loss the cost of the new pumps
19     that we had to purchase of $41,518.05 and subtracting
20     from that the reimbursement that we received on April
21     5th, 2004, of $16,569.16 for our total loss and
22     additional costs of $125,723.39.
23 Q  (By Mr. Toddy) Also on that paper it says
24 attorney fees paid to Michael Tighe $1,815.52; is that
25 correct?

**Page 8**

1  A  That's correct.
2  Q  What were those attorney fees for?
3  A  We had agreed to share with Don Cathell half of
4  the attorney fees during the negotiation process. I wasn't
5  privy to what was going on. I just agreed to pay half the
6  bills.
7  Q  Could you tell me when that negotiation process
8  occurred.
9  A  In the spring of 2004.
10 Q  Okay. Do you know who Mr. Tighe was
11 negotiating with at that time?
12 A  No, I've received some indication he was
13 negotiating with Argonaut Insurance Company, but I'm not
14 sure who else. It may have been other companies, too. I
15 don't know.
16 Q  Did you have any conversation with anyone from
17 Don's indicative of who Argonaut Insurance Company is?
18 A  No, I only talked with Don. I did not talk
19 with anybody else. I never asked. He never told me.
20 Q  Okay. I also saw that you provided us with a
21 paper that apparently was generated by someone on
22 June 1st, 2005. At the top it says Claude Sullens, and
23 underneath that it says from Robin Turner sent Wednesday,
24 June 1st, 2005, to Claude Sullens. It describes some
25 payments for pumps; is that correct?

**Page 9**

1  A  That's correct.
2  Q  Okay. The pumps described on here are Rexroth,
3  Racine, and Kawasaki; is that correct?
4  A  That's correct.
5  Q  All right. Now, what did you need these pumps
6  for?
7  A  Because the pumps that were initially
8  installed all of them were ruined. They were not -- they
9  no longer worked.
10 Q  All right.
11 A  So we had to have -- we repaired three and
12 replaced four.
13 Q  All right. I'm trying to get an understanding
14 here. In September 2003 when Don was installing the pumps,
15 that new hydraulic pump unit, it was my understanding that
16 some of the pumps failed right then; is that correct?
17 A  Yes.
18 Q  Okay. Are these payments that you're referring
19 to on this other sheet, were they for pumps that failed
20 after that time?
21 A  No, it's the same time. This probably -- this
22 schedule summarizes what was spent then.
23 Q  Okay.
24 A  The schedule was prepared in June of 2005, but
25 the money was spent in September of 2003.

Page 10

1  Q  Okay. What are these other dates listed, for
2  instance, starting 12/3/03 going through
3  January 13th, 2005?
4  A  I don't know the answer to that.
5  Q  Okay. And correct me if I'm wrong, but it was
6  my understanding that Don when they had the problem down
7  here had other pumps delivered from one of his suppliers.
8  Am I mistaken?
9  A  I don't know.
10 Q  Who would know that?
11 A  Claude. Claude knows all of the operational
12 issues. I only really know what we paid.
13 Q  Okay. This bottom line number here is
14 $41,518.05; is that correct?
15 A  That's correct.
16 Q  Now, that bottom line number, is that money
17 that actually was spent by Fieldale Farms?
18 A  That's right. We wrote checks totaling that
19 amount.
20 Q  And who did you write those checks to?
21 A  I don't know.
22 Q  If you wanted to find out, could you?
23 A  Yes.
24 Q  Do you know if you wrote the checks to Don?
25 A  I really don't know. I have no idea.

Page 11

1  Q  Okay. All right. One of the things you just
2  said right before that was that you believed that three of
3  the pumps were repaired. Do you remember saying that?
4  A  I did. The only reason I said that was I'm
5  looking at the right-hand schedule -- the right-hand side
6  of this schedule, and it's got repairs or a new pump.
7  Q  Okay. I see actually repairs next to what
8  would be seven different pumps; is that correct?
9  A  Five, but two we didn't pay. One was repaired
10 under warranty. One was paid for by Don. Then we paid to
11 repair three. Yes, seven pumps. That's right.
12 Q  Right.
13 A  But we only paid to repair five of the pumps.
14 Q  Okay. Let me move on to some other issues.
15 Let me look at the Fieldale Farms invoice which totals on
16 the first page $100,774.50.
17    MR. TODDY: Do you guys have the one I'm
18    referring to?
19    MR. LINDAUER: Yes.
20    MS. BEAM: Yes, I do.
21    MR. TODDY: Okay.
22 Q  (By Mr. Toddy) I just wanted to ask you some
23 questions about that invoice. And then it's my
24 understanding that you broke that down further in the
25 weekly labor cost analysis that you provided us, too; is

Page 12

1  that correct?
2  A  Yes.
3  Q  Okay. Initially looking at the additional
4  overhead expense charge which you have on the -- you've
5  broken that down into more detail on the second page of
6  your exhibit?
7  A  I think the second page refers to the labor
8  over standard rather than -- yes. Page 2. I'm sorry.
9  Q  Do you see that breakdown.
10 A  The page that has the circle number two on it?
11 Q  I'm sorry. We're on different pages. At the
12 top it says labor over standard. Then underneath that it
13 says additional overhead expenses.
14 A  Okay. I see what you're talking about.
15 Q  All right. First off can you tell me what you
16 describe as additional overhead expense. How do you define
17 that?
18 A  It is overhead expense that we incurred but
19 were not able to produce product that we could sell to
20 offset the overhead expense. So that is -- when we say
21 additional overhead expense, it's not any additional
22 expense. It's the same expense but we had no production
23 against which to offset it.
24 Q  When you talk about product, you weren't able
25 to produce what?

