IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Don's Hydraulics, Inc.<br>　　　　Plaintiff<br><br>vs.<br><br>Colony Insurance Company and<br>Truck Tech Industries, Inc., and<br>Tipco Technologies, Inc. | Civil Action No.: 04-1275 KAJ |

## CERTIFICATE OF SERVICE

I, Anthony Figliola, do hereby certify that on this 31th day of March, 2006, copies of Defendant, Colony Insurance Company's Motion in Limine to Preclude the introduction of Evidence of Fieldale Farms Damages and supporting Memorandum was served on the following via facsimile and first class U.S. Mail, postage pre-paid:

Matthew Lindauer, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031

Cindy Beam, Esquire
Reger & Rizzo, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

Gary Kaplan, Esquire
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899

　　　　　　　　　　　FIGLIOLA & FACCIOLO

　　　　　　　　　　　/s/ Anthony F. Figliola
　　　　　　　　　　　Figliola & Facciolo
　　　　　　　　　　　1813-A Marsh Rd.
　　　　　　　　　　　Wilmington, DE 19810
　　　　　　　　　　　Attorney for Defendant Colony
　　　　　　　　　　　Insurance Company