IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COLONY INSURANCE COMPANY and )<br>TRUCK TECH TECHNOLOGIES, INC., )<br>and TIPCO TECHNOLOGIES, INC., )<br>)<br>Defendants. ) | Civil Action No. 04-1275-KAJ |

**ORDER**

At Wilmington, this 26th day of July, 2006,

WHEREAS, on March 31, 2006, the Court received a letter from counsel for plaintiff (D.I. 124) stating that the case had settled. No further correspondence or stipulation of dismissal has been received by the Court as of this date. Therefore,

IT IS HEREBY ORDERED that the parties shall file a stipulation of dismissal with the Court within ten days from the date of this Order.

FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
UNITED STATES DISTRICT JUDGE