IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1275-KAJ |
| | ) |
| COLONY INSURANCE COMPANY and | ) |
| TRUCK TECH TECHNOLOGIES, INC., | ) |
| and TIPCO TECHNOLOGIES, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington, this 20th day of September, 2006,

WHEREAS, on March 31, 2006, the Court received a letter from counsel for plaintiff (D.I. 124) stating that the case had settled, and

WHEREAS, no further correspondence or stipulation of dismissal has been received by the Court, and

WHEREAS, on July 26, 2006, the Court issued an order requiring the parties to file a stipulation of dismissal on before August 7, 2006, and stating that failure to timely respond would result in dismissal of the action (D.I. 128), and

WHEREAS, the parties have failed to respond to the Court's order;

IT IS HEREBY ORDERED that this case is DISMISSED with prejudice.

_____
UNITED STATES DISTRICT JUDGE