IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DON'S HYDRAULICS, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 04-1275 (KAJ) |
| ) | |
| v. ) | |
| ) | |
| COLONY INSURANCE COMPANY, ) | |
| TRUCK TECH INDUSTRIES, INC., ) | |
| and TIPCO TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL

It is hereby STIPULATED by and between the parties that the above-captioned action is DISMISSED against Defendants, Colony Insurance Company, Truck Tech Industries, Inc. and Tipco Technologies, Inc., as well as any and all cross claims, with prejudice.

_____
Michael K. Tighe, Esquire
Delaware State Bar I.D. No. 29
Tighe Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
Attorney for Plaintiff

_____
Joseph M. Toddy, Esquire
Zarwin Baum DeVito Kaplan Schaer Toddy
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 569-2800
Attorney for Defendant
Colony Insurance Company

_____
Cynthia G. Beam, Esquire
Delaware State Bar I.D. No. 2565
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant
Truck Tech Industries, Inc.

_____
Gary H. Kaplan, Esquire
Delaware State Bar I.D. No. 2965
Goldfein & Joseph
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899
(302) 656-3301
Attorney for Defendant
Tipco Technologies, Inc.

_____
Anthony Figliola, Jr., Esquire
Figliola & Facciolo
1813 Marsh Road
Suite A
Wilmington, DE 19810