Page 13

1  A  Chicken.
2  Q  Okay. So chicken parts that you --
3  A  Chicken patties, nuggets, tenders, chicken
4  products.
5  Q  Okay. Now, the additional overhead expense --
6  looking at the computations that you have provided us, you
7  also provided us -- I'm looking on Page 4 of the circled
8  documents under the weekly labor cost analysis.
9  A  Yes.
10 Q  Okay. This number here where it says
11 additional overhead expense August week one, 951,016, do
12 you see that?
13 A  Yes.
14 Q  Is that the same computation where it says on
15 Page 4 line total?
16 A  Yes.
17 Q  All right. And that's the first line total.
18 You have -- the line total that is typed in says 956,104.
19 Then there is a minus 5088 under that. Do you see that?
20 A  Yes.
21 Q  Why was that done?
22 A  That 5088 pounds was produced on Saturday. So
23 we took it out to show what the production was for five
24 days.
25 Q  Okay. Wouldn't that still have been produced,

Page 14

1  though, during that week?
2  A  Well, it was, but the other weeks were only
3  five days. So we wanted to be consistent. We had
4  Department 785, whatever that is, run on Saturday. They
5  produced 5,000 pounds.
6  Q  Let me ask you just a brief -- the lines that
7  these pumps that broke were to be used for, what lines
8  were they?
9  A  All lines in the plant.
10 Q  All lines?
11 A  We replaced the entire hydraulic system
12 throughout the plant.
13 Q  Okay. So that would be lines one through five
14 and line six; is that correct? I'm still using this same
15 page.
16 A  Yes.
17 Q  Page 4.
18 A  That's correct.
19 Q  Okay. All right. And that -- then the line
20 total there for week two, week three, and week four of
21 August computes to what you have put on Page 2 --
22 A  Yes.
23 Q  -- underneath additional overhead expense; is
24 that correct?
25 A  That's correct.

Page 15

1  Q  Okay. Now, we get to September. Now, for
2  week one the typed in line total is 966,968; is that
3  correct?
4  A  Correct.
5  Q  Then you have subtracted 70,140; is that
6  correct?
7  A  Correct.
8  Q  Why did you do that?
9  A  Saturday runs -- Department 785 and 885 ran on
10 Saturday. Department 785 produced 34,260 pounds, and
11 Department 885 produced 35,880 pounds. So again in order
12 to be consistent and show what our average production was
13 we subtracted the Saturday production from our weekly
14 average.
15 Q  Was Labor Day September 1st of that year?
16 A  I have no idea.
17 Q  Is your plant open on Labor Day?
18 A  Yes.
19 Q  So it's open how many days a week normally?
20 A  Five.
21 Q  Okay. Why did you have a Saturday run then?
22 A  Well, we might have been short the products
23 that are produced in Department 785 or maybe we had a
24 special customer order. We don't normally run on Saturday,
25 but on occasion we do.

Page 16

1  Q  But you do run on holidays?
2  A  Except for Thanksgiving and Christmas day, we
3  run every day of the year.
4  Q  Okay. Now, the second week of September you
5  have that as 1,033,999; is that correct?
6  A  Correct.
7  Q  Is the third week the week that this occurred?
8  A  The third week is the week that the hydraulic
9  failure occurred.
10 Q  Okay. So the typed in number there was
11 886,772; is that correct?
12 A  Correct.
13 Q  Then there is a subtraction of 61,060?
14 A  Correct.
15 Q  Why was that?
16 A  Again Department 785 and 885 ran on Saturday.
17 785 produced 29,400 pounds, and 885 produced 31,660 pounds.
18 So we took those two departments out -- the Saturday
19 production out in order to be consistent.
20 Q  Would there have been even more production by
21 those two departments if there had been the hydraulic pumps
22 working completely?
23 A  I don't know the answer to that.
24 Q  Who would know?
25 A  Claude would know that.

Page 17

1  Q  Okay. Were you able to run any of your numbers
2  for the additional overhead expense for the following week
3  in September to check to see if there was any make up that
4  week?
5  A  Well, we could have done that. It's not
6  indicated on this schedule.
7  Q  Okay. And you say average previous six weeks
8  on your second page here 989,694, right?
9  A  Yes.
10 Q  Did you figure out what the average was for the
11 following six weeks?
12 A  No.
13 Q  Okay. Same question regarding the labor over
14 standard, which is immediately above the additional
15 overhead expense. You have average previous six weeks
16 $9,385, correct?
17 A  Yes.
18 Q  Then you have week ending September 20th at
19 $49,424?
20 A  Yes.
21 Q  Did you try to figure out what the labor over
22 standard was for the following six weeks after that?
23 A  No.
24 Q  All right. I'm sorry for jumping around. It's
25 still on the same page. At the bottom of the page under

Page 18

1  additional overhead expense -- it's the same page where we
2  were -- it says the standard overhead rate of twenty-five
3  cents was used to calculate loss since actual numbers were
4  not available at the time. Did you ever figure out what
5  those actual numbers were?
6      A   No, I didn't, but our division controller told
7  me the actual numbers were higher than that. I don't know
8  what the actual number is.
9      Q   Okay. Have you ever made a claim against your
10 own insurance company for this loss of business?
11     A   No.
12     Q   Who was your insurance company?
13     A   We're self insured.
14     Q   You're self insured?
15     A   Yes. Well, we have insurance that starts at
16 two million dollars.
17     Q   Okay. So this would be within your own
18 deductible; is that right?
19     A   Yes.
20     Q   Well, that's for liability insurance; is that
21 correct?
22     A   Yes, we don't have any insurance that would
23 cover this under any circumstances.
24     Q   Okay. You don't have a business loss?
25     A   No.

Page 19

1      Q   Who is your insurance with?
2      A   Old Republic Insurance Company.
3      Q   Was that in effect in 2003 also?
4      A   Yes.
5      Q   So it's fair to say you never made a claim
6  against any insurance company as a result of this loss?
7      A   We did not make any claims.
8      Q   Okay. And tell me why you have not sued Don's
9  Hydraulics for this loss.
10     A   I didn't think that Don had any money that we
11 could collect if we prevailed. I thought it would just be
12 a waste of legal fees.
13     Q   Okay. Have you completed your corporate income
14 taxes for 2003?
15     A   Yes.
16     Q   Did you take this as a loss in your 2003
17 corporate income taxes?
18     A   We did, because going back to the schedules on
19 -- that we have been referring to as the additional labor
20 and the overhead, all of those expenses were in the cost of
21 sales. So we didn't have a separate line item for loss in
22 Don's Hydraulics; but just through the normal profit and
23 loss statements, all of these expenses were deducted as
24 ordinary and necessary business expenses.
25     Q   Okay. Now, by taking that deduction, what

Page 20

1  would happen now if you get the money back this year
2  through this lawsuit?
3      A   Well, if we receive income, we'll have to put
4  it on our tax return and include it in income.
5      Q   I apologize for bouncing around like this. But
6  has Don done any more work for Fieldale since this
7  incident?
8      A   Not to my knowledge, but Claude would know more
9  precisely.
10     Q   Okay. Just some background questions here.
11 What is your date of birth?
12     A   June 12th, 1947.
13     Q   And your highest degree in school?
14     A   Bachelor's degree.
15     Q   And where was that from?
16     A   Marshall University.
17     Q   And how long have you been employed by Fieldale
18 Farms?
19     A   Twenty-nine years.
20     Q   Your present position is what?
21     A   Executive vice president and chief financial
22 officer.
23     Q   How long have you had that position for?
24     A   I'm not sure. Fifteen years.
25     Q   Okay. Who do you report to?

Page 21

1      A   I report to the chairman of the board Joe S.
2  Hatfield.
3      Q   Is this a closely-held corporation?
4      A   Yes.
5      Q   Now, is your poultry processing industry
6  cyclical in nature? What I'm asking is can you expect to
7  have more product from month to month, or is that pretty
8  much standard?
9      A   No, the only time it's standard is except for
10 Thanksgiving and Christmas. We cut back 20 percent
11 Thanksgiving week, because we don't run on Thanksgiving.
12 We cut back 20 percent the week of Christmas, because we
13 don't run on Christmas day. Other than that, we kill three
14 million chickens every week of the year. It might vary a
15 little bit depending upon livability in the chicken house.
16 You could vary two or three percent at the most, but
17 roughly three million chickens a week.
18     Q   Okay. Now, this processing plant appears to
19 process about a million a week. Is that about a rough
20 average?
21     A   A million pounds a week. In September of 2003,
22 we were processing a million pounds a week. Now we're
23 processing about a 1,300,000 pounds a week.
24     Q   Okay. That's here?
25     A   Here.

Page 22

1  Q   Is there any other plants?
2  A   Yes, this plant -- we have two other plants
3  that actually eviscerate chickens. It takes the live
4  chicken and out the other side comes chicken meat. This
5  plant is what we refer to as a further processing plant in
6  that we take raw chicken meat that's just -- not sized and
7  from that we marinate them, we bread, and we cook and we
8  blanch and fully cook and size it and freeze it ready to --
9  either ready to eat or ready to be prepared by a
10 restaurant.
11 Q   Okay. And that's the million pounds that you
12 were processing back in 2003 per week?
13 A   That's right.
14 Q   Okay. Now, I'm just looking at these numbers
15 once again for what you processed. For September week one
16 the number is lower. It's 896,000. Do you know why that
17 would have been?
18 A   No, I don't know.
19 Q   Who would know that?
20 A   Claude would probably know that.
21 Q   All right. Now, you said you run all but two
22 days a year. What about as far as maintenance? Is there
23 any plant shutdowns for maintenance on a periodic basis?
24 A   No, we do -- major repairs have to be
25 accomplished on Saturdays and Sundays. We have maintenance

Page 23

1  constantly throughout the plant all day long. We do a lot
2  of maintenance during cleanup which is -- we crank up at
3  6:00 o'clock in the morning and run until midnight roughly.
4  So you have got six hours of maintenance time then.
5  Q   So is everything shut down? Are all lines shut
6  down for those six hours?
7  A   Yes, probably eight hours. We run two eight
8  hour shifts.
9  Q   Okay.
10 A   The times may overlap a little bit, but
11 basically sixteen hours a day. It gives you eight hours of
12 maintenance time every day.
13 Q   Okay. Did I understand you correctly when you
14 said before that you run those two eight hour shifts then
15 even on Saturdays and Sundays; is that correct?
16 A   No, we do not run Saturday and Sunday. Only
17 five days a week.
18 Q   Okay. Those other two days you said you take
19 off they're the only two days where you might take a
20 weekday off?
21 A   That's right.
22 Q   Okay. Were you familiar with Don Cathell
23 before this job started?
24 A   No, I've never met Don.
25 Q   You still haven't met Don?

Page 24

1  A   No.
2  Q   Okay.
3  A   I have spoken to him on the phone, but I've
4  never met him.
5  Q   Okay. Let me ask you that. Before we had the
6  deposition today, you had told me about some documents you
7  reviewed. Had you spoken to any of the lawyers in this
8  case about your deposition?
9  A   I spoke with Matt Lindauer briefly about my
10 deposition.
11 Q   Okay. What did you discuss with Matt?
12 A   We discussed what I was going to talk about was
13 these documents that we're talking about. That's really my
14 only discussion with him.
15 Q   Okay. When was that?
16 A   Last week Thursday or Friday. I think it was
17 Friday.
18 Q   Have you had any discussions with Mike Tighe?
19 A   No -- well, I talked to him way back in 2004
20 briefly about the negotiations, but I've not spoken to him
21 about this deposition.
22 Q   Okay. Is it fair to say that you're not paying
23 Mr. Tighe or Mr. Lindauer any money now for any recovery
24 that they might get in this case; is that correct?
25 A   That's correct.

Page 25

1  Q   Okay. Do you know if Don did any other work
2  for Fieldale Farms before this job?
3  A   I know that he had done work for us before this
4  job. I don't know if he's done any since then.
5  Q   Okay. Do you know if there had been any
6  problems with Don's previous work?
7  A   I don't know.
8  Q   Okay.
9  A   I would have to say no; otherwise, we wouldn't
10 have hired him again. But Claude knows that.
11 Q   At some point in time Don submitted a proposal
12 to do this job in 2003. Would that have come to you, that
13 proposal?
14 A   No, I knew nothing about Don's Hydraulics until
15 the failure.
16 Q   After the fact. Okay. All right. Were you
17 here during the time when the system failed?
18 A   No.
19 Q   When did you first hear that the system had
20 failed?
21 A   Probably the next day.
22 Q   Okay. It was my understanding that it failed
23 kind of over a period of a week. That's what I'm trying to
24 find out.
25 A   I remember Claude calling me and saying, Tom,

Page 26

1  we've got a major problem with the hydraulic system. You
2  know, he wasn't asking me for any advice, because I
3  couldn't give him any. I don't know anything about
4  hydraulics, but he just wanted me to know we had problems.
5  So he can talk to you about the details of what happened.
6  I really don't know.
7      Q   Now, the proposal from Don's was in the amount
8  of $206,780. Do you know what Fieldale Farms has paid to
9  Don's?
10     A   Not exactly, no. We have not paid him that
11 amount. I know that.
12     Q   Okay. Do you have a ball park of what you've
13 paid him?
14     A   What was the total?
15     Q   206,780.
16     A   Roughly $150,000.
17     Q   Do you know what that --
18         MS. BEAM: I didn't hear that, I'm sorry.
19         THE WITNESS: Roughly $150,000.
20         MS. BEAM: Thank you.
21     Q   (By Mr. Toddy) And what was that for?
22     A   That was for the new hydraulic system --
23     Q   Okay.
24     A   -- as outlined in his proposal.
25     Q   Do you know if you had originally agreed to pay

Page 27

1  the $206,000 number?
2      A   I don't know.
3      Q   Who would know that?
4      A   Claude would know that.
5      Q   Okay. Do you know what you haven't paid him
6  for out of this total proposal, if anything?
7      A   Well, I know that when the job was completed we
8  owed Don money. I think the number was $50,000. I could
9  be mistaken. That's the number that rings in my mind.
10     Q   Okay.
11     A   We just weren't going to pay him because of
12 this loss that we've been talking about.
13     Q   Okay.
14     A   It might have only been $10,000. I really
15 don't remember.
16     Q   Okay. There is a number that you feel that
17 you owe him?
18     A   That we feel we owe him. We definitely have
19 not paid him all of it.
20     Q   Okay. There is different numbers here in this
21 proposal and different due dates; $99,000 with the order,
22 and then 43,000 due six weeks after, 23,000 due twelve
23 weeks after, which my understanding is probably the time
24 frame -- I'm sorry -- it's 72,000. That's the time frame
25 of when the installation occurred. Then there is another

Page 28

1  31,000 due 30 days after receipt of material. Do you know
2  if it's this 31,000 that you haven't paid? I don't want
3  you to guess.
4      A   I don't know. I don't know the answer to that
5  question.
6      Q   Okay. Do you know if you had paid everything
7  that was due Don before the installation started?
8      A   Yes -- well, I don't know the answer to that
9  either, but I would say yes; but I don't know for sure.
10     Q   Okay. Is there any way for you to check that?
11     A   Yes, I can definitely check that.
12     Q   Maybe while we're doing Claude's deposition you
13 could just tell us.
14     A   Claude will know.
15     Q   Claude will know?
16     A   He'll know.
17     Q   Okay. So what do we have you here for?
18     A   Because you sent me a subpoena.
19     Q   When Claude told you that there was a problem
20 with the hydraulic power unit, did he tell you specifically
21 what he thought was wrong with it?
22     A   He said the pumps weren't working.
23     Q   Did he say why he thought the pumps weren't
24 working?
25     A   Well, because they just stopped working. I

Page 29

1  mean, we lost pressure. We didn't have any hydraulic
2  pressure. None of the machines would work.
3      Q   All right. Tell me about these labor costs
4  that you've referred to labor over standard. What was it
5  that you used in labor that week that you had to spend this
6  extra $40,000 on?
7      A   Well, we had people whom we were paying who
8  were not able to produce any product.
9      Q   Okay. You're talking about you had employees
10 that you weren't able to send home and not pay for the day
11 or the week or whatever it was; is that correct?
12     A   Well, we sent them home after a while, but we
13 had to pay them. I'm not sure exactly how long. Claude
14 would be able to tell you that, but there was some amount
15 of time, some number of hours, where we were paying people
16 for no production because the hydraulic system did not
17 allow the equipment to work.
18     Q   Okay. Now, the numbers that you provided for
19 your previous six week average here, the numbers seem to be
20 very variable from a high of 18,000 to a low of 2,000.
21 Could you tell me why that is.
22     A   The standard labor cost is what we have
23 determined through studies to be what amount of labor
24 should be used to produce the products that we make. How
25 many -- are our goal is pound per man hour is the way that

**Page 30**

1  we measure that. So each week there will be a variance
2  depending upon a number of items, whether we had different
3  products run, whether we had some people out sick, I mean,
4  whether we had people standing around for whatever reason,
5  whether the supervisor was paying attention. There is any
6  number of variables. On the plant floor, you've got 350
7  people working, and maybe sometime supervisors do a better
8  job of motivating people and making sure that they're
9  working, and maybe you have issues with maybe a machine
10 could be down. Any number of things could happen. It's
11 never an exact science with 350 people working. So there
12 is always going to be a variance, but you'll see while the
13 numbers appear to be -- they're certainly different. You
14 can say that there's a big difference between $18,000 in
15 August week 1 and $2,000 in September week two. $16,000 is
16 not a huge variance with 350 people working.
17    Q   Okay. Did you do any calculations for week
18 four of September of what the labor variance was?
19    A   No -- well, I'm sure we did that calculation,
20 but I don't have it here; but I don't know what it was. We
21 do this week -- every week period.
22    Q   Okay. And your goal according to this chart,
23 you have this total dollars over goal. Do you see that on
24 the same --
25    A   Yes.

**Page 31**

1    Q   -- flowchart? Does that mean you would want
2  this all to be zero?
3    A   Well, we -- a negative number would be our
4  preference, but zero is good.
5    Q   Okay. Now, do you see the monthly total for
6  August? I'm on that same page. It's number one.
7    A   Yes.
8    Q   It says downtime $36,752; is that correct?
9  It's the line item all the way over on the right side under
10 monthly total.
11   A   I see the monthly total.
12   Q   Yes, keep going all the way down.
13   A   Downtime $36,752?
14   Q   Yes. Could you tell me what that means.
15   A   It's got to be -- well, no, I can't tell you
16 exactly.
17   Q   Well, who would know that if not you?
18   A   Our division controller John England can tell
19 you that. I can find it out, but I don't know the answer.
20   Q   Okay.
21   A   Because it's, obviously, when a machine is
22 broken on a line, but I don't know how he computes that. I
23 don't know the answer.
24   Q   But that's under the labor cost analysis; is
25 that correct?

**Page 32**

1    A   That's right.
2    Q   In fact if you look at that downtime for
3  August, that number, like we said, is $36,752 while the
4  downtime for September you have $31,676 which is less
5  downtime; is that correct?
6    A   Correct.
7    Q   Okay.
8        MR. LINDAUER: Everyone, Cynthia Beam got
9  disconnected. We have to stop so she can call back
10 in again.
11       (Whereupon, a recess was taken.)
12       MS. BEAM: Okay. I'm back. You can continue.
13 Thank you.
14   Q   (By Mr. Toddy) What is your understanding of
15 what downtime would mean?
16   A   My understanding would be it would be short
17 equipment failures, whether a line broke or a conveyor
18 broke or the fryer was down. For whatever reason, it would
19 be labor expended while a machine was down.
20   Q   Now, let me ask you this: you have another
21 line that says total payroll dollars. Do you see that?
22 It's right down in that last box.
23   A   Yes.
24   Q   Okay. In August it says total payroll dollars
25 $916,733; is that correct?

**Page 33**

1    A   Yes.
2    Q   What does that mean?
3    A   That is the total payroll for hourly production
4  workers for the month.
5    Q   Okay. So that's what you paid your production
6  people to work in the month of August 2003; is that
7  correct?
8    A   Well, I don't know for sure. I think that's
9  correct, but it could -- weeks two and four aren't on this
10 sheet, but I think that answer is correct, yes.
11   Q   This is a sheet that you came up with which is
12 used by Fieldale Farms for what you have come up with some
13 man hours -- pounds per man hour goal that you wanted to
14 somehow base this analysis of what you do at your company;
15 is that right?
16   A   That's right.
17   Q   All right. Now, using the same calculation in
18 September, it says total payroll dollars spent for
19 September are $711,910; is that correct?
20   A   That's correct.
21   Q   Okay. Now, going back to right above there
22 again where it says total dollars over goal --
23   A   Yes.
24   Q   -- for August it says $40,543; is that correct?
25   A   Yes.

Page 34

1  Q  And September it says $65,193; is that correct?
2  A  Correct.
3  Q  Okay. Do you know what that total dollars over
4  goal means?
5  A  That is the labor over the standard, and the
6  standard is the labor that we expect to expend for the
7  products that we produce.
8  Q  All right. Do you have these same numbers for
9  the months of October as far as total payroll dollars, as
10  far as total dollars over goal?
11  A  Yes.
12  Q  Okay. This is something that prints out -- you
13  do a printout once a month?
14  A  That's right -- or at least once a month. It
15  might have been done weekly. I think it's done weekly.
16  Q  And who do you say is in charge of this?
17  A  John England is his name.
18  Q  By not being able to process all these pounds
19  of chickens during that week that you say that you couldn't
20  process them, what happens to that meat?
21  A  Well, the meat is not lost. It's just kept in
22  a cooler, and it's processed when it can be processed.
23  Q  Okay. So eventually --
24  A  It doesn't spoil or go away.
25  Q  Okay. That's what I wanted to know. What

Page 35

1  happened with it?
2  A  It was ultimately processed the next week or
3  over the next two weeks probably, probably the next week.
4  Q  All right. Now, tell me what this factory
5  overhead analysis twelve month form is that you have on
6  Page 7.
7  A  These are expenses that we incur that are not
8  directly related to production.
9  Q  Okay. And that's the list of one through
10  nineteen here?
11  A  That's right. These expenses go on whether
12  we're producing product or not.
13  Q  Okay. And so if I wanted this, could I also
14  get this same analysis for the next twelve months?
15  A  Yes, or each month -- I mean, it's done
16  monthly.
17  Q  And who does that?
18  A  John England.
19  Q  Now, in August of 2003, it says your total
20  factory overhead is $1,195,908; is that correct?
21  A  Correct.
22  Q  In September of 2003 it says your total factory
23  overhead is $1,155,345; is that correct?
24  A  Correct.
25  Q  And in August of 2003, it says your monthly

Page 36

1  cost per pound. Is that what that -- remember when we
2  talked about that 25 cent average. Is that what we were
3  talking about?
4  A  That's what we're talking about.
5  Q  In August 2003 the monthly cost per pound was
6  .2829; is that correct?
7  A  Cents per pound, correct.
8  Q  And the monthly cost per pound in September
9  2003 is .2638; is that correct?
10  A  Correct.
11  Q  Okay. The average weekly expenses for those
12  same two months -- for August of 2003 the average weekly
13  expense is $298,977; is that correct?
14  A  Correct.
15  Q  The average weekly expense for September of
16  2003 is $288,836; is that correct?
17  A  Correct.
18  Q  Total pounds produced August 2003 it says
19  4,226,749 pounds; is that correct?
20  A  Correct.
21  Q  September 4,379,906 pounds; is that correct?
22  A  Correct.
23     MR. TODDY: Okay. All right. I have nothing
24  further. Thank you.
25     EXAMINATION

Page 37

1  BY MR. KAPLAN:
2  Q  I have a couple of questions.
3     Sir, after the hydraulic power failure, do you
4  know whether any Fieldale Farms personnel or employees
5  assisted Don's in working on the hydraulic system?
6  A  My understanding is, yes, but I was not here.
7  So I really can't say for sure, but I'm confident the
8  answer is yes.
9  Q  Do you know what they were paid on the hourly
10  basis?
11  A  It would have been their standard hourly pay
12  unless they were working overtime. Then they would have
13  gotten time and a half, but I don't know exactly.
14  Q  What was the standard hourly pay back at the
15  time of this incident, sir?
16  A  All of our maintenance people make a different
17  rate depending upon their skill level or seniority level.
18  So it would have been somewhere between $10 and $20 an
19  hour.
20  Q  Have you produced any documents at all
21  reflecting what those individuals were paid?
22  A  No.
23  Q  Is it fair to say you don't know exactly how
24  much these individuals were paid?
25  A  That's fair to say.

**Page 38**

1  Q  You also don't know how many hours they
2  actually worked?
3  A  No, I don't.
4  Q  Do you know how many individuals were working
5  on that hydraulic system?
6  A  No, I don't know.
7  Q  Are your employees unionized down here?
8  A  No.
9     MR. KAPLAN: Cindy or Matt, you're up. I have
10 no further questions of this witness.
11    MS. BEAM: I have a couple of questions.
12            EXAMINATION
13 BY MS. BEAM:
14 Q  Mr. Hensley, my name is Cynthia Beam, and I
15 represent Truck Tech. This may have been asked while I was
16 off line. But the calculations in the Fieldale Farms
17 invoice, sir, did you come up with these calculations, or
18 did someone else produce this for you?
19 A  John England produced these calculations. He's
20 the division controller.
21 Q  And did I understand you to say that you had
22 agreed with Don Cathell to share attorney's fees paid to
23 Michael Tighe at some point during this dispute?
24 A  Yes.
25 Q  And was that for just negotiations having to do

**Page 39**

1  with the reimbursement of the $16,000?
2  A  Well, that was the only reimbursement that we
3  received out of it, but the negotiations were for hopefully
4  more than that; but that was all that resulted from it, but
5  it was only for negotiations. I made it clear at the
6  outset that I wouldn't participate in sharing with actual
7  court costs.
8  Q  Okay. So there is no anticipation on your end
9  of paying part of Plaintiff's attorney's fees from this
10 litigation?
11 A  No, absolutely not.
12 Q  All right. And was it your decision alone to
13 decide not to pursue Don's Hydraulics in litigation for the
14 loss sustained by Fieldale Farms?
15 A  Yes.
16 Q  Again that was because you thought that he was
17 judgment proof?
18 A  Yes.
19 Q  All right. What made you come to that
20 conclusion, sir?
21 A  I don't remember. Talking with him mostly.
22 Q  Talking with Mr. Cathell?
23 A  Yes.
24 Q  I'm sorry? What was the answer?
25 A  Yes. That's the answer.

**Page 40**

1  Q  Okay. When you were talking about the number
2  of employees that you have, you said 350 employees,
3  correct?
4  A  Per shift. We have 700 employees total.
5  There's 350 on each shift.
6  Q  Are you talking about just the employees that
7  are working on the production line, or is that everyone on
8  the payroll for that shift?
9  A  That's everyone on -- we have 700 people,
10 everyone on the payroll. I'm not sure how many production
11 people we have on each shift. Claude could probably tell
12 you that.
13 Q  All right. Since Mr. England is the one who
14 produced these figures for you, do you have any
15 understanding or explanation as to why, for example, he
16 would use the previous six weeks in his calculations as
17 opposed to another time frame?
18 A  Well, he wanted to present a fair average, and
19 to do one week is not a fair average. So he went back six
20 weeks. That was an arbitrary number of weeks.
21 Q  Okay. I guess just for my edification here,
22 on the last page that Mr. Toddy was asking you about that
23 shows the monthly cost per pound --
24 A  Yes.
25 Q  -- my copy is barely legible. But if I heard

**Page 41**

1  Mr. Toddy reading these numbers off right, it sounds as
2  though it cost less for your factory to make this chicken
3  per pound in September of 2003 than in August of 2003; is
4  that correct?
5  A  No, this is only overhead. This has nothing to
6  do with the cost of producing the chicken. These are
7  expenses that go on whether chicken is being produced or
8  not, and they vary every week -- or every month it varies.
9  Q  So then the additional overhead expense of a
10 little over $40,000 that's on this invoice is -- how does
11 that come into being then?
12 A  That is overhead that we expense. That's
13 expense we incurred whether production is going on or not
14 and we were not able to produce 164,000 pounds that we
15 could have sold to offset that overhead expense. So the
16 overhead -- when you say additional overhead expense,
17 that's really a misnomer. It's overhead expense not
18 covered by production would be a better way to term it.
19 Q  So is that actually loss of production, that
20 number?
21 A  Yes, we were unable to produce 164,000 pounds
22 of chicken because of hydraulic failure. Had we been able
23 to produce that that week, we could have used the proceeds
24 from those sales to offset the overhead expense.
25 Q  And finally you were talking about paying for

**Page 42**

1  some of the Rexroth pumps at the beginning of your
2  deposition.
3  A   Yes.
4  Q   Do you have documentation of that in front of
5  you, sir, because I don't have that.
6  A   It's all on one sheet of paper, and I'm sorry
7  that you don't have that. I didn't know who had what.
8  Q   That's okay. Can you tell me what it's your
9  understanding that Fieldale Farms paid for in the form of
10 these replacement pumps during the week of September 2003?
11 A   We didn't write any checks in the week of
12 September of 2003. These checks were written after that.
13 Q   Okay. But that would have been for the pumps
14 that were installed during that time frame?
15 A   Yes.
16 Q   Okay. Can you state for the record what it is
17 that Fieldale Farms paid for pumps.
18 A   $41,518.05.
19 Q   I'm sorry? The beginning of that cut off on
20 me.
21 A   $41,518.05 for repair and replacement of the
22 pumps.
23 Q   And how many pumps, sir?
24 A   Twelve pumps.
25 Q   I believe you had said that Mr. Sullens would

**Page 43**

1  know to whom the checks were written; is that correct?
2  A   Yes.
3  Q   All right. During that third week of
4  September of 2003, was the factory line running at all?
5  A   Yes.
6  Q   So the loss of production is just because of
7  what then? How long was the line shut down?
8  A   I don't know exactly. Claude would know that.
9  I think the answer is twelve hours, but I'm not — I don't
10 know. I can't tell you exactly.
11 Q   But you believe Claude has that information?
12 A   Yes, he'll know.
13     MS. BEAM: That's all I have for you, sir.
14 Thank you.
15          EXAMINATION
16 BY MR. LINDAUER:
17 Q   Mr. Hensley, I just have a couple of quick
18 questions.
19     There is no particular claim for any employees'
20 salary in the labor over standard, correct?
21 A   Correct.
22 Q   That's just all the employees' salaries that
23 had to be sent home because there was nothing for them to
24 do?
25 A   Well, no, that's not correct.

**Page 44**

1  Q   Okay.
2  A   We didn't specifically keep track of who left
3  and what we had to pay them. All we're saying is that
4  based upon our historical production information and
5  records our labor that week over standard was $49,000 more
6  than the norm.
7  Q   Okay. And the expense -- the twenty-five
8  cents, that's just expenses that are incurred that are
9  normally set off against production of chicken or added
10 into the production of chicken?
11 A   Yes -- well, actually for that month it was
12 26.38 cents, but we used twenty-five cents just as a
13 rounded number.
14 Q   The twenty-five cents was based on the average
15 cost, correct?
16 A   The average overhead cost.
17 Q   The average overhead cost?
18 A   Right.
19 Q   So that's an expense that would be incurred no
20 matter what?
21 A   Correct.
22 Q   You incurred the $163,000 because there was no
23 chicken produced to offset that twenty-five cents per pound
24 charge?
25     MR. TODDY: Object to form.

**Page 45**

1     THE WITNESS: We were unable to produce the
2  163,982 pounds of chicken in that week.
3     MR. LINDAUER: Okay. I think that's all I
4  have.
5     MR. TODDY: I'd like to mark as Hensley 1 the
6  nine page document that we received from Fieldale
7  Farms. All right. Also since you guys don't have
8  this, we'll make as Exhibit Hensley 2 the pump cost
9  that comes to $41,518.05.
10    MS. BEAM: Okay.
11    MR. LINDAUER: Okay.
12    MR. TODDY: And as Hensley Exhibit 3 it's
13 captioned Don's Hydraulics, loss incurred 10/1/03.
14 It has that list that Mr. Hensley testified to
15 starting with production loss and going down to
16 attorney's fees. Okay. That way everybody will have
17 it.
18    MS. BEAM: Okay.
19    MR. LINDAUER: Okay.
20    MR. TODDY: Okay. We're all done then.
21    (Whereupon, the court reporter marked Hensley
22 Deposition Exhibit Numbers 1 through 3 for
23 identification.)
24
25

```
 1              CERTIFICATE
 2
 3      STATE OF GEORGIA
 4      FULTON COUNTY:
 5
 6          I hereby certify that the foregoing
 7      deposition was reported, as stated in the
 8      caption, and the questions and answers thereto
 9      were reduced to the written page under my
10      direction, that the preceding pages represent a
11      true and correct transcript of the evidence
12      given by said witness.
13          I further certify that I am not of kin or
14      counsel to the parties in the case, am not in
15      the regular employ of counsel for any of said
16      parties, nor am I in any way financially
17      interested in the result of said case.
18
19          Dated this 24th day of March, 2006
20
21      _____
22      D. Lorri Thompson, CCR# B-1046
23
24
25
```